ORIGINAL

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (Pro Hac Vice)
DAVID W. KESSELMAN (Pro Hac Vice)
611 West Sixth Street, 20th Floor
Los Angeles, California 90017-3120
Tel. No: (213) 622-4222
Fax. No: (213) 622-1656

FREDERICK W. ROHLFING III #3474
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3283
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

Attorneys for Plaintiff Aloha Sports Inc.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Civil No. CV04-00204 DAE/KSC<br><br>(Antitrust)<br><br>NOTICE OF CHANGE OF ADDRESS |

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective December 12, 2005, the law firm of BLECHER & COLLINS, P.C. has relocated to:

> 515 South Figueroa Street
> 17th Floor
> Los Angeles, California 90071-3334
> Telephone: (213) 622-4222
> Facsimile:  (213) 622-1656

DATED: Los Angeles, California , December 19, 2005.

_____
DAVID W. KESSELMAN
Attorney for Plaintiff
Aloha Sports Inc.

29216

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC<br><br>(Antitrust)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served upon Defendant The National Collegiate Athletic Association or its attorney by mail or hand-delivery at Defendant's or its attorney's last known address after it is filed with the above-entitled Court.

DATED: Honolulu, Hawaii, Dec. 27, 2005.

_____
FREDERICK W. ROHLFING III
Attorney for Plaintiff
Aloha Sports Inc.