BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (State Bar No. 26202)
DAVID W. KESSELMAN (State Bar No. 203838)
611 West Sixth Street, 20th Floor
Los Angeles, California 90017-3120
Tel. No: (213) 622-4222
Fax. No: (213) 622-1656

FREDERICK W. ROHLFING III #3474
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3283
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

Attorneys for Plaintiff Aloha Sports Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Civil No. CV04-00204 DAE/KSC<br><br>(Antitrust)<br><br>EX PARTE APPLICATION TO APPEAR PRO HAC VICE; DECLARATION OF COURTNEY A. PALKO; ORDER GRANTING EX PARTE APPLICATION TO APPEAR PRO HAC VICE; CERTIFICIATE OF SERVICE |

## EX PARTE APPLICATION TO APPEAR PRO HAC VICE

Pursuant to Rule 83.1(e) of the Rules of the United States District Court for the District of Hawaii, Frederick W. Rohlfing III, a member in good standing before the Bar of this Court, hereby applies for the pro hac vice admission of Courtney A. Palko, a member of Blecher & Collins, as counsel on behalf of Plaintiff ALOHA SPORTS INC. in the case entitled *Aloha Sports Inc., a Hawaii corporation vs. The National Collegiate Athletic Association, an unincorporated association*, Civil No. CV04-00204 DAE/KSC.

Courtney A. Palko is a member of the law firm of Blecher & Collins of Los Angeles, California. Attached to this Application is the Declaration of Courtney A. Palko, as required by Rule 83.1(e) of the Rules of the United States District Court for the District of Hawaii for admission pro hac vice. I consent, with pleasure, to actively serve as designated associate counsel pursuant to said rule.

DATED: Honolulu, Hawaii, Dec. 27, 2005.

FREDERICK W. ROHLFING III
Attorney for Plaintiff
Aloha Sports Inc.

28998

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC<br><br>(Antitrust)<br><br>DECLARATION OF COURTNEY A. PALKO |

## DECLARATION OF COURTNEY A. PALKO

COURTNEY A. PALKO declares and states as follows:

1. I am a member of the law firm of BLECHER & COLLINS, 611 West Sixth Street, 20th Floor, Los Angeles, California 90017-3120, telephone number (213) 622-4222, facsimile number (213) 622-1656.

2. I hereby seek admission pro hac vice before this Court with respect to the above-captioned lawsuit, designating Frederick W. Rohlfing III and his firm, Case Bigelow & Lombardi, Pacific Guardian Center, Mauka Tower, 737 Bishop Street, Suite 2600, Honolulu, Hawaii 96813, telephone number (808) 547-5400, facsimile (808) 523-1888, as associate counsel in said case.

2

3. My residence address is 2311 Ben Lomond Drive, Los Angeles, California 90027.

4. I was admitted to practice before the bar of all the Courts of the State of California, State Bar No. 233822 and the U.S. District Court, Central District of California in 2004.

5. I am in good standing and am eligible to practice before the bar in each of said Courts. I am not currently suspended or disbarred by any Court. I am not currently admitted to practice before this Court. I have not concurrently or within the year preceding the current Application made any pro hac vice application in this Court.

6. As noted above, Frederick W. Rohlfing III is hereby designated as required by Rule 83.1 as a member of the bar of this Court who maintains an office within the District of Hawaii with whom the Court and opposing counsel may readily communicate regarding the conduct of the above-described case and upon whom papers may be served in said case. Mr. Rohlfing's address and telephone numbers are listed in the heading of this Application.

7. Pursuant to Rule 83.1, Frederick W. Rohlfing III shall at all times meaningfully participate in the preparation and trial of this case with the authority and responsibility to act as attorney of record for all purposes. Any document

required or authorized to be served by counsel by the Federal Rules of Civil Procedure, or by the Rules of this District, shall be served upon Frederick W. Rohlfing III. Such service shall be deemed proper and effective service. Frederick W. Rohlfing III, or an attorney with his firm, when he is unavailable, shall attend all proceedings before this Court related to the case unless otherwise ordered by this Court.

8. I am neither a resident of the State of Hawaii, regularly employed in Hawaii, nor regularly engaged in business, professional, or law-related activities in Hawaii.

I declare under penalty of law that the foregoing is true and correct.

DATED:   Los Angeles, California, November 29, 2005.

_Courtney Palko_
COURTNEY A. PALKO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC<br><br>(Antitrust)<br><br>ORDER GRANTING EX PARTE APPLICATION TO APPEAR PRO HAC VICE |

**ORDER GRANTING EX PARTE**

**APPLICATION TO APPEAR PRO HAC VICE**

Upon review of the foregoing declarations and for good cause shown, the Ex Parte Application to Appear Pro Hac Vice is hereby granted in this case. COURTNEY A. PALKO is hereby permitted to appear and participate in the above-captioned case subject to the conditions of Rule 83.1(e) of the Rules of the District Court for the District of Hawaii.

DATED: Honolulu, Hawaii, _____ JAN 6 2006_____, 2005.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>　　　　　Defendant. | CIVIL NO. CV04-00204 DAE/KSC<br><br>(Antitrust)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be served upon Defendant The National Collegiate Athletic Association or its attorney by mail or hand-delivery at Defendant's or its attorney's last known address after it is filed with the above-entitled Court.

DATED: Honolulu, Hawaii, Dec. 27, 2005.

　　　　　　　　　　　　　　　　　　FREDERICK W. ROHLFING III
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Aloha Sports Inc.