

ORIGINAL

BLECHER & COLLINS, P.C.

MAXWELL M. BLECHER (Pro Hac Vice)
DAVID W. KESSELMAN (Pro Hac Vice)
COURTNEY A. PALKO (Pro Hac Vice)
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 3 1 2006

at 4 o'clock and ___ min P M
SUE BEITIA, CLERK

FREDERICK W. ROHLFING III
A LIMITED LIABILITY LAW CORPORATION

FREDERICK W. ROHLFING III    #3474
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3283
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

Attorneys for Plaintiff Aloha Sports Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC (Antitrust)<br><br>NOTICE OF MOTION OF PLAINTIFF ALOHA SPORTS INC. FOR SEPARATE TRIAL UNDER FRCP 42(b) OR, IN THE ALTERNATIVE, TO EXTEND SCHEDULING; MOTION OF PLAINTIFF ALOHA SPORTS INC. FORSEPARATE TRIAL UNDER FRCP 42(b) OR, IN THE ALTERNATIVE, TO EXTEND SCHEDULING; |

9999/255/423666

|   | MEMORANDUM OF POINTS AND AUTHORITIES; CERTIFICATE OF SERVICE |
|---|---|
|   | Date: Thursday, May 18, 2006 |
|   | Time: 9:30 a.m. |
|   | Judge: Honorable Kevin S.C. Chang |
|   | Trial Date: October 3, 2006 |

### NOTICE OF MOTION OF PLAINTIFF ALOHA SPORTS INC. FOR SEPARATE TRIAL UNDER FRCP 42(b) OR, IN THE ALTERNATIVE, TO EXTEND SCHEDULING

TO:  WILLIAM C. McCORRISTON, ESQ.
KENNETH J. MANSFIELD, ESQ.
McCORRISTON MILLER MUKAI MacKINNON LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96803

and

GREGORY L. CURTNER, ESQ.
ROBERT J. WIERENGA, ESQ.
ATLEEN KAUR, ESQ.
MILLER CANNFIELD PADDOCK AND STONE, PLC
101 N. Main Street, 7th Floor
Ann Arbor, MI 48104

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

NOTICE IS HEREBY GIVEN that Plaintiffs ALOHA SPORTS INC.'S

Motion for Separate Trial Under FRCP 42(b) or, in the Alternative, to Extend

Scheduling shall come on for hearing before the Honorable Kevin S.C. Chang, Judge of the above-entitled Court, in his courtroom in the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on Thursday, May 18, 2006 at 9:30 a.m., or as soon thereafter as counsel may be heard.

> BLECHER & COLLINS, P.C.
> MAXWELL M. BLECHER
> DAVID W. KESSELMAN
> COURTNEY A. PALKO
>
> FREDERICK W. ROHLFING III
> A LIMITED LIABILITY LAW CORPORATION
>
> /s/ Frederick W. Rohlfing III
> FREDERICK W. ROHLFING III
>
> Attorneys for Plaintiff
> Aloha Sports Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC (Antitrust)<br><br>MOTION OF PLAINTIFF ALOHA SPORTS INC. FOR SEPARATE TRIAL UNDER FRCP 42(b) OR, IN THE ALTERNATIVE, TO EXTEND SCHEDULING |

MOTION OF PLAINTIFF ALOHA SPORTS INC. FOR
SEPARATE TRIAL UNDER FRCP 42(b) OR,
IN THE ALTERNATIVE, TO EXTEND SCHEDULING

Plaintiff Aloha Sports Inc. hereby moves to bifurcate the trial herein pursuant to Federal Rule of Civil Procedure 42(b). Alternatively, Plaintiff requests that the existing schedule be vacated and extended to accommodate discovery for a consolidated trial.

The grounds for this motion are that bifurcation and prioritization of the tort claim (intentional interference) and the contract claim involving the Seattle Bowl game would simplify the case and substantially reduce the costs of litigation and

may allow the parties to resolve the case in its entirety without litigating the more costly, protracted antitrust claim.

This Motion is based on the accompanying Memorandum of Points and Authorities, on all the pleadings and papers on file in this action, and on such further matters and argument as Plaintiff may later present in connection with this Motion.

This Motion is made following the written meet and confer communications of counsel which Plaintiff initiated on March 9, 2006 and to which Defendant responded on March 22, 2006.

Dated: Honolulu, Hawaii; March 31, 2006

>BLECHER & COLLINS, P.C.
>MAXWELL M. BLECHER
>DAVID W. KESSELMAN
>COURTNEY A. PALKO
>
>FREDERICK W. ROHLFING III
>A LIMITED LIABILITY LAW CORPORATION
>
>_/s/ Frederick W. Rohlfing III_
>FREDERICK W. ROHLFING III
>
>Attorneys for Plaintiff
>Aloha Sports Inc.