ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP
WILLIAM C. McCORRISTON          # 995
mccorriston@m4law.com
KENNETH J. MANSFIELD            #7227
mansfield@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 0 2006

at 12 o'clock and 0 6 min. PM
SUE BEITIA, CLERK

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
GREGORY L. CURTNER (*pro hac vice*)
curtner@millercanfield.com
ROBERT J. WIERENGA (*pro hac vice*)
wierenga@millercanfield.com
ATLEEN KAUR (*pro hac vice*)
kaur@millercanfield.com
101 North Main Street, 7th Floor
Ann Arbor, MI 48104-1400
Telephone: (734) 663-2445
Facsimile: (734) 663-8624

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation, | ) ) ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, | ) ) ) ) ) |
| Defendant. | ) ) ) |

Atleen Kaur, being duly sworn, states that she is an attorney at the law firm of Miller, Canfield, Paddock and Stone, P.L.C., and that on April 3, 2006 she delivered via facsimile and first class mail:

- NCAA's First Set of Requests for Admission; and
- Certificate of Service

upon:

> David W. Kesselman, Esq.
> Courtney Palko, Esq.
> Blecher & Collins, P.C.
> 515 S. Figueroa St., 17th Floor
> Los Angeles, CA 90017
> Facsimile (213) 622-1656

_____
Atleen Kaur

AALIB:461659.1\063863-00027

2