IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>            Defendant. | CIVIL NO. CV04-000204 DAE/KSC<br><br>DECLARATION OF KENNETH J. MANSFIELD |

DECLARATION OF KENNETH J. MANSFIELD

KENNETH J. MANSFIELD declares and states the following:

1.    I am an attorney with the law firm of McCORRISTON MILLER MUKAI MacKINNON LLP, counsel for Defendant, The National Collegiate Athletic Association ("NCAA") in the above-captioned matter.

2.    Unless otherwise indicated all statements made herein are based on my personal knowledge.

3.    Attached hereto as Exhibit "A" is a true and correct copy of a May 13, 2004 letter from Gregory L. Curtner to David W. Kesselman.

4.	Attached hereto as Exhibit "B" is a true and correct copy of a May 19, 2004 letter from David W. Kesselman to Gregory L. Curtner.

I, Kenneth J. Mansfield, do declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of April, 2006 at Honolulu, Hawaii.

_____
KENNETH J. MANSFIELD