IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>                Defendant. | CIVIL NO. CV04-000204 DAE/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following individuals via U.S. mail, first-class postage pre-paid, addressed as follows:

    FREDERICK W. ROHLFING III
    737 Bishop Street, Suite 1520
    Honolulu, Hawaii 96813

        and

137181.1

MAXWELL M. BLECHER
DAVID W. KESSELMAN
COURTNEY PALKO
515 South Figueroa Street, 17th Floor
Los Angeles, CA  90071-3334

Attorneys for Plaintiff
ALOHA SPORTS INC.

DATED:  Honolulu, Hawaii, _____APR 2 8 2006_____.

_____
WILLIAM C. MCCORRISTON
KENNETH J. MANSFIELD
GREGORY L. CURTNER *(pro hac vice)*
ROBERT J. WIERENGA *(pro hac vice)*
ATLEEN KAUR *(pro hac vice)*

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION