McCORRISTON MILLER MUKAI MacKINNON LLP
WILLIAM C. McCORRISTON        # 995
KENNETH J. MANSFIELD          #7227
mccorriston@m4law.com; mansfield@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
GREGORY L. CURTNER (*pro hac vice*)
ATLEEN KAUR (*pro hac vice*)
curtner@millercanfield.com; kaur@millercanfield.com
101 North Main Street, 7th Floor
Ann Arbor, MI 48104-1400
Telephone: (734) 663-2445
Facsimile: (734) 663-8624

Attorneys for Defendant
THE NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation, | Civil No. 04-00204 DAE/ KSC |
| Plaintiff, | STIPULATION TO AMEND THE JUNE 9, 2005 AMENDED RULE 16 SCHEDULING ORDER REGARDING DISPOSITIVE MOTIONS DEADLINE |
| vs. | |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, | |
| | Trial Date: October 3, 2006 |
| Defendant. | |

STIPULATION TO AMEND THE JUNE 9, 2005 AMENDED RULE 16
SCHEDULING ORDER REGARDING DISPOSITIVE MOTIONS DEADLINE

Plaintiff Aloha Sports Inc. ("ASI") and Defendant The National Collegiate Athletic Association, by and through their respective undersigned attorneys, hereby stipulate that Paragraph 7 of the June 9, 2005 Amended Rule 16 Scheduling Order, regarding the dispositive motions deadline, be and is amended to read as follows:

**7.** Dispositive Motions shall be filed by May 25, 2006.

The Amended Rule 16 Scheduling Order shall otherwise remain unchanged.

This stipulation is made without prejudice to either party's arguments relating to ASI's Motion for Separate Trial Under FRCP 42(b) or, in the Alternative, to Extend Scheduling, filed March 31, 2006 and set for hearing May 18, 2006, and consequently to any new trial dates or pretrial deadlines that might result from the Court's order on the motion.

DATED: Honolulu, Hawaii, April 27, 2006.

| | |
|---|---|
| /S/ Frederick W. Rohlfing | /S/ Kenneth J. Mansfield |
| FREDERICK W. ROHLFING | WILLIAM C. McCORRISTON |
| MAXWELL M. BLECHER | KENNETH J. MANSFIELD |
| DAVID W. KESSELMAN | GREGORY L. CURTNER |
| COURTNEY PALKO | ATLEEN KAUR |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ALOHA SPORTS INC. | THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |

2

APPROVED AND SO ORDERED:





Kevin S.C. Chang
United States Magistrate Judge

===============================================================
Aloha Sports, Inc. v. The National Collegiate Athletic Association; Civil No. 04-00204 DAE/KSC; In the United States District Court for the District of Hawaii; **STIPULATION TO AMEND THE JUNE 9, 2005 AMENDED RULE 16 SCHEDULING ORDER REGARDING DISPOSITIVE MOTIONS DEADLINE**