ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP
WILLIAM C. McCORRISTON        # 995
KENNETH J. MANSFIELD          #7227
mccorriston@m4law.com; mansfield@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
GREGORY L. CURTNER (*pro hac vice*)
ATLEEN KAUR (*pro hac vice*)
curtner@millercanfield.com; kaur@millercanfield.com
101 North Main Street, 7th Floor
Ann Arbor, MI 48104-1400
Telephone: (734) 663-2445; Facsimile: (734) 663-8624

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

**LODGED**
MAY 10 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 11 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>        Defendant. | Civil No. 04-00204 DAE/ KSC<br><br>STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS REPLY MEMORANDUM TO DEFENDANT NCAA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SEPARATE TRIAL UNDER FRCP 42(B) OR, IN THE ALTERNATIVE, TO EXTEND SCHEDULING; ORDER<br><br>Hearing Date: May 18, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Kevin S.C. Chang<br><br>Trial Date: October 3, 2006 |

9999/566/426628

STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO
FILE ITS REPLY MEMORANDUM TO DEFENDANT NCAA'S
MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
MOTION FOR SEPARATE TRIAL UNDER FRCP 42(B) OR,
IN THE ALTERNATIVE, TO EXTEND SCHEDULING

Plaintiff ALOHA SPORTS INC. ("ASI") filed its Motion for Separate Trial Under FRCP 42(B) or, in the Alternative, to Extend Scheduling on March 31, 2006. The hearing for said motion is scheduled for May 18, 2006 at 9:30 a.m. before the Honorable Kevin S.C. Chang.

ASI and Defendant THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ("NCAA"), by and through their respective undersigned attorneys, hereby stipulate that ASI will have until Friday, May 12, 2006 to file its reply to the NCAA's opposition to said motion.

This stipulation is made without prejudice to either party's arguments relating to ASI's motion and consequently to any new trial dates or pretrial deadlines that might result from the Court's order on the motion.

DATED: Honolulu, Hawaii, _____MAY 1 0 2006_____.

_____
WILLIAM C. McCORRISTON
KENNETH J. MANSFIELD
GREGORY L. CURTNER
ATLEEN KAUR

Attorneys for Defendant
THE NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION

FREDERICK W. ROHLFING III
MAXWELL M. BLECHER
DAVID W. KESSELMAN
COURTNEY PALKO

Attorneys for Plaintiff
ALOHA SPORTS INC.

APPROVED AND SO ORDERED:

KEVIN S.C. CHANG
United States Magistrate Judge

---

Aloha Sports, Inc. v. The National Collegiate Athletic Association; Civil No. 04-00204 DAE/KSC; In the United States District Court for the District of Hawaii; STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS REPLY MEMORANDUM TO DEFENDANT NCAA'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SEPARATE TRIAL UNDER FRCP 42(B) OR, IN THE ALTERNATIVE, TO EXTEND SCHEDULING; ORDER