**Courtney Palko**

| | |
|---|---|
| From: | Maxwell M. Blecher |
| Sent: | Friday, February 24, 2006 1:49 PM |
| To: | 'Curtner@MillerCanfield.com' |
| Subject: | Re: Feller Deposition |

A fellow has make a living!
Please advise re Feller at your earliest convenience. We also wamt to do one or two
Conference reps. Courtney will send your their names and we can fix times and places.
-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Curtner, Gregory L. <Curtner@MillerCanfield.com>
To: Maxwell M. Blecher <mblecher@blechercollins.com>
Sent: Fri Feb 24 13:39:38 2006
Subject: RE: Feller Deposition

I thought you were preparing for trial.  You were preparing a new suit.  You'd have been
better off coming to Hawaii.
We will call Feller and ask him what he wants to do.

-----Original Message-----
From: Maxwell M. Blecher [mailto:mblecher@blechercollins.com]
Sent: Friday, February 24, 2006 4:29 PM
To: Curtner, Gregory L.
Subject: FW: Feller Deposition
Importance: High

Since you have been in recent contact with Feller, would you mind sharing his contact
information with us?  Once again, we have to reschedule his deposition because we have not
been able to serve him.  We would like to lock in a date that is mutually convenient for
him, you and us.  Thank you.

-----Original Message-----
From: Kaur, Atleen [mailto:kaur@MillerCanfield.com]
Sent: Monday, February 20, 2006 12:52 PM
To: Courtney Palko; David W. Kesselman
Cc: Curtner, Gregory L.
Subject: Feller Deposition
Importance: High

I'm writing to confirm that Paul Feller's deposition is NOT going forward on the 24th.
Please confirm by responding. Thanks, Atleen


    Atleen Kaur
Kaur@MillerCanfield.com
Miller, Canfield, Paddock & Stone
101 North Main Street, 7th Floor
Ann Arbor, MI 48104
(734) 668-7663


    CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Miller, Canfield,
Paddock and Stone, P.L.C., and is confidential and privileged.  The information is
intended to be for the use of the individual or entity named as recipient above.  If you
are not the intended recipient, please note that any disclosure, copying, distribution or
use of the contents of this information is prohibited.  If you have received this

1

EXHIBIT A

electronic transmission in error, please notify us by telephone (734.668.7663 or 734.663.2445) immediately. Thank you for your cooperation.

NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.