## Courtney Palko

**From:** Curtner, Gregory L. [Curtner@MillerCanfield.com]
**Sent:** Wednesday, March 08, 2006 11:16 AM
**To:** Courtney Palko
**Subject:** Re: Feller

He doesn't want to talk to you. I can only assume it is because he hasn't met you. Best.

------------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Courtney Palko <cpalko@blechercollins.com>
To: Curtner, Gregory L. <Curtner@MillerCanfield.com>
Sent: Wed Mar 08 14:10:48 2006
Subject: Feller

Any update on the location of our MIA witness Paul Feller?

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use the information. Thank you.


NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

EXHIBIT **B**