IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>       Defendant. | CIVIL NO. CV04-00204 DAE/KSC (Antitrust)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was duly served

upon the following persons by way of mailing a copy to their last known

address on the date of filing and by facsimile transmission:

WILLIAM C. McCORRISTON, ESQ.
KENNETH J. MANSFIELD, ESQ.
McCORRISTON MILLER MUKAI MacKINNON LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96803
Facsimile: (808) 524-8293

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

9999/566/426955

And

GREGORY L. CURTNER, ESQ.
ROBERT J. WIERENGA, ESQ.
ATLEEN KAUR, ESQ.
MILLER CANNFIELD PADDOCK AND STONE, PLC
101 N. Main Street, 7th Floor
Ann Arbor, MI 48104
Facsimile: (734) 747-7147

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION


DATED: Honolulu, Hawaii; May 12, 2006

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER
DAVID W. KESSELMAN
COURTNEY A. PALKO

FREDERICK W. ROHLFING III
A LIMITED LIABILITY LAW COMPANY


FREDERICK W. ROHLFING III
Attorneys for Plaintiff Aloha Sports Inc.