**EXHIBIT C**

# Courtney Palko

| | |
|---|---|
| **From:** | Kaur, Atleen [kaur@MillerCanfield.com] |
| **Sent:** | Friday, April 07, 2006 10:50 AM |
| **To:** | David W. Kesselman; Courtney Palko |
| **Cc:** | Curtner, Gregory L. |
| **Subject:** | FW: Paul Feller Deposition |

-----Original Message-----
**From:** Curtner, Gregory L.
**Sent:** Friday, April 07, 2006 2:48 PM
**To:** Kaur, Atleen
**Subject:** RE: Paul Feller Deposition

4-21 is ok or the following week, but please let us know in advance if and when you serve him since we know he doesn't want to appear voluntarily

> -----Original Message-----
> **From:** Kaur, Atleen
> **Sent:** Friday, April 07, 2006 2:47 PM
> **To:** Curtner, Gregory L.
> **Subject:** FW: Paul Feller Deposition
>
>
> -----Original Message-----
> **From:** Kaur, Atleen
> **Sent:** Friday, April 07, 2006 10:41 AM
> **To:** 'David W. Kesselman'; Courtney Palko
> **Subject:** Paul Feller Deposition
>
> Hi David and Courtney,
> We rec'd your notice of the Feller Depo for 4/19. That date doesn't work for us. Can you propose another date?
> Thanks!
> Atleen
>
>
>       Atleen Kaur
>       Kaur@MillerCanfield.com
>       Miller, Canfield, Paddock & Stone
>       101 North Main Street, 7th Floor
>       Ann Arbor, MI 48104
>       (734) 668-7663
>
> **CONFIDENTIALITY STATEMENT**
>
> This electronic message contains information from the law firm of Miller, Canfield, Paddock and Stone, P.L.C., and is confidential and privileged. The information is intended to be for the use of the individual or entity named as recipient above. If you are not the intended recipient, please note that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (734.668.7663 or 734.663.2445) immediately. Thank you for your cooperation.

5/11/2006

NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.