**EXHIBIT E**

**EXHIBIT E**

**EXHIBIT E**

# Courtney Palko

| | |
|---|---|
| **From:** | Kaur, Atleen [kaur@MillerCanfield.com] |
| **Sent:** | Wednesday, March 22, 2006 7:43 AM |
| **To:** | Courtney Palko |
| **Cc:** | Curtner, Gregory L. |
| **Subject:** | Bifurcation |

Hi Courtney --

I'm writing in response to your recent email about bifurcating the trial. We are not agreeable to doing so and think that the claims should be tried together.

Thanks,
Atleen


> Atleen Kaur
> Kaur@MillerCanfield.com
> Miller, Canfield, Paddock & Stone
> 101 North Main Street, 7th Floor
> Ann Arbor, MI 48104
> (734) 668-7663
>
> **CONFIDENTIALITY STATEMENT**

This electronic message contains information from the law firm of Miller, Canfield, Paddock and Stone, P.L.C., and is confidential and privileged. The information is intended to be for the use of the individual or entity named as recipient above. If you are not the intended recipient, please note that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (734.668.7663 or 734.663.2445) immediately. Thank you for your cooperation.


```
NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if
any, contained in this document and its attachments may not be used or referred to
in the promoting, marketing or recommending of any entity, investment plan or
arrangement, nor is such advice intended or written to be used, and may not be
used, by a taxpayer for the purpose of avoiding Federal tax penalties.
```

5/5/2006