ORIGINAL

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (Pro Hac Vice)
mblecher@blechercollins.com
DAVID W. KESSELMAN (Pro Hac Vice)
dkesselman@blechercollins.com
COURTNEY A. PALKO (Pro Hac Vice)
cpalko@blechercollins.com
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

FREDERICK W. ROHLFING III, A LIMITED LIABILITY LAW COMPANY
FREDERICK W. ROHLFING III #3474
FWR@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3283
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

Attorneys for Plaintiff Aloha Sports Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC<br>(Antitrust)<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the Declaration of Maxwell M. Blecher; Exhibits A – E was duly served upon the following persons by way of mailing a copy to their last known address on the date of filing:

WILLIAM C. McCORRISTON, ESQ.
KENNETH J. MANSFIELD, ESQ.
McCORRISTON MILLER MUKAI MacKINNON LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96803
Facsimile: (808) 524-8293

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

And

GREGORY L. CURTNER, ESQ.
ROBERT J. WIERENGA, ESQ.
ATLEEN KAUR, ESQ.
MILLER CANNFIELD PADDOCK AND STONE, PLC
101 N. Main Street, 7th Floor
Ann Arbor, MI 48104
Facsimile: (734) 747-7147

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

DATED: Honolulu, Hawaii; May 17, 2006

        BLECHER & COLLINS, P.C.
        MAXWELL M. BLECHER
        DAVID W. KESSELMAN
        COURTNEY A. PALKO

        FREDERICK W. ROHLFING III
        A LIMITED LIABILITY LAW COMPANY

        _____
        Frederick W. Rohlfing III