McCORRISTON MILLER MUKAI MacKINNON LLP
WILLIAM C. McCORRISTON          #  995
KENNETH J. MANSFIELD             #7227
mccorriston@m4law.com; mansfield@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
GREGORY L. CURTNER (*pro hac vice*)
ATLEEN KAUR (*pro hac vice*)
curtner@millercanfield.com; kaur@millercanfield.com
101 North Main Street, 7th Floor
Ann Arbor, MI  48104-1400
Telephone: (734) 663-2445
Facsimile: (734) 663-8624

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALOHA SPORTS INC., a Hawaii corporation, | ) ) ) | Civil No. 04-00204 DAE/ KSC |
| Plaintiff, | ) ) | SECOND STIPULATION TO AMEND THE JUNE 9, 2005 |
| vs. | ) ) | AMENDED RULE 16 SCHEDULING ORDER |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, | ) ) ) ) | REGARDING DISPOSITIVE MOTIONS DEADLINE |
| Defendant. | ) ) ) | Trial Date:  October 3, 2006 |
| _____ | ) | |

SECOND STIPULATION TO AMEND THE JUNE 9, 2005 AMENDED RULE
16 SCHEDULING ORDER REGARDING DISPOSITIVE MOTIONS DEADLINE

Plaintiff Aloha Sports Inc. ("ASI") and Defendant The National Collegiate

Athletic Association, by and through their respective undersigned attorneys, hereby

stipulate that Paragraph 7 of the June 9, 2005 Amended Rule 16 Scheduling Order,

regarding the dispositive motions deadline, be and is amended to read as follows:

7.      Dispositive Motions shall be filed by June 16, 2006.

The Amended Rule 16 Scheduling Order shall otherwise remain unchanged.

This stipulation is made without prejudice to either party's arguments

relating to ASI's Motion for Separate Trial Under FRCP 42(b) or, in the

Alternative, to Extend Scheduling, filed March 31, 2006 and set for hearing May

18, 2006, and consequently to any new trial dates or pretrial deadlines that might

result from the Court's order on the motion.

DATED:  Honolulu, Hawaii, May 18, 2006 .


  /S/ Frederick W. Rohlfing                              /s/ Kenneth J. Mansfield
FREDERICK W. ROHLFING                    WILLIAM C. McCORRISTON
MAXWELL M. BLECHER                        KENNETH J. MANSFIELD
DAVID W. KESSELMAN                         GREGORY L. CURTNER
COURTNEY PALKO                                ATLEEN KAUR

Attorneys for Plaintiff                             Attorneys for Defendant
ALOHA SPORTS INC.                            THE NATIONAL COLLEGIATE
                                                          ATHLETIC ASSOCIATION

APPROVED AND SO ORDERED:

Dated:  Honolulu, Hawaii, May 18, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

========================================================

Aloha Sports, Inc. v. The National Collegiate Athletic Association; Civil No. 04-00204 DAE/KSC; In the United States District Court for the District of Hawaii; **SECOND STIPULATION TO AMEND THE JUNE 9, 2005 AMENDED RULE 16 SCHEDULING ORDER REGARDING DISPOSITIVE MOTIONS DEADLINE**