**BLECHER & COLLINS**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
SEVENTEENTH FLOOR
515 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90071-3334
(213) 622-4222

FACSIMILE: (213) 622-1656
E-MAIL: PSMITH@BLECHERCOLLINS.COM
WWW.BLECHERCOLLINS.COM

June 2, 2006

**VIA U.S. MAIL AND E-MAIL**

Gregory L. Curtner, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
101 North Main Street, Seventh Floor
Ann Arbor, Michigan 48104

    Re:   Aloha Sports, Inc. v. NCAA

Dear Mr. Curtner:

    Our client has authorized dismissal of the antitrust claims with prejudice. Once the federal antitrust claim is dismissed, no basis for federal jurisdiction will remain. It is our position that the remaining state law claims should be heard in Hawaii state court. Will you stipulate to the dismissal of the remaining claims without prejudice so that we can refile the tort and breach of contract claims in state court? We can then work out a schedule for your summary judgment motion there.

    Additionally, in light of this development, we propose postponing the deposition of Mr. Poppe and taking the currently scheduled date of June 8 off calendar. Will you please provide alternative dates in mid to late July when Mr. Poppe will be available?

    Thank you for your consideration. As always, please contact me if you have any questions or concerns.

Very truly yours,

MAXWELL M. BLECHER

cc:  Frederick W. Rohlfing III, Esq.
      Courtney A. Palko, Esq.

EXHIBIT __A__

2