IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALOHA SPORTS INC., a Hawaii corporation, | ) ) ) | Civil No. 04-00204 DAE/KSC |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of Defendant NCAA's Opposition to Plaintiff's Ex-Parte Motion to Shorten Time on Hearing on Aloha Sports Inc.'s Motion to Voluntarily Dismiss its First Cause of Action was duly served upon the following individuals via email and facsimile:

>    FREDERICK W. ROHLFING III
>    737 Bishop Street, Suite 2600
>    Honolulu, Hawaii  96813
>    *fwr@caselombardi.com*

and

MAXWELL M. BLECHER
DAVID W. KESSELMAN
COURTNEY A. PALKO
515 South Figueroa Street, 17th Floor
Los Angeles, CA 90071-3334
mblecher@blechercollins.com
dkesselman@blechercollins.com
cpalko@blechercollins.com

Attorneys for Plaintiff
ALOHA SPORTS INC.

DATED: Honolulu, Hawaii, June 12, 2006.

_____
WILLIAM C. MCCORRISTON
KENNETH J. MANSFIELD
GREGORY L. CURTNER *(pro hac vice)*
ATLEEN KAUR *(pro hac vice)*

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION