McCORRISTON MILLER MUKAI MacKINNON LLP
WILLIAM C. McCORRISTON        #995
KENNETH J. MANSFIELD          #7227
mccorriston@m4law.com; mansfield@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
GREGORY L. CURTNER *(pro hac vice)*
ROBERT J. WIERENGA *(pro hac vice)*
curtner@millercanfield.com; wierenga@millercanfield.com
ATLEEN KAUR *(pro hac vice)*
kaur@millercanfield.com
101 North Main Street, 7th Floor
Ann Arbor, MI 48104-1400
Telephone: (734) 663-2445
Facsimile: (734) 663-8624

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation, ) | CIVIL NO. 04-000204 DAE/KSC |
| ) | |
| Plaintiff, ) | DEFENDANT NCAA'S MOTION |
| ) | FOR SUMMARY JUDGMENT; |
| vs. ) | MEMORANDUM IN SUPPORT |
| ) | OF MOTION; CERTIFICATE OF |
| THE NATIONAL COLLEGIATE ATHLETIC ) | SERVICE |
| ASSOCIATION, an unincorporated association, ) | |
| ) | |
| Defendant. ) | Trial Date: October 3, 2006 |
| _____ ) | |

140322.1

## DEFENDANT NCAA'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant, THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ("NCAA"), by and through its undersigned counsel, and respectfully moves this Honorable Court pursuant to Fed. R. Civ., P., Rule 56 and L.R. 56.1, for summary judgment in its favor as to all claims in Plaintiff's Complaint for the reason that there are no genuine issues of material fact and the NCAA is entitled to judgment in its favor as a matter of law.

A memorandum, declarations, exhibits and separate concise statement of material undisputed facts are submitted in support of this motion.

DATED: Honolulu, Hawaii    JUN 1 4 2006
_____.

_____
WILLIAM C. MCCORRISTON
KENNETH J. MANSFIELD
GREGORY L. CURTNER *(pro hac vice)*
ROBERT J. WIERENGA *(pro hac vice)*
ATLEEN KAUR *(pro hac vice)*

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION