IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>　　　　Defendant. | Civil No. 04-00204 DAE/KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following via U.S. mail, first-class postage pre-paid (M) and/or hand-delivery (HD), addressed as follows:

　　　FREDERICK W. ROHLFING III　　　　　　　　(HD)
　　　Pacific Guardian Center, Mauka Tower
　　　737 Bishop Street, Suite 2600
　　　Honolulu, Hawaii  96813

　　　　　and

MAXWELL M. BLECHER                                               (M)
DAVID W. KESSELMAN
515 S. Figueroa St., 17th Floor
Los Angeles, CA 90071-3334

Attorneys for Plaintiff
ALOHA SPORTS INC.

DATED: Honolulu, Hawaii, June 14, 2006.

_____
WILLIAM C. MCCORRISTON
KENNETH J. MANSFIELD
GREGORY L. CURTNER *(pro hac vice)*
ROBERT J. WIERENGA *(pro hac vice)*
ATLEEN KAUR *(pro hac vice)*

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION