POSTSEASON



### NCAA®
### 2003-04
### POSTSEASON
### FOOTBALL
### HANDBOOK

Administration, Certification and Game Management

Television and Radio Regulations



THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
P.O. Box 6222
Indianapolis, Indiana 46206-6222
317/917-6222
www.ncaa.org
September 2003

**Text Prepared By:** Dennis Poppe, *Managing Director of Baseball and Football.*
**Edited By:** Scott E. Dolich, *Assistant Director of Publishing.*

NCAA, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

# Table of Contents

Football Certification Subcommittee ........................................... 5

2003-04 Certified Bowl Games ................................................. 5

Bowl Game Invitations .......................................................... 7
  Deserving Winning Team ..................................................... 7
  Waiver for Conference Champion ............................................ 7
  Official Invitation and Acceptance .......................................... 7
  Bowl Championship Series .................................................... 8
  The 2003-04 Bowl Championship Series Standings ............................ 9
  Bowl Site Inspection Visit ................................................. 11

Financial Administration ....................................................... 11
  Minimum Guarantee .......................................................... 11
  Components of Gross Receipts ............................................... 12
  Audited Reporting .......................................................... 13
  Distribution of Gross Receipts ............................................ 13
  Letter of Credit ........................................................... 13
  Certification Fee .......................................................... 14
  Loss-of-Income Insurance ................................................... 14

Awards ......................................................................... 14
  Eligibility ................................................................ 15

Eligibility .................................................................... 15
  Institutional .............................................................. 15
  Student-Athlete ............................................................ 15
  Drug Testing ............................................................... 16

Tickets ........................................................................ 17
  Player Tickets ............................................................. 18

General Information ............................................................ 19
  Advertising ................................................................ 19
  Alcoholic Beverages ........................................................ 19
  Commercial Product Contracts ............................................... 20
  Crowd Control .............................................................. 20
  Entertainment for Official Party/Student-Athletes .......................... 21
  Gambling ................................................................... 21
  Game Film/Video ............................................................ 21
  Game Titles/Title Sponsorship .............................................. 21
  Halftime ................................................................... 22
  Insurance .................................................................. 22
  Kickoff Times .............................................................. 22
  Licensed Products .......................................................... 22
  Live Microphones ........................................................... 22

3

NCAA 017749

Lotteries ............................................................................ 22
Medical Procedures ............................................................ 23
Official Functions ............................................................... 23
Participating Team Radio Origination .................................. 23
Players in Uniform ............................................................. 23
Playing Rules .................................................................... 24
Postgame Press Interviews ................................................ 24
Practice Facilities .............................................................. 24
Pregame Meeting ............................................................... 24
Professional Football ......................................................... 24
Professional Logos and Field Markings ............................... 25
Radio and Television Promotional Messages ...................... 25
Sideline Management ......................................................... 25
Sideline Telephones ........................................................... 25
Team Bench Area ............................................................... 25
Television .......................................................................... 25
Uniform Logos ................................................................... 26

**Officiating** ............................................................................ 26
Assignment of Bowl Officials .............................................. 26
Assignment Policies ........................................................... 27
Clock Operator .................................................................. 28
Courtesy Automobiles ........................................................ 28
Credentials ....................................................................... 28
Entertainment ................................................................... 28
Game Fee .......................................................................... 29
Game Management Responsibilities ................................... 29
Game Tickets ..................................................................... 29
Gifts ................................................................................. 29
Hotel Accommodations ....................................................... 29
Per Diems ......................................................................... 30
Practice ............................................................................. 30
Pregame Meeting ............................................................... 30
Standby Official ................................................................. 30
Supervisor of Officials ....................................................... 31
Transportation ................................................................... 31
Travel Arrangements ......................................................... 31
Uniforms ........................................................................... 31

**Bowl Certification** ............................................................. 31
New Certification Criteria for 2003-04 NCAA
Postseason Bowl Games ................................................. 32
Initial Bowl Certification ..................................................... 33
Initial Bowl-Certification Application Form ........................... 34
Recertification of Established Postseason Games ................. 35
Penalties for Failure to Comply With Requirements .............. 37
[Note: For all references to bylaws, see the 2003-04 NCAA Division I Manual.]

4

NCAA 017750

Championships Information

# Football Certification Subcommittee

The Football Certification Subcommittee of the NCAA Division I Championships/Competition Cabinet includes one representative from each Division 1-A conference. The subcommittee is responsible for issues involving postseason football contests.

Individuals who serve on the subcommittee to certify postseason football games are:

Mike Alden, University of Missouri, Columbia, *chair*
Joe Alleva, Duke University
Kathy Beauregard, Western Michigan University
Jeanne Boyd, Sun Belt Conference
Morgan Burke, Purdue University
Bob Goin, University of Cincinnati
Barbara Hedges, University of Washington
Lisa Kelleher, University of Nevada, Las Vegas
Judy MacLeod, University of Tulsa
Tom McElroy, University of Connecticut
Mark Womack, Southeastern Conference

Dennis L. Poppe, managing director of baseball and football, is staff liaison and is responsible for administrative matters.

Keith E. Martin, NCAA managing director of finance and business operations, is responsible for financial matters.

## 2003-04 Certified Bowl Games

| Date | Game | Time (EST) | Network |
|---|---|---|---|
| December 16 | New Orleans Bowl | 7 p.m. | ESPN2 |
| December 18 | GMAC Bowl | 7:30 p.m. | ESPN2 |
| December 22 | Tangerine Bowl | 5:30 p.m. | ESPN |
| December 23 | PlainsCapital Fort Worth Bowl | 8:30 p.m. | ESPN |
| December 24 | Las Vegas Bowl | 7:30 p.m. | ESPN |
| December 25 | Sheraton Hawaii Bowl | 8 p.m | ESPN |
| December 26 | Motor City Bowl | 5 p.m. | ESPN |
|  | Insight Bowl | 8:30 p.m. | ESPN |
| December 27 | Continental Tire Bowl | 11 a.m. | ESPN2 |
| December 29 | Alamo Bowl | 9 p.m. | ESPN |
| December 30 | Houston Bowl | 4:30 p.m. | ESPN |
|  | Pacific Life Holiday Bowl | 8 p.m. | ESPN |
|  | Silicon Valley Classic | 10:30 p.m. | ESPN2 |
| December 31 | Gaylord Hotels Music City Bowl | Noon | ESPN |
|  | Wells Fargo Sun Bowl | 2 p.m. | CBS |
|  | AXA Liberty Bowl | 3:30 p.m. | ESPN |
|  | MainStay Independence Bowl | 7:30 p.m. | ESPN |
|  | Diamond Walnut San Francisco Bowl | 10:30 p.m. | ESPN2 |

CONFIDENTIAL

NCAA 017751

# Bowl-Game Invitations

A bowl game must serve the purpose of providing a national contest between deserving winning teams. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

## Deserving Winning Team

A deserving winning team is defined as one that wins a minimum of six games against Division I-A competition and has a record that includes more wins than losses. [Exception: Once every four years, a Division I-A institution may count a victory against a Division I-AA opponent that has averaged 60 financial aid awards equivalencies in football during the three previous academic years.] Only a conference champion may seek a waiver of these requirements.

During each year in which an institution is permitted to play 12 regular-season football games, an institution with a record of six wins and six losses may be selected for participation in a bowl game if that institution is a member of a conference with which the bowl organization has a contractual affiliation, and there is no other team in that conference qualified for selection per Bylaw 30.9.2. Contracts between the conference and the bowl organization must be executed prior to the first contest of the 2003-04 season.

During a season in which an institution competes in 13 regular-season contests, the institution must have a record of seven wins, six losses or better, to qualify for bowl selection.

Division I-A contests played in Hawaii are exempt from NCAA legislation limiting a season to 11 games, but this competition does count in the six-win requirement. An institution that participates in an exempt contest, however, must have more wins than losses against Division I-A opponents to be eligible to participate in a bowl game even if it meets the six-win requirement.

## Waiver for Conference Champion

The NCAA Management Council may approve a waiver of the six-victory requirement as noted in the provisions of Bylaw 30.9.2 in order to enable a conference champion to participate in a bowl game when the conference champion is scheduled contractually to participate in the game.

## Official Invitation and Acceptance

An official invitation for an institution to participate in a bowl game shall be issued in writing from the executive director of the sponsoring agency to the participating institution's director of athletics, who shall send to the executive director written confirmation of the acceptance of

7

| Date | Game | Time (EST) | Network |
|---|---|---|---|
| January 1 | Outback Bowl | 11 a.m. | ESPN |
| | Toyota Gator Bowl | 12:30 p.m. | NBC |
| | Capital One Bowl | 1 p.m. | ABC |
| | Rose Bowl | 4:30 p.m. | ABC |
| | FedEx Orange Bowl | 8:30 p.m. | ABC |
| January 2 | SBC Cotton Bowl Classic | 2 p.m. | FOX |
| | Chick-Fil-A Peach Bowl | 4:30 p.m. | ESPN |
| | Tostitos Fiesta Bowl | 8 p.m. | ABC |
| January 3 | Humanitarian Bowl | Noon | ESPN |
| January 4 | Nokia Sugar Bowl | 8 p.m. | ABC |

## Handbook

This handbook includes minimum standards that have been adopted by the NCAA. In some instances, an institution or conference may have a contractual relationship with a bowl that specifies requirements that exceed the minimum standards. Those specifications are binding on the involved parties. The handbook, however, is the final authority for arbitrating disputes over minimum requirements, NCAA legislation and committee policies.

## Bowl Directory

A directory listing the officers of the Football Bowl Association and the names, addresses and telephone numbers of the executive directors of the 2003-04 certified postseason football games is provided on the NCAA Web site at www.1.ncaa.org/membership/postseason_football/contacts.

## Name, Site, Date and Time Changes

The name, site, date and/or time of a postseason football game cannot be changed without approval of the subcommittee. Recognizing that it may be advantageous for an institution, specifically, and intercollegiate football, generally, to change the date or time after September 1, the subcommittee will review such requests. All inquiries should be directed to Dennis Poppe, staff liaison, at the NCAA national office.

## Final Date for Bowl Game

A certified postseason football game must be played not later than the January 4 immediately after the regular football season.

## Tiebreaker

The NCAA tiebreaker system shall be implemented at the end of each bowl game when the score is tied. These procedures are described on the NCAA Web site at www.ncaa.org/library/rules/2003/2003_football_rules.pdf (pages FR-57-59). Game management is reminded that radio and television timeouts are not permitted during any extra period, and charged team timeouts may not be extended for radio and television purposes. The extra period(s) begins when the ball is first snapped.

6

CONFIDENTIAL

NCAA 017752

Championships Information

the invitation. Samples of these letters may be found on the NCAA Web site at www.ncaa.org/membership/postseason_football/administration.

## Expectations

It is important that institutional representatives and game management have a clear understanding of the expectations that each party has of the other. Game management, for example, shall provide the director of athletics a master schedule and a list of social events available, which would include the number of complimentary admissions and the cost and number of additional tickets the institution may purchase. Certain licensing contracts may be in conflict. Once decisions are reached in each of these areas, the institution and game management have an obligation to honor the agreements. A sample of the summary may be found on the NCAA Web site at www.l.ncaa.org/membership/postseason_football/administration.

## Enhancing the Bowl Experience

The subcommittee has adopted suggested policies, which may be found on the NCAA Web site at www.l.ncaa.org/membership/postseason_football/administration, that are designed to enhance the bowl experience for student-athletes and the institution and to improve communication between it and game management.

## Bowl Championship Series

The Rose Bowl, the Nokia Sugar Bowl, the FedEx Orange Bowl and the Tostitos Fiesta Bowl, comprise the Bowl Championship Series (BCS). The pool of eligible teams, established after the final BCS standings are released December 7, 2003, shall consist of the conference champions of the Atlantic Coast, Big East, Big Ten, Big 12, Pacific-10 and Southeastern conferences, whose teams will be guaranteed berths, and teams that have won at least nine regular-season games (not including wins in exempt games) and are ranked among the top 12 in the final BCS standings. A win versus a Division I-AA opponent may be counted once in four years to reach the required nine wins.

Also, any Division I-A independent team or champion of the Mid-American, Mountain West, Sun Belt or Western Athletic conferences, or Conference USA, will be guaranteed a slot in one of the four BCS games should that team be ranked sixth or higher in the final BCS standings, unless more than two teams meet this criteria. Should more than two teams from this group be ranked in the top six of the standings, the BCS bowl selecting will have its choice of any two from that group.

## Automatic Qualification for Certain At-Large Teams

Each year, there will be two at-large teams selected by the BCS bowls and in most years, the BCS bowls will not be required to select any particular at-large team. However, in some instances, an at-large team may earn automatic selection. Those cases are listed below:

8

1. Any at-large team ranked No. 1 or No. 2 in the final BCS standings shall play in the BCS national championship game. If both the No. 1 and the No. 2 teams in the BCS standings are at-large teams, those teams shall play in the national championship game;

2. Any team from a non-BCS conference, or an independent institution, that is ranked three through six in the BCS standings, shall qualify for a guaranteed selection in one of the BCS games. If one or more teams other than Notre Dame qualify for automatic selection, Notre Dame shall qualify provided it is ranked in the top 10 in the BCS standings or has a record of at least nine wins, not including exempted games;

3. The bowls shall select from those teams that qualify in (2) above should insufficient slots be available;

4. If any at-large slots remain unfilled after satisfying the criteria in (2) above; and the team ranked third in the BCS standings is an at-large team, then the team ranked third in the BCS standings shall automatically fill one at-large slot and shall play in one of the BCS bowls;

5. If any at-large slots remain unfilled after satisfying the criteria in (2) and no at-large team qualifies for automatic selection under (4) above; and the team ranked fourth in the BCS standings is an at-large team, then the team ranked fourth in the BCS standings shall automatically fill one at-large slot and shall play in one of the BCS bowls.

The BCS also features regional consideration regarding team selection. Regional tie-ins include the Southeastern Conference champion in the Nokia Sugar Bowl, the Atlantic Coast or Big East Conference champion in the FedEx Orange Bowl, the Big 12 Conference champion in the Tostitos Fiesta Bowl, and the Big 10 and the Pacific-10 Conference champions in the Rose Bowl.

The regional tie-in does not apply in those years when a respective conference champion is rated No. 1 or No. 2, or if a bowl is the host to the game featuring the No. 1 and No. 2 match-up.

## The 2003-04 Bowl Championship Series Standings

The BCS standings, since the beginning of the 2000 regular season, have been compiled by the National Football Foundation and College Football Hall of Fame.

A statistical rating system will determine which teams will participate in the Bowl Championship Series. The ranking system will consist of five major components: subjective polls of the writers and coaches, computer rankings, schedule strength, team record, and quality wins versus top 10-ranked teams in the weekly BCS standings. The two teams that have the lowest point total in the five categories will play in the national championship game. The standings will be calculated from the results

9

NCAA 017753

Championships Information

| Rank | Points Deducted | Rank | Points Deducted | Rank | Points Deducted |
|---|---|---|---|---|---|
| 1 | 1.0 | 5 | 0.6 | 8 | 0.3 |
| 2 | 0.9 | 6 | 0.5 | 9 | 0.2 |
| 3 | 0.8 | 7 | 0.4 | 10 | 0.1 |
| 4 | 0.7 | | | | |

All five components shall be added together for a total rating. The team with the lowest point point total shall rank first in the BCS standings. The first BCS standings of the 2003 season will be released on Monday, October 20. The complete BCS standings will be available at the BCS Web site (bcsfootball.org) beginning October 20. This system will be utilized to select the teams that will participate in the championship game of the Bowl Championship Series; to determine any independent or team from a conference without an automatic selection that shall qualify for a guaranteed selection in one of the games of the Bowl Championship Series; to determine other automatic selections; and to establish the pool of eligible teams for at-large selections.

**Bowl Site Inspection Visit**

A checklist of information that is available on the NCAA Web site at www1.ncaa.org/membership/postseason_football/administration has been developed for institutional representatives to use on their inspection visit to the city hosting the postseason football game in which it will participate. The checklist should address most items that the institution will require to finalize and facilitate planning for its trip.

Bowl management shall provide the information outlined in the bowl site checklist to a participating institution no later than one week after the institution has accepted an invitation to participate in the game. Bowl management shall identify corporate sponsorship agreements that may be in conflict with contracts that a participating institution may have with a corporate entity (e.g., a nutrient drink in the bench area).

# Financial Administration

**Minimum Guarantee**

On an annual basis, the sponsoring agency of a postseason bowl game must generate bowl-based revenue equal to or greater than all the contractual financial commitments from the two participating institutions and conferences. The distribution to the participating teams and conferences shall be equal in value and the expectation shall be that the distribution meets, at a minimum, the participating teams' reasonable contractual travel obligations and participation expenses.

11

---

of all regular-season games, including exempt games, and conference championship games.

**Polls:** The poll component will be calculated based on the average of the ranking of each team in the Associated Press media poll and the USA Today/ESPN coaches poll. The rankings of each team will be added and divided by two. For example, a team ranked No. 1 in one poll and No. 2 in the other poll would receive 1.5 points in this component (1+2=3÷2=1.5).

**Computer Rankings:** The second component will consist of seven computer rankings that are published in major media outlets. The computer rankings will be: Jeff Sagarin (published in USA Today), Dr. Peter Wolfe, Richard Billingsley, Colley Matrix, Kenneth Massey, Anderson and Hester, and The New York Times. The computer component will be determined by averaging the seven computer rankings. The lowest (worst) computer ranking will be disregarded. For example, if a team is ranked first in three polls, second in three polls and third in another, the ranking in which the team is ranked third will be disregarded and the remaining six polls will be added and divided by six (1+1+1+2+2+2=9÷6=1.5).

**Strength of Schedule:** The third component will be the team's strength of schedule. This component is calculated by determining the cumulative won-loss records of the team's opponents and the cumulative won-loss records of the teams' opponents' opponents. The formula shall be weighted two-thirds (66 2/3%) for the opponents' record and one-third (33 1/3%) for the opponents' opponents' record. The team's schedule shall be calculated to determine in which quartile it will rank: 1-25; 26-50; 51-75; 76-100, and shall be further quantified by its ranking within each quartile (divided by 25). For example, if a team's schedule strength rating is 28th in the nation, that team would receive 1.12 points (28÷25=1.12). Should a team play a Division I-AA opponent, only the losses of the Division I-AA team, or the wins of that team against a Division I-AA team, shall be used in determining the opponent's record or the opponents' opponents' record.

**Team Record:** The fourth component shall evaluate the team's won-loss record. Each loss during the season will represent one point in this component.

**Quality Wins:** The quality-win component will reward to varying degrees teams that defeat opponents ranked among the top 10 in the BCS standings. A team that beats the No. 1-ranked team will have 1.0 points deducted from its BCS score. A team that beats the No. 10-ranked team will have 0.1 points deducted from its score. If a team defeats a top-10 BCS opponent twice in one season, the victorious team shall receive quality-win points only once. Quality-win points are calculated based on team ranking at the time the BCS standings are released. The scale is listed below:

10

NCAA 017754

## Components of Gross Receipts

The gross receipts shall include all revenues derived from the game. Definitions of the individual components are listed on the NCAA Web site at www1.ncaa.org/membership/postseason_football/grdefinitions. The components include:

a. Ticket Sales. Gross receipts shall include the gross income from the sale of tickets less applicable taxes, except those paid as stadium-use taxes for rental, cost of permanent equipment, or in lieu thereof. Internal handling fees shall not be deducted from ticket revenue.

b. Membership fees/dues;

c. Concessions;

d. Programs;

e. Advertising (programs, radio, television, video, tickets);

f. Radio;

g. Television, pay-per-view and movie/video rights;

h. Title sponsorships;

i. Merchandising sales and licensing fees;

j. Corporate sponsors/contributions; and

k. Any other income derived from the operation of the game, including affiliated events, multibowl promotional activities, corporate sponsorship revenues and "gifts in kind" as identified by the committee.

General administrative and operating expenses shall be included in the sponsoring agency's share of gross receipts.

All revenue items should be appropriately reported as being generated by the participating teams or the sponsoring agency. All non-game revenue should be excluded from the report. A game-related event is any activity for which the sponsoring agency, or an affiliate thereof, meets any one of the following criteria: (1) uses the name of the bowl; (2) is associated with any NCAA institution participating in the bowl game or its constituency; or uses the name or marks of such institution in the title or promotion of the event; (3) requires the participation of any member or representative of a participating institution or its constituency; and/or (4) the event promotes the bowl game.

### Escrow

Although a sponsoring agency may confront a potential tax liability on a portion of its revenues, any indemnification or escrow above the applicable minimum distribution must voluntarily be negotiated between the participant and game management.

### Audits

The subcommittee or representatives designated by it may conduct audits of the financial information of an agency sponsoring a bowl game and other organizations and activities affiliated with it. Audits will be conducted in the summer and will review the immediate past game. Any involvement by a sponsoring agency's accounting firm in the NCAA auditing process is at the expense of the sponsoring agency. Each bowl game shall be audited at the discretion of the Football Certification Subcommittee.

### Audited Reporting

The management of each bowl game shall submit an audited schedule of gross receipts, the schedule of sponsoring agency expenses and the affidavit of attendance and ticket sales of the immediate past game before an ensuing contest will be certified. This report must be received in the NCAA national office by mail or fax not later than April 1. Any report received after this date must be postmarked not later than March 25. The NCAA provides each bowl a financial report form to be used for filing the results of the operation of its game. The form may also be found on the NCAA Web site at www1.ncaa.org/membership/post-season_football/administration.

Additionally, each bowl annually shall file with the subcommittee complete audited financial statements for the most recent fiscal year end for the bowl entity not later than the August 1 after the game.

### Distribution of Gross Receipts

Each competing institution's share of the gross receipts must be paid immediately upon completion of the audit of the game, but not later than April 1. The competing institutions shall receive an equal share of the gross receipts of the contest as prescribed in Bylaw 31.5. Out of the sponsor's portion of the gross receipts, all game and administrative expenses shall be paid by the sponsoring agency.

### Letter of Credit

The certification process may require a sponsoring agency annually to secure an irrevocable letter of credit issued by a United States financial institution to guarantee the minimum payoff required for each team participating in a postseason game. The letter of credit must by submitted not later than September 1. A sample of the letter of credit may be found on the NCAA Web site at www1.ncaa.org/membership/post-season_football/administration.

a. Letters of credit in the amount of $2 million for initial bowl applications are due April 1.

b. Each certified postseason football bowl game that has not distributed an average minimum of $1 million to each of the participating institutions during the preceding three-year period annually shall secure an irrevocable letter of credit in the amount of the contractual financial distribution commitments between the sponsoring agency and participating teams.

13

12

NCAA 017755

Championships Information

c. Bowl management must direct the financial institution that will provide the letter of credit to send it to the NCAA not later than September 1.

d. The letter of credit is payable to the NCAA.

e. The period of time covered by the letter of credit is from September 1 until the participating institutions have notified the NCAA that they have received their distribution of receipts, or not later than May 1 each year.

f. In the event that a game is certified (with or without conditions) and the game is not played for reasons the committee believes are within the control of the sponsoring agency, the agency is obligated to reimburse the conference or institution contracted to play the game for any expenses incurred in preparation for the game.

g. The NCAA is responsible for distributing the letter-of-credit revenues to participating institutions in the event of default.

h. The sponsoring agency is responsible for securing the letter of credit, including any financial obligations required by the issuing financial institution. Participating instituions or conferences are prohibited from providing the sponsoring agency with a letter of credit.

## Certification Fee

The $12,000 annual certification fee is a permissible deduction before identifying total gross receipts. The certification fee is due November 1 of each year.

## Loss-of-Income Insurance

The management of each certified postseason football game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts. This expense shall not be deducted from total gross receipts.

## Awards

The subcommittee encourages each bowl to provide student-athletes with awards that approach the maximum value ($300) permitted by NCAA legislation. Awards for most valuable players in bowl games are not countable in the $300 limitation but must conform to NCAA legislation and are limited in value to $300. Institutions should review NCAA Bylaw 16 and the accompanying figures 16-1 and 16-3 for limits on awards.

In an effort to reward bowls that provide the maximum value of gifts to the athletes, game management may deduct the entire gift expense from gross receipts if the subcommittee approves, at its annual January meeting, a copy of invoices with prices demonstrating that the gifts (125

maximum, 95 minimum) were valued at approximately $300 total for each athlete.

Each participating institution shall receive a minimum of 95 awards or gifts, but game management is encouraged to provide 125 athlete awards to each team.

### Eligibility

Only student-athletes eligible to compete in a postseason football bowl game may receive awards from the management of the event or from the participating member institutions.

# Eligibility

## Institutional

An institution must recognize football as a varsity intercollegiate sport and shall meet the institutional requirements applicable to Division I-A to be eligible to enter teams or individual student-athletes in a postseason football game. In order for student-athletes to be eligible, the provisions of NCAA Bylaws 14.10, 18.7.3 and 30.13 must be met. Finally, an institution's team must satisfy the criteria of a "deserving winning team" as noted on page 7 of this handbook and the provisions of NCAA Bylaw 30.9.2.

## Bowl Game Survey

The director of athletics of an institution that participates in a postseason football game shall submit to the subcommittee by February 1 a written report detailing the conduct and administration, specifically game management, of the bowl before that institution is eligible to participate in subsequent postseason football competition. A form that may be used for this report may be found on the NCAA Web site at www.l.ncaa.org/membership/postseaon_football/administration.

A copy of the letters of invitation and acceptance to participate in a game and any correspondence to game management requesting the opportunity to purchase more than one-sixth of the tickets available in the stadium should be included with the mandatory bowl game survey.

## Insurance

An institution shall have evidence on file that it has adequate medical insurance before it is eligible to participate in a certified postseason football game.

## Student-Athlete

In order for student-athletes to be eligible, the provisions of NCAA Bylaws 14.10, 18.7.3 and 30.13 must be met.

14

15

CONFIDENTIAL

NCAA 017756

It is the responsibility of an institutional representative at an NCAA championship or postseason football bowl testing site to notify the drug-testing crew chief that a student-athlete is present who must be tested to satisfy the retesting requirement.

## Tickets

All tickets shall be accounted for at face value and are a part of gross receipts. It is permissible for a sponsor to scale, but not discount, the price of tickets. The sponsoring agency shall provide the NCAA full accountability of tickets sold and collected at the gate.

Each participating institution shall receive 1,000 prime tickets with 250 between the 35- and 50-yard lines and 750 between the 35-yard line and the goal lines. Prime tickets generally will begin 10-15 rows from the bottom of the stands.

Game management shall provide the institution a ticket seating plan that graphically identifies all seating areas to determine potential locations before the team becomes financially responsible for its allocation. It is imperative that tickets sold by the institution and those sold by the sponsoring agency be priced the same for comparable stadium seating.

Each competing institution may be allocated tickets up to one-sixth of the total seats in the stadium. Any agreement for a greater number made between the sponsoring organization and the institution must be approved by the chief executive officer of the institution.

a. A sponsoring agency of a postseason bowl game shall be required to average, over a three-year period, actual attendance of at least 25,000, or 70 percent of stadium capacity.

b. An institution that accepts an invitation to participate in a bowl game shall not purchase more than one-sixth of the tickets available in the stadium. The chief executive officer of the institution may submit a written request for an exception to this policy from the subcommittee stipulating that the additional tickets will be purchased at face value by constituents of that institution. (This requirement does not apply if the bowl distributed more than $1 million to each institution in the preceding year.)

c. A participating institution may negotiate an agreement with bowl management that permits it to purchase less than one-sixth of the total seats in the stadium. An institution is not required to purchase one-sixth of the tickets that will be sold unless it is contractually obligated as an institution or by the conference in which it is a member.

d. The institution shall determine the number of tickets that it shall be responsible for purchasing, and, once claimed, shall notify the management of the certified game, not later than noon (institution's time) on December 1 or one week after the institution has been invited or qualifies by contract to participate in a bowl, of the

17

## Agent/Gambling Affidavit

Any student-athlete participating in a football bowl game is required to complete and sign an affidavit stating that he has not entered into an agreement to be represented by an agent. A sample of the affidavit may be found on the NCAA Web site at www1.ncaa.org/membership/postseason_football/administration.

Each institution selected or qualified for a postseason game shall be required to keep a copy of this affidavit on file at the institution to attest to the eligibility of its student-athletes.

If a student-athlete answers one or more of the odd-numbered questions other than "no" or refuses to agree to the truthfulness of his answers, or to execute the document, a copy of this affidavit shall be forwarded to the NCAA national office immediately.

A sports agent who participates in a bowl organization's committee structure shall not have access to the press box or other areas and activities that would provide the individual access to student-athletes.

## Drug Testing

Student-athletes who compete in a postseason football bowl are subject to drug tests in accordance with Bylaws 18.4.1.5 and 31.2.3 and may be determined to be ineligible as a result thereof. Only student-athletes who have consented in writing to such testing are initially eligible for the bowl; and thereafter, student-athletes who are tested shall remain eligible only if they test negative.

All NCAA championships and postseason football bowls are subject to the drug-testing program. Student-athletes will be selected for testing on the basis of place finish, playing time, position and/or random selection. The goal of the drug-testing program is to provide fair and equitable competition for student-athletes competing in NCAA championships and postseason football bowls. The program involves urine collection on specific occasions and laboratory analysis for substances on a list of banned drugs developed by the Executive Committee. This list is comprised of drugs generally purported to be performance enhancing and/or potentially harmful to the health and welfare of the student-athlete. The list specifically includes stimulants (such as amphetamines and cocaine) and anabolic agents, as well as other drugs. Refer to the 2003-04 Drug-Testing Programs booklet or the NCAA Web site (ncaa.org/sports_sciences/drugtesting/) for the published list of banned substances and the procedural guidelines for testing. Coaches are urged to review this material with their student-athletes before any NCAA championship or postseason football bowl participation.

Persons who test positive at one championship or postseason football bowl automatically will be tested at the next championship or postseason football bowl at which they appear and at which drug testing is being conducted.

16

NCAA 017757

# General Information

## Advertising

*[Reference: Bylaw 31.1.14.1 in the 2003-04 NCAA Division I Manual.]*

Advertising policies of the Association are designed to exclude those advertisements that do not appear to be in the best interests of higher education. The subcommittee chair shall have the authority to rule in cases where doubt exists concerning acceptable advertisers and advertising copy of game programs, broadcasts and telecasts of postseason football games; however, the following expressly are prohibited:

a. Alcoholic beverages that exceed 6 percent alcohol by volume. Advertising of malt beverages, beer and wine products that do not exceed 6 percent alcohol by volume may be used in game programs. Such advertisements, however, shall not compose more than 14 percent of the space in the program devoted to advertising, or not more than 60 seconds per hour of any telecast or broadcast (either one 60-second commercial or two 30-second commercials);

b. Cigarettes and other tobacco products; and

c. Organizations promoting gambling.

Nontherapeutic drugs and, generally, other drugs and patent medicine advertisements are excluded; however, analgesics, cold remedies, antacids and athletics-training aids that are in general use are acceptable. Institutional advertising by pharmaceutical firms also is acceptable.

No commercial or advertisement may relate, directly or indirectly, the advertising company or the advertised product to the participating institutions or student-athletes, or the Association itself, unless prior written approval has been granted by the NCAA president.

It should be noted that the NCAA reserves the right of final approval for all advertising at any championship or bowl game.

## Alcoholic Beverages

Although the NCAA encourages sponsoring agencies to prohibit the sale of alcoholic beverages, it is the prerogative of the bowl to determine if these products shall be sold or otherwise made available for public consumption at a postseason football game certified by the Association, or if such beverages may be brought to the site during the game (i.e., from the time access to the stadium is available to spectators until all patrons have left the area used for competition).

19

---

total number of tickets for which it shall become financially responsible.

e. A participating institution has an obligation to meet the deadline or be responsible for purchasing all tickets in its possession thereafter.

f. A participating institution may not return any tickets to bowl management after the deadline unless this option is approved by bowl management.

g. Tickets sold by the sponsor and the participating institutions shall be the same price for comparable seating. Ticket prices may be scaled but not discounted.

Bowl management shall not advertise the availability of tickets for which it is responsible for selling in the geographical market of a participating team unless the market is the same for the bowl and the institution. Conversely, the team cannot market tickets in the city in which the bowl is played unless the geographical area is common for it and the venue.

The sponsoring agency may, with subcommittee approval, sell discount-priced tickets to representatives of the armed services who are assigned to the geographical area in which the game is being played.

The sponsoring agency is permitted to charge a handling fee of not greater than 5 percent of the face value, which may be excluded from gross receipts.

## Player Tickets

An institution may award complimentary admissions to student-athletes as governed by the provisions of Bylaw 16.2.1.1.2. An institution shall not award more than six complimentary admissions per student-athlete nor any complimentary admissions to student-athletes in other sports.

## Player "Pass List" Ticket Gate

Bowl management shall identify at least two weeks before the game the physical location for the player "pass list" ticket gate.

Each participating institution shall administer a gate to admit individuals who are listed on the player complimentary "pass list." This listing only may include names of individuals who have been designated by the student-athlete. Hard tickets shall not be issued. Once inside the stadium, however, a seat identification ticket may be provided to assist individuals in locating their assigned seats.

18

NCAA 017758

Championships Information

The subcommittee encourages game management at sites where alcoholic beverages are available to implement policies regarding "responsible" consumption at bowl games and to consider eliminating these products in the future.

## Commercial Product Contracts

Institutions traditionally determine the products, equipment and supplies used by their student-athletes, trainers, managers and staff in the team area of the field and in the locker rooms.

The sponsoring agency of each bowl should be aware that institutions may have contracts involving the use of such equipment and supplies during all games in which the institution participates.

If a participating institution has any contracts relating to the use of such products, equipment or supplies during bowl games, the participating institution, before accepting a bowl invitation, should make inquiry of the sponsoring agency concerning the latter's potential conflicts with the institution's use of such products, equipment or supplies in connection with the bowl to prevent any misunderstanding and eliminate conflicts among the institution, the sponsoring agency and third parties.

## Crowd Control

The subcommittee acknowledges that the responsibility for crowd control rests with the bowl game's management. It is recommended, however, that management consider the following suggestions when it develops plans for crowd control.

Bowl management should provide adequate security and ushers, preferably in uniform, for effective crowd management. Attention should be given to seating arrangements that will alleviate crowd-control problems.

The bowl manager, or a designated representative, should be prepared to use the public-address system at the first sign of unsportsmanlike crowd behavior and request cooperation in maintaining proper playing conditions. Profanity, racial comments or other intimidating actions directed at officials, student-athletes, coaches or other team representatives will not be tolerated. Management may elect to remove individuals making such remarks from the site of competition.

The directors of athletics of the competing institutions are expected to communicate with their students and other fans to encourage enthusiastic support within the confines of good sportsmanship.

Artificial noisemakers, air horns and electronic amplifiers may not be permitted, and management may elect to remove such instruments from the playing and spectator areas. The game manager is responsible for enforcing these provisions.

20

## Entertainment for Official Party/Student-Athletes

A sponsoring agency should be sensitive to the number of social events that it schedules for the official parties and student-athletes representing the institutions participating in the bowl. Most institutions prefer a maximum of two social activities, although some areas have many attractions readily available that may be of interest to the teams. The final social schedule should be developed after consultation with the directors of athletics representing the teams.

## Gambling

Game management shall not accept any sponsorship(s) for any game-related activity (e.g., printed program, social activities) from any organization engaged in gambling activities.

It is requested that all bowl managements preclude in the telecasts of their games any personnel who would lead the public to the wrong conclusion about the integrity of intercollegiate athletics.

Bowl management shall not require student-athletes or other members of the official party to attend official functions at a site that permits gambling. It is permissible for these individuals to attend a function at such a site on a voluntary basis.

Upon the request of the NCAA national office, the sponsoring agency of a bowl must permit a representative of the NCAA national office to make a presentation to the student-athletes of the participating institutions regarding gambling issues.

## Game Film/Video

Each participating team shall provide the supervisor of officials from the conference that assigned the officiating crew to the game a copy of the game film/video it will use to evaluate player performance. The supervisor must provide the subcommittee with a written evaluation of the crew. The participating institutions also are encouraged to provide an evaluation of the officials to the subcommittee.

## Game Titles/Title Sponsorship

The titles of certified postseason football contests shall be approved by the subcommittee and conform to the NCAA's policy of not advertising or appearing to promote products or activities that may be detrimental to the welfare of student-athletes or the image of higher education and intercollegiate athletics. Such titles shall not include reference to or contain names popularly associated with the following: alcoholic beverages; cigarettes, smokeless tobacco and other tobacco products; muscle-building dietary supplements; professional sports organizations; and organizations promoting gambling or lotteries.

21

CONFIDENTIAL

NCAA 017759

Championships Information

## Halftime

Halftime for each bowl game is limited to 30 minutes. The timing of the period for intermission begins when all participants, coaches and officials have left the field (outside the 12-foot limit line).

## Insurance

In order for an institution to be eligible to participate in a postseason football game, it shall have the following:

a. Basic accidental-medical insurance for each participating student-athlete to the deductible amount of the NCAA catastrophic injury insurance program;

b. Catastrophic-injury medical insurance for each participating student-athlete that provides lifetime medical, rehabilitation and disability benefits in excess of the basic coverage, equal to the NCAA-sponsored program or an alternate program approved by the subcommittee; and

c. Coverages in (a) and (b) which shall be in effect while the participating student-athletes are traveling to and from the bowl-game site and while they are in the host city.

## Kickoff Times

A procedure shall be reviewed in the pregame meeting for changing a game's starting time that has been approved by the subcommittee. A team shall receive at least 60 minutes notice before the scheduled start time if it will be changed by at least five minutes.

## Licensed Products

Game management shall develop a plan with the participating institutions to market licensed merchandise. Enforcement and infringement issues, rights to the institution's marks, and the financial accounting for licensed merchandise bearing a team mark should be reviewed upon an institution's acceptance to participate in a bowl.

## Live Microphones

NCAA football-playing rules prohibit microphones from being placed on players or coaches during the competition. In addition, the subcommittee precludes the use of live microphones on game officials other than for explanation of violations. No electronic equipment (cameras or microphones) or media personnel are permitted in the team area.

## Lotteries

A title sponsorship for a bowl game cannot include a lottery. Revenues generated from legal lotteries may be used in other bowl-related activities at the discretion of bowl management.

## Medical Procedures

Although each participating team will have a medical/training staff accompany it to a bowl site, it is recommended that the sponsoring agency supplement this group. Each scheduled practice session or post-season football game should require:

a. The presence of a person qualified and delegated to render emergency care to a stricken student-athlete or spectator, preferably a certified and/or licensed athletic trainer;

b. Planned access to a physician, preferably a team physician, by phone or nearby presence for prompt medical evaluation of the situation, if warranted;

c. Planned access to a medical facility, including a plan for communication and transportation between the athletics site and the medical facility for prompt medical services, if warranted; and

d. A thorough understanding by all affected parties, including the leadership of visiting teams, of the personnel and procedures involved.

The student-athlete's team physician should examine each student-athlete injured during NCAA competition and make a recommendation to the student-athlete and the coach as to the advisability of continued participation.

## Official Functions

Bowl management shall not require student-athletes or other members of the official party to attend official functions at a site that permits gambling. It is permissible for these individuals to attend a function at such a site on a voluntary basis. Student-athletes should not be expected to attend scheduled social events the night before the game.

## Participating Team Radio Origination

The subcommittee strongly recommends that the sponsoring agency permit the official radio station/network of each participating team to purchase origination rights to the bowl game. If the sponsoring agency implements the policies governing institutional radio rights that can be found on the NCAA Web site at www1.ncaa.org/membership/post-season_football/administration, it will be permitted to deduct all radio income from gross receipts. Game action will not be interrupted to accommodate a radio commercial format.

## Players in Uniform

The NCAA Football Rules Committee has determined that any individual in the team area who is wearing an official jersey of the appropriate participating institution shall be considered "in uniform" at a post-season football game.

NCAA 017760

## Professional Logos and Field Markings

The logo(s), name(s) and/or field markings of the National Football League and/or a professional team(s) shall not appear on the playing field on the day of the game.

## Radio and Television Promotional Messages

A minimum of 120 seconds shall be reserved on radio broadcasts and telecasts for promotional messages of the participating teams and higher education. Each institution shall receive one 30-second position in the telecast to air its promotional message. The NCAA shall receive 60 seconds of promotional time. It is the responsibility of each institution to provide this video directly to the network and/or syndicator.

## Sideline Management

NCAA Football Rule 1, Section 2, Articles 3 and 4 and interpretations apply to postseason games. Each institution must limit the number of nonuniformed personnel in the team area to 60, which includes the coaching and medical staffs, managers, and other designated team personnel directly involved in administering the conduct of the game. The 60 individuals not in uniform shall wear special team area credentials numbered 1 through 60.

Sideline credentials should be distributed only to individuals who have responsibilities that require their presence on the field level.

Each team shall receive four credentials to distribute to the "ball crews" assisting the game officials.

## Sideline Telephones

Policies related to the usage of sideline telephones in the team area should be established at the pregame meeting after game management consults with the director of athletics representing each participating institution.

## Team Bench Area

NCAA Football Rules and Interpretations define the team area on the sidelines. The participating team may have contracts in effect for equipment and supplies used by players, trainers, managers and staff in both the team area and in its dressing room.

Participating institutions shall not distribute team-area credentials to former student-athletes or anyone else who does not have a responsibility that requires presence in this restricted zone.

## Television

The television producer (and other representatives) of the network or syndicator that will televise the game shall attend a pregame meeting that shall be scheduled by the bowl's executive director to review

25

## Playing Rules

The official playing rules of the Association shall govern the conduct of all postseason football games. The Football Rules Committee, however, has authorized the intermission between halves to extend to 30 minutes.

## Postgame Press Interviews

Bowl management shall provide an area near the locker rooms to conduct postgame interviews with representatives of each team. An individual should be identified to moderate the conferences, and a specific format should be distributed to the participating teams and the media before game day.

## Practice Facilities

If practice facilities for each institution to use for pregame preparation cannot be provided free of charge, game management is requested to help the participating institutions negotiate a reasonable rental charge for practice facilities.

## Pregame Meeting

The following individuals shall attend a pregame meeting on the day before the bowl game: the athletics director and/or designee(s), head coach or full-time assistant, sports information director, and band director of each participating institution; the game referee and clock operator(s); and a representative of the television network or syndicator that has been granted live rights to the game.

The postseason football game's executive director will review administrative and procedural details that may be found on the NCAA Web site at www1.ncaa.org/membership/postseason_football/administration, and the television format for the game. Decisions reached at that meeting that require institutional input are final.

When an institutional representative (director of athletics or designee, head coach or full-time assistant, sports information director, or band director) does not attend the pregame meeting, the sponsoring agency shall withhold $1,000 from the institution's share for each person not in attendance.

If the sponsoring agency fails to notify the institution that a meeting will be held on the day before the game, or if it fails to properly follow the format approved by the subcommittee, bowl management will be subject to a $1,000 financial penalty from the subcommittee.

## Professional Football

Individuals who represent professional football teams and leagues shall not be issued press credentials or allowed access to other restricted areas (e.g. locker rooms, sidelines, video booth) by game management.

24

NCAA 017761

applicable football-playing rules, the television commercial format, etc., with representatives from each participating institution and the game's referee. The sideline restrictions applicable to regular-season games shall be used in postseason telecasts.

**Uniform Logos**

NCAA Football Playing Rule 1-4-5-1 shall govern the use of logos on uniforms in all postseason football games. This rule states, in part, that uniforms and all other items of apparel (e.g., socks, headbands, wristbands), may bear only a single manufacturer's or distributor's normal label or trademark on the outside, regardless of whether or not this label or trademark is visible. The single label or trademark, including any additional material surrounding it on a patch, must be contained within a four-sided geometrical figure (i.e., rectangle, square, parallelogram) no more than 2 1/4 square inches in area.

This rule does not preclude the use of patches that identify the institution's conference or the bowl game in which the team is playing.

## Officiating

**Assignment of Bowl Officials**

Officials for postseason football games certified each year by the Association shall be assigned under the jurisdiction of the subcommittee.

Three Division I-A supervisors of officials will work with the subcommittee to coordinate crew assignments and make any changes to ensure neutral crews are assigned to games after the teams have been invited to participate. Any changes necessary will be made in the same group of bowls as the game for which the conflict occurred. Members serve three-year terms. The person whose term is expiring serves as chair. The subcommittee will consist of supervisors from the conferences listed below, with term expirations indicated:

Big 12 Conference ...................................January 2004
Atlantic Coast Conference ........................January 2005
Big East Conference ...............................January 2006

The NCAA staff liaison to the subcommittee also shall participate in this process along with the national supervisor of officials, who shall be a permanent ex officio member of the officials subcommittee.

These tasks shall be performed as quickly as possible after the annual selections of teams to facilitate travel and other arrangements made by and for game officials.

The supervisors of officials of each conference (assigning agency) shall remind each official assigned to postseason games that he is a guest at the bowl, he should conduct himself in a professional manner

similar to the regular season, and his role is to manage the competition for the benefit of the participating student-athletes rather than become a focal point of the game.

Each person should be aware of policies that govern the conduct of game officials, particularly as they relate to permissible fees, expenses and amenities. Officials should not expect or request additional items from the game management of the bowl.

The committee will not authorize for one or more following years the assignment of any official who does not follow the policies in this handbook or who is not a dignified representative of college athletics while at the bowl site.

**Assignment Policies**

Officials will be assigned under the following guidelines:

a. An organization that is eligible to nominate officials for a postseason football game shall be approved annually by the subcommittee and meet specific criteria to receive a crew assignment for a postseason football game. It shall:

1. Be a member of the Collegiate Commissioners Association (CCA) and ultimately subject to the authority of institutional chief executive officers or assign varsity football officials for a minimum of eight Division I-A members;

2. Provide an annual clinic, training and supervision for its officials;

3. Require its supervisor of officials to attend the annual meeting sponsored by the CCA; and

4. Assign officials for a minimum of eight Division I-A football-playing institutions for three years.

b. Bowls are divided into two groups. The first group includes bowls that comprise the Bowl Championship Series (i.e., the Fiesta, Orange, Rose and Sugar Bowls). The second group includes all other bowls.

c. Each assigning agency that represents a Division I-A conference that has a contractual relationship that annually guarantees participation in the BCS shall be eligible to assign a crew to one of the BCS games. Neutral-crew assignments shall rotate annually. If a team representing a conference not included in this group participates in a BCS game, it shall receive a commensurate assignment the following bowl season.

d. After the BCS assignments have been made, each remaining Division I-A conference will be assigned to a bowl game in the second group. These games would be divided geographically east and west. Neutral-crew assignments shall rotate annually.

e. After each conference has had one crew scheduled for one bowl game, a second game will be awarded to those Division I-A conferences that placed at least two teams in a bowl game the previous year.

26

27

NCAA 017762

f. If, after assignments have been made as noted in (d) and (e), and there are remaining bowls to be assigned a crew, a third assignment will be awarded to conferences that placed the most teams in a bowl game the previous year. [Note: In the event of a tie among conferences eligible for a third assignment, the conference with the longest time elapsed without receiving a third assignment would be selected for the third game.]

g. Each crew shall include a standby official.

h. When any adjustments in the assignments are required, the officiating subcommittee will attempt to make the new assignment commensurate to the bowl to which the affected officiating crew was assigned.

i. Final officiating crew assignments for all postseason football games shall be subject to approval of the subcommittee.

j. The supervisor of the assigning conference will identify for game management by fax transmission the names of the officials who have been assigned to the bowl and where each official may be contacted.

k. The sponsoring agency shall distribute basic information that may be found on the NCAA Web site at www1.ncaa.org/membership/postseason_football/administration to the supervisor of officials for distribution that includes key contacts for the bowl, lodging information and an opportunity to purchase tickets. It is the supervisor's responsibility to distribute the information to the officiating crews.

**Clock Operator**

The clock operator shall attend the pregame meeting on the day before the bowl game.

**Courtesy Automobiles**

Each sponsoring agency shall provide the officiating crew two courtesy automobiles to use during the three days that these individuals are required to be at the bowl site.

**Credentials**

Game management shall provide credentials for the officiating crew. The bowl's executive director will receive a copy of a fax transmission that will identify all members of the crew and where each official may be contacted.

**Entertainment**

It is appropriate for the sponsoring agency to entertain game officials on the day they arrive at the site at any bowl activity that excludes coaches or student-athletes from the participating teams.

On the day before the bowl, game officials may participate in a breakfast or luncheon that is not attended by coaches or student-athletes from the participating teams, but they shall not be invited to attend evening bowl activities. On the night before the actual day of the game, officials are prohibited from attending any bowl-sponsored activity.

The only exception to the prohibition of officials attending an event where team representatives are present is a kickoff breakfast or luncheon, at which they should be segregated from the teams and coaches.

**Game Fee**

Officials, including the standby, shall receive an $1,200 game fee from the BCS bowls and a $1,000 game fee from the other certified bowl(s), and receive payment at the game site. Game management is authorized to deduct game fees from gross receipts.

**Game Management Responsibilities**

Game management shall be responsible for providing the clock operator(s), ball persons, chain crew and television liaison official. Fees and expenses for these individuals shall be determined by game management.

**Game Tickets**

Each official, including the standby, shall receive two game tickets in a prime location at the bowl's expense. The sponsoring agency also may make additional tickets available for officials to purchase, at its discretion. Any such requests for additional tickets should be made through the conference supervisor of officials, who shall make the request to bowl management. Officials shall not contact the bowl directly.

Game officials are prohibited from contacting a participating institution to purchase tickets.

**Gifts**

The bowl game's management shall present each game official, including the standby official, either a watch or a ring as a gift. Game management may deduct from gross receipts the cost of the gifts to officials, provided the value is approximately $300 per official.

**Hotel Accommodations**

Sleeping accommodations for officials, including the standby, shall be reserved at a hotel that will not be used by the official parties of the two participating teams. The media hotel or "official" hotel of the sponsoring agency for the postseason football game may be used. The expenses for the room and applicable taxes for three nights shall be paid by the sponsoring agency, which may petition the subcommittee for an exception if the hotel requires a longer guarantee. An official may request a reservation for an additional hotel room (if available) at his cost, not the bowl's.

CONFIDENTIAL

NCAA 017763

## Per Diems

Game officials, including the standby, shall receive a $75 per diem for three days ($225) and receive payment at the game site. A sponsoring agency may petition the subcommittee for an exception if local requirements demand more than three days.

## Practice

Game officials shall not attend any practice session of a competing team.

## Pregame Meeting

The game referee and clock operator(s) shall attend a pregame meeting to review administrative procedures, the television format and other items of interest that are listed on the NCAA Web site at www1.ncaa.org/membership/postseason_football/administration. The meeting will be organized and chaired by the bowl's executive director and will include representatives of the participating teams and the television network or syndicator. Officials also may have to attend other meetings as scheduled by bowl management.

The crew also will have a private meeting at the hotel or stadium before the game to review officiating mechanics and other details. Game management should consult with the referee to determine if a videocassette recorder will be required for the meeting.

## Standby Official

The agency that is assigning the officiating crew for a game shall include a standby official who will receive the same expense reimbursement, per diem and game fee as the other officials.

The minimum duties of the standby official are detailed on the NCAA Web site at www1.ncaa.org/membership/postseason_football/administration.

## Supervisor of Officials

The supervisor of officials for the assigning agency shall forward to the NCAA staff liaison for administrative matters an evaluation of the officiating crew for each game the agency's crews worked.

If the assigning conference elects to have its supervisor or designee attend a game for which it is providing a crew, the sponsoring agency shall provide a credential that gives the supervisor access to the officials' locker room and a designated seat in the press box.

The supervisor shall contact the participating institutions to make arrangements to receive a copy of the game video/film.

## Transportation

The sponsoring agency shall transport the game officials from their hotel to the stadium before and after the game. It also shall provide two courtesy automobiles for their use at no cost to them on other occasions.

## Travel Arrangements

Each game official and the standby official shall receive the lowest available coach airfare as of the date that notification of a game assignment is received. The supervisor of officials (or individual designated by the conference to coordinate officials' travel) for the assigning conference shall coordinate all travel. The supervisor shall first contact the bowl liaison for officials to discuss the travel options before making firm travel arrangements. No official is to make travel arrangements before receiving instructions from his supervisor.

A game official who uses an automobile to travel to the bowl shall be reimbursed 32 cents per mile round trip, or 64 cents per mile one way, not to exceed coach airfare.

Game management is authorized to deduct the expense for each official's airfare from gross receipts.

## Uniforms

Each game official shall wear a standard uniform and is prohibited from wearing anything that identifies the bowl and/or sponsor(s).

# Bowl Certification

A member institution shall not participate in any noncollegiate- or nonconference-sponsored postseason football game unless it has been certified by the NCAA football certification subcommittee.

A postseason football bowl game is conducted after the regular football season ends and involves teams selected because of their regular-season performance (i.e., won-lost record, conference championship). Participation by member institutions is limited to bowl games that are certified by the Association. The certified postseason bowl game shall meet all requirements and conditions set forth in Bylaw 30.9.

## Bowl Representation at April Meeting

A sponsoring agency requesting initial certification or recertification for a postseason football game shall have a representative attend the subcommittee's annual April meeting.

NCAA 017764

Championships Information

## New Certification Criteria for 2003-04 NCAA Postseason Bowl Games

All sponsoring agencies must agree to meet the following criteria in order to be certified to conduct a 2003-04 postseason bowl game and must show compliance in order to be recertified in subsequent years:

a. On an annual basis, the sponsoring agency of a postseason bowl game must generate bowl-based revenue equal to or greater than all of the contractual financial commitments to the two participating institutions and conferences.

b. A sponsoring agency of a postseason bowl game shall be required to average, over a three-year period, either actual attendance of at least 25,000 or 70 percent of stadium capacity. Bowl management shall certify that the stadium has a minimum seating capacity of 30,000.

c. The distribution to the two participating teams and conferences must be equal in value and the expectation be that the distribution meet, at a minimum, the participating teams' reasonable contractual travel obligations and participation expenses.

d. Each certified bowl game that has not distributed an average of $1 million to each of the teams during the preceding three-year period, or did not meet the certification criteria, will be required to issue an irrevocable letter of credit per the letter of credit provisions on page 15.

e. If a sponsoring agency fails to meet the certification requirements, it may either be put on probation for one year or be decertified for the next bowl season.

f. An agency that wishes to sponsor a new postseason bowl game must submit a $2 million letter of credit at the time of certification April 1.

The following guidelines will be emphasized by the NCAA Football Certification Subcommittee when reviewing applications from prospective sponsoring agencies for postseason bowl games:

• Conference commitments and conference place finish of the teams to be paired;
• Value of the title sponsor;
• Television network and the value of the television agreement;
• Stadium capacity and previous attendance history;
• Community involvement substantiated by, but not limited to, an organizational chart noting key contact persons, a report outlining the financial commitment of the community, a detailed promotional program and letters of commitment from the host city and facility;
• Longevity of bowl and previous bowl administrative experience;
• Financial commitments by the sponsoring agency to the participating teams;
• Geographic proximity to other certified bowl games; and
• Quality of the facility and other necessary accommodations.

## Initial Bowl Certification

Any sponsoring agency seeking initial certification for a postseason football bowl game shall adhere to the following NCAA bylaws and executive regulations:

a. The bowl game must serve the purpose of providing a national contest between deserving winning teams.

b. The competing institutions shall be active members of this Association, and a member institution shall not participate in more than one such game during any academic year.

c. The application for the inauguration of a contest will be received from a proposing sponsor only at the annual spring meeting of the subcommittee. The application shall be received at the NCAA national office by mail or fax not later than April 1. Any application received after that date must be postmarked not later than March 25. The subcommittee will approve or disapprove the contest at its annual spring meeting held during the next calendar year. The proposing sponsor shall submit to the subcommittee, with its application form, a projected financial report showing financial soundness of the proposed game.

d. The subcommittee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the subcommittee.

e. An agency that wishes to sponsor a domestic postseason football contest must secure not later than April 1 a $2 million irrevocable letter of credit issued by a United States financial institution and payable to the NCAA. The letter shall be in effect from the time of the agency's initial application to the committee's annual spring meeting until it is replaced after certification by a new letter of credit, guaranteeing the revenues that will be distributed to the participating teams plus an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit for an international bowl game shall be for $3.75 million.

f. In the event that a game is certified (with or without conditions) and the game is not played for reasons the subcommittee believes are within the control of the sponsoring agency, the agency is obligated to reimburse the conference or institution contracted to play in the game for any expenses incurred in preparation for the game.

32

33

CONFIDENTIAL

NCAA 017765

g. Each postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee payable to the Association by November 1 of each year, which is deductible from gross receipts.

h. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.

i. The site, date, time and name of a certified game, as represented by the sponsoring agency, may not be changed after the subcommittee's initial approval of the application without the approval of the subcommittee.

j. A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.

k. Bowl management shall acknowledge that the subcommittee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

## Initial Bowl-Certification Application Form

A sponsoring agency requesting initial certification also must meet these additional requirements that are included on the application form. It shall:

a. List all personnel who will serve on the game's governing board or management committee.

b. Provide evidence of the experience or association that the management personnel has had with collegiate football;

c. Demonstrate the financial ability of management or the sponsoring agency to guarantee the success of the game. It shall include a letter of credit ($2 million domestic, $3.75 million international) issued by a United States financial institution and payable to the NCAA, which shall be in effect from the spring meeting at which the initial application for certification is submitted to the subcommittee until it is replaced after certification by a letter of credit, guaranteeing the minimum revenues that will be distributed to the participating teams and an additional 25 percent for game-management, operational and administrative expenses;

d. Reimburse the conference or institution contracted to play in the game for any expenses incurred in preparation for the contest if the game is certified (with or without conditions) but is not played for reasons the subcommittee believes are within the control of the sponsoring agency;

e. Identify the amount of money on hand or to which there is access to guarantee game and team expenses;

34

f. Estimate the total gross receipts to be realized from the game;

g. Detail proposals for promoting the game;

h. Provide plans for selling tickets, identify the number of tickets, if applicable, and demonstrate its understanding that the bowl will be ineligible for recertification should it fail to average, over a three-year period, sales of 25,000 tickets, or 70 percent of those available for sale in the stadium, or sales of a number of tickets equal in value to the combined contractual obligation of the two participating institutions. These requirements apply unless the subcommittee authorizes a waiver to maintain certification or the bowl has met the ticket demands of the participating institutions;

i. Indicate whether the bowl has a contractual arrangement with a member conference(s) and provide letters recommending certification of the bowl game from the participating conference(s).

j. Provide evidence of the experience of the sponsoring group in conducting such games or similar affairs;

k. Indicate the plans for television and radio coverage;

l. Submit the organizational operating structure, including a chart or diagram, with an indication of the extent of active community involvement in game promotion and management;

m. Certify that the stadium has a minimum seating capacity of 30,000, and any other pertinent information or comments; and

n. Acknowledge that the subcommittee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any other television contract(s).

## Recertification of Established Postseason Games

Any sponsoring agency seeking recertification for a postseason football game shall adhere to the following NCAA bylaws and executive regulations:

a. Applications for recertification shall be received by the NCAA not later than April 1.

b. An audited financial report of the immediate past game, including the schedule of gross receipts, the schedule of sponsoring agency expenses and the affidavit of attendance and ticket sales, shall be received at the national office by mail or fax not later than April 1. Any application or financial report received after that date must be postmarked not later than March 25. Additionally, a complete audited financial report shall be filed with the subcommittee not later than September 1.

c. The sponsor of a game shall average selling 25,000 tickets, or 70 percent of those available for sale in the stadium, or a number of tickets equal in value to the combined contractual obligation of the two participating institutions, over a three-year period unless the subcommittee grants the bowl a waiver to meet certification.

35

CONFIDENTIAL

NCAA 017766

Championships Information

d. A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.

e. The site, date, time and name of a certified game, as represented by the sponsoring agency in its application for recertification, may not be changed without the approval of the subcommittee.

f. The bowl game must serve the purpose of providing a national contest between deserving winning teams.

g. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

h. The subcommittee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the subcommittee.

i. A postseason football contest that has not distributed an average minimum of $1 million to each participating institution during the preceding three-year period shall secure annually an irrevocable letter of credit, a sample of which may be found on the NCAA Web site at www1.ncaa.org/membership/postseason_football/ administration, in the amount of the contractual financial distribution commitments between the sponsoring agency and participating teams or conferences. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit shall be made payable to the NCAA and annually shall cover the period from November 1 until the participating institutions have notified the NCAA that they have received their distribution of gross receipts, or not later than May 1. It shall specify that the Association is responsible for the distribution of revenues to the participating institutions in the event of default. The cost of the letter of credit shall be deducted from the contest's gross receipts.

j. Each certified postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee payable to the Association by November 1 of each year, which is deductible from gross receipts.

k. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.

l. Bowl management shall certify that the stadium has a minimum seating capacity of 30,000.

m. Bowl management shall acknowledge that the subcommittee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

## Penalties for Failure to Comply With Requirements

If the management of a certified game fails to comply with Bylaw 30.9, the requirement for an audited financial report for the immediate past game, or the NCAA's approved policies and procedures, the subcommittee has the option to withhold certification for the postseason bowl game for one year or fine it a percentage of its gross receipts, not to exceed 50 percent, from the contest involved in the noncompliance, with the amount to be determined by it and approved by the Division I Championships/Competition Cabinet.

The fine shall be paid to the NCAA, which shall forward 50 percent of any new revenues received to each participating institution within 10 working days after the financial penalty has been paid.

36

37

CONFIDENTIAL

NCAA 017767