

CONFIDENTIAL          EXHIBIT # 4          NCAA 017988



# NCAA®

# 2000-01 POSTSEASON FOOTBALL HANDBOOK

Administration, Certification and Game Management

Television and Radio Regulations

Drug-Testing Policies

CONFIDENTIAL

NCAA 017989



THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
P.O. Box 6222
Indianapolis, Indiana 46206-6222
317/917-6222
www.ncaa.org
October 2000

Text Prepared By: Mark P. Jones, *Director of Enforcement.*
Edited By: Scott E. Donch, *Communications Coordinator.*

NCAA, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

# Table of Contents

Football Certification Subcommittee ........................................... 6

2000-01 Certified Bowl Games ...................................................... 6

Bowl Game Invitations ................................................................... 7
    Deserving Winning Team ........................................................ 7
    Waiver for Conference Champion ......................................... 8
    Official Invitation and Acceptance ....................................... 8
    Bowl Championship Series ...................................................... 8
    Visits From Bowl Representatives ......................................... 9
    Bowl Site Inspection Visit ..................................................... 10

Financial Administration ............................................................. 10
    Minimum Guarantee ............................................................... 10
    Components of Gross Receipts .............................................. 10
    Audited Financial Statement .................................................. 12
    Distribution of Gross Receipts ............................................. 12
    Letter of Credit ...................................................................... 13
    Certification Fee ..................................................................... 13
    Loss-of-Income Insurance ..................................................... 13

Awards ............................................................................................ 13
    Eligibility ................................................................................ 14

Eligibility ........................................................................................ 14
    Institutional ............................................................................ 14
    Student-Athlete ....................................................................... 14
    Drug Testing ............................................................................ 15

Tickets ............................................................................................. 16
    Player Tickets .......................................................................... 17

General Information ...................................................................... 17
    Advertising .............................................................................. 17
    Alcoholic Beverages ............................................................... 18
    Commercial Product Contracts ............................................. 18
    Crowd Control ........................................................................ 19
    Entertainment for Official Party/Student-Athletes ............ 19
    Gambling .................................................................................. 19
    Game Film/Video ................................................................... 20
    Game Titles/Title Sponsorship ............................................. 20
    Halftime ................................................................................... 20
    Insurance .................................................................................. 20
    Kickoff Times ......................................................................... 21
    Licensed Products ................................................................... 21
    Live Microphones ................................................................... 21
    Lotteries ................................................................................... 21

3

Medical Procedures............................................................21
Official Functions.............................................................22
Participating Team Radio Origination.................................22
Players in Uniform............................................................22
Playing Rules...................................................................22
Postgame Press Interviews................................................22
Practice Facilities.............................................................22
Pregame Meeting.............................................................22
Professional Football........................................................23
Professional Logos and Field Markings...............................23
Radio and Television Promotional Messages........................23
Sideline Management........................................................23
Sideline Telephones..........................................................23
Team Bench Area.............................................................23
Television........................................................................24
Uniform Logos.................................................................24

**Officiating**.........................................................................24
Assignment of Bowl Officials.............................................24
Clock Operator.................................................................26
Courtesy Automobiles.......................................................26
Credentials......................................................................26
Entertainment..................................................................26
Game Fee........................................................................27
Game Management Responsibilities....................................27
Game Tickets...................................................................27
Gifts...............................................................................27
Hotel Accommodations.....................................................27
Per Diems........................................................................27
Practice...........................................................................28
Pregame Meeting.............................................................28
Standby Official...............................................................28
Supervisor of Officials......................................................28
Transportation..................................................................28
Travel Arrangements........................................................28
Uniforms.........................................................................29

**Bowl Certification**.............................................................29
Initial Bowl Certification...................................................29
Initial Bowl-Certification Application Form..........................31
Recertification of Established Postseason Games...................32
Penalties for Failure to Comply With Requirements..............33

## Appendices

A. Bowl Directory............................................................34
B. NCAA Tiebreaker Procedure.........................................40
C. Sample Invitation and Acceptance Letters.......................43
D. Sample Bowl Information Summary and Schedules............45
E. Enhancing the Bowl Experience.....................................49

4

CONFIDENTIAL

NCAA 017992

F. 2000-01 Bowl Agreements and Alliance........................51
G. Bowl-Site Checklist..................................................52
H. Request for Exception of Game-Related Events ...........59
I. Schedule of Gross Receipts.........................................60
J. Initial Certification Letter of Credit.............................67
K. Recertification Letter of Credit...................................68
L. Institutional Bowl Game Report.................................69
M. Agent/Gambling Disclaimer Affidavit........................76
N. Recommended Radio Policy........................................79
O. Checklist for Pregame Meeting...................................81
P. Sample Officiating Crew Fact Sheet.............................83
Q. Duties of the Standby Official....................................85
R. Bowl Championship Series Standings...........................86

[Note: For all references to bylaws, see the 2000-01 NCAA Division I Manual.]

CONFIDENTIAL

NCAA 017993

# Football Certification Subcommittee

The football certification subcommittee of the NCAA Division I Championships/Competition Cabinet includes one representative from each Division I-A conference. The subcommittee is responsible for issues involving postseason football contests.

Individuals who serve on the subcommittee to certify postseason football games are:

Paul Griffin, University of South Florida, *chair*
Mike Alden, University of Missouri, Columbia
Dick Baddour, University of North Carolina, Chapel Hill
Tim Curley, Pennsylvania State University
Rudy Davalous, University of New Mexico
Barbara Hedges, University of Washington
Stephanie MacDonald, Mid-American Conference
Judy MacLeod, University of Tulsa
Tom McElroy, Big East Conference
Michael Parent, Utah State University
Larry Templeton, Mississippi State University

Mark Jones, NCAA director of enforcement, is staff liaison and is responsible for administrative matters.

Keith E. Martin, NCAA director of finance and business operations, is responsible for financial matters.

# 2000-01 Certified Bowl Games

| Date | Game | Time (EST) | Network |
|---|---|---|---|
| December 20 | GMAC Mobile Alabama Bowl | 8 p.m. | ESPN2 |
| December 21 | EA Sports Las Vegas Bowl | 8 p.m. | ESPN2 |
| December 24 | Jeep Oahu Bowl | 8:30 p.m. | ESPN |
| December 25 | Jeep Aloha Bowl | 3:30 p.m. | ABC |
| December 27 | Motor City Bowl | 4 p.m. | ESPN |
| | galleryfurniture.com Bowl | 8 p.m. | ESPN |
| December 28 | Crucial.com Humanitarian Bowl | 1:30 p.m. | ESPN2 |
| | Music City Bowl | 3 p.m. | ESPN |
| | Insight.com Bowl | 7 p.m. | ESPN |
| | Motorpc.com Bowl | 7 p.m. | TBS |
| December 29 | AXA Liberty Bowl | 1:30 p.m. | ESPN |
| | Wells Fargo Sun Bowl | 2 p.m. | CBS |
| | Chick-fil-A Peach Bowl | 5 p.m. | ESPN |
| | Culligan Holiday Bowl | 8:30 p.m. | ESPN |
| December 30 | Sylvania Alamo Bowl | 8 p.m. | ESPN |
| December 31 | Silicon Valley Classic | 6:30 p.m. | Fox Sports Net |
| | Sanford Independence Bowl | 8 p.m. | ESPN |
| January 1 | Outback Bowl | 11 a.m. | ESPN |
| | SBC Cotton Bowl Classic | 11 a.m. | Fox |
| | Toyota Gator Bowl | 12:30 p.m. | NBC |
| | OurHouse.com Florida Citrus Bowl | 1 p.m. | ABC |

6

NCAA 017994

| Date | Game | Time (EST) | Network |
|------|------|-----------|---------|
| January 1 | Rose Bowl | 5 p.m. | ABC |
| | Tostitos Fiesta Bowl | 8 p.m. | ABC |
| January 2 | Nokia Sugar Bowl | 8 p.m. | ABC |
| January 3 | FedEx Orange Bowl | 8 p.m. | ABC |

### Handbook

This handbook includes minimum standards that have been adopted by the NCAA. In some instances, an institution or conference may have a contractual relationship with a bowl that specifies requirements that exceed the minimum standards. Those specifications are binding on the involved parties. The handbook, however, is the final authority for arbitrating disputes over minimum requirements, NCAA legislation and committee policies.

### Bowl Directory

A directory listing the officers of the Football Bowl Association and the names, addresses and telephone numbers of the executive directors of the 2000-01 certified postseason football games is included in Appendix A of this handbook.

### Name, Site, Date and Time Changes

The name, site, date and/or time of a postseason football game cannot be changed without approval of the subcommittee. Recognizing that it may be advantageous for an institution, specifically, and intercollegiate football, generally, to change the date or time after September 1, the subcommittee will review such requests. All inquiries should be directed to Mark Jones, staff liaison, at the NCAA national office.

### Final Date for Bowl Game

A certified postseason football game must be played not later than the January 4 immediately after the regular football season.

### Tiebreaker

The NCAA tiebreaker system shall be implemented at the end of each bowl game when the score is tied. These procedures are described in Appendix B. Game management is encouraged to format television commercials only after each team has had an opportunity to score rather than after each offensive possession, unless a timeout is called.

# Bowl-Game Invitations

A bowl game must serve the purpose of providing a national contest between deserving winning teams. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

## Deserving Winning Team

A deserving winning team is defined as one that wins a minimum of six games against Division I-A competition and has a record that

7

NCAA 017995

includes more wins than losses. [Exception: Once every four years, a Division I-A institution may count a victory against a Division I-AA opponent that has averaged 60 financial aid awards equivalencies in football during the three previous academic years.] Only a conference champion may seek a waiver of these requirements.

Division I-A contests played in Hawaii are exempt from NCAA legislation limiting a season to 11 games, but this competition does count in the six-win requirement. An institution that participates in an exempt contest, however, must have more wins than losses against Division I-A opponents to be eligible to participate in a bowl game even if it meets the six-win requirement.

## Waiver for Conference Champion

The NCAA Management Council may approve a waiver of the six-victory requirement as noted in the provisions of Bylaw 30.9.2 in order to enable a conference champion to participate in a bowl game when the conference champion is scheduled contractually to participate in the game.

## Official Invitation and Acceptance

An official invitation for an institution to participate in a bowl game shall be issued in writing from the executive director of the sponsoring agency to the participating institution's director of athletics, who shall send to the executive director written confirmation of the acceptance of the invitation. (A sample of these letters is in Appendix C.)

### Expectations

It is important that institutional representatives and game management have a clear understanding of the expectations that each party has of the other. Game management, for example, shall provide the director of athletics a master schedule and a list of social events available, which would include the number of complimentary admissions and the cost and number of additional tickets the institution may purchase. Certain licensing contracts may be in conflict. Once decisions are reached in each of these areas, the institution and game management have an obligation to honor the agreements. (A sample of the summary is in Appendix D.)

### Enhancing the Bowl Experience

The subcommittee has adopted suggested policies (Appendix E) that are designed to enhance the bowl experience for student-athletes and the institution and to improve communication between it and game management.

## Bowl Championship Series

The Rose Bowl, Nokia Sugar Bowl, FedEx Orange Bowl and Tostitos Fiesta Bowl comprise the Bowl Championship Series (BCS). Conferences with automatic berths include the Atlantic Coast, Big East, Big Ten, Big 12, Pacific-10 and Southeastern. There will be two at-large selections.

Any Division I-A independent team or member of the Western Athletic Conference, Conference USA, Mountian West Conference or Mid-American Conference that is ranked sixth or higher in the BCS

8

CONFIDENTIAL

standings, also will be eligible for the series. Otherwise, any Division I-A team can qualify for selection in the BCS if it meets both of the following requirements:

1. Has won at least nine college football games during the most recently concluded regular season, excluding victories in exempted games.

2. Is ranked among the top-12 teams in the BCS final regular-season standings.

The FedEx Orange Bowl will select the top two teams ranked in the BCS final regular-season standings. (See Appendix R for the formula used to determine BCS rankings.)

The BCS also will feature regional consideration regarding team selection. Regional tie-ins include the Southeastern Conference champion in the Nokia Sugar Bowl, the Atlantic Coast or Big East Conference champion in the FedEx Orange Bowl, the Big 12 Conference champion in the Tostitos Fiesta Bowl, and the Big Ten and Pacific-10 Conference champions in the Rose Bowl.

The regional tie-in relationship will not apply in those years when a respective conference champion is rated No. 1 or No. 2 or if a bowl is the host to the game featuring the No. 1 and No. 2 matchup.

A summary of bowl agreements is included in Appendix F.

[NOTE: The information concerning the criteria for participation in the BCS was provided to the NCAA and appears here for informational purposes only. The NCAA Football Certification Subcommittee has not enacted, adopted or otherwise approved of the process described above. The NCAA has no role in the selection of the institutions that participate in postseason bowl games.]

## Visits From Bowl Representatives

The following policies shall govern game visits by bowl representatives.

a. Two bowl representatives may receive press credentials.

b. A third and/or fourth representative from a bowl may accompany two other representatives to a site.

(1) The individual(s) shall not receive credentials.

(2) The individual(s) may purchase a ticket in the stands but may not be invited to sit in another area to which bowl representatives normally have access.

(3) The individual(s) shall not visit the locker rooms after the game.

c. A bowl organization only should visit games of teams eligible to participate in its game.

d. A sports agent who participates in a bowl organization's committee structure shall not have access to the press box or other areas and activities that would provide the individual access to student-athletes.

e. If an individual is not an official representative designated by the bowl, the person shall not wear a blazer issued by the sponsoring agency.

9

CONFIDENTIAL

NCAA 017997

f. A representative(s) of a bowl that has a contractual agreement with a conference may attend any game between two institutions from that conference.

g. A bowl representative(s) may attend the first home game involving an institution that participated in that bowl's most recent postseason football game.

## Bowl Site Inspection Visit

A checklist of information (Appendix G) has been developed that institutional representatives may wish to use on their inspection visit to the city hosting the postseason football game in which it will participate. The checklist should address most items that the institution will require to finalize and facilitate planning for its trip.

Bowl management shall provide the information outlined in the bowl site checklist to a participating institution no later than one week after the institution has accepted an invitation to participate in the game. Bowl management shall identify corporate sponsorship agreements that may be in conflict with contracts that a participating institution may have with a corporate entity (e.g., a nutrient drink in the bench area).

# Financial Administration

## Minimum Guarantee

Institutions participating in a certified domestic postseason football game shall receive the greater of 75 percent of the gross receipts or $750,000 each, or an amount greater than $750,000 specified in a contract between the bowl and a conference. Teams participating in a certified international bowl shall receive the greater of 75 percent of the gross receipts or $1.5 million each.

Each institution always shall receive an equal share of the gross receipts. Under no circumstances shall a participating team receive less than $750,000 (domestic) or $1.5 million (international).

Each institution may be required to pay its own transportation and other team expenses incidental to the game from its percentage of gross receipts.

A waiver of this provision may be granted to a closed game.

## Components of Gross Receipts

The gross receipts shall include all revenues derived from the game. Definitions of the individual components are listed in Appendix I. The components include:

a. Sale of tickets (less applicable taxes, except those paid as stadium-use taxes for rental, cost of permanent equipment, or in lieu thereof). All tickets, including those provided for the participating student-athletes, shall be accounted for at face value and shall become a part of the gross receipts;

b. Membership fees/dues;

c. Concessions;

10

d. Programs, except when the printing and sale of programs or the production and sale of concession items are performed by an independent third party under contract with the sponsoring agency and it receives only a share of the net receipts, or when the cost for printing and selling the program is greater than the income generated from sales. Gross receipts then shall include only the net amount received for such items by the sponsoring agency from the third party;

e. Advertising (programs, radio, television, video, tickets);

f. Radio, unless the official stations of the participating institutions are permitted to originate the broadcast to their normal outlets;

g. Television, pay-per-view and movie/video rights;

h. Title sponsorships;

i. Merchandising sales and licensing fees;

j. Corporate sponsors/contributions; and

k. Any other income derived from the operation of the game, including affiliated events, multibowl promotional activities, corporate sponsorship revenues and "gifts in kind" as identified by the committee.

A sponsoring agency is permitted to charge a handling fee of not greater than 5 percent of the face value of a ticket, which may be excluded from gross receipts.

General administrative and operating expenses shall be included in the sponsoring agency's share of gross receipts.

Revenues and expenses generated by events that do not relate to the game in any way should not be included in gross receipts. When the name of the bowl is used in such an event, the sponsoring agency may request from the committee an exception (Appendix H) to its inclusion in the computation of gross receipts.

## Deductions From Gross Receipts

The following expenses incurred by the sponsoring agency of a post-season football game shall be deducted from gross receipts:

a. Letter of credit required for initial certification or recertification;

b. Annual certification fee paid to the Association;

c. Radio income if the official station and/or network of each participating team was permitted to purchase origination rights to the bowl game;

d. Corporate sponsor receipts that are for the direct benefit of the competing institutions (e.g., luncheon for players);

e. Expenses for awards to student-athletes if invoices are approved by the committee as meeting the legislated maximum value ($300) and number (95 to 125), and the same gift package for the officiating crew and standby official;

f. Pro rata share of expenses for multibowl promotional activities approved in advance by the committee;

g. A maximum of $60,000 from corporate-sponsor revenues on events specifically planned for the team and official parties;

11

CONFIDENTIAL

NCAA 017999

b. The airfare and game fees for the officiating crew and standby offi-
cial; and

i. Any special deduction(s) authorized by the committee (Appendix I).

### Escrow

Although a sponsoring agency may confront a potential tax liability on
a portion of its revenues, participating institutions shall receive the greater
of 75 percent of gross receipts or $750,000 each for a domestic bowl and $1.5
million each for an international postseason game. Any indemnification or
escrow above the applicable minimum distribution must voluntarily be
negotiated between the participant and game management.

### Audits

The subcommittee or representatives designated by it may conduct
audits of the financial information of an agency sponsoring a bowl game
and other organizations and activities affiliated with it. Audits will be
conducted in the summer and will review the immediate past game.
Any involvement by a sponsoring agency's accounting firm in the
NCAA auditing process is at the expense of the sponsoring agency. Each
bowl game shall be audited at least once every three years.

## Audited Financial Statement

The management of each bowl game shall submit a preliminary
audited financial report of the immediate past game before an ensuing
contest will be certified. This report must be received in the NCAA
national office by mail or fax not later than April 1. Any report received
after this date must be postmarked not later than March 25. The NCAA
provides each bowl a financial report form (Appendix I) to be used for
filing the results of the operation of its game.

Additionally, each bowl annually shall file with the subcommittee a
complete audited financial report not later than the September 1 after
the game.

## Distribution of Gross Receipts

Each competing institution's share of the gross receipts must be paid
immediately upon completion of the audit of the game, but not later than
April 1. The competing institutions shall receive an equal share of the
gross receipts of the contest as prescribed in Bylaw 31.5. In no event shall
more than 25 percent of the gross receipts be paid to or retained by any
sponsoring person or organization. Out of the sponsor's portion of the
gross receipts, all game expenses shall be paid, including specifically:

a. Stadium rental;
b. Tickets (printing, selling and collecting);
c. Ushers;
d. Game officials;
e. Sideline crew; and
f. Game promotion and publicity.

CONFIDENTIAL

NCAA 018000

### Letter of Credit

The certification process may require a sponsoring agency annually to secure an irrevocable letter of credit (Appendices J and K) issued by a United States financial institution to guarantee the minimum payoff required for each team participating in a postseason game.

   a. An initial letter of credit shall be a minimum of $2 million for a domestic bowl and $3.75 million for a game seeking international certification.

   b. Each certified postseason football bowl game that has not distributed an average minimum of $1 million to each of the participating institutions during the preceding three-year period annually shall secure an irrevocable letter of credit, guaranteeing the minimum revenues ($1.5 million domestic and $3 million international) that will be distributed to the participating teams.

   c. Bowl management must direct the financial institution that will provide the letter of credit to notify the NCAA by October 1 that it will be received by the NCAA not later than November 1.

   d. The letter of credit is payable to the NCAA.

   e. The period of time covered by the letter of credit is from November 1 until the participating institutions have notified the NCAA that they have received their distribution of receipts, or not later than May 1 each year.

   f. In the event that a game is certified (with or without conditions) and the game is not played for reasons the committee believes are within the control of the sponsoring agency, the agency is obligated to reimburse the conference or institution contracted to play the game for any expenses incurred in preparation for the game.

   g. The NCAA is responsible for distributing the letter-of-credit revenues to participating institutions in the event of default.

   h. The cost of the letter of credit is a permissible deduction from gross receipts.

### Certification Fee

The $12,000 annual certification fee is a permissible deduction before identifying total gross receipts.

### Loss-of-Income Insurance

The management of each certified postseason football game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts. This expense shall not be deducted from total gross receipts.

# Awards

The subcommittee encourages each bowl to provide student-athletes with awards that approach the maximum value ($300) permitted by NCAA legislation. Awards for most valuable players in bowl games are

13

CONFIDENTIAL

NCAA 018001

not countable in the $300 limitation but must conform to NCAA legisla-
tion and are limited in value to $300. Institutions should review NCAA
Bylaws 16.1.4.2-(1), (3) and (4) for limits on awards.

In an effort to reward bowls that provide the maximum value of gifts
to the athletes, game management may deduct the entire gift expense
from gross receipts if the subcommittee approves, at its annual January
meeting, a copy of invoices with prices demonstrating that the gifts (125
maximum, 95 minimum) were valued at approximately $300 total for
each athlete.

Each participating institution shall receive a minimum of 95 awards or
gifts, but game management is encouraged to provide 125 athlete
awards to each team.

### Eligibility

Only student-athletes eligible to compete in a postseason football
bowl game may receive awards from the management of the event or
from the participating member institutions.

# Eligibility

### Institutional

An institution must recognize football as a varsity intercollegiate sport
and shall meet the institutional requirements applicable to Division I-A to
be eligible to enter teams or individual student-athletes in a postseason
football game. In order for student-athletes to be eligible, the provisions of
NCAA Bylaws 14.10, 18.7.3 and 30.12 must be met. Finally, an institution's
team must satisfy the criteria of a "deserving winning team" as noted on
page 7 of this handbook and the provisions of NCAA Bylaw 30.9.2.

#### Mandatory Game Report

The director of athletics of an institution that participates in a post-
season football game shall submit to the subcommittee by February 1 a
written report (Appendix L) detailing the conduct and administration,
specifically game management, of the bowl before that institution is eli-
gible to participate in subsequent postseason football competition.

A copy of the letters of invitation and acceptance to participate in a
game and any correspondence to game management requesting the
opportunity to purchase more than one-sixth of the tickets available in
the stadium should be included with the mandatory game report.

#### Insurance

An institution shall have evidence on file that it has adequate medical
insurance before it is eligible to participate in a certified postseason foot-
ball game.

### Student-Athlete

In order for student-athletes to be eligible, the provisions of NCAA
Bylaws 14.10, 18.7.3 and 30.12 must be met.

14

### Agent/Gambling Affidavit

Any student-athlete participating in a football bowl game is required to complete and sign an affidavit (Appendix M) stating that he has not entered into an agreement to be represented by an agent.

Each institution selected or qualified for a postseason game shall be required to keep a copy of this affidavit on file at the institution to attest to the eligibility of its student-athletes.

If a student-athlete answers one or more of the odd-numbered questions other than "no" or refuses to agree to the truthfulness of his answers, or to execute the document, a copy of his affidavit shall be forwarded to the NCAA national office immediately.

A sports agent who participates in a bowl organization's committee structure shall not have access to the press box or other areas and activities that would provide the individual access to student-athletes.

## Drug Testing

Student-athletes who compete in a postseason football bowl are subject to drug tests in accordance with Bylaws 18.4.1.5 and 31.2.3 and may be determined to be ineligible as a result thereof. Only student-athletes who have consented in writing to such testing are initially eligible for the bowl; and thereafter, student-athletes who are tested shall remain eligible only if they test negative.

All NCAA championships and postseason football bowls are subject to the drug-testing program. Student-athletes will be selected for testing on the basis of place finish, playing time, position and/or random selection. The goal of the drug-testing program is to provide fair and equitable competition for student-athletes competing in NCAA championships and postseason football bowls. The program involves urine collection on specific occasions and laboratory analysis for substances on a list of banned drugs developed by the Executive Committee. This list is comprised of drugs generally purported to be performance enhancing and/or potentially harmful to the health and welfare of the student-athlete. The list specifically includes stimulants (such as amphetamines and cocaine) and anabolic agents, as well as other drugs. Refer to the 2000-01 Drug-Testing Programs booklet or the NCAA Web site (www.ncaa.org/sports_sciences/drugtesting/) for the published list of banned substances and the procedural guidelines for testing. Coaches are urged to review this material with their student-athletes before any NCAA championship or postseason football bowl participation.

Persons who test positive at one championship or postseason football bowl automatically will be tested at the next championship or postseason football bowl at which they appear and at which drug testing is being conducted.

It is the responsibility of an institutional representative at an NCAA championship or postseason football bowl testing site to notify the drug-testing crew chief that a student-athlete is present who must be tested to satisfy the retesting requirement.

15

CONFIDENTIAL

# Tickets

All tickets shall be accounted for at face value and are a part of gross receipts. It is permissible for a sponsor to scale, but not discount, the price of tickets. The sponsoring agency shall provide the NCAA full accountability of tickets sold and collected at the gate.

Each participating institution shall receive 1,000 prime tickets with 250 between the 35- and 50-yard lines and 750 between the 35-yard line and the goal lines. Prime tickets generally would begin 10-15 rows from the bottom of the stands.

Game management shall provide the institution a ticket seating plan that graphically identifies all seating areas to determine potential locations before the team becomes financially responsible for its allocation. It is imperative that tickets sold by the institution and those sold by the sponsoring agency be priced the same for comparable stadium seating.

Each competing institution shall be allocated tickets for up to one-sixth of the total seats in the stadium, unless an agreement for a greater number is made between the sponsoring organization and the institution.

   a. An institution that accepts an invitation to participate in a bowl game shall not purchase more than one-sixth of the tickets available in the stadium. The chief executive officer of the institution may submit a written request for an exception to this policy from the subcommittee stipulating that the additional tickets will be purchased at face value by constituents of that institution. (This requirement does not apply if the bowl distributed more than $1 million to each institution in the preceding year.)

   b. A participating institution may negotiate an agreement with bowl management that permits it to purchase less than one-sixth of the total seats in the stadium. An institution is not required to purchase one-sixth of the tickets that will be sold unless it is contractually obligated as an institution or by the conference in which it is a member.

   c. The institution shall determine the number of tickets that it shall be responsible for purchasing, and, once claimed, shall notify the management of the certified game, no later than noon (institution's time) on December 1 or one week after the institution has been invited or qualifies by contract to participate in a bowl, of the total number of tickets for which it shall become financially responsible.

   d. A participating institution has an obligation to meet the deadline or be responsible for purchasing all tickets in its possession thereafter.

   e. A participating institution may not return any tickets to bowl management after the deadline unless this option is approved by bowl management.

Tickets sold by the sponsor and the participating institutions shall be the same price for comparable seating. Ticket prices may be scaled but not discounted.

The sponsoring agency shall either (a) average, over a three-year period, sales of 25,000 tickets, or 50 percent of those available for sale

16

CONFIDENTIAL

NCAA 018004

in the stadium, or (b) sell a number of tickets equal in value to the combined contractual obligation of the two participating institutions. These requirements apply unless the subcommittee authorizes a waiver to maintain certification or the bowl has met the ticket demands of the participating institutions. [Note: During the 1999-00 and 2000-01 postseason bowls, the three-year averaging method will be suspended. For these years, a one- and two-year average, respectively, will be utilized to determine compliance with ticket requirements described in (a) above.]

Bowl management shall not advertise the availability of tickets for which it is responsible for selling in the geographical market of a participating team unless the market is the same for the bowl and the institution. Conversely, the team cannot market tickets in the city in which the bowl is played unless the geographical area is common for it and the venue.

The sponsoring agency may, with subcommittee approval, sell discount-priced tickets to representatives of the armed services who are assigned to the geographical area in which the game is being played.

The sponsoring agency is permitted to charge a handling fee of not greater than 5 percent of the face value, which may be excluded from gross receipts.

## Player Tickets

An institution may award complimentary admissions to student-athletes as governed by the provisions of Bylaw 16.2.1.1.2. An institution shall not award more than six complimentary admissions per student-athlete nor any complimentary admissions to student-athletes in other sports.

### Player "Pass List" Ticket Gate

Bowl management shall identify at least two weeks before the game the physical location for the player "pass list" ticket gate.

Each participating institution shall administer a gate to admit individuals who are listed on the player complimentary "pass list." This listing only may include names of individuals who have been designated by the student-athlete. Hard tickets shall not be issued. Once inside the stadium, however, a seat identification ticket may be provided to assist individuals in locating their assigned seats.

# General Information

## Advertising

Advertising policies of the Association are designed to exclude those advertisements that do not appear to be in the best interests of higher education. The subcommittee chair shall have the authority to rule in cases where doubt exists concerning acceptable advertisers and advertising copy of game programs, broadcasts and telecasts of postseason football games; however, the following expressly are prohibited:

a. Alcoholic beverages that exceed 6 percent alcohol by volume.

Advertising of malt beverages, beer and wine products that do not

17

NCAA 018005

exceed 6 percent alcohol by volume may be used in game programs. Such advertisements, however, shall not compose more than 14 percent of the space in the program devoted to advertising or not more than 90 seconds per hour of any telecast or broadcast (either one 60-second commercial and one 30-second commercial or three 30-second commercials);

b. Cigarettes and other tobacco products; and

c. Organizations promoting gambling.

Nontherapeutic drugs and, generally, other drugs and patent medicine advertisements are excluded; however, analgesics, cold remedies, antacids and athletics-training aids that are in general use are acceptable. Institutional advertising by pharmaceutical firms also is acceptable.

No commercial or advertisement may relate, directly or indirectly, the advertising company or the advertised product to the participating institutions or student-athletes, or the Association itself, unless prior written approval has been granted by the NCAA president.

It should be noted that the NCAA reserves the right of final approval for all advertising at any championship or bowl game.

## Alcoholic Beverages

Although the NCAA encourages sponsoring agencies to prohibit the sale of alcoholic beverages, it is the prerogative of the bowl to determine if these products shall be sold or otherwise made available for public consumption at a postseason football game certified by the Association, or if such beverages may be brought to the site during the game (i.e., from the time access to the stadium is available to spectators until all patrons have left the area used for competition).

The subcommittee encourages game management at sites where alcoholic beverages are available to implement policies regarding "responsible" consumption at bowl games and to consider eliminating these products in the future.

## Commercial Product Contracts

Institutions traditionally determine the products, equipment and supplies used by their student-athletes, trainers, managers and staff in the team area of the field and in the locker rooms.

The sponsoring agency of each bowl should be aware that institutions may have contracts involving the use of such equipment and supplies during all games in which the institution participates.

If a participating institution has any contracts relating to the use of such products, equipment or supplies during bowl games, the participating institution, before accepting a bowl invitation, should make inquiry of the sponsoring agency concerning the latter's potential conflicts with the institution's use of such products, equipment or supplies in connection with the bowl to prevent any misunderstanding and eliminate conflicts among the institution, the sponsoring agency and third parties.

18

CONFIDENTIAL

NCAA 018006

## Crowd Control

The subcommittee acknowledges that the responsibility for crowd control rests with the bowl game's management. It is recommended, however, that management consider the following suggestions when it develops plans for crowd control.

Bowl management should provide adequate security and ushers, preferably in uniform, for effective crowd management. Attention should be given to seating arrangements that will alleviate crowd-control problems.

The bowl manager, or a designated representative, should be prepared to use the public-address system at the first sign of unsportsmanlike crowd behavior and request cooperation in maintaining proper playing conditions. Profanity, racial comments or other intimidating actions directed at officials, student-athletes, coaches or other team representatives will not be tolerated. Management may elect to remove individuals making such remarks from the site of competition.

The directors of athletics of the competing institutions are expected to communicate with their students and other fans to encourage enthusiastic support within the confines of good sportsmanship.

Artificial noisemakers, air horns and electronic amplifiers may not be permitted, and management may elect to remove such instruments from the playing and spectator areas. The game manager is responsible for enforcing these provisions.

## Entertainment for Official Party/Student-Athletes

A sponsoring agency should be sensitive to the number of social events that it schedules for the official parties and student-athletes representing the institutions participating in the bowl. Most institutions prefer a maximum of two social activities, although some areas have many attractions readily available that may be of interest to the teams. The final social schedule should be developed after consultation with the directors of athletics representing the teams.

## Gambling

Game management shall not accept any sponsorship(s) for any game-related activity (e.g., printed program, social activities) from any organization engaged in gambling activities.

It is requested that all bowl managements preclude in the telecasts of their games any personnel who would lead the public to the wrong conclusion about the integrity of intercollegiate athletics.

Bowl management shall not require student-athletes or other members of the official party to attend official functions at a site that permits gambling. It is permissible for these individuals to attend a function at such a site on a voluntary basis.

Upon the request of the NCAA national office, the sponsoring agency of a bowl must permit a representative of the NCAA national office to make a presentation to the student-athletes of the participating institutions regarding gambling issues.

19

CONFIDENTIAL

### Game Film/Video

Each participating team shall provide the supervisor of officials from the conference that assigned the officiating crew to the game a copy of the game film/video it will use to evaluate player performance. The supervisor must provide the subcommittee with a written evaluation of the crew. The participating institutions also are encouraged to provide an evaluation of the officials to the subcommittee.

### Game Titles/Title Sponsorship

The titles of certified postseason football contests shall be approved by the subcommittee and conform to the NCAA's policy of not advertising or appearing to promote products or activities that may be detrimental to the welfare of student-athletes or the image of higher education and intercollegiate athletics. Such titles shall not include reference to or contain names popularly associated with the following: alcoholic beverages; cigarettes, smokeless tobacco and other tobacco products; muscle-building dietary supplements; professional sports organizations; and organizations promoting gambling or lotteries.

### Halftime

Halftime for each bowl game is limited to 30 minutes. The timing of the period for intermission begins when all participants, coaches and officials have left the field (outside the 12-foot limit line).

### Insurance

#### Sponsoring Agency

The management of each certified game shall submit to the national office, no later than 60 days before the game, the appropriate certification of insurance showing evidence that it maintains primary comprehensive general coverage listing the NCAA as an additional insured, with combined single limits of at least $1 million per occurrence for bodily injury and property damage.

#### Participating Institution

In order for an institution to be eligible to participate in a postseason football game, it shall have the following:

a. Basic accidental-medical insurance for each participating student-athlete in the amount of $25,000 per injury;

b. Catastrophic-injury medical insurance for each participating student-athlete that provides lifetime medical, rehabilitation and disability benefits in excess of the basic coverage, equal to the NCAA-sponsored program or an alternate program approved by the subcommittee; and

c. Coverages in (a) and (b) which shall be in effect while the participating student-athletes are traveling to and from the bowl-game site and while they are in the host city.

20

CONFIDENTIAL

NCAA 018008

## Kickoff Times

A procedure shall be reviewed in the pregame meeting for changing a game's starting time that has been approved by the subcommittee. A team shall receive at least 60 minutes notice before the scheduled start time if it will be changed by at least five minutes.

## Licensed Products

Game management shall develop a plan with the participating institutions to market licensed merchandise. Enforcement and infringement issues, rights to the institution's marks, and the financial accounting for licensed merchandise bearing a team mark should be reviewed upon an institution's acceptance to participate in a bowl.

## Live Microphones

NCAA football-playing rules prohibit microphones from being placed on players or coaches during the competition. In addition, the subcommittee precludes the use of live microphones on game officials other than for explanation of violations. No electronic equipment (cameras or microphones) or media personnel are permitted in the team area.

## Lotteries

A title sponsorship for a bowl game cannot include a lottery. Revenues generated from legal lotteries may be used in other bowl-related activities at the discretion of bowl management.

## Medical Procedures

Although each participating team will have a medical/training staff accompany it to a bowl site, it is recommended that the sponsoring agency supplement this group. Each scheduled practice session or postseason football game should require:

a. The presence of a person qualified and delegated to render emergency care to a stricken student-athlete or spectator, preferably a certified and/or licensed athletic trainer;

b. Planned access to a physician, preferably a team physician, by phone or nearby presence for prompt medical evaluation of the situation, if warranted;

c. Planned access to a medical facility, including a plan for communication and transportation between the athletics site and the medical facility for prompt medical services, if warranted; and

d. A thorough understanding by all affected parties, including the leadership of visiting teams, of the personnel and procedures involved.

The student-athlete's team physician should examine each student-athlete injured during NCAA competition and make a recommendation to the student-athlete and the coach as to the advisability of continued participation.

21

NCAA 018009

## Official Functions

Bowl management shall not require student-athletes or other members of the official party to attend official functions at a site that permits gambling. It is permissible for these individuals to attend a function at such a site on a voluntary basis. Student-athletes should not be expected to attend scheduled social events the night before the game.

## Participating Team Radio Origination

The subcommittee strongly recommends that the sponsoring agency permit the official radio station/network of each participating team to purchase origination rights to the bowl game. If the sponsoring agency implements the policies (Appendix N) governing institutional radio rights, it will be permitted to deduct all radio income from gross receipts. Game action will not be interrupted to accommodate a radio commercial format.

## Players in Uniform

The NCAA Football Rules Committee has determined that any individual in the team area who is wearing an official jersey of the appropriate participating institution shall be considered "in uniform" at a postseason football game.

## Playing Rules

The official playing rules of the Association shall govern the conduct of all postseason football games. The Football Rules Committee, however, has authorized the intermission between halves to extend to 30 minutes.

## Postgame Press Interviews

Bowl management shall provide an area near the locker rooms to conduct postgame interviews with representatives of each team. An individual should be identified to moderate the conferences, and a specific format should be distributed to the participating teams and the media before game day.

## Practice Facilities

If practice facilities for each institution to use for pregame preparation cannot be provided free of charge, game management is requested to help the participating institutions negotiate a reasonable rental charge for practice facilities.

## Pregame Meeting

The following individuals shall attend a pregame meeting on the day before the bowl game: the athletics director and/or designee(s), head coach or full-time assistant, sports information director, and band director of each participating institution; the game referee and clock operator(s); and a representative of the television network or syndicator that has been granted live rights to the game.

The postseason football game's executive director will review administrative and procedural details (Appendix O) and the television format for

22

the game. Decisions reached at that meeting that require institutional input are final.

When an institutional representative (director of athletics or designee, head coach or full-time assistant, sports information director, or band director) does not attend the pregame meeting, the sponsoring agency shall withhold $1,000 from the institution's share for each person not in attendance.

If the sponsoring agency fails to notify the institution that a meeting will be held on the day before the game, or if it fails to properly follow the format approved by the subcommittee, bowl management will be subject to a $4,000 financial penalty from the subcommittee.

## Professional Football

Individuals who represent professional football teams and leagues shall not be issued press credentials or allowed access to other restricted areas (e.g., locker rooms, sidelines, video booth) by game management.

## Professional Logos and Field Markings

The logo(s), name(s) and/or field markings of the National Football League and/or a professional team(s) shall not appear on the playing field on the day of the game.

## Radio and Television Promotional Messages

A minimum of 120 seconds shall be reserved on radio broadcasts and telecasts for promotional messages of the participating teams and higher education. Each institution shall receive one 30-second position in the telecast to air its promotional message. The NCAA shall receive 60 seconds of promotional time. It is the responsibility of each institution to provide this video directly to the network and/or syndicator.

## Sideline Management

NCAA Football Rule 1, Section 2, Articles 3 and 4 and interpretations apply to postseason games. Each institution must limit the number of nonuniformed personnel in the team area to 40, which includes the coaching and medical staffs, managers, and other designated team personnel directly involved in administering the conduct of the game.

Sideline credentials should be distributed only to individuals who have responsibilities that require their presence on the field level.

Each team shall receive four credentials to distribute to the "ball crews" assisting the game officials.

## Sideline Telephones

Policies related to the usage of sideline telephones in the team area should be established at the pregame meeting after game management consults with the director of athletics representing each participating institution.

## Team Bench Area

NCAA Football Rules and Interpretations define the team area on the sidelines. The participating team may have contracts in effect for equip-

23

NCAA 018011

ment and supplies used by players, trainers, managers and staff in both the team area and in its dressing room.

Participating institutions shall not distribute team-area credentials to former student-athletes or anyone else who does not have a responsibility that requires presence in this restricted zone.

## Television

The television producer (and other representatives) of the network or syndicator that will televise the game shall attend a pregame meeting that shall be scheduled by the bowl's executive director to review applicable football-playing rules, the television commercial format, etc., with representatives from each participating institution and the game's referee. The sideline restrictions applicable to regular-season games shall be used in postseason telecasts.

## Uniform Logos

NCAA Football Playing Rule 1-4-5-i shall govern the use of logos on uniforms in all postseason football games. This rule states, in part, that uniforms and all other items of apparel (e.g., socks, headbands, wristbands) may bear only a single manufacturer's or distributor's normal label or trademark on the outside, regardless of whether or not this label or trademark is visible. The single label or trademark, including any additional material surrounding it on a patch, must be contained within a four-sided geometrical figure (i.e., rectangle, square, parallelogram) no more than 2¼ square inches in area.

This rule does not preclude the use of patches that identify the institution's conference or the bowl game in which the team is playing.

# Officiating

## Assignment of Bowl Officials

Officials for postseason football games certified each year by the Association shall be assigned under the jurisdiction of the subcommittee.

Three Division I-A supervisors of officials will work with the subcommittee to coordinate crew assignments and make any changes to ensure neutral crews are assigned to games after the teams have been invited to participate. Any changes necessary will be made in the same group of bowls as the game for which the conflict occurred. Members serve three-year terms. The person whose term is expiring serves as chair. The subcommittee will consist of supervisors from the conferences listed below, with term expirations indicated:

| | |
|---|---|
| Pacific-10 Conference | January 2001 |
| Big East Conference | January 2002 |
| Southeastern Conference | January 2003 |

The NCAA staff liaison to the subcommittee also shall participate in this process along with the national supervisor of officials, who shall be a permanent ex officio member of the officials subcommittee.

24

CONFIDENTIAL

NCAA 018012

These tasks shall be performed as quickly as possible after the annual selections of teams to facilitate travel and other arrangements made by and for game officials.

The supervisors of officials of each conference (assigning agency) shall remind each official assigned to postseason games that he is a guest at the bowl, he should conduct himself in a professional manner similar to the regular season, and his role is to manage the competition for the benefit of the participating student-athletes rather than become a focal point of the game.

Each person should be aware of policies that govern the conduct of game officials, particularly as they relate to permissible fees, expenses and amenities. Officials should not expect or request additional items from the game management of the bowl.

The committee will not authorize for one or more following years the assignment of any official who does not follow the policies in this handbook or who is not a dignified representative of college athletics while at the bowl site.

### Assignment Policies

Officials will be assigned under the following guidelines:

a. An organization that is eligible to nominate officials for a postseason football game shall be approved annually by the subcommittee and meet specific criteria to receive a crew assignment for a postseason football game. It shall:
 1. Be a member of the Collegiate Commissioners Association (CCA) and ultimately subject to the authority of institutional chief executive officers or assign varsity football officials for a minimum of eight Division I-A members;
 2. Provide an annual clinic, training and supervision for its officials;
 3. Require its supervisor of football officials to attend the annual meeting sponsored by the CCA; and
 4. Assign officials for a minimum of eight Division I-A football-playing institutions for three years.

b. Bowls are divided into two groups. The first group includes bowls that comprise the Bowl Championship Series (i.e., the Fiesta, Orange, Rose and Sugar Bowls). The second group includes all other bowls.

c. Each assigning agency that represents a Division I-A conference that has a contractual relationship that annually guarantees participation in the BCS shall be eligible to assign a crew to one of the BCS games. Neutral-crew assignments shall rotate annually. If a team representing a conference not included in this group participates in a BCS game, it shall receive a commensurate assignment the following bowl season.

d. After the BCS assignments have been made, each remaining Division I-A conference will be assigned to a bowl game in the second group. These games would be divided geographically east and west. Neutral-crew assignments shall rotate annually.

CONFIDENTIAL

NCAA 018013

e.  After each conference has had one crew scheduled for one bowl game, a second game will be awarded to those Division I-A conferences that placed at least two teams in a bowl game the previous year.

f.  If, after assignments have been made as noted in (d) and (e), and there are remaining bowls to be assigned a crew, a third assignment will be awarded to conferences that placed the most teams in a bowl game the previous year. [Note: In the event of a tie among conferences eligible for a third assignment, the conference with the longest time elapsed without receiving a third assignment would be selected for the third game.]

g.  Each crew shall include a standby official.

h.  When any adjustments in the assignments are required, the officiating subcommittee will attempt to make the new assignment commensurate to the bowl to which the affected officiating crew was assigned.

i.  Final officiating crew assignments for all postseason football games shall be subject to approval of the subcommittee.

j.  The supervisor of the assigning conference will identify for game management by fax transmission the names of the officials who have been assigned to the bowl and where each official may be contacted.

k.  The sponsoring agency shall distribute basic information (Appendix P) to the supervisor of officials for distribution that includes key contacts for the bowl, lodging information and an opportunity to purchase tickets. It is the supervisor's responsibility to distribute the information to the officiating crews.

## Clock Operator

The clock operator shall attend the pregame meeting on the day before the bowl game.

## Courtesy Automobiles

Each sponsoring agency shall provide the officiating crew two courtesy automobiles to use during the three days that these individuals are required to be at the bowl site.

## Credentials

Game management shall provide credentials for the officiating crew. The bowl's executive director will receive a copy of a fax transmission that will identify all members of the crew and where each official may be contacted.

## Entertainment

It is appropriate for the sponsoring agency to entertain game officials on the day they arrive at the site at any bowl activity that excludes coaches or student-athletes from the participating teams.

On the day before the bowl, game officials may participate in a breakfast or luncheon that is not attended by coaches or student-athletes from

CONFIDENTIAL

NCAA 018014

the participating teams, but they shall not be invited to attend evening bowl activities. On the night before the actual day of the game, officials are prohibited from attending any bowl-sponsored activity.

The only exception to the prohibition of officials attending an event where team representatives are present is a kickoff breakfast or luncheon, at which they should be segregated from the teams and coaches.

## Game Fee

Officials, including the standby, shall receive a $1,000 game fee from the BCS bowls and an $800 game fee from the other certified bowl(s) and receive payment at the game site. Game management is authorized to deduct game fees from gross receipts.

## Game Management Responsibilities

Game management shall be responsible for providing the clock operator(s), ball persons, chain crew and television liaison official. Fees and expenses for these individuals shall be determined by game management.

## Game Tickets

Each official, including the standby, shall receive two game tickets in a prime location at the bowl's expense. The sponsoring agency also may make additional tickets available for officials to purchase, at its discretion. Any such requests for additional tickets should be made through the conference supervisor of officials, who shall make the request to bowl management. Officials shall not contact the bowl directly.

Game officials are prohibited from contacting a participating institution to purchase tickets.

## Gifts

The bowl game's management shall present each game official, including the standby official, the same gifts that it provides for team members of the participating institutions. Game management may deduct from gross receipts the cost of the gifts to officials, provided the value is approximately $300 per official.

## Hotel Accommodations

Sleeping accommodations for officials, including the standby, shall be reserved at a hotel that will not be used by the official parties of the two participating teams. The media hotel or "official" hotel of the sponsoring agency of the postseason football game may be used. The expenses for the room and applicable taxes for three nights shall be paid by the sponsoring agency, which may petition the subcommittee for an exception if the hotel requires a longer guarantee. An official may request a reservation for an additional hotel room (if available) at his cost, not the bowl's.

## Per Diems

Game officials, including the standby, shall receive a $75 per diem for three days ($225) and receive payment at the game site. A sponsoring

27

NCAA 018015

agency may petition the subcommittee for an exception if local require-
ments demand more than three days.

## Practice

Game officials shall not attend any practice session of a competing
team.

## Pregame Meeting

The game referee and clock operator(s) shall attend a pregame meeting
to review administrative procedures, the television format and other
items of interest (Appendix O). The meeting will be organized and
chaired by the bowl's executive director and will include representatives
of the participating teams and the television network or syndicator.
Officials also may have to attend other meetings as scheduled by bowl
management.

The crew also will have a private meeting at the hotel or stadium before
the game to review officiating mechanics and other details. Game man-
agement should consult with the referee to determine if a videocassette
recorder will be required for the meeting.

## Standby Official

The agency that is assigning the officiating crew for a game shall
include a standby official who will receive the same expense reimburse-
ment, per diem and game fee as the other officials.

The minimum duties of the standby official are detailed in Appendix Q.

## Supervisor of Officials

The supervisor of officials for the assigning agency shall forward to the
subcommittee an evaluation of the officiating crew for each game the
agency's crews worked.

If the assigning conference elects to have its supervisor or designee
attend a game for which it is providing a crew, the sponsoring agency
shall provide a credential that gives the supervisor access to the officials'
locker room and a designated seat in the press box.

The supervisor shall contact the participating institutions to make
arrangements to receive a copy of the game video/film.

## Transportation

The sponsoring agency shall transport the game officials from their
hotel to the stadium before and after the game. It also shall provide two
courtesy automobiles for their use at no cost to them on other occasions.

## Travel Arrangements

Each game official and the standby official shall receive the lowest
available coach airfare as of the date that notification of a game assign-
ment is received. The supervisor of officials (or individual designated
by the conference to coordinate officials' travel) for the assigning con-
ference shall coordinate all travel. The supervisor shall first contact the
bowl liaison for officials to discuss the travel options before making

28

NCAA 018016

firm travel arrangements. No official is to make travel arrangements before receiving instructions from his supervisor.

A game official who uses an automobile to travel to the bowl shall be reimbursed 27 cents per mile round trip, or 54 cents per mile one way, not to exceed coach airfare.

Game management is authorized to deduct the expense for each official's airfare from gross receipts.

## Uniforms

Each game official shall wear a standard uniform and is prohibited from wearing anything that identifies the bowl and/or sponsor(s).

# Bowl Certification

A member institution shall not participate in any noncollegiate- or non-conference-sponsored postseason football game unless it has been certified by the NCAA football certification subcommittee.

A postseason football bowl game is conducted after the regular football season ends and involves teams selected because of their regular-season performance (i.e., won-lost record, conference championship). Participation by member institutions is limited to bowl games that are certified by the Association. The certified postseason bowl game shall meet all requirements and conditions set forth in Bylaw 30.9.

### Bowl Representation at April Meeting

A sponsoring agency requesting initial certification or recertification for a postseason football game shall have a representative attend the subcommittee's annual April meeting.

## Initial Bowl Certification

Any sponsoring agency seeking initial certification for a postseason football bowl game shall adhere to the following NCAA bylaws and executive regulations:

    a. The bowl game must serve the purpose of providing a national contest between deserving winning teams.

    b. The competing institutions shall be active members of this Association, and a member institution shall not participate in more than one such game during any academic year.

    c. The application for the inauguration of a contest will be received from a proposing sponsor only at the annual spring meeting of the subcommittee. The application shall be received at the NCAA national office by mail or fax not later than January 15. Any application received after that date must be postmarked not later than January 10. The subcommittee will approve or disapprove the contest at its annual spring meeting held during the next calendar year. The proposing sponsor shall submit to the subcommittee, with its application form, a projected financial report showing financial soundness of the proposed game.

29

NCAA 018017

d. The subcommittee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the subcommittee.

e. Institutions competing in bowl games shall receive the greater of 75 percent of the gross receipts or $750,000 each for domestic bowls, or an amount greater than $750,000 specified in a contract between the bowl and a conference. Institutions participating in a certified international bowl shall receive the greater of 75 percent of the gross receipts or $1.5 million each.

f. An agency that wishes to sponsor a domestic postseason football contest must secure not later than November 1 a $2 million irrevocable letter of credit issued by a United States financial institution and payable to the NCAA. The letter shall be in effect from the time of the agency's initial application to the committee's annual spring meeting until it is replaced after certification by a new letter of credit, guaranteeing the revenues that will be distributed to the participating teams plus an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit for an international bowl game shall be for $3.75 million.

g. In the event that a game is certified (with or without conditions) and the game is not played for reasons the subcommittee believes are within the control of the sponsoring agency, the agency is obligated to reimburse the conference or institution contracted to play in the game for any expenses incurred in preparation for the game.

h. Each postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross revenues.

i. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.

j. The site, date, time and name of a certified game, as represented by the sponsoring agency, may not be changed after the subcommittee's initial approval of the application without the approval of the subcommittee.

k. A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.

l. Bowl management shall acknowledge that the subcommittee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

30

CONFIDENTIAL

NCAA 018018

## Initial Bowl-Certification Application Form

A sponsoring agency requesting initial certification also must meet these additional requirements that are included on the application form. It shall:

a. List all personnel who will serve on the game's governing board or management committee;

b. Provide evidence of the experience or association that the management personnel has had with collegiate football;

c. Demonstrate the financial ability of management or the sponsoring agency to guarantee the success of the game. It shall include a letter of credit ($2 million domestic, $3.75 million international) issued by a United States financial institution and payable to the NCAA, which shall be in effect from the spring meeting at which the initial application for certification is submitted to the subcommittee until it is replaced after certification by a letter of credit, guaranteeing the minimum revenues that will be distributed to the participating teams and an additional 25 percent for game-management, operational and administrative expenses;

d. Reimburse the conference or institution contracted to play in the game for any expenses incurred in preparation for the contest if the game is certified (with or without conditions) but is not played for reasons the subcommittee believes are within the control of the sponsoring agency;

e. Identify the amount of money on hand or to which there is access to guarantee game and team expenses;

f. Estimate the total gross receipts to be realized from the game;

g. Detail proposals for promoting the game;

h. Provide plans for selling tickets, identify the number of tickets, if applicable, and demonstrate its understanding that the bowl will be ineligible for recertification should it fail to average, over a three-year period, sales of 25,000 tickets, or 50 percent of those available for sale in the stadium, or sales of a number of tickets equal in value to the combined contractual obligation of the two participating institutions. These requirements apply unless the subcommittee authorizes a waiver to maintain certification or the bowl has met the ticket demands of the participating institutions [Note: During the 1999-00 and 2000-01 postseason bowls, the three-year averaging method will be suspended. For these years, a one- and two-year average, respectively, will be utilized to determine compliance with ticket requirements described above.]

i. Indicate the type of institutions that will be invited to participate and whether the bowl has a contractual arrangement with a member conference(s);

j. Provide evidence of the experience of the sponsoring group in conducting such games or similar affairs;

k. Indicate the plans for television and radio coverage;

l. Submit the organizational operating structure, including a chart or diagram, with an indication of the extent of active community involvement in game promotion and management;

31

CONFIDENTIAL

NCAA 018019

m. Provide letters recommending certification of the bowl game signed by 25 Division I-A directors of athletics and/or conference commissioners who represent institutions that have participated in bowl games at least one time in the previous five years. The letters shall not represent more than one-half of the institutions within any single conference or the membership of the subcommittee.

n. Certify that the stadium has a minimum seating capacity of 30,000, and any other pertinent information or comments; and

o. Acknowledge that the subcommittee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any other television contract(s).

## Recertification of Established Postseason Games

Any sponsoring agency seeking recertification for a postseason football game shall adhere to the following NCAA bylaws and executive regulations.

a. Applications for recertification shall be received by the NCAA not later than April 1.

b. A preliminary audited financial report of the immediate past game shall be received at the national office by mail or fax not later than April 1. Any application or financial report received after that date must be postmarked not later than March 25. Additionally, a complete audited financial report shall be filed with the subcommittee not later than September 1.

c. The sponsor of a game shall average selling 25,000 tickets, or 50 percent of those available for sale in the stadium, or a number of tickets equal in value to the combined contractual obligation of the two participating institutions, over a three-year period unless the subcommittee grants the bowl a waiver to meet certification.

d. A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.

e. The site, date, time and name of a certified game, as represented by the sponsoring agency in its application for recertification, may not be changed without the approval of the subcommittee.

f. The bowl game must serve the purpose of providing a national contest between deserving winning teams.

g. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

h. The subcommittee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the subcommittee.

i. Institutions competing in domestic bowl games shall receive the greater of 75 percent of the gross receipts or $750,000 each, or an amount greater than $750,000 specified in a contract between the

32

NCAA 018020

bowl and a conference. Institutions participating in certified international bowl games shall receive a minimum of $1.5 million each.

j. A postseason football contest that has not distributed an average minimum of $1 million to each participating institution during the preceding three-year period shall secure annually an irrevocable letter of credit (Appendix K) guaranteeing the minimum revenues that will be distributed to the participating teams. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit shall be made payable to the NCAA and annually shall cover the period from November 1 until the participating institutions have notified the NCAA that they have received their distribution of gross receipts, or not later than May 1. It shall specify that the Association is responsible for the distribution of revenues to the participating institutions in the event of default. The cost of the letter of credit shall be deducted from the contest's gross receipts.

k. Each certified postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross receipts.

l. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.

m. Bowl management shall certify that the stadium has a minimum seating capacity of 30,000.

n. Bowl management shall acknowledge that the subcommittee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

## Penalties for Failure to Comply With Requirements

If the management of a certified game fails to comply with Bylaw 30.9, the requirement for an audited financial report for the immediate past game, or the NCAA's approved policies and procedures, the subcommittee has the option to withhold certification for the postseason bowl game for one year or fine it a percentage of its gross receipts, not to exceed 50 percent, from the contest involved in the noncompliance, with the amount to be determined by it and approved by the Division I Championships/Competition Cabinet.

The fine shall be paid to the NCAA, which shall forward 50 percent of any new revenues received to each participating institution within 10 working days after the financial penalty has been paid.

33

CONFIDENTIAL

NCAA 018021

# Appendix A

## BOWL DIRECTORY

### Executive Committee of the Football Bowl Association:

Richard M. Catlett, chair .................................................... Toyota Gator Bowl
Keith R. Tribble, vice-chair .................................................... FedEx Orange Bowl
Joyce E. Feinberg, treasurer .................................................... Wells Fargo Sun Bowl
Derrick S. Fox, secretary .................................................... Sylvania Alamo Bowl

### 2000-01 Certified Bowl Games:
(All times Eastern and subject to change)

**AXA LIBERTY BOWL**—Memphis, Tennessee, December 29, 2000, 1:30 p.m.
Steve Ehrhart, managing partner
AXA/Equitable
3767 New Getwell Road
Memphis, Tennessee 38118
Phone: 901/795-7700      Fax: 901/795-7826
Televising Network: ESPN
Facility: Liberty Bowl Memorial Stadium (Capacity: 62,921)
Title Sponsor: AXA Financial Group

**CHICK-FIL-A PEACH BOWL**—Atlanta, Georgia, December 29, 2000, 5 p.m.
Gary Stokan, president
Peach Bowl, Inc.
235 International Boulevard
Atlanta, Georgia 30303
Phone: 404/586-8500      Fax: 404/586-8508
Televising Network: ESPN
Facility: Georgia Dome (Capacity: 71,228)
Title Sponsor: Chick-Fil-A

**CRUCIAL.COM HUMANITARIAN BOWL**—Boise, Idaho, December 28, 2000, 1:30 p.m.
Mark Livingston, executive director
Humanitarian Bowl Association
1910 University Drive
Boise, Idaho 83725
Phone: 208/426-2370      Fax: 208/338-3833
Televising Network: ESPN2
Facility: Bronco Stadium (Capacity: 30,000)
Title Sponsor: Crucial Technology

**CULLIGAN HOLIDAY BOWL**—San Diego, California, December 29, 2000, 8:30 p.m.
John K. Reid, executive director

34

CONFIDENTIAL

NCAA 018022

San Diego Bowl Game Association
P.O. Box 601400
San Diego, California  92160
Phone: 619/283-5808        Fax: 619/281-7947
Televising Network: ESPN
Facility: Qualcomm Stadium (Capacity: 70,000)
Title Sponsor: Culligan

**EA SPORTS LAS VEGAS BOWL**—Las Vegas, Nevada, December 21,
   2000, 8 p.m.
Tina Kunzer-Murphy, managing director
Las Vegas Convention & Visitors Authority
3150 Paradise Road
Las Vegas, Nevada 89109-9096
Phone: 702/892-0711        Fax: 702/892-7515
Televising Network: ESPN2
Facility: Sam Boyd Stadium (Capacity: 40,000)
Title Sponsors: EA Sports and the Las Vegas Convention & Visitors
   Authority

**FEDEX ORANGE BOWL**—Miami, Florida, January 3, 2001, 8 p.m.
Keith R. Tribble, executive director
Orange Bowl Committee
601 Brickell Key Drive, Suite 206
Miami, Florida 33131
Phone: 305/371-4600        Fax: 305/371-4318
Televising Network: ABC
Facility: Pro Player Stadium (Capacity: 75,521)
Title Sponsor: Federal Express

**GALLERYFURNITURE.COM BOWL**—Houston, Texas, December 27,
   2000, 8 p.m.
Jerry Ippoliti, president
galleryfurniture.com
603 Laguna Point
Toledo, Ohio 43520
Phone: 419/865-2544        Fax: 419/865-0766
Televising Network: ESPN
Facility: Astrodome (Capacity: 65,000)
Title Sponsor: galleryfurniture

**GMAC MOBILE ALABAMA BOWL**—Mobile, Alabama, December 20, 2000,
   8 p.m.
Allen Bud Ratliff, general manager
Mobile Alabama Bowl, Inc.
6159 Omni Park Drive, Suite B
Mobile, Alabama 36609
Phone: 334/635-0011        Fax: 334/635-0014
Televising Network: ESPN
Facility: Ladd Peebles (Capacity: 40,646)
Title Sponsors: GMAC Financial Services and the City of Mobile

35

CONFIDENTIAL

NCAA 018023

**INSIGHT.COM BOWL**—Phoenix, Arizona, December 28, 2000, 7 p.m.
John Junker, executive director
Insight.com Bowl
120 South Ash Avenue
Tempe, Arizona 85281
Phone: 602/350-0900          Fax: 602/350-0915
Televising Network: ESPN
Facility: Bank One Ballpark (Capacity: 50,000)
Title Sponsor: Insight Enterprises, Inc.

**JEEP OAHU BOWL/ALOHA BOWL CHRISTMAS CLASSICS**—Honolulu,
  Hawaii, December 24, 2000, 8:30 p.m. (Oahu) and December 25, 2000,
  3:30 p.m. (Aloha)
Marcia J. Klompus, president
Aloha Sports, Inc.
1110 University Avenue, Suite 403
Honolulu, Hawaii 96826
Phone: 808/947-4141          Fax: 808/941-9911
Televising Networks: ESPN (Oahu)/ABC (Aloha)
Facility: Aloha Stadium (Capacity: 50,000)
Title Sponsor: Jeep Division of DaimlerChrysler

**MICRONPC.COM BOWL**—Miami, Florida, December 28, 2000, 7 p.m.
Mitch Morrall, executive director
Sunshine Football Classic
915 Middle River Drive, Suite 120
Fort Lauderdale, Florida 33304
Phone: 954/564-5000          Fax: 954/564-8902
Televising Network: TBS
Facility: Pro Player Stadium (Capacity: 75,014)
Title Sponsor: Micron Electronics

**MOTOR CITY BOWL**—Pontiac, Michigan, December 27, 2000, 4 p.m.
Ken Hoffman, executive director
Ford Division (Ford Motor Company)
1200 Featherstone Drive
Pontiac, Michigan 48342
Phone: 248/456-1694          Fax: 248/456-1983
Televising Network: ESPN
Facility: Pontiac Silverdome (Capacity: 80,000)
Presenting Sponsors: General Motors, DaimlerChrysler and Ford

**MUSIC CITY BOWL**—Nashville, Tennessee, December 28, 2000, 3 p.m.
Scott Ramsey, executive director
Nashville Sports Council
401 Church Street, Suite 2700
Nashville, Tennessee 37219
Phone: 615/743-3120          Fax: 615/244-3540
Televising Network: ESPN
Facility: Adelphia Coliseum (Capacity: 67,700)
Title Sponsor: None

36

CONFIDENTIAL

NCAA 018024

**NOKIA SUGAR BOWL**—New Orleans, Louisiana, January 2, 2001, 8 p.m.
Paul J. Hoolahan, executive director
The Sugar Bowl Committee
1500 Sugar Bowl Drive
New Orleans, Louisiana 70112
Phone: 504/525-8573        Fax: 504/525-4867
Televising Network: ABC
Facility: Louisiana Superdome (Capacity: 71,023)
Title Sponsor: Nokia Mobile Telephones

**OURHOUSE.COM FLORIDA CITRUS BOWL**—Orlando, Florida, January
1, 2001, 1 p.m.
Charles H. Rohe, executive director
Florida Citrus Sports Association, Inc.
One Citrus Bowl Place
Orlando, Florida 32805-2451
Phone: 407/423-2476        Fax: 407/425-8451
Televising Network: ABC
Facility: Florida Citrus Bowl Stadium (Capacity: 70,000)
Title Sponsors: OurHouse.com and the Florida Department of Citrus

**OUTBACK BOWL**—Tampa, Florida, January 1, 2001, 11 a.m.
James P. McVay, president and chief executive officer
Tampa Bay Bowl Association, Inc.
4511 North Himes Avenue, Suite 260
Tampa, Florida 33614
Phone: 813/874-2695        Fax: 813/873-1959
Televising Network: ESPN
Facility: Raymond James Stadium (Capacity: 66,005)
Title Sponsor: Outback Steakhouse, Inc.

**ROSE BOWL**—Pasadena, California, January 1, 2001, 5 p.m.
John M. Dorger, president
Pasadena Tournament of Roses Association
391 South Orange Grove Boulevard
Pasadena, California 91184
Phone: 626/449-4100        Fax: 626/449-9786
Televising Network: ABC
Facility: Rose Bowl (Capacity: 95,576)
Sponsor: Presenting Sponsor - AT&T

**SANFORD INDEPENDENCE BOWL**—Shreveport, Louisiana, December
31, 2000, 8 p.m.
Glen Krupica, executive director
Independence Bowl Foundation
P.O. Box 1723
Shreveport, Louisiana 71166
Phone: 318/221-0712        Fax: 318/221-7366
Televising Network: ESPN
Facility: Independence Stadium (Capacity: 50,459)
Title Sponsor: Sanford

CONFIDENTIAL

NCAA 018025

**SBC COTTON BOWL CLASSIC**—Dallas, Texas, January 1, 2001, 11 a.m.
Rick Baker, president and executive director
Cotton Bowl Athletic Association
P.O. Box 569420
Dallas, Texas 75356-9420
Phone: 214/634-7525　　　Fax: 214/634-7764
Televising Network: Fox
Facility: Cotton Bowl (Capacity: 68,252)
Title Sponsor: SBC Communications

**SILICON VALLEY CLASSIC**—San Jose, California, December 31, 2000,
　6:30 p.m.
Chuck Shelton, executive director
Silicon Valley Football Classic, Inc.
1393 South 7th Street
San Jose, California 95112
Phone: 408/924-1462　　　Fax: 408/924-1163
Televising Network: Fox Sports Net
Facility: Spartan Stadium, San Jose State University (Capacity: 30,578)
Title Sponsor: None

**SYLVANIA ALAMO BOWL**—San Antonio, Texas, December 30, 2000,
　8 p.m.
Derrick S. Fox, executive director
San Antonio Bowl Association, Inc.
100 Montana Street, Suite 3001
San Antonio, Texas 78203-1031
Phone: 210/226-2695　　　Fax: 210/704-6399
Televising Network: ESPN
Facility: Alamodome (Capacity: 65,000)
Title Sponsor: Sylvania

**TOSTITOS FIESTA BOWL**—Tempe, Arizona, January 1, 2001, 8 p.m.
John Junker, executive director
Arizona Sports Foundation
120 South Ash Avenue
Tempe, Arizona 85281
Phone: 602/350-0900　　　Fax: 602/350-0915
Televising Network: ABC
Facility: Sun Devil Stadium (Capacity: 73,259)
Title Sponsor: Tostitos

**TOYOTA GATOR BOWL**—Jacksonville, Florida, January 1, 2001, 12:30 p.m.
Richard M. Catlett, executive director
Toyota Motor Sales/Southeast Toyota
One Gator Bowl Boulevard
Jacksonville, Florida 32202
Phone: 904/798-1700　　　Fax: 904/632-2080
Televising Network: NBC
Facility: Alltel Stadium (Capacity: 76,976)
Title Sponsor: Toyota Motor Sales, USA, Inc.

**WELLS FARGO SUN BOWL**—El Paso, Texas, December 29, 2000, 2 p.m.
Joyce E. Feinberg, executive director

CONFIDENTIAL

NCAA 018026

Sun Bowl Association
4100 Rio Bravo, Suite 303
El Paso, Texas 79902
Phone: 915/533-4416          Fax: 915/533-0661
Televising Network: CBS
Facility: Sun Bowl Stadium (Capacity: 51,171)
Title Sponsor: Wells Fargo

## NCAA Staff Liaisons:

Mark P. Jones, administration
Director of Enforcement
NCAA
P.O. Box 6222
Indianapolis, Indiana 46206-6222
Phone: 317/917-6222, Ext. 6033      Fax: 317/917-6989

Keith E. Martin, finances
Director of Finance and Business Operations
NCAA
P.O. Box 6222
Indianapolis, Indiana 46206-6222
Phone: 317/917-6222, Ext. 6440      Fax: 317/917-6983

CONFIDENTIAL

NCAA 018027

# Appendix B

## NCAA TIEBREAKER PROCEDURE

Following is the NCAA tiebreaker system to be used when a game is tied after four periods. These rules consist only of exceptions, with examples, to the regular-period rules.

a. Immediately after the conclusion of the fourth quarter, officials will instruct both teams to retire to their respective team areas. The officials will assemble at the 50-yard line and review the tiebreaker procedures.

b. The officials will escort the captains to the center of the field for the coin toss. The winner of the toss shall choose one of the following options:

1. Offense or defense, with the offense at the opponent's 25-yard line to start the first series.

2. Which end of the field shall be used for both series of that overtime period.

*Note:* The winner of the toss may not defer his choice.

c. The loser of the toss shall exercise the remaining option for the first extra period and shall have the first choice of the two options for subsequent even-numbered extra periods.

d. Extra periods: An extra period shall consist of two series with each team putting the ball in play by a snap on or between the inbounds lines on the designated 25-yard line, which becomes the opponent's 25-yard line. The snap shall be from midway between the inbounds lines on the 25-yard line, unless a different position on or between the inbounds lines is selected before the ready-for-play signal. After the ready-for-play signal, the ball may be relocated after a charged team timeout, unless preceded by a Team A foul or offsetting penalties.

e. Team series: Each team retains the ball during a series until it scores or fails to make a first down. The ball remains alive after a change of team possession until it is declared dead. However, Team A may not have a first and 10 if it again possesses the ball after a change of team possession.
   Team A and B designations are the same as defined in Rule 2-27-1 of NCAA Football Rules and Interpretations

EXAMPLES:

1. After each team has put the ball in play by snap at the beginning of its series, the score is tied or there has been no score. RULING: Begin the second extra period with the loser of the toss at the beginning of the first extra period having the choice of the two options.

2. Other than on the try, Team B intercepts a pass or fumble for a touchdown or recovers a fumble or a backward pass and scores a touchdown. RULING: Period and game are ended, and Team B is the winner.

3. During the first series of a period, Team B intercepts a pass or fumble or recovers a fumble or a backward pass and does not score a touchdown. RULING: Team A series is ended and Team B, which becomes Team A, starts its series of that period.

4. During the first series of a period, Team A attempts a field goal and the kick is blocked

40

CONFIDENTIAL

NCAA 018028

Team A recovers the kick, which never was beyond the neutral zone, and runs for a touchdown. RULING: Six points for Team A. and Team B begins its series of the period after the try.

5. Team A attempts a field goal and the kick is blocked. Team A recovers the kick, which never was beyond the neutral zone, and runs for a first down. RULING: Team A's ball, first and 10.

6. Team A attempts a field goal on first, second or third down, and the kick is blocked. Team A recovers the kick, which never crossed the neutral zone, and does not gain a first down. RULING: Team A's ball, next down.

7. Team A attempts a field goal and the kick is blocked. Team B recovers the kick and runs it into Team A's end zone. RULING: Touchdown, game is ended.

8. During the first series of a period, Team B—after gaining possession—loses possession to Team A, which scores a touchdown. RULING: The score counts, and Team B begins its series of the period after the try.

9. During the first series of a period, Team B—after gaining possession—loses possession to Team A, which fails to score a touchdown. RULING: Team B series is ended, and Team B begins its series of that period.

10. During the first series of a period, Team A fumbles into Team B's end zone on second down of a series. Team B recovers and downs the ball in its end zone. RULING: Team A series of that period is ended. Team B series of the period begins.

11. During the first series of a period, B10 intercepts a forward pass on his three-yard line and downs the ball in his end zone (no momentum involved). RULING: Score two points for Team A. Team A's series is over. Team B will put the ball in play, first and 10 on the 25-yard line at the same end of the field.

12. Team A's field-goal attempt is untouched beyond the neutral zone until it is muffed by B17 at the five-yard line. A26 recovers at the three-yard line. RULING: First down for Team A at the three-yard line.

f. **Scoring:** The team scoring the greater number of points during the regulation and extra periods shall be declared the winner. There shall be an equal number of series, as defined in (b) above, in each extra period, except if Team B scores during a period other than on the try. Beginning with the third extra period, teams scoring a touchdown must attempt a two-point try. A one-point try by Team A (although not illegal) will not score a point.

EXAMPLES:

1. On the first possession of a period, Team A scores a touchdown. On the try, Team B intercepts a pass and returns it for a two-point touchdown. RULING: Team B is awarded the ball on the 25-yard line to start its series of the period with the overtime score 6-2.

2. If a touchdown is scored that determines the winning team in an extra period, the try is canceled.

g. **Fouls after Team B possession:**

1. Distance penalties by either team are declined by rule in extra periods (*Exceptions:* Dead-ball fouls and live-ball fouls penalized as dead-ball fouls).

2. Scores by fouling teams are canceled.

3. If there are offsetting fouls, whether one or both occur after Team B possession, the down is not replayed.

EXAMPLES:

1. After the end of the first series of a period by Team A, Team B commits a dead-ball

41

NCAA 018029

foul. RULING: Team B starts its series on the 40-yard line, first and 10.

2. During the last series of a period, Team A passes and a Team A back is illegally in motion during the down. The pass is intercepted, and Team B commits a foul before scoring a touchdown. RULING: Score not allowed. The series is ended, and Team B begins its series on the 25-yard line.

3. During the second series of a period, Team B intercepts a pass and runs for a touchdown. During the run, Team B clips at midfield. RULING: Nullify the score, and if the score is tied, the next period will start with first and 10 at the 25-yard line.

h. **Timeouts:** Each team shall be allowed one timeout for each extra period. Timeouts not used during the regulation periods may not be carried over into the extra period(s). Unused extra-period timeouts may not be carried over to other extra periods. Timeouts between periods shall be charged to the succeeding period.

42

CONFIDENTIAL

NCAA 018030

# Appendix C

## SAMPLE INVITATION AND ACCEPTANCE LETTERS

November _____, 20_____

Invitation to Participate
Director of Athletics
University of University
City, State ZIP

Dear Invitation:

On behalf of the _____ Bowl, this is an official invitation for _____ to participate in our 20_____ postseason football game. Your institution will receive a $ _____ minimum guarantee for participating in the game. The _____ Bowl will be played at _____ . Your opponent will be _____ .

Each participating institution is guaranteed up to one-sixth of the total seats in the stadium. You shall determine the number of tickets that your institution shall be responsible for purchasing and, once claimed, notify me no later than noon (local time at the institution) December 1 or one week after your institution is invited to participate in our bowl game (whichever is earlier) of the total number of tickets for which it shall be financially responsible.

Please respond to me in writing to confirm your formal acceptance of this invitation to participate in the _____ Bowl by _____ p.m. on November _____ . The fax number for the bowl is _____ .

Sincerely,

Executive Director
Postseason Football Bowl

43

CONFIDENTIAL

NCAA 018031

November _____, 20 ____

Executive Director
Postseason Football Bowl
Address
City, State ZIP

Dear Executive Director:

On behalf of the University of _____,
this is formal acceptance of your invitation to participate in the
_____ Bowl. I understand that our team will play
_____ on _____. We will receive a
minimum guarantee of $ _____.

The University of _____ does have adequate
medical insurance per NCAA Bylaw 30.9.17.2.

I understand that my institution shall notify you no later than noon (local time
at the institution) December 1 or one week after I accept your invitation to
participate in your bowl (whichever is earlier) with the total number of tick-
ets for which this institution shall be financially responsible.

Thank you for inviting us to participate in the _____
Bowl.

                              Sincerely,




                              Invitation to Participate
                              Director of Athletics

                              44

CONFIDENTIAL

NCAA 018032

# Appendix D

## SAMPLE BOWL INFORMATION SUMMARY

Name of Bowl: Indianapolis Bowl

Address: P.O. Box 6222, Indianapolis, Indiana 46206-6222

Office Telephone: 317/917-6222

Fax: 317/917-6989

Executive Director: Mark Jones

Home Telephone: 317/917-6981

Game Date: January 1

Game Time: 1 p.m. Eastern

Name of Stadium: Memorial

Capacity: 75,000

Playing Surface: Grass

Pairings: Open

Minimum Distribution of Receipts Guaranteed to Team: $750,000

Television Network: CBS

Radio Network: CBS

Authorization for Official Radio Station/Network of Team to Originate
    Broadcast: Yes

Ticket Price(s): $20, $15 and $10

Suite(s) Availability: One per participating team, others may be available
    for rental

Team Hotel Possibilities and Rates: Hyatt Regency—Team $60, Others
    $100; Marriott—Team $60, Others $100

Required Arrival Date: December 26

Bowl Corporate Agreements Applicable:

  A. Team Area: Pepsi

  B. Football: Wilson

  C. Other Equipment: None

CONFIDENTIAL

NCAA 018033

# SAMPLE BOWL SCHEDULES AND AWARDS
# FOR TEAM REPRESENTATIVES

## REQUIRED MEETINGS
### (For Head Coach and/or Athletics Director)

| Date | Time | Event | Site |
|------|------|-------|------|
| Day 1 | 5:30-6 p.m. | Team Welcome (Team and all coaches, head coach speaks five minutes, entire program) | Hotel |
| Day 3 | 3:30-4:30 p.m. | Hospital Visit (Team and all coaches, one-hour visit) | Hospital |
| Day 5 | 9-10 a.m. | Pregame Meeting (Athletics director, head coach, sports information director, band director, entire meeting) | Hotel |
| | 2:30-3 p.m. | Pep Rally (Team and all coaches, band, cheerleaders, coach speaks three minutes, depart after speech) | Team Hotel |
| Game Day | | None | |

## REQUIRED MEDIA PARTICIPATION
### (For Head Coach and Players)

| Date | Time | Event | Site |
|------|------|-------|------|
| Daily | Practice | Post-Practice Press Conference (Head coach) | Practice Site |
| Day 2 | 10-11 a.m. | Head Coach, Two Offensive and Two Defensive Starters | Team Hotel |
| Day 3 | 9-10 a.m. | Offensive Coordinator/Players | Team Hotel |
| | 12:30-2 p.m. | Picture Day (Team, all coaches) | Stadium |
| | 7-8 p.m. | Radio (Team and coaches) | Team Party |
| Day 4 | 9-10 a.m. | Defensive Coordinator/Players | Team Hotel |
| Day 5 | 9-10 a.m. | Head Coach | Team Hotel |
| Game Day | | Trophy Presentation (Players and head coach) | Stadium |
| | | Postgame (Players and coaches) | Stadium |
| Day After | 9-10 a.m. | Head Coach | Team Hotel |

Note: SID staff shall be available at all media events.

46

CONFIDENTIAL

NCAA 018034

## SOCIAL OPPORTUNITIES

| Date | Event | Required Attendance | Duty of Coach | Comp. Admissions | Purchase Admissions Available | Purchase Admissions Price per Ticket |
|------|-------|---------------------|---------------|------------------|-------------------------------|--------------------------------------|
| Day 1 | Kickoff Bar-B-Q (Team, coaches and official party) | Yes | None | 250 | 0 | N/A |
| Day 2 | Ladies' Luncheon (Spouses and dates) | No | None | Unlimited | 0 | N/A |
| Day 3 | Shopping Tour (Spouses and dates) | No | None | 20 | 0 | N/A |
| Day 4 | Reception (Coaches and official party) | Yes | None | 100 | 60 | $40 |
| | University Party (Coaches and official party) | Yes | None | 150 | 100 | $75 |
| Day 5 | FCA Breakfast (Team, coaches and official party) | No | Choice | Unlimited | 0 | N/A |
| | Formal Ball (Coaches and official party) | Yes | None | 120 | 40 | $50 |
| Game Day | Parade (Coaches and official party) | No | None | 50 | 200 | $10 |
| | Brunch (Coaches and official party) | No | None | 150 | 100 | $30 |

47

CONFIDENTIAL

NCAA 018035

## OTHER ENTERTAINMENT AVAILABLE

| Date | Event | Required Attendance | Duty of Coach | Comp. Admissions | Purchase Admissions Available | Purchase Admission Price per Ticket |
|---|---|---|---|---|---|---|
| Day 1 | Museum Exhibit | No | None | 0 | 700 | $20 |
| Day 2 | White River Fishing | No | None | 0 | 25 per boat | $250 per boat |
| Day 3 | Concert | No | None | 0 | 100 | $35 |
| Day 3 | Tennis Tournament | No | None | 0 | 100 | $10 |
| Days 3 and 4 | College Basketball Tournament | No | None | 0 | 200 | $20 |

## AVAILABLE AWARDS -- $300 maximum

| Item | Complimentary | Price per Additional Gift |
|---|---|---|
| Men's Watch | 95-125 | $125.00 |
| Women's Watch | 95-125 | $125.00 |
| Men's Jogging Suit | 95-125 | $50.00 |
| Women's Jogging Suit | 95-125 | $50.00 |
| Gym Bag | 95-125 | $15.00 |
| Hat | 95-125 | $10.00 |
| T-Shirt | 95-125 | $8.00 |
| Picture/Plaque | 95-125 | $60.00 |
| Camera | 95-125 | $40.00 |
| VIP Gift | 95-125 | N/A |

CONFIDENTIAL

NCAA 018036

# Appendix E

## ENHANCING THE BOWL EXPERIENCE

Participation in a certified postseason football game is a unique experience for student-athletes and institutional representatives. It represents achievement—reaching a preseason goal that was established for the team.

A bowl game is a time for celebration. Many individuals voluntarily work the entire year to coordinate a festival that will focus on two outstanding college football teams that they invite to honor in their city.

Acceptance of this invitation carries with it certain obligations by the institution, its representatives and its student-athletes.

In an effort to create a positive atmosphere that will enhance the experience for everyone representing an institution accepting a bowl invitation, to solidify the relationship between the institution and the host city and its representatives, and to prevent negative comments that may be directed toward participation in a certain game resulting from the disappointment of a conference championship loss or a simple breakdown in communications, the NCAA Division I Championships/Competition Cabinet suggests that these recommended policies be reviewed with student-athletes and staff and implemented by the university.

A. Accepting or Rejecting the Bid.

1. All postseason bowl games are nationally accepted by the public and the college football community, which includes student-athletes, as the best means to recognize a successful season.

2. Participation in a bowl game is a common goal for all intercollegiate teams when the season begins.

3. A team should first determine if it wishes to accept a bid to a particular bowl. Declining an invitation is preferable to accepting one and then demonstrating disappointment at participating in the bowl.

4. In an effort to solidify the participating team's obligations to the bowl, game management and institutional representatives should agree, upon acceptance of the invitation to participate in the bowl, on:
    (a) Those activities that are absolutely necessary;
    (b) Those activities that are optional; and
    (c) Any others that may be available for the team and/or official party.

5. Once a team arrives at a site, the institution should fulfill any obligations that its director of athletics and/or coach has made with game management (e.g., attend meetings and participate in social activities to which it has previously committed).

6. Institutional representatives should adhere to the policies adopted by the football certification subcommittee (e.g., provide game management a written acceptance of the invitation to participate in the bowl, attend required meetings).

7. The potential for negative reaction to media inquiries after a difficult loss may be minimized if the invitation to participate in a bowl game is issued at a location other than the locker room

49

CONFIDENTIAL

NCAA 018037

**B. Imparting the Right Attitude.**

1. Before a bid is accepted, an institution's coaches and administrators (e.g., director of athletics, head football coach and/or sports information director) should review the message points listed below with their team.

2. The head coach is, in large measure, responsible for the team's attitude about participating in a particular bowl game.

3. The coach should involve the team captains in the effort to ensure that the team members display an appropriate attitude toward the bowl.

**C. Message Points for the Student-Athlete.**

1. All bowls are rewards for outstanding seasons.

    (a) Only a select group of Division I-A football teams participates in a postseason game.

    (b) Thousands of student-athletes would gladly trade places with those who are competing in bowl games.

    (c) This attitude especially must be clearly imparted from the coaches to the players.

2. Hundreds of volunteers expend an enormous amount of effort to ensure that student-athletes participating in every bowl have an enjoyable, educational experience.

3. The local committee has not planned just a bowl game; it has scheduled a week full of many events to enrich the experience for both the student-athletes and the fans and to unify the community.

4. The bowls have provided a tremendous amount of television coverage to student-athletes and NCAA member institutions, affording them opportunities to showcase their football talents and programs and the academic and social environments on their campuses.

**D. Bowl Responsibilities.**

1. Game management shall provide the director of athletics and head football coach a schedule of meetings each is expected to attend at the bowl site, including any that are required by the NCAA.

2. Game management should be cautioned to include in the bowl handbook that it distributes to a participating institution the expectations that it has for the institution's official traveling party, athletics department staff, football coaching staff and team members.

3. Game management shall provide the director of athletics a schedule of social activities available to and required of the official traveling party, athletics department staff, football coaching staff and team members and include with it the number of complimentary admissions that will be available to the institution and the cost and number of additional tickets it may purchase for each activity.

4. Bowl management shall send the institution a written invitation to participate in a bowl.

5. Bowl management annually should send reminders to institutions relating the degree of effort and commitment required to stage a bowl game.

NCAA DIVISION I CHAMPIONSHIPS/COMPETITION CABINET

50

CONFIDENTIAL

NCAA 018038

# Appendix F

## SUMMARY OF BOWL AGREEMENTS

| BOWL | CLOSED | 1 CLOSED BERTH | OPEN |
|---|---|---|---|
| AXA Liberty | Mountain West-1 vs. Conference USA-1 | | |
| Chick-Fil-A Peach | ACC vs. SEC | | |
| Crucial.com Humanitarian | Big West-1 vs. WAC | | |
| Culligan Holiday | Big 12 vs. Pac-10 | | |
| EA Sports Las Vegas | | Mountain West | 1 |
| FedEx Orange | (BCS) - 1 vs. 2 | | |
| galleryfurniture.com | Big 12 vs. Conference USA | | |
| GMAC Mobile Alabama | WAC vs. Conference USA | | |
| Insight.com | Big 12 vs. Big East or (Notre Dame) | | |
| Jeep Aloha | Big East or ACC vs. Pac-10 | | |
| Jeep Oahu | Big East or ACC vs. Pac-10 | | |
| Micronpc.com | ACC vs. Big Ten | | |
| Motor City | Conference USA vs. MAC-1 | | |
| Music City | SEC vs. Big East | | |
| Nokia Sugar | SEC vs. (BCS) | | 1 |
| outhouse.com Florida Citrus | Big Ten vs. SEC | | |
| Outback | SEC vs. Big Ten | | |
| Rose | (BCS) - Big Ten vs. Pac-10 | | |
| Sanford Independence | Big 12 vs. SEC | | |
| SBC Cotton | Big 12 vs. SEC | | |
| Silicon Valley | Mountain West vs. WAC | | |
| Sylvania Alamo | Big 12 vs. Big Ten | | |
| Tostitos Fiesta | Big 12 vs. (BCS) | | 1 |
| Toyota Gator | ACC vs. Big East or (Notre Dame) | | |
| Wells Fargo Sun | Pac-10 vs. Big Ten | | |

[Note: BCS qualifiers include champions of the Atlantic Coast, Big East, Big Ten, Big 12, Pacific-10 and Southeastern Conferences, plus two at-large teams. The FedEx Orange Bowl will host the match-up of the No. 1 and 2 ranked teams as determined by the BCS rankings.]

51

CONFIDENTIAL

NCAA 018039

# Appendix G

## BOWL-SITE CHECKLIST

**A. General Information.**
1. Game date and time.
2. Guaranteed minimum distribution of receipts.
3. Directory of personnel and responsibilities.
   a. Bowl management staff.
   b. Bowl committee.
   c. Stadium.
   d. Team hosts.
   e. Team hotels.
4. Date teams and official party expected to arrive in the city.
5. Date teams and official party expected to depart from the city.
6. Length of half time.
7. Network(s) with live television and radio rights.
8. Origination rights for official radio network of participating teams.
9. Insurance maintained by bowl.
   a. Liability—Combined single limits of $1 million per occurrence for bodily injury and property damage.
   b. Other.

**B. Inspection Visit.**
1. Suggested date for visit after selection.
2. Identify institutional and bowl representatives who should meet during inspection visit.
3. Inspection visit expense of institution or bowl.

**C. Tickets.**
1. Overall seating chart and block reserved for participating teams.
2. Number, location and price of tickets available to institution.
3. Availability of a private box or suite for institutions.
4. Availability of additional private boxes and/or suites for fans.
5. Requests for additional tickets.
6. Ticket manifest of stadium.
7. Location and cost of band seats.
8. Will-call information.
9. Arrangements for player/guest admissions.
10. Handicapped policy.
11. Stolen ticket policy.
12. Plans to market tickets nationally, within the geographical area of the participating teams and at the game site.

**D. Hotel.**
1. Flexibility to select team headquarters.
2. Number of sleeping rooms available.
3. Team rate on 200 rooms

52

4.  Complimentary suites that are selected by the institution for director of athletics, head football coach and chief executive officer.
5.  Availability of other suites and rates.
6.  Availability of additional sleeping rooms in team hotel and other properties.
7.  Overflow hotels in close proximity.
8.  Complimentary meeting space available.
9.  Hospitality room provided by the bowl for official party.
10. Reservations deadline.
11. Release of rooms policy.
12. Payment of bills.
13. Availability of audio-visual equipment.
14. Baby-sitting services provided.
15. Game-room availability.
16. Proximity of "fast food" restaurants.
17. Personal laundry services availability.
18. Security.
19. Bowl staff headquarters.
20. Media headquarters.
21. Drug-testing area

E. Travel.
1.  Major airport and charter and contact.
2.  Best private airport and contact.
3.  Availability of police escorts on game day.
4.  Availability of police escorts on arrival at and departure from airport.
5.  Availability of additional police escorts.
6.  Charter bus contact and NCAA rate.
7.  Available financial assistance for transportation from bowl.
8.  Availability of courtesy cars and vans from bowl.
9.  Availability of drivers for courtesy cars.
10. Availability of courtesy trucks from bowl.
11. Availability of courtesy bus transportation from bowl.
12. Taxi service availability at each airport.
13. Rental car availability at each airport.
14. Transportation of fans to stadium.
15. Team-charter arrangements.

F. Stadium.
1.  Name and telephone number of primary contact.
2.  Name and telephone number of the director of operations.
3.  Availability and size of locker rooms.
4.  Availability, size and equipment in training room.
5.  Team warm-up area.
6.  Available options for team practice.
7.  Rental costs, if any, for team and band practice.
8.  Availability for equipment trucks.
9.  Complimentary parking available for team and band buses, equipment trucks, and staff cars.

53

CONFIDENTIAL

NCAA 018041

10. Nearest hospital.
11. Directions from hotel.
12. Team entrance.
13. Home team.
14. Bench assignments.
15. Availability of towels, soft drinks, orange slices, etc.
16. Field surface
17. Policy for covering field.
18. Policies governing mascots, cannons, cymbals, etc.
19. Gate access for band, cheerleaders, mascots, etc.
20. Dressing-room security.
21. Training-room security.
22. Equipment security.
23. Sideline security.
24. Telephone system for coaches.
25. Gate access for fan tickets.
26. Fan parking

G. Practice Facilities.

1. Available facility options and related costs, if any.
2. Name of facility.
3. Name and telephone number of primary contact.
4. Name and telephone number of the director of operations.
5. Availability and size of locker rooms.
6. Availability, size and equipment in training room.
7. Availability for team practice.
8. Availability of laundry facilities.
9. Field surface(s).
10. Availability of towels, soft drinks, orange slices, etc.
11. Nearest hospital.
12. Directions from hotel.
13. Dressing-room security.
14. Facility-admittance security.
15. Training-room security.
16. Equipment security.
17. Available parking.

H. Awards (95 to 125 complimentary, team may purchase additional).

1. Detail awards available for players.
2. Detail awards available for coaches.
3. Detail awards available for staff.
4. Bowl credit for providing maximum awards.
5. Ceremonies for presentation of awards and game trophy.

I. Corporate Sponsor Agreements.

1. Bench area.
2. Official football and/or equipment.
3. Other.

CONFIDENTIAL

J. Licensing.
1. Outline all contractual bowl logo/licensing requirements.
2. Films and videotapes.
3. Arrangements for bowl to use marks.
4. Approval process for design and product.
5. Ability of institutions to market licensed products.
6. Plans to stop ambush marketing.

K. Social Events.
1. Sensitivity to the number of events.
2. Identify format and dress code for each event.
3. Complimentary and purchase tickets available to the team.
4. Price of purchase tickets.
5. Transportation provided by bowl.
6. Identify required attendance events for staff, coaches and team.
7. Identify entertainment provided for players.
8. Identify individual to confirm number of attendees for each event.
9. Events on the eve of the game should not include student-athletes.
10. Availability of events for spouses and children.
11. Requirements for band.
12. Requirements for cheerleaders.
13. Provide composite schedule of events.

L. Requirements for Chief Executive Officer.
1. Press conferences.
2. Official entertainment events.
3. Charity events.
4. Meetings.

M. Requirements for Director of Athletics.
1. Press conferences.
2. Official entertainment events.
3. Charity events.
4. Meetings.

N. Requirements for Head Football Coach.
1. Press conferences.
2. Official entertainment events.
3. Charity events.
4. Meetings.

O. Requirements for Assistant Football Coaches.
1. Official entertainment events.
2. Charity events.
3. Meetings.

P. Requirements for Sports Information Director.
1. Press conferences.
2. Official entertainment events.
3. Charity events.
4. Meetings.

55

CONFIDENTIAL

NCAA 018043

Q. Requirements for Faculty Athletics Representatives.
1. Press conferences.
2. Official entertainment events.
3. Charity events.
4. Meetings.

R. Requirements for Other VIPs.
1. Press conferences.
2. Official entertainment events.
3. Charity events.
4. Meetings.

S. Media.
1. Name and telephone number of individual administering media activities.
2. Arrangements for media from area of participating team to request credentials and lodging.

T. Institutional Credentials Available.
1. Official party.
2. Coaching booth.
3. Sidelines.
4. Cheerleaders and mascot.

U. Medical.
1. Name(s) and telephone number(s) of bowl physician(s).
2. Name(s) and telephone number(s) of dentist(s).
3. Name(s) and telephone number(s) of hospital(s).
4. Name(s) and telephone number(s) of ambulance service(s).
5. Name(s) and telephone number(s) of host trainer(s) and staff.

V. Meetings.
1. Pregame meeting date, time and location.
2. Identify individuals expected to attend.
3. Pregame timing sheet.

W. Miscellaneous.
1. Previous year's bowl handbook.
2. Local weather.
3. Local maps.
4. Institutional form.

CONFIDENTIAL

NCAA 018044

# INSTITUTIONAL FORM
## (Fax telephone number: _____)

Institution: _____

Director of Athletics: _____

    Work Phone No.: _____  Home Phone No.: _____

Bowl Trip Coordinator: _____

    Work Phone No.: _____  Home Phone No.: _____

Head Football Coach: _____

    Work Phone No.: _____  Home Phone No.: _____

Transportation Coordinator: _____

    Work Phone No.: _____  Home Phone No.: _____

Sports Information Director: _____

    Work Phone No.: _____  Home Phone No.: _____

Ticket Coordinator: _____

    Work Phone No.: _____  Home Phone No.: _____

Trainer: _____

    Work Phone No.: _____  Home Phone No.: _____

Band Coordinator: _____

    Work Phone No.: _____  Home Phone No.: _____

Cheerleader/Mascot Coordinator: _____

    Work Phone No.: _____  Home Phone No.: _____

Alumni Association Director: _____

    Work Phone No.: _____  Home Phone No.: _____

Chief Executive Officer: _____

    Work Phone No.: _____  Home Phone No.: _____

Coordinator for CEO's Office: _____

    Work Phone No.: _____  Home Phone No.: _____

CONFIDENTIAL

NCAA 018045

Day/Date of Arrival: _____ _____

Airline and Flight No.: _____

Arrival Time: _____

Additional VIP Names:

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

CONFIDENTIAL

NCAA 018046

# Appendix H

## REQUEST FOR EXCEPTION OF
## GAME-RELATED EVENTS

(All information provided will be kept confidential.)

Event _____

Sponsor(s) _____

_____

Gross income      $ _____

Expenses          ( _____ )

Net income        $ _____

Income use _____

_____

_____

Team participation required? _____

Bowl tickets available for purchase by sponsor(s)? _____

Bowl tickets located in priority seating? _____

Game program or other media recognition provided? _____

Do you request exclusion of event-related net income from "gross receipts"?

_____ Yes _____ No

Each of the undersigned certifies that the information set forth herein is true
to the best of his or her knowledge, information and belief.

| President | Date |
|---|---|

| Executive Director | Date |
|---|---|

| Chief Financial Officer | Date |
|---|---|

59

CONFIDENTIAL

NCAA 018047

# Appendix I

## SCHEDULE OF GROSS RECEIPTS
### Postseason Football Audited Financial Report

Name of Bowl _____    Date of Game _____

1. Ticket sales (from Schedule A, line 8) .......... ........ ......    $ _____

2.  a.  Gross membership fees .......................    $ _____

    b.  Less approved deduction ........... ... .... ( _____ )

    c.  Total .......................................    _____

3.  Concessions . ... .......................................    _____

4.  Program sales ..........................................    _____

5.  Advertising

    a  Programs ...........................    _____

    b  Radio ..............................    _____

    c  Television ..........................    _____

    d  Video ..............................    _____

    e.  Tickets .............................    _____

    f.  Total .............................................    _____

6.  a.  Gross radio rights ........................    _____

    b.  Less all rights if participant
        originated broadcast ..............    ( _____ )

    c.  Total ............................    _____

7.  a.  Gross television rights ....................    _____

    b.  Less unrelated third-party fees ............    ( _____ )

    c.  Pay per-view television rights ............    _____

    d.  Total ............................    _____

8.  a.  Gross title sponsorship rights ..............    _____

    Less.  b.  Unrelated third-party fees ..........    ( _____ )

        c.  Entertainment expenses ..........    ( _____ )

        d.  Amount(s) allocated to
            other events ..................    ( _____ )

        e.  Other ........................    ( _____ )

    f.  Net title sponsorship rights .......................    _____

60

CONFIDENTIAL

NCAA 018048

9  Merchandising sales ..................................................  _____

10  Film/movie/video rights ...............................................  _____

11  Licensing fees .......................................................  _____

12  a  Gross corporate sponsors/
       contributions ...................................  _____

    Less  b  Restricted for direct benefit of
             competing institutions ...............  ( _____ )

          c  Restricted for pregame
             and half-time expenses ...............  ( _____ )

       d  Net corporate sponsors/contributions ................................  _____

13  Other revenues (please specify)

    a.  ..............................................................  _____

    b.  ..............................................................  _____

    c.  ..............................................................  _____

    d  Total other revenue ............................................  _____

14  Total receipts (add totals from lines 1-13) ..........................  _____

15  Awards ............................................  ( _____ )

16  Certification fee .................................  ( _____ )

17  Officiating Crew travel ...........................  ( _____ )

18  Letter-of-credit fee ..............................  ( _____ )

19  Team Entertainment
    (unless deduction was taken in 12b) ...............  ( _____ )

20  Other deductible expenses approved
    by the committee ..................................  ( _____ )

21  Deductible fees (add totals from lines 15-20) .......................  ( _____ )

22  Total gross receipts
    (subtract line 21 from 14) ..........................................  _____

61

CONFIDENTIAL

NCAA 018049

## Schedule A - Ticket Sales

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Ticket sales . . . No | 1a _____ | @ | 1b $ _____ | | Total to $ _____ |
| | 2a _____ | | 2b _____ | | 2c _____ |
| | 3a _____ | | 3b _____ | | 3c _____ |
| | 4a _____ | | 4b _____ | | 4c _____ |
| | 5a _____ | | 5b _____ | | 5c _____ |

6. Gross ticket sales (add amounts in column c, lines 1-5) . . . . . . . .     $ _____

7. Less — Taxes   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     ( _____ )

8. Net ticket sales . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

9. a. Stadium capacity _____     b. Gross attendance _____     Avg. Ticket Price _____

10. Number of tickets sold by:  11a _____  (amount)     11b _____  (percent)     _____

    12a _____  (amount)     12b _____  (percent)     _____

    13a. Sponsoring agency
    before team selections     13b _____  (percent)     _____

    14a. Sponsoring agency
    after team selections      14b _____  (percent)     _____

15. Total number of tickets sold (add amounts in lines 11-14) . . . . . .     _____

16. Total number of tickets
    contractually guaranteed for:  17a _____  (amount)     17b _____  (percent)     _____

    18a _____  (amount)     18b _____  (percent)     _____

## Schedule B - Distribution of Total Gross Receipts

19a. Institution _____     19b. Percent _____     19c. Amount $ _____

20a. Institution _____     20b. Percent _____     20c. Amount $ _____

21. Total distribution to institutions
    (lines 19c plus 20c) . . . . . . . . . . . . . . . . . .     $ _____

22a. Gross receipts retained by sponsoring
    agency or organization . . . . . . . . .  22b. Percent _____     22c. Amount $ _____

23. Total gross receipts (lines 21 plus 22c) . . . . . . . . .     $ _____

24. Date of distributions to institutions _____

Note: Please submit a copy of each of the following: 1) TV and radio sponsorship contracts; 2) All gifts-in-kind; 3) All corporate sponsorships; 4) Contractual guarantees between the bowl and a conference(s) or the member institutions; 5) Any financial subsidy provided by a conference(s) to the bowl; 6) Major corporations who may assist the bowl in selling tickets; 7) Statement indicating whether the host city or its subsidiary has contributed financially to the bowl; and 8) Supporting schedules or attachments pertaining to the auditing of all forms of income.

62

CONFIDENTIAL

NCAA 018050

Report of Independent Accountants

TO: The National Collegiate Athletic Association

We have audited the accompanying schedule of gross receipts of the _____
_____
played between _____ and _____
on _____ - _____

This schedule is the responsibility of the _____ management.
Our responsibility is to express an opinion on this schedule based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the schedule of gross receipts is free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the schedule of gross receipts. An audit also includes assessing the accounting principles used and significant estimates made by management as well as evaluating the overall schedule presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the schedule of gross receipts audited by us presents fairly, in all material respects, the gross receipts derived from the above described game and the amounts due to the two participating institutions and the sponsoring organization in accordance with NCAA Bylaw 30.8 and Executive Regulation 31.5.

This report is intended solely for the information and use of the _____
and the National Collegiate Athletic Association.

SIGNED _____ DATE _____

TITLE _____

NAME OF FIRM _____ CITY, STATE _____

RETURN BY APRIL 1 TO:
Keith Martin
National Collegiate Athletic Association
P.O. Box 6222
Indianapolis, Indiana 46206-6222
317/917-6222

63

## Definitions for the
## Components of Gross Receipts

**Ticket Sales.** Gross receipts shall include the gross income from the sale of tickets less applicable taxes, except those paid as stadium-use taxes for rental, cost of permanent equipment, or in lieu thereof. Internal handling fees shall not be deducted from ticket revenue. The sponsoring agency may charge a handling fee of 5 percent of the face value, which may be deducted from gross receipts. All tickets shall be accounted for at face value and shall become a part of gross receipts.

**Membership Fees/Dues.** If the payment of membership fees/dues to the sponsoring agency, or an affiliate thereof, is required in order to purchase game tickets and/or gain priority seating rights, or otherwise results in admission to the game, then 50 percent of the gross membership fees/dues (less the price of the bowl game tickets that is included in ticket sales revenue) shall be included in gross receipts. Exceptions may be authorized only by written agreement from the Football Certification Subcommittee.

**Programs/Concessions/Merchandising Sales.** Gross receipts shall include gross profit received by the sponsoring agency, or an affiliate thereof, for the sale of programs, concession items or merchandise; e.g., clothing, watches, glasses or other memorabilia. Gross profit shall be defined as gross sales less direct costs of producing and selling the program, concessions and/or merchandise. If revenues generated from the sale of game programs do not exceed the cost of printing and selling the publication, this income may be excluded from gross receipts.

**Advertising Income.** Gross receipts shall include gross income received by the sponsoring agency for sale of advertising for television or radio programs, in printed game programs and/or media guides, highlight films/videos, or in the stadium. When advertising is solicited by an independent third party under contract with the sponsoring agency, whereby it receives only a share of advertising revenue, gross receipts shall include only the amount received for such items by the sponsoring agency from the third party.

**Radio Broadcast Rights.** When a sponsoring agency administers the radio broadcast policies outlined by the Football Certification Subcommittee that permit the official radio station/network of a competing institution to purchase origination rights to the bowl game, the official radio station/network should pay the sponsoring agency four times the one-minute published rate of the station(s) as listed in the current edition of Standard Rates and Data. All radio income shall be excluded from gross receipts if the official station/network of a participating team is permitted to purchase origination rights for its normal in-season distribution outlet(s).

**Television Contracts.** When the negotiating and/or obtaining of a television contract is performed by an unrelated third party under contract with the sponsoring agency, the sponsoring agency shall be entitled to deduct 100 percent of the annual amount paid to the unrelated third party from the amount to be included in the computation of total gross receipts; but, in any event, the deduction cannot exceed 15 percent of the annual television receipts unless approved in advance by the Football Certification Subcommittee.

**Title Sponsorship Rights Contracts.** When the negotiating and/or obtaining of a title sponsorship contract is performed by an unrelated third party under contract with the sponsoring agency, the sponsoring agency shall be entitled to deduct 100 percent of the annual amount paid to the unrelated third party from the amount to be included in the computation of total gross receipts; but, in any event, the deduction cannot exceed

64

CONFIDENTIAL

NCAA 018052

15 percent of the annual title sponsorship rights allocated to the game unless approved in advance by the Special Events Committee.

**Title Sponsorship Entertainment Expenses.** When the provisions of a title sponsorship agreement require the sponsoring agency to provide transportation, lodging and/or entertainment for the title sponsor (excluding the cost of game tickets provided to the title sponsor, which is included in ticket sales revenue), the sponsoring agency shall be entitled to deduct the lesser of (a) the actual expenses incurred, up to $100,000, or (b) 10 percent of the annual gross title sponsorship receipts from the amount to be included in the computation of total gross receipts, but not greater than $100,000.

**Allocation of Title Sponsorship Rights.** When the provisions of a title sponsorship agreement for a bowl game require the sponsoring agency, or an affiliate thereof, to allocate title sponsorship fees to nongame-related events, the allocation must be reasonable in the circumstances, but in any event, the total allocations to nongame-related events cannot exceed 10 percent of the annual title sponsorship receipts, unless approved in advance by the Football Certification Subcommittee. Nongame-related events include any activity or event for which the sponsoring agency, or affiliate thereof, does not use the name of the bowl, or is associated with any NCAA institution or its constituency in its title or promotion, nor requires the involvement of any member or representative of a participating institution or its constituency, nor does the event promote the bowl game.

**Film/Movie/Video Rights.** Gross receipts shall include the gross income received by the sponsoring agency for the sale of rights to produce a game highlight film/movie/video. When a game highlight film/movie/video is produced by an independent third party for the sponsoring agency as a gift-in-kind or in exchange for advertising, the cost of film/movie/video production as paid for by the third party shall be included in gross receipts.

**Licensing Fees.** Gross income received by the sponsoring agency, or an affiliate thereof, for licensing and marketing of a bowl game, and/or the names and marks, whether registered or unregistered, of the institutions participating in it, shall be included in gross receipts. A waiver of this provision may be granted to "closed" games.

**Corporate Sponsors/Contributors.** Gross receipts shall include cash receipts from corporate sponsors/contributors, whether restricted or not restricted. Gross receipts shall include any funds received from the city, county, tourist development agency or similar organization. The sponsoring agency may exclude $60,000 of restricted contributions if used for events that are for the direct benefit of the competing institutions (e.g., players' luncheon. Cash receipts from corporate sponsors/contributors that are not related to the game and for which the sponsor does not receive any promotion/exposure from the game, or its related events, may be excluded from gross receipts.

**Corporate Sponsors/Contributors, Pregame/Half-Time Shows.** If contributions are legally restricted for the staging of a pregame and/or half-time show for the bowl game, the contributions may be omitted from gross receipts until such time that all direct pregame and/or half-time costs have been covered. Legally restricted contributions exceeding the direct pregame and/or half-time costs shall be included in gross receipts. A pregame program shall occur in the stadium not earlier than two hours before kickoff.

**Team and Officiating Crew Awards.** When game management provides gifts that value approximately $300 each of 95 to 125 student-athletes, and the same gifts are

CONFIDENTIAL

NCAA 018053

provided to the officiating crew and standby official, the bowl may send documentation to the Football Certification Subcommittee demonstrating the value of the gifts. If approved by the subcommittee, the bowl may deduct the entire expense from gross receipts.

**Officiating Crew Travel.** The cost of coach airfare and the game fee paid to each game official and the standby official may be deducted from gross receipts.

**Team Entertainment.** A bowl may deduct a maximum of $60,000 of corporate sponsor revenues on events specifically planned for the teams and official parties.

**Other Revenue.** Any net income accruing or assigned to the sponsoring agency, or an affiliate thereof, from events and activities related to the bowl game shall be included in gross receipts. Other income that is derived from nongame-related events shall be excluded from gross receipts.

**Letter of Credit—Recertification.** A postseason football contest that has not distributed a minimum average of $1 million to each participating institution during the preceding three-year period shall secure annually an irrevocable letter of credit guaranteeing the minimum revenues that will be distributed to the participating teams. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit shall be made payable to the NCAA and shall cover the period from November 1 until the participating institutions have notified the NCAA that they have received their distribution of gross receipts, or not later than May 1. The letter of credit also shall specify that the NCAA is responsible for the distribution of revenues to the participating institutions in the event of default. The cost of the letter of credit shall be deducted from gross income.

**Affiliated Organizations.** An affiliated organization is any group that, directly or indirectly, through one or more intermediaries, controls, is controlled by or is under common control with the sponsoring agency of a certified bowl game. Control would include the possession, direct or indirect, of the power to direct or cause the direction of management and/or policies of an organization. Control may be maintained by management, which would normally include members of the board of directors, the chief executive officer, executive director or other persons who perform similar policy-making functions.

**Game-Related Event.** A game-related event is any activity for which the sponsoring agency, or an affiliate thereof, meets any one of the following criteria: (1) uses the name of the bowl; (2) is associated with any NCAA institution participating in the bowl game or its constituency or uses the name or marks of such institution in the title or promotion of the event; (3) requires the participation of any member or representative of a participating institution or its constituency; and/or (4) the event promotes the bowl game. Exceptions only may be authorized by written agreement of the Football Certification Subcommittee.

66

CONFIDENTIAL

NCAA 018054

# Appendix J

## INITIAL CERTIFICATION LETTER OF CREDIT

Irrevocable Letter of Credit No. _____

U.S. Dollars                                                    City, State
$2,000,000.00                                                  Date

_____
(Name of United States Financial Institution)

_____
(Address of United States Financial Institution)

Mr. Keith Martin
National Collegiate Athletic Association
P.O. Box 6222
Indianapolis, Indiana 46206-6222

Dear Mr. Martin:

At the request and for account of _____,
we hereby establish our Irrevocable Letter of Credit No. _____
in the amount of $2,000,000.00* (two million dollars), available by your draft
at SIGHT on us when accompanied by your signed statement that
_____

   (1) Has procured certification by the National Collegiate Athletic
       Association of its _____ Bowl game
       and has conducted same;
   (2) Has failed to pay to the institutions participating in said bowl
       game the greater of 75 percent of the gross receipts of said bowl
       or $1,500,000; and
   (3) Has failed to procure and have issued on or before November 1,
       19___, a satisfactory letter of credit for the benefit of the National
       Collegiate Athletic Association in substitution for this Letter of
       Credit.

This Letter of Credit is governed by the Uniform Commercial Code in force
in _____ (state) on the date of this Letter of Credit.
WE HEREBY AGREE TO HONOR SUCH DRAFT DRAWN UNDER AND
IN COMPLIANCE WITH THE TERMS OF THIS CREDIT WHEN DULY
PRESENTED (TOGETHER WITH THE STATEMENT AS SPECIFIED) ON
OR BEFORE MAY 1, 20___.

_____
(Authorized Signature)

*The letter of credit for an international bowl is $3,750,000 (three million, seven hundred fifty thousand dollars)

67

CONFIDENTIAL

NCAA 018055

# Appendix K

## RECERTIFICATION LETTER OF CREDIT

Irrevocable Standby Letter of Credit No. _____

United States Financial Institution:    Date: _____

_____

_____

_____

Beneficiary:    Applicant:

National Collegiate Athletic Association

P.O. Box 6222    _____

Indianapolis, Indiana 46206-6222

We hereby establish our Irrevocable Standby Letter of Credit No. _____ in favor of the National Collegiate Athletic Association and for the account of _____ available by your drafts at sight drawn on us up to the aggregate amount of U.S. $ _____ when accompanied by this Letter of Credit and your signed statement that the _____ Bowl either:

    (i) Has conducted the bowl game and failed to pay to the institutions participating in said bowl game the greater of 75 percent of the gross receipts of said bowl or U.S. $ _____ ; or

    (ii) Has failed to conduct the bowl as scheduled on _____ , 19___, and the participating teams or their conferences have incurred expenses in anticipation of and preparing for said bowl game.

Drawing under this Letter of Credit under the provisions of paragraph (ii) before January 1, 20___, is prohibited. Drawing under this Letter of Credit under the provisions of paragraph (i) before April 1, 20___, is prohibited. We hereby engage with you that drafts drawn under and in compliance with the terms of this Letter of Credit will be duly honored upon presentation and delivery of documents to the financial institution specified above not later than May 1, 20___.

This Letter of Credit is subject to the uniform customs and practice for documentary credits (1983 revision) ICC Publication No. 500.

_____

(Name of United States Financial Institution)

By _____

Authorized Signature

68

NCAA 018056

# Appendix L

## INSTITUTIONAL BOWL GAME REPORT

Name of bowl. _____ Game date _____

Institution. _____ _____ _____ Opponent _____

Athletics director: _____

Is it permissible to share a copy of this document with the executive director of the
bowl in which your institution participated?        Yes _____ No _____

### General Information

Date teams and official party arrived in the city _____

Date teams and official party departed from the city: _____

Network(s) with live television: _____ and radio rights: _____

Was the inspection visit to the game site at the expense of the institution?
                                                Yes _____ No _____

Was the inspection visit to the game site at the expense of the bowl?
                                                Yes _____ No _____

Has the institution received its distribution of receipts from the sponsoring agency?
                                                Yes _____ No _____

Has it received the agreed-upon amount?        Yes _____ No _____

If the institution has not received payment, when is it expected? _____

Did the institution agree to that date jointly with the bowl?
                                                Yes _____ No _____

If no, please comment and provide how the date was determined. _____
_____

What was the minimum distribution that your institution agreed to receive for its
participation in the bowl?  $ _____

Did the bowl publish an information manual for the participating institutions?
                                                Yes _____ No _____

Did it arrive before the team departed for the game? Yes _____ No _____

Did it include all expectations for the team and institutional representatives?
                                                Yes _____ No _____

If no, please list the manual's deficiencies. _____
_____

### Tickets

Number of complimentary tickets available to the institution: _____

Number of tickets purchased by the institution: _____

Number of tickets purchased for the band: _____

Were player/guest admissions administered properly? Yes _____ No _____

Did the bowl provide the necessary assistance?  Yes _____ No _____

69

CONFIDENTIAL

NCAA 018057

If no, please comment _____
_____

## Hotel

Name of headquarters hotel(s): _____ ____ ___

Number of sleeping rooms available at headquarters hotel: _____

The team rate on 200 rooms was: _____ _____

Was a complementary suite provided for the athletics director?

Yes _____ No _____

Was a complementary suite provided for the head football coach?

Yes _____ No _____

Was a complementary suite provided for the chief executive officer?

Yes _____ No _____

Was complementary meeting space provided for the institution?

Yes _____ No _____

Was a hospitality room provided by bowl management for the official party?

Yes _____ No _____

Did bowl management require the team to headquarter at a designated hotel?

Yes _____ No _____

If yes, please explain the bowl's rationale and rates paid by the institution

_____
_____

## Travel

Did bowl management provide any financial assistance for transportation?

Yes _____ No _____

If yes, what type of assistance? _____
_____

Did bowl management provide your institution courtesy cars?

Yes _____ No _____

Did bowl management provide your institution courtesy vans?

Yes _____ No _____

Did bowl management provide your institution courtesy trucks?

Yes _____ No _____

If yes, how many cars _____ vans _____ trucks _____?

Did bowl management provide your institution courtesy bus transportation?

Yes _____ No _____

If yes, describe. _____
_____

## Stadium

Name of the stadium: _____

Type of surface _____ _____

70

CONFIDENTIAL

NCAA 018058

How many were purchased by the institution? _____

What was the approximate value of the awards given to the student-athletes by the bowl? _____

## Media

List the press conferences in which your coach was required to participate: _____
_____
_____
_____

List the press conferences in which your student-athletes were required to partici-
pate _____
_____

## Social Events

How many complimentary tickets did your institution receive to each social event?
_____
_____

What was the price of tickets that you purchased for social events? _____
_____

Identify the social events that staff, coaches and team were required to attend:
_____
_____

Was your institution required to buy tickets to social events?
                          Yes _____ No _____
If yes, please list the event and the number of tickets purchased: _____
_____

What transportation did the bowl provide to the social events? _____
_____

List events that were scheduled for spouses and children: _____
_____

## Pregame Meeting

Did the executive director of the bowl conduct a pregame meeting?
                          Yes _____ No _____
When and where was the meeting held? _____

72

CONFIDENTIAL

NCAA 018059

Identify the individual who chaired the meeting _____

Identify the individuals from your institution who attended the meeting:

Athletics director and/or designee(s): _____

Head coach and/or full-time assistant: _____

Sports information director: _____

Band director: _____

Other: _____

| | | |
|---|---|---|
| Was the game referee in attendance? | Yes _____ | No _____ |
| Was the clock operator in attendance? | Yes _____ | No _____ |
| Was a television network representative(s) in attendance? | | |
| | Yes _____ | No _____ |

Did the executive director of the bowl follow the agenda approved by the NCAA?

Yes _____ No _____

The following items were emphasized by the bowl's executive director:

| | | |
|---|---|---|
| 1. Football Playing Rule 1-2-4-e (i.e., team area)- | Yes _____ | No _____ |
| 2. Responsibility of the institutional representative to file this written report. | | |
| | Yes _____ | No _____ |
| 3. Length of half time is 30 minutes. | Yes _____ | No _____ |
| 4. A minimum of 30 seconds is reserved for each participating institution to air a promotional message on each broadcast and telecast. | | |
| | Yes _____ | No _____ |
| 5. Bylaw 16.2.1.2—Tickets for student-athletes. | | |
| a. Six per athlete. | Yes _____ | No _____ |
| b. Administration of pass gate. | Yes _____ | No _____ |

Our institution received the number of credentials that it required for the:

| | | |
|---|---|---|
| Bench area. | Yes _____ | No _____ |
| Press box coaches and booth. | Yes _____ | No _____ |
| Administrative staff. | Yes _____ | No _____ |
| Films/videotapes. | Yes _____ | No _____ |
| Band. | Yes _____ | No _____ |
| Cheerleaders. | Yes _____ | No _____ |
| Mascot(s). | Yes _____ | No _____ |
| Official party for dressing room | Yes _____ | No _____ |

| | | |
|---|---|---|
| Was the kickoff time changed? | Yes _____ | No _____ |
| Were the procedures for notifying the team of the kickoff change followed? | | |
| | Yes _____ | No _____ |

Did the television representative review the format for the telecast?

Yes _____ No _____

Were your institutional representatives presented a pregame timetable?

Yes _____ No _____

73

CONFIDENTIAL

NCAA 018060

Were your institutional representatives presented a half-time timetable?

Yes _____ No _____

Were pregame player introductions a part of the telecast?

Yes _____ No _____

Did the television crew stay out of the team area?   Yes _____ No _____

If not, how was the infringement handled? _____

_____

Did your institution receive 30 seconds of promotional time on the telecast?

Yes _____ No _____

Did the television crew attempt to conduct on-field interviews during the game?

Yes _____ No _____

## Officiating

Which agency assigned the crew to your game? _____

_____

What was your coaching staff's evaluation of the crew's performance? _____

_____

_____

Were there any "points of emphasis" from the regular season or other interpretations of the rules that were not properly enforced during the game? _____

_____

Did your institution provide a copy of the game film/video it used to evaluate player performance to the supervisor of officials from the conference that assigned the crew?   Yes _____ No _____

## General

What areas were best organized and administered? _____

_____

_____

What areas may need improvement? _____

_____

_____

Please provide a brief evaluation of the overall administration and conduct of this bowl: _____

_____

_____

_____

_____

74

CONFIDENTIAL

NCAA 018061

Please attach to this report.

1. A copy of the letter of invitation to participate in the bowl game from game management.

2. A copy of the letter of acceptance to game management confirming the team's participation in the game.

3. A copy of any letter(s) from the chief executive officer of the institution to game management requesting authority to purchase more than one-sixth of the tickets available in the stadium in which the game was played.

Signed _____     Date _____
Telephone _____

Return by February 1 to:
Mark Jones
National Collegiate Athletic Association
P.O. Box 6222
Indianapolis, Indiana 46206-6222

75

CONFIDENTIAL

NCAA 018062

# Appendix M

## AGENT/GAMBLING DISCLAIMER AFFIDAVIT

Pursuant to NCAA Bylaw 18.4.1.4, the NCAA Division I Championships/ Competition Cabinet has directed the football certification subcommittee to administer a certification procedure under which student-athletes participating in postseason football games are to complete and sign an affidavit and swear to its truthfulness before a notary public.

It is suggested that the director of athletics or designee advise each student-athlete of the following when the affidavit is presented to him:

1. That in view of publicity given to the signing of professional contracts by student-athletes who continued thereafter to participate in intercollegiate athletics, it is the policy of the NCAA to require every student-athlete, as a condition of participation in a postseason football game, to sign a statement under oath attesting to his continuing eligibility;

2. That swearing under oath to a false statement is a fraudulent act, which may subject the person falsely swearing, together with his agent, if any, to civil litigation by the NCAA and/or by his university, as well as to criminal prosecution by federal or state authorities, and

3. That if there are any questions relating to the affidavit, they should be addressed at the time it is presented to him.

If a student-athlete refuses to execute the affidavit, answers one or more of the odd-numbered questions other than "no," or refuses to agree to the continuing truthfulness of his answers, please forward a copy of his affidavit to Julie Roe-Sumner's attention at the NCAA national office immediately. All original affidavits should remain on file in the office of the director of athletics and be available for examination upon request by an authorized representative of the NCAA.

The following is a sample affidavit.

STATE OF _____ )
                                  ) as.
COUNTY OF _____ )

COMES NOW _____ , and, being sworn upon his oath, answers the following questions for the purpose of determining his continuing eligibility for participation in intercollegiate athletics, to-wit:

1. Q.  Have you ever signed a contract or statement of intent to contract with any professional team, league, agent or agency?
    A.

2. Q.  If so, when and with whom?
    A.

3. Q.  Have you verbally agreed to sign a contract in the future with any professional team, league, agent or agency?
    A.

76

CONFIDENTIAL

NCAA 018063

4. Q. If so, when and with whom?
A.

5. Q. Have you been paid, or promised the payment of, money or a benefit of any kind by a professional team, league, agent or agency?
A.

6. Q. If so, when, by whom, and what was the payment?
A.

7. Q. Have you received any loan (except any authorized by NCAA legislation) of any money from anyone other than your parents or your collegiate institution?
A.

8. Q. If so, when, from whom, and what was the purpose of the loan?
A.

9. Q. Have you ever been solicited or asked to sign a contract or a statement of intent to contract by any professional team, league, agent or agency?
A.

10. Q. If so, when and by whom?
A.

11. Q. Have you ever given anyone your consent to negotiate in your behalf with any professional team or league?
A.

12. Q. If so, when and to whom?
A.

13. Q. Has any member of your family been paid money, borrowed money or received any other benefit of any kind from a professional team, league, agent or agency?
A.

14. Q. If so, when, by whom, and what was the payment, loan or other benefit?
A.

15. Q. Since the time of your enrollment at a college institution, have you ever provided information to individuals involved in organized gambling activities concerning intercollegiate athletics competition?
A.

16. Q. If so, when and with whom?
A.

17. Q. Since the time of your enrollment at a college institution, have you ever solicited a wager on any intercollegiate team?
A.

18. Q. If so, when and on whose benefit?
A.

19. Q. Since the time of your enrollment at a college institution, have you ever accepted a wager on any team representing the institution at which you participate?
A.

20. If so, when?
A.

77

21. Q. Since the time of your enrollment at a college institution, have you ever participated in any gambling activity that involves intercollegiate athletics or professional athletics through a bookmaker, a parlay card or any other method employed by organized gambling?

A.

22. Q. If so, when and with whom?

A.

23. Q. Have you ever received a benefit for changing the outcome of a contest in which you participated?

A.

24. If so, when and from whom?

A.

I understand that my answers to the questions in this affidavit are continuing representations, and that I am responsible for updating them during my team's participation in a 20____ postseason football bowl game, if any of my answers, although true now, would no longer be true because of subsequent occurrences, I agree to advise my director of athletics immediately.

_____
(Player)

I, _____ , a Notary Public in the State and County aforesaid, state that _____ personally appeared before me on the _____ day of _____ , 20_____ , and upon his oath, in my presence, answered the foregoing questions in his handwriting as hereinbefore set forth.

_____
(Notary Public)

My Commission Expires:

_____

78

CONFIDENTIAL

NCAA 018065

# Appendix N
## RECOMMENDED RADIO POLICY FOR CERTIFIED POSTSEASON FOOTBALL GAMES

A. All radio rights are the exclusive property of the certified postseason football game.

B. It is suggested that a charge be made for any commercial broadcast by the sponsoring agency of a postseason game.

C. The awarding of radio rights to a national or regional network should not preclude the sponsoring agency of a postseason football game from offering additional rights to the regular-season radio outlet(s) of a participating institution.

D. A national or regional radio network awarded official network rights by
  • the sponsoring agency of the postseason football game may air its broadcast live into any market without exclusivity restrictions, which includes markets that may receive a separate broadcast from the official outlet(s) of a participating institution.

E. Only a station(s) and/or network(s) that has originated and/or aired live broadcasts of a participant's home and away games throughout the regular season is eligible to receive broadcast rights. It is recognized that some network stations may be restricted by license from airing certain games, e.g., a station that must terminate broadcasting at 6 p.m. local time is limited to afternoon games.

F. The official network of a participating institution may be limited to eligible stations located in a state contiguous to the state in which the participant is located.

G. Each participating institution's official outlet may receive the same number of credentials that it is required to originate all games during the regular season. Bowl management will determine if the crew may include an on-field reporter. If permitted, the on-field reporter must have been a part of the regular-season crew.

H. If multiple radio originations existed for a participating institution during the regular season, it is the responsibility of the athletics director representing the participant to designate to bowl management the order of priority for which rights will be granted. Space limitations may restrict the number of originations for each team to a single station or network.

I. It is suggested that any originating station or network(s) representing a participating institution pay the sponsoring agency of the postseason football game $250 or four times the station's highest published one-minute rate, whichever is higher, as published in the current year's Standard Rates and Data (November edition).

J. It is suggested that any station joining a participating institution's network be assessed $75, or three times its highest published one-minute rate, whichever is greater.

CONFIDENTIAL

NCAA 018066

K. It is suggested that the origination fee for a noncommercial station be $125. A noncommercial station, however, that feeds a commercial station shall be charged $250.

L. It is suggested that an originating station and/or network submit to the sponsoring agency of the postseason football game a notarized affidavit of performance listing all stations on its network before it may originate a game broadcast.

M. It is suggested that an originating station and/or network, including any broadcasting on a sustaining (noncommercial) basis, sign a contract and present a certified check to bowl management before it may originate a game broadcast from the site.

N. It is suggested that any station or network that does not broadcast a bowl game after contracting for such space be required to pay a forfeiture fee of $250.

O. Providing that the sponsoring agency of a postseason football game permits the regular-season radio outlet(s) of a participating institution to purchase rights to originate the broadcast of the bowl, no radio revenues shall be included in gross receipts.

P. An originating station and/or network representing a participating institution shall air one 30-second (:30) spot per half of play for the title sponsor of a bowl, or another commercial entity identified by the sponsoring agency, that will be aired on all stations delivering the broadcast. Tapes and/or copy will be provided to the producer of each broadcast by bowl management.

Q. Bowl management shall determine if it is permissible for the participating institution's station or network to display one banner from its broadcast position.

## Commercial Format

A station or network may follow the same commercial format that it used the entire season and that has been approved by the institution it represents. The format, however, shall include the airing of one 30-second (:30) commercial in each half for the title sponsor, or other commercial entity identified by the bowl, at no charge. (Game action will not be interrupted to accommodate a radio commercial format.)

CONFIDENTIAL

NCAA 018067

# Appendix O

## CHECKLIST FOR PREGAME MEETING

The subcommittee requires the executive director of each sponsoring agency to review the following checklist in a pregame meeting on the day before the bowl game with the director of athletics and/or designee(s), head coach or full-time assistant, sports information director, and band director of the participating teams, the bowl's referee and clock operator(s), and the producer and other individuals representing the television network or syndicator that has purchased live rights to the game.

A. Format for Meeting With Participating Institutions.
1. Kickoff time.
   a. Potential for change
   b. 60-minute notice if more than five minutes.
2. Pregame schedule.
   a. Time field is available to teams.
   b. Warm-up area.
3. Bench and dressing room assignments.
4. Uniforms.
5. Sideline telephone policy.
6. NCAA emphasis:
   a. Tiebreaker.
   b. Football Playing Rule 1-2-4-e.
   c. Administrative Bylaw 30.9.
      (1) Institutional written report.
      (2) Length of half time.
      (3) Each participating institution shall receive 30 seconds.
   d. Bylaw 16.2.1.2. Tickets for student-athletes.
      (1) Six per athlete.
      (2) Administration of pass gate.
7. Credentials.
   a. Bench area.
   b. Press box coaches and booth.
   c. Press box administration staff.
   d. Films.
   e. Band.
   f. Cheerleaders.
   g. Mascot(s).
   h. Official party for dressing room.
8. Parking location and credentials.
   a. Team.
      (1) Buses.
      (2) Automobiles.
      (3) Equipment trucks.
   b. Band.
   c. Mascot(s).
9. Bowl footballs.

81

CONFIDENTIAL

NCAA 018068

10. Press conferences.
11. Drug-testing procedures.
12. Medical procedures.
13. Cheerleaders.
14. Band participation schedule.
15. Tickets.
   a. Will-call.
   b. Player/guest admissions.
16. Questions.

B. Review Television Arrangements.
1. Procedures for changing kickoff time.
2. Timetable for pregame, half time, etc.
3. Pregame introductions.
4. Emphasize Football Playing Rule 1-2-4-e.
5. Commercial format and length.
6. On-field interviews.
7. Keep cameras out of team areas.
8. Tiebreaker.

### Pregame Schedule Example

| | |
|---|---|
| 11:30 a.m. | Field available for teams. |
| Noon | Officials' meetings with timer, ball persons and chain gang |
| 12:45 p.m. | Teams leave field. |
| 12:45 p.m. | Pregame activities begin. |
| |   a. Bands. |
| |   b. National anthem. |
| 12:55 p.m. | Officials notify teams in locker rooms. |
| 12:57 p.m. | Actual coin toss. |
| 12:58 p.m. | Introduction of players. |
| 1 p.m. | Kickoff. |

### Pregame Warm-Up Area



82

NCAA 018069

# Appendix P

## SAMPLE BOWL
## OFFICIATING CREW FACT SHEET

**BOWL:** Indianapolis Bowl

**DATE:** January 1

**LOCATION:** Indianapolis, Indiana

**GAME TIME:** 1 p.m. Central

**STADIUM:** Memorial

**PLAYING SURFACE:** Grass

**EXECUTIVE DIRECTOR:** Mark Jones
Office phone: 317/917-6222

**NCAA PREGAME MEETING:**
Location: Courtyard by Marriott Downtown—Indianapolis
Date: December 31
Time: 9 a.m. Central

**BOWL OFFICE CONTACT:**
Name: Sandra Parrott
Address: P.O. Box 6222, Indianapolis, Indiana 46206-6222
Phone: 317/917-6222
Fax: 317/917-6989

**BOWL LIAISON FOR OFFICIALS:**
Name: Mark Jones
Address: P.O. Box 6222, Indianapolis, Indiana 46206-6222
Office phone: 317/917-6222
Fax: 317/917-6989

**HOTEL:** Courtyard by Marriott Downtown
Address: 501 West Washington Street, Indianapolis
Phone: 317/635-4443
Fax: 317/687-0029
Additional night(s) rate: $75 plus applicable tax

Required check-in date: December 30    Check-out date: January 2

One additional hotel room may be reserved for each official at his expense. The rate is $75 per night. Reservations must be received by game management not later than December 15.

**TICKETS:**
Two game tickets and the same primary gift package that bowl management provides for the participating teams will be given to each official upon arrival.

83

NCAA 018070

Each official may purchase a maximum of two tickets at $20 per ticket.
Orders must be received by game management not later than
December 15.

**TRAVEL:**
The conference office will coordinate travel with each official.

**FUNCTIONS AVAILABLE TO OFFICIALS:**
Function: Officiating Crew Dinner
Date: December 31
Time: 6 p.m.
Attire: Coat and Tie
Cost (if applicable): None

Function: Indiana State Museum Tour
Date: December 31
Time: 2 p.m.
Attire: Casual
Cost (if applicable): None

**ADDITIONAL INFORMATION:**
Contact: Mark Jones

CONFIDENTIAL

NCAA 018071

# Appendix Q

## DUTIES OF THE STANDBY OFFICIAL

The standby official should be a referee. If there is an additional referee in the crew, an umpire could be assigned next, then an official who can work any downfield position. The standby official should:

1. Attend the pregame conference.

2. Dress in uniform, ready to officiate.

3. Wear a distinctive jacket without "official's stripes."

4. Carry an additional flag, whistle cord, stop watch and rules book.

5. Work with the head linesman to check chains and line-to-gain markers.

6. Coordinate the previous spot, positioned next to the head linesman on the sideline with the chain crew.

7. Record and check penalty enforcement spots.

8. Coordinate penalty summaries and other game administration concerns that arise in the first half.

9. Assist with the monitoring of the clock.

10. Monitor team timeouts.

11. Check television timeouts and monitor other timeouts.

12. Coordinate half-time timing.

85

CONFIDENTIAL

NCAA 018072

# Appendix R

## 2000 Bowl Championship Series Standings

A statistical rating system will be in place to determine the teams that will participate in the championship game of the Bowl Championship Series (BCS) following the 2000 season.

The rating system consists of four major components, subjective polls of the writers and coaches, computer rankings, schedule strength, and team record (number of losses). The two teams which have the lowest point total in the four categories will play in the national championship game.

**Polls.** The poll component will be calculated based on the average of the ranking of each team in the Associated Press media poll and USA Today/ESPN coaches poll. The rankings of each team will be added and divided by two. For example, a team ranked No. 1 in one poll and No. 2 in the other poll would receive 1.5 points in this component (1+2=3/2=1.5).

**Computer Rankings.** The second component will consist of eight computer rankings (New York Times, Jeff Sagarin's USA Today, Anderson-Hester/ Seattle Times, Richard Billingsley, Dunkel Index, Kenneth Massey, David Rothman and the Matthews/Scripps-Howard). The computer component will be determined by averaging the seven highest rankings. The lowest computer ranking will be disregarded. For example, if a team is ranked first in four polls, second in three polls and third in the other, the ranking in which the team is third will be disregarded and the remaining seven rankings will be added and divided by seven (1+1+1+1+2+2+2=10/7=1.43).

**Strength of Schedule.** The third component will be the team's strength of schedule. This component is calculated by determining the cumulative won/loss records of the team's opponents and the cumulative won/loss records of the teams' opponents' opponents. The formula shall be weighted two-thirds (66 2/3%) for the opponent's record and one-third (33 1/3%) for the opponents' opponents' records. The team's schedule strength will be calculated to determine in which quartile it will rank: 1-25; 26-50; 51-75; 76-100 and shall be further quantified by its ranking within each quartile (divided by 25). For example, if a team's schedule strength rating is 28th in the nation, that team would receive 1.12 points (28/25=1.12). Should a team play a Division I-AA opponent, only the losses of the Division I-AA team shall be used in determining the opponent's record or the opponents' opponents' record.

**Team Record.** The final component shall evaluate the team's won/loss record. Each loss during the season will represent one point in this component.

All four components shall be added together for a total ranking. The team with the lowest point total shall rank first in the BCS standings. The BCS standings will not be published until the Monday following games of October 21 at 2 p.m. Central time each week. The complete BCS standings and rankings will be available at Bowl Championship Series online (www.abcfb.com) beginning October 23. This system will be utilized only to select the teams that will participate in the championship game of the BCS and to determine any independent(s) or team(s) from a conference without an automatic selection that shall qualify for a guaranteed selection in one of the games of the BCS as the result of being ranked in the top six in the BCS standings.

86

CONFIDENTIAL

NCAA 018073



NCAA 018074