# 1998-99 NCAA POSTSEASON FOOTBALL HANDBOOK

Administration, Certification and Game Management

Television and Radio Regulations

Drug-Testing Policies

CONFIDENTIAL   EXHIBIT "6"   NCAA 018733



THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

6201 College Boulevard
Overland Park, Kansas 66211-2422
913/339-1906
http://www.ncaa.org
October 1998

Text Prepared By: Mark P. Jones, *Director of Enforcement*.
Edited By: Ted Breidenthal, *Publications Editor*.

NCAA, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

### Penalties for Failure to Comply With Requirements

If the management of a certified game fails to comply with Bylaw 30.9, the requirement for an audited financial report for the immediate past game, or the NCAA's approved policies and procedures, the subcommittee has the option to withhold certification for the postseason bowl game for one year or fine it a percentage of its gross receipts, not to exceed 50 percent, from the contest involved in the noncompliance, with the amount to be determined by it and approved by the Division I Championships/Competition Cabinet.

The fine shall be paid to the NCAA, which shall forward 50 percent of any new revenues received to each participating institution within 10 working days after the financial penalty has been paid.

34

CONFIDENTIAL                                                     NCAA 018766

## Bowl Certification Subcommittee

The bowl certification subcommittee of the NCAA Championships/Competition Cabinet includes one representative from each Division I-A conference. The subcommittee is responsible for issues involving postseason football contests. Individuals who serve on the subcommittee to certify postseason football games are:

Ronald E. Guenther, University of Illinois, Champaign, *chair*
Douglas A. Dickey, University of Tennessee, Knoxville
Paul Griffin, University of South Florida
Lynn Hickey, Texas A&M University, College Station
David Jamison, University of Akron
John Kasser, University of California, Berkeley
Margie McDonald, Western Athletic Conference
Michael Parent, Utah State University
Lew Perkins, University of Connecticut
Robert W. Robinson, Clemson University

Mark Jones, NCAA director of enforcement, is staff liason and is responsible for administrative matters.

Keith E. Martin, NCAA director of finance and business operations, is responsible for financial matters.

## 1998-99 Certified Bowl Games

| Date | Game | Time (EST) | Network |
|---|---|---|---|
| December 19 | Las Vegas Bowl | 6 p.m. | ESPN |
| December 23 | Motor City Bowl | 8 p.m. | ESPN2 |
| December 25 | Jeep Aloha Bowl Christmas Classic | 3:30 p.m | ABC |
|  | Oahu Bowl | 8:30 p.m. | ESPN |
| December 26 | Insight.Com Bowl | 8 p.m. | ESPN |
| December 29 | American General Bowl | 5 p.m | ESPN |
|  | Sunshine Football Classic | 7:30 p.m. | Raycom/TBS |
|  | Builders Square Alamo Bowl | 8 p.m. | ESPN |
| December 30 | Humanitarian Bowl | 4 p.m. | ESPN2 |
|  | Culligan Holiday Bowl | 8 p.m | ESPN |
| December 31 | AXA/Equitable Liberty Bowl | 1:30 p.m | ESPN |
|  | Norwest Sun Bowl | 2 p.m. | CBS |
|  | Chick-Fil-A Peach Bowl | 5 p.m. | ESPN |
|  | Sanford Independence Bowl | 8:30 p.m. | ESPN |
| January 1 | Outback Bowl | 11 a.m. | ESPN |
|  | Toyota Gator Bowl | 12:30 p.m | NBC |
|  | Southwestern Bell Cotton Bowl Classic | 1:30 p.m | FOX |
|  | Rose Bowl | 5 p.m. | ABC |
|  | Nokia Sugar Bowl | 8:30 p.m. | ABC |
| January 2 | FedEx Orange Bowl | 8 p.m. | ABC |
| January 4 | Tostitos Fiesta Bowl | 7:30 p.m. | ABC |

## Handbook

This handbook includes minimum standards that have been adopted

6

CONFIDENTIAL                                                                NCAA 018738

by the NCAA. In some instances, an institution or conference may have a contractual relationship with a bowl that specifies requirements that exceed the minimum standards. Those specifications are binding on the involved parties. The handbook, however, is the final authority for arbitrating disputes over minimum requirements, NCAA legislation and committee policies.

### Bowl Directory

A directory listing the officers of the Football Bowl Association and the names, addresses and telephone numbers of the executive directors of the 1998-99 certified postseason football games is included in Appendix A of this handbook.

### Name, Site, Date and Time Changes

The name, site, date and/or time of a postseason football game cannot be changed without approval of the subcommittee. Recognizing that it may be advantageous for an institution, specifically, and intercollegiate football, generally, to change the date or time after September 1, the subcommittee will review such requests. All inquiries should be directed to Mark Jones, staff liaison, at the NCAA national office.

### Final Date for Bowl Game

A certified postseason football game must be played not later than the January 4 immediately after the regular football season.

### Tiebreaker

The NCAA tiebreaker system shall be implemented at the end of each bowl game when the score is tied. These procedures are described in Appendix B. Game management is encouraged to format television commercials only after each team has had an opportunity to score rather than after each offensive possession, unless a timeout is called.

## Bowl-Game Invitations

A bowl game must serve the purpose of providing a national contest between deserving winning teams. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

### Deserving Winning Team

A deserving winning team is defined as one that wins a minimum of six games against Division I-A competition and has a record that includes more wins than losses. [Exception: Once every four years, a Division I institution may count a victory against a Division I-AA opponent that has averaged 60 financial aid awards equivalencies in football during the three previous academic years.] Only a conference champion may seek a waiver of these requirements.

Division I-A contests played in Hawaii are exempt from NCAA legislation limiting a season to 11 games, but this competition does count in the six-win requirement. An institution that participates in an exempt

7

CONFIDENTIAL

contest, however, must have more wins than losses against Division I-A opponents to be eligible to participate in a bowl game even if it meets the six-win requirement.

### Waiver for Conference Champion

The NCAA Management Council may approve a waiver for an institution that has not satisfied the criteria of "deserving winning team" but is selected to a bowl game in which participation is limited to the champions of two Division I-A conferences that have a contractual agreement with the sponsoring agency of a bowl.

### Official Invitation and Acceptance

An official invitation for an institution to participate in a bowl game shall be issued in writing from the executive director of the sponsoring agency to the participating institution's director of athletics, who shall send to the executive director written confirmation of the acceptance of the invitation. (A sample of these letters is in Appendix C.)

#### Expectations

It is important that institutional representatives and game management have a clear understanding of the expectations that each party has of the other. Game management, for example, shall provide the director of athletics a master schedule and a list of social events available, which would include the number of complimentary admissions and the cost and number of additional tickets the institution may purchase. Certain licensing contracts may be in conflict. Once decisions are reached in each of these areas, the institution and game management have an obligation to honor the agreements. (A sample of the summary is in Appendix D.)

#### Enhancing the Bowl Experience

The subcommittee has adopted suggested policies (Appendix E) that are designed to enhance the bowl experience for student-athletes and the institution and to improve communication between it and game management.

### Bowl Championship Series

Starting with the 1998 college football season, the Rose Bowl, Nokia Sugar Bowl, FedEx Orange Bowl and Tostitos Fiesta Bowl comprise the Bowl Championship Series (BCS). Conferences with automatic berths include the Atlantic Coast, Big East, Big Ten, Big 12, Pacific-10 and Southeastern. There will be two at-large selections.

Any Divison I-A independent team or champion of the Western Athletic Conference, Conference USA or any other Division I-A conference that is ranked sixth or higher in the BCS standings, also will be eligible for the series. Otherwise, any Division I-A team can qualify for selection in the BCS if they meet one of the following requirements:

1. Has won at least eight college football games during the most recently concluded regular season, excluding victories in exempted games.

8

CONFIDENTIAL

NCAA 018740

2. Is ranked among the top-12 teams in the BCS final regular-season standings
3. Is ranked in the final BCS regular-season standings no lower than the lowest-ranked team selected by a bowl from the conference champions with automatic access.

The Fiesta Bowl will select the top two teams ranked in the BCS final regular-season standings. (See Appendix T for the formula used to determine BCS rankings.)

The BCS also will feature regional consideration regarding team selection. Regional tie-ins include the Southeastern Conference champion in the Sugar Bowl, the Atlantic Coast or Big East Conference champion in the Orange Bowl, the Big 12 champion in the Fiesta Bowl, and the Big Ten and Pacific-10 Conference champions in the Rose Bowl.

The regional tie-in relationship will not apply in those years when a respective conference champion is rated No. 1 or No. 2 or if a bowl is the host to the game featuring the No. 1 and No. 2 matchup.

A summary of bowl agreements is included as Appendix F.

[NOTE: The information concerning the criteria for participation in the BCS was provided to the NCAA and appears here for informational purposes only. The NCAA Football Certification Subcommittee has not enacted, adopted or otherwise approved of the process described above. The NCAA has no role or authority to select the institutions that participate in postseason bowl games.]

## Visits From Bowl Representatives

The following policies shall govern game visits by bowl representatives.

a. A bowl organization only should visit games of teams eligible to participate in its game.
b. A sports agent who participates in a bowl organization's committee structure shall not have access to the press box or other areas and activities that would provide the individual access to student-athletes.
c. If an individual is not an official representative designated by the bowl, the person shall not wear a blazer issued by the sponsoring agency.
d. **Before the first Saturday in October.**
   1. A bowl representative may attend a game if the individual incurs the expense involved.
      (a) The bowl representative, however, must sit in the stands even if the individual is invited to sit in another area to which bowl representatives normally have access.
      (b) The representative is prohibited from conducting bowl business (e.g., visiting the locker room).
   2. A representative(s) of a bowl that has a contractual agreement with a conference may attend any game between two institutions from that conference.
   3. A bowl representative(s) may attend the first home game

9

CONFIDENTIAL

NCAA 018741

involving an institution that participated in that bowl's most recent postseason football game.
  c. **Beginning the first Saturday in October.**
     1. Two bowl representatives may receive press credentials
     2. A third and/or fourth representative from a bowl may accompany two other representatives to a site.
        (a) The individual(s) shall not receive credentials.
        (b) The individual(s) may purchase a ticket in the stands but may not be invited to sit in another area to which bowl representatives normally have access.
        (c) The individual(s) shall not visit the locker rooms after the game

### Bowl Site Inspection Visit

A checklist of information (Appendix G) has been developed that institutional representatives may wish to use on their inspection visit to the city hosting the postseason football game in which it will participate. The checklist should address most items that the institution will require to finalize and facilitate planning for its trip.

Bowl management shall provide the information outlined in the bowl site checklist to a participating institution no later than one week after the institution has accepted an invitation to participate in the game. Bowl management shall identify corporate sponsorship agreements that may be in conflict with contracts that a participating institution may have with a corporate entity (e.g., a nutrient drink in the bench area).

## Financial Administration

### Minimum Guarantee

Institutions participating in a certified domestic postseason football game shall receive the greater of 75 percent of the gross receipts or $750,000 each, or an amount greater than $750,000 specified in a contract between the bowl and a conference. Teams participating in a certified international bowl shall receive the greater of 75 percent of the gross receipts or $1.5 million each.

Each institution always shall receive an equal share of the gross receipts. Under no circumstances shall a participating team receive less than $750,000 (domestic) or $1.5 million (international)

Each institution may be required to pay its own transportation and other team expenses incidental to the game from its percentage of gross receipts.

A waiver of this provision may be granted to a closed game.

### Components of Gross Receipts

The gross receipts shall include all revenues derived from the game. Definitions of the individual components are listed in Appendix I. The components include:

10

a. Sale of tickets (less applicable taxes, except those paid as stadium-use taxes for rental, cost of permanent equipment, or in lieu thereof). All tickets, including those provided for the participating student-athletes, shall be accounted for at face value and shall become a part of the gross receipts;
b. Membership fees/dues;
c. Concessions;
d. Programs, except when the printing and sale of programs or the production and sale of concession items are performed by an independent third party under contract with the sponsoring agency and it receives only a share of the net receipts, or when the cost for printing and selling the program is greater than the income generated from sales. Gross receipts then shall include only the net amount received for such items by the sponsoring agency from the third party;
e. Advertising (programs, radio, television, video, tickets);
f. Radio, unless the official stations of the participating institutions are permitted to originate the broadcast to their normal outlets;
g. Television, pay-per-view and movie/video rights;
h. Title sponsorships;
i. Merchandising sales and licensing fees;
j. Interest income;
k. Corporate sponsors/contributions; and
l. Any other income derived from the operation of the game, including affiliated events, multibowl promotional activities, corporate sponsorship revenues and "gifts in kind" as identified by the committee.

A sponsoring agency is permitted to charge a handling fee of not greater than 5 percent of the face value of a ticket, which may be excluded from gross receipts.

General administrative and operating expenses shall be included in the sponsoring agency's share of gross receipts.

Revenues and expenses generated by events that do not relate to the game in any way should not be included in gross receipts. When the name of the bowl is used in such an event, the sponsoring agency may request from the committee an exception (Appendix H) to its inclusion in the computation of gross receipts.

### Deductions From Gross Receipts

The following expenses incurred by the sponsoring agency of a postseason football game shall be deducted from gross receipts:
a. Letter of credit required for initial certification or recertification;
b. Annual certification fee paid to the Association;
c. Radio income if the official station and/or network of each participating team was permitted to purchase origination rights to the bowl game;
d. Corporate sponsor receipts that are for the direct benefit of the competing institutions (e.g., luncheon for players);

11

CONFIDENTIAL

NCAA 018743

e. Expenses for awards to student-athletes if invoices are approved by the committee as meeting the legislated maximum value ($300) and number (95 to 125), and the same gift package for the officiating crew and standby official;
f. Pro rata share of expenses for multibowl promotional activities approved in advance by the committee;
g. A maximum of $60,000 from corporate-sponsor revenues on events specifically planned for the team and official parties;
h. The airfare and game fees for the officiating crew and standby official; and
i. Any special deduction(s) authorized by the committee (Appendix I).

### Interest Income

Gross receipts shall include interest on net gross receipts from game day through the date of distribution to the competing institutions. Net gross receipts for the purpose of calculating interest income shall be defined as total gross receipts less:

a. Ticket revenue retained by a participating institution;
b. The NCAA certification fee; and
c. The cost of a letter of credit, if required.

Interest on television and title sponsorship revenue shall be calculated from the date of payment, as required in the fully executed contractual document, but in no case shall interest be computed as received later than January 31, through date of distribution to the competing institutions. Interest shall be calculated at the first 30-day U.S. Treasury bill rate available after the respective bowl game.

The subcommittee is willing to consider special requests for deductions from interest income if the cost of a material expense that benefits a participating institution is absorbed by the sponsoring agency.

### Escrow

Although a sponsoring agency may confront a potential tax liability on a portion of its revenues, participating institutions shall receive the greater of 75 percent of gross receipts or $750,000 each for a domestic bowl and $1.5 million each for an international postseason game. Any indemnification or escrow above the applicable minimum distribution must voluntarily be negotiated between the participant and game management.

### Audits

The subcommittee or representatives designated by it may conduct audits of the financial information of an agency sponsoring a bowl game and other organizations and activities affiliated with it. Audits will be conducted in the summer and will review the immediate past game. Any involvement by a sponsoring agency's accounting firm in the NCAA auditing process is at the expense of the sponsoring agency. Each bowl game shall be audited at least once every three years.

## Audited Financial Statement

The management of each bowl game shall submit a preliminary

12

CONFIDENTIAL

NCAA 018744

audited financial report of the immediate past game before an ensuing contest will be certified. This report must be received in the NCAA national office by mail or fax not later than April 1. Any report received after this date must be postmarked not later than March 25. The NCAA provides each bowl a financial report form (Appendix I) to be used for filing the results of the operation of its game.

Additionally, each bowl annually shall file with the subcommittee a complete audited financial report not later than the September 1 after the game.

### Distribution of Gross Receipts

Each competing institution's share of the gross receipts must be paid immediately upon completion of the audit of the game, but not later than April 1. The competing institutions shall receive an equal share of the gross receipts of the contest as prescribed in Bylaw 31.5. In no event shall more than 25 percent of the gross receipts be paid to or retained by any sponsoring person or organization. Out of the sponsor's portion of the gross receipts, all game expenses shall be paid, including specifically:

a. Stadium rental;
b. Tickets (printing, selling and collecting);
c. Ushers;
d. Game officials;
e. Sideline crew; and
f. Game promotion and publicity.

### Letter of Credit

The certification process may require a sponsoring agency annually to secure an irrevocable letter of credit (Appendices J and K) issued by a United States financial institution to guarantee the minimum payoff required for each team participating in a postseason game.

a. An initial letter of credit shall be a minimum of $2 million for a domestic bowl and $3.75 million for a game seeking international certification.
b. Each certified postseason football bowl game that has not distributed an average minimum of $1 million to each of the participating institutions during the preceding three-year period annually shall secure an irrevocable letter of credit, guaranteeing the minimum revenues ($1.5 million domestic and $3 million international) that will be distributed to the participating teams.
c. Bowl management must direct the financial institution that will provide the letter of credit to notify the NCAA by October 1 that it will be received by the NCAA not later than November 1.
d. The letter of credit is payable to the NCAA.
e. The period of time covered by the letter of credit is from November 1 until the participating institutions have notified the NCAA that they have received their distribution of receipts, or not later than May 1 each year.

13

f. In the event that a game is certified (with or without conditions) and the game is not played for reasons the committee believes are within the control of the sponsoring agency, the agency is obligated to reimburse the conference or institution contracted to play the game for any expenses incurred in preparation for the game.
g. The NCAA is responsible for distributing the letter-of-credit revenues to participating institutions in the event of default
h. The cost of the letter of credit is a permissible deduction from gross receipts.

### Certification Fee

The $12,000 annual certification fee is a permissible deduction before identifying total gross receipts.

### Loss-of-Income Insurance

The management of each certified postseason football game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts. This expense shall not be deducted from total gross receipts.

## Awards

The subcommittee encourages each bowl to provide student-athletes with awards that approach the maximum value ($300) permitted by NCAA legislation. Awards for most-valuable players in bowl games are not countable in the $300 limitation but must conform to NCAA legislation and are limited in value to $300. Institutions should review NCAA Bylaws 16.1.4.2-(1), (3) and (4) for limits on awards.

In an effort to reward bowls that provide the maximum value of gifts to the athletes, game management may deduct the entire gift expense from gross receipts if the subcommittee approves, at its annual January meeting, a copy of invoices with prices demonstrating that the gifts (125 maximum, 95 minimum) were valued at approximately $300 total for each athlete.

Each participating institution shall receive a minimum of 95 awards or gifts, but game management is encouraged to provide 125 athlete awards to each team.

### Eligibility

Only student-athletes eligible to compete in a postseason football bowl game may receive awards from the management of the event or from the participating member institutions.

## Eligibility

### Institutional

An institution must recognize football as a varsity intercollegiate sport and shall meet the institutional requirements applicable to Division I-A

14

If the assigning conference elects to have its supervisor or designee attend a game for which it is providing a crew, the sponsoring agency shall provide a credential that gives the supervisor access to the officials' locker room and a designated seat in the press box.

The supervisor shall contact the participating institutions to make arrangements to receive a copy of the game video/film.

### Transportation

The sponsoring agency shall transport the game officials from their hotel to the stadium before and after the game. It also shall provide two courtesy automobiles for their use at no cost to them on other occasions

### Travel Arrangements

Each game official and the standby official shall receive the lowest available coach airfare as of the date that notification of a game assignment is received. The supervisor of officials (or individual designated by the conference to coordinate officials' travel) for the assigning conference shall coordinate all travel. No official is to make travel arrangements before receiving instructions from his supervisor.

A game official who uses an automobile to travel to the bowl shall be reimbursed 27 cents per mile round trip, or 54 cents per mile one way, not to exceed coach airfare.

Game management is authorized to deduct the expense for each official's airfare from gross receipts.

### Uniforms

Each game official shall wear a standard uniform and is prohibited from wearing anything that identifies the bowl and/or sponsor(s).

## Bowl Certification

A member institution shall not participate in any noncollegiate- or nonconference-sponsored postseason football game unless it has been certified by the NCAA Championships/Competition Cabinet.

A postseason football bowl game is conducted after the regular football season ends and involves teams selected because of their regular-season performance (e.g., won-lost record, conference championship). Participation by member institutions is limited to bowl games that are certified by the Association. The certified postseason bowl game shall meet all requirements and conditions set forth in Bylaw 30.9.

#### Bowl Representation at April Meeting

A sponsoring agency requesting initial certification or recertification for a postseason football game shall have a representative attend the subcommittee's annual April meeting.

CONFIDENTIAL

NCAA 018761

### Initial Bowl Certification

Any sponsoring agency seeking initial certification for a postseason football bowl game shall adhere to the following NCAA bylaws and executive regulations:

a. The bowl game must serve the purpose of providing a national contest between deserving winning teams.
b. The competing institutions shall be active members of this Association, and a member institution shall not participate in more than one such game during any academic year.
c. The application for the inauguration of a contest will be received from a proposing sponsor only at the annual spring meeting of the subcommittee. The application shall be received at the NCAA national office by mail or fax not later than January 15. Any application received after that date must be postmarked not later than January 10. The committee will approve or disapprove the contest at its annual spring meeting held during the next calendar year. The proposing sponsor shall submit to the subcommittee, with its application form, a projected financial report showing financial soundness of the proposed game.
d. The subcommittee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the subcommittee.
e. Institutions competing in bowl games shall receive the greater of 75 percent of the gross receipts or $750,000 each for domestic bowls, or an amount greater than $750,000 specified in a contract between the bowl and a conference. Institutions participating in a certified international bowl shall receive the greater of 75 percent of the gross receipts or $1.5 million each.
f. An agency that wishes to sponsor a domestic postseason football contest must secure not later than November 1 a $2 million irrevocable letter of credit issued by a United States financial institution and payable to the NCAA. The letter shall be in effect from the time of the agency's initial application to the committee's annual spring meeting until it is replaced after certification by a new letter of credit, guaranteeing the revenues that will be distributed to the participating teams plus an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit for an international bowl game shall be for $3.75 million.
g. In the event that a game is certified (with or without conditions) and the game is not played for reasons the subcommittee believes are within the control of the sponsoring agency, the agency is obligated to reimburse the conference or institution contracted to play in the game for any expenses incurred in preparation for the game.

30

CONFIDENTIAL

h. Each postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross revenues
i. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.
j. The site, date, time and name of a certified game, as represented by the sponsoring agency, may not be changed after the subcommittee's initial approval of the application without the approval of the committee.
k. A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.
l. Bowl management shall acknowledge that the subcommittee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

### Initial Bowl-Certification Application Form

A sponsoring agency requesting initial certification also must meet these additional requirements that are included on the application form. It shall:
a. List all personnel who will serve on the game's governing board or management committee;
b. Provide evidence of the experience or association that the management personnel has had with collegiate football;
c. Demonstrate the financial ability of management or the sponsoring agency to guarantee the success of the game. It shall include a letter of credit ($2 million domestic, $3.75 million international) issued by a United States financial institution and payable to the NCAA, which shall be in effect from the spring meeting at which the initial application for certification is submitted to the subcommittee until it is replaced after certification by a letter of credit, guaranteeing the minimum revenues that will be distributed to the participating teams and an additional 25 percent for game-management, operational and administrative expenses;
d. Reimburse the conference or institution contracted to play in the game for any expenses incurred in preparation for the contest if the game is certified (with or without conditions) but is not played for reasons the subcommittee believes are within the control of the sponsoring agency.
e. Identify the amount of money on hand or to which there is access to guarantee game and team expenses;
f. Estimate the total gross receipts to be realized from the game;
g. Detail proposals for promoting the game;
h. Provide plans for selling tickets, identify the number of tickets, if

CONFIDENTIAL

NCAA 018763

applicable, and demonstrate its understanding that the bowl will be ineligible for recertification should it fail to average selling 25,000 tickets or 50 percent of those available for sale in the stadium over a three-year period, unless the subcommittee grants it a waiver to meet the demands of the participating institutions;

i. Name the charitable or educational purpose(s) for which the game will be conducted;
j. Indicate the type of institutions that will be invited to participate;
k. Provide evidence of the experience of the sponsoring group in conducting such games or similar affairs;
l. Indicate the plans for television and radio coverage;
m. Submit the organizational operating structure, including a chart or diagram, with an indication of the extent of active community involvement in game promotion and management;
n. Provide letters recommending certification of the bowl game signed by 25 Division I-A athletics directors and/or conference commissioners who represent institutions that have participated in bowl games at least one time in the previous five years. The letters shall not represent more than one-half of the institutions within any single conference or the membership of the subcommittee;
o. Certify that the stadium has a minimum seating capacity of 50,000, and any other pertinent information or comments; and
p. Acknowledge that the committee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any other television contract(s).

### Recertification of Established Postseason Games

Any sponsoring agency seeking recertification for a postseason football game shall adhere to the following NCAA bylaws and executive regulations:

a. Applications for recertification shall be received by the NCAA not later than April 1.
b. A preliminary audited financial report of the immediate past game shall be received at the national office by mail or fax not later than April 1. Any application or financial report received after that date must be postmarked not later than March 25. Additionally, a complete audited financial report shall be filed with the subcommittee not later than September 1.
c. The sponsor of a game (other than a closed game) shall average selling 25,000 tickets, or 50 percent of those available for sale in the stadium, over a three-year period unless the subcommittee grants the bowl a waiver to meet the ticket demands of the participating institutions.
d. A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.
e. The site, date, time and name of a certified game, as represented by the sponsoring agency in its application for recertification, may not be changed without the approval of the subcommittee.

32

CONFIDENTIAL

NCAA 018764

f. The bowl game must serve the purpose of providing a national contest between deserving winning teams.
g. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.
h. The subcommittee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the subcommittee.
i. Institutions competing in domestic bowl games shall receive the greater of 75 percent of the gross receipts or $750,000 each, or an amount greater than $750,000 specified in a contract between the bowl and a conference. Institutions participating in certified international bowl games shall receive a minimum of $1.5 million each.
j. A postseason football contest that has not distributed an average minimum of $1 million to each participating institution during the preceding three-year period shall secure annually an irrevocable letter of credit (Appendix K) guaranteeing the minimum revenues that will be distributed to the participating teams. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit shall be made payable to the NCAA and annually shall cover the period from November 1 until the participating institutions have notified the NCAA that they have received their distribution of gross receipts, or not later than May 1. It shall specify that the Association is responsible for the distribution of revenues to the participating institutions in the event of default. The cost of the letter of credit shall be deducted from the contest's gross receipts.
k. Each certified postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross receipts.
l. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.
m. Bowl management shall certify that the stadium has a minimum seating capacity of 50,000.
n. Bowl management shall acknowledge that the subcommittee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

33

CONFIDENTIAL

NCAA 018765

## Appendix F
### SUMMARY OF BOWL AGREEMENTS

| BOWL | CLOSED | 1 CLOSED BERTH | OPEN |
|---|---|---|---|
| AXA/Equitable Liberty | Conference USA-1 | To be determined | |
| Builders Square Alamo | Big 12 vs. Big Ten | | |
| Comp USA Florida Citrus | Big Ten vs. SEC | | |
| Culligan Holiday | Big 12 vs Pac-10 | | |
| FedEx Orange | BCS | | |
| Humanitarian | Big West-1 vs. USA | | |
| Insight.com | Big 12 vs Big East or (Notre Dame) | | |
| Jeep Aloha | | Pac-10 | 1 |
| Las Vegas | | WAC | 1 |
| Motor City | | MAC-1 | 1 |
| Music City | | SEC | 1 |
| Nokia Sugar | BCS | | |
| Norwest Sun | Pac-10 vs. Big Ten | | |
| (Jeep) Oahu | WAC vs. Pac-10 | | |
| Outback | SEC vs. Big Ten | | |
| Rose | BCS | | |
| Sanford Independence | To be determined | To be determined | |
| Southwestern Bell Cotton | Big 12 s. SEC | | 1 |
| Sunshine | ACC vs. Big Ten | | |
| Tostitos Fiesta (1 vs 2) | BCS | | |
| Toyota Gator | ACC vs. Big East (Notre Dame) | | |

[Note: BCS qualifiers include champions of the Atlantic Coast, Big East, Big Ten, Big 12, Pacific-10 and Southeastern Conferences, plus two at-large teams. The Tostitos Fiesta Bowl will host the match-up of the No. 1 and 2 ranked teams as determined by the BCS rankings.]

52

CONFIDENTIAL

NCAA 018784