SCHEDULE OF

12-8-97

1997-98 DIVISION I-A POSTSEASON FOOTBALL GAMES

CERTIFIED BY

THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

(All starting times listed are Eastern Times)


BUILDERS SQUARE ALAMO BOWL - San Antonio, Texas, December 30, 1997, at 8 p.m.
Derrick S. Fox, executive director
100 Montana Street, Suite 3D01
San Antonio, TX  78203-1031
(210) 226-2695          FAX:  (210) 704-6399
Televising Network:  ESPN
Facility:  Alamodome                             Capacity:  65,000
Title Sponsor:  Builders Square
Teams:  Oklahoma State vs. Purdue


CARQUEST BOWL - Ft. Lauderdale, Florida, December 29, 1997, at 7:30 p.m.
Mitch Morrall, executive director
Sunshine Festival Football, Inc.
915 Middle River Drive, Suite 120
Fort Lauderdale, FL  33304
(954) 564-5000          FAX:  (954) 564-8902
Televising Network:  TBS/Raycom
Facility:  Pro Player Stadium                    Capacity:  73,000
Title Sponsor:  Carquest Auto Parts
Teams:  Georgia Tech vs. West Virginia


CHICK-FIL-A PEACH BOWL - Atlanta, Georgia, January 2, 1998, at 3 p.m.
Robert Dale Morgan, executive director
Peach Bowl, Inc.
235 International Boulevard
Atlanta, GA  30303
(404) 586-8500      FAX:  (404) 586-8508
Televising Network:  ESPN
Facility:  Georgia Dome                          Capacity:  71,228
Sponsor:  Chick-Fil-A
Teams:  Clemson vs. Auburn


COMPUSA FLORIDA CITRUS BOWL - Orlando, Florida, January 1, 1998, at 1 p.m.
Charles H. Rohe, executive director
Florida Citrus Sports Association, Inc.
One Citrus Bowl Place
Orlando, FL  32805
(407) 423-2476     FAX:  (407) 425-8451
Televising Network:  ABC
Facility:  Florida Citrus Bowl                   Capacity:  70,349
Title Sponsor: CompUSA & Florida Citrus Commission
Teams:  Penn State vs. Florida

CONFIDENTIAL           EXHIBIT 7           NCAA 015730

1997-98 Postseason Bowl Games
Page No. 2

INSIGHT.COM BOWL (formerly Copper Bowl) - Tucson, Arizona, December 27, 1997, at 8 p.m.
Harold C. Gibson, Jr., executive director
Copper Bowl Foundation
7401 North LaCholla, Suite 118
Tucson, AZ  85741
(520) 797-4464    FAX: (520) 797-3346
Televising Network:  ESPN
Facility:  Arizona Stadium                                      Capacity:  57,000
Title Sponsor: TBD
Teams:  Arizona vs. New Mexico


FEDEX ORANGE BOWL - Miami, Florida, January 2, 1998, at 8 p.m.
Keith R. Tribble, executive director
Orange Bowl Committee
601 Brickell Key Drive, Suite 206
Miami, FL  33131
(305) 371-4600         FAX:  (305) 371-8565
Televising Network:  CBS
Facility:  Pro Player Stadium                                   Capacity:  75,014
Title Sponsor:  FedEx
Teams:  Nebraska vs. Tennessee


JEEP ALOHA BOWL FOOTBALL CLASSIC - Honolulu, Hawaii, December 25, 1997, at 3:30 p.m.
Ms. Marcia J. Klompus, executive director
Aloha Sports, Inc.
1110 University Avenue, Suite 403
Honolulu, HI  96826
(808) 947-4141    FAX: (808) 941-9911
Televising Network:  ABC
Facility:  Aloha Stadium                                        Capacity:  30,000
Title Sponsor: Jeep Division of Chrysler Motor Corporation
Teams:  Michigan State vs. Washington


LAS VEGAS BOWL - Las Vegas, Nevada, December 20, 1997, at 6 p.m.
Mr. Rossi Ralenkotter, executive director/vice-president of marketing
Las Vegas Convention & Visitors Authority
3150 Paradise Road
Las Vegas, NV  89109-9096
(702) 892-0711    FAX: (702) 892-7515
Televising Network:  ESPN2
Facility:  Sam Boyd Stadium                                     Capacity:  32,000
Sponsor:  Las Vegas Convention & Visitor's Authority
Teams:  Airforce vs. Oregon

CONFIDENTIAL                                                              NCAA 015731

1997-98 Postseason Bowl Games
Page No. 3

MOTOR CITY BOWL - Pontiac, Michigan, December 26, 1997, at 8 p.m.
George Perles, executive director
Motor City Bowl, Inc.
1200 Featherstone Drive
Pontiac, MI  48342
(248) 456-1694 or 858-7358    FAX:  (248) 456-1691
Televising Network:  ESPN
Facility:  Pontiac Silverdome                              Capacity:  80,638
Sponsor:  Motor City Bowl, Inc.
Teams:  Marshall vs. Mississippi


NOKIA SUGAR BOWL - New Orleans, Louisiana, January 1, 1998, at 8 p.m.
Paul Houlihan, executive director
NOKIA Sugar Bowl
Louisiana Superdome
1500 Sugar Bowl Drive
New Orleans, LA  70112
(504) 525-8573    FAX:  (504) 525-4867
Televising Network:  ABC
Facility:  Louisiana Superdome                             Capacity:  72,227
Title Sponsor:  NOKIA Mobile Telephones
Teams:  Florida State vs. Ohio State


NORWEST SUN BOWL - El Paso, Texas, December 31, 1997, at 2 p.m.
Joyce E. Feinberg, executive director
Sun Bowl Association
4100 Rio Bravo, Suite 303
El Paso, TX  79902
(915) 533-4416       FAX:  (915) 533-0661
Televising Network:  CBS
Facility:  Sun Bowl Stadium                                Capacity:  51,270
Sponsor: Norwest Corporation
Teams:  Arizona State vs. Iowa


OUTBACK BOWL - Tampa, Florida, January 1, 1998, at 11 a.m.
James P. McVay, executive director
Tampa Bay Bowl Association, Inc.
4511 North Himes Avenue, Suite 260
Tampa, Florida  33614
(813) 874-2695       FAX:  (813) 873-1959
Televising Network:  ESPN
Facility:  Houlihan's Stadium                              Capacity:  74,350
Title Sponsor: Outback Steakhouse
Teams:  Wisconsin vs. Georgia

1997-98 Postseason Bowl Games
Page No. 4

PLYMOUTH HOLIDAY BOWL - San Diego, California, December 29, 1997, at 8 p.m.
John K. Reid, executive director
San Diego Bowl Game Association
3333 Camino del Rio South, Suite 100
San Diego, CA 92108-3836
(619) 283-5808    FAX: (619) 281-7947
Televising Network: ESPN
Facility: Qualcomm Stadium                              Capacity: 70,000
Title Sponsor: Plymouth
Teams: Missouri vs. Colorado State


POULAN/WEED EATER INDEPENDENCE BOWL - Shreveport, Louisiana, December 28, 1997, at 8 p.m.
Mr. Glen Krupica, executive director
Independence Sports Foundation
700 Clyde Fant Parkway
Shreveport, LA 71101
(318) 221-0712    FAX: (318) 221-7366
Televising Network: ESPN
Facility: Independence Stadium                          Capacity: 50,459
Title Sponsor: Poulan/Weed Eater
Teams: LSU vs. Notre Dame


ROSE BOWL - Pasadena, California, January 1, 1998, at 5 p.m.
John H.B. "Jack" French, executive director
Pasadena Tournament of Roses Association
391 South Orange Grove Boulevard
Pasadena, CA 91184
(818) 449-4100    FAX: 818/449-9066
Televising Network: ABC
Facility: Rose Bowl                                     Capacity: 98,252
Sponsor: Pasadena Tournament of Roses Association
Teams: Michigan vs. Washington State


AXA/EQUITABLE LIBERTY BOWL - Memphis, Tennessee, December 31, 1997, 3:30 p.m.
Steve Ehrhart, managing partner
Liberty Bowl Festival Association
3767 New Getwell Road
Memphis, TN 38117
(901) 795-7700   Fax: 901/795-7826
Televising Network: ESPN
Facility: Liberty Bowl Memorial Stadium                 Capacity: 62,921
Title Sponsor: AXA & Equitable Companies Inc.
Teams: Pittsburgh vs. Southern Mississippi


SOUTHWESTERN BELL COTTON BOWL - Dallas, Texas, January 1, 1998, at 1:30 p.m.
Rick Baker, general manager
Cotton Bowl Athletic Association
1300 West Mockingbird, Suite 400
Dallas, TX 75247
(214) 634-7525     FAX: (214) 634-7764
Televising Network: CBS
Facility: Cotton Bowl                                   Capacity: 68,252
Sponsor: Southwestern Bell Telephone Company
Teams: Texas A&M vs. UCLA

CONFIDENTIAL

NCAA 015733

1997-98 Postseason Bowl Games
Page No. 5

HUMANITARIAN BOWL - Boise, Idaho, December 29, 1997, at 3:30 p.m.
Steve Schmader, executive director
Boise River Festival
7032 S. Eisenman Road
Boise, Idaho 83716
(208) 338-8887     FAX: (208) 338-3833
Televising Network: ESPN2
Facility: Bronco Stadium                    Capacity: 30,000
Title Sponsor: TBD
Teams: Utah State vs. Cincinnati


TOSTITOS FIESTA BOWL - Tempe, Arizona, December 31, 1997, at 7 p.m.
John Junker, executive director
Arizona Sports Foundation
120 South Ash Avenue
Tempe, AZ 85281
(602) 350-0900    FAX: (602) 350-0915
Televising Network: CBS
Facility: Sun Devil Stadium                 Capacity: 74,130
Title Sponsor: Tostitos
Teams: Kansas State vs. Syracuse


TOYOTA GATOR BOWL - Jacksonville, Florida, January 1, 1998, at 12:30 p.m.
Richard M. Catlett, executive director
Gator Bowl Association, Inc.
One Gator Bowl Boulevard
Jacksonville, FL 32202
(904) 798-1700     FAX: (904) 632-2080
Televising Network: NBC
Facility: Gator Bowl                        Capacity: 77,042
Sponsor: Toyota Motor SalesUSA, Inc.
Teams: North Carolina vs. Virginia Tech


#     #     #


** POSTSEASON BOWL GAME INVOLVING DIV-I-AA TEAMS **


MCDONALDS HERITAGE BOWL - Atlanta, Georgia, December 27, 1997, Time - at 2:30 p.m.
Mr. Kyle Shields
Historically Black College Coalition (HBCC)
Game Coordinator
1401 Peachtree Street, Suite M102
Atlanta, Georgia 30309
(404) 870-8414
Televising Network: ESPN
Facility: Georgia Dome                      Capacity: 71,228
Title Sponsor: McDonalds Corporation
Teams: South Carolina State vs. Southern


NCAA/12-9-97/rp