# 1995-96 NCAA
# POSTSEASON FOOTBALL
# HANDBOOK

## National Collegiate Athletic Association

CONFIDENTIAL

EXHIBIT 9

NCAA 018186



# THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

6201 College Boulevard
Overland Park, Kansas 66211-2422
913/339-1906
October 1995

**Text Prepared By:** David E. Cawood, *Assistant Executive Director for Marketing and Broadcast Services.*
**Edited By:** J Gregory Summers, *Assistant Director of Publishing.*

NCAA, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association

CONFIDENTIAL

# Special Events Committee

The NCAA Special Events Committee consists of 12 members, including at least one from each conference whose primary representative participates in a certified postseason football game that is in full compliance with NCAA Bylaw 31.5.1. The committee is responsible for issues involving postseason football contests and college all-star football and basketball contests, and it has oversight responsibilites for any preseason football games authorized under NCAA legislation. Individuals who serve on the Special Events Committee are:

David T. Braine, Virginia Polytechnic Institute and State University
C. William Byrne, University of Nebraska, Lincoln
Marino H. Casem, Southern University, Baton Rouge
Peter T. Dalis, University of California, Los Angeles
Ronald E. Guenther, University of Illinois, Champaign
John R. "Bobby" May, Rice University
Christine Plonsky, University of Texas at Austin
Robert W. Robinson, Clemson University
Col. Kenneth L. Schweitzer, U.S. Air Force Academy, *chair*
Marnie W. Swift, University of Toledo
Kevin M. White, Tulane University
Mark Womack, Southeastern Conference

David E. Cawood, NCAA assistant executive director for marketing and broadcast services, is the staff liaison. He is assisted by Keith E. Martin, NCAA director of accounting.

# 1995-96 Certified Bowl Games

| Date | Game | Time (EST) | Network |
|------|------|-----------|---------|
| December 14 | Las Vegas Bowl | 9 p.m. | ESPN |
| December 25 | Jeep Eagle Aloha Bowl | 3:30 p.m. | ABC |
| December 27 | Weiser Lock Copper Bowl | 9 p.m. | ESPN |
| December 28 | Builders Square Alamo Bowl | 8 p.m. | ESPN |
| December 29 | Sun Bowl | 2:30 p.m. | CBS |
| December 29 | Poulan/Weed Eater Independence Bowl | 5:30 p.m. | ESPN |
| December 29 | Plymouth Holiday Bowl | 8 p.m. | ESPN |
| December 30 | St. Jude Liberty Bowl | Noon | ESPN |
| December 30 | Carquest Bowl | 7:30 p.m. | Raycom |
| December 30 | Peach Bowl | 8 p.m. | ESPN |
| December 31 | Nokia Sugar Bowl | 7:30 p.m. | ABC |
| January 1 | Outback Bowl | 11 a.m. | ESPN |
| January 1 | CompUSA Florida Citrus Bowl | 1 p.m. | ABC |
| January 1 | Toyota Gator Bowl | 1 p.m. | NBC |
| January 1 | Cotton Bowl Classic | 1:30 p.m. | CBS |
| January 1 | Rose Bowl | 5 p.m. | ABC |
| January 1 | FEDEX Orange Bowl | 8 p.m. | CBS |
| January 2 | Tostitos Fiesta Bowl | 8:30 p.m. | CBS |

6

CONFIDENTIAL

NCAA 018191

### Bowl Directory

A directory listing the officers of the Football Bowl Association and the names, addresses and telephone numbers of the executive directors of the 1995-96 certified postseason football games is included in this handbook as Appendix A.

### Name, Site, Date and Time Changes

The name, site, date and/or time of a postseason football game cannot be changed without approval of the committee. Recognizing that it may be advantageous for an institution, specifically, and intercollegiate football, generally, to change the date or time after September 1, a sub-committee has been formed to assist institutional and bowl-management personnel in reviewing these requests. All inquiries should be directed to David E. Cawood, staff liaison, at the NCAA national office.

### Final Date for Bowl Game

A certified postseason football game must be played not later than the January 4 immediately after the regular football season

### Tiebreaker

The NCAA tiebreaker system shall be implemented at the end of each bowl game when the score is tied. These procedures are described in Appendix B. Game management is encouraged to format television commercials only after each team has had an opportunity to score rather than after each offensive possession, unless a timeout is called.

# Bowl Game Invitations

A bowl game must serve the purpose of providing a national contest between deserving winning teams. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

## Closed Bowl Game

A "closed" bowl game is one in which participation is limited to champions of Division I-A conferences that have a contractual agreement with a sponsoring agency.

## Deserving Winning Team

A deserving winning team is defined as one that wins a minimum of six games against Division I-A competition and whose record includes more wins than losses. Tie games do not count as one-half of a win or loss. Only a conference champion may seek a waiver of these requirements.

Division I-A contests played in Hawaii are exempt from NCAA legislation limiting a season to 11 games, but this competition does count in the six-win requirement. An institution that participates in an exempt contest, however, must have more wins than losses against

7

Division I-A opponents to be eligible to participate in a bowl game even if it meets the six-win requirement.

## Official Invitation and Acceptance

An official invitation for an institution to participate in a bowl game shall be issued in writing from the executive director of the sponsoring agency to the participating institution's director of athletics, who shall send to the executive director written confirmation of the acceptance of the invitation. (A sample of these letters is in Appendix C.)

### Expectations

It is important that institutional representatives and game management have a clear understanding of the expectations that each party has of the other. Game management, for example, shall provide the director of athletics a master schedule and a list of social events available, which would include the number of complimentary admissions and the cost and number of additional tickets the institution may purchase. (A sample of the summary is in Appendix D.) Once decisions are reached in each of these areas, the institution and game management have an obligation to honor the agreements.

### Enhancing the Bowl Experience

The committee has adopted suggested policies (Appendix E) that are designed to enhance the bowl experience for student-athletes and the institution and to improve communication between it and game management.

## Alliance of Conferences and Bowls

Champions of five conferences (Atlantic Coast, Big East Football, Big Eight, Southeastern and Southwest) and the University of Notre Dame have formed an alliance with the Orange, Fiesta and Sugar Bowls.

The champions of the ACC, Big East, Big Eight, SEC and SWC will appear in one of the aforementioned bowl games. Notre Dame also will be guaranteed a slot in 1995 should its football team be ranked among the top 10 bowl-eligible teams in either The Associated Press or CNN/USA Today final regular-season polls. (Beginning in 1996-97, the Big 12 Conference champion and an at-large team will replace the Big Eight and SWC champions as guaranteed participants.)

Should Notre Dame not be ranked in the top 10, the one remaining at-large position may be filled by any Division I-A college football team eligible for postseason competition, excluding the Big Ten and Pacific-10 champions, that meets any one of the following requirements:

a. Has won at least eight college football games during the most recently completed regular season, or
b. Is ranked by The Associated Press or CNN/USA Today among the top 12 teams eligible to participate in postseason competition, or
c. Is ranked by The Associated Press or the CNN/USA Today polls no lower than the lowest-ranked team selected by a bowl from the conference champions.

8

CONFIDENTIAL

NCAA 018193

In the event that two or more teams tie for the championship of the ACC, Big East, Big Eight, SEC or SWC and remain tied for the championship after all tiebreaking procedures employed by the conference have been exhausted, the tied team with the highest ranking in both The Associated Press poll and the CNN/USA Today poll shall be included in the conference champions pool. If the tied teams have the same ranking or should the polls disagree as to the highest-ranked team, then all such tied teams will be eligible and the selecting bowl shall have the right to select which team it desires.

Team selection shall occur no later than Sunday, December 3, 1995. The selection order shall be as follows:

| Selections 1 and 2 | Fiesta Bowl | January 2, 1996 |
| Selections 3 and 5 | Orange Bowl | January 1, 1996 |
| Selections 4 and 6 | Sugar Bowl | December 31, 1995 |

After the first six teams are identified for the three alliance bowls, the following selection procedures will be implemented:

   a. The Cotton Bowl vs either the WAC champion or the No. 2 Pacific-10 choice.
   b. The Holiday Bowl vs. either the WAC champion or the No. 2 Pacific-10 choice.
   c. The Alamo Bowl vs. the No. 4 Big Ten choice.
   d. The Aloha Bowl vs. the No. 4 Pacific-10 choice.
   e. The Copper Bowl vs. the No. 2 WAC selection.

### Mandatory 1 vs. 2 Pairing

The Fiesta Bowl shall select any team ranked No. 1 in The Associated Press poll and any team ranked No. 1 in the CNN/USA Today poll if the teams so ranked are different and two such teams are available. In any other case, the Fiesta Bowl shall select any team ranked No. 1 by The Associated Press or CNN/USA Today and any team ranked No. 2 in either if two teams so ranked are available.

All other team selections shall come from the pool of teams specified above and will be at the discretion of the participating bowls.

A summary of bowl agreements is included as Appendix F.

## Visits From Bowl Representatives

The following policies shall govern game visits by bowl representatives.

   a. A bowl organization only should visit games of teams eligible to participate in its game.
   b. A sports agent who participates in a bowl organization's committee structure shall not have access to the press box or other areas and activities that would provide the individual access to student-athletes.
   c. If an individual is not an official representative designated by the bowl, the person shall not wear a blazer issued by the sponsoring agency.

9

**d. Before the first Saturday in October.**

1. A bowl representative may attend a game if the individual incurs the expense involved.
   (a) The bowl representative, however, must sit in the stands even if the individual is invited to sit in another area to which bowl representatives normally have access.
   (b) The representative is prohibited from conducting bowl business (e.g., visiting the locker room).
2. A representative(s) of a bowl that has a contractual agreement with a conference may attend any game between two institutions from that conference.
3. A bowl representative(s) may attend the first home game involving an institution that participated in that bowl's most recent postseason football game.

**e. Beginning the first Saturday in October.**

1. Two bowl representatives may receive press credentials
2. A third and/or fourth representative from a bowl may accompany two other representatives to a site.
   (a) The individual(s) shall not receive credentials.
   (b) The individual(s) may purchase a ticket in the stands but may not be invited to sit in another area to which bowl representatives normally have access.
   (c) The individual(s) shall not visit the locker rooms after the game.

## Bowl Site Inspection Visit

A checklist of information (Appendix G) has been developed that institutional representatives may wish to use on their inspection visit to the city hosting the postseason football game in which it will participate. The checklist should address most items that the institution will require to finalize and facilitate planning for its trip.

Bowl management shall provide the information outlined in the bowl site checklist to a participating institution no later than one week after the institution has accepted an invitation to participate in the game. Bowl management shall identify corporate sponsorship agreements that may be in conflict with contracts that a participating institution may have with a corporate entity (e.g., a nutrient drink in the bench area).

# Financial Administration

## Minimum Guarantee

Institutions participating in a certified postseason football game shall receive the greater of 75 percent of the gross receipts or $750,000.

Each institution always shall receive an equal share of the gross receipts. Under no circumstances shall a participating team receive less than $750,000.

Each institution may be required to pay its own transportation and

10

NCAA 018195

other team expenses incidental to the game from its percentage of gross receipts.

A waiver of this provision may be granted to a closed game.

## Components of Gross Receipts

The gross receipts shall include all revenues derived from the game. Definitions of the individual components are listed in Appendix I. The components include:

a. Sale of tickets (less applicable taxes, except those paid as stadium-use taxes for rental, cost of permanent equipment, or in lieu thereof). All tickets, including those provided for the participating student-athletes, shall be accounted for at face value and shall become a part of the gross receipts;

b. Membership fees/dues;

c. Concessions;

d. Programs, except when the printing and sale of programs or the production and sale of concession items are performed by an independent third party under contract with the sponsoring agency and it receives only a share of the net receipts. Gross receipts then shall include only the net amount received for such items by the sponsoring agency from the third party;

e. Advertising (programs, radio, television, video, tickets);

f. Radio, unless the official stations of the participating institutions are permitted to originate the broadcast to their normal outlets;

g. Television, pay-per-view and movie/video rights;

h. Title sponsorships;

i. Merchandising sales and licensing fees;

j. Interest income;

k. Corporate sponsors/contributions; and

l. Any other income derived from the operation of the game, including affiliated events, multibowl promotional activities, corporate sponsorship revenues and "gifts in kind" as identified by the committee.

General administrative and operating expenses shall be included in the sponsoring agency's share of gross receipts.

Revenues and expenses generated by events that do not relate to the game in any way should not be included in gross receipts. When the name of the bowl is used in such an event, the sponsoring agency may request an exception (Appendix H) to its inclusion in the computation of gross receipts from the committee.

## Deductions From Gross Receipts

The following expenses incurred by the sponsoring agency of a post-season football game may be deducted from gross receipts:

a. Letter of credit required for recertification,

b. Annual certification fee paid to the Association,

c. Radio income if the official station and/or network of each participating team was permitted to purchase origination rights to the bowl game,

11

CONFIDENTIAL

NCAA 018196

d. Corporate sponsor receipts that are for the direct benefit of the competing institutions (e.g., luncheon for players),

e. Any special deduction(s) authorized by the committee (Appendix I), and

f. Pro rata share of expenses for multibowl promotional activities approved in advance by the committee.

### Interest Income

Gross receipts shall include interest on net gross receipts from game day through the date of distribution to the competing institutions. Net gross receipts for the purpose of calculating interest income shall be defined as total gross receipts less:

a. Ticket revenue retained by a participating institution;

b. The NCAA certification fee; and

c. The cost of a letter of credit, if required.

Interest on television and title sponsorship revenue shall be calculated from the date of payment, as required in the fully executed contractual document, but in no case shall interest be computed as received later than January 31, through date of distribution to the competing institutions. Interest shall be calculated at the first 30-day U.S. Treasury bill rate available after the respective bowl game.

### Escrow

Although a sponsoring agency may confront a potential tax liability on a portion of its revenues, participating institutions shall receive the greater of 75 percent of gross receipts or not less than $750,000 each. Any indemnification or escrow above the $750,000 minimum distribution must be voluntarily negotiated between the participant and game management.

### Audits

The committee or representatives designated by it may conduct audits of the financial information of an agency sponsoring a bowl game and other organizations and activities affiliated with it. Audits will be conducted in the summer and will review the immediate past game. Any involvement by a sponsoring agency's accounting firm in the NCAA auditing process is the expense of the sponsoring agency.

## Audited Financial Statement

The management of each bowl game shall submit a preliminary audited financial report of the immediate past game before an ensuing contest will be certified. This report must be received in the NCAA national office by mail or fax not later than April 1. Any report received after this date must be postmarked not later than March 25. The NCAA provides each bowl a financial report form (Appendix I) to be used for filing the results of the operation of its game.

Additionally, each bowl annually shall file with the committee a complete audited financial report not later than the September 1 after the game.

12

CONFIDENTIAL

NCAA 018197

## Distribution of Gross Receipts

Each competing institution's share of the gross receipts must be paid immediately upon completion of the audit of the game, but not later than April 1. The competing institutions shall receive an equal share of the gross receipts of the contest as prescribed in Bylaw 31.5. In no event shall more than 25 percent of the gross receipts be paid to or retained by any sponsoring person or organization. Out of the sponsor's portion of the gross receipts, all game expenses shall be paid, including specifically:

    a. Stadium rental,
    b. Tickets (printing, selling and collecting),
    c. Ushers,
    d. Game officials,
    e. Sideline crew, and
    f. Game promotion and publicity.

## Letter of Credit

The certification process may require a sponsoring agency annually to secure an irrevocable letter of credit (Appendices J and K) issued by a United States financial institution to guarantee the minimum payoff required for each team participating in a postseason game.

    a. Each certified postseason football bowl game that has not distributed an average minimum of $1 million to each of the participating institutions during the preceding three-year period annually shall secure an irrevocable letter of credit, guaranteeing the minimum revenues ($1,500,000) that will be distributed to the participating teams.
    b. The Las Vegas Bowl, which is a closed postseason contest between the champions of the Big West Conference and Mid-American Athletic Conference, shall provide a letter of credit of $300,000, which would guarantee a minimum distribution of $150,000 to each team.
    c. Bowl management must direct the financial institution that will provide the letter of credit to notify the NCAA by October 1 that it will be received by the NCAA not later than November 1.
    d. The letter of credit is payable to the NCAA.
    e. The period of time covered by the letter of credit is from November 1 until the participating institutions have notified the NCAA that they have received their distribution of receipts, or not later than May 1 each year.
    f. The NCAA is responsible for distributing the letter-of-credit revenues to participating institutions in the event of default.
    g. The cost of the letter of credit is a permissible deduction from gross receipts.

## Certification Fee

The $12,000 annual certification fee is a permissible deduction before identifying total gross receipts.

13

CONFIDENTIAL

NCAA 018198

### Loss-of-Income Insurance

The management of each certified postseason football game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts. This expense shall not be deducted from total gross receipts.

# Expenses

## Nonpermissible

### Prospects

A member institution shall not make special arrangements for a prospective student-athlete at a postseason football game. The institution specifically shall not:
 a. Provide complimentary or reduced-cost admissions,
 b. Make special arrangements for prospective student-athletes to purchase tickets to the bowl game,
 c. Provide any entertainment (including meals) for prospective student-athletes at the game,
 d. Make special arrangements for prospective student-athletes to attend a workout at a practice site, or
 e. Provide tickets to professional sports contests made available to an institution on a complimentary basis.

### Special Entertainment

Any practice on an extended road trip shall take place either at the competition site or on a direct route between two consecutive competition sites. It is not permissible for an institution to schedule practice sessions at other locations in order to provide entertainment opportunities for team members.

## Permissible

### Entertainment Within 100 Miles

An institution may pay the actual costs (but may not provide cash) for reasonable entertainment that takes place within a 100-mile radius of where a team plays or practices in connection with an away-from-home contest or en route to or from such a contest.

### Family

It is permissible for the wives and children of the full-time football staff, married eligible student-athletes, volunteers and graduate assistant coaches to receive actual and necessary expenses (e.g., transportation, lodging, meals and expenses associated with team entertainment functions). The decision to include staff members (and husbands, wives and children) is the responsibility of the participating institution or its conference.

14

It is permissible for bowl management to provide entertainment free of charge to the parents or legal guardians of all participating team members, provided the institution is not involved in the sponsorship arrangements for the event.

### Lodging and Meals

An institution may provide actual and necessary expenses for lodging and meals to a student-athlete who is eligible to participate in a certified postseason football game.

### Movies

A film or movie, including pay-per-view movies in the athlete's hotel room, may be rented by the institution to show to its team the night before a game without the film or movie being considered an extra benefit not available to the student body.

### Per Diem

An institution may pay $10 per day to each member of the squad to cover unitemized incidental expenses during travel and practice for a period not to exceed 10 days. The per diem may be provided only after the team departs for or reports to the bowl site.

### Professional Sports Tickets

Complimentary tickets to professional sports contests shall not be provided to student-athletes, unless the tickets are provided by the institution (or by a representative of athletics interests through the institution) for entertainment purposes to student-athletes involved in an away-from-home contest. Under the latter circumstances, the institution may pay actual costs for reasonable entertainment that takes place during a team trip.

### Promotional Media Events

An institution may not pay transportation or other expenses for a student-athlete to attend special or single-game promotional media events that are not regularly established local-media functions.

# Awards

The committee encourages each bowl to provide student-athletes with awards that approach the maximum value ($300) permitted by NCAA legislation.

In an effort to reward bowls that provide the maximum value of gifts to the 95 athletes, game management may deduct $25,000 from gross receipts if the committee approves documentation demonstrating that the athletes received gifts valued at approximately $300.

Each participating institution shall receive a minimum of 95 awards or gifts from the management of the postseason bowl game. The participating institutions may purchase additional awards and gifts, consistent with Bylaw 16.1.4.2.

15

CONFIDENTIAL

NCAA 018200

hotel to the stadium before and after the game. It also shall provide two courtesy automobiles for their use at no cost to them on other occasions.

## Travel Arrangements

The sponsoring agency of a certified bowl shall obtain round-trip coach or economy airline tickets for officials assigned to its game and forward them to the officials. No official is to make his own travel arrangements before receiving instructions from the management of the bowl to which he has been assigned.

Immediately after the game officials are identified, game management shall provide the assigning agency with the travel arrangements that have been made for each individual.

A sponsoring agency may use complimentary, trade or reduced-fare airline tickets to transport a game official to the bowl site, but the terms of the arrival and departure dates shall be acceptable to the individual receiving it.

If a game official receives an airline ticket that includes restrictions requiring the individual to remain at the site beyond three nights, the bowl shall pay lodging expenses and per diem for each additional day that the person is in the area.

A game official who uses an automobile to travel to the bowl shall be reimbursed 27 cents per mile round trip, or 54 cents per mile one way.

## Uniforms

Each game official shall wear a standard uniform and is prohibited from wearing anything that identifies the bowl and/or sponsor(s).

# Transportation

An institution may provide the transportation for a student-athlete to travel from campus to the site of a bowl game and back to campus; or if the student-athlete goes home during the vacation period, the institution may pay (in lieu of providing team transportation) the greater of the transportation costs for the student-athlete to travel from:

a. Campus to the bowl site and back to campus,
b. Campus to the student-athlete's home and back to campus, or
c. The student-athlete's home to the bowl site and back home.

It is permissible for any athletics department staff member to furnish transportation to eligible student-athletes to the campus from the nearest bus or train station or major airport in conjunction with practice and/or team travel relating to competition that occurs between the end of a final examination period of the fall semester (or fall or winter quarter) and the beginning of the following regular term.

# Certification

A member institution shall not participate in any noncollegiate- or

32

NCAA 018217

nonconference-sponsored postseason football game unless it has been certified by the Special Events Committee.

A postseason football bowl game is conducted after the regular football season ends and involves teams selected because of their regular-season performance (e.g., won-lost record, conference championship). Participation by member institutions is limited to bowl games that are certified by the Association. The certified postseason bowl game shall meet all requirements and conditions set forth in Bylaw 30.9.

**Bowl Representation at April Meeting**

A sponsoring agency requesting initial certification or recertification for a postseason football game shall have a representative attend the committee's annual April meeting.

## Initial Bowl Certification

Any sponsoring agency seeking initial certification for a postseason football bowl game shall adhere to the following NCAA bylaws and executive regulations:

a. The bowl game must serve the purpose of providing a national contest between deserving winning teams.

b. The competing institutions shall be active members of this Association, and a member institution shall not participate in more than one such game during any academic year.

c. The application for the inauguration of a contest will be received from a proposing sponsor only at the annual spring meeting of the Special Events Committee. The application shall be received at the NCAA national office by mail or fax not later than January 15. Any application received after that date must be postmarked not later than January 10. The committee will approve or disapprove the contest at its annual spring meeting held during the next calendar year. The proposing sponsor shall submit to the committee, with its application form, a projected financial report showing financial soundness of the proposed game.

d. The committee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the committee.

e. Institutions competing in bowl games each shall receive the greater of 75 percent of the gross receipts or $750,000.

f. An agency that wishes to sponsor a postseason football contest must secure not later than November 1 a $2 million irrevocable letter of credit issued by a United States financial institution and payable to the NCAA. The letter shall be in effect from the time of the agency's initial application to the committee's annual spring

33

meeting until it is replaced after certification by a new letter of credit, guaranteeing the revenues that will be distributed to the participating teams plus an additional 25 percent to cover expenses related to game management, operations and administration.

g. Each postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross revenues.

h. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.

i. The site, date, time and name of a certified game, as represented by the sponsoring agency, may not be changed after the committee's initial approval of the application without the approval of the committee.

j. A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.

k. Bowl management shall acknowledge that the committee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

## Initial Bowl-Certification Application Form

A sponsoring agency requesting initial certification also must meet these additional requirements that are included on the application form. It shall:

a. List all personnel who will serve on the game's governing board or management committee;

b. Provide evidence of the experience or association that the management personnel has had with collegiate football;

c. Demonstrate the financial ability of management or the sponsoring agency to guarantee the success of the game. It shall include a $2 million letter of credit (Appendix J) issued by a United States financial institution and payable to the NCAA, which shall be in effect from the time the initial application for certification is submitted to the committee until it is replaced after certification by a letter of credit, guaranteeing the minimum revenues that will be distributed to the participating teams and an additional 25 percent for game-management, operational and administrative expenses;

d. Identify the amount of money on hand or to which there is access to guarantee game and team expenses;

e. Estimate the total gross receipts to be realized from the game;

f. Detail proposals for promoting the game;

g. Provide plans for selling tickets, identify the number of tickets, if applicable, and demonstrate its understanding that the bowl will be ineligible for recertification should it fail to average selling 25,000 tickets or 50 percent of those available for sale in the stadi-

34

CONFIDENTIAL

NCAA 018219

um over a three-year period, unless the committee grants it a waiver to meet the demands of the participating institutions;

h. Name the charitable or educational purpose(s) for which the game will be conducted;

i. Indicate the type of institutions that will be invited to participate;

j. Provide evidence of the experience of the sponsoring group in conducting such games or similar affairs;

k. Indicate the plans for television and radio coverage;

l. Submit the organizational operating structure, including a chart or diagram, with an indication of the extent of active community involvement in game promotion and management;

m. Provide letters recommending certification of the bowl game signed by 25 Division I-A athletics directors and/or conference commissioners who represent institutions that have participated in bowl games at least one time in the previous five years. The letters shall not represent more than one-half of the institutions within any single conference or the membership of the committee;

n. Certify that the stadium has a minimum seating capacity of 50,000, and any other pertinent information or comments; and

o. Acknowledge that the committee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any other television contract(s).

## Recertification of Established Postseason Games

Any sponsoring agency seeking recertification for a postseason football game shall adhere to the following NCAA bylaws and executive regulations:

a. Applications for recertification shall be received by the Special Events Committee not later than April 1.

b. A preliminary audited financial report of the immediate past game shall be received at the national office by mail or fax not later than April 1. Any application or financial report received after that date must be postmarked not later than March 25. Additionally, a complete audited financial report shall be filed with the committee not later than September 1.

c. The sponsor of a game (other than a closed game) shall:

1. Sell tickets equaling at least 50 percent of stadium capacity, excluding those sold by the participating institutions;

2. Average selling 25,000 tickets, or 50 percent of those available for sale in the stadium, over a three-year period unless the committee grants the bowl a waiver to meet the ticket demands of the participating institutions; and

3. Return to each of the participating teams an equal amount determined by the committee or 37.5 percent of the gross receipts, whichever is greater.

d. A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.

e. The site, date, time and name of a certified game, as represented

35

NCAA 018220

by the sponsoring agency in its application for recertification, may not be changed without the approval of the committee.

f. The bowl game must serve the purpose of providing a national contest between deserving winning teams.

g. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

h. The committee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the committee.

i. Institutions competing in bowl games each shall receive the greater of 75 percent of the gross receipts or $750,000.

j. A postseason football contest that has not distributed an average minimum of $1 million to each participating institution during the preceding three-year period shall secure annually an irrevocable letter of credit (Appendix K), guaranteeing the minimum revenues that will be distributed to the participating teams. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit shall be made payable to the NCAA and annually shall cover the period from November 1 until the participating institutions have notified the NCAA that they have received their distribution of gross receipts, or not later than May 1. It shall specify that the Association is responsible for the distribution of revenues to the participating institutions in the event of default. The cost of the letter of credit shall be deducted from the contest's gross receipts.

k. Each certified postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross receipts.

l. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.

m. Bowl management shall certify that the stadium has a minimum seating capacity of 50,000.

n. Bowl management shall acknowledge that the committee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

36

CONFIDENTIAL

## Penalties for Failure to Comply With Requirements

If the management of a certified game fails to comply with Bylaw 30.9, the requirement for an audited financial report for the immediate past game, or the Special Events Committee's policies and procedures (approved by the NCAA Council), the committee has the option to withhold certification for the postseason bowl game for one year or fine it a percentage of its gross receipts, not to exceed 50 percent, from the contest involved in the noncompliance, with the amount to be determined by it and approved by the Council.

The fine shall be paid to the NCAA, which shall forward 50 percent of any new revenues received to each participating institution within 10 working days after the financial penalty has been paid.

37

CONFIDENTIAL

NCAA 018222

# Appendix F

## SUMMARY OF 1995-96 BOWL AGREEMENTS

| BOWL | CLOSED | 1 CLOSED BERTH | OPEN |
|---|---|---|---|
| Builders Square Alamo | Big Eight-4 vs. Big Ten-4 | | |
| Carquest | ACC-4 vs. Big East-3 | | |
| CompUSA Florida Citrus | Big Ten-2 vs. SEC-2 | | |
| Cotton | Big Eight-2 vs. Pac-10-2 or WAC-1 | | |
| FEDEX Orange (2) | Alliance vs. Alliance | | |
| Fiesta (1) | Alliance vs. Alliance | | |
| Jeep Eagle Aloha | Big Eight-5 vs. Pac-10-4 | | |
| Las Vegas | Big West-1 vs. MAC-1 | | |
| NOKIA Sugar (3) | Alliance vs. Alliance | | |
| Outback (Hall of Fame) | SEC-3 vs. Big Ten-3 | | |
| Peach | ACC-3 vs. SEC-4 | | |
| Plymouth Holiday | Big Eight-3 vs. Pac-10-2 or WAC-1 | | |
| Poulan/Weed Eater Independence | | | 2 |
| Rose | PAC-10-1 vs. Big Ten-1 | | |
| St. Jude Liberty | Big East-4 vs. Midwest Consortium * | | |
| Sun | Pac-10-3 vs. Big Ten-5 | | |
| Toyota Gator | ACC-2 vs. Big East-2 | | |
| Weiser Lock Copper | Big Eight-6 vs. WAC-2 | | |

* Either Cincinnati, East Carolina, Houston, Memphis, Southern Mississippi or Tulane.

[Note: Numbers in parenthesis indicate order of selection for alliance bowls in 1996. Numbers after dash indicate selection, not conference standing, of team that goes to bowl. Alliance qualifiers include champions of Big Eight, Southwest, Atlantic Coast, Southeastern and Big East Conferences, plus one at-large team (Notre Dame automatic at-large entrant if ranked in top 10 in either USA Today/CNN or Associated Press polls). In 1996, Big 12 champion will replace Big Eight and SWC, with two at-large bids remaining available.]

54

CONFIDENTIAL

NCAA 018239