# 1994-95 NCAA
# POSTSEASON FOOTBALL
# HANDBOOK

## National Collegiate Athletic Association

CONFIDENTIAL

EXHIBIT "10"

NCAA 018294



## THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

6201 College Boulevard
Overland Park, Kansas 66211-2422
913/339-1906
September 1994

**Text Prepared By:** David E. Cawood, *Assistant Executive Director for Marketing and Broadcast Services.*
**Edited By:** J. Gregory Summers, *Assistant Director of Publishing.*

NCAA, NCAA seal, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

CONFIDENTIAL

# Special Events Committee

The NCAA Special Events Committee consists of 12 members, all of whom represent Division I-A institutions, including at least one from each conference whose primary representative participates in a certified postseason football game that is in full compliance with NCAA Bylaw 31.5.1. The committee is responsible for issues involving postseason football contests and college all-star football and basketball contests, and it has oversight responsibilities for any preseason football games authorized under NCAA legislation. Individuals who serve on the Special Events Committee are:

David T. Braine, Virginia Polytechnic Institute
C. William Byrne, University of Nebraska, Lincoln
Marino H. Casem, Southern University, Baton Rouge
Ron Guenther, University of Illinois, Champaign
Thomas C. Hansen, Pacific-10 Conference
David R. Hart Jr., East Carolina University
Cecil W. Ingram, University of Alabama, Tuscaloosa
John R. "Bobby" May, Rice University
Christine Plonsky, University of Texas at Austin
Richard A. Rosenthal, University of Notre Dame, *chair*
Col. Kenneth L. Schweitzer, U.S. Air Force Academy
Marnie W. Swift, University of Toledo

David E. Cawood, NCAA assistant executive director for marketing and broadcast services, is the staff liaison. He is assisted by Keith E. Martin, NCAA director of accounting.

# 1994-95 Certified Bowl Games

| Date | Game | Time (EST) | Network |
|---|---|---|---|
| December 15 | Las Vegas Bowl | 9 p.m. | ESPN |
| December 25 | Jeep Eagle Aloha Bowl | 3:30 p.m. | ABC |
| December 28 | Poulan/Weed Eater Independence Bowl | 8 p.m. | ESPN |
| December 29 | Weiser Lock Copper Bowl | 8 p.m. | ESPN |
| December 29 | Freedom Bowl | 9 p.m. | Raycom |
| December 30 | John Hancock Bowl | 2:30 p.m. | CBS |
| December 30 | Outback Steakhouse Gator Bowl | 7:30 p.m. | TBS |
| December 30 | Thrifty Car Rental Holiday Bowl | 8 p.m. | ESPN |
| December 31 | St. Jude Liberty Bowl | 3 p.m. | ESPN |
| December 31 | Builders Square Alamo Bowl | 8 p.m. | ESPN |
| January 1 | Federal Express Orange Bowl | 8 p.m. | NBC |
| January 1 | Peach Bowl | 8 p.m. | ESPN |
| January 2 | Hall of Fame Bowl | 11 a.m. | ESPN |
| January 2 | CompUSA Florida Citrus Bowl | 1 p.m. | ABC |
| January 2 | Mobil Cotton Bowl | 1 p.m. | NBC |
| January 2 | Carquest Bowl | 1:30 p.m. | CBS |
| January 2 | IBM OS/2 Fiesta Bowl | 4:30 p.m. | NBC |
| January 2 | Rose Bowl | 5 p.m. | ABC |
| January 2 | USF&G Sugar Bowl | 8:30 p.m. | ABC |

6

NCAA 018299

A directory listing the officers of the Football Bowl Association and the names, addresses and telephone numbers of the executive directors of the 1994-95 certified postseason football games is included in this handbook as Appendix A.

### Name, Site, Date and Time Changes

The name, site, date and/or time of a postseason football game cannot be changed without approval of the committee. Recognizing that it may be advantageous for an institution, specifically, and intercollegiate football, generally, to change the date or time after September 1, a subcommittee has been formed to assist institutional and bowl-management personnel in reviewing these requests. All inquiries should be directed to David E. Cawood, staff liaison, at the NCAA national office.

### Final Date for Bowl Game

A certified postseason football game must be played not later than the January 2 immediately after the regular football season or, if January 2 falls on a Friday or a Sunday, not later than January 3 of that year.

# Bowl Game Invitations

A bowl game must serve the purpose of providing a national contest between deserving winning teams. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

## Closed Bowl Game

A "closed" bowl game is one in which participation is limited to champions of Division I-A conferences that have a contractual agreement with a sponsoring agency.

## Deserving Winning Team

A deserving winning team is defined as one that wins a minimum of six games against Division I-A competition and whose record includes more wins than losses. Tie games do not count as one-half of a win or loss. Only a conference champion may seek a waiver of these requirements.

Division I-A contests played in Hawaii are exempt from NCAA legislation limiting a season to 11 games, but this competition does count in the six-win requirement. An institution that participates in an exempt contest, however, must have more wins than losses against Division I-A opponents to be eligible to participate in a bowl game even if it meets the six-win requirement.

## Official Invitation and Acceptance

An official invitation for an institution to participate in a bowl game shall be issued in writing from the executive director of the sponsoring

7

CONFIDENTIAL

NCAA 018300

agency to the participating institution's director of athletics, who shall send to the executive director written confirmation of the acceptance of the invitation. (A sample of these letters is in Appendix B.)

### Expectations

It is important that institutional representatives and game management have a clear understanding of the expectations that each party has of the other. Game management, for example, shall provide the director of athletics a master schedule and a list of social events available, which would include the number of complimentary admissions and the cost and number of additional tickets the institution may purchase. (A sample of the summary is in Appendix C.) Once decisions are reached in each of these areas, the institution and game management have an obligation to honor the agreements.

### Enhancing the Bowl Experience

The committee has adopted suggested policies (Appendix D) that are designed to enhance the bowl experience for student-athletes and the institution and to improve communication between it and game management.

## Coalition of Conferences and Bowls

Five conferences (Atlantic Coast, Big East, Big Eight, Southeastern and Southwest) and the University of Notre Dame have formed a coalition with the Federal Express Orange, IBM OS/2 Fiesta, Mobil Cotton and USF&G Sugar bowls.

The Big Eight, SEC and SWC champions automatically qualify for the Federal Express Orange, USF&G Sugar and Mobil Cotton bowls, respectively; the remaining conference champions and Notre Dame are available for the other berths. The selections will be made to permit the highest-ranked teams from the coalition to play each other, except that the three champions listed above are committed to the three bowls, regardless of ranking.

For example, if the teams ranked No. 1 and No. 2 in The Associated Press poll (the poll for the ranking may be changed to include a combination of AP and the American Football Coaches Association poll administered by USA Today and Cable News Network) represent the Atlantic Coast and/or Big East conferences and Notre Dame, these two opponents would meet in the IBM OS/2 Fiesta Bowl.

If not, the Mobil Cotton, Federal Express Orange and USF&G Sugar bowls will select the opponents for the champions of the SWC, Big Eight and SEC, respectively, in the order of the rankings for the predetermined teams. Both the ACC and the Big East are guaranteed berths in one of these three bowls. The IBM OS/2 Fiesta Bowl then will select from the available at-large teams.

The selection process will not be completed until after the SEC championship game December 4.

The Outback Steakhouse Gator and John Hancock bowls then will

8

CONFIDENTIAL

NCAA 018301

select, in the order listed, teams from the following conferences to fill a portion of their brackets: Atlantic Coast, Big East, Big Eight, Pacific-10 and Southwest. (The SEC No. 3 team will play in the Outback Steakhouse Gator Bowl.)

A summary of bowl agreements is included as Appendix E.

## Visits From Bowl Representatives

The following policies shall govern game visits by bowl representatives.

    a. A bowl organization only should visit games of teams eligible to participate in its game.

    b. A sports agent who participates in a bowl organization's committee structure shall not have access to the press box or other areas and activities that would provide the individual access to student-athletes.

    c. If an individual is not an official representative designated by the bowl, the person shall not wear a blazer issued by the sponsoring agency.

    d. **Before the first Saturday in October.**

        1. A bowl representative may attend a game if the individual incurs the expense involved.

            (a) The bowl representative, however, must sit in the stands even if the individual is invited to sit in another area to which bowl representatives normally have access.

            (b) The representative is prohibited from conducting bowl business (e.g., visiting the locker room).

        2. A representative(s) of a bowl that has a contractual agreement with a conference may attend any game between two institutions from that conference.

        3. A bowl representative(s) may attend the first home game involving an institution that participated in that bowl's most recent postseason football game.

    e. **Beginning the first Saturday in October.**

        1. Two bowl representatives may receive press credentials.

        2. A third and/or fourth representative from a bowl may accompany two other representatives to a site.

            (a) The individual(s) shall not receive credentials.

            (b) The individual(s) may purchase a ticket in the stands but may not be invited to sit in another area to which bowl representatives normally have access.

            (c) The individual(s) shall not visit the locker rooms after the game.

## Bowl Site Inspection Visit

A checklist of information (Appendix F) has been developed that institutional representatives may wish to use on their inspection visit to the city hosting the postseason football game in which it will participate. The checklist should address most items that the institution will

9

NCAA 018302

require to finalize and facilitate planning for its trip.

Bowl management shall provide the information outlined in the bowl site checklist to a participating institution no later than one week after the institution has accepted an invitation to participate in the game. Bowl management shall identify corporate sponsorship agreements that may be in conflict with contracts that a participating institution may have with a corporate entity (e.g., a nutrient drink in the bench area).

# Financial Administration

## Minimum Guarantee

Institutions participating in a certified postseason football game shall receive the greater of 75 percent of the gross receipts or $750,000 each in 1994-95 and 1995-96.

Each institution always shall receive an equal share of the gross receipts. Under no circumstances shall a participating team receive less than $750,000.

Each institution may be required to pay its own transportation and other team expenses incidental to the game from its percentage of gross receipts.

A waiver of this provision may be granted to a closed game.

## Components of Gross Receipts

The gross receipts shall include all revenues derived from the game. Definitions of the individual components are listed in Appendix H. The components include:

a. Sale of tickets (less applicable taxes, except those paid as stadium-use taxes for rental, cost of permanent equipment, or in lieu thereof). All tickets, including those provided for the participating student-athletes, shall be accounted for at face value and shall become a part of the gross receipts;
b. Membership fees/dues;
c. Concessions;
d. Programs, except when the printing and sale of programs or the production and sale of concession items are performed by an independent third party under contract with the sponsoring agency and it receives only a share of the net receipts. Gross receipts then shall include only the net amount received for such items by the sponsoring agency from the third party;
e. Advertising (programs, radio, television, video, tickets);
f. Radio, unless the official stations of the participating institutions are permitted to originate the broadcast to their normal outlets;
g. Television, pay-per-view and movie/video rights;
h. Title sponsorships;
i. Merchandising sales and licensing fees;
j. Interest income;
k. Corporate sponsors/contributions; and

10

CONFIDENTIAL

NCAA 018303

l.  Any other income derived from the operation of the game, includ-
    ing affiliated events, multibowl promotional activities, corporate
    sponsorship revenues and "gifts in kind" as identified by the com-
    mittee.

General administrative and operating expenses shall be included in
the sponsoring agency's share of gross receipts.

Revenues and expenses generated by events that do not relate to the
game in any way should not be included in gross receipts. When the
name of the bowl is used in such an event, the sponsoring agency may
request an exception (Appendix G) to its inclusion in the computation
in gross receipts from the committee.

### Deductions From Gross Receipts

The following expenses incurred by the sponsoring agency of a post-
season football game may be deducted from gross receipts:

a.  Letter of credit required for recertification,
b.  Annual certification fee paid to the Association,
c.  Radio income if the official station and/or network of each partic-
    ipating team was permitted to purchase origination rights to the
    bowl game,
d.  Corporate sponsor receipts that are for the direct benefit of the
    competing institutions (e.g., luncheon for players),
e.  Any other special deduction(s) authorized by the committee, and
f.  Pro rata share of expenses for multibowl promotional activities
    approved in advance by the committee.

### Interest Income

Gross receipts shall include interest on net gross receipts from game
day through the date of distribution to the competing institutions. Net
gross receipts for the purpose of calculating interest income shall be
defined as total gross receipts less:

a.  Ticket revenue retained by a participating institution;
b.  The NCAA certification fee; and
c.  The cost of a letter of credit, if required.

Interest on television and title sponsorship revenue shall be calculat-
ed from the date of payment, as required in the fully executed contrac-
tual document, but in no case shall interest be computed as received
later than January 31, through date of distribution to the competing
institutions. Interest shall be calculated at the first 30-day U.S. Treasury
bill rate available after the respective bowl game.

### Escrow

Although a sponsoring agency may confront a potential tax liability
on a portion of its revenues, participating institutions shall receive the
greater of 75 percent of gross receipts or not less than $750,000 each.
Any indemnification or escrow above the $750,000 minimum distribu-
tion must be voluntarily negotiated between the participant and game
management.

11

CONFIDENTIAL

NCAA 018304

### Audits

The committee or representatives designated by it may conduct audits of the financial information of an agency sponsoring a bowl game and other organizations and activities affiliated with it. Audits will be conducted in the summer and will review the immediate past game. Any involvement by a sponsoring agency's accounting firm in the NCAA auditing process is the expense of the sponsoring agency.

## Audited Financial Statement

The management of each bowl game shall submit an audited financial report of the immediate past game before an ensuing contest will be certified. This report must be received in the NCAA national office by mail or fax not later than April 1. Any report received after this date must be postmarked not later than March 25. The NCAA provides each bowl a financial report form (Appendix H) to be used for filing the results of the operation of its game.

## Distribution of Gross Receipts

Each competing institution's share of the gross receipts must be paid immediately upon completion of the audit of the game, but not later than April 1. The competing institutions shall receive an equal share of the gross receipts of the contest as prescribed in Bylaw 31.5. In no event shall more than 25 percent of the gross receipts be paid to or retained by any sponsoring person or organization. Out of the sponsor's portion of the gross receipts, all game expenses shall be paid, including specifically:

    a. Stadium rental,
    b. Tickets (printing, selling and collecting),
    c. Ushers,
    d. Game officials,
    e. Sideline crew, and
    f. Game promotion and publicity.

## Letter of Credit

The certification process may require a sponsoring agency annually to secure an irrevocable letter of credit (Appendices I and J) to guarantee the minimum payoff required for each team participating in a post-season game.

    a. Each certified postseason football bowl game that has not distributed an average minimum of $1 million to each of the participating institutions during the preceding three-year period annually shall secure an irrevocable letter of credit, guaranteeing the minimum revenues ($1,500,000 in 1994-95) that will be distributed to the participating teams. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration ($1,875,000 in 1995-96).

    b. The Las Vegas Bowl, which is a closed postseason contest between

12

NCAA 018305

the champions of the Big West Conference and Mid-American Athletic Conference, shall provide a letter of credit of $300,000, which would guarantee a minimum distribution of $150,000 to each team.

c. Bowl management must direct the financial institution that will provide the letter of credit to notify the NCAA by October 1 that it will be issued to the Association by November 1.

d. The letter of credit is payable to the NCAA.

e. The period of time covered by the letter of credit is from November 1 until the participating institutions have notified the NCAA that they have received their distribution of receipts, or not later than May 1 each year.

f. The NCAA is responsible for distributing the letter-of-credit revenues to participating institutions in the event of default.

g. The cost of the letter of credit is a permissible deduction from gross receipts.

## Certification Fee

The $12,000 annual certification fee is a permissible deduction before identifying total gross receipts.

## Loss-of-Income Insurance

The management of each certified postseason football game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts. This expense shall not be deducted from total gross receipts.

# Expenses

## Nonpermissible

### Prospects

A member institution shall not make special arrangements for a prospective student-athlete at a postseason football game. The institution specifically shall not:

a. Provide complimentary or reduced-cost admissions,

b. Make special arrangements for prospective student-athletes to purchase tickets to the bowl game,

c. Provide any entertainment (including meals) for prospective student-athletes at the game,

d. Make special arrangements for prospective student-athletes to attend a workout at a practice site, or

e. Provide tickets to professional sports contests made available to an institution on a complimentary basis.

### Special Entertainment

Any practice on an extended road trip shall take place either at the

13

competition site or on a direct route between two consecutive competition sites. It is not permissible for an institution to schedule practice sessions at other locations in order to provide entertainment opportunities for team members.

## Permissible

### Entertainment Within 100 Miles

An institution may pay the actual costs (but may not provide cash) for reasonable entertainment that takes place within a 100-mile radius of where a team plays or practices in connection with an away-from-home contest or en route to or from such a contest.

### Family

It is permissible for the wives and children of the full-time football staff, married eligible student-athletes, volunteers and graduate assistant coaches to receive actual and necessary expenses (e.g., transportation, lodging, meals and expenses associated with team entertainment functions). The decision to include staff members (and husbands, wives and children) is the responsibility of the participating institution or its conference.

### Lodging and Meals

An institution may provide actual and necessary expenses for lodging and meals to a student-athlete who is eligible to participate in a certified postseason football game.

### Movies

A film or movie, including pay-per-view movies in the athlete's hotel room, may be rented by the institution to show to its team the night before a game without the film or movie being considered an extra benefit not available to the student body.

### Per Diem

An institution may pay $10 per day to each member of the squad to cover unitemized incidental expenses during travel and practice for a period not to exceed 10 days. The per diem may be provided only after the team departs for or reports to the bowl site.

### Professional Sports Tickets

Complimentary tickets to professional sports contests shall not be provided to student-athletes, unless the tickets are provided by the institution (or by a representative of athletics interests through the institution) for entertainment purposes to student-athletes involved in an away-from-home contest. Under the latter circumstances, the institution may pay actual costs for reasonable entertainment that takes place during a team trip.

### Promotional Media Events

An institution may not pay transportation or other expenses for a student-athlete to attend special or single-game promotional media events

14

NCAA 018307

that are not regularly established local-media functions.

# Awards

Each participating institution shall receive a minimum of 95 awards or gifts from the management of the postseason bowl game. The participating institutions may purchase additional awards and gifts, consistent with Bylaw 16.1.4.2.

Awards for participation in postseason football games may be presented only by bowl management or an institution that has had or will have a team participate in a postseason football game.

The committee encourages each bowl to provide student-athletes with awards that approach the maximum value ($300) permitted by NCAA legislation.

## Eligibility

Only student-athletes eligible to compete in a postseason football bowl game may receive awards from the management of the event or from the participating member institutions. The awards shall include an appropriate institutional insignia or letter, bowl specification, or comparable identification.

## Value

The total value of any single award to any one student-athlete for a bowl game may not exceed $300.

A separate award may be presented to each student-athlete by the institution, providing it does not exceed $300.

Merchandise items that cannot be properly personalized (e.g., gift certificates, appliances or television sets) are prohibited.

Awards for most valuable players in bowl games are not countable in the $300 limitation but must conform to NCAA legislation and are limited in value to $250. Only one award may be given to a student-athlete in recognition of most-valuable or most-outstanding performance.

MVP awards may be presented by a member institution or a member conference (or an organization approved by either). Each MVP award must be approved by the institution (or the conference) and may not exceed $250 in value, and only one such award may be provided to each student-athlete; however, this amount need not be included in the $300 limit for all awards for a bowl game.

## Football National Championship

National-championship awards (the total value of each not to exceed $300) may be presented to members of the team designated as "national champions" by The Associated Press, United Press International or the American Football Coaches Association. Otherwise, only teams

15

CONFIDENTIAL

NCAA 018308

winning an NCAA national championship may be presented such awards by the institution.

All awards must be properly personalized and conform to the standards described in the NCAA bylaws (16.1.2, 16.1.3 and 16.1.4).

## Purchase Restrictions

An institution may not enter into a supplementary purchase arrangement with an awards supplier that permits the supplier to agree to sell an award (e.g., a watch or ring) at a price below the maximum amount specified by NCAA legislation with the understanding that the institution will make additional purchases of other unrelated items to enable the supplier to recover the costs for the original purchase. Such an arrangement would exceed the specific value limitations placed on permissible awards.

An institution may not combine the value limits of awards given in a sport during the same season to provide an award more expensive than permissible under separate application to some or all of its participating student-athletes.

The value of an award may not exceed specified value limits, and a student-athlete may not contribute to its purchase in order to meet those limits. All awards presented must be uniform for all team members receiving the award.

# Eligibility

## Institutional

To be eligible to enter teams or individual student-athletes in a postseason football game, an institution shall recognize the sport involved as a varsity intercollegiate sport and shall meet the institutional requirements applicable to Division I.

The eligibility rules governing individual participation and drug usage shall be as demanding for participants in postseason bowl games as those governing participation in NCAA championships.

An institution is not required to submit a separate certification of eligibility when it participates in a postseason football game since in-season eligibility standards are identical to those rules governing postseason play. The institution shall, however, maintain in its files student-athlete statements signed by team members to ensure that each representative is eligible for participation in a bowl game.

If an institution is alleged to have violated the terms of certification of eligibility (e.g., failing to report an ineligible student-athlete), it may be represented at the meeting of the NCAA Special Events Committee when the committee determines whether a violation occurred and, if so, whether the institution shall be ineligible to participate in a bowl for one or more years. The institution may submit a written statement or

16

CONFIDENTIAL

NCAA 018309

make an in-person presentation, or both. After the committee has ruled on the matter, its decision shall be final unless the institution appeals the decision to the NCAA Executive Committee. The Executive Committee shall hear the appeal at one of its regularly scheduled meetings unless there are compelling reasons to conduct a special meeting for such purpose.

### Deserving Winning Team

A deserving winning team is defined as one that wins a minimum of six games against Division I-A competition and whose record includes more wins than losses. Tie games do not count as one-half of a win or loss. Only a conference champion may seek a waiver of these requirements.

Division I-A contests played in Hawaii are exempt from NCAA legislation limiting a season to 11 games, but this competition does count in the six-win requirement. An institution that participates in an exempt contest, however, must have more wins than losses against Division I-A opponents to be eligible to participate in a bowl game even if it meets the six-win requirement.

### Mandatory Game Report

The director of athletics of an institution that participates in a postseason football game shall submit to the committee by February 1 a written report (Appendix K) detailing the conduct and administration, specifically game management, of the bowl before that institution is eligible to participate in subsequent postseason football competition.

A copy of the letters of invitation and acceptance to participate in a game and any correspondence to game management requesting the opportunity to purchase more than one-sixth of the tickets available in the stadium should be included with the mandatory game report.

### Insurance

An institution shall have evidence on file that it has adequate medical insurance before it is eligible to participate in a certified postseason football game.

## Student-Athlete

### Agents

An individual shall be ineligible for participation in a bowl game if he has agreed (orally or in writing) to be represented by an agent for the purpose of marketing his athletics ability or reputation in football. Further, an agency contract not specifically limited in writing to a sport or particular sports shall be deemed applicable to all sports, and the individual shall be ineligible to participate in any sport.

A sports agent who participates in a bowl organization's committee

17

CONFIDENTIAL

NCAA 018310

structure shall not have access to the press box or other areas and activities that would provide the individual access to student-athletes.

### Agent Affidavit

Any student-athlete participating in a football bowl game is required to complete and sign an affidavit (Appendix L) stating that he has not entered into an agreement to be represented by an agent.

Each institution selected or qualified for a postseason game shall be required to keep a copy of this affidavit on file at the institution to attest to the eligibility of its student-athletes.

If a student-athlete answers one or more of the odd-numbered questions other than "no" or refuses to agree to the truthfulness of his answers, or to execute the document, a copy of his affidavit shall be forwarded to the NCAA national office immediately.

## Drug Testing

Student-athletes who compete in a postseason football game are subject to drug tests in accordance with NCAA Bylaws 18.4.1.5 and 31.2.3 and may be determined to be ineligible as a result thereof. Only student-athletes who have consented in writing to such testing are initially eligible for the bowl; and thereafter, student-athletes who are tested shall remain eligible only if they test negative.

The goal of the drug-testing program is to provide fair and equitable competition for student-athletes competing in postseason football games. The program involves urine collection on specific occasions and laboratory analysis for substances on a list of banned drugs developed by the NCAA Executive Committee. This list consists of drugs generally purported to be performance enhancing and/or potentially harmful to the health and welfare of the student-athlete. The list specifically includes stimulants (such as amphetamines and cocaine) and anabolic agents, as well as other drugs. Refer to Appendix M for the published list of banned substances and the procedural guidelines for testing. Coaches are urged to review this material with their student-athletes before testing.

Persons who test positive at a bowl game automatically will be tested at the next postseason football game at which they appear and at which drug testing is being conducted.

It is the responsibility of the institution to notify the drug-testing crew chief that a student-athlete who is present must be tested to satisfy the retesting requirement.

Executive regulations pertaining to team-eligibility sanctions for positive tests resulting from the NCAA drug-testing program shall apply only in the following situation: If a student-athlete is declared ineligible before a certified postseason football game and the institution knowingly allows him to participate, all team-ineligibility sanctions shall apply (i.e., the team shall be required to forfeit its awards and any net receipts it may have earned, and the team's and student-athlete's performances shall be deleted from NCAA records).

18

CONFIDENTIAL

### Banned Drugs and Drug-Testing Methods

The Executive Committee shall adopt a list of banned drugs and shall authorize methods for drug testing of student-athletes on a year-round basis. The list of banned drugs and the procedures for informing member institutions about authorized methods for drug testing are included in Appendix M.

### Ineligibility for Use of Banned Drugs

A student-athlete who is found to have used a substance on the list of banned drugs, as set forth in Bylaw 31.2.3.1, shall be declared ineligible for further participation in postseason and regular-season competition in accordance with the ineligibility provisions in Bylaw 18.4.1.5.1. The certifying institution may appeal to the NCAA Eligibility Committee for restoration of the student-athlete's eligibility if the institution concludes that circumstances warrant restoration.

### Duration of Ineligibility

A student-athlete who tests positive (in accordance with the testing methods authorized by the Executive Committee) shall be charged with the loss of a minimum of one season of competition in all sports if the season of competition has not yet begun for that student-athlete or a minimum of the equivalent of one full season of competition in all sports if the student-athlete tests positive during his or her season of competition (i.e., the remainder of contests in the current season and contests in the subsequent season up to the period of time in which the student-athlete was declared ineligible during the previous year). The student-athlete shall remain ineligible for all regular-season and post-season competition during the time period ending one calendar year (i.e., 365 days) after the student-athlete's positive drug test, and until the student-athlete retests negative (in accordance with the testing methods authorized by the Executive Committee) and the student-athlete's eligibility is restored by the Eligibility Committee. If the student-athlete tests positive for the use of any drug, other than a "street drug" as defined in Bylaw 31.2.3.1, after being restored to eligibility, he or she shall lose all remaining regular-season and postseason eligibility in all sports. If the student-athlete tests positive for the use of a "street drug" after being restored to eligibility, he or she shall be charged with the loss of a minimum of one additional season of competition in all sports and also shall remain ineligible for regular-season and postseason competition at least through the next calendar year.

# Tickets

All tickets shall be accounted for at face value and are a part of gross receipts.

Each competing institution is allowed tickets for up to one-sixth of the total seats in the stadium. The institution shall determine the number of tickets that it shall be responsible for purchasing, and, once

19

CONFIDENTIAL

NCAA 018312

claimed, shall notify the management of the certified game, no later than noon (institution's time) on December 1 or one week after the institution has been invited or qualifies by contract to participate in a bowl, of the total number of tickets for which it shall become financially responsible.

a. **An institution that accepts an invitation to participate in a bowl game that did not distribute a minimum of $1 million to each participating team in the immediate past bowl shall not purchase more than one-sixth of the tickets available in the stadium. The chief executive officer of the institution may submit a written request for an exception to this policy from the committee stipulating that the additional tickets will be purchased at face value by constituents of that institution.**

b. A participating institution may negotiate an agreement with bowl management that permits it to purchase less than one-sixth of the total seats in the stadium.

c. A participating institution has an obligation to meet the deadline or be responsible for purchasing all tickets in its possession thereafter.

d. A participating institution may not return any tickets to bowl management after the deadline unless this option is approved by bowl management.

The sponsoring agency of a bowl shall sell at face value 50 percent of the total tickets sold for the game, less those assigned to the participating institutions. This requirement will be waived by the Special Events Committee only to permit game management to accommodate the demands of a participating institution.

The sponsoring agency shall average selling 25,000 tickets, or 50 percent of those available for sale in the stadium, over a three-year period unless the committee authorizes a waiver to maintain certification.

## Complimentary Admissions

The awarding of complimentary admissions to student-athletes is governed by the provisions of NCAA Bylaw 16.2.1. An institution shall not award more than four complimentary admissions per student-athlete nor any complimentary admissions to student-athletes in other sports.

A student-athlete may not receive any payment from any source for the complimentary admissions and may not exchange them for any item of value. A member institution also is prohibited from providing tickets or making special arrangements for prospective student-athletes to purchase tickets to a bowl game.

### Complimentary "Pass List" Ticket Gate

Bowl management shall identify at least two weeks before the game the physical location for the player complimentary "pass list" ticket gate.

Each participating institution shall administer a gate to admit indi-

20

CONFIDENTIAL

NCAA 018313

viduals who are listed on the player complimentary "pass list." This listing only may include the names of family members, relatives, fellow students and one "wild card" who has been designated by the student-athlete. Hard tickets shall not be issued. Once inside the stadium, however, a seat identification ticket may be provided to assist individuals in locating their assigned seats.

# General Information

## Advertising

Advertising policies of the Association are designed to exclude those advertisements that do not appear to be in the best interests of higher education. The committee chair shall have the authority to rule in cases where doubt exists concerning acceptable advertisers and advertising copy of game programs, broadcasts and telecasts of postseason football games; however, the following expressly are prohibited:

    a. Alcoholic beverages that exceed six percent alcohol by volume. Advertising of malt beverages, beer and wine products that do not exceed six percent alcohol by volume may be used in game programs. Such advertisements, however, shall not compose more than 14 percent of the space in the program devoted to advertising or not more than 90 seconds per hour of any telecast or broadcast (either a single 60-second commercial and one 30-second commercial or three 30-second commercials);

    b. Cigarettes and other tobacco products; and

    c. Organizations promoting gambling.

Nontherapeutic drugs and, generally, other drugs and patent medicine advertisements are excluded; however, analgesics, cold remedies, antacids and athletics-training aids that are in general use are acceptable. Institutional advertising by pharmaceutical firms also is acceptable.

No commercial or advertisement may relate, directly or indirectly, the advertising company or the advertised product to the participating institutions or student-athletes, or the Association itself, unless prior written approval has been granted by the NCAA executive director.

It should be noted that the NCAA reserves the right of final approval for all advertising at any championship or bowl game.

## Alcoholic Beverages

It is the prerogative of the sponsoring agency to determine if alcoholic beverages shall be sold or otherwise made available for public consumption at a postseason football game certified by the Association, or if such beverages may be brought to the site during the game (i.e., from the time access to the stadium is available to spectators until all patrons have left the area used for competition).

## Corporate Sponsorships

Institutions traditionally determine the products, equipment and

21

CONFIDENTIAL

NCAA 018314

A game official who uses an automobile to travel to the bowl shall be reimbursed 27 cents per mile round trip, or 54 cents per mile one way.

## Uniforms

Each game official shall wear a standard uniform and is prohibited from wearing anything that identifies the bowl and/or sponsor(s).

# Transportation

An institution may provide the transportation for a student-athlete to travel from campus to the site of a bowl game and back to campus; or if the student-athlete goes home during the vacation period, the institution may pay (in lieu of providing team transportation) the greater of the transportation costs for the student-athlete to travel from:

    a. Campus to the bowl site and back to campus,

    b. Campus to the student-athlete's home and back to campus, or

    c. The student-athlete's home to the bowl site and back home.

It is permissible for any athletics department staff member to furnish transportation to eligible student-athletes to the campus from the nearest bus or train station or major airport in conjunction with practice and/or team travel relating to competition that occurs between the end of a final examination period of the fall semester (or fall or winter quarter) and the beginning of the following regular term.

# Certification

A member institution shall not participate in any noncollegiate- or nonconference-sponsored postseason football game unless it has been certified by the Special Events Committee.

A postseason football bowl game is conducted after the regular football season ends and involves teams selected because of their regular-season performance (e.g., won-lost record, conference championship). Participation by member institutions is limited to bowl games that are certified by the Association. The certified postseason bowl game shall meet all requirements and conditions set forth in NCAA Bylaw 30.9.

### Bowl Representation at April Meeting

A sponsoring agency requesting initial certification or recertification for a postseason football game shall have a representative attend the committee's annual April meeting.

## Initial Bowl Certification

Any sponsoring agency seeking initial certification for a postseason football bowl game shall adhere to the following NCAA bylaws and executive regulations:

    a. The bowl game must serve the purpose of providing a national contest between deserving winning teams.

31

CONFIDENTIAL

NCAA 018324

b. The competing institutions shall be active members of this Association, and a member institution shall not participate in more than one such game during any academic year.

c. The application for the inauguration of a contest will be received from a proposing sponsor only at the annual spring meeting of the Special Events Committee. The application shall be received at the NCAA national office by mail or fax not later than January 15. Any application received after that date must be postmarked not later than January 10. The committee will approve or disapprove the contest at its annual spring meeting held during the next calendar year. The proposing sponsor shall submit to the committee, with its application form, a projected financial report showing financial soundness of the proposed game.

d. The committee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the committee.

e. Institutions competing in bowl games shall receive the greater of 75 percent of the gross receipts or $750,000 each during the 1994-95 academic year.

f. An agency that wishes to sponsor a postseason football contest must secure a $2 million irrevocable letter of credit payable to the NCAA. The letter shall be in effect from the time of the agency's initial application to the committee's annual spring meeting until it is replaced after certification by a new letter of credit, guaranteeing the revenues that will be distributed to the participating teams plus an additional 25 percent to cover expenses related to game management, operations and administration.

g. Each postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross revenues.

h. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.

i. The site, date, time and name of a certified game, as represented by the sponsoring agency, may not be changed after the committee's initial approval of the application without the approval of the committee.

j. A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.

k. Bowl management shall acknowledge that the committee has the authority to review any document related to the bowl game,

32

CONFIDENTIAL

NCAA 018325

which would include title and other corporate contracts and any television contract(s).

## Initial Bowl-Certification Application Form

A sponsoring agency requesting initial certification also must meet these additional requirements that are included on the application form. It shall:

a. List all personnel who will serve on the game's governing board or management committee;

b. Provide evidence of the experience or association that the management personnel has had with collegiate football;

c. Demonstrate the financial ability of management or the sponsoring agency to guarantee the success of the game. It shall include a $2 million letter of credit (Appendix I) payable to the NCAA, which shall be in effect from the time the initial application for certification is submitted to the committee until it is replaced after certification by a letter of credit, guaranteeing the minimum revenues that will be distributed to the participating teams and an additional 25 percent for game-management, operational and administrative expenses;

d. Identify the amount of money on hand or to which there is access to guarantee game and team expenses;

e. Estimate the total gross receipts to be realized from the game;

f. Detail proposals for promoting the game;

g. Provide plans for selling tickets, identify the number of tickets, if applicable, and demonstrate its understanding that the bowl will be ineligible for recertification should it fail to average selling 25,000 tickets or 50 percent of those available for sale in the stadium over a three-year period, unless the committee grants it a waiver to meet the demands of the participating institutions;

h. Name the charitable or educational purpose(s) for which the game will be conducted;

i. Indicate the type of institutions that will be invited to participate;

j. Provide evidence of the experience of the sponsoring group in conducting such games or similar affairs;

k. Indicate the plans for television and radio coverage;

l. Submit the organizational operating structure, including a chart or diagram, with an indication of the extent of active community involvement in game promotion and management;

m. Provide letters recommending certification of the bowl game signed by 25 Division I-A athletics directors and/or conference commissioners who represent institutions that have participated in bowl games at least one time in the previous five years. The letters shall not represent more than one-half of the institutions within any single conference or the membership of the committee;

n. Certify that the stadium has a minimum seating capacity of 50,000, and any other pertinent information or comments; and

o. Acknowledge that the committee has the authority to review any

33

CONFIDENTIAL

NCAA 018326

document related to the bowl game, which would include title
and other corporate contracts and any other television contract(s).

## Recertification of Established Postseason Games

Any sponsoring agency seeking recertification for a postseason foot-
ball game shall adhere to the following NCAA bylaws and executive
regulations:

   a. Applications for recertification shall be received by the Special
      Events Committee not later than April 1.

   b. An audited financial report of the immediate past game shall be
      received at the national office by mail or fax not later than April 1.
      Any application or financial report received after that date must
      be postmarked not later than March 25.

   c. The sponsor of a game (other than a closed game) shall:

      1. Sell tickets equaling at least 50 percent of stadium capacity,
         excluding those sold by the participating institutions;

      2. Average selling 25,000 tickets, or 50 percent of those available
         for sale in the stadium, over a three-year period unless the com-
         mittee grants the bowl a waiver to meet the ticket demands of
         the participating institutions; and

      3. Return to each of the participating teams an equal amount
         determined by the committee or 37.5 percent of the gross
         receipts, whichever is greater.

   d. A certified game shall be held in the academic year for which it is
      certified; otherwise, the certification lapses.

   e. The site, date, time and name of a certified game, as represented
      by the sponsoring agency in its application for recertification, may
      not be changed without the approval of the committee.

   f. The bowl game must serve the purpose of providing a national
      contest between deserving winning teams.

   g. The competing institutions shall be active members of the
      Association, and a member institution shall not participate in
      more than one such game during any academic year.

   h. The committee shall prepare certification documents that require
      the management of each postseason bowl game to enter into a
      contractual agreement through the NCAA certification program.
      This agreement stipulates that the bowl management agrees to
      comply with the NCAA's principles for the conduct of intercolle-
      giate athletics, as set forth in Constitution 2 and relevant bylaws
      and interpretations, and with other policies adopted by the com-
      mittee.

   i. Institutions competing in bowl games shall receive the greater of
      75 percent of the gross receipts or $750,000 each during the 1994-
      95 academic year.

   j. A postseason football contest that has not distributed an average
      minimum of $1 million to each participating institution during the
      preceding three-year period shall secure annually an irrevocable
      letter of credit (Appendix J), guaranteeing the minimum revenues

CONFIDENTIAL

NCAA 018327

that will be distributed to the participating teams. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit shall be made payable to the NCAA and annually shall cover the period from November 1 until the participating institutions have notified the NCAA that they have received their distribution of gross receipts, or not later than May 1. It shall specify that the Association is responsible for the distribution of revenues to the participating institutions in the event of default. The cost of the letter of credit shall be deducted from the contest's gross receipts.

k. Each certified postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross receipts.

l. The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts.

m. Bowl management shall certify that the stadium has a minimum seating capacity of 50,000.

n. Bowl management shall acknowledge that the committee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

## Penalties for Failure to Comply With Requirements

If the management of a certified game fails to comply with NCAA Bylaw 30.9, the requirement for an audited financial report for the immediate past game, or the Special Events Committee's policies and procedures (approved by the NCAA Council), the committee has the option to withhold certification for the postseason bowl game for one year or fine it a percentage of its gross receipts, not to exceed 50 percent, from the contest involved in the noncompliance, with the amount to be determined by it and approved by the Council.

The fine shall be paid to the NCAA, which shall forward 50 percent of any new revenues received to each participating institution within 10 working days after the financial penalty has been paid.

35

CONFIDENTIAL

NCAA 018328

# Appendix E

## SUMMARY OF 1994-95 BOWL AGREEMENTS

| BOWL | CLOSED | 1 CLOSED BERTH | OPEN |
|---|---|---|---|
| Alamo | SWC-3/PAC-10-4 | | |
| Carquest | Big East-3/SEC-5 | | |
| CompUSA Florida Citrus | Big Ten-2/SEC-2 | | |
| Federal Express Orange | Big Eight-1/Coalition I | | |
| Freedom | WAC-2/PAC-10-3 | | |
| Hall of Fame | ACC-4/Big Ten-4 | | |
| IBM OS/2 Fiesta | Coalition I/Coalition I | | |
| Jeep Eagle Aloha | | Big Eight-3 | 1 |
| John Hancock | Coalition II/Coalition II (2) | | |
| Las Vegas | Big West-1/MAC-1 | | |
| Mobil Cotton | SWC-1/Coalition I | | |
| Outback Steakhouse Gator | SEC-3/Coalition II (1) | | |
| Peach | ACC-3/SEC-4 | | |
| Poulan/Weed Eater Independence | | | 2 |
| Rose | PAC-10-1/Big Ten-1 | | |
| St. Jude Liberty | | * | 1 |
| Thrifty Car Rental Holiday | WAC-1/Big Ten-3 | | |
| USF&G Sugar | SEC-1/Coalition I | | |
| Weiser Lock Copper | | Big Eight-4 | 1 |

* Either Cincinnati, East Carolina, Memphis, Southern Mississippi or Tulane.

Note: Numbers in parenthesis indicate order of selection for Coalition Tier II bowls in 1994. Numbers after dash indicate selection of conference team that goes to bowl.

49

CONFIDENTIAL

NCAA 018342