# 1993-94 NCAA POSTSEASON FOOTBALL HANDBOOK

**National Collegiate Athletic Association**

CONFIDENTIAL

EXHIBIT "11"

NCAA 018405



THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

6201 College Boulevard
Overland Park, Kansas 66211-2422
913/339-1906
September 1993

Text Prepared By: David E Cawood. *Assistant Executive Director for Marketing and Broadcast Services*
Edited By: J Gregory Summers, *Assistant Director of Publishing*

NCAA, NCAA seal, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

CONFIDENTIAL

# Special Events Committee

The NCAA Special Events Committee consists of 12 members, all of whom represent Division 1-A institutions, including at least one from each conference whose primary representative participates in a certified postseason football game that is in full compliance with NCAA Bylaw 31.5.1. The committee is responsible for issues involving postseason football contests and college all-star football and basketball contests, and it has oversight responsibilities for any preseason football games authorized under NCAA legislation Individuals who serve on the Special Events Committee are:

David T. Braine, Virginia Polytechnic Institute
Charles Cavagnaro, Memphis State University
Donnie Duncan, University of Oklahoma, *chair*
Ferdinand A. Geiger, University of Maryland, College Park
Ron Guenther, University of Illinois, Champaign
Thomas C. Hansen, Pacific-10 Conference
Cecil W. Ingram, University of Alabama, Tuscaloosa
Fred Jacoby, Southwest Conference
Christine Plonsky, Big East Conference
Richard A. Rosenthal, University of Notre Dame
Col. Kenneth L. Schweitzer, U.S. Air Force Academy
Marnie W. Swift, University of Toledo

David E. Cawood, NCAA assistant executive director for marketing and broadcast services, is the staff liaison. He is assisted by Keith E. Martin, NCAA director of accounting.

# 1993-94 Certified Bowl Games

| Date | Game | Time (EST) | Network |
|---|---|---|---|
| December 17 | Las Vegas Bowl | 8 p.m | ESPN |
| December 24 | John Hancock Bowl | 2:30 p.m. | CBS |
| December 25 | Jeep Eagle Aloha Bowl | 3:30 p.m. | ABC |
| December 28 | St. Jude Liberty Bowl | 8 p.m. | ESPN |
| December 29 | Weiser Lock Copper Bowl | 9:30 p m | ESPN |
| December 30 | Thrifty Car Rental Holiday Bowl | 8 p.m. | ESPN |
| December 30 | Freedom Bowl | 9 p m. | Raycom |
| December 31 | Poulan/Weed Eater Independence Bowl | 12:30 p m. | ESPN |
| December 31 | Peach Bowl | 6 p m. | ESPN |
| December 31 | Outback Steakhouse Gator Bowl | 7 p m | TBS |
| December 31 | Alamo Bowl | 9:30 p.m. | ESPN |
| January 1 | Hall of Fame Bowl | 11 a.m. | ESPN |
| January 1 | CompUSA Florida Citrus Bowl | 1 p m. | ABC |
| January 1 | Mobil Cotton Bowl Classic | 1 p.m. | NBC |
| January 1 | Sunshine Football Classic | 1:30 p m. | CBS |
| January 1 | IBM OS/2 Fiesta Bowl | 4:30 p.m. | NBC |
| January 1 | Rose Bowl | 5 p m. | ABC |
| January 1 | Federal Express Orange Bowl | 8 p.m. | NBC |
| January 1 | USF&G Sugar Bowl | 8:30 p m. | ABC |

6

CONFIDENTIAL

NCAA 018410

A directory listing the officers of the Football Bowl Association and the names, addresses and telephone numbers of the executive directors of the 1993-94 certified postseason football games is included in this handbook as Appendix A.

### Name, Site, Date and Time Changes

The name, site, date and/or time of a postseason football game cannot be changed without approval of the committee. Recognizing that it may be advantageous for an institution, specifically, and intercollegiate football, generally, to change the date or time after September 1, a subcommittee has been formed to assist institutional and bowl-management personnel in reviewing these requests. All inquiries should be directed to Donnie Duncan, chair, or David E. Cawood, staff liaison, at the NCAA national office.

### Final Date for Bowl Game

A certified postseason football game must be played not later than the January 2 immediately after the regular football season or, if January 2 falls on a Friday or a Sunday, not later than January 3 of that year.

# Bowl Game Invitations

A bowl game must serve the purpose of providing a national contest between deserving winning teams. The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

## Closed Bowl Game

A "closed" bowl game is one in which participation is limited to champions of Division I-A conferences that have a contractual agreement with a sponsoring agency.

## Deserving Winning Team

A deserving winning team is defined as one that wins a minimum of six games against Division I-A competition and whose record includes more wins than losses against those opponents. Tie games do not count as one-half of a win or loss. Only a conference champion may seek a waiver of these requirements.

## Official Invitation and Acceptance

An official invitation for an institution to participate in a bowl game shall be issued in writing from the executive director of the sponsoring agency to the participating institution's director of athletics, who shall send to the executive director written confirmation of the acceptance of the invitation. (A sample of these letters is in Appendix B.)

### Expectations

It is important that institutional representatives and game management

7

NCAA 018411

have a clear understanding of the expectations that each party has of the other. Game management, for example, shall provide the director of athletics a master schedule and a list of social events available, which would include the number of complimentary admissions and the cost and number of additional tickets the institution may purchase. (A sample of the summary is in Appendix C.) Once decisions are reached in each of these areas, the institution and game management have an obligation to honor the agreements.

### Enhancing the Bowl Experience

The committee has adopted suggested policies (Appendix D) that are designed to enhance the bowl experience for student-athletes and the institution and to improve communication between it and game management.

## Coalition of Conferences and Bowls

Five conferences (Atlantic Coast, Big East, Big Eight, Southeastern and Southwest) and the University of Notre Dame have formed a coalition with the Federal Express Orange, IBM OS/2 Fiesta, Mobil Cotton and USF&G Sugar bowls.

The Big Eight, SEC and SWC champions automatically qualify for the Federal Express Orange, USF&G Sugar and Mobil Cotton bowls, respectively; the remaining conference champions and Notre Dame are available for the other berths. The selections will be made to permit the highest-ranked teams from the coalition to play each other, except that the three champions listed above are committed to the three bowls, regardless of ranking.

For example, if the teams ranked No. 1 and No. 2 in The Associated Press poll (the poll for the ranking may be changed to include a combination of AP and the American Football Coaches Association poll administered by USA Today and Cable News Network) represent the Atlantic Coast and/or Big East conferences and Notre Dame, these two opponents would meet in the IBM OS/2 Fiesta Bowl.

If not, the Mobil Cotton, Federal Express Orange and USF&G Sugar bowls will select the opponents for the champions of the SWC, Big Eight and SEC, respectively, in the order of the rankings for the predetermined teams. Both the ACC and the Big East are guaranteed berths in one of these three bowls. The IBM OS/2 Fiesta Bowl then will select from the available at-large teams.

The selection process will not be completed until after the SEC championship game December 4.

The Outback Steakhouse Gator and John Hancock bowls then will select, in the order listed, teams from the following conferences to fill a portion of their brackets: Atlantic Coast, Big East, Big Eight, Pacific-10 and Southwest. (The SEC No. 3 team will play in the Outback Steakhouse Gator Bowl.)

A summary of bowl agreements is included as Appendix E

## Visits From Bowl Representatives

The following policies shall govern game visits by bowl representatives.

8

CONFIDENTIAL

NCAA 018412

A. Before the first Saturday in October.
  1. A bowl representative may attend a game if the individual incurs the expense involved.
    (a) The bowl representative, however, must sit in the stands even if the individual is invited to sit in another area in which bowl representatives normally have access
    (b) The representative is prohibited from conducting bowl business; e.g., visiting the locker room
  2. A representative(s) of a bowl that has a contractual agreement with a conference may attend any game between two institutions from that conference.
  3. A bowl representative(s) may attend the first home game involving an institution that participated in that bowl's most recent postseason football game.  .
B. Beginning the first Saturday in October
  1. Two bowl representatives may receive press credentials.
  2. A third and/or fourth representative from a bowl may accompany two other representatives to a site.
    (a) The individual(s) shall not receive credentials.
    (b) The individual(s) may purchase a ticket in the stands but may not be invited to sit in another area in which bowl representatives normally have access.
    (c) The individual(s) shall not visit the locker rooms after the game.
C  If an individual is not an official representative designated by the bowl, the person shall not wear a blazer issued by the sponsoring agency.

## Bowl Site Inspection Visit

A checklist of information (Appendix F) has been developed that institutional representatives may wish to use on their inspection visit to the city hosting the postseason football game in which it will participate. The checklist should address most items that the institution will require to finalize and facilitate planning for its trip.

Bowl management shall provide the information outlined in the bowl site checklist to a participating institution no later than one week after the institution has accepted an invitation to participate in the game. Bowl management shall identify corporate sponsorship agreements that may be in conflict with contracts that a participating institution may have with a corporate entity (e g , a nutrient drink in the bench area)

# Financial Administration

## Minimum Guarantee

Institutions participating in a certified postseason football game shall receive the greater of 75 percent of the gross receipts or $700,000 each.

9

CONFIDENTIAL

NCAA 018413

Each institution always shall receive an equal share of the gross receipts. Under no circumstances shall a participating team receive less than $700,000 in 1993-94.

Each institution may be required to pay its own transportation and other team expenses incidental to the game from its percentage of gross receipts.

A waiver of this provision may be granted to a closed game

## Components of Gross Receipts

The gross receipts shall include all revenues derived from the game. Definitions of the individual components are listed in Appendix H The components include:

(a) Sale of tickets (less applicable taxes, except those paid as stadium-use taxes for rental, cost of permanent equipment, or in lieu thereof) All tickets, including those provided for the participating student-athletes, shall be accounted for at face value and shall become a part of the gross receipts;

(b) Membership fees/dues,

(c) Concessions;

(d) Programs, except when the printing and sale of programs or the production and sale of concession items are performed by an independent third party under contract with the sponsoring agency and it receives only a share of the net receipts. Gross receipts then shall include only the net amount received for such items by the sponsoring agency from the third party;

(e) Advertising (programs, radio, television, video, tickets);

(f) Radio, unless the official stations of the participating institutions are permitted to originate the broadcast to their normal outlets,

(g) Television, pay-per-view and movie/video rights;

(h) Title sponsorships;

(i) Merchandising sales and licensing fees,

(j) Interest income;

(k) Corporate sponsors/contributions, and

(l) Any other income derived from the operation of the game, including affiliated events, multibowl promotional activities, corporate sponsorship revenues and "gifts in kind" as identified by the committee.

General administrative and operating expenses shall be included in the sponsoring agency's share of gross receipts

Revenues and expenses generated by events that do not relate to the game in any way should not be included in gross receipts. When the name of the bowl is used in such an event, the sponsoring agency may request an exception (Appendix G) to its inclusion in the computation in gross receipts from the committee.

### Deductions From Gross Receipts

The following expenses incurred by the sponsoring agency of a postseason football game may be deducted from gross receipts:

(a) Letter of credit required for recertification,

10

(b) Annual certification fee paid to the Association,
(c) Radio income if the official station and/or network of each participating team was permitted to purchase origination rights to the bowl game,
(d) Corporate sponsor receipts that are for the direct benefit of the competing institutions (e.g., luncheon for players),
(e) Any other special deduction(s) authorized by the committee, and
(f) Pro rata share of expenses for multibowl promotional activities approved in advance by the committee.

## Interest Income

Gross receipts shall include interest on net gross receipts from game day through the date of distribution to the competing institutions. Net gross receipts for the purpose of calculating interest income shall be defined as total gross receipts less:

(1) Ticket revenue retained by a participating institution;
(2) The NCAA certification fee, and
(3) The cost of a letter of credit, if required

Interest on television and title sponsorship revenue shall be calculated from the date of payment, as required in the fully executed contractual document, but in no case shall interest be computed as received later than January 31, through date of distribution to the competing institutions. Interest shall be calculated at the first 30-day U.S. Treasury bill rate available after the respective bowl game.

## Escrow

Although a sponsoring agency may confront a potential tax liability on a portion of its revenues, participating institutions shall receive the greater of 75 percent of gross receipts or not less than $700,000 each. Any indemnification or escrow above the $700,000 minimum distribution must be voluntarily negotiated between the participant and game management.

## Audits

The committee or representatives designated by it may conduct audits of the financial information of an agency sponsoring a bowl game and other organizations and activities affiliated with it. Audits will be conducted in the summer and will review the immediate past game. Any involvement by a sponsoring agency's accounting firm in the NCAA auditing process is the expense of the sponsoring agency.

## Audited Financial Statement

The management of each bowl game shall submit an audited financial report of the immediate past game before an ensuing contest will be certified. This report must be received in the NCAA national office by mail or wired transmission not later than March 31. Any report received after this date must be postmarked not later than March 25. The NCAA provides each bowl a financial report form (Appendix H) to be used for

11

CONFIDENTIAL

NCAA 018415

filing the results of the operation of its game.

## Distribution of Gross Receipts

Each competing institution's share of the gross receipts must be paid immediately upon completion of the audit of the game, but not later than April 1. The competing institutions shall receive an equal share of the gross receipts of the contest as prescribed in Bylaw 31.5. In no event shall more than 25 percent of the gross receipts be paid to or retained by any sponsoring person or organization. Out of the sponsor's portion of the gross receipts, all game expenses shall be paid, including specifically:

(a) Stadium rental,
(b) Tickets (printing, selling and collecting),
(c) Ushers,
(d) Game officials,
(e) Sideline crew, and
(f) Game promotion and publicity.

## Letter of Credit

The certification process may require a sponsoring agency annually to secure an irrevocable letter of credit (Appendices I and J) to guarantee the minimum payoff required for each team participating in a postseason game.

(a) Each certified postseason football bowl game that has not distributed an average minimum of $1 million to each of the participating institutions during the preceding three-year period annually shall secure an irrevocable letter of credit, guaranteeing the minimum revenues ($1,400,000 in 1993-94) that will be distributed to the participating teams. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration ($1,750,000 in 1993-94).

(b) The Las Vegas Bowl, which is a closed postseason contest between the champions of the Big West Conference and Mid-American Athletic Conference, shall provide a letter of credit of $300,000, which would guarantee a minimum distribution of $150,000 to each team.

(c) Bowl management must direct the financial institution that will provide the letter of credit to notify the NCAA by October 1 that it will be issued to the Association by November 1.

(d) The letter of credit is payable to the NCAA.

(e) The period of time covered by the letter of credit is from November 1 until the participating institutions have notified the NCAA that they have received their distribution of receipts, or not later than May 1 each year.

(f) The NCAA is responsible for distributing the letter-of-credit revenues to participating institutions in the event of default.

(g) The cost of the letter of credit is a permissible deduction from

12

CONFIDENTIAL                                 NCAA 018416

gross receipts.

## Certification Fee

The $12,000 annual certification fee is a permissible deduction before identifying total gross receipts.

## Loss-of-Income Insurance

The management of each certified postseason football game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts This expense shall not be deducted from total gross receipts

# Expenses

## Nonpermissible

### Prospects

A member institution shall not make special arrangements for a prospective student-athlete at a postseason football game The institution specifically shall not·
(a) Provide complimentary or reduced-cost admissions;
(b) Make special arrangements for prospective student-athletes to purchase tickets to the bowl game;
(c) Provide any entertainment (including meals) for prospective student-athletes at the game;
(d) Make special arrangements for prospective student-athletes to attend a workout at a practice site, or·
(e) Provide tickets to professional sports contests made available to an institution on a complimentary basis.

### Special Entertainment

Any practice on an extended road trip shall take place either at the competition site or on a direct route between two consecutive competition sites. It is not permissible for an institution to schedule practice sessions at other locations in order to provide entertainment opportunities for team members.

## Permissible

### Entertainment Within 100 Miles

An institution may pay the actual costs (but may not provide cash) for reasonable entertainment that takes place within a 100-mile radius of where a team plays or practices in connection with an away-from-home contest

### Family

It is permissible for the wives and children of the full-time football staff, married eligible student-athletes, volunteers and graduate assistant coaches to receive actual and necessary expenses (e.g , transportation,

13

CONFIDENTIAL

NCAA 018417

# Certification

A member institution shall not participate in any noncollegiate- or nonconference-sponsored postseason football game unless it has been certified by the NCAA Special Events Committee.

A postseason football bowl game is conducted after the regular football season ends and involves teams selected because of their regular-season performance (e.g., won-lost record, conference championship) Participation by member institutions is limited to bowl games that are certified by the Association. The certified postseason bowl game shall meet all requirements and conditions set forth in NCAA Bylaw 30.9.

## Bowl Representation at April Meeting

A sponsoring agency requesting initial certification or recertification for a postseason football game shall have a representative attend the committee's annual April meeting.

## Initial Bowl Certification

Any sponsoring agency seeking initial certification for a postseason football bowl game shall adhere to the following NCAA bylaws and executive regulations:

(a) The bowl game must serve the purpose of providing a national contest between deserving winning teams.

(b) The competing institutions shall be active members of this Association, and a member institution shall not participate in more than one such game during any academic year.

(c) The application for the inauguration of a contest will be received from a proposing sponsor only at the annual spring meeting of the Special Events Committee. The application shall be received at the NCAA national office by mail or wired transmission not later than April 1. Any application received after that date must be postmarked not later than March 25. The committee will approve or disapprove the contest at its annual spring meeting held during the next calendar year. The proposing sponsor shall submit to the committee, with its application form, a projected financial report showing financial soundness of the proposed game.

(d) The committee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the committee.

(e) Institutions competing in bowl games shall receive the greater of 75 percent of the gross receipts or $700,000 each during the 1993-94 academic year.

(f) An agency that wishes to sponsor a postseason football contest

30

CONFIDENTIAL

NCAA 018434

must secure a $2 million irrevocable letter of credit payable to the NCAA. The letter shall be in effect from the time of the agency's initial application to the committee's annual spring meeting until it is replaced after certification by a new letter of credit, guaranteeing the revenues that will be distributed to the participating teams plus an additional 25 percent to cover expenses related to game management, operations and administration.

(g) Each postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross revenues.

(h) The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share of gross receipts

(i) The site, date, time and name of a certified game, as represented by the sponsoring agency, may not be changed after the committee's initial approval of the application without the approval of the committee.

(j) A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.

(k) Bowl management shall acknowledge that the committee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s).

## Initial Bowl-Certification Application Form

A sponsoring agency requesting initial certification also must meet these additional requirements that are included on the application form. It shall:

(a) List all personnel who will serve on the game's governing board or management committee;

(b) Provide evidence of the experience or association that the management personnel has had with collegiate football;

(c) Demonstrate the financial ability of management or the sponsoring agency to guarantee the success of the game. It shall include a $2 million letter of credit (Appendix I) payable to the NCAA, which shall be in effect from the time the initial application for certification is submitted to the committee until it is replaced after certification by a letter of credit, guaranteeing the minimum revenues that will be distributed to the participating teams and an additional 25 percent for game-management, operational and administrative expenses;

(d) Identify the amount of money on hand or to which there is access to guarantee game and team expenses;

(e) Estimate the total gross receipts to be realized from the game;

(f) Detail proposals for promoting the game;

31

CONFIDENTIAL

NCAA 018435

(g) Provide plans for selling tickets, identify the number of tickets, if applicable, and demonstrate its understanding that the bowl will be ineligible for recertification should it fail to average selling 25,000 tickets or 50 percent of those available for sale in the stadium over a three-year period, unless the committee grants it a waiver to meet the demands of the participating institutions;

(h) Name the charitable or educational purpose(s) for which the game will be conducted,

(i) Indicate the type of institutions that will be invited to participate;

(j) Provide evidence of the experience of the sponsoring group in conducting such games or similar affairs;

(k) Indicate the plans for television and radio coverage;

(l) Submit the organizational operating structure, including a chart or diagram, with an indication of the extent of active community involvement in game promotion and management,

(m) Provide letters recommending certification of the bowl game signed by 25 Division I-A athletics directors and/or conference commissioners who represent institutions that have participated in bowl games at least one time in the previous five years. The letters shall not represent more than one-half of the institutions within any single conference or the membership of the committee;

(n) Certify that the stadium has a minimum seating capacity of 50,000, and any other pertinent information or comments, and

(o) Acknowledge that the committee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any other television contract(s)

## Recertification of Established Postseason Games

Any sponsoring agency seeking recertification for a postseason football game shall adhere to the following NCAA bylaws and executive regulations:

(a) Applications for recertification shall be received by the Special Events Committee not later than April 1

(b) An audited financial report of the immediate-past game shall be received at the national office by mail or wired transmission not later than April 1. Any application or financial report received after that date must be postmarked not later than March 25.

(c) The sponsor of a game (other than a closed game) shall:

   (1) Sell tickets equaling at least 50 percent of stadium capacity, excluding those sold by the participating institutions;

   (2) Average selling 25,000 tickets, or 50 percent of those available for sale in the stadium, over a three-year period unless the committee grants the bowl a waiver to meet the ticket demands of the participating institutions, and

32

CONFIDENTIAL

NCAA 018436

(3) Return to each of the participating teams an equal amount determined by the committee or 37.5 percent of the gross receipts, whichever is greater.

(d) A certified game shall be held in the academic year for which it is certified; otherwise, the certification lapses.

(e) The site, date, time and name of a certified game, as represented by the sponsoring agency in its application for recertification, may not be changed without the approval of the committee.

(f) The bowl game must serve the purpose of providing a national contest between deserving winning teams.

(g) The competing institutions shall be active members of the Association, and a member institution shall not participate in more than one such game during any academic year.

(h) The committee shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with other policies adopted by the committee.

(i) Institutions competing in bowl games shall receive the greater of 75 percent of the gross receipts or $700,000 each during the 1993-94 academic year.

(j) A postseason football contest that has not distributed an average minimum of $1 million to each participating institution during the preceding three-year period shall secure annually an irrevocable letter of credit (Appendix J), guaranteeing the minimum revenues that will be distributed to the participating teams. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit shall be made payable to the NCAA and annually shall cover the period from November 1 until the participating institutions have notified the NCAA that they have received their distribution of gross receipts, or not later than May 1. It shall specify that the Association is responsible for the distribution of revenues to the participating institutions in the event of default. The cost of the letter of credit shall be deducted from the contest's gross receipts.

(k) Each certified postseason bowl game shall pay annually, upon notice of certification, a $12,000 fee to the Association, which is deductible from gross receipts.

(l) The management of each certified postseason bowl game annually shall make available loss-of-income insurance for a participating institution to purchase at its option and expense, which may be deducted from the respective institution's share

33

CONFIDENTIAL

NCAA 018437

of gross receipts.

(m) Bowl management shall certify that the stadium has a minimum seating capacity of 50,000.

(n) Bowl management shall acknowledge that the committee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and any television contract(s) ·

## Penalties for Failure to Comply With Requirements

If the management of a certified game fails to comply with NCAA Bylaw 30.9, the requirement for an audited financial report for the immediate past game, or the Special Events Committee's policies and procedures (approved by the NCAA Council), the committee has the option to withhold certification for the postseason bowl game for one year or fine it a percentage of its gross receipts, not to exceed 50 percent, from the contest involved in the noncompliance, with the amount to be determined by it and approved by the Council.

The fine shall be paid to the NCAA, which shall forward to each participating institution within 10 working days after the financial penalty has been paid 50 percent of any new revenues received.

34

CONFIDENTIAL

NCAA 018438

# Appendix E
## SUMMARY OF 1993-94 BOWL AGREEMENTS

| BOWL | CLOSED | 1 OPEN BERTH | OPEN |
|---|---|---|---|
| Alamo | SWC-3/PAC-10-4 | | |
| CompUSA Florida Citrus | Big Ten-2/SEC-2 | | |
| Federal Express Orange | Big Eight-1/Coalition I | | |
| Freedom | | PAC-10-3 | 1 |
| Hall of Fame | ACC-4/Big Ten-4 | | |
| IBM OS/2 Fiesta | Coalition I/Coalition I | | |
| Jeep Eagle Aloha | | Big Eight-3* | |
| John Hancock | Coalition II/Coalition II (2) | | |
| Las Vegas | Big West-1/MAC-1 | | |
| Mobil Cotton | SWC-1/Coalition I | | |
| Outback Steakhouse Gator | SEC-3/Coalition II (1) | | |
| Peach | ACC-3/SEC-4 | | |
| Poulan/Weed Eater Independence | | | 2 |
| Rose | PAC-10-1/Big Ten-1 | | |
| St Jude Liberty | | *** | 1 or 2 |
| Sunshine | Big East-3/SEC-5 | | |
| Thrifty Car Rental Holiday | WAC-1/Big Ten-3 | | |
| USF&G Sugar | SEC-1/Coalition I | | |
| Weiser Lock Copper | | Big Eight-4** | |

\* Has first option on WAC-2.
\*\* Has second option on WAC-2, first option on WAC-3 (must select WAC team if Jeep Eagle Aloha does not).
\*\*\* Army or Navy will be invited if either wins seven games and the Commander-in-Chief Trophy.

Note  Numbers in parenthesis indicate order of selection for Coalition Tier II bowls in 1993. Numbers after dash indicate conference place of team that goes to bowl

48

CONFIDENTIAL                                    NCAA 018452