# 1991-92 NCAA POSTSEASON FOOTBALL HANDBOOK

National Collegiate Athletic Association

CONFIDENTIAL  NCAA 018588



THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

6201 College Boulevard
Overland Park, Kansas 66211-2422
913/339-1906
September 1991

**Text Prepared By:** David E. Cawood, *Assistant Executive Director for Communications.*
**Edited By:** J. Gregory Summers, *Assistant Director of Publishing.*

NCAA, NCAA seal, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

CONFIDENTIAL                NCAA 018589

## Special Events Committee

The NCAA Special Events Committee consists of 12 members, including at least eight individuals representing each Division I-A geographical district except District 1. The committee is responsible for issues involving postseason football contests and college all-star football and basketball contests. The full committee acts on issues involving special events.

### Postseason Football Subcommittee

Committee members who serve on the Special Events Committee's Postseason Football Subcommittee are:

Charles Cavagnaro, Memphis State University
Donnie Duncan, University of Oklahoma, *chair*
Ferdinand A. Geiger, University of Maryland, College Park
Thomas C. Hansen, Pacific-10 Conference
Bradford W. Hovious, University of Texas at El Paso
Cecil W. Ingram, University of Alabama, Tuscaloosa
Fred Jacoby, Southwest Athletic Conference
James L. Jones, Ohio State University
Richard A. Rosenthal, University of Notre Dame
James I. Tarman, Pennsylvania State University
David E. Cawood, NCAA assistant executive director for communications, is the staff liaison.

## 1991-92 Approved Postseason Football Games

| Date | Game | Time (EST) | Network |
|---|---|---|---|
| December 14 | California Raisin Bowl | 4 p.m. | SportsChannel |
| December 25 | Eagle Aloha Bowl | 3:30 p.m. | ABC |
| December 28 | Blockbuster Bowl | 9 p.m. | CBS |
| December 29 | Poulan/Weed Eater Independence Bowl | 2:30 p.m. | ABC |
| December 29 | Liberty Bowl | 8 p.m. | ESPN |
| December 29 | Mazda Gator Bowl | 8 p.m. | WTBS |
| December 30 | Thrifty Car Rental Holiday Bowl | 8 p.m. | ESPN |
| December 30 | Freedom Bowl | 9 p.m. | Raycom |
| December 31 | John Hancock Bowl | 2:30 p.m. | CBS |
| December 31 | Domino's Copper Bowl | 8 p.m. | WTBS |
| January 1 | Peach Bowl | 11:30 a.m. | ESPN |
| January 1 | Hall of Fame Bowl | 1 p.m. | NBC |
| January 1 | Florida Citrus Bowl | 1:30 p.m. | ABC |
| January 1 | Mobil Cotton Bowl | 1:30 p.m. | CBS |
| January 1 | Fiesta Bowl | 4 p.m. | NBC |
| January 1 | Rose Bowl | 5 p.m. | ABC |
| January 1 | Federal Express Orange Bowl | 8 p.m. | NBC |
| January 1 | USF&G Sugar Bowl | 8:30 p.m. | ABC |

CONFIDENTIAL                                        NCAA 018593