NCAA Division I Football Issues Committee Minutes
June 22, 2000
Page No. 6

---

    (3)  It was suggested that in addition to those already mentioned, another issue that needs to be addressed is the "arms race" in spending that confronts member institutions. The prosperous economy has allowed institutions to spend money at a high rate and, in the future, some institutions are going to face financial burdens. It was noted that a better use of technology could alleviate some of the problem.

    (4)  An opinion was expressed that more revenues should be distributed to the membership; however, there is a counter concern as to how these funds are being spent.

    (5)  It was noted that professional sports have influenced spending in college athletics. In essence, some teams compete for the same entertainment dollar and the fans' expectations are higher. Also, Bowl Championship Series funds have had a significant impact on budgets.

    (6)  The committee was informed that the Knight Commission would again review college athletics. It is anticipated that the commission will request an update since its previous report was issued. The first meeting is scheduled for August 28 and another one has been tentatively set for October.

    (7)  A question was raised regarding the possible timetable for a report on college football. It was noted that if approved in August, the Board could approve the composition and determine the group's charge during its October meeting. Allowing for approximately one year to conduct the study, it was estimated that a report might be finalized and available in 2002.

  c.  It was VOTED

    "That the Division I Board of Directors conduct a comprehensive study of college football under the guidance of the Board."

  d.  It was VOTED

    "That consideration of Proposal No. 2000-36 be suspended until a complete study of college football has been conducted."

6.  Postseason Football Report. The committee reviewed the financial summaries of the 2000 NCAA Division I-A postseason football bowls and the following were noted:

CONFIDENTIAL

EXHIBIT 14

NCAA 028766