SUPPLEMENT NO. 2
DI FB Issues 6/00

**Legislative Update on Proposals Pertaining to Division I Football**

Attached please find copies of various legislative proposals pertaining to Division I football. In addition, the following status reports of these proposals have been provided for your review:

- **Proposal No. 99-73** – The Management Council referred this proposal to rescind the 12th-game legislation back to the Division I Football Issues for comment. The committee declined to support the proposal and forwarded its reaction the Division I Championships/Competition Cabinet for review during its 27-29 meeting.

- **Proposal No. 74-1** – This proposal, which permits strength and conditioning coaches who perform department-wide duties to design and conduct voluntary workout programs for student-athletes within the academic year and during the summer, was adopted effective immediately.

- **Proposal No. 99-104** – The revised Division I football recruiting calendar was adopted with an effective date of August 1, 2000.

- **Proposal No. 99-112** – Division I-AA defeated this proposal to permit football student-athletes to participate in individual skill-related instruction outside the institution's declared playing season during the academic year according to some restrictions. However, Division I-A tabled it. In order to be considered, a member of the Division I Management Council must proposed that it be reconsidered.

- **Proposal No. 2000-07.** This proposal would permit a one-time transfer from a Division I-AA institution that offers athletically related aid to a Division I-AA institution that does not offer athletically related financial aid. The comment period for the proposal will end June 26 and the Division I Management Council during its October 25-26 meeting will consider it.

- **Proposal No. 2000-15** -- This proposal would allow football student-athletes to view game film during the eight hours per week that a student-athlete may participate in required weight-training and conditioning activities that may occur during the academic year outside of the playing season. The comment period of the proposal will end June 26 and the Division I Management Council during its October 25-26 meeting will consider it.

- **Proposal No. 2000-36** – This proposal would make Division I-A football membership requirements more stringent. It originally was proposed as emergency legislation; however,

EXHIBIT " 15 "     NCAA 028823

the Division I Board of Directors determined that it was not emergency in nature and that it should be considered through the normal legislative process. The comment period for the proposal will end June 26 and the Division I Management Council during its October 25-26 meeting will consider it.

# # # # #

The National Collegiate Athletic Association
May 31, 2000                    DLP: eed

CONFIDENTIAL

NCAA 028824

**National Collegiate Athletic Association**

*IN PROGRESS*

## 99-73
## CONTESTS LIMITATIONS - DIVISION I-A FOOTBALL

New language is indicated by <u>**underlining in bold and blue.**</u>
Deleted language is indicated by ~~*red italics with a strike-through*~~

Intent: In Division I-A football, to reinstate the previous limit of eleven contests beginning with the 2004 season.

Bylaws: Amend 17.10.5.1, page 262, as follows:

[Division I-A only]

"17.10.5.1 Maximum Limitations-Institutional. A member institution shall limit its total regular-season playing schedule with outside competition in the sport of football during the permissible football playing season in any one year to the following number of contests (games and scrimmages), except as provided for member institutions located in Alaska and Hawaii under 17.29.2, and except as provided for all members under 17.10.5.2:

"(a)    Division I-A - 11, except that 12 football contests shall be permissible in the years 2002 and 2003 ~~*during those years in which there are 14 Saturdays from the first permissible playing date through the last playing date in November (2002, 2003, 2008, 2013, 2014 and 2019).*~~

"(b)    Division**s** I-AA ~~*and II*~~ **-** 11, **except that 12 football contests shall be permissible during those years in which there are 14 Saturdays from the first permissible playing date through the last playing date in November (2002, 2003, 2008, 2013, 2014, 2019).**"

Source: Pacific-10 Conference.

Effective Date: August 1, 2004.

Rationale: The rule recently approved that permits a Division I-A institution to play 12 games in specified years was approved without all of the relevant issues being fully considered. In light of the significant time demands already placed upon football student-athletes, both academically and athletically, the addition of an extra contest is not in the best interests of the student-athletes. Since game contracts have been entered into by institutions for football games to be played in the years 2002 and 2003, this proposal seeks to reestablish a limit of 11 contests beginning with the 2004 season.



CONFIDENTIAL
NCAA 028825

**National Collegiate Athletic Association**

*ADOPTED*

# 99-74
# PLAYING AND PRACTICE SEASONS –
# VOLUNTARY WORKOUTS

New language is indicated by **underlining in bold and blue**.
Deleted language is indicated by ~~red italics with a strike-through~~

Intent: To permit strength and conditioning coaches who perform department-wide duties to design and conduct voluntary workout programs for student-athletes, both within the academic year and during the summer, without such workouts being considered as a countable athletically-related activity.

Bylaws: Amend 17.02.1.1, pages 227-228 as follows:

"17.02.1.1 Countable Athletically Related Activities. The following are considered countable athletically related activities and must be counted in the weekly or daily time limitations specified under 17.1.6.1 for Divisions I and II:

[17.02.1.1-(a) through 17.02.1.1-(h) unchanged.]

"(i)     Individual workouts required or supervised by a member of the coaching staff, except for those sports subject to the safety exception. A **countable** coach may design a voluntary general individual workout program for a student-athlete (as opposed to a specific workout program for specific days) but cannot conduct the individual's workout. **In Division I, it shall be permissible for strength and conditioning coaches, during the academic year as well as during vacation periods (e.g. summer), to design and conduct specific workout programs for student-athletes, provided such workouts are voluntary and conducted at the request of the student-athlete. Such workouts shall not be considered a countable athletically related activity when conducted by strength and conditioning coaches who are not countable coaches and who perform such duties on a department-wide basis.**

[17.02.1.1-(j) through 17.02.1.1-(l) unchanged.]

"(m)     Involvement of an institution's strength and conditioning staff with enrolled student-athletes in required conditioning programs. ~~Strength and conditioning personnel may monitor, supervise or assist voluntary individual workouts for safety purposes. If the strength and conditioning coach also is a countable coach, such assistance may be provided only if that strength and conditioning staff member performs such duties on a department-wide basis.~~ **In Division I, during the academic year as well as during vacation periods (e.g. summer), strength and conditioning coaches who are not countable coaches and who perform such duties on a department-wide basis may design and conduct specific workout programs for student-athletes, provided such workouts are**

CONFIDENTIAL                                                          NCAA 028826

**voluntary and conducted at the request of the student-athlete.** In a Division III institution, assistance in conditioning programs for student-athletes shall be to the same extent that such assistance is provided to students generally."

Source: NCAA Division I Board of Directors [Management Council (Big East Conference and Pacific-10 Conference)].

Effective Date: Immediately.*

Rationale: This proposal will bring the current legislation in line with what already may be occurring on Division I campuses. It also will ensure that student-athletes are performing their conditioning programs in a safe and controlled environment, particularly in the summer.

The NCAA Division I Championships/Competition Cabinet's Rationale for Not Supporting Proposal No. 99-74: The cabinet, at the request of Playing and Practice Seasons Subcommittee, declined to support the proposal inasmuch as permitting strength and conditioning coaches to conduct voluntary workouts during the summer is not in the best interest of student-athlete welfare. Further, the subcommittee raised concerns over the possible increased insurance and facility usage costs. Finally, the subcommittee felt the proposal would mandate that student-athletes remain on campus during the summer months.



© 1998 National Collegiate Athletic Association

CONFIDENTIAL    NCAA 028827

**National Collegiate Athletic Association**

## *ADOPTED*

# 99-104
# RECRUITING CALENDAR – DIVISIONS I-A AND I-AA FOOTBALL

New language is indicated by **underlining in bold and blue**.
Deleted language is indicated by *red italics with a strike-through*

Intent: To revise the current Division I football recruiting calendar as follows: (a) to expand the spring evaluation period from April 15 through May 31 to permit four weeks of evaluation (Monday through Saturday) selected at the discretion of the institution; (b) to permit two evaluations per prospect during the spring evaluation period (one evaluation to assess the prospect's athletics ability and one evaluation to assess the prospect's academic qualifications); (c) to reduce the number of fall evaluations days from nine to six; and (d) to modify the winter contact period to provide for a total of 42 contact days (six contact weeks Sunday through Saturday) and reduce from seven to six the number of contacts per prospect during the period.

A. Bylaws: Amend 13.1.7, page 97, as follows:

[Federated provision, Division I-A and I-AA, divided vote.]

"13.1.7 Permissible Number of Contacts. In sports other than Divisions I-A and I-AA football, each institution shall be limited to not more than three in-person, off-campus recruiting contacts per prospect at any site (which shall include contacts made with the prospect's relatives or legal guardian(s) but shall not include contacts made during an official visit per 13.7). In Divisions I-A and I-AA football, each institution shall be limited to *seven* **six** in-person, off-campus recruiting contacts per prospect at any site (which shall include contacts made with the prospect's relatives or legal guardian(s), but shall not include contacts made during an official visit per 13.7). In Division I basketball, each institution shall be limited to five recruiting opportunities (contacts and evaluations combined) per prospect and not more than three of the five opportunities may be contacts. In Division I sports other than football and basketball, each institution shall be limited to seven recruiting opportunities (contacts and evaluations combined) per prospect and not more than three of the seven opportunities may be contacts."

B. Bylaws: Amend 13.1.9, pages 98-99, as follows:

[Federated provision, Division I-A and I-AA, divided vote.]

CONFIDENTIAL
NCAA 028828

"13.1.9 Limitations on Number of Evaluations—All Sports. In Divisions I-A and I-AA football, institutional staff members shall be limited to ~~two~~ **three** evaluations during the academic year during which the prospect competes or practices on any team. Not more than one evaluation may be used during the fall evaluation period and not more than ~~one~~ **two** evaluations may be used during the **April 15 through** May **31** evaluation period per Bylaw 30.11.5. In Division I basketball, each institution shall be limited to five recruiting opportunities (contacts and evaluations combined) per prospect and not more than three of the five opportunities may be contacts. In Division I sports other than football and basketball, each institution shall be limited to seven recruiting opportunities (contacts and evaluations combined) per prospect and not more than three of the seven opportunities may be contacts. In all Division II sports, institutional staff members shall not evaluate a prospect on more than four occasions during the academic year during which the prospect competes or practices on any team (e.g., high school team, all-star team, club team)."

C. Bylaws: Amend 13.1.9.5.1, page 99, as follows:

[Federated provision, Division I-A and I-AA, divided vote.]

"13.1.9.5.1 Time Period for Counting Football Evaluations—Divisions I-A and I-AA. In the sport of football in Divisions I-A and I-AA, the time period during which the ~~two~~ **three** permissible evaluations may take place shall be from ~~May 1~~ **April 15** through April ~~30~~ **14** of the following academic year."

D. Bylaws: Amend 30.11.5, pages 405-406, as follows:

[Federated provision, Division I-A and I-AA, divided vote.]

"30.11.5 Football, Division I. The following contact and evaluation periods shall apply to football in Division I:

"(a)                     June 1 through November 30 [except   Quiet Period
                         for (1) below]:

          "(1)           ~~Nine~~ **Six** days during the months of   Evaluation
                         September, October and **through**   Period
                         **the last Saturday in** November
                         selected at the discretion of the
                         institution (an authorized off-
                         campus recruiter may visit a
                         particular educational institution
                         only once during this evaluation
                         period):

"(b)                     ~~December 1~~ **The Sunday following the**   Contact Period
                         **last Saturday in November** through
                         the Saturday prior to the initial date for
                         signing the National Letter of Intent
                         except for (1), ~~(2) and (3)~~ **through (6)**
                         below - ~~Seven~~ **Six** in-person off-campus
                         contacts per prospective student-athlete
                         shall be permitted during this time
                         period with not more than one
                         permitted in any one calendar week
                         (Sunday through Saturday) or partial
                         calendar week:

CONFIDENTIAL                                          NCAA 028829

"(1)    The Sunday after the third    Quiet
       Saturday in December          Period

"(~~1~~2)    ~~December 24~~ The Monday    Dead
            following the third Saturday    Period
            in December through January
            1 ~~(or January 2 if January 1~~
            ~~falls on a Sunday)~~:

"(3)    Weekdays during the first    Dead
       week of January when the    Period
       first Monday in January is
       not a contact period:

"(4)    Friday, Saturday and Sunday    Quiet
       when the first Friday in    Period
       January is preceded by a
       dead day:

"(~~2~~5)    ~~The day before the second~~    Quiet
            ~~registration day for~~ Sunday    Period
            during the week of the annual
            convention of the American
            Football Coaches Association
            and ~~the day~~ Friday and
            Saturday after the completion
            of the convention:

"(~~3~~6)    ~~12:01 a.m. on the second day of~~    Dead
            ~~of registration~~ Monday    Period
            through Thursday during the
            week of the annual convention
            of the American Football
            Coaches Association ~~to 11:59~~
            ~~p.m. on the day of completion of~~
            ~~of the convention~~:

[30.11.5-(c) and 30.11.5-(d) unchanged.]

"(e)    Friday following the initial date for the signing    Quiet
       of the ~~applicable~~ National Letter of Intent    Period
       through April ~~30~~ 14:

"(f)    ~~Twenty days~~ Four weeks (excluding Memorial    Evaluation
       Day and Sundays) during ~~May 1~~ April 15    Period
       through May 31 selected at the discretion of the
       member institution and designated in writing in
       the office of the director of athletics [as
       provided in (1)below]:

        "(1)    An authorized off-campus recruiter may ~~visit~~
               ~~a particular high school only one time~~ use
               one evaluation to assess the prospect's
               athletics ability and one evaluation to
               assess the prospect's academic
               qualifications during this evaluation period.

CONFIDENTIAL                                              NCAA 028830

"(g)            Those days ~~from~~ in April/May not designated in      Quiet
                (f) above for evaluation opportunities.                 Period

Source:    NCAA    Division    I    Board    of    Directors    [Management    Council
(Academics/Eligibility/Compliance Cabinet) (Subcommittee on Recruiting)].

Effective Date: August 1, 2000.

Rationale: The proposed Division I football recruiting calendar, which was developed by head and assistant football coaches, provides greater recruiting flexibility and is more cost effective. It provides for an overall reduction of four evaluations and contact days, and a reduction from seven to six in the number of contacts per prospective student-athlete. The reduction in the evaluation and contact days should result in significant savings to an institution in transportation, and time spent away from the campus. The proposal also permits institutions to select any four weeks during the spring evaluation period, which provides an opportunity to develop a plan that best fits the institutions needs. This flexibility will permit coaches to spend time with players on campus prior to the end of the school year. Further, inasmuch as some high schools are now starting spring practices as early as the middle of April, some institutions may prefer to start their own spring practice later due to weather conditions. Finally, the expansion of the dead period during the holiday season will permit for an uninterrupted holiday season for both prospects and coaches.



© 1999 National Collegiate Athletic Association

CONFIDENTIAL                                                 NCAA 028831

# National Collegiate Athletic Association

*IN PROGRESS – DIVISION I-A*

*DEFEATED – DIVISION I-AA*

# 99-112
# WEEKLY-HOUR LIMITATIONS – SKILL-INSTRUCTION – DIVISION I-A AND I-AA FOOTBALL

New language is indicated by **underlining in bold and blue**.
Deleted language is indicated by *red italics with a strike-through*

Intent: In Divisions I-A and I-AA football, to permit football student-athletes to participate in individual skill-related instruction outside the institution's declared playing season during the academic year, provided (a) the student-athlete requests such instruction; (b) such instruction does not involve the use of any pads or helmets; and (c) no more than four student-athletes are involved in skill-related instruction with their coaches at any one time in any facility.

[Note: The proposed changes involves a federated proposal and, thus, must be approved by the Division I-A and Division I-AA subdivisions acting independently.]

A. Bylaws: Amend 17.02.1.1, pages 227-228, as follows:

[Federated provision, Division I-A and Division I-AA, divided vote]

"17.02.1.1 Countable Athletically Related Activities. The following are considered countable athletically related activities and must be counted in the weekly or daily time limitations specified under 17.1.6.1 for Divisions I and II:

[17.02.1.1-(a) through 17.02.1.1-(d) unchanged.]

"(e)   In *Divisions I and II* sports other than **Division II** football, participation outside the institution's declared playing season in individual skill-related instructional activities with a member of the coaching staff and that occur at the request of the student-athlete (see 17.1.6.2.1)."

[Remainder of 17.02.1.1 unchanged.]

B. Bylaws: Amend 17.1.6.2.1, page 231, as follows:

[Federated provision, Division I-A and Division I-AA, divided vote]

CONFIDENTIAL                                                                    NCAA 028832

"17.1.6.2.1 Skill Instruction - Divisions I and II. Participation by Divisions I and II student-athletes in individual skill-related instruction [including the activities set forth in 17.02.1.1-(f)] in sports other than **Division II** football is permitted outside the institution's declared playing season, provided no more than four student-athletes from the same team are involved in skill-related instruction with their coach(es) at any one time in any facility and the student-athletes request the instruction. **In Division I-A and I-AA football, the use of any pads or helmets shall be prohibited.**"

Source: NCAA Division I Championships/Competition Cabinet (Division I Football Issues Committee).

Effective Date: August 1, 2000.

Rationale: Currently, the sport of football is the only sport excluded from the skill-instruction opportunities outside the playing season during the academic year. The Football Issues Committee believes that football student-athletes also would benefit from this type of instruction outside the playing season during the academic year. The prohibition against the use of any pads or helmets and the limitations on the number of student-athletes who may engage in such activities at any one time in any one facility will ensure that no "full fledged" practice sessions occur.



1999 National Collegiate Athletic Association

CONFIDENTIAL                                            NCAA 028833

## National Collegiate Athletic Association

*IN PROGRESS*

# 2000-07
# ELIGIBILITY – ONE-TIME TRANSFER EXCEPTION

Intent: To permit a student-athlete to use the one-time transfer exception when the student-athlete transfers from a Division I-AA institution that offers athletically related financial aid in the sport of football to a Division I-AA institution that does not offer athletically related financial aid in the sport of football.

Bylaws: Amend 14.5.5.3.11, page 166, as follows:

[Division I-AA football]

"14.5.5.3.11 One-Time Transfer Exception. The student transfers to the certifying institution from another four-year collegiate institution and all of the following conditions are met (for graduate students, see also 14.1.7.1):

"(a)    The student is a participant in a sport other than Division I basketball, Division I-A football or Division I men's ice hockey at the institution to which the student is transferring. A participant in Division I-AA football at the institution to which the student is transferring may utilize this exception only if the participant transferred to the certifying institution from an institution that sponsors Division I-A football, **or the participant transfers from a Division I-AA institution that offers athletically related financial aid in the sport of football to a Division I-AA institution that does not offer athletically related financial aid in the sport of football.**"

[Remainder of 14.5.5.3.11 unchanged.]

Source: NCAA Division I Management Council [Academics/Eligibility/Compliance Cabinet (Metro Atlantic Athletic Association)].

Effective Date: August 1, 2001.

Rationale: Under current legislation, a student-athlete who participates in football is permitted to transfer from an NCAA Division I-A institution to a Division I-AA institution and compete immediately (provided all other conditions of the one-time transfer rule are satisfied). The sponsors believe that institutions that do not offer athletically related financial aid will not gain a recruiting advantage if football players are permitted to transfer from a Division I-AA institution that offers athletically related financial aid in the sport of football to a Division I-AA institution that does not offer athletically related financial aid in the sport of football. This proposal also would grant Division I-AA athletic aid granting institutions the same flexibility with squad sizes that Division I-A institutions consistently enjoy.

CONFIDENTIAL     NCAA 028834

## National Collegiate Athletic Association

*IN PROGRESS*

# 2000-15
# PLAYING AND PRACTICE SEASONS – WEEKLY HOUR LIMITATIONS – DIVISION I-A FOOTBALL

Intent: In Division I-A football, to permit student-athletes to view a maximum of two hours of game film per week as part of the permissible eight hours of required weight-training and conditioning activities that may occur during the academic year outside of the playing season.

Bylaws: Amend 17.1.6.2, page 231, as follows:

[Division I-A football]

"17.1.6.2 Weekly Hour Limitations—Outside of Playing Season. Outside of the playing season during the academic year, only a student-athlete's participation in the countable athletically related activities specified in 17.02.1.1-(c), 17.02.1.1-(d), ~~and~~ 17.02.1.1-(e) **and in Division I-A football, participation in the countable athletically related activities specified in 17.02.1.1-(a)-(6)** shall be permitted. A student-athlete's participation in such activities shall be limited to a maximum of eight hours per week, of which not more than two hours per week may be spent on individual skill workouts set forth in 17.02.1.1-(e) and 17.1.6.2.1, **and in Division I-A football, the viewing of game film per 17.02.1.1-(a)-(6).** A student-athlete may not participate in any countable athletically related activities outside the playing season during any institutional vacation period (e.g., summer, academic year)."

Source: NCAA Division I Management Council [Championships/Competition Cabinet (Big East Conference)].

Effective Date: Immediately.*

Rationale: Currently, the sport of football is the only sport excluded from the skill-instruction opportunities outside the playing season during the academic year. The opportunity to view a maximum two hours of game film with the coaching staff as part of the eight hours of permissible weekly conditioning is a good alternative to actual skill-related instruction. [Estimated Budget Impact: None.]



© 1999 National Collegiate Athletic Association

**National Collegiate Athletic Association**

*IN PROGRESS*

# 2000-36
# MEMBERSHIP – DIVISION I-A FOOTBALL – ATTENDENCE REQUIREMENTS

Intent: To specify that a Division I institution shall satisfy football attendance requirements only if it averages more than 17,000 in actual paid attendance per home contest in the immediate four-year period and to eliminate all exceptions/waivers to those requirements; further, to require actual use of a ticket sold at a regularly established ticket price in order to count the ticket in computing attendance figures; further, to require the institution's annual audit to verify attendance to be conducted by an outside firm and verified by the national office staff; and, finally, if an institution fails to meet the requirements, it shall be placed in a restricted membership category for a maximum of three years.

Bylaws: Amend 20.9.6.3, pages 352-355, as follows:

[Division I-A only]

"20.9.6.3 Football-Attendance Requirements. The institution ~~shall meet one of the following attendance requirements:~~

"~~(a)~~ ~~The institution~~ shall have averaged more than 17,000 in **actual** paid attendance per home football game in the immediate past four-year period~~, or~~

"~~(b)   The stadium utilized regularly for the institution's home games during the football seasons being evaluated shall contain a minimum of 30,000 permanent seats. Further, the institution shall have averaged more than 17,000 in paid attendance per home football game for games played in that stadium (or in a stadium approved by the members of the Management Council representing Division I-A conferences) at least one year during the immediate past four-year period.~~

"~~20.9.6.3.1   Waiver Provision for 30,000 Permanent-Seat Requirement. When circumstances warrant, the members of the Management Council representing Division I-A conferences, by a two-thirds majority of its members present and voting, may approve a waiver of the 30,000-permanent-seat requirement for an institution that annually utilizes (for fewer than half of its home games in any given year) a stadium containing fewer than 30,000 permanent seats.~~

[20.9.6.3.2 renumbered as 20.9.6.3.1, unchanged.]

"~~20.9.6.3.3   Institutional Exception to Home-Attendance Requirement. An institution that fails to meet the home-attendance requirement in 20.9.6.3 (a) or (b) may retain Division I-A football classification if it has averaged more than 20,000 in paid attendance for all of its games (at home and away) for the applicable period. Such an institution shall play at least four home games in any year in which it utilizes this provision.~~

CONFIDENTIAL

NCAA 028836

"~~20.9.6.3.1 Waiver Provision for Permanent Seats/Paid Attendance Requirement. The members of the Management Council representing Division I-A conferences, by a two-thirds majority of its members present and voting, may grant waivers of 20.9.6.3-(b) in cases where circumstances exist that are beyond the control of the institution.~~

"20.9.6.3.~~5~~2 Counting Attendance. For purposes of computing attendance figures, tickets **must be** sold at regularly established ticket prices ~~shall~~ **and must be** counted, ~~whether or not they are~~ used for admission. ~~Tickets sold at discount prices may be counted as paid attendance only if they are used for admission.~~ Student attendance may be counted as paid attendance if the student actually is in attendance and any one of the following conditions applies:

[20.9.6.3.5-(a) through 20.9.6.3.5-(c) renumbered as 20.9.6.3.2-(a) through 20.9.6.3.2-(c), unchanged.]

    [20.9.6.3.5.1 through 20.9.6.3.5.9 renumbered as 20.9.6.3.2.1 through 20.9.6.3.2.9, unchanged.]

"20.9.6.3.~~5~~2.10 Certified Audit. In meeting the football-attendance requirements of Division I-A, an institution must undertake an annual certified audit verifying its football attendance. **The audit must be conducted by an outside auditing firm.** The audited football paid-attendance figures must be received in the NCAA national office not later than the February 15 following the completion of the football season **and national office staff shall verify compliance with all I-A attendance requirements.** The certified audit and materials (including the ticket manifest) must be available for inspection throughout each pertinent four-year period.

"~~20.9.6.3.6 Waiver of Criteria for Division I-A Membership. If an institution does not not meet the Division I-A criteria or the exception provisions, the institution may request a waiver of the criteria from the membership of Division I-A, as follows:~~

"~~(a)~~    ~~The institution shall submit its request for a waiver to the Association's president, with the request to be signed by the institution's chief executive officer and received in the national office (by mail or wired transmission) not later than September 15. Any request received after that date shall be postmarked not later than September 8. The request shall include pertinent information supporting the institution's request. It shall be the institution's responsibility to distribute that information to the chief executive officer, faculty athletics representative and athletics director at each Division I-A member institution, as well as to the executive officer of each member conference of that subdivision, by December 1;~~

"~~(b)~~    ~~The institution's chief executive officer, faculty athletics representative or athletics director shall appear before the members of the Board of Directors representing Division I-A conferences at the next NCAA Convention, under conditions prescribed by the Board;~~

"~~(c)~~    ~~The membership of Division I-A, by a majority vote of the members present and voting, will accept or reject the request for a waiver of the criteria;~~

CONFIDENTIAL

NCAA 028837

"(d)   ~~If the members of the Board of Directors representing Division I-A conferences vote to admit the institution to Division I-A classification, such classification shall become effective September 1 following the Convention. The Board shall specify the period for which the waiver is granted; and~~

"(e)   ~~If the members of the Board of Directors representing Division I-A conferences vote to reject the institution's request, the institution's football program shall be placed in the division for which it qualifies or in the "restricted membership" category pursuant to the provisions of 20.3.5.1.~~

"20.9.6.3.10.1 Exception – Institutions Currently Classified in Division I-AA. For purposes of satisfying the football-attendance requirements, a Division I-AA institution that is currently completing the compliance period to attain Division I-A classification may apply the previous attendance requirements until the effective date of the new legislation. Subsequent to that date, the institution must satisfy the attendance requirements set forth in the new legislation for the remaining years of its compliance period.

"20.9 "20.9.6.3.10.2 Restricted Membership. If an institution fails to meet the Division I-A membership requirements it shall be placed in the restricted membership category for a maximum of three years. If, after three years, an institution fails to meet Division I-A membership requirements, it shall be reclassified into the appropriate subdivision."

Source: NCAA Division I Management Council.

Effective Date: Immediately.*

Rationale: The current football classification criteria for Division I-A date back to 1978, with some revisions to the standards made in 1981. The current criteria are outlined in NCAA Bylaw 20.9.6 and are recognized as being relatively easy to both achieve and maintain status as a member of the I-A football subdivision. Inasmuch as I-A classification is intended to represent the highest level of football competition within the NCAA, the membership requirements should establish an attendance standard consistent with the expectations for participation at the top of collegiate football. Requiring 17,000 in actual paid attendance, eliminating many exceptions to the attendance requirements and mandating oversight of attendance calculations will enhance the I-A subdivision while affording deserving institutions the opportunity to participate at the highest level of collegiate football.

 HOME

© 1999 National Collegiate Athletic Association

CONFIDENTIAL                                                                 NCAA 028838

SUPPLEMENT NO. 3
DI FB Issues 6/00

## 1999 DIVISION I-A POSTSEASON

## FOOTBALL REPORT

CONFIDENTIAL

NCAA 028839

# FINANCIAL RESULTS OF
# 1999-00 NCAA CERTIFIED
# POSTSEASON FOOTBALL BOWL GAMES

## Bowl Championship Series:

**Tostitos Fiesta Bowl (See Note 1)**

|  |  |  |  |
|---|---|---|---|
| Bowl Championship Series |  | 4,372,000 | 54.21% |
| Arizona Sports Foundation |  | 3,692,437 | 45.79% |
|  | Total Gross | 8,064,437 |  |

**NOKIA Sugar Bowl (See Note 1)**

|  |  |  |  |
|---|---|---|---|
| Bowl Championship Series |  | 4,000,000 | 35.27% |
| NOKIA Sugar Bowl |  | 7,341,046 | 64.73% |
|  | Total Gross | 11,341,046 |  |

**Federal Express Orange Bowl (See Note 1)**

|  |  |  |  |
|---|---|---|---|
| Bowl Championship Series |  | 4,000,000 | 61.48% |
| Orange Bowl Committee |  | 2,506,471 | 38.52% |
|  | Total Gross | 6,506,471 |  |

**Rose Bowl (See Note 1)**

|  |  |  |  |
|---|---|---|---|
| Bowl Championship Series |  | 1,125,000 | 3.78% |
| Stanford (Pac-10) |  | 12,121,286 | 40.70% |
| Wisconsin (Big 10) |  | 12,121,286 | 40.70% |
| Pasadena Tournament of Roses Association |  | 4,414,328 | 14.82% |
|  | Total Gross | 29,781,900 |  |

## NON-BCS GAMES:

**Ourhouse.com Florida Citrus Bowl**

|  |  |  |  |
|---|---|---|---|
| University of Florida (SEC) |  | 3,866,392 | 41.09% |
| Michigan State University (Big 10) |  | 3,866,392 | 41.09% |
| Florida Citrus Sports Association, Inc. |  | 1,676,917 | 17.82% |
|  | Total Gross | 9,409,701 |  |

**Southwestern Bell Cotton Bowl**

|  |  |  |  |
|---|---|---|---|
| Texas University (Big 12) |  | 2,334,787 | 38.48% |
| University of Arkansas (SEC) |  | 2,334,787 | 38.48% |
| Cotton Bowl Athletic Association |  | 1,397,684 | 23.04% |
|  | Total Gross | 6,067,258 |  |

CONFIDENTIAL

Distribution of Revenue
Page No. 2

**Outback Bowl**

| | | | |
|---|---|---|---|
| University of Georgia (SEC) | | 1,911,462 | 37.50% |
| Purdue University (Big 10) | | 1,911,462 | 37.50% |
| Tampa Bay Bowl Association, Inc | | 1,274,308 | 25.00% |
| | Total Gross | 5,097,232 | |

**Culligan Holiday Bowl**

| | | | |
|---|---|---|---|
| University of Washington (Pac 10) | | 1,960,109 | 40.00% |
| Kansas State University (Big 12) | | 1,960,109 | 40.00% |
| San Diego Bowl Game Association | | 980,055 | 20.00% |
| | Total Gross | 4,900,273 | |

**Toyota Gator Bowl**

| | | | |
|---|---|---|---|
| Georgia Tech (ACC) | | 1,400,000 | 38.27% |
| University of Miami (Big East) | | 1,400,000 | 38.27% |
| Gator Bowl Association, Inc. | | 857,883 | 23.45% |
| | Total Gross | 3,657,883 | |

**Chick-fil-A Peach Bowl**

| | | | |
|---|---|---|---|
| Clemson University (ACC) | | 1,750,000 | 37.57% |
| Mississippi State University (SEC) | | 1,750,000 | 37.57% |
| Peach Bowl, Inc. | | 1,157,924 | 24.86% |
| | Total Gross | 4,657,924 | |

**Sylvania Alamo Bowl**

| | | | |
|---|---|---|---|
| Penn State University (Big 10) | | 1,478,325 | 37.50% |
| Texas A&M University (Big 12) | | 1,478,325 | 37.50% |
| San Antonio Bowl Association | | 985,550 | 25.00% |
| | Total Gross | 3,942,200 | |

**Wells Fargo Sun Bowl**

| | | | |
|---|---|---|---|
| University of Minnesota (Big 10) | | 1,000,000 | 37.50% |
| Universtity of Oregon (PAC 10) | | 1,000,000 | 37.50% |
| Sun Bowl Association | | 666,484 | 24.99% |
| | Total Gross | 2,666,484 | |

**Motor City Bowl**

| | | | |
|---|---|---|---|
| Brigham Young University (Mt. West) | | 750,000 | 42.98% |
| Marshall University (MAC) | | 750,000 | 42.98% |
| Motor City Bowl Foundation | | 245,063 | 14.04% |
| | Total Gross | 1,745,063 | |

CONFIDENTIAL

NCAA 028841

Distribution of Revenue
Page No. 3

---

**Mobile Alabama Bowl**

| | | | |
|---|---|---|---|
| East Carolina University (Conference USA) | | 807,577 | 37 50% |
| Texas Christian University (WAC) | | 807,577 | 37 50% |
| Mobile Alabama Bowl Inc. | | 538,383 | 25.00% |
| | Total Gross | 2,153,537 | |

**AXA Liberty Bowl**

| | | | |
|---|---|---|---|
| Colorado State University (WAC) | | 1,249,125 | 37.48% |
| Southern Mississippi (Conference USA) | | 1,249,125 | 37.48% |
| Liberty Bowl Festival Association | | 834,928 | 25.05% |
| | Total Gross | 3,333,178 | |

**Sanford Independence Bowl**

| | | | |
|---|---|---|---|
| University of Mississippi (SEC) | | 1,119,948 | 37.50% |
| Oklahoma (Big 12) | | 1,119,948 | 37.50% |
| Shreveport-Bossier City Sports Foundation | | 746,632 | 25.00% |
| | Total Gross | 2,986,528 | |

**Jeep Aloha Bowl/Oahu Bowl**

| | | | |
|---|---|---|---|
| Arizona State University (PAC 10) | | 750,968 | 18.75% |
| Oregon State University (PAC 10) | | 750,968 | 18.75% |
| Wake Forest University (ACC) | | 750,968 | 18.75% |
| University of Hawaii (WAC) | | 750,968 | 18.75% |
| Aloha Sports, Inc. | | 1,001,290 | 25.00% |
| | Total Gross | 4,005,162 | |

**Micron/PC Bowl**

| | | | |
|---|---|---|---|
| University of Virginia (ACC) | | 750,000 | 38.00% |
| University of Illinois (Big 10) | | 750,000 | 38.00% |
| Sunshine Football Festival | | 473,765 | 24.00% |
| | Total Gross | 1,973,765 | |

**Las Vegas Bowl**

| | | | |
|---|---|---|---|
| University of Utah (Mt. West) | | 827,699 | 37.50% |
| Fresno State University (WAC) | | 827,699 | 37.50% |
| Las Vegas Bowl Association | | 551,800 | 25 00% |
| | Total Gross | 2,207,198 | |

CONFIDENTIAL

Distribution of Revenue
Page No. 4

**Insight.Com Bowl**

| | | |
|---|---:|---:|
| University of Colorado (Big 12) | 756,672 | 37 50% |
| Boston College (Big East) | 756,672 | 37.50% |
| The Tucson Bowl Foundation | 504,448 | 25.00% |
| Total Gross | 2,017,792 | |

**Humanitarian Bowl**

| | | |
|---|---:|---:|
| Boise State University (Big West) | 750,000 | 39.46% |
| University of Louisville (Conference USA) | 750,000 | 39.46% |
| Sports Humanitarian Bowl Association, Inc. | 400,666 | 21.08% |
| Total Gross | 1,900,666 | |

**Home Point.Com Music City Bowl**

| | | |
|---|---:|---:|
| University of Kentucky (SEC) | 1,015,495 | 37 55% |
| Syracuse University (Big East) | 1,015,495 | 37.55% |
| Music City Bowl, Inc. | 673,297 | 24.90% |
| Total Gross | 2,704,287 | |

| 1998-99 Percent of Gross Receipts | 1998-99 | | 1999-00 | 1998-99 Percent of Gross Receipts |
|---:|---:|:---|---:|---:|
| | 115,866,230 | Gross Receipts | 121,119,985 | |
| | 57,000,000 | Bowl Championship TV & Title Sponsorships | 57,000,000 | |
| | 172,866,230 | Total Receipts | 178,119,985 | |
| 41.20% | 71,222,608 | Amount Distributed to Participating Institutions | 74,701,626 | 41.94% |
| 40 72% | 70,395,000 | Amount Distributed per Bowl Championship Series | 70,497,000 | 39.58% |
| 81 92% | 141,617,608 | Total Distributed to Institutions and Conferences | 148,198,626 | 83.20% |
| 18 08% | 31,248,622 | Amount to Sponsoring Agencies | 32,921,359 | 18 48% |

The National Collegiate Athletic Association
April 11, 2000          KEM ndw

CONFIDENTIAL

NCAA 028843

SUPPLEMENT NO. 29
Football Certification Subc 4/00

# SUMMARY OF INSTITUTIONAL EXPENSES
## 1999-00 POSTSEASON FOOTBALL GAMES

| | Other BCS Payouts | Bowl Championships Series 1999-00 | Non-BCS Bowl Games 1999-00 | Total 1999-00 |
|---|---|---|---|---|
| BOWL PAYOUTS (Note 1) | $ 4,500,000 | $ 90,239,572 | $ 50,459,054 | $145,198,626 |
| | | | | |
| INSTITUTIONS' EXPENSES | | | | |
| TRANSPORTATION | | | | |
| TEAM AND STAFF | | 1,975,677 | 5,242,529 | 7,218,206 |
| BAND AND CHEERLEADERS | | 1,027,290 | 2,187,518 | 3,214,808 |
| OFFICIAL PARTY | | 563,770 | 1,147,444 | 1,711,214 |
| | | | | |
| MEALS/LODGING/PER DIEM | | | | |
| TEAM AND STAFF | | 3,336,077 | 6,787,796 | 10,123,873 |
| BAND AND CHEERLEADERS | | 938,108 | 2,041,082 | 2,979,190 |
| OFFICIAL PARTY | | 430,154 | 1,177,552 | 1,607,706 |
| | | | | |
| ENTERTAINMENT | | 170,118 | 782,564 | 952,682 |
| PROMOTION | | 135,342 | 547,437 | 682,779 |
| AWARDS | | 645,779 | 2,282,058 | 2,927,837 |
| EQUIPMENT AND SUPPLIES | | 392,729 | 1,119,001 | 1,511,730 |
| TICKETS | | 1,746,370 | 5,845,509 | 7,591,879 |
| ADMINISTRATIVE | | 1,208,615 | 2,145,417 | 3,354,032 |
| MISCELLANEOUS | | 508,812 | 1,909,964 | 2,418,776 |
| | | | | |
| TOTAL EXPENSES | | 13,078,841 | 33,215,871 | 46,294,712 |
| | | | | |
| NET INCOME PARTICIPATING TEAMS & CONFERENCES | | 77,160,731 | 17,243,183 | 98,903,914 |

Note 1 Bowl Championship Series Payout includes Rose Bowl Distribution)

The National Collegiate Athletic Association
April 11, 2000                KEM.ndw

CONFIDENTIAL

NCAA 028844

SUPPLEMENTAL 29
Formal Conference Table 400

1996-00
NCAA
POSTSEASON FOOTBALL AVERAGE
BOWL PAYOUTS
PARTICIPATING TEAMS EXPENSES

## EXPENSES

| | 1999-00 | 1998-99 |
|---|---|---|
| AVERAGE EXPENSES ALL NON-BCS BOWLS | $ 874,101 | $ 926,379 |
| AVERAGE EXPENSES ALL BCS BOWLS | $ 1,634,855 | $ 1,541,919 |
| AVERAGE EXPENSES FOR ALL BOWLS | $ 1,006,407 | $ 1,038,295 |
| AVERAGE EXPENSE FOR BOWLS WITH PAYOUT LESS THAN OR EQUAL TO $1,000,000 | $ 820,428 | $ 847,693 |

## BOWL PAYOUTS

| | 1999-00 | 1998-99 |
|---|---|---|
| AVERAGE BOWL PAYOUT PER SCHOOL (NON-BCS BOWLS) | $ 1,327,870 | $ 1,308,818 |
| AVERAGE NET TO CONFERENCES & PARTICIPATING INSTITUTIONS (ALL BOWLS) | $ 2,052,259 | $ 2,078,014 |
| AVERAGE NET TO CONFERENCES & PARTICIPATING INSTITUTIONS (NON-BCS BOWLS) | $ 453,768 | $ 382,439 |
| AVERAGE NET TO CONFERENCES & PARTICIPATING INSTITUTIONS (BCS BOWLS) | $ 9,645,091 | $ 9,708,101 |

The National Collegiate Athletic Association
April 11, 2001

CONFIDENTIAL

NCAA 028845

Analysis of Institution Expense for Non-BCS games
Page No. 1

## 1999-00 Bowl Participants

| Institution | Arizona St. Aloha | Arkansas Cotton | Boise St Humanitarian | Boston College Insight.com | Brigham Young Motor City | Clemson Peach | Colorado Insight.com |
|---|---|---|---|---|---|---|---|
| BOWL PAYOUT | 750,968 | 2,334,787 | 750,000 | 756,672 | 750,000 | 1,750,000 | 756,672 |
| EXPENSES: | | | | | | | |
| TRANSPORTATION | | | | | | | |
| TEAM AND STAFF | 337,817 | 73,946 | 20,685 | 393,640 | 217,120 | 35,851 | 185,082 |
| BAND AND CHEERLEADERS | team | 60,773 | | 39,304 | 134,168 | 19,921 | 83,431 |
| OFFICIAL PARTY | team | 10,838 | | | 40,000 | 7,392 | 43,877 |
| MEALS/LODGING/PER DIEM | | | | | | | |
| TEAM AND STAFF | 359,937 | 226,912 | 38,575 | 125,134 | 381,160 | 240,537 | 259,587 |
| BAND AND CHEERLEADERS | - | 32,878 | 14,500 | 89,848 | 14,521 | 40,511 | 76,389 |
| OFFICIAL PARTY | | 44,497 | 125 | | 5,700 | 70,018 | 41,223 |
| ENTERTAINMENT | 8,500 | 58,778 | | 61,603 | 88 | - | 24,428 |
| PROMOTION | 3,495 | - | 6,400 | 25,771 | 1,077 | 9,546 | 17,507 |
| AWARDS | 70,314 | 30,624 | 70,715 | 89,268 | 15,000 | 84,850 | 75,073 |
| EQUIPMENT AND SUPPLIES | 32,651 | 5,056 | 14,370 | 28,145 | 4,336 | 160,041 | 38,762 |
| TICKETS | 33,705 | 108,780 | - | 384,930 | 413,536 | 9,165 | 194,664 |
| ADMINISTRATIVE | 18,946 | - | - | - | - | 6,598 | 86,001 |
| MISCELLANEOUS | 75,000 | - | 30,425 | 9,237 | - | - | 62,020 |
| TOTAL EXPENSES | 940,365 | 653,082 | 195,795 | 1,246,880 | 1,226,706 | 684,430 | 1,187,044 |
| NET INCOME (LOSS) | (189,397) | 1,681,705 | 554,205 | (490,208) | (476,706) | 1,065,570 | (430,372) |
| CONFERENCE DISTRIBUTION | - | 1,160,000 | 550,000 | - | - | 825,000 | - |
| INSTITUTION NET INCOME (LOSS) | (189,397) | 521,705 | 4,205 | (490,208) | (476,706) | 240,570 | (430,372) |

April 12, 2000\KEM.lm

CONFIDENTIAL

NCAA 028846

Analysis of Institution Expense for Non-BCS games
Page No. 2

## 1999-00 Bowl Participants

| Institution | Colorado St. *Liberty* | East Carolina *Mobile Alabama* | Florida *Citrus* | Fresno St. *Las Vegas* | Georgia *Outback* | Georgia Tech *Gator* |
|---|---|---|---|---|---|---|
| BOWL PAYOUT | 1,249,125 | 807,577 | 3,866,392 | 827,699 | 1,911,462 | 1,400,000 |
| EXPENSES: | | misc. rev. 6572 | | | | |
| | | subtract conf. dist. | | | | |
| TRANSPORTATION | | | | | | |
| TEAM AND STAFF | 108,980 | 138,664 | 55,000 | 60,654 | -46,923 | -47,473 |
| BAND AND CHEERLEADERS | 21,116 | 23,582 | 9,000 | 9,821 | 34,000 | 14,499 |
| OFFICIAL PARTY | 15,188 team | | 2,000 | 9,063 | 17,563 | 2,255 |
| MEALS/LODGING/PER DIEM | | | | | | |
| TEAM AND STAFF | 122,551 | 115,286 | 185,000 | 90,105 | 175,340 | 254,117 |
| BAND AND CHEERLEADERS | 36,155 | 22,739 | 30,000 | 30,701 | 156,621 | 69,501 |
| OFFICIAL PARTY | 39,585 team | team | 20,000 | 13,816 | 64,274 | 63,029 |
| ENTERTAINMENT | 16,265 | 537 | 20,000 | 3,838 | 25,163 | 35,032 |
| PROMOTION | 26,967 | 17,526 | 12,000 | 51,075 | 7,901 | 46,200 |
| AWARDS | 30,910 | 44,825 | 65,000 | 60,464 | 51,114 | 86,989 |
| EQUIPMENT AND SUPPLIES | 22,943 | 10,881 | 10,000 | 114,309 | 12,869 | 13,266 |
| TICKETS | 216,580 | 212,625 | 295,440 | 233,945 | 138,125 | 168,840 |
| ADMINISTRATIVE | 95,791 | 2,739 | 30,000 | 2,489 | 242,361 | 73,760 |
| MISCELLANEOUS | 175,000 | 177,998 | 216,560 | 40,815 | - | 177,463 |
| TOTAL EXPENSES | 928,031 | 767,402 | 950,000 | 721,095 | 972,054 | 1,053,415 |
| NET INCOME (LOSS) | 321,094 | 40,175 | 2,916,392 | 106,604 | 939,408 | 347,585 |
| CONFERENCE DISTRIBUTION | | 193,428 | 2,400,000 | | 1,040,000 | 500,000 |
| INSTITUTION NET INCOME (LOSS) | 321,094 | (153,253) | 516,392 | 106,604 | (100,592) | (152,415) |

April 12, 2000/LEN11m

CONFIDENTIAL

NCAA 028847

Analysis of Institution Expense for Non-BCS games
Page No. 3

## 1999-00 Bowl Participants

| Institution | Hawaii<br>*Oahu* | Illinois<br>*Micronpc.com* | Kansas State<br>*Holiday* | Kentucky<br>*Music City* | Louisville<br>*Humanitarian* | Marshall<br>*Motor City* | Miami<br>*Gator* |
|---|---|---|---|---|---|---|---|
| BOWL PAYOUT | 750,968 | 750,000 | 1,960,109 | 1,013,495 | 750,000 | 750,000 | 1,400,000 |
| EXPENSES. | | | | | | | |
| TRANSPORTATION | | | | | | | |
| TEAM AND STAFF | 21,724 | 158,034 | 174,109 | 46,069 | 179,507 | 53,799 | 66,095 |
| BAND AND CHEERLEADERS | 5,157 | 43,383 | 243,612 | 12,895 | 39,675 | 13,242 | 16,721 |
| OFFICIAL PARTY | - | - | 125,664 | 589 | 174,648 | - | 51,397 |
| MEALS/LODGING/PER DIEM | | | | | | | |
| TEAM AND STAFF | 51,788 | 215,501 | 312,248 | 162,230 | 120,273 | 78,449 | 242,927 |
| BAND AND CHEERLEADERS | 224 | 64,778 | 88,836 | 17,397 | 3,240 | 19,276 | 25,298 |
| OFFICIAL PARTY | 7,248 | - | 81,711 | 550 | team | 5,569 | 75,005 |
| ENTERTAINMENT | 12,320 | - | 23,480 | 22,291 | 61,731 | 1,626 | 21,183 |
| PROMOTION | 26,516 | 14,706 | 17,342 | 2,728 | 4,736 | - | 11,771 |
| AWARDS | 6,996 | 73,091 | 17,083 | 71,531 | 56,923 | 45,283 | 70,452 |
| EQUIPMENT AND SUPPLIES | 17,938 | 6,073 | 64,856 | 18,222 | 39,706 | 6,169 | 81,466 |
| TICKETS | 139,870 | 302,058 | 40,026 | 4,240 | 113,250 | - | 393,268 |
| ADMINISTRATIVE | 47,690 | 78,772 | 13,405 | 12,931 | - | 1,435 | 11,427 |
| MISCELLANEOUS | 124,377 | 10,119 | 36,768 | 500 | - | 29,815 | - |
| TOTAL EXPENSES | 461,848 | 966,514 | 1,238,140 | 372,174 | 793,689 | 254,662 | 1,067,010 |
| NET INCOME (LOSS) | 289,120 | (216,514) | 721,969 | 643,321 | (43,689) | 495,338 | 332,990 |
| CONFERENCE DISTRIBUTION | 520,000 | - | 815,363 | 120,490 | 150,000 | 549,700 | 450,000 |
| INSTITUTION NET INCOME (LOSS) | (230,880) | (216,514) | (93,394) | 522,831 | (193,689) | (54,362) | (117,010) |

April 12, 2000/8:EN1.fm

CONFIDENTIAL

NCAA 028848

Analysis of Institution Expense for Non-BCS games
Page No. 4

## 1999-00 Bowl Participants

| Institution | Michigan St. Citrus | Minnesota Sun | Mississippi Independence | Mississippi State Peach | Oklahoma Independence | Oregon Sun |
|---|---|---|---|---|---|---|
| BOWL PAYOUT | 3,866,392 | 1,000,000 | 1,119,948 | 1,750,000 | 1,119,948 | 1,000,000 |
| EXPENSES: | | | | | | |
| TRANSPORTATION | | | | | | |
| TEAM AND STAFF | 218,563 | 140,012 | 103,376 | 74,475 | 69,169 | 483,007 |
| BAND AND CHEERLEADERS | 51,365 | 232,651 | 97,000 | 16,100 | 22,931 | 9,572 |
| OFFICIAL PARTY | 44,545 | 71,748 | - | 27,233 | 40,750 | - |
| MEALS/LODGING/PER DIEM | | | | | | |
| TEAM AND STAFF | 340,831 | 214,037 | 201,201 | 148,928 | 130,950 | 88,882 |
| BAND AND CHEERLEADERS | 108,133 | 73,807 | - | 45,207 | 41,150 | 23,907 |
| OFFICIAL PARTY | team and staff | team and staff | - | 48,038 | 13,598 | |
| ENTERTAINMENT | 24,997 | 10,674 | 3,600 | 42,533 | 43,376 | 3,244 |
| PROMOTION | 31,635 | 18,695 | 1,703 | 20,523 | 5,559 | 15,700 |
| AWARDS | 68,907 | 41,308 | 56,689 | 57,540 | 69,858 | 40,928 |
| EQUIPMENT AND SUPPLIES | 40,553 | 37,094 | 79,563 | 35,511 | 17,508 | 38,177 |
| TICKETS | 91,560 | 41,025 | 61,635 | 79,215 | 4,445 | 200,730 |
| ADMINISTRATIVE | 6,003 | 14,641 | - | 223,129 | 129,403 | 179,129 |
| MISCELLANEOUS | 62,267 | - | 207,765 | - | 8,582 | - |
| TOTAL EXPENSES | 1,089,361 | 895,692 | 812,533 | 818,381 | 597,278 | 1,083,276 |
| NET INCOME (LOSS) | 2,777,031 | 104,308 | 307,415 | 931,619 | 522,670 | (83,276) |
| CONFERENCE DISTRIBUTION | 2,600,000 | - | 400,000 | 880,000 | 200,000 | 15,243 |
| INSTITUTION NET INCOME (LOSS) | 177,031 | 104,308 | (92,585) | 51,619 | 322,670 | (98,519) |

April 12, 2000\KEM\lm

Analysis of Institution Expense for Non-BCS games
Page No. 5

## 1999-00 Bowl Participants

| Institution | Oregon St. Oahu | Penn State Alamo | Purdue Outback | So. Mississippi Liberty | Syracuse Music City | Texas Cotton | Texas A&M Alamo |
|---|---|---|---|---|---|---|---|
| BOWL PAYOUT | 750,968 | 1,478,325 | 1,911,462 | 1,249,125 | 1,015,495 | 2,334,787 | 1,478,325 |
| EXPENSES: | | | | | | | |
| TRANSPORTATION | | | | | | | |
| TEAM AND STAFF | 225,000 | 192,521 | 157,831 | 39,775 | 105,050 | 108,952 | 28,932 |
| BAND AND CHEERLEADERS | 37,000 | 221,155 | 170,030 | 15,900 | 138,547 | 35,000 | 77,542 |
| OFFICIAL PARTY | 140,000 | 161,829 | 112,051 | 4,100 | team | - | team |
| MEALS/LODGING/PER DIEM | | | | | | | |
| TEAM AND STAFF | 233,000 | 311,205 | 229,037 | 65,750 | 139,122 | 342,842 | 88,133 |
| BAND AND CHEERLEADERS | 20,000 | 56,345 | 138,494 | 49,464 | 37,574 | 98,000 | team |
| OFFICIAL PARTY | 156,000 | 28,257 | 146,349 | 50,950 | team | - | 108,641 |
| ENTERTAINMENT | 15,000 | 22,637 | 12,791 | 29,600 | - | 68,435 | 37,091 |
| PROMOTION | 10,000 | - | - | 16,550 | 500 | - | - |
| AWARDS | 65,000 | 40,825 | 80,443 | 51,250 | 36,017 | 100,633 | 121,410 |
| EQUIPMENT AND SUPPLIES | 20,000 | 15,880 | 39,614 | 1,200 | 23,544 | - | 557 |
| TICKETS | 125,370 | - | 75,120 | 268,135 | 174,065 | 248,400 | - |
| ADMINISTRATIVE | 7,500 | 228,671 | 32,977 | 119,350 | 210,898 | 11,895 | 9,220 |
| MISCELLANEOUS | - | 16,556 | 2,166 | 19,375 | - | 141,635 | 276,696 |
| TOTAL EXPENSES | 1,053,870 | 1,295,883 | 1,196,903 | 731,399 | 855,318 | 1,155,792 | 748,223 |
| NET INCOME (LOSS) | (301,902) | 182,442 | 714,559 | 517,726 | 160,177 | 1,178,995 | 730,102 |
| CONFERENCE DISTRIBUTION | | 824,000 | 700,000 | 350,000 | | 1,140,720 | 158,964 |
| INSTITUTION NET INCOME (LOSS) | (301,902) | (641,558) | 14,559 | 167,726 | 160,177 | 38,275 | 571,139 |

April 12, 2000A.EM.fm

CONFIDENTIAL

NCAA 028850

Analysis of Institution Expense for Non-BCS games
Page No. 6

## 1999-00 Bowl Participants

| Institution | Texas Christian _Mobile Alabama_ | Utah _Las Vegas_ | Virginia _Micronpc.com_ | Wake Forest _Aloha_ | Washington _Holiday_ | Total |
|---|---|---|---|---|---|---|
| BOWL PAYOUT | 807,577 | 827,699 | 750,000 | 750,968 | 1,960,109 | 50,459,054 |
| | | | | | | |
| EXPENSES: | | | | | | |
| | | | | | | |
| TRANSPORTATION | | | | | | |
| TEAM AND STAFF | 75,008 | 57,280 | 129,136 | 401,201 | 212,118 | 5,242,529 |
| BAND AND CHEERLEADERS | 62,815 | 6,425 | 17,560 | | 152,624 | 2,187,518 |
| OFFICIAL PARTY | 3,437 | 12,450 | 1,889 | | 27,137 | 1,147,444 |
| | | | | | | |
| MEALS/LODGING/PER DIEM | | | | | | |
| TEAM AND STAFF | 118,395 | 57,259 | 164,422 | 129,460 | 397,622 | 6,787,796 |
| BAND AND CHEERLEADERS | 27,630 | 30,939 | 27,564 | 23,554 | 45,963 | 2,041,082 |
| OFFICIAL PARTY | 8,327 | 16,371 | 13,728 | 41,598 | 13,344 | 1,177,552 |
| | | | | | | |
| ENTERTAINMENT | - | 2,860 | 14,811 | 24,171 | 30,891 | 782,564 |
| PROMOTION | 58,964 | 20,989 | 29,880 | 8,490 | 4,985 | 547,437 |
| AWARDS | 141,419 | 33,690 | 29,816 | 55,488 | 74,331 | 2,282,058 |
| EQUIPMENT AND SUPPLIES | 18,826 | 12,849 | 8,213 | | 37,852 | 1,119,001 |
| TICKETS | 237,490 | 234,985 | 404,221 | 9,360 | 186,706 | 5,845,509 |
| ADMINISTRATIVE | - | 46 | 86,579 | 105,437 | 56,195 | 2,145,417 |
| MISCELLANEOUS | 8,825 | - | - | | - | 1,909,964 |
| | | | | | | |
| TOTAL EXPENSES | 761,136 | 486,145 | 927,819 | 798,759 | 1,229,768 | 33,215,870 |
| | | | | | | |
| NET INCOME (LOSS) | 46,441 | 341,554 | (177,819) | (47,791) | 730,341 | 17,343,184 |
| | | | | | | |
| CONFERENCE DISTRIBUTION | - | | 150,000 | | 850,584 | (7,543,492) |
| | | | | | | |
| INSTITUTION NET INCOME (LOSS) | 46,441 | 341,554 | (327,819) | (47,791) | (120,243) | -300,308 |

April 12, 2000/A.EM·lm

NCAA 028851

SUPPLEMENT NO 29
Football Certification Subc 4/00

**1998-99 Bowl Participants**
**Bowl Championship Series**

| Institution | Alabama | Florida St. | Michigan | Nebraska | Stanford | Tennessee | Virginia Tech | Wisconsin | BCS | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| | Orange | Sugar | Orange | Fiesta | Rose | Fiesta | Sugar | Rose | TT/Sponsorships | |
| BOWL PAYOUT | 2,000,000 | 2,000,000 | 2,000,000 | 2,186,000 | 12,683,786 | 2,186,000 | 2,000,000 | 12,683,786 | 57,000,000 | 94,739,572 |
| EXPENSES: | | | | | | | | | | |
| TRANSPORTATION | | | | | | | | | | |
| TEAM AND STAFF | 188,950 | 128,000 | 497,842 | 250,696 | 119,135 | 334,289 | 92,116 | 364,649 | | 1,975,677 |
| BAND AND CHEERLEADERS | 37,790 | 27,400 | 34,398 | 204,176 | 104,025 | 251,257 | 161,252 | 206,592 | | 1,027,290 |
| OFFICIAL PARTY | 32,485 | 3,700 | 5,950 | 19,500 | 108,305 | 239,418 | 114,569 | 39,843 | | 563,770 |
| MEALS/LODGING/PER DIEM | | | | | | | | | | |
| TEAM AND STAFF | 361,441 | 358,400 | 467,908 | 506,190 | 478,128 | 361,420 | 399,171 | 403,419 | | 3,336,077 |
| BAND AND CHEERLEADERS | 144,207 | 107,800 | 129,263 | 119,255 | 79,546 | 120,883 | 111,654 | 125,000 | | 938,108 |
| OFFICIAL PARTY | 26,031 | 34,000 | 25,549 | 18,439 | 138,183 | 123,554 | 15,700 | 48,698 | | 430,154 |
| ENTERTAINMENT | 45,645 | 37,800 | - | 17,479 | 26,432 | 1,163 | 30,000 | 11,599 | | 170,118 |
| PROMOTION | | 25,900 | 6,775 | 8,000 | 3,516 | 55,018 | 20,546 | 15,587 | | 135,342 |
| AWARDS | 15,653 | 65,000 | 69,031 | 90,250 | 52,494 | 85,297 | 171,046 | 96,968 | | 645,779 |
| EQUIPMENT AND SUPPLIES | 20,177 | 42,000 | 7,956 | 5,275 | 142,997 | 15,718 | 103,670 | 54,936 | | 392,729 |
| TICKETS | 250,540 | 134,200 | 133,950 | 128,775 | 185,900 | 659,250 | 113,735 | 139,920 | | 1,746,370 |
| ADMINISTRATIVE | 507,887 | 15,100 | 10,767 | 239,798 | 138,560 | 250,582 | -45,921 | - | | 1,208,615 |
| MISCELLANEOUS | - | - | 27,560 | 1,819 | 81,989 | - | 397,444 | - | | 508,812 |
| TOTAL EXPENSES | 1,630,806 | 979,400 | 1,416,949 | 1,610,192 | 1,659,210 | 2,497,849 | 1,776,824 | 1,507,611 | | 13,078,841 |
| NET INCOME (LOSS) | 369,194 | 1,020,600 | 583,051 | 575,808 | 11,024,576 | (311,849) | 223,176 | 11,176,175 | 57,000,000 | 81,660,731 |

The National Collegiate Athletic Association
KEM lm
April 12, 2000

CONFIDENTIAL

NCAA 028852

SUPPLEMENT NO. 30
Football Certification Subc 4/00

CONFERENCE ANALYSIS OF
1999-00 NCAA CERTIFIED
POSTSEASON FOOTBALL BOWL GAMES

| Conference | Bowl | Institution | Institution's Bowl Revenue | Participating Institution's Expense | Excess of Revenue over Expenses | % of Excess Revenue/Expenses per Conference |
|---|---|---|---|---|---|---|
| ACC | Peach | Clemson | 1,750,000 | 684,430 | 1,065,570 | 1% |
| | Aloha/Oahu | Wake Forest | 750,968 | 798,759 | -47,791 | 0% |
| | Micron/PC | Virginia | 750,000 | 927,819 | -177,819 | 0% |
| | Gator | Georgia Tech | 1,400,000 | 1,052,415 | 347,585 | 0% |
| | BCS (Sugar) | Florida State | 13,499,250 | 979,400 | 12,519,850 | 13% |
| **ACC Totals** | | | **18,150,218** | **4,442,823** | **13,707,395** | **14%** |
| Big East | Music City | Syracuse | 1,015,495 | 855,318 | 160,177 | 0% |
| | Insight.Com | Boston College | 756,672 | 1,246,880 | -490,208 | 0% |
| | Gator | Miami | 1,400,000 | 1,067,010 | 332,990 | 0% |
| | BCS (Sugar) | Virginia Tech | 13,499,250 | 1,776,824 | 11,722,426 | 12% |
| **Big East Totals** | | | **16,671,417** | **4,946,032** | **11,725,385** | **12%** |
| Big Twelve | Alamo | Texas A&M | 1,478,325 | 748,223 | 730,102 | 1% |
| | Insight Com | Colorado | 756,672 | 1,187,044 | -430,372 | 0% |
| | Holiday | Kansas State | 1,960,109 | 1,238,140 | 721,969 | 1% |
| | Cotton | Texas | 2,334,787 | 1,155,792 | 1,178,995 | 1% |
| | Independence | Oklahoma | 1,119,948 | 597,278 | 522,670 | 1% |
| | BCS (Fiesta) | Nebraska | 13,499,250 | 1,610,192 | 11,889,058 | 12% |
| **Big Twelve Totals** | | | **21,149,091** | **6,536,669** | **14,612,422** | **15%** |
| Big Ten | Citrus | Michigan State | 3,866,392 | 1,089,361 | 2,777,031 | 3% |
| | Outback | Purdue | 1,911,462 | 1,196,903 | 714,559 | 1% |
| | Alamo | Penn State | 1,478,325 | 1,295,883 | 182,442 | 0% |
| | Sun Bowl | Minnesota | 1,000,000 | 895,692 | 104,308 | 0% |
| | Micron/PC | Illinois | 750,000 | 966,514 | -216,514 | 0% |
| | BCS (Rose) | Wisconsin | 12,121,286 | 1,507,611 | 10,613,675 | 11% |
| | BCS (Orange) | Michigan | 6,000,000 | 1,416,949 | 4,583,051 | 5% |
| **Big Ten Totals** | | | **27,127,465** | **8,368,913** | **18,758,552** | **19%** |
| Big West | Humanitarian | Boise State | 750,000 | 195,795 | 554,205 | 1% |
| | Bowl Championship Series Revenue | | 300,000 | - | 300,000 | 0% |
| **Big West Totals** | | | **1,050,000** | **195,795** | **854,205** | **1%** |
| Conference USA | Liberty | Southern Miss. | 1,249,125 | 731,399 | 517,726 | 1% |
| | Humanitarian | Louisville | 750,000 | 793,689 | -43,689 | 0% |
| | Mobile | East Carolina | 807,577 | 767,402 | 40,175 | 0% |
| | Bowl Championship Series Revenue | | 800,000 | - | 800,000 | 1% |
| **Conf. USA Totals** | | | **3,606,702** | **2,292,490** | **1,314,212** | **1%** |

CONFIDENTIAL

**1999-00 Conference Analysis**
Page No. 2

| Conference | Bowl | Institution | Institution's Bowl Revenue | Participating Institution's Expense | Excess of Revenue over Expenses | % of Excess Revenue/Expenses per Institution |
|---|---|---|---|---|---|---|
| Mid-American | Motor City | Marshall | 750,000 | 254,662 | 495,338 | 1% |
| | Bowl Championship Series Revenue | | 600,000 | - | 600,000 | 1% |
| **Mid-American Totals** | | | **1,350,000** | **254,662** | **1,095,338** | **1%** |
| Pac-10 | Holiday | Washington | 1,960,109 | 1,229,768 | 730,341 | 1% |
| | Sun | Oregon | 1,000,000 | 1,083,276 | -83,276 | 0% |
| | Aloha | Arizona State | 750,968 | 940,365 | -189,397 | 0% |
| | BCS (Rose) | Stanford | 12,121,286 | 1,659,210 | 10,462,076 | 11% |
| | Oahu | Oregon State | 750,968 | 1,052,870 | -301,902 | 0% |
| | Bowl Championship Series Revenue | | 2,499,750 | - | - | 0% |
| **Pac-10 Totals** | | | **19,083,081** | **5,965,489** | **13,117,592** | **13%** |
| Mt. West | Motor City | Brigham Young | 750,000 | 1,226,706 | -476,706 | 0% |
| | Liberty | Colorado State | 1,249,125 | 928,031 | 321,094 | 0% |
| | Las Vegas | Utah | 827,699 | 486,145 | 341,554 | 0% |
| | Bowl Championship Series Revenue | | 800,000 | - | - | 0% |
| **Mt. West Totals** | | | **3,626,824** | **2,640,882** | **985,942** | **1%** |
| SEC | Music City | Kentucky | 1,015,495 | 372,174 | 643,321 | 1% |
| | Peach | Mississippi State | 1,750,000 | 818,381 | 931,619 | 1% |
| | Outback | Georgia | 1,911,462 | 972,054 | 939,408 | 1% |
| | Independence | Mississippi | 1,119,948 | 812,533 | 307,415 | 0% |
| | Cotton | Arkansas | 2,334,787 | 653,082 | 1,681,705 | 2% |
| | Citrus | Florida | 3,866,392 | 950,000 | 2,916,392 | 3% |
| | BCS (Orange) | Alabama | 8,499,750 | 1,630,806 | 6,868,944 | 7% |
| | BCS (Fiesta) | Tennessee | 8,499,750 | 2,497,849 | 6,001,901 | 6% |
| **SEC Totals** | | | **28,997,584** | **8,706,879** | **20,290,705** | **21%** |
| WAC | Las Vegas | Fresno State | 827,699 | 721,095 | 106,604 | 0% |
| | Mobile | Texas Christian | 807,577 | 761,136 | 46,441 | 0% |
| | Oahu | Hawaii | 750,968 | 461,848 | 289,120 | 0% |
| | Bowl Championship Series Revenue | | 800,000 | - | 800,000 | 1% |
| **WAC Totals** | | | **3,186,244** | **1,944,079** | **1,242,165** | **1%** |
| **I-AA Conference Distributions** | | | **1,200,000** | **-** | **1,200,000** | **1%** |
| **TOTALS** | | | **145,198,626** | **46,294,713** | **98,903,913** | **100%** |

The National Collegiate Athletic Association
April 12, 1999                    KEM-vls

CONFIDENTIAL                              NCAA 028854

Bowl Analysis By Conference
Page No. 1

## FIVE-YEAR ANALYSIS OF PARTICIPANTS
## IN POSTSEASON FOOTBALL BOWL GAMES
## BY MAJOR CONFERENCES AND INDEPENDENTS (1995-96 TO 1999-00)

| CONFERENCE | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | TOTAL |
|---|---|---|---|---|---|---|
| Atlantic Coast | Clemson-Peach<br>Florida State-Orange<br>North Carolina-Carquest<br>Virginia-Peach | Clemson-Peach<br>Florida State-Sugar<br>North Carolina-Gator<br>Virginia-Carquest | Clemson-Peach<br>Florida State-Sugar<br>Georgia Tech-Carquest<br>North Carolina-Gator | Florida State-Fiesta<br>Georgia Tech-Gator<br>North Carolina-Las Vegas<br>North Carolina St.-Micron/PC<br>Virginia-Peach | Clemson-Peach<br>Florida St.-Sugar<br>Georgia Tech -Gator<br>Wake Forest-Aloha<br>Virginia-Micron.PC | 22 |
| Big East | Syracuse-Gator<br>Virginia Tech-Sugar | Miami-Carquest<br>Syracuse-Liberty<br>Virginia Tech-Orange<br>West Virginia-Gator | Pittsburgh-Liberty<br>Syracuse-Fiesta<br>Virginia Tech-Music City<br>West Virginia-Carquest | Miami-Micron/PC<br>Syracuse-Orange<br>Virginia Tech-Music City<br>West Virginia-Insight Com | Boston College-Insight com<br>Miami-Gator<br>Syracuse-Music City<br>Virginia Tech-Sugar | 18 |
| Big Eight | Colorado-Cotton<br>Kansas-Aloha<br>Kansas State-Holiday<br>Nebraska-Fiesta | | | | | 4 |
| Big Ten | Iowa-Sun<br>Michigan-Alamo<br>Michigan St.-Independence<br>Northwestern-Rose<br>Ohio State-Citrus<br>Penn State-Outback | Iowa-Alamo<br>Michigan-Outback<br>Michigan State-Sun<br>Northwestern-Citrus<br>Ohio State-Rose<br>Penn State-Fiesta<br>Wisconsin-Copper | Iowa-Sun<br>Michigan-Rose<br>Michigan State-Aloha<br>Ohio State-Sugar<br>Penn State-Citrus<br>Purdue-Alamo<br>Wisconsin-Outback | Michigan-Citrus<br>Ohio State-Sugar<br>Penn State-Outback<br>Purdue-Alamo<br>Wisconsin-Rose | Illinois-Micron/PC<br>Michigan St.-Citrus<br>Michigan-Orange<br>Minnesota-Sun<br>Penn St.-Alamo<br>Purdue-Outback<br>Wisconsin-Ruse | 32 |
| Big Twelve | | Colorado-Holiday<br>Kansas State-Cotton<br>Nebraska-Orange<br>Texas-Fiesta<br>Texas Tech-Alamo | Kansas State-Fiesta<br>Missouri-Holiday<br>Nebraska-Alamo<br>Oklahoma State-Alamo<br>Texas A&M-Cotton | Colorado-Aloha<br>Kansas State-Alamo<br>Missouri-Insight Com<br>Nebraska-Holiday<br>Texas-Cotton<br>Texas A&M-Sugar<br>Texas Tech-Independence | Colorado-Insight.com<br>Kansas St.-Holiday<br>Nebraska-Fiesta<br>Oklahoma-Independence<br>Texas A&M-Alamo<br>Texas-Cotton | 23 |
| Big West | Nevada-Reno-Las Vegas | Nevada, Reno-Las Vegas | Utah State-Humanitarian | Idaho-Humanitarian | Boise St.-Humanitarian | 5 |
| Conference USA | | Houston-Liberty | Cincinnati-Humanitarian<br>Southern Miss-Liberty | Louisville-Motor City<br>Southern Miss-Humanitarian<br>Tulane-Liberty | East Carolina-Mobile<br>Louisville-Humanitarian<br>Southern Miss-Liberty | 9 |

CONFIDENTIAL

NCAA 028855

Bowl Analysis By Conference
Page No. 2

| CONFERENCE | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | TOTAL |
|---|---|---|---|---|---|---|
| Mid-American | Toledo-Las Vegas | Ball State-Las Vegas | Marshall-Motor City | Marshall-Motor City | Marshall-Motor City | 5 |
| Mountain West | | | | | BYU-Motor City<br>Utah-Las Vegas<br>Colorado St-Liberty | 3 |
| Pacific-10 | UCLA-Aloha<br>Oregon-Cotton<br>Southern Cal-Rose<br>Stanford-Liberty<br>Washington-Sun | Arizona State-Rose<br>California-Aloha<br>Stanford-Sun<br>Washington-Holiday | Arizona-Insight Com<br>Arizona State-Sun<br>Oregon-Las Vegas<br>UCLA-Cotton<br>Washington-Aloha<br>Washington State-Rose | Arizona-Holiday<br>Oregon-Aloha<br>UCLA-Rose<br>USC-Sun<br>Washington-Oahu | Arizona St-Aloha<br>Oregon-Sun<br>Stanford-Rose<br>Washington-Holiday<br>Oregon State-Oahu | 25 |
| Patriot | | Army-Independence<br>Navy-Aloha | | | | 2 |
| Southeastern | Arkansas-Carquest<br>Auburn-Outback<br>Florida-Fiesta<br>Georgia-Peach<br>Louisiana St-Independence<br>Tennessee-Citrus | Alabama-Outback<br>Auburn-Independence<br>Florida-Sugar<br>Louisiana State-Peach<br>Tennessee-Citrus | Auburn-Peach<br>Florida-Citrus<br>Georgia-Outback<br>Mississippi-Motor City<br>Tennessee-Orange<br>Louisiana State-Independence | Arkansas-Citrus<br>Florida-Orange<br>Georgia-Peach<br>Kentucky-Outback<br>Mississippi-Independence<br>Tennessee-Fiesta<br>Alabama-Music City<br>Mississippi St-Cotton | Alabama-Orange<br>Arkansas-Cotton<br>Florida-Citrus<br>Georgia-Outback<br>Kentucky-Music City<br>Miss St-Peach<br>Ole Miss-Independence<br>Tennessee-Fiesta | 33 |
| Southwest | Texas-Sugar<br>Texas A&M-Alamo<br>Texas Tech-Copper | | | | | 3 |
| Western Athletic | Air Force-Copper<br>Colorado State-Holiday | Brigham Young-Cotton<br>Utah-Copper | U.S. Air Force-Las Vegas<br>Colorado State-Holiday<br>New Mexico-Insight.Com | Brigham Young-Liberty<br>San Diego St-Las Vegas<br>Texas Christian-Sun<br>U.S. Air Force-Oahu | Fresno St-Las Vegas<br>Texas Christian-Mobile<br>Hawaii-Oahu | 14 |
| Independents | East Carolina-Liberty<br>Notre Dame-Fiesta | East Carolina-Liberty<br>Notre Dame-Gator | Notre Dame-Independence | Notre Dame-Gator | | 6 |
| Total | 36 | 38 | 40 | 44 | 46 | 204 |

The National Collegiate Athletic Association
April 1, 2000
KEM:ndw

CONFIDENTIAL

NCAA 028856

SUPPLEMENT NO 31
Football Certification Supc 4/00

## GROSS RECEIPTS SUMMARY

| FOOTBALL | 1995-96 | 1996-97 | 1997-98 | 1998-99 | 1999-00 | Percent Change from Previous Year |
|---|---|---|---|---|---|---|
| TICKETS | 45,279,843 | 46,944,590 | 52,905,716 | 62,470,265 | 64,593,328 | 3.4% |
| MEMBERSHIP | 674,188 | 714,993 | 920,075 | 1,023,313 | 936,642 | -8.5% |
| CONCESSIONS | 237,059 | 325,042 | 374,527 | 393,695 | 370,419 | -5.9% |
| PROGRAMS | 548,085 | 595,864 | 616,775 | 669,851 | 604,289 | -9.8% |
| ADVERTISING | 1,394,848 | 809,977 | 766,440 | 2,565,682 | 2,208,235 | -13.9% |
| RADIO | 234,000 | 236,250 | 75,425 | 15,225 | 28,070 | 84.4% |
| TELEVISION | 52,536,049 | 48,118,248 | 52,039,789 | 31,565,655 | 32,292,697 | 2.3% |
| MERCHANDISING | 526,561 | 429,862 | 382,328 | 438,695 | 441,351 | 0.6% |
| FILM/MOVIE/VIDEO RIGHTS | | | | 0 | | |
| LICENSING | 354,070 | 398,667 | 382,592 | 856,714 | 705,132 | -17.7% |
| TITLE SPONSORSHIP | 23,861,607 | 16,194,316 | 17,850,879 | 9,114,196 | 10,332,627 | 13.4% |
| CORPORATE SPONSORS | 4,044,430 | 4,631,667 | 5,237,042 | 4,967,072 | 6,029,174 | 21.4% |
| INTEREST | 1,301,706 | 1,148,249 | 1,341,669 | 872,828 | 1,120,463 | 28.4% |
| OTHER | 354,494 | 700,544 | 2,140,441 | 2,662,733 | 3,511,800 | 31.9% |
| | | | | | | |
| LESS: DEDUCTIONS | (445,563) | (874,976) | (1,521,868) | (1,749,694) | (2,054,242) | 17.4% |
| BCS TV & SPONSORSHIPS | | | | 57,000,000 | 57,000,000 | 0.0% |
| | | | | | | |
| TOTAL GROSS RECEIPTS | 130,901,377 | 130,373,293 | 133,511,830 | 172,866,230 | 178,119,985 | 3.0% |

The National Collegiate Athletic Association    KEM:lm
April 12, 2000

CONFIDENTIAL

Gross Receipts Analysis
Page No. 1

Gross Receipts Analysis
1999-00

1999-00

| GROSS RECEIPTS SUMMARY | ALAMO | ALOHA | CITRUS | INSIGHT.COM | COTTON | FIESTA |
|---|---|---|---|---|---|---|
| TICKETS | 2,344,625 | 1,951,200 | 3,527,635 | 1,310,915 | 3,737,730 | 6,628,989 |
| MEMBERSHIP | 17,022 | 0 | 167,584 | 3,373 | 0 | 0 |
| CONCESSIONS | 0 | 0 | 333 | 0 | 0 | 40,522 |
| PROGRAMS | 9,650 | 0 | 29,794 | 13,014 | 56,183 | 60,183 |
| ADVERTISING | 23,500 | 23,000 | 137,800 | 4,171 | 0 | 823,945 |
| RADIO | 0 | 0 | 19,520 | | 0 | 0 |
| TELEVISION | 675,000 | 864,263 | 3,937,500 | 330,000 | 1,000,000 | 0 |
| MERCHANDISING | 10,840 | 21,943 | 90,000 | 10,197 | 41,179 | 31,762 |
| LICENSING | 3,000 | 3,000 | 13,334 | 2,349 | | 210,064 |
| TITLE SPONSORSHIP | 821,250 | 1,060,000 | 1,250,531 | 356,850 | 444,375 | |
| CORPORATE SPONSORS | 91,100 | 126,000 | 20,894 | 16,582 | 799,293 | 145,010 |
| INTEREST | 37,474 | 31,916 | 92,764 | 14,248 | 66,453 | 73,328 |
| OTHER | 9,504 | 0 | 142,812 | 45,365 | 0 | 185,874 |
| DEDUCTIONS | -97,765 | -76,160 | -20,800 | -89,273 | -77,955 | -135,644 |
| TOTAL GROSS RECEIPTS | 3,942,200 | 4,005,162 | 9,409,701 | 2,017,791 | 6,067,258 | 8,064,033 |

CONFIDENTIAL

NCAA 028858

Gross Receipts Analysis
Page No 2

Gross Receipts Analysis
1999-00

| 1998-99 GROSS RECEIPTS SUMMARY | GATOR | HOLIDAY | HUMANITARIAN | INDEPENDENCE | LAS VEGAS | LIBERTY |
|---|---|---|---|---|---|---|
| TICKETS | 2,016,425 | 2,453,660 | 698,244 | 1,492,195 | 1,261,955 | 1,963,510 |
| MEMBERSHIP | 76,246 | 0 | 0 | 0 | 0 | 36,675 |
| CONCESSIONS | 138,029 | 0 | 0 | 0 | 0 | 0 |
| PROGRAMS | 12,178 | 0 | 0 | 0 | 0 | 3,646 |
| ADVERTISING | 0 | 59,466 | 0 | 41,892 | 22,150 | 38,935 |
| RADIO | 0 | 0 | 0 | 4,000 | 4,550 | 0 |
| TELEVISION | 400,000 | 1,400,000 | 25,000 | 280,000 | 160,000 | 379,210 |
| MERCHANDISING | 0 | 23,239 | 8,220 | 19,046 | 6,488 | 20,586 |
| LICENSING | 44,503 | 15,000 | 1,000 | 18,000 | 276 | 3,022 |
| TITLE SPONSORSHIP | 900,000 | 539,409 | 150,000 | 580,000 | 620,575 | 543,217 |
| CORPORATE SPONSORS | 71,748 | 472,654 | 1,091,114 | 536,743 | 61,877 | 292,531 |
| INTEREST | 33,651 | 26,333 | 28,619 | 29,549 | 32,409 | 10,742 |
| OTHER | 58,481 | 15,210 | 3,160 | 9,168 | 101,883 | 136,584 |
| DEDUCTIONS | -93,378 | -104,699 | -104,691 | -24,065 | -64,965 | -95,480 |
| TOTAL GROSS RECEIPTS | 3,657,883 | 4,900,272 | 1,900,666 | 2,986,528 | 2,207,198 | 3,333,178 |

NCAA 028859

Gross Receipts Analysis
Page No. 3

Gross Receipts Analysis
1999-00

| 1998-99 GROSS RECEIPTS SUMMARY | MICRON/PC | MOBILE | MUSIC CITY | MOTOR CITY | ORANGE | OUTBACK |
|---|---|---|---|---|---|---|
| TICKETS | 1,366,974 | 1,351,568 | 2,158,645 | 1,270,744 | 5,573,920 | 2,364,740 |
| MEMBERSHIP | 0 |  | 2,417 | 154,164 | 0 | 342,667 |
| CONCESSIONS | 0 | 0 | 0 | 0 | 0 | 0 |
| PROGRAMS | 5,375 | 8,625 | 0 | 0 | 82,254 | 36,625 |
| ADVERTISING | 0 | 39,650 | 850 | 114,791 | 0 | 0 |
| RADIO | 0 | 0 | 0 | 0 | 0 | 0 |
| TELEVISION | 400,000 | 20,000 | 355,850 | 136,000 | 556,000 | 1,496,598 |
| MERCHANDISING | 9,857 | 0 | 1,423 | 5,218 | 0 | 90,490 |
| LICENSING | 0 | 2,000 | 0 | 0 | 66,947 | 0 |
| TITLE SPONSORSHIP | 0 | 763,105 | 129,095 | 96,094 | 145,570 | 550,315 |
| CORPORATE SPONSORS | 260,833 | 19,203 | 133,125 | 39,334 | 327,605 | 0 |
| INTEREST | 9,646 | 21,384 | 11,091 | 10,174 | 87,448 | 46,388 |
| OTHER | 0 | 27,080 | 21,040 | 22,313 | 91,332 | 49,518 |
| DEDUCTIONS | -78,665 | -99,078 | -109,250 | -103,769 | -97,000 | -207,714 |
| TOTAL GROSS RECEIPTS | 1,974,020 | 2,153,537 | 2,704,286 | 1,745,063 | 6,506,471 | 5,097,232 |

CONFIDENTIAL

NCAA 028860

Gross Receipts Analysis
Page No. 4

Gross Receipts Analysis
1999-00

| GROSS RECEIPTS SUMMARY | PEACH | ROSE | SUGAR | SUN | BOWL CHS. SERIES | TOTALS |
|---|---|---|---|---|---|---|
| TICKETS | 2,992,446 | 9,657,655 | 7,198,785 | 1,270,768 | | 64,593,328 |
| MEMBERSHIP | 136,494 | 0 | 0 | 0 | | 936,642 |
| CONCESSIONS | 0 | 130,937 | 0 | 60,598 | | 370,419 |
| PROGRAMS | 0 | 281,895 | 0 | 4,867 | | 604,289 |
| ADVERTISING | 0 | 0 | 878,085 | 0 | | 2,208,235 |
| RADIO | 0 | 0 | 0 | 0 | | 28,070 |
| TELEVISION | 570,000 | 19,037,276 | 0 | 270,000 | 57,000,000 | 89,292,697 |
| MERCHANDISING | 27,043 | 0 | 0 | 23,820 | | 441,351 |
| LICENSING | 0 | 0 | 325,637 | 0 | | 705,132 |
| TITLE SPONSORSHIP | 729,941 | 0 | 315,000 | 337,300 | | 10,332,627 |
| CORPORATE SPONSORS | 263,474 | 422,054 | 838,000 | 0 | | 6,029,174 |
| INTEREST | 31,589 | 259,503 | 142,543 | 23,211 | | 1,120,463 |
| OTHER | 9,274 | 4,580 | 1,740,000 | 838,622 | | 3,511,800 |
| DEDUCTIONS | -102,337 | -12,000 | -97,004 | -162,550 | | -2,054,242 |
| | | | | | | |
| TOTAL GROSS RECEIPTS | 4,657,924 | 29,781,900 | 11,341,046 | 2,666,636 | 57,000,000 | 178,119,985 |
| | | | | | | 178,119,985 |

The National Collegiate Athletic Association
KEM:ndw
April 12, 2000

SUPPLEMENT No. 32
NCAA Football Certification Subcommittee
4/00

### FINANCIAL PAYOFF OF NCAA CERTIFIED
### POSTSEASON FOOTBALL BOWL GAMES

| GAME | YEAR | PER TEAM | % | BOWL ASSN. | % | ESCROW | % | GROSS |
|------|------|----------|---|------------|---|--------|---|-------|
| Alamo | 1993-94 | 705,515 | 37.5 | 470,344 | 25.0 | | | 1,881,374 |
| | 1994-95 | 750,000 | 38.4 | 455,167 | 23.2 | | | 1,955,167 |
| | 1995-96 | 1,273,325 | 37.5 | 848,883 | 25.0 | | | 3,395,533 |
| | 1996-97 | 1,130,433 | 37.5 | 753,622 | 25.0 | | | 3,014,488 |
| | 1997-98 | 1,141,280 | 37.5 | 760,853 | 25.0 | | | 3,043,413 |
| | 1998-99 | 1,241,701 | 37.5 | 827,801 | 25.0 | | | 3,311,203 |
| | **1999-00** | **1,478,325** | **37.5** | **985,550** | **25.0** | | | **3,942,200** |
| Aloha/Oahu | 1982-83 | 300,000 | 47.2 | 35,701 | 5.6 | | | 635,701 |
| | 1983-84 | 400,000 | 45.9 | 71,026 | 8.2 | | | 871,026 |
| | 1984-85 | 400,000 | 37.5 | 260,113 | 25.0 | | | 1,060,113 |
| | 1985-86 | 400,000 | 37.5 | 209,357 | 25.0 | | | 1,009,357 |
| | 1986-87 | 500,000 | 61.0 | -0- | 0.0 | | | 782,236 |
| | 1987-88 | 500,000 | 72.0 | -0- | 0.0 | | | 861,632 |
| | 1988-89 | 500,000 | 38.5 | 299,982 | 23.1 | | | 1,299,982 |
| | 1989-90 | 601,036 | 37.5 | 400,491 | 25.0 | | | 1,602,763 |
| | 1990-91 | 600,000 | 37.9 | 382,617 | 24.2 | | | 1,582,617 |
| | 1991-92 | 650,000 | 37.5 | 432,919 | 25.0 | | | 1,732,919 |
| | 1992-93 | 755,111 | 37.5 | 503,409 | 25.0 | | | 2,013,631 |
| | 1993-94 | 750,609 | 37.5 | 500,405 | 25.0 | | | 2,001,623 |
| | 1994-95 | 750,000 | 40.7 | 340,764 | 18.6 | | | 1,840,764 |
| | 1995-96 | 750,000 | 42.5 | 265,529 | 15.0 | | | 1,765,529 |
| | 1996-97 | 750,039 | 37.5 | 500,026 | 25.0 | | | 2,000,105 |
| | 1997-98 | 753,920 | 37.5 | 502,613 | 25.0 | | | 2,010,453 |
| | L--1998-99 | 750,000 | 19.0 | 939,183 | 24.0 | | | 3,939,183 |
| | **1999-00** | **750,968** | **37.5** | **1,001,290** | **25.0** | | | **4,005,162** |
| Micron/PC | 1990-91 | 1,624,502 | 37.5 | 1,083,000 | 25.0 | | | 4,332,004 |
| | 1991-92 | 2,500,000 | 42.0 | 957,078 | 16.0 | | | 5,957,078 |
| | 1992-93 | 1,525,000 | 40.9 | 676,095 | 18.2 | | | 3,726,095 |
| | 1993-94 | 1,000,000 | 39.6 | 522,588 | 20.8 | | | 2,522,588 |
| | 1994-95 | 1,000,000 | 37.7 | 652,981 | 24.6 | | | 2,652,981 |
| | 1995-96 | 750,000 | 38.5 | 446,087 | 23.0 | | | 1,946,087 |
| | 1996-97 | 750,000 | 39.4 | 404,103 | 21.2 | | | 1,904,103 |
| | 1997-98 | 750,000 | 38.5 | 449,616 | 23.0 | | | 1,949,616 |
| | M--1998-99 | 750,000 | 37.5 | 499,043 | 25.0 | | | 1,999,043 |
| | **1999-00** | **750,000** | **38.0** | **473,765** | **24.0** | | | **1,974,020** |
| Citrus | 1976-77 | 106,262 | 37.5 | 70,842 | 25.0 | | | 383,366 |
| | 1977-78 | 178,175 | 37.5 | 118,784 | 25.0 | | | 475,134 |
| | 1978-79 | 127,509 | 37.5 | 85,005 | 25.0 | | | 340,023 |
| | 1979-80 | 157,138 | 37.5 | 104,758 | 25.0 | | | 419,035 |
| | 1980-81 | 253,670 | 37.0 | 169,114 | 25.0 | | | 676,454 |
| | 1981-82 | 305,000 | 37.5 | 203,333 | 25.0 | | | 813,333 |
| | 1982-83 | 350,000 | 37.5 | 233,333 | 25.0 | | | 933,333 |
| | A--1983-84 | 500,000 | 37.5 | 333,333 | 25.0 | | | 1,333,333 |
| | 1984-85 | 600,000 | 37.5 | 400,000 | 25.0 | | | 1,600,000 |
| | 1985-86 | 750,000 | 45.3 | 158,151 | 9.5 | | | 1,658,151 |
| | 1986-87 | 900,000 | 45.0 | 204,831 | 10.0 | | | 2,004,831 |
| | 1987-88 | 1,050,000 | 46.9 | 139,527 | 6.2 | | | 2,239,527 |

Financial Payoff History
Page No. 2

| GAME | YEAR | PER TEAM | % | BOWL ASSN. | % | ESCROW | % | GROSS |
|---|---|---|---|---|---|---|---|---|
| **Citrus** | 1988-89 | 1,150,000 | 47.3 | 133,246 | 5.4 | | | 2,433,246 |
| (Continued) | 1989-90 | 1,200,000 | 41.7 | 475,769 | 16.5 | | | 2,875,769 |
| | 1990-91 | 1,350,000 | 41.9 | 518,988 | 16.2 | | | 3,218,988 |
| | 1991-92 | 1,350,000 | 44.3 | 349,702 | 11.4 | | | 3,049,702 |
| | 1992-93 | 2,000,000 | 48.0 | 170,049 | 4.0 | | | 4,170,049 |
| | 1993-94 | 2,350,000 | 40.6 | 1,089,973 | 18.8 | | | 5,789,973 |
| | 1994-95 | 2,400,000 | 41.2 | 1,030,170 | 17.6 | | | 5,830,170 |
| | 1995-96 | 3,059,500 | 42.8 | 1,023,474 | 14.4 | | | 7,142,474 |
| | 1996-97 | 3,110,500 | 44.2 | 822,087 | 11.6 | | | 7,043,087 |
| | 1997-98 | 3,361,868 | 41.2 | 1,435,012 | 17.6 | | | 8,158,748 |
| | 1998-99 | 3,672,359 | 43.3 | 1,145,707 | 13.4 | | | 8,490,425 |
| | **1999-00** | **3,866,932** | **41.09** | **1,676,917** | **17.82** | | | **9,409,701** |
| **Insight.Com** | 1989-90 | 500,000 | 38.3 | 310,444 | 23.7 | | | 1,310,444 |
| | 1990-91 | 600,000 | 37.7 | 390,832 | 24.6 | | | 1,590,832 |
| | 1991-92 | 650,000 | 39.2 | 359,904 | 21.6 | | | 1,659,904 |
| | 1992-93 | 650,000 | 38.3 | 395,511 | 23.4 | | | 1,695,511 |
| | 1993-94 | 700,000 | 39.4 | 377,733 | 21.2 | | | 1,777,733 |
| | 1994-95 | 750,000 | 38.8 | 433,301 | 22.4 | | | 1,933,301 |
| | 1995-96 | 750,000 | 40.4 | 355,710 | 19.2 | | | 1,855,710 |
| | 1996-97 | 952,897 | 37.5 | 635,265 | 25.0 | | | 2,541,059 |
| | J--1997-98 | 802,381 | 37.5 | 534,922 | 25.0 | | | 2,139,684 |
| | 1998-99 | 769,004 | 37.5 | 512,668 | 25.0 | | | 2,050,676 |
| | **1999-00** | **756,672** | **37.5** | **504,448** | **25.0** | | | **2,017,791** |
| **Cotton** | 1976-77 | 920,723 | 37.5 | 613,815 | 25.0 | | | 2,455,261 |
| | 1977-78 | 1,008,372 | 37.5 | 672,248 | 25.0 | | | 2,688,992 |
| | 1978-79 | 1,526,275 | 37.5 | 1,017,516 | 25.0 | | | 4,070,066 |
| | 1979-80 | 1,724,133 | 37.5 | 1,149,422 | 25.0 | | | 4,597,688 |
| | 1980-81 | 1,912,084 | 37.5 | 1,274,722 | 25.0 | | | 5,098,890 |
| | 1981-82 | 1,630,041 | 37.5 | 1,086,693 | 25.0 | | | 4,346,775 |
| | 1982-83 | 1,852,534 | 37.5 | 1,235,022 | 25.0 | | | 4,940,090 |
| | 1983-84 | 1,854,362 | 37.5 | 1,236,241 | 25.0 | | | 4,944,965 |
| | 1984-85 | 1,988,181 | 37.5 | 1,325,453 | 25.0 | | | 5,301,815 |
| | 1985-86 | 1,075,595 | 37.5 | 1,383,730 | 25.0 | | | 5,534,920 |
| | 1986-87 | 2,161,659 | 37.5 | 1,441,104 | 25.0 | | | 5,764,442 |
| | 1987-88 | 2,400,000 | 39.9 | 1,212,698 | 20.2 | | | 6,012,289 |
| | 1988-89 | 2,600,090 | 38.6 | 1,544,680 | 22.8 | | | 6,746,060 |
| | 1989-90 | 2,900,037 | 38.8 | 1,670,746 | 28.8 | | | 7,470,820 |
| | 1990-91 | 2,794,737 | 35.0 | 1,909,210 | 24.2 | 400,000 | 5.0 | 7,898,684 |
| | 1991-92 | 2,827,102 | 35.0 | 2,018,068 | 25.0 | 400,000 | 5.0 | 8,072,272 |
| | 1992-93 | 2,800,000 | 36.7 | 1,627,018 | 21.3 | 400,000 | 5.3 | 7,627,018 |
| | 1993-94 | 3,000,000 | 39.1 | 1,670,410 | 21.8 | | | 7,670,410 |
| | 1994-95 | 3,000,000 | 38.2 | 1,854,718 | 23.6 | | | 7,854,718 |
| | 1995-96 | 2,000,000 | 44.0 | 528,716 | 12.0 | | | 4,528,716 |
| | 1996-97 | 2,000,000 | 38.0 | 1,237,812 | 24.0 | | | 5,237,812 |
| | 1997-98 | 2,000,000 | 38.0 | 1,216,380 | 24.0 | | | 5,216,380 |
| | 1998-99 | 2,223,492 | 38.4 | 1,335,864 | 23.2 | | | 5,782,848 |
| | 1999-00 | 2,334,787 | 38.5 | 1,397,684 | 23.0 | | | 6,067,258 |

NCAA 028863

Financial Payoff History
Page No. 3

| GAME | YEAR | PER TEAM | % | BOWL ASSN. | % | ESCROW | % | GROSS |
|------|------|----------|---|-----------|---|--------|---|-------|
| Fiesta | 1976-77 | 217,278 | 37.5 | 144,851 | 25.0 | | | 579,407 |
| | 1977-78 | 251,948 | 37.5 | 167,966 | 25.0 | | | 671,862 |
| | 1978-79 | 342,563 | 37.5 | 228,375 | 25.0 | | | 913,501 |
| | 1979-80 | 343,300 | 37.6 | 266,432 | 25.0 | | | 913,032 |
| | 1980-81 | 475,564 | 37.5 | 317,043 | 25.0 | | | 1,268,171 |
| | 1981-82 | 637,533 | 37.5 | 425,022 | 25.0 | | | 1,700,088 |
| | 1982-83 | 850,685 | 37.5 | 567,123 | 25.0 | | | 2,268,493 |
| | 1983-84 | 817,831 | 37.5 | 545,222 | 25.0 | | | 2,180,884 |
| | 1984-85 | 885,931 | 37.5 | 590,621 | 25.0 | | | 2,362,483 |
| | 1985-86 | 1,070,332 | 37.5 | 713,555 | 25.0 | | | 2,854,219 |
| | 1986-87 | 2,400,000 | 46.7 | 344,471 | 6.6 | | | 5,144,471 |
| | 1987-88 | 2,030,000 | 38.4 | 1,232,698 | 23.2 | | | 5,292,698 |
| | 1988-89 | 3,000,000 | 39.1 | 1,668,623 | 21.8 | | | 7,668,623 |
| | 1989-90 | 2,250,000 | 38.2 | 1,553,657 | 23.7 | | | 6,553,657 |
| | 1990-91 | 2,200,000 | 39.4 | 1,180,910 | 21.2 | | | 5,580,910 |
| | 1991-92 | 2,080,000 | 37.6 | 1,377,383 | 24.8 | | | 5,537,383 |
| | 1992-93 | 3,000,000 | 40.1 | 1,473,896 | 19.8 | | | 7,473,896 |
| | 1993-94 | 3,000,000 | 39.2 | 1,647,894 | 21.6 | | | 7,647,894 |
| | 1994-95 | 3,000,000 | 38.0 | 1,799,009 | 24.0 | | | 7,799,009 |
| | B--1995-96 | 13,600,000 | 39.0 | 7,803,062 | 22.0 | | | 35,003,062 |
| | B--1996-97 | 8,600,000 | 40.0 | 4,525,354 | 20.8 | | | 21,725,354 |
| | B--1997-98 | 5,600,000 | 46.3 | 892,880 | 7.4 | | | 12,092,880 |
| | N--1998-99 | $2,200,000 | 19.1 | 7,079,175 | 62.0 | | | 11,479,175 |
| | 1999-00 | 2,200,000 | 27.2 | 3,692,437 | 45.6 | | | 8,092,437 |
| Freedom | 1984-85 | 500,000 | 53.5 | -0- | 0.0 | | | 931,035 |
| | 1985-86 | 500,000 | 48.7 | 26,630 | 2.6 | | | 1,026,630 |
| | 1986-87 | 515,005 | 37.5 | 343,337 | 25.0 | | | 1,373,348 |
| | 1987-88 | 500,000 | 39.3 | 270,720 | 21.3 | | | 1,270,720 |
| | 1988-89 | 500,000 | 37.7 | 326,368 | 24.6 | | | 1,326,368 |
| | 1989-90 | 500,000 | 45.1 | 109,644 | 9.9 | | | 1,109,644 |
| | 1990-91 | 602,529 | 37.5 | 401,686 | 25.0 | | | 1,606,744 |
| | 1991-92 | 650,000 | 39.7 | 337,177 | 20.6 | | | 1,637,177 |
| | 1992-93 | 719,898 | 37.5 | 479,932 | 25.0 | | | 1,919,728 |
| | 1993-94 | 700,000 | 37.5 | 241,220 | 25.0 | | | 1,641,220 |
| | 1994-95 | 750,000 | 41.0 | 324,358 | 18.0 | | | 1,824,358 |
| Gator | 1976-77 | 250,662 | 37.5 | 167,108 | 25.0 | | | 688,433 |
| | 1977-78 | 355,253 | 37.5 | 236,835 | 25.0 | | | 947,342 |
| | 1978-79 | 387,750 | 37.5 | 258,499 | 25.0 | | | 1,033,999 |
| | 1979-80 | 406,337 | 37.5 | 270,892 | 25.0 | | | 1,083,596 |
| | 1980-81 | 450,677 | 37.5 | 300,451 | 25.0 | | | 1,201,805 |
| | 1981-82 | 481,249 | 37.5 | 320,832 | 25.0 | | | 1,283,330 |
| | 1982-83 | 597,305 | 37.5 | 398,203 | 25.0 | | | 1,592,813 |
| | 1983-84 | 679,449 | 37.5 | 452,865 | 25.0 | | | 1,811,863 |
| | 1984-85 | 831,020 | 37.5 | 554,013 | 25.0 | | | 2,216,053 |
| | 1985-86 | 775,934 | 37.5 | 517,290 | 25.0 | | | 2,069,158 |

CONFIDENTIAL

Financial Payoff History
Page No. 4

| GAME | YEAR | PER TEAM | % | BOWL ASSN. | % | ESCROW | % | GROSS |
|------|------|----------|---|------------|---|--------|---|-------|
| Gator | 1986-87 | 899,911 | 37.5 | 599,941 | 25.0 | | | 2,399,764 |
| (Continued) | 1987-88 | 990,156 | 37.5 | 660,103 | 25.0 | | | 2,640,415 |
| | 1988-89 | 1,000,000 | 37.9 | 639,772 | 24.2 | | | 2,639,772 |
| | 1989-90 | 1,220,000 | 37.5 | 813,000 | 25.0 | | | 3,252,002 |
| | 1990-91 | 1,100,000 | 40.4 | 521,527 | 19.2 | | | 2,721,527 |
| | 1991-92 | 870,137 | 37.5 | 580,092 | 25.0 | | | 2,320,366 |
| | 1992-93 | 1,600,000 | 50.0 | (23,979) | 0.0 | | | 3,176,021 |
| | 1993-94 | 1,500,000 | 45.0 | 331,566 | 10.0 | | | 3,331,566 |
| | 1994-95 | 1,500,000 | 38.5 | 899,567 | 23.0 | | | 3,899,567 |
| | 1995-96 | 1,508,510 | 37.5 | 1,005,672 | 25.0 | | | 4,022,692 |
| | 1996-97 | 1,300,000 | 40.0 | 644,872 | 20.0 | | | 3,244,872 |
| | 1997-98 | 1,300,000 | 40.0 | 667,087 | 20.0 | | | 3,267,087 |
| | 1998-99 | 1,665,324 | 37.7 | 1,089,733 | 24.6 | | | 4,420,381 |
| | **1999-00** | **1,400,000** | **38.3** | **857,883** | **23.4** | | | **3,657,883** |
| Holiday | 1978-79 | 218,644 | 37.5 | 145,764 | 25.0 | | | 583,052 |
| | 1979-80 | 271,214 | 37.5 | 180,810 | 25.0 | | | 723,238 |
| | 1980-81 | 261,035 | 37.5 | 174,023 | 25.0 | | | 696,093 |
| | 1981-82 | 286,179 | 37.5 | 190,786 | 25.0 | | | 763,144 |
| | 1982-83 | 392,835 | 37.5 | 261,890 | 25.0 | | | 1,047,560 |
| | 1983-84 | 412,093 | 37.5 | 274,729 | 25.0 | | | 1,098,917 |
| | 1984-85 | 502,635 | 37.5 | 335,090 | 25.0 | | | 1,340,360 |
| | 1985-86 | 546,957 | 37.5 | 346,638 | 25.0 | | | 1,440,552 |
| | 1986-87 | 661,423 | 43.0 | 207,616 | 25.0 | | | 1,530,462 |
| | 1987-88 | 766,868 | 38.1 | 477,913 | 23.8 | | | 2,011,649 |
| | 1988-89 | 907,613 | 38.0 | 571,743 | 24.0 | | | 2,386,969 |
| | 1989-90 | 1,009,038 | 38.7 | 591,248 | 22.7 | | | 2,609,324 |
| | 1990-91 | 1,200,728 | 39.2 | 663,594 | 21.6 | | | 3,065,050 |
| | 1991-92 | 1,303,940 | 39.4 | 701,678 | 21.2 | | | 3,309,558 |
| | 1992-93 | 1,500,000 | 43.7 | 429,714 | 12.6 | | | 3,429,714 |
| | 1993-94 | 1,700,000 | 42.2 | 626,090 | 15.6 | | | 4,026,090 |
| | 1994-95 | 1,700,000 | 40.5 | 799,202 | 19.0 | | | 4,199,202 |
| | 1995-96 | 1,360,528 | 37.5 | 905,924 | 25.0 | | | 3,626,980 |
| | 1996-97 | 1,435,311 | 37.5 | 949,411 | 25.0 | | | 3,820,033 |
| | 1997-98 | 1,409,533 | 37.5 | 938,720 | 25.0 | | | 3,757,786 |
| | 1998-99 | 1,800,968 | 40.0 | 900,485 | 20.0 | | | 4,502,421 |
| | **1999-00** | **1,960,109** | **40.0** | **980,055** | **20.0** | | | **4,900,273** |
| Humanitarian | J--1997-98 | 750,000 | 37.5 | 497,066 | 25.0 | | | 1,997,066 |
| | 1998-99 | 750,000 | 39.3 | 406,134 | 21.4 | | | 1,906,134 |
| | **1999-00** | **750,000** | **40.0** | **400,666** | **20.0** | | | **1,900,666** |
| Independence | 1976-77 | 34,362 | 37.5 | 22,907 | 25.0 | | | 91,631 |
| | 1977-78 | 54,596 | 37.5 | 36,397 | 25.0 | | | 145,589 |
| | 1978-79 | 60,876 | 37.5 | 40,584 | 25.0 | | | 162,336 |
| | C--1979-80 | 100,000 | 56.5 | 34,839 | 20.0 | | | 176,205 |
| | | 41,365 | 23.5 | | | | | |
| | 1980-81 | 200,000 | 47.5 | 21,224 | 5.0 | | | 421,224 |

CONFIDENTIAL

NCAA 028865

Financial Payoff History
Page No. 5

| GAME | YEAR | PER TEAM | % | BOWL ASSN. | % | ESCROW | % | GROSS |
|------|------|---------|---|-----------|---|--------|---|-------|
| Independence | 1981-82 | 218,133 | 37.5 | 145,421 | 25.0 | | | 581,687 |
| (Continued) | 1982-83 | 322,953 | 37.5 | 215,303 | 25.0 | | | 861,209 |
| | 1983-84 | 400,000 | 42.0 | 148,843 | 16.0 | | | 948,843 |
| | 1984-85 | 400,000 | 43.9 | 110,419 | 12.1 | | | 910,419 |
| | 1985-86 | 400,000 | 40.0 | 194,442 | 19.6 | | | 994,422 |
| | 1986-87 | 500,000 | 43.7 | 143,853 | 12.6 | | | 1,143,853 |
| | 1987-88 | 500,000 | 49.1 | 77,290 | 1.7 | | | 1,017,290 |
| | 1988-89 | 500,000 | 46.8 | 66,691 | 6.4 | | | 1,066,691 |
| | 1989-90 | 500,000 | 39.8 | 252,887 | 20.2 | | | 1,252,887 |
| | 1990-91 | 600,000 | 41.8 | 234,033 | 16.4 | | | 1,434,033 |
| | 1991-92 | 650,000 | 49.2 | 20,555 | 1.6 | | | 1,320,555 |
| | 1992-93 | 650,000 | 49.5 | 13,895 | 1.0 | | | 1,313,895 |
| | 1993-94 | 700,000 | 49.5 | 74,734 | 10.0 | | | 1,474,734 |
| | 1994-95 | 750,000 | 43.6 | 219,342 | 12.8 | | | 1,719,378 |
| | 1995-96 | 750,000 | 39.2 | 413,093 | 21.6 | | | 1,913,093 |
| | 1996-97 | 828,799 | 37.5 | 552,532 | 25.0 | | | 2,210,130 |
| | 1997-98 | 913,793 | 37.5 | 609,195 | 25.0 | | | 2,436,781 |
| | 1998-99 | 1,056,188 | 37.5 | 704,125 | 25.0 | | | 2,816,501 |
| | 1999-00 | 1,119,948 | 37.5 | 746,632 | 25.0 | | | 2,986,528 |
| Las Vegas | 1981-82 | 100,000 | 39.3 | 54,184 | 21.4 | | | 254,184 |
| | 1982-83 | 142,605 | 37.5 | 95,069 | 25.0 | | | 380,279 |
| | 1983-84 | 111,539 | 37.5 | 74,359 | 25.0 | | | 297,437 |
| | 1984-85 | 110,283 | 37.5 | 73,522 | 25.0 | | | 294,088 |
| | 1985-86 | 148,709 | 37.5 | 99,139 | 25.0 | | | 396,557 |
| | 1986-87 | 166,789 | 37.5 | 111,193 | 25.0 | | | 444,771 |
| | 1987-88 | 132,549 | 37.5 | 88,366 | 25.0 | | | 353,464 |
| | 1988-89 | 165,095 | 37.5 | 110,064 | 25.0 | | | 440,254 |
| | 1989-90 | 278,671 | 37.5 | 185,780 | 25.0 | | | 743,121 |
| | 1990-91 | 221,904 | 37.5 | 147,935 | 25.0 | | | 591,743 |
| | 1991-92 | 260,719 | 37.5 | 173,812 | 25.0 | | | 695,250 |
| D--1992-93 | | 233,507 | 37.5 | 155,672 | 25.0 | | | 622,686 |
| | 1993-94 | 250,437 | 37.5 | 166,939 | 25.0 | | | 667,813 |
| | 1994-95 | 150,000 | 28.5 | 225,802 | 43.0 | | | 525,801 |
| E--1995-96 | | 150,000 | 39.2 | 83,000 | 21.6 | | | 383,000 |
| E--1996-97 | | 150,000 | 39.2 | 83,000 | 21.6 | | | 383,000 |
| K--1997-98 | | 800,000 | 37.5 | 530,535 | 25.0 | | | 2,130,535 |
| | 1998-99 | 800,000 | 44.1 | 215,323 | 11.8 | | | 1,815,323 |
| | 1999-00 | 827,699 | 37.5 | 551,800 | 25.0 | | | 2,207,198 |
| Liberty | 1976-77 | 286,174 | 37.5 | 190,783 | 25.0 | | | 763,130 |
| | 1977-78 | 315,788 | 37.5 | 210,525 | 25.0 | | | 842,100 |
| | 1978-79 | 342,685 | 37.5 | 228,456 | 25.0 | | | 913,826 |
| | 1979-80 | 351,096 | 37.5 | 234,063 | 25.0 | | | 936,256 |
| | 1980-81 | 390,187 | 37.5 | 260,125 | 25.0 | | | 1,040,499 |
| | 1981-82 | 409,867 | 37.5 | 273,244 | 25.0 | | | 1,092,978 |
| | 1982-83 | 468,486 | 37.5 | 312,324 | 25.0 | | | 1,249,296 |
| | 1983-84 | 574,312 | 37.5 | 382,874 | 25.0 | | | 1,531,498 |
| | 1984-85 | 661,777 | 37.5 | 441,185 | 25.0 | | | 1,764,739 |
| | 1985-86 | 659,912 | 37.5 | 439,941 | 25.0 | | | 1,759,765 |

CONFIDENTIAL

NCAA 028866

Financial Payoff History
Page No. 6

| GAME | YEAR | PER TEAM | % | BOWL ASSN. | % | ESCROW | % | GROSS |
|------|------|----------|---|------------|---|--------|---|-------|
| **Liberty** | 1986-87 | 720,362 | 37.5 | 480,241 | 25.0 | | | 1,920,966 |
| (Continued) | 1987-88 | 776,704 | 37.5 | 417,803 | 25.0 | | | 2,071,211 |
| | 1988-89 | 728,645 | 37.5 | 485,763 | 25.0 | | | 1,943,053 |
| | 1989-90 | 912,449 | 37.5 | 608,299 | 25.0 | | | 2,433,195 |
| | F--1990-91 | 750,000 | 49.1 | 178,542 | 11.0 | | | 1,528,542 |
| | | 600,000 | 39.3 | | | | | |
| | 1991-92 | 843,316 | 37.5 | 562,210 | 25.0 | | | 2,248,842 |
| | 1992-93 | 684,177 | 37.5 | 456,119 | 25.0 | | | 1,824,473 |
| | 1993-94 | 700,000 | 46.9 | 92,588 | 6.2 | | | 1,492,588 |
| | 1994-95 | 776,648 | 37.5 | 517,765 | 25.0 | | | 2,071,061 |
| | 1995-96 | 791,000 | 37.5 | 527,000 | 25.0 | | | 2,109,000 |
| | 1996-97 | 881,080 | 37.5 | 590,594 | 25.0 | | | 2,352,754 |
| | 1997-98 | 1,098,958 | 37.5 | 735,078 | 25.0 | | | 2,932,994 |
| | 1998-99 | 1,203,094.50 | 37.5 | 805,336 | 25.0 | | | 3,211,525 |
| | 1999-00 | 1,249,125 | 37.5 | 834,928 | 25.0 | | | 3,333,178 |
| **Mobile Alabama** | 1999-00 | 807,577 | 37.5 | 538,383 | 25.0 | | | 2,153,537 |
| **Motor City** | K--1997-98 | 757,235 | 37.5 | 504,824 | 25.0 | | | 2,019,294 |
| | 1998-99 | 750,000 | 40.4 | 357,783 | 19.2 | | | 1,857,783 |
| | 1999-00 | 750,000 | 42.98 | 245,063 | 14.04 | | | 1,745,063 |
| **Music City Bowl** | 1998-99 | 752,594.50 | 36.6 | 551,006 | 26.8 | | | 2,056,195 |
| | 1999-00 | 1,015,495 | 37.5 | 673,297 | 25.0 | | | 2,704,286 |
| **Orange** | 1976-77 | 1,008,127 | 37.5 | 672,085 | 25.0 | | | 2,688,388 |
| | 1977-78 | 996,656 | 37.5 | 644,437 | 25.0 | | | 2,657,749 |
| | 1978-79 | 1,128,077 | 37.5 | 752,051 | 25.0 | | | 3,008,205 |
| | 1979-80 | 1,295,398 | 37.5 | 796,932 | 25.0 | | | 3,387,729 |
| | 1980-81 | 1,523,887 | 39.0 | 862,591 | 25.0 | | | 3,910,365 |
| | 1981-82 | 1,538,424 | 37.5 | 1,025,616 | 25.0 | | | 4,102,464 |
| | 1982-83 | 1,658,337 | 37.5 | 1,105,557 | 25.0 | | | 4,422,231 |
| | 1983-84 | 1,839,540 | 37.5 | 1,226,361 | 25.0 | | | 4,905,441 |
| | 1984-85 | 2,016,406 | 37.5 | 1,344,271 | 25.0 | | | 5,344,271 |
| | 1985-86 | 2,225,387 | 37.5 | 1,483,591 | 25.0 | | | 5,934,365 |
| | 1986-87 | 2,315,171 | 37.9 | 1,473,842 | 24.1 | | | 6,104,185 |
| | 1987-88 | 2,591,654 | 37.5 | 1,727,769 | 25.0 | | | 6,911,078 |
| | 1988-89 | 2,735,616 | 37.5 | 1,823,744 | 25.0 | | | 7,294,976 |
| | 1989-90 | 4,170,730 | 38.8 | 2,424,399 | 22.5 | | | 10,765,859 |
| | 1990-91 | 4,182,696 | 37.5 | 2,791,973 | 25.0 | | | 11,157,365 |
| | 1991-92 | 4,168,001 | 37.5 | 2,778,667 | 25.0 | | | 11,114,669 |
| | 1992-93 | 4,207,988 | 37.5 | 2,805,324 | 25.0 | | | 11,221,300 |
| | 1993-94 | 4,281,924 | 37.5 | 2,854,616 | 25.0 | | | 11,418,464 |
| | 1994-95 | 4,641,033 | 37.5 | 3,094,022 | 25.0 | | | 12,376,088 |
| | B--1995-96 | 6,500,000 | 40.3 | 3,133,555 | 19.4 | | | 16,133,515 |
| | B--1996-97 | 12,290,284 | 41.0 | 2,718,991 | 18.0 | | | 15,009,275 |
| | B--1997-98 | 11,500,000 | 39.7 | 6,002,923 | 20.7 | | | 29,002,923 |
| | N--1998-99 | 1,935,000 | 32.0 | 2,178,178 | 36.0 | | | 6,048,178 |
| | 1999-00 | 2,000,000 | 30.75 | 2,506,471 | 38.5 | | | 6,506,471 |

CONFIDENTIAL

Financial History Payoff
Page No. 7

| GAME | YEAR | PER TEAM | % | BOWL ASSN. | % | ESCROW | % | GROSS |
|------|------|----------|---|------------|---|--------|---|-------|
| Outback | G--1986-87 | 500,000 | 47.6 | 51,343 | 4.8 | | | 1,051,343 |
| (Continued) | H--1987-88 | 700,000 | 43.8 | 99,346 | 6.2 | | | 1,599,346 |
| | | 800,000 | 50.0 | | | | | |
| | 1988-89 | 850,000 | 42.3 | 307,698 | 15.4 | | | 2,007,698 |
| | 1989-90 | 936,284 | 37.5 | 624,189 | 25.0 | | | 2,496,757 |
| | 1990-91 | 924,098 | 37.5 | 616,065 | 25.0 | | | 2,464,261 |
| | 1991-92 | 1,046,486 | 37.5 | 697,656 | 25.0 | | | 2,790,628 |
| | 1992-93 | 811,618 | 37.5 | 541,079 | 25.0 | | | 2,164,315 |
| | 1993-94 | 1,000,000 | 43.6 | 294,907 | 12.8 | | | 2,294,907 |
| | 1994-95 | 1,000,000 | 38.5 | 613,878 | 23.0 | | | 2,613,878 |
| | I--1995-96 | 1,600,000 | 39.7 | 825,493 | 20.6 | | | 4,025,493 |
| | 1996-97 | 1,500,000 | 40.0 | 741,215 | 20.0 | | | 3,741,215 |
| | 1997-98 | 1,668,654 | 37.5 | 1,112,436 | 25.0 | | | 4,449,744 |
| | 1998-99 | 2,024,000 | 37.5 | 1,345,244 | 25.0 | | | 5,393,244 |
| | 1999-00 | 1,911,462 | 37.5 | 1,274,308 | 25.0 | | | 5,097,232 |
| Peach | 1976-77 | 223,873 | 37.5 | 149,249 | 25.0 | | | 596,994 |
| | 1977-78 | 172,976 | 37.5 | 115,318 | 25.0 | | | 461,270 |
| | 1978-79 | 172,781 | 37.5 | 115,186 | 25.0 | | | 406,748 |
| | 1979-80 | 332,258 | 37.5 | 221,505 | 25.0 | | | 886,022 |
| | 1980-81 | 331,695 | 37.5 | 221,129 | 25.0 | | | 884,519 |
| | 1981-82 | 376,620 | 37.5 | 251,079 | 25.0 | | | 1,004,319 |
| | 1982-83 | 443,003 | 37.5 | 295,334 | 25.0 | | | 1,181,340 |
| | 1983-84 | 418,888 | 37.5 | 379,258 | 25.0 | | | 1,117,034 |
| | 1984-85 | 473,840 | 37.5 | 315,892 | 25.0 | | | 1,263,572 |
| | 1985-86 | 486,487 | 37.5 | 324,324 | 25.0 | | | 1,297,324 |
| | 1986-87 | 600,000 | 43.0 | 142,097 | 14.0 | | | 1,342,097 |
| | 1987-88 | 800,000 | 40.8 | 358,433 | 18.3 | | | 1,958,433 |
| | 1988-89 | 800,000 | 40.1 | 395,071 | 19.8 | | | 1,995,071 |
| | 1989-90 | 800,000 | 38.8 | 464,421 | 22.5 | | | 2,064,421 |
| | 1990-91 | 800,000 | 40.5 | 377,937 | 19.0 | | | 1,977,937 |
| | 1991-92 | 882,500 | 38.3 | 501,889 | 21.8 | 35,000 | 1.6 | 2,301,889 |
| | 1992-93 | 1,125,000 | 37.6 | 741,750 | 24.8 | | | 2,991,750 |
| | 1993-94 | 1,130,000 | 37.5 | 751,613 | 25.0 | | | 3,011,613 |
| | 1994-95 | 1,131,000 | 37.6 | 746,768 | 24.8 | | | 3,008,768 |
| | 1995-96 | 1,300,000 | 38.0 | 828,611 | 24.0 | | | 3,428,611 |
| | 1996-97 | 1,172,000 | 37.5 | 779,154 | 25.0 | | | 3,123,154 |
| | 1997-98 | 1,500,000 | 38.8 | 862,914 | 22.4 | | | 3,862,914 |
| | 1998-99 | 1,600,000 | 38.7 | 936,534 | 22.6 | | | 4,136,534 |
| | 1999-00 | 1,750,000 | 37.6 | 1,157,924 | 24.8 | | | 4,657,924 |
| Rose | 1976-77 | 1,564,333 | 40.2 | 764,280 | 19.6 | | | 3,892,946 |
| | 1977-78 | 2,065,317 | 40.5 | 971,971 | 19.0 | | | 5,102,605 |
| | 1978-79 | 2,116,833 | 40.7 | 2,116,833 | 18.6 | | | 5,202,452 |
| | 1979-80 | 2,169,592 | 40.6 | 1,006,707 | 18.0 | | | 5,345,891 |
| | 1980-81 | 2,677,921 | 40.7 | 1,227,960 | 18.6 | | | 6,583,802 |
| | 1981-82 | 2,866,565 | 40.7 | 1,314,710 | 18.6 | | | 7,047,840 |
| | 1982-83 | 3,307,964 | 40.8 | 1,487,023 | 18.4 | | | 8,102,951 |

CONFIDENTIAL

NCAA 028868

Financial History Payoff
Page No. 8

| GAME | YEAR | PER TEAM | % | BOWL ASSN. | % | ESCROW | % | GROSS |
|---|---|---|---|---|---|---|---|---|
| **Rose** | 1983-84 | 5,608,880 | 39.8 | 2,868,049 | 20.4 | | | 14,085,809 |
| (Continued) | 1984-85 | 5,813,296 | 39.8 | 2,989,127 | 20.4 | | | 14,615,719 |
| | 1985-86 | 5,952,578 | 40.5 | 2,800,552 | 19.0 | | | 14,705,707 |
| | 1986-87 | 6,017,133 | 40.0 | 2,990,201 | 20.0 | | | 15,024,467 |
| | 1987-88 | 6,132,827 | 40 0 | 3,069,404 | 20.0 | | | 15,335,058 |
| | 1988-89 | 6,355,654 | 40.1 | 3,145,272 | 19.8 | | | 15,856,580 |
| | 1989-90 | 6,604,359 | 40.6 | 3,075,013 | 18 9 | | | 16,283,730 |
| | 1990-91 | 6,562,987 | 40 0 | 3,264,594 | 20 0 | | | 16,390,568 |
| | 1991-92 | 6,619,576 | 40 0 | 3,282,350 | 20 0 | | | 16,521,502 |
| | 1992-93 | 6,532,165 | 39 9 | 3,290,464 | 20.2 | | | 16,354,794 |
| | 1993-94 | 6,649,881 | 40.0 | 3,337,115 | 20.0 | | | 16,636,877 |
| | 1994-95 | 6,739,432 | 39.9 | 3,432,514 | 20.2 | | | 16,911,378 |
| | 1995-96 | 8,162,075 | 41.5 | 3,320,844 | 17.0 | | | 19,644,994 |
| | 1996-97 | 9,473,622 | 41.8 | 3,687,864 | 16.4 | | | 22,635,108 |
| | 1997-98 | 9,265,954 | 41.2 | 3,957,276 | 17.6 | | | 22,489,184 |
| | N--1998-99 | 12,615,079 | 43.0 | 4,158,777 | 14.0 | | | 29,388,935 |
| | **1999-00** | **12,683,786** | **42.59** | **4,414,328** | **14.82** | | | **29,781,900** |
| **Sugar** | 1976-77 | 900,801 | 39.6 | 474,280 | 20.8 | | | 2,275,882 |
| | 1977-78 | 933,582 | 38.7 | 546,829 | 22.6 | | | 2,413,933 |
| | 1978-79 | 975,109 | 39.2 | 539,430 | 21.7 | | | 2,489,648 |
| | 1979-80 | 1,005,583 | 39.0 | 567,251 | 22 0 | | | 2,578,417 |
| | 1980-81 | 1,015,097 | 37.5 | 676,731 | 25 0 | | | 2,706,925 |
| | 1981-82 | 1,321,000 | 40.6 | 609,191 | 18 8 | | | 3,251,191 |
| | 1982-83 | 1,800,000 | 39 6 | 946,712 | 20 8 | | | 4,546,712 |
| | 1983-84 | 1,800,000 | 39.4 | 974,502 | 21 2 | | | 4,574,502 |
| | 1984-85 | 2,100,000 | 39.6 | 1,097,874 | 20.7 | | | 5,297,874 |
| | 1985-86 | 2,279,780 | 37.5 | 1,519,853 | 25.0 | | | 6,079,413 |
| | 1986-87 | 2,550,000 | 40.0 | 1,347,611 | 20.0 | | | 6,447,611 |
| | 1987-88 | 2,825,000 | 37.5 | 1,542,228 | 25.0 | | | 7,192,228 |
| | 1988-89 | 3,060,000 | 40.0 | 1,361,320 | 20.0 | | | 7,481,320 |
| | 1989-90 | 3,240,000 | 39.1 | 1,804,940 | 21.8 | | | 8,284,940 |
| | 1990-91 | 3,550,000 | 38.6 | 2,085,665 | 22.8 | | | 9,185,665 |
| | 1991-92 | 3,700,000 | 38.0 | 2,324,499 | 24.0 | | | 9,724,499 |
| | 1992-93 | 4,150,000 | 39.2 | 2,273,579 | 21.6 | | | 10,573,579 |
| | 1993-94 | 4,160,000 | 37.5 | 2,765,994 | 25.0 | | | 11,085,994 |
| | 1994-95 | 4,450,000 | 38.7 | 2,610,809 | 22.6 | | | 11,510,809 |
| | B--1995-96 | 7,825,000 | 44.6 | 1,899,262 | 10.8 | | | 17,549,262 |
| | B--1996-97 | 8,425,000 | 46.0 | 1,471,781 | 8.0 | | | 18,321,781 |
| | B--1997-98 | 7,825,000 | 43.6 | 2,289,068 | 12.8 | | | 17,939,068 |
| | N--1998-99 | 2,000,000 | 23.25 | 4,595,196 | 53.5 | | | 8,595,196 |
| | **1999-00** | **2,000,000** | **17.6** | **7,341,046** | **64.8** | | | **11,341,046** |
| **Sun** | 1976-77 | 160,256 | 37.5 | 106,857 | 25.0 | | | 427,349 |
| | 1977-78 | 175,000 | 39 0 | 98,521 | 21.9 | | | 448,521 |
| | 1978-79 | 200,000 | 38 1 | 124,516 | 23 8 | | | 524,516 |
| | 1979-80 | 219,804 | 37.5 | 146,536 | 23 8 | | | 586,145 |
| | 1980-81 | 241,108 | 37 5 | 160,731 | 25 0 | | | 642,947 |
| | 1981-82 | 325,000 | 38 9 | 186,416 | 22 2 | | | 836,416 |
| | 1982-83 | 400,000 | 48 4 | 26,234 | 2 0 | | | 826,234 |

CONFIDENTIAL

NCAA 028869

Financial History Payoff
Page No. 9

| GAME | YEAR | PER TEAM | % | BOWL ASSN. | % | ESCROW | % | GROSS |
|------|------|----------|---|------------|---|--------|---|-------|
| Sun | 1983-84 | 401,000 | 37.9 | 256,208 | 24 2 | | | 1,058,208 |
| (Continued) | 1984-85 | 500,000 | 42.6 | 172,392 | 14.7 | | | 1,172,392 |
| | 1985-86 | 550,261 | 37 5 | 366,841 | 25.0 | | | 1,467,363 |
| | 1986-87 | 850,000 | 48 0 | 57,055 | 4 0 | | | 1,757,056 |
| | 1987-88 | 750,000 | 42 6 | 259,215 | 14 7 | | | 1,759,215 |
| | 1988-89 | 1,000,000 | 46 0 | 152,737 | 8 0 | | | 2,152,737 |
| | 1989-90 | 881,425 | 37 5 | 587,617 | 25 0 | | | 2,350,467 |
| | 1990-91 | 1,000,000 | 40 0 | 483,292 | 20 0 | | | 2,483,292 |
| | 1991-92 | 840,000 | 35.0 | 403,091 | 16.7 | 320,000 | 13.3 | 2,403,091 |
| | 1992-93 | 896,000 | 35.2 | 344,395 | 13.5 | 408,000 | 16.1 | 2,544,395 |
| | 1993-94 | 1,100,000 | 40.6 | 509,418 | 18.8 | | | 2,709,418 |
| | 1994-95 | 1,100,000 | 39.6 | 577,388 | 20.8 | | | 2,777,388 |
| | 1995-96 | 900,000 | 40.0 | 460,368 | 20.0 | | | 2,260,368 |
| | 1996-97 | 1,000,000 | 41.0 | 448,964 | 18.0 | | | 2,448,964 |
| | 1997-98 | 1,000,000 | 38.2 | 615,278 | 23.6 | | | 2,615,278 |
| | 1998-99 | 1,000,000 | 37.5 | 665,327 | 25.0 | | | 2,665,327 |
| | 1999-00 | 1,000,000 | 37.5 | 666,484 | 25.0 | | | 2,666,484 |

NOTES
A--Tangerine Bowl until 1983-84
B--On December 1, 1995, the Fiesta Bowl, Sugar Bowl and Orange Bowl entered into a contract with the "Alliance," including Atlantic Coast Conference, Big East Football Conference, Big Eight Conference, Big Ten Conference, Pacific-10 Conference, Southeastern Conference, Southwest Conference and the University of Notre Dame  The amounts reported were sent to an escrow account established by the Alliance, and subsequently distributed equitably to its members.
C--ECAC participant received higher percentage than Southland participant.
D--Las Vegas Bowl replaced California Raisin Bowl.
E--Estimated based on previous year.
F--Military academy participant received higher percentage than Big Ten participant.
G--Moved from Birmingham to Tampa.
H--SEC participant received higher percentage than Big Ten participant.
I--Name change from Hall of Fame to Outback.
J--Name change from Copper to Insight.Com.
K--New Bowl game. (Las Vegas Bowl had a change in conference alignment.)
L--Includes Oahu Bowl and Aloha Bowl with a four-team distribution
M--Name change from Carquest to Micron/PC.
N--Per team payout is each Bowl's contribution to the Bowl Championship Series.  See attached Bowl Championship Distribution.

The National Collegiate Athletic Association
April 11, 2000                    KEM·ndw

SUPPLEMENT NO. 33
Football Certification Subc 4/00

Three Year Ticket Analysis of 1998-2000
NCAA Postseason Football Bowl Games

| Bowl | 1999-00 Stadium Capacity | 1999-00 Gross Attendance | Three Year Average Institution Ticket Commitment | Three Year Average Tickets Sold by Sponsoring Agency | Percent of Capacity Sold by Spon. Agency | Percent of Stadium Capacity Unsold | 1999-00 Cost Absorbed by Participating Teams |
|---|---|---|---|---|---|---|---|
| Alamo | 65,000 | 65,195 | 26,618 | 32,071 | 64% | 0% | na |
| Aloha/Oahu | 50,000 | 50,000 | 16,166 | 20,076 | 40% | 0% | 308,305 |
| Micron/PC | 72,000 | 34,147 | 24,167 | 11,356 | 13% | 53% | 706,278 |
| Citrus | 65,525 | 61,918 | 29,376 | 34,431 | 54% | 6% | 387,000 |
| Insight.Com | 54,884 | 33,669 | 20,000 | 19,773 | 25% | 39% | 579,594 |
| Cotton | 68,172 | 66,822 | 34,117 | 29,863 | 38% | 2% | 357,180 |
| Fiesta | 73,185 | 72,357 | 31,262 | 42,177 | 58% | 1% | 788,025 |
| Gator | 74,768 | 52,977 | 31,447 | 24,659 | 31% | 29% | 562,108 |
| Holiday | 71,579 | 63,880 | 23,267 | 39,836 | 57% | 11% | 226,732 |
| Humanitarian | 30,000 | 27,655 | 10,667 | 12,098 | 59% | 8% | 113,250 |
| Independence | 50,459 | 49,873 | 23,485 | 25,580 | 47% | 1% | 66,080 |

CONFIDENTIAL

Ticket Analysis
1998-99 Postseason Football Bowl Games
Page No. 2

| Bowl | 1999-00 Stadium Capacity | 1999-00 Gross Attendance | Three Year Average Institution Ticket Commitment | Three Year Average Tickets Sold by Sponsoring Agency | Percent of Capacity Sold by Spon Agency | Percent of Stadium Capacity Unsold | 1999-00 Cost Absorbed by Participating Teams |
|---|---|---|---|---|---|---|---|
| Las Vegas | 35,766 | 28,318 | 20,066 | 3,885 | 12% | 21% | 468,930 |
| Liberty | 63,055 | 56,570 | 30,195 | 24,068 | 42% | 10% | 484,715 |
| Music City | 64,970 | 56,269 | 29,014 | 19,067 | 36% | 13% | 178,305 |
| Motor City | 79,083 | 52,626 | 31,439 | 20,480 | 29% | 33% | 413,536 |
| Mobile | 40,048 | 39,080 | 14,275 | 24,805 | 62% | 2% | 450,115 |
| Orange | 75,540 | 70,314 | 30,832 | 38,880 | 53% | 7% | 384,490 |
| Outback | 65,933 | 51,310 | 28,522 | 27,563 | 40% | 22% | 213,245 |
| Peach | 71,151 | 68,796 | 36,078 | 32,001 | 41% | 3% | 88,380 |
| Rose | 91,965 | 88,643 | 58,658 | 32,566 | 34% | 4% | 325,820 |
| Sun | 51,171 | 40,179 | 16,693 | 22,790 | 47% | 21% | 241,755 |
| Sugar | 75,000 | 72,734 | 37,442 | 34,244 | 54% | 3% | 248,035 |

The National Collegiate Athletic Association
April 11, 2000
KEN:ndw

**CONFIDENTIAL**

NCAA 028872

SUPPLEMENT NO. 33
Football Certification Subc 4/00

# Ticket Analysis by Bowl 1999-00

| Bowl Game | Number of Tickets Contractually Guaranteed Participating Teams | Number of Tickets Committed by Participating Teams | Participating Teams Financial Commitment | Sponsoring Agency Tickets Before Team Selections | Sponsoring Agency Tickets after Team Selections | Total Sold by Sponsoring Agency | Sponsoring Agency Financial Commitment | Complies with Ticket Policies |
|---|---|---|---|---|---|---|---|---|
| Aloha/Oahu | 30,000 | 30,000 | $1,350,000 | 8,240 | 11,760 | 20,000 | $680,000 | no (1) |
| Insight com | 20,000 | 20,000 | $900,000 | | 13,669 | 13,669 | $410,070 | no (1) |
| Las Vegas | 25,000 | 23,984 | $1,079,280 | | 4,334 | 4,334 | $195,030 | no (1) |
| Micron PC | 25,000 | 25,000 | $1,000,000 | 6,500 | 2,647 | 9,147 | $365,880 | no (1) |
| Motor City | 29,000 | 29,318 | $938,176 | | 23,308 | 23,308 | $396,236 | no (1) |
| Gator | 25,000 | 29,928 | $1,301,868 | 17,106 | 5,943 | 23,049 | $714,519 | no (2) |
| Music City | 24,000 | 32,614 | $1,304,560 | 9,661 | 13,994 | 23,655 | $875,235 | no (2) |
| Liberty | 30,000 | 30,000 | $1,050,000 | 8,374 | 18,196 | 26,570 | $903,380 | no (3) |
| | | | | | | | | |
| Alamo | 21,664 | 23,605 | $991,410 | 22,324 | 19,266 | 41,590 | $1,351,675 | yes |
| Citrus | 24,000 | 26,257 | $1,575,420 | 17,650 | 18,011 | 35,661 | $1,961,355 | yes |
| Cotton | 24,000 | 41,180 | $2,470,800 | 22,913 | 2,729 | 25,642 | $1,282,100 | yes |
| Fiesta | 30,000 | 29,844 | $2,730,000 | 42,513 | 0 | 42,513 | $3,868,683 | yes |
| Holiday | 23,000 | 23,000 | $920,000 | 36,589 | 4,291 | 40,880 | $1,512,560 | yes |
| Humanitarian | 10,000 | 10,000 | $300,000 | 2,505 | 15,150 | 17,655 | $423,720 | yes |
| Independence | 24,000 | 26,026 | $741,741 | 22,625 | 1,222 | 23,847 | $751,181 | yes |
| Mobile | 14,000 | 14,275 | $642,375 | 2,400 | 22,405 | 24,805 | $843,370 | yes |
| Orange | 30,000 | 30,000 | $2,250,000 | 28,140 | 12,174 | 40,314 | $3,305,748 | yes |
| Outback | 25,098 | 25,098 | $1,129,410 | 18,625 | 7,587 | 26,212 | $1,179,540 | yes |
| Peach | 39,000 | 39,429 | $1,419,444 | 21,794 | 7,573 | 29,367 | $1,306,832 | yes |
| Rose | 57,276 | 57,276 | $6,300,360 | 31,367 | | 31,367 | $3,450,370 | yes |
| Sugar | 30,000 | 32,546 | $3,189,508 | 30,178 | 10,010 | 40,188 | $3,938,424 | yes |
| Sun | 16,000 | 16,004 | $576,144 | 13,788 | 10,387 | 24,175 | $701,075 | yes |

(1) Local ticket sales does not meet established policies.
(2) Meeting demands of the Institution
(3) Bowl does not meet the three year average of 25,000 tickets sold, participating teams guaranteeing 48% of stadium capacity

The National Collegiate Athletic Association
April 12, 2000
KEM:ndw

**CONFIDENTIAL**

NCAA 028873

SUPPLEMENT NO. 4
DI FB Issues 6/00

**Five-Year Eligibility Legislation**

During the committee's February 7-8 meeting, Grant Teaff reported that the American Football Coaches association favored a fifth year of eligibility for student-athletes. It was noted by the group that the following might be considered: (1) a reduction in the number of initial grant-in-aids, (2) a hardship rule if a student-athlete misses more than 50% of the games and (3) any fifth year eligibility legislation would most likely be applicable to all sports. However, no additional discussion was held by the committee regarding this topic. Therefore, this supplement has been prepared so the committee might review the possibility of proposing legislation to grant a fifth year of eligibility.

At the 1994 NCAA Convention, Proposal No. 17 was submitted that would have permitted Divisions I and II student-athletes to engage in five seasons of intercollegiate competition within the five year/ten semester eligibility period. In addition, legislation related to the hardship waiver and season-of-competition waiver would have been eliminated. Further, the proposal would have limited partial qualifiers and nonqualifiers to participate in not more than four seasons of competition in Division I and five seasons of competition in Division II. It also specified that partial qualifiers and nonqualifiers who had exhausted four seasons of competition in Division I could not be eligible for further seasons of competition in Division II.

However, the proposal was withdrawn by the Division I sponsors and the membership was urged to pass Proposal No. 18, which was a resolution calling for the NCAA Council to study the five-year eligibility issue. It should be noted that Division II voted on Proposal No. 17, and it was defeated by a vote of 34 yeas, 168 nays and three abstentions.

Division I considered proposal No. 18, however, it also was defeated by a vote of 158 yeas, 649 nays and two abstentions. Following is a brief summary of the discussions:

A member of the NCAA Council spoke in opposition and indicated that another study or resolution was not needed and that there were better ways to increase graduation rates and to contain cost. He argued that current legislation currently existed that provided a fifth year of athletics aid while the student was competing and the NCAA postscholarship program provided the opportunity for the fifth year of aid while the student was not competing.

One delegate noted that if a student-athlete adhered to the normal progress rule of at least 12 hours per semester, it would require 4.7 years for the student-athlete to graduate. If five years of competition were allowed, it would eliminate the redshirt rule and the hardship rule. A savings could be attained through recruiting costs and there would be an increase in graduation rates.

A student-athlete who was a member of the NCAA Student-Athlete Advisory Committee spoke in opposition and opined that four years of schooling is not only sufficient, but also reasonable, despite the demands placed on student-athletes.

Attachment A provides more complete background information regarding the proposals and Convention proceedings.

NCAA/6/2/00/DLP:ks

CONFIDENTIAL

SUPPLEMENT NO. 7
Agenda Item No. 14

Five-Year Eligibility Legislation

At the 1994 NCAA Convention, Proposal No. 17 was submitted that would have permitted Divisions I and II student-athletes to engage in five seasons of intercollegiate competition within the five year/ten semester eligibility period. In addition, legislation related to the hardship waiver and season-of-competition waiver would have been eliminated. Further, the proposal would have limited partial qualifiers and nonqualifiers to participate in not more than four seasons of competition in Division I and five seasons of competition in Division II. It also specified that partial qualifiers and nonqualifiers who had exhausted four seasons of competition in Division I could not be eligible for further seasons of competition in Division II.

However, the proposal was withdrawn by the Division I sponsors and the membership was urged to pass Proposal No. 18, which was a resolution calling for the NCAA Council to study the five-year eligibility issue. It should be noted that Division II voted on Proposal No. 17, and it was defeated by a vote of 34 yeas, 168 nays and three abstentions.

Division I considered proposal No. 18' however, it also was defeated by a vote of 158 yeas, 649 nays and two abstentions. Following is a brief summary of the discussions:

A member of the NCAA Council spoke in opposition and indicated that another study or resolution was not needed and that there were better ways to increase graduation rates and to contain cost. He argued that current legislation currently existed that provided a fifth year of athletics aid while the student was competing and the NCAA postscholarship program provided the opportunity for the fifth year of aid while the student was not competing.

One delegate noted that if a student-athlete adhered to the normal progress rule of at least 12 hours per semester, it would require 4.7 years for the student-athlete to graduate. If five years of competition were allowed, it would eliminate the redshirt rule and the hardship rule. A savings could be attained through recruiting costs and there would be an increase in graduation rates.

A student-athlete who was a member of the NCAA Student-Athlete Advisory Committee spoke in opposition and opined that four years of schooling is not only sufficient, but also reasonable, despite the demands place on student-athletes.

Attachment A provides more complete background information regarding the proposals and Convention proceedings.

DLP:dkc

CONFIDENTIAL

# ■ Division I-A Business Session

## Monday Morning, January 10, 1994

The Division I-A business session was called to order at 8 a.m. by Daniel G. Gibbens, faculty athletics representative at the University of Oklahoma.

### OPENING REMARKS

Mr. Gibbens: Good morning. I think probably the best way to get started is to get started. So let's do that.

*[Note: Division I-A Council members were introduced and voting procedures were explained.]*

Appendix A of your Official Notice lists the 23 proposals that we will take action on today and tomorrow. Today we will take action on proposals with the asterisks. They are designated for Presidential Agenda Day items, plus any others that time permits.

### PROPOSED AMENDMENTS

Mr. Gibbens: We will now begin with Proposal No. 17.

#### Eligibility—Seasons of Competition

Frank R. Windegger (Texas Christian University): On behalf of the sponsors, I withdraw that proposal and ask this group to support Proposal No. 18, which I think is outstanding legislation. No. 17 needs to be looked at by the Council for any glitches. We can possibly vote on this next January. So I ask your support of No. 18.

#### Scouting of Opponents—Football and Basketball

James E. Delany (Big Ten Conference): I move the adoption of Proposal 24-A on behalf of the Council and Presidents Commission.

[The motion was seconded.]

Adoption of Proposal 24-A will eliminate off-campus in-person scouting of opponents in Division I football. This recommendation from the Special Committee to Review Financial Conditions in Intercollegiate Athletics was initially submitted by the National Association of Basketball Coaches and was supported by representatives of the women's basketball coaches and football coaches who appeared before the special committee.

Coaches can scout opponents in those sports. In the opinion of the special committee, the Council and the Presidents Commission, significant savings are anticipated by eliminating scouting. To assure actual savings, the legislation also precludes an institution from employing or paying the expenses of someone else, including professional scouting services, to scout the opponent. It is worth noting that this proposal precludes all in-person, off-campus scouting of opponents in Division I football and does not permit an individual to scout at his or her own expense. I urge your adoption of this proposal.

[Part A of Proposal No. 24 (page A-42) was adopted by Division I-A, 112-2, one abstention.]

#### Athletically Related Income

William M. Sangster (Georgia Institute of Technology): On behalf of the Council and the Presidents Commission, I move Proposal No. 28.

[The motion was seconded.]

The Special Committee to Review Financial Conditions in Intercollegiate Athletics developed this proposal to affirm the requirements of Bylaw 11.3.1, which states that institutions shall remain in control of who is to be an employee and the amount of salary that the employee is to receive within the restrictions specified by NCAA legislation.

The Council and Presidents Commission support this legislation to further establish control of athletics-related income by requiring all athletics department staff members, other than secretarial and clerical personnel, to receive prior written approval from the institution's chief executive officer for all athletically related income and benefits from sources outside the institution. The other substantive change in the legislation requires that staff members' requests for approval must be in writing and must include the amount and source of the income. The proposal retains the opportunity for chief executives to grant prior written approval for a staff member to receive income that does not exceed $500 for speaking engagements or for participation in camps or clinics. Staff members must provide a detailed accounting of all such amounts over $500 to the chief executive officer. The Council and the Commission believe that the information required by this legislation will provide the institution's chief executive officer with what he or she needs to fully understand and control compensation paid to athletics department staff members. I urge your support of this proposal.

E. Roger Sayers (University of Alabama, Tuscaloosa): I speak in favor of this proposal. It further strengthens the principle of institutional control. It certainly will help preclude any possible instances of conflict of interest. Many of our institutions already have processes and procedures like these that apply to our academic personnel. I strongly favor the proposal and urge your support.

[Proposal No. 28 (page A-47) was adopted by Division I-A, 103-11.]

#### Recruiting Coordinator—Divisions I-A and I-AA Football

Max W. Williams (University of Mississippi): I move for the adoption of Proposal No. 30 on behalf of the Presidents Commission and Council.

[The motion was seconded.]

The particular concern identified by the Special Committee to Review Financial Conditions in Intercollegiate Athletics was large staffs of personnel other than on-field coaches in Division I football.

CONFIDENTIAL

Source: NCAA Council; Bradley University; Eastern Illinois University; Southern Illinois University, Carbondale; Illinois State University; Indiana State University; University of Northern Iowa; Southwest Missouri State University; University of Tulsa; Western Illinois University; and Wichita State University.

Committee Position (Committee on Financial Aid and Amateurism): The committee voted to support this resolution but asked the sponsors of this proposal to amend the time table for the committee to prepare legislation to be developed not later than the 1996 Convention rather than a mandatory date of the 1995 Convention. [Note: In this regard, the NCAA Council subsequently voted to sponsor Proposal No. 16-1.]

Action: Mooted by adoption of 16-1.

NO. 16-1    RESOLUTION: NEED-BASED FINANCIAL AID

[Divisions I and II, common vote, roll call]

"Whereas, it is the sense of the membership that some means must be found to reduce the costs of intercollegiate athletics and that this must be accomplished without denying students access to higher education or significantly altering the competitive balance among NCAA member institutions; and

"Whereas, based on the input received by the NCAA Special Committee to Review Financial Conditions in Intercollegiate Athletics, there is interest in considering a financial aid model for athletics whereby student-athletes may receive athletics grants for tuition and fees, and financial assistance awarded solely on the basis of need for room and board, books, supplies and indirect costs, which may not exceed the cost of attendance.

"Now, Therefore, Be It Resolved, that the NCAA Committee on Financial Aid and Amateurism be charged with the preparation of legislative proposals for consideration by the membership at the 1995 NCAA Convention.

"Now, Therefore, Be It Resolved, that the NCAA Committee on Financial Aid and Amateurism be charged with making a report on this issue to the 1995 Convention and to submit appropriate legislation for consideration by the membership not later than the 1996 Convention."

Source: NCAA Council (Committee on Financial Aid and Amateurism) and NCAA Presidents Commission

Action: Adopted (439-61, two abstentions).

NO. 17 (NO. 2-54)    ELIGIBILITY — SEASONS OF COMPETITION

Intent: To permit student-athletes in Divisions I and II to engage in five seasons of intercollegiate competition within the five-year/10-semester eligibility period; to delete legislation related to the hardship waiver and season-of-competition waiver; to per-

mit partial qualifiers and nonqualifiers to participate in not more than four seasons of competition in Division I and five seasons of competition in Division II, and to specify that partial qualifiers and nonqualifiers who have exhausted four seasons of competition in Division I shall not be eligible for further seasons of competition in Division II.

A. Bylaws: Amend 14.2, page 124, as follows:
[Federated provision, Division I-A football, Division I-AA football, Division I-A, all other Division I members and Division II, divided vote, roll call]

"14.2 SEASONS OF COMPETITION: FIVE-YEAR/10-SEMESTER RULE

"The student-athlete shall not engage in more than four five seasons of intercollegiate competition in any one sport (see 14.02.6 and 14.3.3). An institution shall not permit a student-athlete to represent it in intercollegiate competition unless the individual completes all of his or her seasons of participation in all sports within the time periods specified below:"

[Remainder of 14.2 unchanged.]

B. Bylaws: Amend 14.2.5, pages 127-128, as follows:
[Federated provision, Division I-A football, Division I AA football, Division I-A, all other Division I members and Division II, divided vote, roll call]

"14.2.5 Hardship Waiver. A student-athlete may be granted an additional year of competition by the conference or the Eligibility Committee for reasons of 'hardship.' Hardship is defined as an incapacity resulting from an injury or illness that has occurred under all of the following conditions"

[Remainder of 14.2.5 deleted.]

C. Bylaws: Amend 14.2.6, pages 128-129, by deleting the current dominant voting requirement (*) and substituting a federated voting requirement (I/I/I/I).

(Dominant provision, all divisions, common vote, roll call)

D. Bylaws: Amend 14.2.6, pages 128-129, as follows:
[Federated provision, Division I-A football, Division I-AA football, Division I-A, all other Division I members and Division II, divided vote, roll call]

"14.2.6 Season-of-Competition Waiver. In conjunction with a request for restoration of eligibility and any conditions imposed thereon per Bylaw 14.14, a student-athlete may be granted an additional season of competition by the Eligibility Committee when he or she has participated in a limited amount of competition as a result of a good-faith, erroneous formal declaration of eligibility by the institution's appropriate certifying authority. The competition must have occurred under all of the following conditions"

[Remainder of 14.2.6 deleted.]

E. Bylaws: Amend 14.3.3, page 137, as follows:
[Federated provision, Division I-A football, Division I-AA football, Division I-A, all other Division I members and Division II, divided vote, roll call]

*Legislative Proposals*    A-29

A-28    *1994 Convention Proceedings*

CONFIDENTIAL

NCAA 028877

"14.3.3 Seasons of Competition — Partial Qualifier and Nonqualifier. Partial qualifiers and nonqualifiers, recruited or nonrecruited, shall not engage in more than the following number of seasons of competition:

"(a) Division I: Three *Four* seasons of competition. A student who transfers to a Division I member institution from another collegiate institution shall not engage in more than four/*five* seasons of competition with not more than three *four* of those seasons in Division I.

"(b) Division II: Four *Five* seasons of competition, except that such student-athletes who have exhausted three *four* seasons of competition in Division I shall not be eligible for further seasons of competition in Division II."

Source: Auburn University; University of Cincinnati; Colorado State University; University of Louisville; University of Nebraska, Lincoln; University of Oklahoma; Rice University; University of Tennessee, Knoxville; University of Texas at Austin; Texas Christian University; West Virginia University and University of Wyoming.

Effective Date: August 1, 1994; for those student-athletes first entering a collegiate institution on or after August 1, 1994.

Rationale: With the increased emphasis on graduation rates and the general welfare of student-athletes, a fifth year of eligibility will provide the opportunity for an increasing number of student-athletes to obtain a baccalaureate degree. The 1992-93 NCAA Division I graduation-rates report reveals that student-athletes take an average of 4.7 years to graduate. This proposal will eliminate the current practice of "redshirting" and obtaining medical-hardship and season-of-competition waivers, and reduce recruiting expenses due to a reduction in the number of initial grants offered each year. For those student-athletes who obtain a degree in less than five years, this proposal would provide an opportunity to participate in graduate-level courses that will enhance their post-collegiate employment.

Committee Position (Eligibility Committee): The committee took no position on this proposal.

Action: Parts A, B and E withdrawn in Divisions I, I-A and I-AA Parts A, B and D defeated by Division II (134-168, three abstentions). Parts C and D withdrawn.

NO. 18    RESOLUTION: FIVE SEASONS OF COMPETITION

(All divisions, common vote, roll call)

"Whereas, the NCAA membership has enacted legislation that effectively has linked athletics eligibility with sustained, measurable progress toward a baccalaureate degree; and,

"Whereas, a key component affecting the welfare of student-athletes is their ability to obtain a quality college education and an academic degree; and,

"Whereas, recent revisions in continuing-eligibility legislation placed student-athletes on a five-year program to complete their degree; and,

"Whereas, the current atmosphere surrounding intercollegiate athletics has emphasized the reduction of financial expenditures, and

"Whereas, providing financial support to student-athletes who are completing their baccalaureate degree requires institutions to support degree-completion programs resulting in significant expense; and,

"Whereas, permitting student-athletes to participate in five seasons of athletics competition will provide increased opportunities for student-athletes to receive financial support to complete their baccalaureate degree requirements; and,

"Whereas, the concept of five years of eligibility also generally is believed to have great potential for reducing the expense involved in recruiting large numbers of prospective student-athletes;

"Now, Therefore, Be It Resolved, that the NCAA Council be charged with conducting a study of all issues affected by a revision of NCAA Bylaw 14.2 to permit student-athletes to participate in five seasons of intercollegiate competition, and prepare appropriate legislative proposals for reconsideration by the membership at the 1995 NCAA Convention regarding this topic."

Source: Auburn University, University of Georgia; Louisiana State University, McNeese State University, Nicholls State University; Northeast Louisiana State University; Northwestern State University (Louisiana) and Sam Houston State University.

Action: Defeated (158-649, two abstentions).

*NO. 19 (NO. 2-5)    REVISED LEGISLATIVE CALENDAR

Intent: To revise the Association's legislative calendar by establishing new submission and publication dates for legislative proposals.

A. Constitution: Amend 5.3, pages 32-36, as follows:

(Dominant provision, all divisions, common vote, roll call)

5.3 AMENDMENT PROCESS

5.3.1 Authorizing Legislation

[5.3.1.1 unchanged.]

"5.3.1.2 Amendment-to-Amendment. A proposed amendment to a provision of the constitution or bylaws may be amended at any annual or special Convention or at a division legislative meeting. From *July 1 through September 1* July 15 through September 15, sponsors of proposed legislation may refine and change proposals in any manner that is germane to the original proposal. After *September 1* September 15 proposed amendments may be amended only if the amendment to the proposed amendment does not increase

CONFIDENTIAL

NCAA 028878

used by institutions to meet sports-sponsorship criteria.

It also is important to note that the legislation provides flexibility for the Council to periodically identify future emerging sports for women. I urge you to support Proposal No. 12.

Mr. Liedenmann: I would note two things for you folks. Number one, there is an interpretation on this particular proposal that you will find on your blue sheets. Also note that we are voting in this session on sections A, C and H on proposal No. 12.

Ms. Dreyer: On behalf of the Division II Steering Committee, I move the adoption of Proposal No. 12-1.

[The motion was seconded.]

The intent of Proposal No. 12 unamended is to permit an institution to meet the Division II sports sponsorship requirement by sponsoring as few as two existing traditional sports in which the Association conducts championships.

Under such circumstances, it is arguable that any objective of assisting institutions in providing greater participation opportunity for its female student-athletes as well as complying with the applicable gender-equity laws may be advanced. Proposal 12-1 will preclude a Division II institution from using an identified emerging sport to meet minimum sports sponsorship requirements.

Although the Division II Steering Committee is unanimous in its support for creating greater opportunity for participation of female students, it is the committee's opinion that the use of emerging sports to provide greater participation opportunities for female students should—Harold stole this line from me—supplement and not supplant the opportunity to participate in existing sports. I urge you to support Proposal No. 12-1.

[Proposal No. 12-1 (page A-16) was adopted by Division II, 191-12.]

[Parts A, C and H of Proposal No. 12 (page A-10) as amended by No 12-1 were adopted by Division II, 187-6.]

## Change of Division Membership—
### Notification and Championships Eligibility

Robert L. Potts (University of North Alabama): On behalf of the 11 members of the Gulf South Conference, I move the adoption of Proposal No. 15.

[The motion was seconded.]

As explained earlier, this proposal requires a two-year notification requirement for reclassification from Division II to Division I. It also makes an institution ineligible for championships after the notification has been given in writing.

The basic rationale for this is one of fairness. We do not feel that it is fair for a Division II institution to continue to compete for championships. Once they receive the recruiting advantage, they begin to raise funds to go to Division I. We feel this is a proposal that should be adopted. It is supported by the Presidents Commission.

Dorothy E. Dreyer (Wayne State University, Michigan): On be-

half of the Division II Steering Committee, I speak in support of Proposal 15.

Originally, the steering committee took no position on this proposal because I did not require a date by which a Division II institution would have to declare its intent to move to Division I. Further, the steering committee expressed concern regarding the effect of an immediate effective date upon those Division II institutions that already have notified the national office of their intent to move to Division I effective September 1, 1994.

After these concerns were expressed, the Gulf South Conference, which sponsors the proposal, addressed those concerns.

If a Division II institution intends to petition for reclassification to Division I, it must submit written notice of its intention to be received if the institution intends to reclassify in Division I two years before the September 1 when the institution intends to reclassify in Division I. Further, a Division II institution that has forwarded to the national office written notice of its intention to change membership classification to Division I or has petitioned to reclassify to Division I no longer shall be eligible to participate in any subsequent Division II NCAA championships. Because of the concerns expressed by the steering committee, these concerns have been addressed. The committee urges you to support proposal No. 15.

James J. Sims (University of California, Riverside): We are opposed to this proposal mainly because of the issue of fairness. We see it as unfair to exclude a member of the NCAA from any championship possibilities simply because they want to change divisions. We have two examples in the California Collegiate Athletic Association in the last few years that have made this transition, stayed in our conference and played for our championships. It did not make a major impact or become a monster because they went this way. In fact, they have been weakened each time.

We may make this transition ourselves. We think that it would be fair to leave us the possibility of being involved in a championship. I urge your defeat of this proposal.

[Proposal No. 15 (page A-26) was adopted by Division II, 159-25, two abstentions.]

## Eligibility—Seasons of Competition

James Fallis (University of Northern Colorado): I move the adoption of Proposal No. 17.

[The motion was seconded.]

I recognize that this is rather radical for some people, but I want to remind you that some 24 years ago they also moved with a proposal to allow individuals to compete for four years. Although this may need some fine tuning—that may sound familiar to you because we have been doing a lot of that lately—I think it is important that we not be driven by the media paranoia that surrounds Division I and we do what's right. I believe this is right.

I understand that there is some desire to study this issue I would

---

116 ——————— 1994 Convention Proceedings

Division II Business Session ———————— 117

have hoped that you would have done that before today. Let me suggest that you talk to your student-athlete advisory committee on your campus and find out how difficult it's become for individuals to get classes to graduate in four years.

In addition, you might like to, as I did, talk to our institutional research director who graduated some 25 years ago and said: "Jim, I would not want to be going to school today with the information that you have to know, the information you have to learn, it's a different ball game than it was when you and I were going to school."

We have a commitment to individuals who matriculate at our institutions. I don't think we should be casting the student-athlete aside. If your institution is like ours, the average grant-in-aid and award is about $2,700 or about one-third of what it costs to attend the University of Northern Colorado. Those who complete their degree work in four years would have to give serious consideration of trying to compete for a fifth year at the cost of nearly $5,000. We have not seen it in the past. I don't think you will see it in the future.

At our institution, if you eliminate three sports—two women's and one men's sport—where there is a larger percentage of full rides given, the average award is closer to $2,300. Many of us currently discriminate on our campus against the student-athlete. I don't know whether you realize that or not. The band members and the performing arts students can receive their performance awards for five, or even six years providing they stay in good academic standing. We do not move to provide the same for the student-athletes or the CEO is going back to the campuses and setting up the same limits for those same individuals in those other programs.

I found it interesting last night at the honors dinner that Charles Osgood made mention that the Association is in many ways a leader in social concerns. Stop and think about what we are doing—especially Division II members. This is an opportunity for us to make a statement to our society and perhaps even family structure. Let's do what's best for our student-athletes and assist them, help them finish the task, do what we need to do, maybe the message will be clear that we need to finish molding things before we go on and bring new people in.

I think we have an obligation to these young men and women. I think we need to fulfill that obligation. As I said at the onset, I do believe there is some fine tuning to this. Let me also say this: If we don't succeed this year, I do hope that we will try again as we do on the athletics field and succeed next year.

Raymond L. Orbach (University of California, Riverside): I oppose Proposal No. 17. I do so on the basis of the arguments presented by the Presidents Commission. But I would also like to add another argument. Universities across the country are moving toward four years for graduation. In fact, there are some universities proposing three years for a baccalaureate degree when hours are not sufficient for graduating in four years.

The pressure on all of us, especially at state-supported and private institutions will be to get those courses offered so that students can graduate in four years. We are moving toward this limit for financial reasons. This action would move exactly in the wrong direction.

Mr. Lindemann: Thank you. We do have some late-breaking news about Proposal No. 17. It appears that it is going to be withdrawn in Division I. Members in that division are going to be asked to support Proposal No. 18.

Rodney C. Kelcehner (Mansfield University of Pennsylvania): I am speaking in opposition to Proposal 17 on behalf of the Commission and the Council for reasons that have already been stated.

We believe that this sends the wrong signal. It puts an increased emphasis on athletics participation rather than on academic participation. We urge the defeat of this proposal.

[Parts A, B and D of Proposal No. 17 (page A-28) were defeated by Division II, 34-168, three abstentions. Parts C and D were withdrawn.]

Expenses—Travel-Squad Size Limitations

Jerry M. Hughes (Central Missouri State University): I move Proposal No. 23.

[The motion was seconded.]

The Council and Presidents Commission have sponsored Proposal No. 23 in order to permit the Divisions I and II membership to consider the proposal, but they have not taken a position in support of or opposition to the legislation

This proposal was submitted by the Pacific-10 Conference for consideration at the 1993 Convention. It was withdrawn at the request of the Special Committee to Review Financial Conditions in Intercollegiate Athletics to permit that committee to review the travel-squad limitations. It was among the issues it considered in developing cost-reducing legislation.

At the conclusion of its review, the special committee decided to support the legislation. After considering concerns about whether costs that would be saved, the Council and Commission decided not to specifically support this legislation. Accordingly, it is submitted for the delegates' determination of whether this legislation should be adopted.

Delegates should note the official interpretations of Proposal No. 23 The interpretation that affirms that these limitations apply only to regular-season varsity competition makes Proposal No. 23-4 unnecessary.

Doug Echols (South Atlantic Conference): Proposal No. 23 will impose national legislation on travel-squad size Such a restriction should be handled at the institutional or conference level All eight members of the South Atlantic Conference oppose this proposal although we acknowledge that some of our colleagues in Division II have various geographical and financial consideration in relationship

CONFIDENTIAL                    NCAA 028880

door for anyone who wishes to apply before that time to run in without having to wait five years. I don't believe it is in the best interest of our institutions to rush these decisions or create this kind of barrier, especially when we have all the things necessary to make sure that during the three-year provisional membership they either meet standards to compete in championships or they are ineligible.

[Parts A through E of Proposal No. 14 (page A-17) were adopted, 773-22, four abstentions. Parts F, G and I were adopted by Division I, 290-7, eight abstentions, Division II, 193-15, two abstentions, and Division III, 248-7, five abstentions. Part H was defeated by Division I, 235-56, 13 abstentions, Division II, 65-145, were adopted, Division III, 139-117, 10 abstentions. Parts J through N were adopted, 301-1, two abstentions. Part O adopted 100-1, two abstentions. Part P adopted, 117-0. Part Q adopted, 198-2. Part R adopted, 256-7.]

**Resolution: Need-Based Financial Aid**

Charles S. Harris (Arizona State University): On behalf of the Council, the Committee on Financial Aid and Amateurism, and the sponsors, I move the adoption of Proposal No. 16

[The motion was seconded.]

Mr. Harris: On behalf of the Council, I move adoption of Proposal No. 16-1.

[The motion was seconded.]

In an attempt to reduce the cost of intercollegiate athletics, there are various constituencies within the Association, including the Gender-Equity Task Force and the Special Committee to Review Financial Conditions in Intercollegiate Athletics, that have called for an examination of possible cost-saving measures among Divisions I and II members who provide athletics grants. In this regard, the Presidents Commission and the Council have given the Committee on Financial Aid and Amateurism the opportunity to develop a financial aid model. By adopting this resolution, the Committee on Financial Aid and Amateurism will develop a model that will remain intact as need. We will specifically be required to make legislation to be presented in a progress report at the 1995 Convention. It is important to remember that there will be actual discussion of this issue by the membership before an effective conclusion by the committee.

[Proposal No. 16-1 (page A-28) was adopted, 439-61 two abstentions.]

**Resolution: Five Seasons of Competition**

Milo R. Lude (Auburn University): I move Proposal No. 18.

[The motion was seconded.]

This morning in our Division I-A session, Proposal No. 17 was withdrawn with the understanding that we would bring this before the Convention. If we believe in higher education, then we certainly believe in the search for the truth and the facts with some logic behind it.

We therefore would like very much to have the Convention study

the proposal of the five-year rule. We ask all of you to support this.

Jerry L. Kingston (Arizona State University): On behalf of the Council, I rise to oppose Proposal No. 18. We do not need another resolution and another study to develop this. There are better ways to increase graduation rates and to contain cost.

The sponsors argue this proposal will raise graduation rates and fifth year of athletics aid while the student is competing. The postscholarship provides the opportunity to provide a while the student is not competing.

The student's welfare is not enhanced when time and energy is divided between athletics and academics over a five-year time period. This proposal is not in the Council's view with the reform movement. It is an attempt to place more emphasis on the student-athletes than the students themselves. I urge you to defeat this proposal.

James Fallis (University of Northern Colorado): I would remind the membership that yesterday our executive director said that 1995 is going to be the Convention for the student-athlete's welfare. I can think of no better way to address that concern than to have the information and see whether or not we are meeting the welfare of the student-athlete at this point in time.

Times do change. There is a need for more students today than ever before and the ability to fund universities has shrunk. More students are seeking outside employment. The institution has increased the graduation rate and some say this will reduce the number who graduate.

We may continue to see students have an increasingly difficult time from the beginning of the required courses to stay on track. The Association has worked hard to meet the welfare of the student-athlete. This resolution does nothing more than charge the NCAA Council with bringing back to this body legislation based on more current information.

What is wrong with current information? Let's look at this with an open mind in fairness to our student-athletes at the Convention that is designated to their welfare. Let's make the decision with the best information. We do have greater obligations to matriculate students.

Mr. Lude: With respect to Jerry Kingston, my very good friend, I heard everything that he said. I think if he had listened closely, the Council is asking us to be very, very narrow-minded, have tunnel vision and not be exploratory.

Charles E. Young (University of California, Los Angeles): It is hard for a chancellor to make an argument against studying something, but this proposal has been before this Convention time after time after time. I don't believe that we need another study to determine that this is a bad idea and we should vote it down to get it off the board.

Unidentifiable Delegate: I urge this Convention to support Proposal No. 18. We only have a resolution. We are looking at bringing

CONFIDENTIAL

NCAA 028881

in line with our satisfactory-progress rule, which says you have to take 12 hours per term. If you take 12 hours a term, you can't graduate in four years. It takes 4.7 years for the student-athlete to graduate right now. If we allow them to participate for five years, we will eliminate the redshirt rule and we will eliminate the hardship rule. We can save a tremendous amount of money in future scholarships. We can save recruiting costs, increase graduation rates and a lot of other positive things for the student-athletes. This is only a study. We believe that it is in line with the reform movement.

Robert C. Maxson (University of Nevada, Las Vegas): I am hard pressed at a Convention of educators to explain why we would be opposed to any study that will benefit our student-athletes. On most of our campuses, including mine, full-time students who are not athletes take programs that are impossible to finish in four years.

This proposal ought to be studied. It could benefit student-athletes in a number of ways. If we consider the academic progress and satisfactory-progress rules, then the fifth year becomes very important.

It seems to me that we have not followed the letter and spirit of the rule about student-athletes maintaining good academic standing. By definition, a student should have graduated at the end of five years, with the exception of those youngsters who might change majors.

We also talk a lot about cost containment. Obviously, this will be a less expensive way to run our programs. We know that recruiting is expensive. This even has the potential to reduce recruiting by as much as 50 percent. I also remind you that one of the most vulnerable times for many programs is when we are recruiting student-athletes. I urge you to support the resolution to call for a study of the fifth-year of competition. We owe it to the student-athletes who want to expect to graduate and we owe it to those universities who want to expect their student-athletes.

Calvin Bowers (Bowling Green State University/Student-Athlete Advisory Committee): For those of you in attendance at the honors dinner last night, you will recall that one of the Top Six athletes who was honored was Kenneth Alexander from Florida State.

He not only has had success as a football player, but he intends to graduate in 3¾ years with honors. This shows that four years of graduate schooling is not only sufficient but reasonable, despite the demands placed on student-athletes.

If the student-athlete does require a fifth year to complete his studies, it should be done so without a required additional season of eligibility. By doing this, he concentrates solely on academics and prepares for life after collegiate athletics instead of the pressures and physical burden of competition. We oppose a study about five-year eligibility.

[Proposal No. 18 (page A-30) was defeated, 158-649, two abstentions.]

### Revised Legislative Calendar

Thomas C. Hansen (Pacific-10 Conference): On behalf of the sponsors, I move Proposal No. 19.
[The motion was seconded.]

This would provide two additional weeks in which to present to the membership amendments to our bylaws and constitution. Because of the pressures of meetings in May and June, we need this extra time. The rather complicated language does that and no more than that. I urge the membership adoption.

R. Elaine Dreidame (University of Dayton): On behalf of the Presidents Commission and the Council, I would like to speak in moving this proposal. The Commission and Council believe that moving the submission date two weeks later will make the process more effective without compromising the intent of the legislative calendar. We urge your support of this proposal.

[Proposal No. 19 (page A-31) was adopted, 464-335, four abstentions.]

### Resolution: Biennial Convention

Bro. Thomas J. Scanlan (Manhattan College): On behalf of the Council and the Presidents Commission, I move adoption of Proposal No. 20.
[The motion was seconded.]

The Special Committee to Review Financial Conditions in Intercollegiate Athletics originally recommended this amendment of the NCAA Constitution to provide that Conventions be held only in alternate years.

After further consideration, the Council determined and the Presidents Commission agreed that legislation to limit the Association to biennial Conventions was premature. Instead, both the Council and the Commission agreed to sponsor this resolution. Its adoption would call for a detailed study of the issue, particularly as to the actual cost savings to the Association and the level of interest on the part of the membership.

The biennial Convention has the possibility to stabilize the Association's legislation by mandating more time between amendments. They would have a more reasonable time period to prepare legislation. It would eliminate the rush to review proposed legislation and create opportunities for members who wish to propose the amendments to discuss them with the sponsors. A vote in favor of this resolution does not change the Association's legislative process. It merely will put in motion a review of the concept of biennial Conventions. On behalf of the Council and the Presidents Commission, I urge your support of this resolution.

Marilyn McNeil (California Polytechnic State University, San Luis Obispo): If the Convention in off years is for discussion only, that will create an administrator's nightmare. Dollars could be better spent on purposes other than a study.

Edward B. Fort (North Carolina A&T State University): The dif-

CONFIDENTIAL

NCAA 028882