SUPPLEMENT NO. 7
Student-Athlete Welfare
Page No. 2

student-athletes, the professional dream erodes academic life well before they are finished competing in college. This is evidenced by the number of athletes who, for all practical purposes, stop being students and become only athletes during their final year before turning professional. Essentially, college campuses become room and board facilities and training camps for soon-to-be NFL players as they stop being students and look to the combines in late winter. Such student-athletes continue to be permitted to compete, even in bowl games when, in fact, they stopped being students the summer prior to their senior year. Some in higher education have noted that such behavior sends the wrong message to student-athletes who are attending class and striving academically, as well as athletically. Although there may be several solutions to this problem, NCAA Proposal No. 2000-90, currently in the Division I governance structure, may be a start. This proposal would require student-athletes to complete a minimum of six academic hours the semester before postseason competition. If not, they are ineligible for the postseason. The Division I SAAC supports the proposal but would also support a modest increase in the number of required hours.

- **Graduation Rates.** Football graduation rates are declining at a significant rate. The 1989 entering class of Division I-A football student-athletes graduated at a rate of 56 percent, compared with a male student body overall graduation rate of 58 percent. For the 1993 entering class (the most recent year for which data are available), Division I-A football graduation rates dropped to 48 percent. This drop of 8 percentage points over five years is precipitous and worthy of the committee's attention. The drop in Division I-A football graduation parallels a large decrease among white football student-athletes. The number of white football student-athletes dropped from an all-time high of 67 percent for the entering class of 1989 to a low of 55 percent for the most recent class. Between the entering classes of 1992 and 1993, the graduation rates for white football players in Division I-A schools dropped by 6 percentage points. It is important to note that these data cover students admitted prior to the implementation of Proposition 16, which required higher initial-eligibility standards. There should be a rebound in football graduation rates when data for the first class of Proposition 16 student-athletes become available in about three years.

- **Student-Athlete Behavior and Sportsmanship.** The sportsmanship displayed during this year's football bowl games was disappointing to many in higher education and intercollegiate athletics. Evidenced by increased "trash talking" and taunting compared with regular-season games, the college game's most visible and meaningful contests appear to bring out the worst sportsmanship. Contributing to this proliferation of poor sportsmanship is an inconsistency in officiating. Various crews call games differently, creating a liberal interpretation of the sportsmanship rules by coaches and student-athletes. Additionally, college football announcers generally appear to lack a thorough understanding regarding how the college sportsmanship rules differ from the professional game. The committee could consider mechanisms to educate officials, announcers, coaches and student-athletes regarding inappropriate conduct during contests, as well as reasons for those distinctions. The Bowl Championship Series, the NCAA, coaches, announcers and student-athletes must identify ways to become better partners in managing the game of college football as it relates to

NCAA 029184

SUPPLEMENT NO. 7
Student-Athlete Welfare
Page No. 3

sportsmanship issues. The growth in fans for football may wane if those responsible for the game let it drift toward "professional entertainment" and away from its educational underpinnings.

- **Gambling.** The NCAA opposes all forms of legal and illegal sports wagering due to its potential to jeopardize the personal safety and welfare of the student-athlete and athletic staff and undermine the integrity of sports contests and the intercollegiate athletics community. The NCAA membership has adopted specific legislation prohibiting athletics department staff members, conference office staff and student-athletes from engaging in sports wagering activities related to intercollegiate or professional sporting events. The NCAA National Office has adopted this legislation as office policy.

  Sports Wagering demeans the competition and competitors alike by a message that is contrary to the purposes and meaning of "sport." Sports competition should be appreciated for the inherent benefits related to participation of student-athletes, coaches and institutions in fair contests, not the amount of money wagered on the outcome of the competition.

  To be effective in addressing the wide-ranging problems associated with sports wagering it is necessary to mitigate the forces contributing to the expansion of sports gambling among student-athletes and within the college community as a whole. These forces include the various elements involved in both legal and illegal sports wagering, Internet sports wagering and the inconsistent messages society sends to all those involved in intercollegiate athletics relative to gambling.

**Health, Safety and Injuries.** The NCAA Committee on Competitive Safeguards and Medical Aspects of Sports has identified the following issues to be reviewed by the NCAA Football Study Oversight Committee.

- **Injury Surveillance.** Recognition that the NCAA injury surveillance system provides the foundation for identifying trends and monitoring the effectiveness of rules changes in college football and support of current proposed enhancements directed to expand this research tool. Current areas of concern are as follows: (RESOURCE: NCAA Injury Surveillance System, Annual Survey of Football Injury Research.)

  *1.* Concussions (Game injury rate has risen 54 percent since 1991.)

  *2.* Surfaces (There is no consensus on surfaces and relationship to injury.)

  *3.* Spring practice (General and severe injury rates are at similar levels as three years ago and significantly higher than fall practice rates, despite 1997 legislation.)

  *4.* Catastrophic events (Seventeen heat stroke fatalities in football over the last six years including 14 in high school, two in college, one in semi-professional football.)

SUPPLEMENT NO. 7
Student-Athlete Welfare
Page No. 4

- **Football Practice Survey.** The committee has surveyed student athletes, coaches and medical personnel about the perceived risk of injury and effectiveness in teaching football skills in various practice activities. Perceptions of the three groups frequently do not match the corresponding injury data. (RESOURCE: 2000 Football Practice Survey, NCAA Injury Surveillance System.)

- **Adequate Health Care and Coverage.** The National Athletic Trainers' Association education reform and expanded regular- and out-of-season activities for ALL sports impact institutional health care and coverage for football. Medical coverage costs, support resources and liability concerns are all issues to consider. (RESOURCE: November 2000 committee report to NCAA Executive Committee: "Athletic Trainer Education Reform and its Potential Impact on Health Care and Coverage at NCAA Institutions: Current Situation and Future Challenges." 2001 NCAA Convention educational forum: "A Pragmatic Approach to Medical Care and Coverage for Student-Athletes.")

- **Supplement Use and Drug Testing.** Football accounts for a significant number of positive NCAA drug tests, and the majority of these positives are noted in the appeal process to have resulted from the ingestion of nutritional supplements. (RESOURCE: NCAA drug-testing data, 2000 NCAA student-athlete drug use survey.)

- **Other Health and Safety Issues.** Additional issues for the committee to review include inclement weather and cancellation of practices and games; training table and nutrition issues; and spit tobacco use.

**Action:** The NCAA Division I Football Issues Committee would solicit opinions through surveys or in-person meetings with student-athletes. In addition, the SAAC, the Faculty Athletics Representatives Association, the Committee on Competitive Safeguards and Medical Aspects of Sports and the American Football Coaches Association would be consulted regarding student-athlete welfare issues.

The National Collegiate Athletic Association
January 29, 2001                    DD



CONFIDENTIAL                                              NCAA 029186

SUPPLEMENT NO. 8
FB Study 2/01

## MARKETING/PROMOTIONS

**Issue:** The establishment of NCAA Football has made a positive impact on the promotion and marketing of college football. However, the current status of NCAA Football and other issues involving the marketing and promotion of college football should be reviewed.

**NCAA Football Status.** Created in 1997, NCAA Football USA (currently referenced to as NCAA Football) is a promotional vehicle created for the betterment of college football. NCAA Football represents a coalition among the National Association of Collegiate Directors of Athletics (NACDA), the American Football Coaches Association (AFCA), the Collegiate Commissioners Association (CCA) and the NCAA.

NCAA Football's mission is to improve, promote and protect the game of college football for those who play the game, for those who coach the game and for those who support the game. This initiative markets and promotes the game on a national level by developing a marketing fund for research and education programs, merchandising, media, and grass-roots programs.

Host Communications, Inc. (HCI) serves as NCAA Football's managing agent. HCI offers, at an additional cost, NCAA Football sponsorships to members of the NCAA's family of corporate partners. The Collegiate Licensing Company also supports NCAA Football by managing the licensing activities of NCAA Football.

The current status of NCAA Football is positive. Since its debut, NCAA Football continues to gain momentum as an umbrella promotional initiative for college football. Major encouragement for NCAA members to participate in NCAA Football has come from the American Football Coaches Association.

**HCI Involvement/new CBS "bundling" concept and use of NCAA Mark.** The NCAA national office continues to focus on advance preparation for the transition from the Association's current agreement with Host Communications, Inc. (HCI), to a new agreement with CBS Sports. The new NCAA-CBS agreement will begin September 2002. It is important to note that the NCAA has two years remaining [the fourth (2001) and fifth (2002) years, respectively] on the current NCAA-HCI agreement (five-year rights fee to the Association: $75 million). The minimum projected income from the new NCAA-CBS Sports agreement is included in Attachment No. 1. The new agreement has a term of eight years, with a three-year option (NCAA controls the three-year option).

Concurrently, the national office staff continues communications with CBS Sports regarding the new "bundled rights agreement." The national office staff and CBS Sports staff continue to employ the Association's original negotiation goals as the foundation for ongoing discussions and future planning (Refer to attached summary of CBS agreement.).

NCAA 029187

SUPPLEMENT NO. 8
Marketing/Promotions
Page No. 2

In July 2000, the national office staff met with CBS Sports to receive the television network's recommendation on a marketing partner to serve in a subcontractor role. The selected marketing partner would work with CBS Sports to activate corporate partner program rights, licensing rights, publishing rights, radio rights and special event rights, which the NCAA awarded to CBS Sports. CBS Sports' original recommendation was ISL, an international marketing organization with expertise in marketing, licensing, branding, Internet ventures and other similar promotional/marketing capabilities. In late 2000, after extensive negotiations, strategic modeling and considerable integrated sales strategy pre-planning, CBS Sports unexpectedly received notification that ISL's management board had made the decision to not consummate an agreement whereby ISL would serve as CBS Sports' marketing partner for administration and activation of the NCAA's new bundled rights agreement.

Based on ISL's decision, CBS Sports has been in discussions with selected sports marketing companies in an effort to determine whether the marketing rights can be sold to another qualified third party. Another option being considered by CBS management is whether CBS Sports should administer the bundled rights in-house. It is anticipated that the network will reach a decision on this matter in the very near future. The NCAA has final approval specific to how its rights will be managed by either a third party or internally by CBS Sports.

Specific to NCAA Football, if CBS Sports and HCI reach an agreement whereby HCI purchases selected bundled rights assets from CBS Sports, there is an excellent opportunity to add the NCAA Football rights to the integrated sales model. This means rather than have NCAA Football rights outside the scope of bundled rights owned by CBS Sports, such rights can now be packaged and sold through a "one-stop shopping" sales model. This will prevent what corporate American might view as an odd form of "authorized ambush marketing" of the NCAA rights owned by CBS Sports. For example, if General Motors is a NCAA corporate partner and NCAA Football sponsorships are outside the CBS Sports agreement, Ford Motor Company could become a NCAA Football sponsor and, in turn, compete with CBS Sports' rights/sales. Recent discussions between HCI and CBS Sports have addressed the possibility of accomplishing the "one-stop shopping" business strategy.

Specific to the icon/trademark, it is worthy to note the NCAA owns the copyright to the NCAA Football mark. The NCAA has agreed to allow NCAA Football to use the mark without payment of a rights fee. The NCAA does not receive any revenue from NCAA Football.

**Educational Efforts.** In addition to the efforts of NCAA Football, it has been proposed that the NCAA undertake efforts to provide information to address issues that are posed by the media and public. Due to the popularity of college football many inquiries are made to the NCAA national office regarding all aspects of the game. In order to respond to these inquiries in a prompt and efficient manner consideration is being given to creating a web-site that addresses the most asked questions. For example, the national office receives numerous inquiries

NCAA 029188

SUPPLEMENT NO. 8
Marketing/Promotions
Page No. 3

_____

regarding officiating, postseason football, attendance figures, financial status of college football, etc., and many of these questions could be answered on the web-site.

**Action:**  The Division I Football Issues Committee, in cooperation with the marketing, licensing and promotions staff in the NCAA national office, would address the following issues:

- NCAA Football status.
- HCI involvement/new CBS "bundling" concept and use of NCAA mark.
- Education program regarding NCAA involvement in football, officials, enforcement process and services provided by NCAA, etc.

The National Collegiate Athletic Association
January 29, 2001                    CDC:yeg

CONFIDENTIAL                                      NCAA 029189

SUPPLEMENT NO. 9
FB Study 2/01

### DIVERSITY

**Issue:** Lack of ethnic-minority head coaches involved with NCAA college football.

**NCAA Efforts and Data.** Since 1995, the NCAA's Minority Opportunities and Interest Committee (MOIC) has collected data on the racial and gender breakdown of athletics personnel. The committee uses these data to measure broad changes over time. According to these data collected in the 1999-00 race demographic study, there has not been progress in the hiring of ethnic minority head football coaches at NCAA Division I, II and III member institutions.

**Minority Head Coaches Data.** According to collected data, ethnic minority staff holds only 49 of 581 reporting (8.4 percent) head coaching positions at member institutions. In 1995-96, ethnic minorities held 9.1 percent of all head coaching positions. By divisions, the 1999-00 data reflects the following:

| Division | Total Positions | Ethnic Minority Coaches | Percentage |
|----------|-----------------|-------------------------|------------|
| I | 223 | 22 | 9.8 |
| II | 147 | 21 | 14.0 |
| III | 211 | 6 | 2.8 |

The number of ethnic minority head coaches drops significantly when Historically Black Colleges and Universities (HBCU's) are excluded from the study. In the 1999-00 report, the number of ethnic minority head coaches drops to 15 of 547 (2.7 percent) when HBCU's are eliminated from the results, down from 3.4 percent in 1995-96. Specifically, the 1999-00 data reveals the following with head coaches at HBCU's excluded:

| Division | Total Positions | Ethnic Minority Coaches | Percentage |
|----------|-----------------|-------------------------|------------|
| I | 210 | 9 | 4.2 |
| II | 127 | 1 | .8 |
| III | 210 | 5 | 2.3 |

**Minority Assistant Coaches Data.** The number of ethnic minority assistant football coaches has remained steady since the 1995-96 report. In 1999-00 race demographic study, 20.8 percent of assistant coaches are ethnic minorities, statistically unchanged from the 20.6 percent reported in 1995-96. Ethnic minorities account for 25.4 percent of the assistant coaches in Division I; Divisions II and III report 24.3 percent and 11.7 percent respectively.

When HBCU's are excluded from the results, the 1999-00 data reflects 17.2 percent of assistant football coaches are ethnic minority, compared to 16.7 percent in 1995-96.

SUPPLEMENT NO. 9
Diversity
Page No. 2

The review of coaching data differs greatly from the data reflecting participation of ethnic minority student-athletes in football. The 2000 NCAA Division I, II & III Graduation-Rates Report documents demographics for student-athletes receiving athletics aid at member institutions. According to the Fall 1998 undergraduate enrollment data, 54 percent of football players receiving athletics aid in Division I are ethnic minority. In Division II, 38 percent of the players receiving aid represent ethnic minority groups.

**Action:** The Division I Football Issues Committee in cooperation with the NCAA Minority Opportunities and Interests Committee (MOIC) develop a program [strategies] to encourage the hiring of ethnic minority head coaches.

The National Collegiate Athletic Association
January 29, 2001                           RC

CONFIDENTIAL

NCAA 029191

SUPPLEMENT NO. 10
FB Study 2/01

### LONG-TERM VIABILITY OF COLLEGE FOOTBALL

**Issue:** Increasing expenses, governance issues, student-athlete welfare, the impact of Title IX and the role of chief executive officers are fundamental issues impacted by college football. A major concern is that if football programs are eliminated or financial aid is reduced, a significant number of student-athletes, especially minorities, could be denied competitive opportunities and the athletics experience. Currently a long-range plan does not exist to address the future of college football.

**Action:** The results of the comprehensive study will provide data and direction for the NCAA Division I Board of Directors and other NCAA governance groups to develop a long-range plan to address the various issues confronting college football in order to ensure its long term viability. The NCAA Division I Football Issues Committee, in cooperation with other NCAA governance committees and the American Football Coaches Association, shall prepare a long-range plan for review by the study group.

The National Collegiate Athletic Association
January 29, 2001                        DLP:eed

CONFIDENTIAL

NCAA 029192

SUPPLEMENT NO. 11
FB Study 2/01

## STUDY GROUP TIMELINE AND COMMITTEE MEETING SCHEDULES

The timeline that has tentatively been established for the Football Study Oversight Committee provides for legislation and final recommendations to be completed by October 2002. In order to meet this deadline consideration must be given to establishing a timely meeting schedule for the study group that coincides with the meeting schedules of those NCAA committees that will be assisting the group in its efforts. As you will note, tentative meeting dates have been established for the Football Study Oversight Committee and have been noted in "bold-faced" type.

Following are the meeting dates for those NCAA committees that will address issues as directed by the study group:

**February 2001**

**12 -- FOOTBALL STUDY OVERSIGHT COMMITTEE**
12-14 -- Football Rules Committee
19-20 -- Division I Football Issues Committee
21-23 -- Division I Academics/Eligibility/Compliance Cabinet
22 -- NCAA Research Committee
25-27 -- Minority Opportunities and Interests Committee

**March 2001**

TBD -- Division I Membership Subcommittee telephone conference

**April 2001**

7-8 -- Student Athlete Advisory Committee
9-10 -- Division I, II & III Management Councils
26 -- Division I Board of Directors

**May 2001**

**18 -- FOOTBALL STUDY OVERSIGHT COMMITTEE**

**June 2001**

15-17 -- Competitive Safeguards and Medical Aspects of Sports
21-22 -- Division I Football Issues Committee
26-28 -- Championships/Competition Cabinet

CONFIDENTIAL

NCAA 029193

NCAA Study Group Timeline and Committee Meeting Schedules
February 7, 2001
Page No. 2
_____

**July 2001**

11-13  --  Minority Opportunities and Interests Committee
20-21 -- Student Athlete Advisory Committee
23-24 -- Division I, II & III Management Councils

**August 2001**

9 – Division I Board of Directors
**20 – FOOTBALL STUDY OVERSIGHT COMMITTEE**

**September 2001**

5-11  --  Academics/Eligibility/Compliance Cabinet
11-13  --  Championships/Competition Cabinet

**October 2001**

14-16  --  Minority Opportunities and Interests Committee
22-23  -- Division I, II & III Management Councils

**November 2001**

1 – Division I Board of Directors
TBD – Competitive Safeguards and Medical Aspects of Sports

**January 2002**

TBD  -- Division I Board of Directors
TBD -- Division I, II & III Management Councils
TBD -- Student-Athlete Advisory Committee
**TBD – FOOTBALL STUDY OVERSIGHT COMMITTEE**

**February 2002**

5-7 – Championships/Competition Cabinet
TBD – Football Rules Committee
TBD – Division I Football Issues Committee

**April 2002**

8-9  -- Division I, II & III Management Councils
25 – Division I Board of Directors

CONFIDENTIAL

NCAA 029194

NCAA Study Group Timeline and Committee Meeting Schedules
February 7, 2001
Page No. 3

**May 2002**

**TBD – FOOTBALL STUDY OVERSIGHT COMMITTEE**

**June 2002**

TBD – Division I Football Issues Committee
25-27 -- Championships/Competition Cabinet

**July 2002**

22-23 -- Division I, II & III Management Councils

**August 2002**

8 -- Division I Board of Directors.
**TBD – FOOTBALL STUDY OVERSIGHT COMMITTEE**

**September 2002**

15-19 -- Championships/Competition Cabinet

**October 2002**

21-22 -- Division I, II & III Management Councils
31 -- Division I Board of Directors

The National Collegiate Athletic Association
February 7, 2001                    DLP:eed

CONFIDENTIAL

NCAA 029195

# NCAA Football Study Oversight Committee

Charles T. Wethington, chair

| Div. | Name and Contact Information | Representing |
|------|------------------------------|--------------|
| I-AA | Leroy Davis<br>President<br>South Carolina State University<br>300 College St./NE<br>Orangeburg, SC 29117<br>Phone: 803/536-7013<br>Fax: 803/533-3622<br>E-mail: ldavis@scsu.edu | Board member |
| I-A | Carol Harter<br>President<br>University of Nevada-Las Vegas<br>4505 Maryland Pkwy<br>P.O. Box 450001<br>Las Vegas, NV 89154<br>Phone: 702/895-3201<br>Fax: 702/895-1088<br>E-mail: harter@ccmail.nevada.edu | Board member |
| I-A | Robert Hemenway<br>Chancellor<br>University of Kansas<br>230 Strong Hall.<br>Lawrence, KS 66045-0001<br>Phone: 785/864-3131<br>Fax: 785/864-4120<br>E-mail: rhemenway@ukans.edu | Board member |
| I-A | William "Brit" Kirwan<br>President<br>Ohio State University<br>205 Bricker Hall, 190 N. Oval Mall<br>Columbus, Ohio 43210-1357<br>Phone: 614/292-2424<br>Fax: 614/292-1231<br>E-mail: kirwan.1@osu.edu | Board member |
| I-A | Edward A. Malloy<br>President<br>University of Notre Dame<br>Joyce Center<br>Notre Dame, Indiana 46556<br>Phone: 219/631-6755<br>Fax: 219/631-7428<br>e-mail: edward.a.malloy.5@nd.edu | |

CONFIDENTIAL

NCAA 029196

NCAA Football Study Oversight Committee
Page No. 2

| Div. | Name and Contact Information | Representing |
|------|------------------------------|--------------|
| I-A | V. Lane Rawlins<br>President<br>Washington State University<br>French Administration Building<br>Room 422<br>Pullman, WA 99164-1048<br>Phone: 509/335-6666<br>Fax: 509/335-0137<br>e-mail: rawlins@wsu.edu | |
| I-A | Joseph A. Steger<br>President<br>University of Cincinnati<br>2600 Clifton Avenue<br>Cincinnati, OH 45221-0063<br>Phone: 513/556-2201<br>Fax: 513/556-3010<br>e-mail: Joseph.Steger@UC.edu | Board member |
| I-A | Charles T. Wethington<br>President<br>University of Kentucky<br>104 Administration Drive<br>Lexington, KY 40506-0032<br>Phone: 859/257-1704<br>Fax: 859/257-1760<br>e-mail: cwething@email.uky.edu | |

The National Collegiate Athletic Association
February 7, 2001                    :vlm

CONFIDENTIAL

NCAA 029197

# NCAA Football Study Oversight Committee

## Ex officio, non-voting members

| Div. | Name and Contact Information | Representing |
|------|------------------------------|--------------|
| I-A | DeLoss Dodds<br>Director of Athletics<br>University of Texas, Austin<br>Bellmont Hall<br>Austin, TX 78713-7399<br>Phone: 512/471-5757<br>Fax: 512/471-0823<br>e-mail: ddodds@mail.utexas.edu | Division I-A Director of Athletics representative<br><br>Football Issues Committee |
| I-AA | Charles S. Harris<br>Commissioner<br>Mid-Eastern Athletic Conference<br>P.O. Box 21205<br>102 N Elm St., Suite 401<br>Greensboro, NC 27402<br>Phone: 336/275-9961<br>Fax: 336/275-9964<br>E-mail: MEACcsharris@aol.com | Division I Management Council, chair<br><br>MEAC Commissioner |
| DII | Jerry E. McGee<br>President<br>Wingate University<br>Stegall Administration Building<br>Camden Road<br>Wingate, NC 28174-0159<br>Phone: 704/233-8111<br>Fax: 704/233-8014<br>e-mail: mcgee@wingate.edu | Division II President<br><br>Wingate University |
| | Grant Teaff<br>Executive Director<br>American Football Coaches Association<br>5900 Old McGregor Road<br>Waco, TX 76712-6166<br>Phone: 254/776-5900<br>Fax: 254/776-3744<br>e-mail: gteaff@afca.com | American Football Coaches Association |

CONFIDENTIAL

NCAA Football Study Oversight Committee
  Ex officio, non voting members
Page No. 2

| Div. | Name and Contact Information | Conference Representing |
|------|------------------------------|------------------------|
| I-AA | Gregory Sankey<br>Commissioner<br>Southland Conference<br>1700 Alma, Suite 550<br>Plano, TX 75075<br>Phone: 972/422-9500, Ext. 216<br>Fax: 972/422-9225<br>e-mail: gsankey@southland.org | Division I-AA representative<br><br>Membership Subcommittee of the Management Council<br><br>Southland Conference Commissioner |
| I-A | John Swofford<br>Commissioner<br>Atlantic Coast Conference<br>P.O Drawer ACC<br>Greensboro, NC 27417-6724<br>Phone: 336/854-8787<br>Fax: 336/547-6268<br>e-mail: jswofford@theacc.org | Bowl Championship Series (BCS)<br><br>Atlantic Coast Conference Commissioner |

The National Collegiate Athletic Association
February 7, 2001                    :vlm

CONFIDENTIAL

NCAA 029199

# NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

## FOOTBALL STUDY OVERSIGHT COMMITTEE BIOGRAPHIES

**Leroy Davis, Ph.D.**
**President**
*South Carolina State University*

Davis graduated from South Carolina State University in 1971 with a bachelor's degree in biology. He later obtained his master's degree in microbiology and Ph.D. in molecular biology from Purdue University in 1972 and 1979, respectively.

On April 10, 1996, Davis was appointed the eighth president of South Carolina State. Prior to this appointment, he held administrative and faculty positions at South Carolina State, including vice-president for student services, vice provost for academic administration, director of the office of institutional self-studies and professor of biology. He also has published more than a dozen articles in journals.

Davis is very active with the Southern Association of Colleges and Schools, and he holds memberships in numerous professional and civic organizations, including the American Council on Education, the American Association for the Advancement of Science, and Rotary International. He also serves on a number of boards and commissions, including the University Center of Greenville Board of Trustees and the Regional Medical Center Foundation Board of Trustees.

**DeLoss Dodds**
**Athletics director**
*University of Texas at Austin*

Dodds received his bachelor's degree in physical education and psychology from Kansas State University in 1959. He competed in football and track while in college. As a member of Kansas State's track team, he won the Big Eight championship in the 440-yard dash, anchored two league-champion mile-relay teams and ran a personal-best 45.9-second quarter-mile.

Dodds returned to his alma mater in 1961 to coach track and guided Kansas State to six Big Eight titles. He later became athletics director at Kansas State and served as assistant commissioner of the Big Eight Conference. He has been inducted into the Drake Relays Coaches Hall of Fame, the Kansas State Athletic Hall of Fame and the prestigious Longhorn Hall of Honor.

Dodds assumed his position as University of Texas at Austin's ninth athletics director in 1981. During his 20-year tenure at Texas, he has established an all-around athletics program recognized as a national model. Dodds has played several key roles in changing the face of intercollegiate athletics. He was a pivotal force in the development of the Big 12 Conference, a former president of the NCAA Division I-A Directors of Athletics, a member of the NCAA

NCAA Football Oversight Committee
 Members Biographies
Page No. 2

Division I Men's Basketball Committee and an original member of the NCAA Postseason Football Committee.   He also has chaired the College Football Association Television Committee and served on the NCAA Governance Committee.  Dodds is currently chair of the NCAA Football Issues Committee.


**Charles S. Harris**
**Commissioner**
*Mid-Eastern Athletic Conference*

Harris was named commissioner of the Mid-Eastern Athletic Conference (MEAC) in April 1996. An athletics administration veteran with more than 30 years of experience, he is only the second full-time commissioner since the league's inception in 1969.  Before taking the MEAC post, Harris was director of athletics at Arizona State University. Prior to that, Harris held positions as director of athletics at the University of Pennsylvania and assistant athletics director at the University of Michigan.

Harris has taken his knowledge and experience and turned it into an advantageous situation for the MEAC conference.   In five years, he has brought in several corporate sponsors that immediately helped to increase the television coverage of MEAC football and basketball. In addition to performing his duties as commissioner of the MEAC, Harris also has served as an athletics consultant to a number of institutions and has written on numerous issues related to athletics administration.

Harris' NCAA service has been extensive.  He has been a member of the Division I Men's Basketball Committee, the Special Events Committee, the Special Committee on Television Negotiations and a former chair of the Financial Aid and Amateurism Committee.   Most recently, Harris was appointed as the new chair of the Division I Management Council.


**Carol C. Harter, Ph.D.**
**President**
*University of Nevada, Las Vegas*

Harter is a three-time graduate of the State University of New York at Binghamton.  She earned a bachelor's degree in English in 1964, a Master of Arts degree in 1967 and a Ph.D. in English and American literature in 1970.  Prior to her appointment as the seventh president of the University of Nevada, Las Vegas in July 1995, Harter served six years as president of the State University College at Geneseo.

Since Harter's appointment in 1995, UNLV has added 21 bachelor's, nine master's and nine Ph.D. degree programs.  She has raised more than $116 million in private funds for scholarships,

NCAA 029201

NCAA Football Oversight Committee
  Members Biographies
Page No. 3

program support and facilities during her tenure at the university. Harter is recognized as one of the top female executives in Nevada. She also is the author of numerous journal articles and published papers in English literature and higher education, and she has co-authored two books.

Harter is an active member of both the academic and regional community. She represents the Mountain Western Conference on the NCAA's Division I Board of Directors, and she is a national board member of the American Association of State Colleges and Universities and the Council for International Education Exchange. Harter also serves on several local boards, including the Nevada Development Authority, the Nevada Test Site Development Corporation and Big Brothers and Big Sisters of Southern Nevada.

**Robert Hemenway, Ph.D.**
**Chancellor**
*University of Kansas*

Hemenway earned his bachelor's degree from the University of Nebraska, Omaha and his doctorate in English from Kent State University. In June 1995, he was appointed the University of Kansas' 16th chancellor. Prior to assuming his role at Kansas, Hemenway served as chancellor of the University of Kentucky, and he held faculty and administrative positions at Kentucky, University of Wyoming and University of Oklahoma.

Since Hemenway's appointment at Kansas, he has initiated a strategic planning process, "Initiative 2001." It focuses on three areas: acting as one university, serving Kansans and building premier learning communities. He also has reorganized the administrative structure, downsized the non-academic work force and overseen the transition of the University of Kansas Hospital to a public authority.

Hemenway regularly teaches an undergraduate literature class and a freshman honors seminar. He is nationally recognized for his biography of Zora Neale Hurston, a black woman novelist, anthropologist and folklorist. The biography won a number of awards and was listed by The New York Times as one of the "Best Books of 1978."

**William E. Kirwan, Ph.D.**
**President**
*Ohio State University*

Kirwan received his bachelor's degree in mathematics from the University of Kentucky and his master's and doctoral degrees in mathematics from Rutgers, The State University of New Jersey, New Brunswick in 1962 and 1964, respectively. Prior to Kirwan's appointment at Ohio State, he

NCAA 029202

NCAA Football Oversight Committee
Members Biographies
Page No. 4

served for nine years as president of the University of Maryland, College Park and was a professor and administrator there for 34 years.

Kirwan became the 12th president of Ohio State University in July 1998 and is leading an effort to make the university one of the nation's top public teaching and research institutions. He also has launched several initiatives that will help redefine land-grant universities for the 21st century. Under Kirwan's leadership, Ohio State has completed a $1.23 billion capital campaign.

A prolific scholar, Kirwan co-edited the book "Advances in Complex Analysis" and has published many articles on mathematical research. He also is a national leader in higher education, serving on the boards of directors of the American Council on Education, the National Association of State Universities and Land-Grant Colleges, and the Association of American Universities. His leadership roles include chair of the National Association of State and Land-Grant Universities' Commission on International Affairs and co-chair of the Business-Higher Education Forum Diversity Initiative Task Force.

**Reverend Edward A. Malloy**
**President**
*University of Notre Dame*

Malloy earned his bachelor's and master's degrees in English from Notre Dame in 1963 and 1967, respectively. He obtained a second master's degree, in theology, in 1969 while studying for the priesthood. He was ordained in the Basilica of the Sacred Heart on the Notre Dame campus in 1970. Malloy later received his doctorate in Christian ethics from Vanderbilt University in 1975.

The Board of Trustees elected Malloy as Notre Dame's 16th president in 1986 after he had served five years as vice-president and associate provost of the university. He is a professor in the department of theology and has been a member of the Notre Dame faculty since 1974. Malloy has authored four books and more than fifty articles and book chapters. An ethicist by training, he is a member of the Catholic Theological Society of America and the Society of Christian Ethics.

Malloy has held numerous leadership roles in higher education, civic organizations and the religious community. He has chaired the American Council on Education and the Association of Governing Boards of Universities and Colleges. Malloy also has served on the board of directors for the National Association of Independent Colleges and Universities, the board of directors of the NCAA Foundation, the advisory board of the AmeriCorps and National Civilian Community Corps, and the board of governors of the Boys and Girls Clubs of America. Malloy's religious contributions include service to the Catholic Church on the Vatican Secretariat for Non-

NCAA Football Oversight Committee
Members Biographies
Page No. 5

Believers, the *Ex Corde Ecclesiae* and Bishops-Presidents committees of the U.S. Catholic Conference and the World Congress of Catholic Educators.

**Jerry E. McGee, Ph.D.**
**Wingate University**
*President*

McGee was appointed president of Wingate University in 1992 after serving as vice-president of Gardner-Webb University, Meredith College and Furman University. He holds three degrees, including a Ph.D. in education. Under McGee's presidency, Wingate has completed a major capital campaign, almost tripled its endowment and gained recognition as one of the best small liberal arts colleges in the South. McGee also is a highly regarded consultant for organizations, schools and businesses throughout North America.

McGee's avocation is refereeing major college football games. He has officiated more than 300 college games over the past 28 years and has been selected for postseason assignments 14 of the past 17 years. Some of his postseason assignments include the Florida Citrus Bowl, the Orange Bowl, the Gator Bowl, the Peach Bowl and the Rose Bowl. McGee has been selected twice to officiate games that determined a national championship title.

McGee also is involved in several professional and civic organizations. He recently completed a four-year term as a member of the NCAA President's Council and presently serves as a trustee for Novant/Presbyterian Hospitals. He is a member of the Board of Directors of First Charter Corporation, the Wilma McCurdy Trust and the McSwain Foundation. McGee also is a past district governor of Civitan International.

**V. Lane Rawlins, Ph.D.**
**Washington State University**
*President*

Rawlins graduated from Brigham Young University in 1963 with a bachelor's degree in economics. He received his doctorate in economics from the University of California, Berkeley in 1969. Prior to his appointment at Washington State University, Rawlins served nine years as president of the University of Memphis and was vice chancellor for academic affairs of the University of Alabama System. He became president of Washington State on June 8, 2000.

A former Washington State faculty member and administrator, Rawlins has done extensive research and publishing in the economics of education and training. He also serves on several national commissions and committees, including the Commission on the Urban Agenda of the

NCAA Football Oversight Committee
 Members Biographies
Page No. 6

National Association of State Universities and Land-Grant Colleges, the Education Commission of the States, the NCAA Division I Board of Directors and the NCAA Executive Committee.

Rawlins' honors include 1998 Communicator of the Year, Tennessee Speech Communication Association; 1997 Humanitarian of the Year, National Conference for Community and Justice; 1995 Educator of the Year, the University of Memphis Society; and 1993 Communicator of the Year, Memphis Chapter of the Public Relations Society of America.

**Gregory Sankey**
**Commissioner**
*Southland Conference*

Sankey earned his bachelor's degree from the State University of New York College at Cortland and his master's degree from Syracuse University. He was named the fifth commissioner in the 36-year history of the Southland Conference in April 1996. Prior to assuming his current role, Sankey served as both assistant and associate commissioner in the conference office. He also has held positions in athletics administration at Northwestern State University and Utica College.

Under Sankey's leadership, the Southland Conference has expanded from nine universities to 11, and the Southland Football League completed its expansion to eight members. Sankey has continued to build on the Southland Conference's relationship with FOX Sports Net, establishing a television package for the 1998, 1999 and 2000 seasons. As associate commissioner, Sankey was instrumental in developing the initial marketing efforts for the conference.

The NCAA governance restructuring provided Sankey with several opportunities to assume leadership roles. He served on the NCAA Division I Management Council Transition Team and currently is a member of the NCAA Division I Management Council. Well respected within the ranks of Division I-AA football, Sankey was elected chair of the Management Council's I-AA Football Governance Committee.

**Joseph A. Steger, Ph.D.**
**University of Cincinnati**
*President*

Steger received his bachelor's degree in experimental psychology from Gettysburg College. He obtained his master's degree and Ph.D. from Kansas State University in psychophysics and statistics. Prior to his appointment at Cincinnati in July 1984, Steger held management positions in both industrial and management organizations, such as Colt Industries, Prudential, and Rensselaer Polytechnic Institute.

NCAA 029205

NCAA Football Oversight Committee
Members Biographies
Page No. 7

Steger has consulted worldwide with both government and private organizations, including the People's Republic of China, New York City Police and Tax Departments, General Electric, the National Science Foundation and Texaco. He also has served on various state and federal advisory boards and commissions. A Fellow in the American Psychological Association and the American Psychological Society, Steger has authored more than 70 articles and edited a book on statistics.

Steger serves in numerous leadership positions within the business community. He is vice chairman of the Board of TechSolve, Inc.; chairman of the Board of Drake Center; chair of the Ohio Supercomputer Center Governing Board; and a member of the Ohio Aerospace Institute Board of Trustees. Steger also serves on the Milacron Board, the Provident Financial Group, and the Crucible Materials Board.

**John Swofford**
**Commissioner**
*Atlantic Coast Conference*

Swofford, a 1971 graduate from the University of North Carolina, Chapel Hill, majored in psychology and industrial relations. He later obtained his master's degree in athletics administration from Ohio University in 1973. While at North Carolina, Swofford played football and was named to the Atlantic Coast Conference (ACC) Honor Roll and Who's Who in College Athletics.

After holding administrative positions at the University of Virginia and North Carolina, Swofford assumed his role as the fourth full-time commissioner in the 48-year history of the ACC in July of 1997. Since his appointment, Swofford has made a dramatic impact on the ACC. He was a prime mover in the creation of the ACC-Big Ten Basketball Challenge, and he negotiated the upgrade and extension of the ACC's lucrative basketball television contract with Raycom Sports/Jefferson Pilot Sports through the 2010-2011 season. Swofford also engineered an agreement with the Southeastern Conference to form the ACC/SEC Regional Officiating Program, and he formed the first ACC Student-Athlete Advisory Council.

Swofford's influence and presence extend far beyond the ACC. He has been a pivotal force in the formation and development of the Bowl Championship Series (BCS) and was named coordinator of the BCS for 2000 and 2001. He has served as president of the National Association of Collegiate Directors of Athletics and as a member of the NCAA Executive Committee. Swofford also has chaired numerous NCAA committees, including the NCAA Football Television Committee, the NCAA Communications and NCAA Special Events/Postseason Bowl Committees and the NCAA Division I Championship Committee.

CONFIDENTIAL

NCAA Football Oversight Committee
  Members Biographies
Page No. 8

**Grant Teaff, Ph.D.**
**American Football Coaches Association**
*Executive Director*

Teaff earned his bachelor's degree in physical education from McMurry College in 1956 after transferring from San Angelo (Tex.) Junior College. He later received his master's degree in administrative education and doctorate of humanities from McMurry in 1957 and 1975, respectively. A team captain at all levels, Teaff lettered every year he was at San Angelo and McMurry. He also was an all-Texas conference linebacker at McMurry.

After coaching at McMurry and Angelo State University, Teaff ended his head football-coaching career at Baylor University in 1993 after an impressive 21 years at the university. Teaff made his transition from coach to executive director of the American Football Coaches Association (AFCA) in February 1994 and has become one of the most effective administrators at the intercollegiate level. Under his leadership, the AFCA has grown to more than 8,000 members worldwide. One of Teaff's first actions as executive director was to tackle the ongoing battles over scholarship reductions and the elimination of spring practice. The AFCA has been successful on both fronts. Teaff also has become a spokesman in college football's campaign to challenge the negative repercussions of Title IX on men's sports.

Teaff's significant involvement in intercollegiate athletics administration is evidenced by his participation on the NCAA Gender Equity Task Force, the NCAA Football Rules Committee, and the NCAA Committee on Sportsmanship and Ethical Conduct. Teaff also has been active on several boards, including the Fellowship of Christian Athletes Board of Trustees, the Board of Directors of the National Football Foundation, the Board of Directors for the American Sports Medicine Institute and the Board of Directors for Football Federation USA.

**Charles T. Wethington, Ph.D.**
**President**
*University of Kentucky*

Wethington received his master's and doctoral degrees from the University of Kentucky, and in September 1990, he was elected the 10th president of the university. Wethington began his career in higher education in 1965 as a faculty member at Kentucky and was named chief administrator of Maysville Community College two years later.

Wethington continued to serve as an administrator in Kentucky's community college system, acting as assistant vice-president, vice-president and chancellor of the UK Community College. Prior to assuming his current position, Wethington was given university-wide responsibilities for public and governmental relations in addition to his community college role, and he became Chancellor for the Community College System and University Relations.

CONFIDENTIAL

NCAA Football Oversight Committee
  Members Biographies
Page No. 9
————————

Wethington has held several leadership roles in higher education and intercollegiate athletics. He has served as chair of the NCAA Executive Committee, member of the NCAA Division I Board of Directors, member of the Board of Directors of the NCAA Foundation and president of the Southeastern Conference. Wethington also has served as a member of the Business-Higher Education Forum, the Southeastern Universities Research Association and the Board of Trustees of the Southern Association of Colleges and Schools.

The National Collegiate Athletic Association
February 5, 2001                    WR:jb

CONFIDENTIAL

NCAA 029208

## ABBREVIATED CHRONOLOGICAL FOOTBALL HISTORY

- On November 6, 1869, Rutgers defeated Princeton, 6-4, in the first college football game. It was played in New Brunswick, New Jersey, using a version of soccer rules. A week later, on November 13, Princeton defeated Rutgers, 8-0.

- Each team was permitted 11 men on the field in 1880. Prior to that, limits varied from 15 to 25 participants per team.

- The first all-America team was selected by Walter Camp, a former Yale star, in 1889 and included Yale end Amos Alonzo Stagg.

- Lafayette and Lehigh have played every year since 1897, the longest uninterrupted series in college football. They first met in 1884 and have played 135 games, also the all-time record.

- The first bowl game was played at Tournament Park in Pasadena, California, on January 1, 1902. Michigan defeated Stanford in the first Rose Bowl, 49-0.

- Limited forward passing was introduced in 1906, as well as ten yards for a first down.

- In 1912, a touchdown was assigned a value of six points for the first time.

- Numbers were added to uniforms for the first time in 1915.

- Numerous, far-reaching rules were added in 1932 to set up safeguards for participants, including the elimination of the flying block and flying tackle. The defense also was forbidden to strike opponents on the head, neck or face. All hard and dangerous equipment had to be covered with padding.

- In 1935 the Downtown Athletic Club of New York City created the DAC Trophy, awarded to the best college player east of the Mississippi River. In 1936, players from across the country were eligible and the award was renamed the Heisman Memorial Trophy to honor former college coach John W. Heisman.

- Over the last 130 years, there have been nearly 30 selectors of national champions using polls, historical research and mathematical rating systems. Beginning in 1936, the Associated Press began the best-known and most widely circulated poll of sportswriters and broadcasters.

- Major-college football statistical leaders were compiled for the first time in 1937.

- All players were required to wear helmets for the 1939 season.

- The Football Writer's Association was created on August 28, 1941, and became a working organization on December 5 of that year.

CONFIDENTIAL

ABBREVIATED CHRONOLOGICAL FOOTBALL HISTORY
Page No. 2

- The first college-division statistical leaders were compiled in 1946.

- The National Football Foundation and College Hall of Fame, Inc established the College Football Hall of Fame in 1947. The first class of enshrinement of Division I or major-college players was 1951. In 1996, the yearly classes elected were expanded to include other than Division I players.

- The Associated Press released a preseason poll for the first time in 1950.

- The College Sports Information Directors of America (CoSIDA) established the Academic all-America team in 1952. To be eligible, student-athletes must be regular performers and have at least a 3.2 grade-point average (on a 4.0 scale).

- In 1953, the two-platoon system was abolished and players were allowed to enter the game only once in each quarter. From 1954 to 1964, rules changed each year toward a more liberalized substitution rule and platoon football.

- In 1954, the regular-season schedule was limited to a maximum of 10 games.

- In 1958, the NCAA Football Rules Committee established the two-point conversion after a touchdown.

- NCAA postgraduate scholarship winners began with the 1964 season. To qualify, student-athletes must maintain a 3.0 grade point average (on a 4.0 scale) during their collegiate career and perform with distinction in varsity football.

- In 1965, platoon football returned with unlimited substitutions between periods and after a score or try.

- In 1970, the regular-season schedule was limited to a maximum of 11 games.

- Freshman eligibility was restored in 1972.

- In 1974, all players were required to wear shoulder pads.

- Under a three-division reorganization plan adopted by the special NCAA Convention of August 1973, teams classified major-college in football on August 1, 1973, were placed in Division I. College-division teams were divided into Division II and Division III.

- At the NCAA Convention of January 1978, Division I was divided into Division I-A and Division I-AA for football only. In the first I-AA national championship game played in Wichita Falls, Texas, in 1978, Florida A&M defeated Massachusetts, 35-28.

CONFIDENTIAL

ABBREVIATED CHRONOLOGICAL FOOTBALL HISTORY
Page No. 3

- The USA Today poll began in 1982.

- Beginning in 1986, the kickoff was attempted from the 35-yard line.

- In 1988, the NCAA Football Rules Committee adopted a rule that gave defensive teams the opportunity to score two points on point-after-touchdown tries. The two points were awarded for returning an intercepted pass or blocked kick to the opposite endzone.

- In 1988, the Academic all-America Hall of Fame was created. The honorees are selected from the CoSIDA academic teams first established in 1952.

- In 1989, kicking tees were eliminated for field goal and extra-point attempts.

- In 1993, players who are bleeding or whose uniforms are saturated with blood must come out of the game until medical personnel have approved their return. The guard-around or "fumblerooski" play was ruled illegal.

- The College Football Bowl Coalition began in 1992 and lasted for three years through the 1994 season. It featured four games - the Orange, Sugar, Cotton and Fiesta Bowls - with conference champions locked in the Orange (Big Eight), Sugar (Southeastern) and Cotton (Southwest) Bowls and the Fiesta Bowl pairing two at-large teams. The original coalition also involved champions from the Big East and Atlantic Coast Conferences, as well as Notre Dame. All teams had to have at least six wins against Division I-A opponents and Notre Dame was guaranteed a spot with seven wins and still could qualify with six wins given mutual agreement among the bowls. There were 56 Division I-A members that were part of the original coalition, which also included the Gator and Hancock Bowls. The remainder of the bowls remained in place, many with predetermined conference tie-ins. A second layer of bowls eventually was identified and came to be known as the Tier Two bowls.

- The Bowl Alliance lasted three seasons, 1995 through 1997, and involved three games - the Fiesta, Orange and Sugar Bowls. A predetermined rotation created a scenario in which each year a different bowl had the first two choices, while a second bowl chose third and fifth and the third bowl chose fourth and sixth. Conferences that were part of the Alliance were the Big 12, Atlantic Coast, Big East and Southeastern, with two at-large slots. In 1995, there was only one at-large position since the merger of the Big Eight and Southwest Conferences had not yet taken place. The most noteworthy change from the Coalition to the Alliance was the elimination of the conference tie-ins.

- In 1996, the NCAA Football Rules Committee adds the tiebreaker system for all games tied after four periods.

CONFIDENTIAL

NCAA 029211

ABBREVIATED CHRONOLOGICAL FOOTBALL HISTORY
Page No. 4

- The Bowl Championship Series (BCS) was launched in 1998 to match the No. 1 and No. 2 teams in a bowl game to determine the national champion. The BCS includes the Sugar, Rose, Orange and Fiesta Bowls. The ranking system utilized by the BCS consists of four major elements: polls, computer rankings, strength of schedule and losses.

The National Collegiate Athletic Association
February 2, 2001                          JFW

CONFIDENTIAL

NCAA 029212