

April 25, 2001

Michael Parent, Ph.D., Chair
NCAA Football Certification Subcommittee
C/o College of Business
Utah State University
3535 Old Main Hall
Logan, Utah 84322-3995

**RE:    Recertification of Jeep Aloha Bowl**

Dear Dr. Parent:

On behalf of Aloha Sports Inc., we respectfully submit this letter to the NCAA Football Certification Subcommittee as an update on the progress that has been achieved in transferring the Jeep Aloha Bowl ("the Bowl") to San Francisco and to request for its recertification.

On March 31, we sent a letter to Dennis Poppe, senior director of baseball and football for the NCAA, which outlined the rationale for relocating the Bowl and the benefits that justify the selection of San Francisco as the new site.

We are pleased to report that Aloha Sports Inc. now has an agreement in principal with Giants Enterprises, which operates Pacific Bell Park, for hosting the game on December 30, 2001. Having the solid backing of a first-class organization like Giants Enterprises is a major component to ensuring the Bowl's future success.

For starters, Giants Enterprises will run the stadium for the game. The organization has also agreed to let Aloha Sports Inc. market game tickets to its existing fan base, which includes baseball's San Francisco Giants, the San Francisco Demons of the XFL, and college football's East-West Shrine Game. In addition, Giants Enterprises has also agreed to assist us with securing sponsors and community support.

As the NCAA is aware, Giants Enterprises has previously expressed a strong interest in hosting a bowl game at Pacific Bell Park. While the stadium was designed for major league baseball, it has also proven to be an excellent facility for attending football games as well. The East-West Shrine Game was a success in its first year at the new stadium and the Demons franchise consistently drew well in its first year of operation.

Even more importantly, both the Pacific-10 Conference and the Big East Conference have given their approval of Pacific Bell Park as a venue to host the Bowl.

Amfac Center - Hawaii Tower • 745 Fort Street, Suite 333 • Honolulu, Hawaii 96813
Telephone: (808) 545-7171 • Fax: (808) 525-7507

CONFIDENTIAL                                                                 NCAA 013443



Michael Parent, Ph.D., Chair
April 25, 2001
Page 2

In addition, we continue to have very fruitful discussions with the San Francisco Chamber of Commerce, the San Francisco Convention & Visitors Bureau, and the San Francisco Hotel Association. In fact, the Hotel Association is holding a meeting on Thursday, April 26, to work out a collective rebate arrangement for the Bowl.

As one can probably guess, most of our time recently has been spent in securing the sponsors and community-based support needed to relocate the Jeep Oʻahu Bowl to Seattle. However, with most of that work complete, we are now focusing more of our attention on the relocation of the Jeep Aloha Bowl to San Francisco.

Similar to what has been accomplished thus far in Seattle, we expect to have the majority of our work for hosting the Bowl in San Francisco completed by the end of May. Moreover, we are in the process of establishing a San Francisco-based management team to operate the Bowl. We would be happy to provide the NCAA with an updated report on the status of the Bowl's relocation in the near future.

We appreciate this opportunity to inform the NCAA of our progress to date and respectfully request that the Bowl be recertified.

Very truly yours,

Fritz Rohlfing
Principal