MINUTES OF THE

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

FOOTBALL CERTIFICATION SUBCOMMITTEE

Sawgrass Marriott Hotel                                                      April 25-27, 2001
Ponte Vedra, Florida

Those participating were:

Michael F. Alden, University of Missouri, Columbia
Dick Baddour, University of North Carolina, Chapel Hill
Kathy Beauregard, Western Michigan University
Tim Curley, Pennsylvania State University
Rudy Davalos, University of New Mexico
Bob Goin, University of Cincinnati
Barbara A. Hedges, University of Washington
Judy MacLeod, University of Tulsa
Tom McElroy, Big East Conference
Michael Parent, Utah State University
Larry Templeton, Mississippi State University
Keith Martin, NCAA
DeLafayette Moore, NCAA
Dennis Poppe, NCAA

[Note: While certain items on the agenda were acted upon by the committee or considered at various times throughout the meeting, all final actions within a given topic are combined in these minutes for convenience of reference. The actual sequence of actions is contained in the recording secretary's notes on file in the NCAA national office. These minutes reflect only actions {formal votes or "sense of the meeting"}; all salient discussions are included in the recording secretary's notes on file in the NCAA national office.]

The meeting was called to order at 8 a.m. Eastern Time by the chair, Mr. Parent. All members were present as noted above.

1.  Previous Minutes.

    It was VOTED

    "That the minutes of the February 6, 2001 meeting be approved as distributed."

NCAA Football Certification Subcommittee Minutes
April 25-27, 2001
Page No. 2

2. <u>Preseason Exempt Contests.</u>

   a. <u>Review of applications</u>. The subcommittee noted those preseason games that had complied with its request to submit the following documents by April 16, 2001: (1) letters of intent from the participating teams, (2) a $1.5 Million letter of credit and (3) a copy of the stadium lease.

   It was VOTED

   "That the following preseason exempt football games be approved for the 2001 season: Kickoff Classic, Pigskin Classic, Eddie Robinson Classic, Hispanic College Fund, Jim Thorpe Classic and the John Thompson Classic."

   b. <u>BCA Classic.</u> The subcommittee reviewed a letter from the Black Coaches Association in which the BCA informed the subcommittee that it had been unable to secure two teams to participate in its preseason game. Further, the BCA indicated that it would conduct only one game instead of the previously requested two games. The group was informed that a member institution had indicated it would host the BCA game; however, it had competed in a preseason game last year. Therefore, the member institution had submitted a request for a waiver of NCAA Bylaw 30.10.2.5, which stipulates that a member institution may participate in a preseason game once every four years. It was the consensus of the subcommittee that a decision would be made once it was determined if a waiver of Bylaw 30.10.2.5 was obtained. If a waiver were not granted, the subcommittee would then determine the next course of action.

   c. <u>Eddie Robinson Foundation.</u> The group received and endorsed material regarding the denial of a request from the Eddie Robinson Foundation to conduct its preseason exempted game in 2003 and 2004 due to television commitments. It was noted that the television agreement for the Eddie Robinson Classic was executed subsequent to the adoption of Proposal 98-90.

   d. <u>2002 legislation.</u> The subcommittee was reminded that since the 2002 season will be the first 12-game season, the Association has granted a waiver allowing institutions to participate in one of the four preseason games that were in existence prior to the passage of Proposal No. 98-90 (Kickoff, Pigskin, BCA and Eddie Robinson Classic) and participate in a 12 regular season game for the 2002 football season.

3. <u>Postseason Officiating.</u>

Case 1:04-cv-00204-DAE-KSC     Document 58-10     Filed 06/14/2006     Page 3 of 11

NCAA Football Certification Subcommittee Minutes
April 25-27, 2001
Page No. 3

    a.    <u>Fee increase</u>. The subcommittee reviewed a letter from Dave Parry, national coordinator for football officials, in which he requested a fee increase for postseason officials. The subcommittee reviewed the report, but took no action. It was noted that officiating expenses are allowable deductions from gross receipts and that the Bowl Association should be consulted regarding any officiating fee increase. It was suggested that the Division I-A conference fee structure be obtained from Mr. Parry for review by the subcommittee.

    b.    <u>Retiring officials</u>. A concern was expressed by members of the subcommittee that some supervisors are assigning bowl assignments to "retiring" officials as a reward. It was suggested that this be discussed with Dave Parry and emphasize that this is not a criteria for assignment.

4.   <u>2000-01 Bowl Summary</u>. The subcommittee reviewed and noted the attendance figures and television ratings for the 2000-01 bowls.

5.   <u>COSIDA Preseason Game Request</u>. The subcommittee reviewed the material and issue surrounding the request submitted by the College Sports Information Directors Association's request for a preseason exempt football game. It was noted that the decision of the subcommittee to deny the request had been accepted by COSIDA.

6.   <u>NFL Press Credentials</u>. The subcommittee approved a request from the National Football League that NFL representatives be provided with press box credentials, based on their availability, on a one-year, trial basis to NCAA postseason bowl games. It was noted that the NFL would administer the distribution of available credentials to their representatives.

7.   <u>Motor City Bowl Waiver Request</u>. The subcommittee approved a one-year waiver of the regulation that prohibits the display of a professional football team logo in the facility or on the field during a bowl game. The waiver was granted due to an improved start time and television coverage provided the Motor City Bowl, and the fact the start time of the Detroit Lion's game the next day would prohibit the change of the logo on the field.

8.   <u>Meeting with Bowl Association Executive Committee</u>. Rick Catlett (Gator Bowl), Joyce Feinberg (Sun Bowl), Derek Fox (Alamo Bowl) and Keith Tribble (Orange Bowl) met with the subcommittee to discuss procedures and criteria used to certify postseason bowls, handbook revisions, the involvement of the subcommittee in the process and other issues

CONFIDENTIAL

NCAA Football Certification Subcommittee Minutes
April 25-27, 2001
Page No. 4

pertinent to postseason football. The bowl representatives advocated a tightening of the existing certification citeria.

9. Meeting with New Orleans Bowl Representatives. Ron Maestri, executive director of the New Orleans Bowl, Jay Cicero, executive director of the Greater New Orleans Sports Foundation and Wright Waters, commissioner of the Sun Belt Conference, met with the subcommittee to review its initial application for a postseason bowl. The subcommittee received a report regarding hotel accommodations, television arrangements and conference affiliations.

10. Meeting With Aloha Sports Incorporated Representatives. Fritz Rohlfing and Terry Daw, representatives of Aloha Sports Incorporated, met with the subcommittee regarding the proposed change of venues for the Oahu and Aloha Bowls to Seattle and San Francisco respectively. The subcommittee was informed that the Oahu Bowl would be called the Jeep Seattle Bowl and will be played January 2, 2002, and the Aloha Bowl would be titled the Jeep San Francisco Bowl and will be played December 30, 2001. A question was raised regarding television coverage and issues with ABC and ESPN. The subcommittee was informed that negotiations were continuing with the networks. It was noted that the Jeep Seattle Bowl would have conference affiliations with the PAC-10 and Atlantic Coast Conferences and the Jeep San Francisco Bowl would have affiliations with the PAC-10 and Big East Conferences. 

11. ESPN/Las Vegas Bowl. The subcommittee reviewed the new organization for the Las Vegas Bowl in which ESPN had purchased the bowl and retained the current management structure. It was noted that the current criteria did not prohibit this arrangement.

12. NCAA Football Study. The subcommittee was provided with a brief overview of the football study under the direction of the NCAA Board of Directors. The group was informed that the NCAA Football Study Oversight Committee will meet May 25, 2001, and it was anticipated that the study would be completed by October 2002. As part of the study the oversight committee had requested input from the Football Certification Subcommittee on the following issues: (1) the role of the NCAA in bowl certification, (2) number of postseason bowls, (3) low attendance at bowls in which 5th and 6th-place conference teams participate, (4) more effective enforcement of certification criteria and (5) expenses incurred by institutions as a result of bowl participation.

NCAA Football Certification Subcommittee Minutes
April 25-27, 2001
Page No. 5

13. Bowl Certification Criteria. The subcommittee conducted an extensive review of the current bowl certification criteria and developed responses to the directives from the Football Study Oversight Committee.

   a. Bowl eligible teams. The subcommittee reviewed historical data regarding the number of bowl eligible teams and noted that since 1991 an average of 56.4 teams each season met the six-win requirement and since 1996 an average of 58.8 teams met the requirement.

   b. Number of bowls. It was the consensus of the subcommittee that a maximum number of bowls would not be established but the number to be certified would be determined through an "open-market" system. The number of certified bowls would be determined by the arrangements that are negotiated by the Division I-A conferences with the various bowls and television networks. In the event a bowl does not have a conference tie, the NCAA Football Certification Subcommittee would evaluate the application based on criteria established by the subcommittee.

   c. Deserving winning teams. It was suggested that in order to ensure that a sufficient number of bowl eligible teams will be available each year the provisions of NCAA Bylaw 30.9.2, which requires the six-win season, should be revised. After further consideration, it was the consensus of the subcommittee that the current six-win requirement for 11-game seasons and seven-win requirement for 12-game regular seasons should be retained.

   d. Role of subcommittee. Discussion was held regarding the role of the subcommittee in the certification process. It was noted that most of the arrangements between the Division I-A conferences and bowl organizations are completed prior to certification. It was agreed that the key relationships currently exist between the conferences and the bowls. After further discussion it was the opinion of the group that the subcommittee should fulfill the role of reviewing and proposing certification standards, provide oversight over legislation approved by the membership that are pertinent to postseason football, provide financial reporting services and report relevant information such as attendance, television ratings, local tickets sales in order to monitor trends in postseason football.

   e. Conference commitments. It was the opinion of the committee that a more efficient and effective certification of bowls would be achieved if the certification period coincided with the length of the conference commitments to the bowls. It was noted that this proposal would require a dialogue with the Division I-A commissioners.

   f. Postseason expenses. The subcommittee addressed the expenses institutions were incurring as a result of their participation in postseason bowls. No decisions were reached; however, the following were noted as areas where expenses could be

NCAA Football Certification Subcommittee Minutes
April 25-27, 2001
Page No. 6

reduced: (1) number of days spent at the bowl site, (2) sizes of traveling parties and (3) the number of band members and cheerleaders. It was agreed that an effort should be made to reduce the pressure on institutions to purchase tickets.

g. Review of Certification Criteria. The subcommittee conducted a review of the current certification criteria for initial and recertifying applications and took the following actions in an attempt to clarify the intent of the criteria:

(1) That the following requirement, which currently applies only to initial applications for a postseason bowl, be applicable to recertifying applications:

"In the event that a game is certified (with or without conditions) and the game is not played for the reason the subcommittee believes are with the control of the sponsoring agency, the agency is obligated to reimburse the conference or institution contracted to play in the game for any expenses incurred in the preparation for the game."

(2) That the following requirement, which currently applies to only recertifying applications, be applicable to initial applications:

"Bowl management shall certify that the stadium has a minimum seating capacity of 30,000."

(3) That the following recertifying criterion be noted in the criteria for initial applications so the sponsoring agencies have been informed of future requirements:

"The sponsor of a game shall average selling 25,000 tickets or 50 percent of those available for sale in the stadium, or a number of tickets equal in value to the combined contractual obligation of the two participating institutions, over a three-year period unless the subcommittee grants a waiver to meet certification."

(4) That the following criteria be eliminated:

(a) "Institutions competing in bowl games shall receive the greater of 75 percent of the gross receipts or $750,000 each for domestic bowls, or an amount greater than $750,000 specified in a contract between the bowl and a conference. Institutions participating in a certified international bowl shall receive the greater of 75 percent of the gross receipts or $1.5 million each."

(b) "A postseason football contest that has not distributed an average

     minimum of $1 million to each participating institution during the preceding three-year period shall secure annually an irrevocable letter of credit guaranteeing the minimum revenues that will be distributed to the participating teams. Any bowl that has not been certified for three consecutive years shall include in the letter of credit an additional 25 percent to cover expenses related to game management, operations and administration. The letter of credit shall be made payable to the NCAA and annually shall cover the period from November 1 until the participating institutions have notified the NCAA that they have received their distribution of gross receipts, or not later than May 1. It shall specify that the Association is responsible for the distribution of revenues to the participating institutions in the event of default. The cost of the letter of credit shall be deducted from the contest's gross receipts."

  (5) That if a postseason bowl will be televised, it must confirm these arrangements on the application form in order to be considered for certification.

h. <u>Proposed Model for Postseason Certification.</u>  The subcommittee endorsed a model that would provide criteria and would accommodate the "open market" approach to determining the number and certification of postseason bowls. It was decided that the proposal would be reviewed with appropriate groups and further discussion and review would be conducted during the subcommittee's June 26 meeting.

  (1) The following model was endorsed:

    "That future postseason bowl applications would be reviewed by the Football Certification Subcommittee to ensure that each application has met the following criteria: (1) quality of product and experience of participating student-athletes and institutions, (2) quality of facility and other accommodations and (3) revenue potential, based on a minimum financial commitment of $1 million in gross receipts, excluding ticket sales from participating teams, which would be guaranteed by a letter of credit.

  (2) With regard to the letter of credit, it shall be due at the time of certification and the expiration date shall be May 1 subsequent to the bowl game. The NCAA shall be the beneficiary of the letter-of-credit and drawing under this letter-of-credit would be in the event the sponsoring agency (1) defaults on its minimum payments to the participating teams or conferences, (2) has failed to conduct the bowl game as scheduled and the participating teams have incurred expenses in anticipation of and preparing for said bowl game or (3) did not meet the minimum of $1 million in gross receipts exclusive of the

        participating teams and conference commitments. All cost for the letter of credit shall be the responsibility of the sponsoring agency.

    (3)    The subcommittee considered a combined ranking of total attendance and the number of television households that watch each game as a tool to determine a bowl's "quality of product." It was decided that additional discussion would be given to this proposal during the June 26 meeting.

14. <u>Analysis of Postseason Bowls</u>. A review was conducted of the gross receipts generated by postseason bowls, the expenses incurred by institutions and conference participation, distribution of revenues and expenses. It was noted that revenues from postseason bowls were relatively "flat" when compared to previous years; however, expenses are increasing. Attached as Appendix A and made a part of these minutes are the financial summaries.

15. <u>Breakout Sessions with Bowl Organizations</u>. Members of the subcommittee met separately with representatives from the various bowls to discuss issues and receive comments from the bowls. Following is a summary of these breakout sessions:

    a.    <u>Orange Bowl</u>. It was noted on the gross receipts report submitted by the bowl management that $1,275,200 was listed as television revenue. A question was raised regarding whether this amount should be included as part of title sponsorship as a result of he BCS television contract. It was reported by bowl management that ABC provides each bowl with three units for sale; however, the Orange Bowl did not sell these units and returned them to ABC for the noted revenue.

    b.    <u>Aloha/Oahu Bowl</u>. A question was raised regarding the deducted amount of $46,225 for officiating expenses, which was confirmed by the bowl management as actual expenses.

    c.    <u>Insight.com Bowl</u>. The gross receipts report submitted by bowl management indicated a $70,628 deduction for other expenses. Game management reported this was a handling charge by the promoter and a letter will be sent to the NCAA national office clarifying this issue.

    d.    <u>GalleryFurniture.com Bowl.</u> It was noted that the bowl payout was less than the required 75 percent. In addition, bowl management reported that one institution purchased 18,000 tickets whereas the institution only listed 10,800 tickets on it report. Game management indicated that would submit a report to the NCAA national office regarding these issues.

NCAA Football Certification Subcommittee Minutes
April 25-27, 2001
Page No. 9

    e.    Silicon Valley Bowl. The bowl management reported a deduction of membership fees, but did not report any membership fee revenue. Further, approximately $188,000 was deducted for halftime expenses. These issues will be addressed with bowl management.

    f.    Peach Bowl. The gross receipts report submitted by bowl management indicated $211,750 was deducted for title sponsoring revenue as a result of an allocation to other non-game related events, which is more than the 10 allowable according to Association policy. It was reported that the non-game related event was the SEC/ACC challenge and that more information will be forwarded to the NCAA national office.

    g.    Outback Bowl. A question was raised regarding the deduction of $159,852 from the gross receipts. Game management reported that this expense was for a $2.50 surcharge per ticket that was passed through to the city of Tampa. The treatment of the surcharge was consistent with prior years.

    h.    Motor City Bowl. Bowl management reported that each participating team purchased 10,000 tickets; however, Marshall University reported 13,502 tickets and Cincinnati reported 7,900 tickets. The gross receipts report also reflected a membership fee of $181,000 from the Mid-American Conference instead of $120,000, which was to have been generated from payments of $15,000 from eight conference member institutions. According to game management each team received 10,000 and the 7,900 listed by Cincinnati was the actual amount sold. Game management did not have an explanation regarding 13,502 listed for Marshall, nor was there an explanation for the difference in the membership fee. A report will be submitted to the NCAA national office regarding these issues.

    i.    Liberty Bowl. It was noted that one participating institution paid $175,000 as a bowl sponsor and absorbed an additional $465,265 from 15,000 tickets purchased. In addition, more information was requested regarding a $51,120 deduction listed as title sponsorship.

    j.    Music City Bowl. A question was raised regarding the significant amount that was deducted for halftime expenses. Game management indicated that the halftime entertainment had been planned and then the title sponsor withdrew. It was the position of the game management that the commitments to the entertainers would be fulfilled.

16.  Recertification of Postseason Bowls. The subcommittee considered the recertification applications that had been submitted for consideration.

CONFIDENTIAL

NCAA 014944

NCAA Football Certification Subcommittee Minutes
April 25-27, 2001
Page No. 10

It was VOTED

"That the following bowls be certified for 2001-02: AXA/Equitable Liberty, Chick-Fil-A Peach, Crucial.com/Humanitarian, Culligan Holiday, FedEx Orange, Capital One/Florida Citrus, Galleryfurniture.com, GMAC/Mobile Alabama, Insight.com, Jeep San Francisco, Jeep Seattle, Las Vegas, Mainstay/Independence, Motor City, Music City, Nokia Sugar, Outback, Rose, Silicon Valley Classic, Southwestern Bell Cotton, Sylvania Alamo, Tostitos Fiesta, Toyota Gator and the Wells Fargo Sun Bowls."

17. <u>New Orleans Bowl</u>.

   It was VOTED

   "That the New Orleans Bowl be certified for 2001-02."

18. <u>Micron Bowl Status</u>. The subcommittee reviewed the status of the Micron Bowl and agreed to grant conditional status to the bowl based on the condition that bowl officials submit a more complete application no later than June 15.

19. <u>Rose Bowl Waiver Request</u>. The subcommittee reviewed a request for the bowl management of the Rose Bowl for a waiver of the requirement that no more than 25 percent of the gross receipts be retained by the sponsoring organization. The purpose for the waiver request to retain more than 25 percent of the gross receipts would be to utilize the excess funds to renovate Rose Bowl Stadium. It was noted that the involved conferences were agreeable to this proposal.

   It was VOTED

   "To grant a one-time waiver of Bylaw 30.9.10 for the 2002 Rose Bowl."

20. <u>Mizlou Waiver Request</u>. The committee reviewed a request from the Mizlou Television Network to allow the network to conduct a postseason bowl for teams that were not selected to participate in postseason competition and not comply with the current financial requirements listed in NCAA Bylaw 30. The subcommittee denied the waiver request.

CONFIDENTIAL                              NCAA 014945

NCAA Football Certification Subcommittee Minutes
April 25-27, 2001
Page No. 11

21. Future Meeting. The subcommittee was reminded that the next subcommittee meeting would be held 1-5 p.m., Tuesday, June 26, in Bernalillo, New Mexico.

22. Adjournment.

The National Collegiate Athletic Association
May 21, 2001                    DLP:eed

CONFIDENTIAL                              NCAA 014946