MINUTES OF THE

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

DIVISION I FOOTBALL CERTIFICATION SUBCOMMITTEE

Hyatt Regency Hotel                                         September 11, 2001
Philadelphia, Pennsylvania

Participants:

Michael F. Alden, University of Missouri, Columbia
Dick Baddour, University of North Carolina, Chapel Hill
Kathy Beauregard, Western Michigan University
Tim Curley, Pennsylvania State University, chair
Bob Goin, University of Cincinnati
Barbara A. Hedges, University of Washington
Judy MacLeod, University of Tulsa
Tom McElroy, University of Connecticut
Larry Templeton, Mississippi State University
Keith Martin, NCAA
Dennis Poppe, NCAA

Rudy Davalos, University of New Mexico, was not able to participate.

Also in attendance were David Berst and David Schnase from the NCAA staff.

[Note: These minutes contain only actions taken (formal votes or stated "sense of the meeting") in accordance with the NCAA policy regarding minutes of all Association entities. While certain items on the cabinet's agenda were acted on at various times throughout the meeting, all final actions within a given topic are combined in these minutes for convenience of reference.]

The meeting was called to order at 8 a.m. by the chair, Mr. Curley. All members were present as noted above.

1.  Review of Postseason Bowl Certification Criteria.

    a.  Minimum Win Requirement. A brief discussion was held regarding the requirement that an institution must compile a winning record in order to be bowl eligible and a proposal from a Division I-A conference to permit an institution to be bowl-eligible with a 6-6 record during a 12-game season.

        It was VOTED

        "That an institution must win at least seven games during a 12-game season in order to be bowl-eligible."

CONFIDENTIAL                    EXHIBIT 20                    NCAA 030965

NCAA Division I Football Certification Subcommittee
September 11, 2001
Page No. 2

b.  Revenue and Attendance Requirements.  The subcommittee addressed the directive from the Football Study Oversight Committee to review the proposed bowl certification requirements that the sponsoring agency for a bowl must guarantee $1 million in gross receipts, excluding any revenue derived from contractual arrangements by participating conferences and the schools; sell a number of tickets equal in value of the combined contractual obligations of the participating schools; and guarantee that the game must average actual attendance of 75 percent of the stadium capacity over a three-year period.  It was decided that the proposed certification criteria should include the gross receipts and contractual obligation criteria; however, the attendance criterion would be adjusted.

It was VOTED

"That in order to be certified, the sponsoring agency for a bowl must guarantee that the game will have an average actual attendance of 50 percent of the stadium capacity over a three-year period."

c.  Elimination of Payout Requirements.  A general discussion was held regarding the most expedient method to eliminate the current requirement that a bowl must guarantee $750,000 in payouts to both participating institutions.  It was the consensus of the subcommittee that these criteria should be eliminated and Messrs. Poppe and Martin were directed to review the most expedient method.

d.  "Open Market" Concept.  A question was raised regarding the meaning of "open market."  It was noted that the "open market" concept will be employed when the moratorium is completed following the 2002-03 bowl games and the number of bowls for the 2003-04 bowl season will be determined by the contractual arrangements between conferences and bowl organizations.

e.  Letters of Credit.  It was determined that letters of credit will be required as part of the criteria for the revised certification procedures.  The subcommittee directed Messrs. Poppe and Martin to determine the specifics of the letter of credit requirement.

2.  Cost Reductions.  The subcommittee discussed possible methods to reduce expenses incurred by institutions participating in postseason bowls.  It was noted that the costs incurred by participating teams have been controlled and at the discretion of the conferences and teams.  It was a concern of some that establishing cost reduction policies would hinder the negotiating efforts of the commissioners.  It was suggested that some of the expenses incurred were hidden in the reports submitted by institutions to the NCAA national office (. e.g., institutional gifts and sizes of traveling parties).  It was suggested that Mr. Martin request from the Division I-A conferences examples of contractual obligations to the bowls for the subcommittee to review.  It was the opinion of the subcommittee that this topic would require more time to study due to the issues involved

CONFIDENTIAL

NCAA 030966

NCAA Division I Football Certification Subcommittee
September 11, 2001
Page No. 3

and would request that the Football Study Oversight Committee permit the group more time to study possible cost reductions.

3.  <u>Subcommittee Meeting Dates</u>.  It was suggested that to better facilitate the certification process that the subcommittee would meet with the bowl association later in the year, which would allow more time for the conferences and bowls to negotiate agreements.  The subcommittee determined that it would table this proposal for discussion at a later time.

4.  <u>Preseason Exempt Contests</u>.  The subcommittee reviewed requests from three organizations that had conducted preseason exempt contests prior to the 2001 season to grant these organizations the opportunity to conduct exempted contests prior to the 2002 season.  The committee was informed that in January 1999 the Division I Management Council eliminated preseason exempt football contests subsequent to the 2002 games.  It further determined that only those organizations that had contractual obligations in place at the time this action was taken would be permitted to conduct exempted contests in 2002.  It was noted that the three organizations requesting permission to conduct exempt contest in 2002 did not have contractual commitments at that time.

It was VOTED

"That the subcommittee would not propose legislation to alter the decision of the Division I Management Council to eliminate preseason exempt football contests subsequent to the 2002 games and permit only those organizations that had contractual commitments at the time of this action to conduct exempted contests in 2002."

5.  <u>Officiating Fees</u>.

It was VOTED

"That the officiating fees for NCAA postseason games will be increased according to the following schedule:

|      | BCS Games | Non-BCS Games |
|------|-----------|---------------|
| 2002 | $1,100    | $900          |
| 2003 | $1,200    | $1,000        |
| 2004 | $1,300    | $1,100        |
| 2005 | $1,400    | $1,150        |
| 2006 | $1,500    | $1,200"       |

6.  <u>Independence Bowl Waiver Request</u>.  The subcommittee reviewed a waiver request from the MainStay Independence Bowl of the requirement that a sponsor of a game shall average selling 25,000 seats or 50 percent of those available for sale in the stadium, or a number of tickets equal in value to the combined contractual obligation of the two participating

NCAA 030967

NCAA Division I Football Certification Subcommittee
September 11, 2001
Page No. 4

institutions, over a three-year period. The sponsoring agency requested a waiver due to stadium renovations, which significantly reduced the number of available seats, and the number of seats contractually provided the participating teams made it impossible for the sponsor the meet this requirement.

It was VOTED

"That the MainStay Independence Bowl's waiver request be granted for one year."

7. <u>Postseason Football Web Site</u>. The subcommittee was informed that information and forms pertaining to postseason football are now available on the NCAA web site. In the future, all forms will be accessed through the Internet. The subcommittee endorsed the proposal.

8. <u>Tangerine Bowl</u>. The subcommittee was informed that Chuck Rohe, executive director of Florida Citrus Sports, had notified the NCAA national office that arrangements had been completed to conduct the Tangerine Bowl, Thursday, December 20, 2001, in the Citrus Bowl, Orlando, Florida. The televising network will be ESPN and the participants will be the No. 4 or 5-ranked team from the Atlantic Coast Conference and the No. 4 or 5-ranked team from the Big East Conference.

It was VOTED

"That the Tangerine Bowl be certified for the 2001-02 bowl season."

9. <u>San Francisco Bowl</u>. The subcommittee met with Mr. Bill Hevenor, a representative of Aloha Enterprises, the sponsoring agency for the proposed San Francisco Bowl.

   a. Presentation. Mr. Hevenor indicated that final plans are being made to conduct the game December 13, 2001, in Candlestick Park; discussions were underway with interested conferences; financing would be provided by Central Pacific Bank; a Seattle-based company would handle the promotion for the game; negotiations with television networks were on-going; an infrastructure to administer the game was being developed; and no title sponsor had been obtained. He indicated that each team would be required to purchase 7,500 tickets at $45 each, and he estimated local sales should match the 15,000 tickets from team sales.

   b. Review of San Francisco Bowl Status. Subsequent to Mr. Hevenor's presentation the committee reviewed the available information regarding the status of the San Francisco Bowl. It was noted that many of the final arrangements for the bowl had not been finalized and concern was expressed regarding whether the proposed bowl would provide a quality experience for the teams that might participate in the bowl.

   It was VOTED

CONFIDENTIAL

NCAA 030968

NCAA Division I Football Certification Subcommittee
September 11, 2001
Page No. 5

_____

        "That due to significant changes in the original application form for certification the subcommittee would withdraw certification for the San Francisco Bowl for 2001-02 and it would reconsider certification for 2002-03."

10.    <u>Meeting with Charlotte Bowl Representative</u>.  The subcommittee received a report from Ken Haines, representing the proposed bowl to be conducted in Charlotte, North Carolina. Mr. Haines provided a detailed report of the preparations for the bowl, which will submit a formal request for certification during the subcommittee's April 2002 meeting.   The subcommittee commended Mr. Haines for his informational report.

11.    <u>Adjournment</u>.  The meeting adjourned at 11 a.m.

# # # # #

The National Collegiate Athletic Association
September 21, 2001               DLP:eed

CONFIDENTIAL

NCAA 030969