

PO Box 6222

Indianapolis, Indiana

46206-6222

Telephone 317/917-6222

Shipping/Overnight Address:

1802 Alonzo Watford Sr Drive

Indianapolis, Indiana 46202

www.ncaa.org



September 14, 2001

<u>VIA FACSIMILE</u>

Mr. Terry Daw
Aloha Sports, Inc.
745 Fort Street, Suite 333
Honolulu, Hawaii 96813

Dear Terry:

During its September 11 meeting, the NCAA Football Certification Subcommittee reviewed the status of the proposed San Francisco Bowl. Specifically, information provided by Fritz Rohlfing in his September 9 letter and updated information provided by William Hevenor during his in-person presentation to the subcommittee were considered.

As stated on page 32 of the NCAA 2000-01 Postseason Football Handbook, one of the requirements for recertifying postseason games is that the site, date, time and name of a certified game, as represented in its application for recertification, may not be changed without the approval of the subcommittee. Since the subcommittee originally certified the game last April much of the information that had been provided on the application form had changed, e.g., the date and time of the game, the facility, televising network, event personnel and conference commitments.

After carefully reviewing this matter, the NCAA Football Certification Subcommittee determined that adequate arrangements and commitments had not been made by those involved to ensure the proposed bowl would be a quality product and experience for the student-athletes who would participate in the game. For these reasons, the subcommittee has withdrawn recertification for the San Francisco Bowl for the 2001-02 bowl season.

If you have questions, please contact me or Dennis Poppe in the NCAA national office.

Sincerely,

*Tim Curley /eed*

Tim Curley, chair
NCAA Football Certification Subcommittee

DLP:eed

cc: NCAA Staff Members
    NCAA Football Certification Subcommittee

National Collegiate Athletic Association

An association of 1,200 colleges, universities and conferences serving the student-athlete

Equal Opportunity/
Affirmative Action
Employer

CONFIDENTIAL    NCAA 031003

EXHIBIT "21"