

P.O. Box 6222

Indianapolis, Indiana

46206-6222

Telephone 317/917-6222

Shipping/Overnight Address:
1802 Alonzo Watford Sr. Drive
Indianapolis, Indiana 46202
www.ncaa.org

VIA ELECTRONIC TRANSMISSION

September 20, 2001

Mr. Terry Daw
Aloha Sports, Inc.
745 Fort Street, Suite 333
Honolulu, Hawaii 96813

Dear Terry:

This is a follow up to your September 18 telephone conversation with Dennis Poppe in which you requested a clarification of the action taken by the NCAA Football Certification Subcommittee as it pertains to the San Francisco Bowl.

As stated in my September 14 letter, after reviewing information regarding your preparations for the San Francisco Bowl it was the decision of the subcommittee to withdraw certification for the 2001-02 bowl season. You may resubmit an application for certification during the subcommittee's April 2002 meeting and be considered with other organizations for possible certification for the 2002-03 bowl season. You will not be required to submit an initial application form and undergo the one-year waiting period before the subcommittee may consider your application.

I hope this adequately explains the subcommittee's position on this matter. If you have questions, please contact Dennis Poppe in the NCAA national office or me (814/865-1086).

Sincerely,

*Tim Curley/eed*

Tim Curley, chair
NCAA Football Certification Subcommittee

TC:eed

cc: Selected NCAA Staff
   NCAA Football Certification Subcommittee

Equal Opportunity/
Affirmative Action
Employer

National Collegiate Athletic Association

*An association of 1,200 colleges, universities and conferences serving the student-athlete*

CONFIDENTIAL                    NCAA 031001



EXHIBIT 22