

SUPPLEMENT NO. 12
Ftbl Cert Subcom 2/02

January 14, 2002

Mr. Dennis Poppe, Senior Director of Baseball and Football
The National Collegiate Athletic Association
P.O. Box 6222
Indianapolis, IN 46206-6222

Dear Dennis:

Attached please find an application for initial certification of a postseason football contest.

ESPN Regional Television respectfully submits this application to create the Hawaii Bowl to be played on December 25, 2002 at Aloha Stadium in Honolulu, Hawaii. The game would be telecast to a national cable audience via ESPN during east coast "prime-time" (mid-afternoon Hawaii time).

All of us at ESPN Regional Television feel we are uniquely qualified to be entrusted with the opportunity to bring two of your deserving NCAA member institutions a quality post-season football experience. Our expertise with the television aspect of this application has been well documented over the years. This event would be a significant addition to "ESPN Bowl Week" with promotion and national exposure given to the game. ESPN-Regional has also had our share of football game management including the ownership and operation of the recent Las Vegas Bowl between Southern California and Utah.

While the telecast of the Hawaii Bowl will be national in scope, we realize how important the local aspect of the game is and the impact it will have on the hosting community. With that in mind, we have already had significant meetings with the University of Hawaii and key business leaders in Honolulu to ensure the event's success. Please find supporting letters from Conference Commissioners Mike Slive of C-USA and Karl Benson of the WAC.

Should you have any questions regarding our application please don't hesitate to contact me. We look forward to working with you, and your committee on this event.

Sincerely,

Chuck Gerber
Executive Vice President and General Manager
ESPN Regional Television

# The National Collegiate Athletic Association
# Application for Initial Certification of a
# Postseason Football Contest

*Must Be Returned to the NCAA by January 15*

1. Date requested: __12/25/02__   Time requested (Eastern Time): __8 or 9 PM ET__

2. Name of game: __Hawaii Bowl__

3. Site of game (City/State): __Honolulu, HI__

4. Name of sponsoring organization: __ESPN Regional Television (ERT)__

5. Name of executive director: __TBD__

6. Mailing address: __11001 Rushmore Drive   Charlotte, NC   28277__
                         Street         City/State      Zip code

   Other executive officers (titles) of sponsoring organizations:

   Name: __Chuck Gerber__
   Name of business and position: __Executive VP and GM, ERT__
   Telephone. Business (AC) __(704) 973-5250__   Home (AC) _____

   Name: __Pete Derzis__
   Name of business and position: __Senior VP, ERT__
   Telephone. Business (AC) __(704) 973-5200__   Home (AC) _____

   Name: __Arnie Sgalio__
   Name of business and position: __Programming and Event Director, ERT__
   Telephone: Business (AC) __(704) 973-5064__   Home (AC) _____

7. Name of stadium __Aloha Stadium__   Seating capacity: __48,750__

8. Number of tickets to be made available to participating institutions: __8000 per institution__

9. Please explain the basis for determining stadium rental (flat fee, percentage, tax, etc.); include an estimate of the total cost, and specify the source of funds for payment.
   __ESPN Regional Television will pay a flat fee of $100,000. This will cover all expenses associated with the stadium rental including all operational, groundskeeping, security, staffing, etc...__

10. Explain the policy on the issuance of complimentary tickets and indicate the number to be issued.
    __No complimentary tickets will be issued.__

11. Attach a projected financial report for the first game.

12. A minimum amount of $ __750,000__ will be paid by the applicant to each participating institution in the first year of certification. [Note: This amount shall not be less than $750,000 unless a special waiver has been approved for a closed game.] List all anticipated sources of income and amounts for the following.

    A. Ticket sales __$1,440,000 (total ticket revenue)__

    B. Television rights __$50,000 (ESPN)__

    C. Radio rights __$3000 (will negotiate with national distributors)__

    D. Title sponsorship __$325,000 (TBD)__

    E. Other corporate sponsorships __$150,000 (TBD)__

    F. Merchandising and licensing __$10,000 (apparel and programs)__

13. Will participating institutions be charged for items before the determination and/or distribution of total gross receipts? Yes _____ No __x__ if yes, please explain.

14. Will there be a relationship between income and expenses realized from the game and related activities (parade, pageant, meets and tournaments, etc.)? Yes _____ No __x__ If yes, please explain.

15. Provide details for a commitment to televise your game from a national network or syndicator, describing specifically the amount of television rights fees to be paid, the geographical areas to be covered by the telecast and the stations or cable outlets expected to carry the telecast.

    A. National network/syndicator: __ESPN__

    B. Financial value each year of the commitment: __$50,000__

    C. Areas of coverage by the syndicator: __National, projected 88M homes in '02__

16. Detail the sources of radio income. __Will bid out to radio entities__

17. Will your bowl permit the official station/network of a participating institution to originate the game broadcast and distribute it to the same stations that were a part of its radio network during the season? Yes __x__ No _____ If no, please explain.

18. Does your bowl have a commitment from a title sponsor for your game? Yes _____ No __x__

19. If yes, please identify the title sponsor. _____

20. What is the financial value each year of the title sponsorship for your game? __projected $325K__

21. Does your bowl have other corporate partnerships with a minimum annual value of $20,000? Yes __x__ No _____ If yes, provide the financial value each year for each partner. __estimated $25K__

22. Does your bowl agree to provide each team a minimum of 95 awards? Yes __x__ No _____

23. Will your bowl provide awards for the student-athletes that are approximately $300 in value? Yes __x__ No _____

24. List all awards, gifts, mementos or other items that will be presented to individual participants, and indicate the number and value of each item.
   <u>Each institution will be provided 95 player/gift packages worth approximately $300 each. Projected items include a watch, travel bag, and apparel.</u>

25. Will management present an award in recognition of an individual's performance in the game?
   Yes <u>x</u> No _____ If yes, please provide the value $<u>200 MVP trophy</u>

26. Will your bowl comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in NCAA Constitution 2 and relevant bylaws and interpretations, and with the restrictions on game negotiations in Bylaw 18? Yes <u>x</u> No _____

27. Will the game serve the purpose of providing a national contest between deserving winning teams that each had a minimum of six wins against Division I-A competition and more wins than losses? Yes <u>x</u> No _____

28. Will the competing institutions be active members of the Association? Yes <u>x</u> No _____

29. Did your bowl submit a projected financial report to the NCAA football certification subcommittee? Yes _____ No <u>x</u>

30. Will competing institutions in your game receive not less than 75 percent of the gross receipts or not less than $750,000 each? Yes <u>x</u> No _____ What amount? $<u>750,000</u>

31. Will your bowl secure not later than November 1 an irrevocable $2 million letter of credit guaranteeing the minimum distribution fee and replace the initial letter-of-credit requirement? Yes <u>x</u> No _____ When will the NCAA receive it? **November 1st**

32. Does your bowl understand that the certification lapses if the bowl is not held in the year for which it is certified? Yes <u>x</u> No _____

33. Will your television and radio contract(s) reserve 120 seconds for promotional and higher education messages provided by the NCAA (60 seconds) and the participating institutions (30 seconds each)? Yes <u>x</u> No _____

34. Does your bowl agree to conform to the NCAA's policy of not advertising or appearing to promote products or activities that may be detrimental to the welfare of student-athletes or the image of higher education and intercollegiate athletics? Yes <u>x</u> No _____

35. Does your bowl agree that the date, time, name and site cannot be changed once the game is certified without approval of the NCAA? Yes <u>x</u> No _____

36. Will your bowl adhere to all officiating policies that are adopted by the football certification subcommittee? Yes <u>x</u> No _____

37. Does your bowl understand the penalties for failure to comply with NCAA legislation and policies governing postseason football games? Yes <u>x</u> No _____

38. Will your bowl submit to the NCAA national office, not later than 60 days before the game, the appropriate certification of insurance showing evidence that it maintains primary comprehensive general coverage listing the NCAA as an additional insured with combined single limits of at least $1 million per occurrence for bodily injury and property damage? Yes <u>x</u> No _____

39. Will your bowl pay a $12,000 fee to the NCAA upon notice of certification? Yes <u>x</u> No _____

40. Will game management prepare a standardized information form to distribute to potential participating institutions? Yes <u>x</u> No _____

Your application should be received at the NCAA national office by mail or fax transmission not later than January 15.

### Initial Bowl Application Form

The sponsoring agency also must meet these additional requirements for initial certification that are included on the application form. Please submit evidence of the following:

(a) List all personnel (occupation and position) who will serve on the game's governing board or management committee.
   Chuck Gerber, Executive VP and GM, ERT; Pete Derzis, Senior VP, ERT; Arnie Sgalio, Programming and Event Director, ERT; Melissa Verille, Program Planner, ERT; Amy Fleming, Events Supervisor, ERT

(b) Provide evidence of the experience or association that management personnel has had with collegiate football:
   ESPN Regional Television owned & operated the 1999 East/West Showdown; ERT currently owns & operates the Sega Sports Las Vegas Bowl (please see enclosed information)

(c) Demonstrate the financial ability of management or the sponsoring agency to guarantee success of the game. This includes securing a $2 million letter of credit issued by a United States financial institution and payable to the NCAA, which shall be in effect from the time the initial application for certification is submitted to the football certification subcommittee until it is replaced after certification by a subsequent letter of credit guaranteeing the minimum revenues that will be distributed to the participating teams and an additional 25 percent for game-management, operational and administrative expenses.
   Event management and promotion is the essence of ERT's events division. ERT currently owns & operates the Sega Sports Las Vegas Bowl, the Skins game, the Senior Skins game, & various college basketball events around the country.

(d) Identify the amount of money available to which there is access to guarantee game and team expenses:
   $2,000,000

(e) Estimate the total gross receipts to be realized from the game:
   $2,000,000

(f) Detail proposals for promoting the game:
   ESPN and ESPN2 will promote bowl game as part of bowl week advertising. In an effort to promote the event, ERT will provide TV ads (see enclosed), radio ads, direct mail ads to businesses & community leaders (see enclosed). Schools will promote locally.

(g) Provide plans for selling tickets; identify the number of tickets; and demonstrate management's understanding that the bowl will be ineligible for recertification should it fail to average selling 25,000 tickets, or 50 percent of those available for sale in the stadium, or a number of tickets equal in value to the combined contracted obligation of the two participating institutions, over a three-year period, unless the football certification subcommittee grants it a waiver to maintain certification.
   In addition to institutional ticket commitments (8000/school), 22,000 tickets will be sold in local community. Plans include direct mailing to Hawaii season ticket holders, city business leaders; Also, form committee to agressively pursue local sales.

(h) Indicate the type of institutions that will be invited to participate and whether the bowl has a

CONFIDENTIAL

contractual arrangement with a member conference(s). If yes, please explain:
<u>ERT has contractual arrangements with the Western Athletic Conference (WAC), and Conference USA for participation in the Hawaii Bowl.</u>

(i) Provide evidence of the experience of the sponsoring group in conducting such games or similar affairs:
<u>ERT owned & operated the 1999 East/West Showdown; ERT currently owns & operates the Sega Sports Las Vegas Bowl (please see enclosed information)</u>

(j). Indicate plans for television and radio coverage:
<u>Game will be televised on ESPN. Radio rights will be sold to a projected national distributor. Local radio distribution rights will be provided at no charge to the institutions' regular season networks.</u>

(k) Submit the organization operating structure, including a chart or diagram with an indication of the extent of active community involvement in game promotion and management:
<u>(please see enclosed chart)</u>

(l) Letters are attached recommending certification of the game that have been signed by 25 Division I-A athletics directors and/or conference commissioners who represent institutions that have participated in bowl games at least one time in the previous five years; the letters do not represent more than one-half of the institutions within any single conference, nor the membership of the football certification subcommittee. Yes _____ No _x_ <u>Letters are enclosed from commissioners of conferences with contractual agreements.</u>

(m) Will the stadium have a minimum seating capacity of 50,000? Yes _____ No _x_

Game management acknowledges that the football certification subcommittee has the authority to direct the management or sponsoring agency to submit additional evidence, and/or independent audits, to demonstrate its ability to guarantee the financial success of the game. Yes _x_ No _____

The undersigned hereby certifies that the foregoing application has been truly and fully completed and that the application provisions of the NCAA constitution, bylaws and executive regulations, and the policies adopted by the Division I Championships/Competition Cabinet, are understood. The undersigned also is duly authorized to submit this application for certification on behalf of the sponsoring organization and, on its behalf, agrees that if this game is certified, it will be conducted in full accordance with the attached provisions; that it acknowledges that the Division I Championships/Competition Cabinet has the authority to review any document related to the bowl game, which would include title and other corporate contracts and television contracts; that the NCAA, or representatives designated by it, may conduct audits of any agency sponsoring a bowl game and other associations and activities affiliated with it; and that this organization will fully observe and cooperate in the enforcement of all rulings of the NCAA Division I Championships/Competition Cabinet and the Division I Management Council, Convention or committees, which render an NCAA institution or student-athlete ineligible to compete in postseason football contests. It further is understood and agreed that any violation of the attached provisions may

CONFIDENTIAL

disqualify the game from future certification.

Signed: _[signature]_     Title: Executive VP & G.M.

Organization: ESPN Regional Television

Address: 11001 Rushmore Drive    Charlotte, NC   28277
              Street               City/State         Zip Code

Telephone: Office (704) 973-5250      Home (704) 540-0029
                (AC)                           (AC)

Date: 1/14/02

Return to: Dennis L. Poppe
          National Collegiate Athletic Association
          P.O. Box 6222
          Indianapolis, Indiana 46206-6222
          Telephone: 317/917-6509
          Fax:: 317/917-6989

06/21/01/DLP:eed

CONFIDENTIAL          NCAA 030976

HAWAII BOWL PROJECTION
1/14/2002

| REVENUE | | | Assumptions |
|---|---:|---:|---|
| Team Tickets - Team A | | 320,000 | 8,000 tickets @ $40 |
| Team Tickets - Team B | | 320,000 | 8,000 tickets @ $40 |
| Local Tickets | | 800,000 | 12,000 tickets @ $40; 10,000 tickets @ $32 |
| Ticket Revenue | | 1,440,000 | |
| | | | |
| Local Sponsorships | | 150,000 | |
| Title Sponsor | | 325,000 | |
| Corporate Sponsors | | 475,000 | |
| | | | |
| Television Rights | | 50,000 | |
| Program Ads | | 15,000 | |
| Merchandise Sales | | 10,000 | |
| Radio Rights | | 3,000 | |
| Program Sales | | 7,000 | |
| Other Revenue | | 85,000 | |
| | | | |
| **TOTAL REVENUE** | | 2,000,000 | |
| | | | |
| **EXPENSES** | | | |
| | | | |
| Team Guarantees | | 1,500,000 | $750,000 per team |
| NCAA Certification | | 12,000 | |
| Bowl Assn Dues | | 1,000 | |
| Letter of Credit | | 5,000 | |
| NCAA Related | | 1,518,000 | |
| | | | |
| Printing | | 20,000 | |
| Local Advertising | | 20,000 | |
| Sponsor Fulfillment | | 20,000 | |
| Signage | | 15,000 | |
| Press Conf. | | 10,000 | |
| Media Center | | 5,000 | |
| Promotional Items | | 10,000 | |
| Marketing & Advertising | | 100,000 | |
| | | | |
| Stadium Rental | | 100,000 | |
| Team Gifts | | 70,000 | |
| Officials/Stats | | 15,000 | |
| Field Painting | | 15,000 | |
| Game Day Labor | | 8,000 | |
| Ticket Printing | | 8,000 | |
| Game Day Production | | 216,000 | |
| | | | |
| Kick-Off Luncheon | | 15,000 | |
| Hospitality Village | | 10,000 | |
| Team Activities | | 10,000 | |
| Kick-Off Club | | 10,000 | |
| Hospitality | | 5,000 | |
| Team Announcement Lunch | | 5,000 | |
| Welcome Reception | | 5,000 | |
| VIP Reception | | 5,000 | |
| Rally | | 1,000 | |
| Ancillary Events | | 66,000 | |
| | | | |
| **TOTAL EXPENSES** | | 1,900,000 | |

CONFIDENTIAL

NCAA 030977

## Guarantee Bond

Bond No. _____6144837_____

KNOW ALL MEN BY THESE PRESENTS, that we, ESPN Regional Television, Inc. (hereinafter called "Principal"), as Principal, and SAFECO Insurance Company of America, (hereinafter called "Surety"), as Surety, are held and firmly bound unto National Collegiate Athletic Association, (hereinafter called "Obligee"), as Obligee, in the sum of Two Million Dollars and No/100 ($2,000,000.00) Dollars, lawful money of the United States of America, for the payment of which sum we, the said Principal and Surety, bind ourselves, our heirs, executors, administrators, successors, assigns or other legal representatives, jointly and severally, firmly by these presents.

WHEREAS, the said Principal is hosting the Hawaii Bowl and is required to post security per page 66 of the NCAA handbook.

WHEREAS, the Principal will conduct the bowl, and pay the institutions participating in said bowl game the greater of 75% (seventy five percent) of the gross receipts of said bowl or USD $1,500,000 (one million five hundred thousand and 00/100 U.S. Dollars"

WHEREAS, the principal will conduct the bowl as scheduled on December 25, 2002.

NOW, THEREFORE, if the Principal shall pay the full amount of all sums which become due, in the manner and time provided, then this obligation shall be void; otherwise to remain in full force and effect.

PROVIDED HOWEVER, that this Bond is written upon the following express conditions:

1. The aggregate liability of the Surety is limited to $2,000,000 as stated herein and shall be reduced by any payments made by Principal or Surety to the extent of such payments.

2. No right of action shall accrue under this bond to or for the use or benefits of anyone other than the named Obligee.

3. No other obligation of the principal to the obligee besides payments due in accordance to the NCAA handbook is guaranteed by this bond

This Bond and the Obligations hereunder shall remain in full force and effect from January 9, 2002 and expiring May 1, 2003.

IN WITNESS WHEREOF, both Principal and Surety have hereunto set their hands and seals this January 9, 2002.

ESPN Regional Television, Inc.
By: _____

SAFECO INSURANCE COMPANY OF AMERICA
By: _____
Tina M. Shierts/Attorney-In-Fact

JAN 18 2002

CONFIDENTIAL                                                                                          NCAA 030978



Case 1:04-cv-00204-DAE-KSC   Document 58-14   Filed 06/14/2006   Page 10 of 12



HAWAII BOWL OPERATING STRUCTURE

CONFIDENTIAL

NCAA 030979



Boise State • Fresno State • Hawai'i
Louisiana Tech • Nevada • Rice
San Jose State • SMU • UTEP • Tulsa

January 10, 2002

Dennis Poppe
Senior Director of Baseball and Football
NCAA
P.O. Box 6222
Indianapolis, IN  46204

Dear Dennis:

On behalf of the 10 member institutions of the Western Athletic Conference, this letter is in support of ESPN Regional Television (ERT) and its application to conduct a postseason football bowl game in Honolulu, Hawaii.

ERT has proven that it has the capacity to manage and administer all aspects of a bowl game and the WAC stands ready to provide a team to participate in the Hawaii Bowl once it is certified.

Please don't hesitate to contact me with any questions or if you need any further information.

Cordially,

Karl Benson
Commissioner

cc: WAC Athletic Directors

9250 E Costilla Ave , Suite 300
Englewood, CO 80112-3662
Phone. 303-799-9221  FAX. 303-799-3888
www.wacsports.com

CONFIDENTIAL                                                NCAA 030980



35 E. Wacker Drive  Suite 650
Chicago, IL. 60601

312.553.0483  Fax 312.553.0495
Commissioner's Fax 312.553.0725
**Mike Slive, Commissioner**

January 11, 2002

Dennis Poppe
Senior Director of Baseball & Football
NCAA
P. O. Box 6222
Indianapolis, IN  46206-6222

Dear Dennis:

The 10 football playing member institutions in Conference USA and the Conference support the application of ESPN Regional for immediate certification of the Hawaii Bowl to be played in Honolulu. Conference USA and the WAC have agreed to participate in the game to provide a bowl game in the State of Hawaii.

Sincerely,

Michael L. Slive
Commissioner

MLS:mt

cc:   Presidents, Conference USA
      Athletic Directors, Conference USA
      ESPN Regional
      Karl Benson, Commissioner WAC

cusasports.com

CONFIDENTIAL                                            NCAA 030981