April 4, 2002

VIA FACSIMILE

Mr. Terry Daw
Chief Operating Officer
Aloha Sports Inc
Amfac Center – Hawaii Tower
745 fort Street, Suite 333
Honolulu, Hawaii 96813

Dear Terry:

The NCAA Football Certification Subcommittee would like to extend an invitation to you to meet with the group during its April 29 to May 2 meeting at the Westin La Cantera Resort, San Antonio, Texas, to discuss your application to conduct a 2002 postseason bowl.

It is our understanding that due to the fact you did not conduct a 2001 bowl in San Francisco, you plan to submit an application for a 2002 bowl at another venue. It should be understood your application will be considered with all other initial applications.

Arrangements have been made for you to meet with the committee at 1:30 p.m. Tuesday, April 30, in the San Lorenzo Room of the La Cantera Resort. Please be prepared to discuss the application form that you previously submitted and any additional information you would like to provide.

It should be noted that the subcommittee has established the following as guidelines it will consider as it reviews the applications and determines what bowls will be certified for 2002:

- Conference commitments and conference place finish of teams to be paired.

- Value of title sponsor.

- Television network and value of television agreement.

- Stadium capacity and previous attendance history.

- Community involvement substantiated by, but not limited to, an organization chart noting key contact people, a report outlining financial commitment of community, a detailed promotional program, and letters of commitment from city and letter of commitment from facility.

CONFIDENTIAL        EXHIBIT 24        NCAA 017547

Mr. Terry Daw
April 4, 2002
Page No. 2

- Longevity of bowl and previous bowl administrative experience.

- Financial commitments by sponsoring agency to participating teams.

- Geographic proximity to other certified bowls.

- Quality of facility and other necessary accommodations.

Please ensure that your application addresses these guidelines and provides the subcommittee with the requested information.

IMPORTANT: Please contact Lori Turner (317/917-6706) to confirm that you will meet with the subcommittee at the established time.

We look forward to meeting with you April 30. If you have questions, please contact me.

Cordially,


Dennis L. Poppe
Senior Director for Baseball and Football


DLP:lat

cc: Mr. Keith Martin
    NCAA Football Certification Subcommittee