FCS                                       November 20, 2002

Tom McElroy   Mike Alden                    Elsa
              Jeff Hathaway                 Keith
              Ken Arley                     BP

- Letters of Credit

Missed     Seattle
deadline   Silicon — most concerned of this situation
           — ESPN2 agreement
           — no title or local sponsors
           — WAC has committed $387,000
             cash sponsorship — $480,000 in
             ticket sales
           — $200-250,000 shortfall
             WAC would put $50,000
             PAC 10 — $50,000
             Expenses 700-800,000 in expenses
           Resolution — city passed to continue w/ game
           — # of documents haven't been submitted
           Hansen wants to give another date —
           Silicon wants 12/4 deadline

Seattle → [crossed out] he Qwo has
           committed LOC by this Friday

12 LofC this year

Curley - Are bowls meeting conf commitments
~~Sil~~ Silicon - no
- banking on Fresno

How long do we allow letters of credit deadline
Hansen - give them another week
Monday after Thanksgiving
PAC-10 → hanging out there for $50,000

★ Monday - December 2 → Contact Hansen & Benson

- working w/ membership
- WAC commitment - can they recoup it

—Redacted