VIA E-MAIL

*Postseason Bowl Issues*



P.O. Box 6222
Indianapolis, Indiana 46206
Telephone: 317/917-6222

Shipping/Overnight Address:
1802 Alonzo Watford Sr. Drive
Indianapolis, Indiana 46202

www.ncaa.org

MEMORANDUM

TO: Members of the NCAA Football Certification Subcommittee.

FROM: Dennis L. Poppe
Managing Director for Baseball and Football.

SUBJECT: Status of Letters of Credit from the Silicon and Seattle Bowls.

This is to inform all involved that the organizing committee for the Seattle Bowl did not submit its letter of credit Friday, November 22, as it had indicated. Therefore, after consulting with Tim Curley, it has been determined that Monday, December 2, shall be established as a deadline for the organizing committee for the Seattle Bowl to submit its letter of credit.

This action is consistent with the previous action taken by the subcommittee when it established the December 2 deadline for the submission of a letter of credit by the organizing committee for the Silicon Bowl.

If the organizing committees for these bowls do not comply with the December 2 deadline, they will be decertified for the 2002-03 bowl season.

If you have questions, contact Keith Martin or me.

DLP:lat

cc: NCAA Division I-A Commissioners

---

National Collegiate Athletic Association
*An association of more than 1,200 members serving the student-athlete*
Equal Opportunity/Affirmative Action Employer

CONFIDENTIAL            EXHIBIT 27            NCAA 017513