DEC. 3.2002 11:22AM    CPB CORP BANKING     NO.992    P.1



King & Alakea
PO Box 3590
Honolulu, Hawaii 96811
Phone: (808) 544-0500
Facsimile: (808) 531-2875
Website: www.cpbi.com

December 3, 2002

Mr. Dennis Pope
National Collegiate Athletic Association
Indianapolis, IN

Re: Aloha Sports, Inc.

Dear Sir:

This letter is to confirm Central Pacific Bank's willingness to issue a standby letter of credit in the amount of $1,500,000.00 for the benefit of the NCAA, on behalf of Aloha Sports Inc., by December 6, 2002 subject to final review and clarification of certain conditions.

If you have any questions or are in need of further information, please feel free to contact me at (808) 544-0651 or email me at bkamemoto@cpbi.com.

Very truly yours,

Central Pacific Bank
Robert Kamemoto
Senior Vice President

CONFIDENTIAL    EXHIBIT 28    NCAA 017503