# CENTRAL PACIFIC BANK
# FS – METRO I
# FAX TRANSMISSION

DATE: December 10, 2002
TO: Mr. Dennis Pope
NCAA
Phone:
Fax: (317) 917-6827
Re: Standby L/C
# of Pages: 3
(incl. coversheet):

From: Byron Okino
Central Pacific Bank
Corporate Banking Division
Phone: (808) 544-0648
Fax: (808) 544-0647

---

Mr. Pope,

This is the Certification and Agreement document that the Atlantic Coast Conference has signed has signed in regards to the Standby Letter of Credit that Aloha Sports, Inc. has applied for at Central Pacific Bank. Please sign the Acknowledgement that you have received the certification and fax back to me at the above number. I will be faxing you a copy on a similar Certification from the University of Oregon once I receive an executed copy.

Please feel free to call me if you have any further questions regarding this matter.

**CONFIDENTIALITY NOTICE:** The information contained in this facsimile is confidential and is intended solely for the use of the recipient named above. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, any dissemination, distribution, copying or other use of this communication for any purposes is strictly prohibited. If you have received this communication in error, please telephone the sender immediately and/or mail the communication to the sender at the address shown above. Thank you for your cooperation.

CONFIDENTIAL    EXHIBIT 30    NCAA 017495

## CERTIFICATION AND ACKNOWLEDGMENT

TO: CENTRAL PACIFIC BANK

The undersigned ATLANTIC COAST CONFERENCE (hereinafter "ACC") hereby certifies and agrees to the following in connection with that certain Seattle Bowl Agreement between the Atlantic Coast Conference and Aloha Sports Inc. dated November 14, 2002 (hereinafter the "Contract"):

1. As of the date hereof, the Contract is in full force and effect and is valid and binding under its terms.

2. The undersigned acknowledges and certifies that Section 17 of the Contract requires the ACC representative (as defined in the Contract) to guarantee ticket purchases in the amount of $625,000.00.

3. As of the date hereof, the undersigned does not have any right of offset against Aloha Sports Inc., including any ticket purchase amounts under the Contract.

4. Upon receipt of the following items the undersigned irrevocably agrees to notify the National Collegiate Athletic Association ("NCAA") that it will not make any claims with the NCAA regarding the Standby Letter of Credit issued by Central Pacific Bank on December ___, 2002 ("Standby Letter of Credit") for the 2002 Seattle Bowl and shall inform the NCAA that the original Standby Letter of Credit should be released and returned to Central Pacific Bank because the minimum guaranteed payment of $750,000.00 has been received:

   a. the undersigned or its ACC representative has received 12,500 tickets valued at $625,000.00; and
   b. the sum of $125,000.00 in cash has been received from Aloha Sports Inc.

This Certification has been executed on this 9th day of December, 2002.

ATLANTIC COAST CONFERENCE

By _____
Its

By _____
Its

ACKNOWLEDGMENT

We acknowledge receipt of the foregoing Certification executed by the Atlantic Coast Conference.

Dated: *December 11, 2002*

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

By *Alexander Poppe*

Its *Managing Director of Football & Baseball*

2

CONFIDENTIAL                                    NCAA 017497