DEC.10.2002   4:32PM   CPB CORP BANKING                         NO.228   P.1

# CENTRAL PACIFIC BANK
# FS – METRO I
# FAX TRANSMISSION

DATE:   December 10, 2002
TO:     Mr. Dennis Pope
        NCAA
        Phone:
        Fax:   (317) 917-6827
        Re: L/C
        # of Pages: 3
        (incl. coversheet):

From:   Byron Okino
        Central Pacific Bank
        Corporate Banking Division
        Phone: (808) 544-0648
        Fax:   (808) 544-0647

Mr. Pope:

This is the Certification and Agreement document from the University of Oregon. Please sign the acknowledgement and fax back to me at the above number.

Please feel free to call me if you have any further questions regarding this matter.

CONFIDENTIALITY NOTICE: The information contained in this facsimile is confidential and is intended solely for the use of the recipient named above. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, any dissemination, distribution, copying or other use of this communication for any purposes is strictly prohibited. If you have received this communication in error, please telephone the sender immediately and/or mail the communication to the sender at the address shown above. Thank you for your cooperation.

CONFIDENTIAL                              EXHIBIT 31            NCAA 017498

12/1DEC.10.2002 7: 4:33PM 541 CPB CORP BANKING U/O ATHLETICS        NO.228    P.2    @002
   DEC. 9.2002   1:25PM    CPB CORP BANKING                         NO.175    P.2

## CERTIFICATION AND ACKNOWLEDGMENT

TO: CENTRAL PACIFIC BANK

The undersigned THE UNIVERSITY OF OREGON (hereinafter "University of Oregon") hereby certifies and agrees the following in connection with that certain Seattle Bowl Agreement between the University of Oregon and Aloha Sports Inc. dated December 6, 2002 (hereinafter the "Contract"):

1. As of the date hereof, the Contract is in full force and effect and is valid and binding under its terms.

2. The undersigned acknowledges and certifies that under Section 17(b) of the Contract it guarantees ticket purchases in the amount of $625,000.00.

3. As of the date hereof, the undersigned does not have any right of offset against Aloha Sports Inc., including any ticket purchase amounts under the Contract.

4. Upon receipt of the following items the undersigned irrevocably agrees to notify the National Collegiate Athletic Association ("NCAA") that it will not make any claims with the NCAA regarding the Standby Letter of Credit issued by Central Pacific Bank on December ___, 2002 ("Standby Letter of Credit") for the 2002 Seattle Bowl and shall inform the NCAA that the original Standby Letter of Credit should be released and returned to Central Pacific Bank because the minimum guaranteed payment of $750,000.00 has been received:

   a. the undersigned has received 12,500 tickets valued at $625,000.00; and
   b. the sum of $125,000.00 in cash has been received from Aloha Sports Inc.

This Certification has been executed on this 10th day of December, 2002.

UNIVERSITY OF OREGON

By _____

Its Athletic Director

By _____

Its Assistant Athletic Director
Finance & Contracts

CONFIDENTIAL                                    NCAA 017499

## ACKNOWLEDGMENT

We acknowledge receipt of the foregoing Certification executed by the University of Oregon.

Dated: *December 11, 2002*

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

By *Dennis Poppe*

Its *Managing Director of Football & Baseball*

2

CONFIDENTIAL                                                  NCAA 017500