SUPPLEMENT NO. 10
Ftbl Cert Subcom 4/03

Postseason Football
Issues for Discussion

*[handwritten margin: Approved]*

**REC** — Initial applications. Move the deadline for initial applications to April 1 of each year from the current January 15. deadline.

*[handwritten margin: obtain input REC report summer mtg]*

Attendance vs. ticket sales. Several bowls currently do not have a process in place to measure actual bowl game attendance, versus their reporting of actual tickets sold to the game.

*[handwritten margin: Need to have actual attendance]*
*[handwritten margin: used to have incentive — could cut back now]*

*[handwritten margin: Team INFO work for Conf rec]*

Deductions. Under the new criteria, deductions from gross receipts are no longer relevant. Conferences may want to address team awards and team entertainment in the agreements between the sponsoring agency and the participating conference.

**REC** — Equal Payout. The new criteria require an equal payout to the participating teams but does not address whether the sponsoring agency should be allowed to have different minimum ticket guarantees in their contractual agreements with the participating institutions and conferences. *[handwritten: review next year]*

*[handwritten margin: Approved Team or conf may not co-sign — Reduce amt to whatever conf pays]*

**REC Approved** — Letter of Credit. The letter of credit requirement for bowls that average payouts of $1 million or less over the past three years may be tied directly to the contractual commitments between the sponsoring agency and the participating institution. Currently the participating institutions and conferences are protected up to $1.5 million or the current minimum payout of $750,000 each. *[handwritten: develop two forms 1 for equal 2) less   Approved]*

**REC will if Rec'd** — Conference Agreements. The contract between the sponsoring agency and the participating institution or conference should be submitted to the NCAA by April 1 or no later than the letter-of-credit due date of September 1.

*[handwritten margin: Need to see if criteria are being met]*

**INFO** — Houston Bowl. Conference and sponsoring agency do not agree on the value of the tickets committed in their conference agreement and subsequent payout.

**INFO** — Music City Bowl. The sponsoring agency implemented the new criteria for the 2002-03 season. As a result, the payout to the participating teams did not meet the 75 percent required payout. *[handwritten: 75-25 rule violated]*

*[handwritten margin: SEC By 10 address. Payout on the tickets sold]*

**INFO** — Seattle Bowl. The 2002-03 certification fee, which was due on November 1, 2002 was received at the national office on March 31, 2003. Additionally, the participating teams have not received the contractually agreed upon payout.

**REC INFO** — Reporting Clarification. Audited Gross Receipts and reporting of administrative game expense due by April 1 of each year. Audited financial statements due September 1.

*[handwritten: Martin will work w/ FBA]*

The National Collegiate Athletic Association
April 18, 2003     KEM:ndw

CONFIDENTIAL     EXHIBIT 32     NCAA 017247