NCAA ANNOUNCES CERTIFIED BOWL GAMES FOR 2003-04



FOR IMMEDIATE RELEASE: CONTACT:
Melody Lawrence
Thursday, May 1, 2003     Assistant Director for Public Relations
317/917-6116


NCAA ANNOUNCES CERTIFIED BOWL GAMES FOR 2003-04


INDIANAPOLIS---One new bowl received certification, 27 others were recertified and one bowl was decertified for the 2003-04 season this week by the NCAA Football Certification Subcommittee.

The Fort Worth Bowl is new for 2003. Universities representing the Big 12 Conference and Conference USA are scheduled to compete in the Fort Worth Bowl December 23, 2003.

"The Fort Worth Bowl organization came to us very well prepared with conference and television commitments, as well as good facilities and support from its community. We believe they will sponsor an event that will be good experiences for student-athletes," said Tim Curley, athletics director at Pennsylvania State University and chair of the Football Certification Subcommittee.

Twenty-seven bowls have been recertified for 2003 (see attached list for more information): Alamo Bowl presented by MasterCard, AXA Liberty Bowl, Capital One Bowl, Chick-fil-A Peach Bowl, FedEx Orange Bowl, GMAC Bowl, ConAgra Foods Hawaii Bowl, Pacific Life Holiday Bowl, Houston Bowl, Humanitarian Bowl, Insight Bowl, Las Vegas Bowl, MainStay Independence Bowl, Motor City Bowl, Gaylord Hotels Music City Bowl, New Orleans Bowl, Nokia Sugar Bowl, Outback Bowl, Continental Tire Bowl, Rose Bowl, Diamond Walnut San Francisco Bowl, Silicon Valley Classic, SBC Cotton Bowl Classic, Mazda Tangerine Bowl, Tostitos Fiesta Bowl, Toyota Gator Bowl, and the Wells Fargo Sun Bowl.

The committee did not recertify the Seattle Bowl, due to financial issues and failure to adhere to administrative requirements.

The subcommittee reviewed the 2002-03 bowl season and noted that approximately $182 million was distributed to participating teams and conferences, and a record 1.4 million fans attended the games. Approximately 5,000 student-athletes had the opportunity to be involved in postseason football bowl experience. The overall evaluation reflected a very positive experience for student-athletes, coaches and fans involved with the bowls.

The certified bowl schedule can be viewed at http://www1.ncaa.org/membership/postseason_football/contacts

NCAA ANNOUNCES CERTIFIED BOWL GAMES FOR 2003-04

MWL:mel

-30-

Open in new window   Return to home page

© The National Collegiate Athletic Association

CONFIDENTIAL    NCAA 030998