# 2005 SEATTLE BOWL PRESENTATION

Presented by:

**PRO SPORTS & ENTERTAINMENT, INC.**

April 20, 2004

CONFIDENTIAL     EXHIBIT "34"     NCAA 017530

# TABLE OF CONTENTS

| | |
|---|---|
| EXECUTIVE SUMMARY | PAGE 1 |
| BOWL GAME MANAGEMENT | PAGES 2-3 |
| PRO SPORTS & ENTERTAINMENT, INC. | PAGE 4 |
| 2005 GAME LOGISTICS | PAGE 5 |
| COMMUNITY | PAGE 6-7 |
| LETTERS OF SUPPORT | PAGE 8 |
| MARKETING | PAGES 9-10 |
| TELEVISION | PAGE 11 |
| SPONSORSHIP | PAGE 12 |
| BOWL WEEK IDEAS | PAGES 13-14 |
| BUDGET | PAGE 15 |

CONFIDENTIAL

# EXECUTIVE SUMMARY

- Requirements Met for 2004:
  o Experienced and qualified management team
  o Seahawks Stadium lease agreement
  o ESPN2 agreement
  o Conference alignments with MWC and ACC
  o Chaffey Homes presenting sponsor ($250,000)
  o Letter of Credit, albeit late
  o Significant community support and participation

- 2004 Title Sponsor
  o Not secured
  o Opportunities:
    - Microsoft
    - Boeing
    - Starbucks
    - Nordstrom
    - Washington Mutual
    - Boeing
    - Will also solicit companies seeking Pacific Northwest exposure

- Commitment to Seattle by Sponsoring Agent
  o Capital resources allow for long-term play; avoid "year to year" strategy
  o Operate as an investment that enhances growth and value-added strategies
  o Part of corporate strategy
    - Pacific Northwest
    - Event synergy (concerts, action sports, vintage auto shows)

- 2005 Certification Application will likely mirror the 2004 version

CONFIDENTIAL

NCAA 017532

1

# BOWL GAME MANAGEMENT

- Don Andersen
  - Title: Executive Director of the Seattle Bowl
  - Experience:
    - 30 years in the sports business industry
      - USC SID 1967-73
    - First director of public relations for the Seattle Seahawks '75
    - Executive director of Freedom Bowl and Disneyland Pigskin Classic 1990-95
- Paul Feller
  - Title: CEO and President of Pro Sports & Entertainment, Inc.
  - Experience:
    - Ran his own international live entertainment business
    - Operated sporting events in Asia, Europe and North America
    - Involved in Freedom Bowl and the Disneyland Pigskin Classic
- Andy Roundtree
  - Title: COO of Pro Sports & Entertainment, Inc.
    - Corporate oversight (sales, marketing, operations and community)
  - Experience:
    - 27 years of corporate management experience
      - CFO and VP of Finance and Administration for the Anaheim Angels and Mighty Ducks of Anaheim
      - Controller of Euro Disney Paris
- David Evans
  - Title: Co-Chair of the Bowl Committee
  - Experience:
    - 39-year career history in the hotel industry
    - Most notably as the Senior VP of Industry Relations of Starwood Hotel and Resort.
    - Influential man in Seattle, has used his reputation to jump-start community support

CONFIDENTIAL    NCAA 017533

2

## BOWL GAME MANAGEMENT (continued)

- Jack Thompson
  - Title: Co-Chair of Bowl Committee
  - Experience:
    - Former Washington State Cougar QB
    - Currently a division coordinator at Chase Mortgage
    - Involved in many community organizations
      - Salvation Army, Washington Mentor Association (to name a few)
    - Community Icon

- Jay Key
  - Title: Director of Game Operations and Marketing
  - Experience:
    - Founder of Key Concepts, Inc. a promotional/marketing company
    - Executive director of the Silicon Valley Bowl in 2003

- Lauren Killian
  - Title: Sales and Marketing Coordinator for Pro Sports & Entertainment
  - Experience:
    - Bowl game marketing and operations
    - Event operations/marketing of Verizon Millrose Games in New York City
    - Collegiate athlete (NCAA Women's Volleyball Champion at USC) with a vested interest in football and a working knowledge of bowl game preparations

3

# PRO SPORTS & ENTERTAINMENT, INC.

- Overview:
  o An owner, operator and marketer of live sporting and entertainment events, based in Los Angeles
  o A privately financed and owned company with an appraised value of $42 million

- Portfolio:
  o Verizon Millrose Games; 2004 event was attended by many Olympians and elite collegiate track teams such as South Carolina, Florida and Villanova.
    - 39% paid attendance increase
    - Broadcast on NBC
    - 2005 expansion to Philadelphia and Washington D.C.
  o Core Tour (a three event action/extreme sports competition)
    - Huntington Beach, CA
    - Venice Beach, CA
    - South Street Seaport, NY
  o Maui Jazz Festival (where music and food are enjoined)
  o Maui Music Festival (Memorial Day Weekend 2005)
  o Santa Barbara Music Festival and Concours d'Elegance (vintage auto show)
  o Rodeo Drive Concours d'Elegance (Beverly Hills, CA)
  o The Air Show Network (24 nationwide stunt and military shows)

- Strategy:
  o Includes synergistic opportunities and leveraging in:
    - Sponsorships
    - Broadcast ventures
    - Merchandising
    - Publicity and operational efficiencies
  o Ability to market to multiple demographics
    - Opportunity to attract private capital with the intentions of becoming publicly traded
    - Properties are acquired and managed as long-term investments that may require 2 to 3 years to mature

4

NCAA 017535

5

## 2005 GAME LOGISTICS

- Similar to 2004
  - Dates requested:
    - Wednesday, December 28, 2005, Thursday, December 29, 2005, Friday, December 30, 2005
  - Time requested: Late afternoon (5pm EST)
  - Stadium: Seattle Seahawks Stadium
  - Television: ESPN or ESPN2 (time buy)
  - Seating capacity: 67,000
  - Projected ticket sales: 50,000 (~70% of stadium)
  - Team ticket commitment: 11,000 per institution
  - Conference alignments:
    - MWC and ACC (same as 2004 commitment)
    - Will pursue Pac-10 if team availability dictates
  - Team payout: $750,000 per institution

CONFIDENTIAL

NCAA 017536

# COMMUNITY

- Community Launch Game Plan
  - Identify Problems/Setbacks
    - Prior owner's failure and poor reputation
    - Hesitancy of local community
      - Trust
      - Involvement
  - Objectives
    - Conduct open and honest discussions
      - Address issues head-on
      - Understand and eliminate past failures
      - Make community leaders knowledgeable about PSEI's experience and expertise
      - Demonstrate PSEI's long-term financial and operational commitment to the Seattle Bowl
    - Solicit input from community leaders
      - Engage them as committee advisors
    - Incorporate local constituents in marketing and publicity:
      - Seattle Seahawks
      - Washington Interscholastic Activities Association
      - Edelman PR
      - Convention and Visitors Bureau
      - Chamber of Commerce
      - Hotel Association

CONFIDENTIAL

## COMMUNITY (continued)

- Seattle Support
  - David Evans and Jack Thompson (Bowl Committee Co-Chairman)
    - Re-engaged the community
      - Arranged and participated in a series of meetings with PSEI and various community and business leaders
        - Mayor's office
        - King County Executive
        - City Council President
        - Chamber of Commerce
        - Convention and Visitors Bureau
        - Hotel Association
        - WIAA (Washington Interscholastic Activities Association)
        - Seattle Seahawks
        - Sports Commission
        - State Trade and Convention Center
      - Meetings were conducted in Seattle over four days with positive and encouraging results

- Community support benefits:
  - Marketing
  - Ticket sales, primarily the fund raiser program
  - Volunteers
  - Sponsorship leads and opportunities
  - Hospitality and non-game activities, including team related
  - Pre-game and half-time entertainment participation

7

CONFIDENTIAL

## LETTERS OF SUPPORT

- Submitted by many prominent Seattle business leaders
  - Governor of Washington Gary Locke
  - Mayor of Seattle Greg Nickels
  - King County Executive Ron Sims
  - President of the Seattle City Council, Jan Drago
  - Executive Director of the Washington Interscholastic Activities Association, Mike Colbrese
  - President of Seattle's Convention and Visitors Bureau, Steve Morris
  - Sports Commission Chairman, Bob Flowers
  - Previous President of the Hotel Association, Nancy Finch
  - Director of Sales and Marketing for Seahawks Stadium, Steve Eckerson
  - Director of Athletics for Washington State University, Jim Sterk
  - President and CEO of the Seattle Chamber of Commerce, Steve Leahy

- Non-Seattle based letters of support
  - Commissioner of the Pac-10 Conference, Tom Hansen
  - Commissioner of the Atlantic Coast Conference, John Swofford
  - Commissioner of the Mountain West Conference, Craig Thompson
  - Strategic Planner of College Football for ESPN, Kurt Dargis

8

CONFIDENTIAL    NCAA 017539

# MARKETING

- Components
  - Seattle Seahawks/Seahawks Stadium
    - Access to season seats and group seats database
    - Utilization of ticket sales personnel
    - In game advertising at stadium (jumbotron, program, signage)
    - Advertising placement in radio broadcast
    - Co/Op marketing and advertising (tickets)
    - Access to sponsors
    - Co/Op sponsor driven promotions
  - WIAA (Washington Interscholastic Activities Association)
    - Access to over 800 schools and 225,000 participants through:
      - Coaches
      - Administrators
      - Parents
      - Boosters
    - Participants include:
      - Athletic programs
      - Art programs
      - High school clubs
      - Music programs
    - Beneficial to:
      - Ticket sales fundraising
      - Volunteer program
      - Event and non-event participation
      - Cause marketing
  - Chamber of Commerce
    - Newsletter advertising
    - Advertising at Chamber events and meetings
    - Cause marketing

9

## MARKETING (continued)

- Seattle's Convention and Visitors Bureau
    - Military relationship (attendance, participation, promotions)
    - Resources (collateral design, marketing)
    - Co/Op marketing via website hotel reservation system
    - Access to music industry
- Media
    - Local TV and radio to report event and non-event stories and points of interest
    - Radio promotions
- Local Universities (advertising and promotions)
    - Washington State University
    - University of Washington
- Edelman (Seattle based PR firm)
    - Public relations
    - Media relations
    - Press releases
    - Consulting
    - Publicity
- E-blast messaging to target markets and demographics (inexpensive, fast, efficient)

10

CONFIDENTIAL

NCAA 017541

11

## TELEVISION

- Time buy on ESPN for 2004
  - Risks
    - Estimated total cost $386,000—production cost and air time
    - Selling 64 commercial units for the 3.5 hour production
  - Strategic Decision Process
    - Television exposure is essential for both competing teams and sponsors
    - Strengthens appeal of bowl game
    - Investment in bowl game

- ESPN is desirous of airing the 2005 game (likely under the same terms and conditions as 2004)

CONFIDENTIAL                    NCAA 017542

## SPONSORSHIP

- 2004 Sponsorship Status
  - Presenting sponsor in place for $250,000—Chaffey Homes
  - Pursuing title sponsor and product/service sponsors

- Benefits of Seattle Bowl Sponsorship
  - Demographic makeup of Pacific Northwest (primarily Seattle)
    - Strong fan base
      - Professional (Seahawks)
      - Collegiate (University of Washington, Washington State University)
      - High School
  - Community reach and involvement
    - Strategic alliances
      - WIAA
      - Seattle Chamber of Commerce
      - Convention and Visitors Bureau
      - Seahawks and Sports Commission
    - E-blasts, advertising, exposure, public relations, marketing, promotions, cause marketing, etc.
    - Ticket sales, volunteers, participants of events
  - TV and Radio contract
    - National syndication will create exposure and advertising opportunities

- Local Corporate Opportunities
  - Microsoft
  - Boeing
  - Starbucks
  - Nordstrom
  - Washington Mutual
  - Alaska Airlines

12

CONFIDENTIAL

NCAA 017543

# BOWL WEEK IDEAS

- For the 2005 game, the Seattle community will experience their first "Wintergreen Festival" which will showcase Seattle's historic landmarks and the community's unparalleled hospitality. Participants of the festival will include the competing institutions, local Seattle football fans, and Seattle visitors. The Wintergreen Festival will be comprised of contests, educational events, parties and a pre-game tailgate.

- The team experience will include:
  - Seattle's Space Needle dinner
  - Museum of Flight Tour
  - Pike's Place Market for a "Fish Toss"
  - Sonics basketball game
  - Children's hospital visit

- Coaches/Coaches Wives and VIP Experience
  - Cocktail party
  - Hospitality room
  - Private amenities and opportunities for wives/children

- Fan Experience
  - Pep rally at Harbor Steps
  - Interactive tailgate "FunZone" before the game

- Merchant participation
  - Discounts
  - Window displays
  - Media exposure

13

## BOWL WEEK IDEAS (continued)

- Local Washington Experience
  o Pep rally at Harbor Steps
  o High School band performance
    ▪ Competition will be yearlong in Seattle; winners will perform the National Anthem or at halftime
  o High School fundraiser program
    ▪ Upper level seats only: 16,632 seats (we plan to fill 11,310 of those seats, ~70%)
    ▪ Give tickets to groups to sell for $10
      • They keep $5, we get $5
      • If a group sells 2000 tickets, they can raise $10,000 for themselves
        o Money directly benefits travel expenses, new instruments, new jerseys, better equipment, etc.
      • WIAA (Washington Interscholastic Activities Association) will advocate and publicize
    ▪ Proof of Success
      • Fundraiser program was utilized at the 2004 Verizon Millrose Games
        o Over $15,000 raised for local high school track teams
        o Upper seating bowl was sold out for the first time in 12 years
  o Festival will be marketed and publicized to the fullest
    ▪ Future sponsorship opportunities and revenue enhancements
    ▪ Will springboard future events:
      • Golf tournaments
      • Youth competitions (punt, pass and kick)
      • Art shows
      • Concerts
      • Action sports
      • Food and beverage tasting
    ▪ Cause marketing potential
    ▪ Utilize local personalities; media outlets

14

CONFIDENTIAL

NCAA 017545

# BUDGET

- Break even assumption
  o Revenues:
    - Admissions ($1.8million)
      - Team ticket purchase
      - Fundraiser program (will generate low yielding attendance)
      - General admission (significant marketing challenge)
    - Broadcast ($368,000); includes allocation from Title, Presenting and Products/Services sponsors
      - Airtime purchase on ESPN
    - Title Sponsor ($250,000); Presenting ($200,000); Products/Services ($400,000)—all net of TV
  o Expenses:
    - Stadium ($241,000)
      - Rent
      - Direct costs
    - Management and General ($357,367)
      - Staff
      - Consultants
      - Seattle office
      - Audit
      - Certification fee
    - Advertising and Promotions ($952,559)
      - TV airtime purchase, production
      - Commissions
      - Advertising, publicity
      - Hospitality
      - In-game entertainment
    - Team Payouts ($1.5million)
    - Will barter to avoid cash outlay

15

CONFIDENTIAL

NCAA 017546