# Mid-American Conference

SUPPLEMENT NO. 19

Four SeaGate, Suite 102
Toledo, Ohio 43604
Office: 419/249-7177
FAX: 419/249-7199

Karl Benson, Commissioner
Jamie McCloskey, Associate Commissioner
John McNamara, Director of Media and Public Relations
Sue Brague, Assistant Director of Media and Public Relations
Cathy Lambert, Business Manager

April 21, 1992

APR 2 3 1992

Donnie Duncan, Chair
NCAA Postseason Football Subcommittee
University of Oklahoma
180 Brookes, Room 201
Norman, OK  73019

Dear Donnie:

Enclosed please find application materials from Las Vegas Events to sponsor a postseason football bowl game between the regular season champions of the Big West Conference and Mid-American Conference. As you know, this bowl would replace the California Raisin Bowl and allow a guaranteed postseason opportunity for the MAC and Big West to continue. Jim Haney, commissioner of the Big West, and I have met numerous times with representatives from Las Vegas Events and we are confident that this organization will conduct the bowl within the guidelines of the NCAA and provide a beneficial experience for the two participating teams.

As with the Raisin Bowl, the proposed Las Vegas Silver Bowl requests a waiver of the minimum payout, stadium size and letter of credit requirements. Las Vegas Events has guaranteed a minimum payout of $150,000 per conference, as was the case with the Raisin Bowl. As you can see from the enclosed proposed budget, it is anticipated that this amount will be greater than the minimum. Las Vegas Events will supply a $300,000 letter of credit to guarantee the minimum payout.

Jim and I, along with representatives from Las Vegas Events, look forward to meeting with you and your subcommittee April 26 in Scottsdale to discuss the application and answer any questions or concerns you may have. Thank you for your help and cooperation in expediting this process so that the bowl can be played in 1992.

Cordially,

Karl Benson

cc: NCAA Postseason Football Subcommittee
    Dave Cawood
    Jim Haney
    Herb McDonald
    Keith Tribble



Akron ❖ Ball State ❖ Bowling Green ❖ Central Michigan ❖ Eastern Michigan
Kent ❖ Miami ❖ Ohio ❖ Toledo ❖ Western Michigan

CONFIDENTIAL

NCAA009123

EXHIBIT 35

Attachment #3

## LAS VEGAS SILVER BOWL

Revenue & Expense Budget
December 18, 1992

Anticipated Attendance: 15,000 paid

**REVENUE:**

| | | |
|---|---:|---:|
| Gross Ticket Sales | $450,000 | |
| Sponsorship | 150,000 | |
| Additional Sponsors | 30,000 | |
| Novelty Sales | 10,000 | |
| Radio Income | 5,000 | |
| Program Sales | 7,000 | |
| Luncheon Income | 10,000 | |
| Misc. Income | 5,000 | |
| **TOTAL REVENUE** | | **$667,000** |

**EXPENSE:**

| | | |
|---|---:|---:|
| Conference Split | $480,000 | |
| Administrative | 60,000 | |
| Game Day | 50,000 | |
| Promotional | 10,000 | |
| Media Relations | 5,000 | |
| Special Events | 2,000 | |
| Ticket Sales | 7,500 | |
| Hospitality | 3,500 | |
| NCAA Fee | 12,000 | |
| Awards | 25,000 | |
| Letter of Credit | $ 10,000 | |
| **TOTAL EXPENSES** | | **$665,000** |
| | | |
| **PROFIT/LOSS** | | **$ 2,000** |

updated 4/15/92

# The National Collegiate Athletic Association Application for Recertification of a Postseason Football Contest

1. Official name of game __LAS VEGAS SILVER BOWL__    Date requested __DECEMBER 18, 1992__

2. Site of game __LAS VEGAS__ City   __NEVADA__ State    Time requested _____ Eastern Time

3. Year game was founded __1992__    Number of games played __-0-__

4. Name of sponsoring organization __LAS VEGAS EVENTS, INC.__

5. Name of executive director __HERB McDONALD__

   Mailing address __2030 E. FLAMINGO RD., SUITE 200__ Street    Telephone: Business __702 / 731-2115__ (AC)

   __LAS VEGAS__ City  __NEVADA__ State  __89119__ Zip Code    Home __702 / 878-3129__ (AC)

6. Names of other executive officers of sponsoring organization:   Telephone: AC __702__   AC __702__

   President __HERB McDONALD__    Business __731-2115__  Home __878-3129__

   President-Elect _____    Business _____  Home _____

   Team Selection Chair _____    Business _____  Home _____

7. Name of stadium __SAM BOYD SILVER BOWL__    Seating capacity __31,000__

8. How many tickets will be made available to each participating institution? __BIG WEST CONFERENCE   5,000__ / __MID-AMERICAN CONFERENCE 5,000__

   How many tickets did each purchase last year? __N/A__

9. Please explain basis for determining stadium rental (flat fee, percentage, tax, etc.), include an estimate of the total cost, and specify source of funds for payment.

   __$50,000 FLAT FEE INCLUDING EXPENSES__

   __SOURCE OF FUND WILL BE TICKET REVENUE__

10. List the price(s) of tickets from last year's game and submit a program.

    __N/A__

11. Explain the current taxes on each ticket sale and the reason for each type of tax.

    __NO TAXES__

1

12. Please provide the following information for the past four games, including the most recent bowl played:

| Year | Gross Income | Institutional Distribution | | Management Retained | |
|---|---|---|---|---|---|
| a. ___ | $ _____ | $ _____ | ___% | $ _____ | ___% |
| b. ___ | $ N/A | $ _____ | ___% | $ _____ | ___% |
| c. ___ | $ _____ | $ _____ | ___% | $ _____ | ___% |
| d. ___ | $ _____ | $ _____ | ___% | $ _____ | ___% |

13. An audited financial report of last year's game is attached:  Yes _____  No  X   If not, why? _____
    GAME WAS PLAYED IN CALIFORNIA BOWL LAST YEAR

14. Has full payment been made to the participating institutions in the previous year's game?  Yes _____  No _____
    If not, why?  N/A

15. A minimum of $ 150,000 will be paid by the applicant to each participant in the next game. [NOTE: This amount shall not be less than $700,000 unless a special waiver has been approved for a closed game.]

16. Please list all anticipated sources of income and gross amounts for the following:

    A. Ticket sales _____ $ 450,000
    B. Television rights _____ $ _____
    C. Radio rights _____ $ 5,000
    D. Title sponsorships _____ $ 150,000
    E. Other corporate sponsorships _____ $ 30,000
    F. Merchandising and licensing _____ $ 10,000

17. Please identify the expenses and amounts deducted from each institution's share of gross income. _____
    N/A

18. Please identify the number of tickets and value each participating team guaranteed it would sell for your last game.

    Team  N/A  _____ Tickets _____ Value _____
    Team _____ Tickets _____ Value _____

19. Please identify gifts-in-kind (and financial value) that directly benefited the participating institutions. _____
    N/A

20. Does your bowl have a commitment from a national network or syndicator to televise your next game?  Yes _____ No _____

21. Please identify the network or syndicator. __ESPN__

22. What is the financial value of your television commitment for the next bowl game? __-0-__

23. Does your bowl have a commitment from a national network or syndicator for radio rights to your next game?

    Yes _____ No __X__

24. Please identify the network or syndicator. _____

25. What is the financial value of your radio commitment for the next bowl game? __N/A__

26. Does your bowl permit the official station and/or network of a participating institution to originate radio coverage of your bowl? Yes __X__ No _____

27. Do these rights permit the institution's official outlet to originate the broadcast and distribute it to the same stations that were a part of its radio network during the regular season? Yes __X__ No _____

28. If either questions No. 26 or No. 27 were answered no, please explain. _____

29. Does your bowl have a commitment from a title sponsor for your next game? Yes __X__ No _____

30. Please identify the title sponsor. __LAS VEGAS EVENTS, INC.__

31. What is the financial value of your title sponsorship for your next game? __$150,000__

32. Did your bowl provide each participating team a minimum of 95 awards? Yes _____ No _____ N/A

33. List all awards, gifts, mementos or other items that were presented to individual participants last year and indicate the number and value of each item.

    __N/A__

34. Does the management present an award in recognition of an individual's performance in the game?

    Yes __X__ No _____ (If yes, please provide value. $ __100.00__ )

35. Did bowl management conduct a meeting prior to last year's game involving representatives from the participating institutions, the game referee, clock operator and television network or syndicator for the purpose of reviewing governing game administrative details and NCAA rules and regulations? Yes _____ No _____ N/A

36. Did your bowl comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations? Yes _____ No _____ N/A

37. Was your game held in the academic year for which it was certified? Yes _____ No _____ N/A

38. Did your bowl sell, at face value, tickets equaling at least 50 percent of the total tickets sold? Yes _____ No _____ N/A

    If no, explain: _____

39. Was the date, time, name and/or site of your game, as represented in the application, changed without the approval of the Postseason Football Subcommittee following the initial certification of the application? Yes _____ No _____ N/A

CONFIDENTIAL                                                     NCAA009127

40. Did your bowl serve the purpose of providing a national contest between teams that each had a minimum of six wins against Division I-A competition? Yes _X_ No ___

41. Were the competing institutions active members of this Association? Yes ___ No ___ N/A

42. Did your bowl secure an irrevocable letter of credit guaranteeing the minimum distribution fee? Yes ___ No ___

    If not, why? __N/A__

43. Did your bowl submit to the NCAA national office, not later than 60 days before the game, the appropriate certification of insurance showing evidence that it maintains primary comprehensive general coverage listing the NCAA as an additional insured, with combined single limits of at least $1 million per occurrence for bodily injury and property damage?

    Yes ___ No ___ If not, why? __N/A__

44. Will your bowl pay a $12,000 fee to the NCAA upon notice of certification? Yes _X_ No ___

In reviewing this application, the NCAA Postseason Football Subcommittee may request that the management or sponsoring agency submit additional evidence, and/or independent audits, to demonstrate its ability to guarantee the financial success of the game.

The undersigned hereby certifies that the foregoing application has been truly and fully completed and that the policies of the subcommittee and the application provisions of the NCAA Constitution, Bylaws and Executive Regulations, and the policies adopted by the subcommittee, are understood. The undersigned also is duly authorized to submit this application for recertification on behalf of the sponsoring organization and, on its behalf, agrees that if this game is recertified, it will be conducted in full accordance with the attached provisions; that it acknowledges that the Postseason Football Subcommittee has the authority to review any document related to the bowl game, which would include title and other corporate contracts and television contracts; that the NCAA, or representatives designated by it, may conduct audits of any agency sponsoring a bowl game and other associations and activities affiliated with it, and that this organization will fully observe and cooperate in th enforcement of all rulings of the NCAA Council, Convention or committees, which render an NCAA institution or student-athlete ineligible to compete in postseason football contests. It further is understood and agreed that any violation of the attached provisions may disqualify the game for future certification.

Signed _Herb McDonald_ Title __EXECUTIVE DIRECTOR__

Organization __LAS VEGAS EVENTS, INC.__

Address __2030 E. FLAMINGO RD., SUITE 200__
Street

__LAS VEGAS__   __NV__   __89119__
City             State           Zip Code

Telephone - Office __702__ / __731-2115__  Home __702__ / __878-3129__
                    (AC)                           (AC)

Date __April 9 - 1992__

---

Action by NCAA Postseason Football Subcommittee:

Certified _____ Not Certified _____

Date _____

Signed _____
Donnie Duncan, Chair, NCAA Postseason Football Subcommittee

# BOWL COMMITTEE

- Karl Benson - MAC Commissioner
- Jim Haney - Big West Commissioner
- Jim Weaver - University of Nevada, Las Vegas Thomas and Mack Athletic Director
- Pat Christenson - University of Nevada, Las Vegas Thomas and Mack Executive Director
- Keith Tribble - University of Nevada, Las Vegas Thomas and Mack Assistant Athletic Director
- Herb McDonald - Las Vegas Events Executive Director
- Ron Lurie - Las Vegas Events Board Member
- Bob Nolen - Las Vegas City Commissioner, Las Vegas Visitors and Convention Authority and Las Vegas Events Board Member
- Marlene Hedrick - Las Vegas Events Project Manager
- Rossi Ralenkotter - Las Vegas Visitors and Convention Authority Director of Marketing
- Manny Cortez - Las Vegas Visitors and Convention Authority Executive Director
- Bill Reid - Las Vegas Visitors and Convention Authority National Sales Executive
- Dennis Finfrock - MGM
- Rob Dondero - R&R Advertising, Sales Executive
- Joe Brown - Attorney
- Tom Wiesner - Private Enterprise
- Bill Ireland - Retired, Former University of Nevada, Las Vegas football coach
- Dick Etter - President, Valley Bank of Nevada President, Las Vegas Events

CONFIDENTIAL

## HELPING KEEP LAS VEGAS SPECIAL

It takes a very special company to execute such diverse special events as the National Finals Rodeo, the Bud Light Triathlon Series Las Vegas Championship & World Cup, the 1991 MISS UNIVERSE Pageant the Las Vegas International Marathon and the new Las Vegas Silver Bowl college football championship game.

Las Vegas Events is the dynamic organization that brought these and other major special events to the "Entertainment Capital of the World."

And Las Vegas Events is the creative group that takes these unique events and makes them even better. Bringing these events even greater national and international exposure benefits the growing economy and stature of Las Vegas.

With nearly 75,000 hotel and motel rooms in service in the fastest growing city in the nation, the job description for Las Vegas Events is really understatedly simple—help keep them filled.

With that clearly-defined job description, Las Vegas Events has gathered a staff of 12 gifted professionals, directed by a prominent 10-member Board of Directors, to attract high-impact, extremely visible major events to Las Vegas.

At the start of a new decade and with the ever-changing face of the world's economy, LVE is a major player in the future of Las Vegas, and the non-profit corporation will continue to fulfill its job description by enhancing the overall marketability of the community through a myriad spectacular special events.

LVE is under the overall leadership of longtime Las Vegan Herb McDonald, who has been the organization's Executive Director since it was founded in 1981. He daily supervises 13 full-time staff members.

Prominent Las Vegan Dick Etter is president and chairman of the LVE Board of

-MORE-

CONFIDENTIAL                                              NCAA009130

Directors.

"The purpose of Las Vegas Events," relates the enterprising McDonald, "is to create or bring to town special events that are of a magnitude that will attract spectators to the city to witness the event. Further, the event should create significant positive media results for Las Vegas. If we can accomplish these two things, obviously a lot of other favorable things will happen for Las Vegas. We offer a great venue for special events and it's our function to draw the better ones here."

Elaborating on the benefits of the special events which LVE presents, Dick Etter adds, "We must have a positive impact on the community and all of our events should enhance the positive Las Vegas image in the marketplace. Television assists tremendously with the latter so we attempt to involve LVE with as many televised events as possible. TV is a major factor in our decision-making process."

Currently averaging eight to 10 special events annually with a keen eye on expansion, the flagship event for LVE is the National Finals Rodeo. The 'Super Bowl' of professional rodeo, the NFR holds its annual 10-day world championship at the sold-out 18,000-seat Thomas & Mack Center. The NFR rolls into town the first week in December.

The Bud Light Triathlon Series Las Vegas Championship made its first appearance in Las Vegas in October of 1990. Over 2,200 participants from all over the U.S. and the world competed in the three-segment athletic competition won by Mike Pigg of the U.S. and Erin Baker of New Zealand. The Las Vegas Challenge became a stop on the World Cup Tour last year and Pigg and Baker successfully defending their titles in the rugged endurance event.

The inaugural event was not only the largest first-time triathlon ever held, it was also the largest BLTS championship field. And, the Las Vegas Challenge was selected as the best overall triathlon of 1990 and 1991 in a reader's poll of Triathlete Magazine. The 1.5K (one-mile) swim will again be held on Lake Mead, followed by the 40K (24.8-mile) bike race into Boulder City for the dramatic 10K (6.2-miles) run to conclude the championship on Sept. 26.

From 1986-1990, LVE presented the Las Vegas Silver Cup unlimited hydroplane races. More than 200,000 lined the shores of Lake Mead for the return of the Thunderboats to Las Vegas in 1986. It stands as the largest audience for a sporting event in Nevada history.

All three of these massive special events were televised nationally on ESPN.

LVE signed a contract with Madison Square Garden Event Productions to host and present the 1991 MISS UNIVERSE Pageant. The three weeks of activities concluded with the Finals Night on May 17 at the Aladdin Theatre for the Performing Arts. The highly-rated Finals were broadcast by the CBS Television Network to an audience of over 600 million in more than 60 countries.

LVE will also present the Second World Firefighters Games in May of 1992 and presents a U.S. National Helicopter Championship and the NIKE National Prep Basketball Championships.

In a city where the spectacular is the standard, Las Vegas Events is, indeed, a very special company.

-LVE-

# NCAA POST SEASON FOOTBALL COMMITTEE

## LAS VEGAS SILVER BOWL

### Application for Certification

April 26, 1992

Scottsdale Plaza Resort
Scottsdale, Arizona

CONFIDENTIAL

- 2 -

1. **NAME OF GAME:** LAS VEGAS SILVER BOWL

   **DATE OF GAME:** Friday, December 18, 1992
   5:00PM PCT

2. **SITE OF GAME:** Sam Boyd Silver Bowl
   Las Vegas, Nevada

3. **SPONSORING ORGANIZATION:**
   Las Vegas Events

4. **EXECUTIVE DIRECTOR:**
   Herb McDonald

   **Street Address:** 2030 East Flamingo, Suite 200
   Las Vegas, NV 89119

   **Telephone Number:** 702/731-2115

5. **NUMBER OF TICKETS FOR INSTITUTIONS:**
   5,000 per team; 10,000 total

6. **BASIS FOR STADIUM RENTAL, ESTIMATE OF TOTAL COST, SOURCE OF FUNDS:**
   Estimate $50,000
   Funding from ticket sales, association dues, sponsorships and television rights.

7. **POLICY FOR COMPLIMENTARY TICKETS:**
   No complimentary tickets to participating teams.
   Limited complimentary tickets will be given to stadium corporation and bowl staff.

8. **TICKET PRICE:** $30, $14, and $10

9. **PREVIOUS GAME HISTORY:**
   Not applicable (formerly California Raisin Bowl)

10. **FINANCIAL REPORT OF LAST YEAR'S GAME:**
    Not applicable

CONFIDENTIAL

NCAA009133

- 3 -

11. **STATEMENT OF PAYMENT TO PREVIOUS TEAMS:**
    Not applicable

12. **MINIMUM GUARANTEE FOR PARTICIPATING TEAMS:**
    $150,000

13. **ARE PARTICIPANT INSTITUTIONS CHARGES FACTORED INTO TICKET GROSS:**
    No

14. **LETTER OF TELEVISION COMMITMENT:**
    Tentative from ESPN Network

15. **NAME OF TELEVISION COMPANY:**        **NAME OF RADIO COMPANY:**
    ESPN                                    To Be Determined

16. **GIFTS, TROPHIES, ETC. PRESENTED LAST YEAR:**
    Not applicable

17. **DOES MANAGEMENT PRESENT AN AWARD TO GAME PERFORMANCE:**
    Most Valuable Player Award
    Best Defensive Player Award
    Best Offensive Player Award
    Student-Athlete Leadership Award
    (one presented per institution)

18. **IS THIS A RECERTIFICATION APPLICATION; WERE RULES DISCUSSED WITH COACHES, BAND LEADERS, ETC.:**
    Not applicable

19. **PROPOSED GAME REQUIREMENTS:**

    (a) **PERSONNEL ON GAME'S GOVERNING BOWL COMMITTEE:**
        - Karl Benson, Mid-American Conference Commissioner
        - Jim Haney, Big West Conference Commissioner
        - Jim Weaver, UNLV Director of Athletics
        - Pat Christenson, Stadium Director
        - Keith Tribble, Bowl Consultant
        - Herb McDonald, Executive Director, Bowl Committee
        - Ron Lurie, Las Vegas Events
        - Bob Nolen, Las Vegas Events
        - Marlene Hedrick, Las Vegas Events
        - Rossi Ralenkotter, Las Vegas Convention & Visitors Authority
        - Manny Cortez, Exec. Dir., Las Vegas Convention & Visitors Authority
        - Bill Reid, Las Vegas Convention & Visitors Authority
        - Dennis Finfrock, MGM Grand
        - Joe Brown, Legal Counsel
        - Tom Wiesner
        - Bill Ireland

CONFIDENTIAL

- 4 -

(b) **FINANCIAL ABILITY TO GUARANTEE SUCCESS:**
Big West and Mid-American Conference will guarantee letter of credit for $300,000

(c) **ESTIMATE OF TOTAL GROSS RECEIPTS FROM GAME:**
Approx. $670,000

(d) **PROPOSALS FOR PROMOTION OF THE GAME:**
Target cities located in conference school's area. Involve Chamber of Commerce and city organizations in promotion of the "Silver State", and attraction of area motels, entertainments and facilities. Strength lies in Las Vegas which is known as the entertainment capitol of the world. College football has a very high profile and interest in the western states as shown with top twenty programs in California, Washington and Colorado.

(e) **PLANS TO SELL TICKETS:**
Each conference is committed to purchasing tickets for their institutions. Conduct area corporate drive to develop support of business sector. Assist participating institutions in the marketing, sales and distribution of tickets to their alumni and fans.

(f) **NAME OF CHARITY/EDUCATIONAL BENEFICIARIES:**
Bowl Committee to determine

(g) **INDICATION OF THE TYPE OF INSTITUTIONS TO BE INVITED:**
Conference champions of the Big West and Mid-American Conference

(h) **RADIO PLANS:**
Sell to established national network and allow participating institutions to retain local markets.

CONFIDENTIAL

NCAA009135

- 5 -

1. **ORGANIZATIONAL CHART, INDICATING COMMUNITY INVOLVEMENT:**



- Game Operations Committee
- Hospitality and Team Hosts Committee
- Media and Community Relations Committee
- Sales and Marketing Committee

CONFIDENTIAL

NCAA009136

## COMMUNITY RELATIONS

This committee will be responsible for helping the Las Vegas Silver Bowl develop good relationships with the local and national media. The committee will represent the Las Vegas Silver Bowl to community organizations. In addition, Community Relations involves coordinating the charities and promoting community involvement from a bowl standpoint.

## SALES/MARKETING COMMITTEE

This committee will be active in assisting the Las Vegas Silver Bowl in selling corporate sponsorship packages and memberships for the game as well as associated events and activities. In addition, the committee will be selling Las Vegas Silver Bowl tickets. The committee will organize and conduct individual and group competitions to achieve sales of game tickets and sponsorships.

## EXECUTIVE COMMITTEE

This committee is the governing body of all standing committees. Committee is responsible for all executive action of the Las Vegas Silver Bowl as well as procedures and administering policies.

## GAME OPERATIONS

This committee will work closely with the Las Vegas Silver Bowl staff to organize and implement all game related activities, including team practice sites and coordinators, pre-game ceremonies, half-time extravaganza, hotels, game officials, transportation, stadium operations, security, communications, events and signage.

## HOSPITALITY COMMITTEE

This committee will serve as hosts for the teams, coaches, coaches' wives, athletic staff as well as coordinate Queen and Court, volunteers, information services Las Vegas Silver Bowl Hostesses, gifts and prizes.

LAS VEGAS SILVER BOWL

Revenue & Expense Budget
December 18, 1992

REVENUE:

| | |
|---|---:|
| Gross Ticket Sales | $459,535 |
| Sponsorship | 150,000 |
| Additional Sponsors | 30,000 |
| Novelty Sales | 10,000 |
| Radio Income | 5,000 |
| Program Sales | 7,000 |
| Luncheon Income | 10,000 |
| Misc. Income | 5,000 |

TOTAL REVENUE                                               $676,535

EXPENSES:

| | |
|---|---:|
| Conference Split | $487,000 |
| Administrative | 60,000 |
| Game Day | 50,000 |
| Promotional | 10,000 |
| Media Relations | 5,000 |
| Special Events | 2,000 |
| Ticket Sales | 7,500 |
| Hospitality | 3,500 |
| NCAA Fee | 12,000 |
| Awards | 25,000 |
| Letter of Credit | 10,000 |

TOTAL EXPENSES                                              $672,000

PROFIT/LOSS                                                 $4,535