NCAA Postseason Football Subcommittee Minutes
April 26-29, 1992
Page No. 3 - Minute No. 2-e



    e.   <u>John Hancock Bowl</u>. As noted above, contributions and funds received from tourist development agencies and similar organizations shall be included in gross receipts.

3.   <u>Alamo Bowl</u>. Bob Coleman, chair, and Russ Bookbinder, board member, San Antonio Sports Foundation, joined the meeting to seek initial certification to sponsor a postseason football game during the 1993-94 bowl season.

    a.   Bowl representatives agreed to amend the initial application to reserve each participating team not more than one-sixth of the tickets available and to preclude a representative of the television network securing rights to the game to serve on the team selection committee.

    b.   It was the consensus, based upon the preliminary organizational work that had been completed by the San Antonio Bowl Association, that game management shall secure a letter from a bank certifying the bowl's financial stability, rather than a letter of credit, and the bank's intentions of issuing a letter of credit at the time the sponsoring agency is granted formal certification.

    c.   It was VOTED

       "That the Alamo Bowl receive conditional approval for initial certification providing the subcommittee receives a letter from a reputable financial institution verifying its financial stability and that it has sold about 20,000 tickets when it seeks final certification at the subcommittee's next spring meeting."

4.   <u>Las Vegas Silver Bowl</u>. Karl Benson, commissioner, Mid-American Conference; Jim Haney, commissioner, Big West Conference; Keith Tribble, senior associate athletics director, University of Nevada, Las Vegas; Herb McDonald, executive director, Las Vegas Events; Doug Crosby, counsel; Rob Dondero, R & R Advertising; Rossi Ralenkotter, director of marketing, Las Vegas Visitors and Convention Association, and former Mayor Ron Lurie, Las Vegas Events Board, joined the meeting to seek approval to host a game between the champions of the Big West and Mid-American Conference.

    a.   The representatives noted the Las Vegas Silver Bowl would replace the traditional closed bowl (California Raisin Bowl) in which the champions of the respective conferences had participated in previous years.

    b.   It was VOTED

       "That the Las Vegas Silver Bowl be approved as a closed bowl game between representatives of the Big West and Mid-American Conferences, and that the game receive exceptions from the requirements related to the minimum distribution of receipts to the participating teams, the letter of credit and stadium size."

    c.   It was agreed that the bowl shall secure a letter of credit in the amount of $300,000, which would guarantee a minimum distribution of $150,000 to each team.