FEB-05-2001  07:44      ROHLFING & STONE      1 808 525 7507    P.01/03



**Jeep O'ahu Bowl / Jeep Aloha Bowl Christmas Classics**
Varsity Building · 1110 University Avenue · Suite 403
Honolulu · Hawaii · 96826-1508
Phone (808) 947-4141 · Fax (808) 947-6648
Management Fax (808) 947-1492
e-mail: higames@aloha.net · Website: www.alohabowl.net



February 5, 2001

**VIA FACSIMILE: (317) 917-6983**

Mr. Keith E. Martin
Director of Finance and Business Operations
The National Collegiate Athletic Association
P.O. Box 6222
Indianapolis, Indiana 46206-6222

**Re: Change of Venue**

Dear Mr. Martin:

The O'ahu Bowl postseason college football game, with Aloha Sports Inc. as the sponsoring agency, has been held annually in Honolulu, Hawaii, since the inaugural game on December 25, 1998. For the following reasons, Aloha Sports Inc. is requesting the approval from the Football Certification Subcommittee of the NCAA Division 1 Championships/Competition Cabinet of a change of the site of the Bowl to Seattle, Washington.

It is our desire to significantly increase the team payouts of the Bowl. In order to accomplish this goal, we believe that the Bowl needs to be located in a distinct and separate geographic area from the Aloha Bowl. Holding two bowls in the same city divides the financial support available from the local community in the form of sponsorships and ticket revenue between the two bowl games. Aloha Sports Inc. has to sell to the local community two bowl games for the price of a single ticket or sell competing games against each other, which would make it necessary to sell 100,000 tickets in order to maximize the payout to the teams participating in the bowl games. This becomes impractical due to a limited market and geographic considerations of the participating teams' fan base.

The Bowl also suffers from repeat appearances of the same teams to one or the other of the two bowl games. Since there are two games in the same city, this doubles the likelihood of the same team appearing in one of the two games. When this occurs, it makes it difficult to generate fan support from the team's home fan base as well as from the local community. Ticket sales and sponsorship dollars suffer as a result.

As a result of the above-mentioned difficulties, we have commenced a review of possible venues, primarily on the West Coast. We have narrowed our focus to Seattle, and have had extensive discussions with the City of Seattle regarding relocating the Bowl there.



Christmas Eve · 8:30 pm EST/3:30 pm HST



Christmas Day · 3:30 pm EST/10:30 am HST

CONFIDENTIAL

NCAA 013951

EXHIBIT 37

FEB-05-2001   07:44          ROHLFING & STONE               1 808 525 7507     P.02/03

Mr. Keith E. Martin
February 5, 2001
Page 2 of 3

When one considers the things that are desirable in a city to make it a successful bowl city, Seattle, in our opinion, has a lot to offer. In our talks with the City of Seattle, the Seattle Chamber of Commerce, the Seattle Hotel Association, and First and Goal Inc., which is developing the new 72,000 seat football stadium being built in Seattle, we have received an enthusiastic response toward putting together a very attractive package for the Bowl. The package will include the following components:

- Purchase of Bowl naming rights by the City of Seattle
- A brand new $360,000,000 state-of-the-art stadium with:
  - 72,000 seats
  - 82 luxury suits
  - 7,000 Club seats
  - 11 public elevators
  - Open air, with 70% of fans provided with roof protection
  - 1,400 seats for people with disabilities and their companions
  - 2,000 parking spaces in the exhibition center, with 6,500 spaces in nearby garages
  - Concession areas throughout the stadium at all levels
  - An attached 415,750 square foot Exhibition Center for pre-game activities such as a fan fest and tail-gate parties
- A five-year guarantee of ticket sales
- Financial support in the form of a rebate from the hotel and restaurant industries to the Bowl
- Five new presenting sponsors arranged for by the Chamber of Commerce
- Additional television revenue
- Additional title sponsorship revenue
- Additional merchandise revenue
- Parking revenue
- Food and beverage revenue
- An array of supporting activities for the Teams and their fans to enjoy such as:
  - Experience Music Project
  - Museum of Flight
  - Pacific Science Center
  - The Seattle Arts Museum
  - Tillicum Village
  - The Puget Sound
  - Shopping
  - Tours of Boeing
  - The Washington State ferry systems

CONFIDENTIAL

NCAA 013952

FEB-05-2001  07:44      ROHLFING & STONE          1 808 525 7507    P.03/03

Mr. Keith E. Martin
February 5, 2001
Page 3 of 3

The combined financial package is projected to generate receipts of approximately $8,000,000 to the Bowl, generating a total payout to the two participating conferences of approximately $6,000,000. This package is being negotiated now with all of the entities involved, with the understanding that in order for Aloha Sports Inc. to agree to a relocation of the Bowl to Seattle, all of the commitments will need to be agreed to contractually for a period of five years starting with 2001 and ending with 2006.

We also considered weather as a legitimate concern when considering a northern latitude city as a site for the Bowl. Please find an attached weather chart for December 26th for the past 20 years. December 26th is the proposed date for the Bowl. Two things stood out to us in reviewing this data. First, it has never snowed in Seattle on December 26th during the 20 years we reviewed. Second, it has rained only a few times during the same period. We have concluded that although the weather may not perfect, it is acceptable given the other benefits of moving the Bowl to Seattle.

Management of the Bowl will continue to be provided by Aloha Sports Inc.

For the above reasons, Aloha Sports Inc. requests a venue change for the O'ahu Bowl from Honolulu, Hawaii to Seattle, Washington beginning with the 2001 postseason. We look forward to the Subcommittee's acceptance of this venue change.

Very truly yours,

Frederick W. Rohlfing III
Executive Director

FWR:dkr
Attachment

CONFIDENTIAL

NCAA 013953

TOTAL P.31

| Weather in Seattle for the last 20 years | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Year | Temp. (F) | High (F) | Low (F) | Rain (in.) | Snow (in.) | Wind MPH |
| Dec. 26 | 1980 | 59.5 | 63 | 56 | 0.8 | 0 | |
| Dec. 26 | 1981 | 41 | 44 | 38 | 0 | 0 | |
| Dec. 26 | 1982 | 40 | 45 | 35 | 0 | 0 | |
| Dec. 26 | 1983 | 39.5 | 44 | 35 | 0.02 | 0 | |
| Dec. 26 | 1984 | 40 | 46 | 34 | 0.5 | 0 | |
| Dec. 26 | 1985 | 34 | 37 | 31 | 0 | 0 | |
| Dec. 26 | 1986 | 50 | 54 | 46 | 0 | 0 | |
| Dec. 26 | 1987 | 34.5 | 43 | 26 | 0 | 0 | |
| Dec. 26 | 1988 | 33.5 | 39 | 28 | 0 | 0 | |
| Dec. 26 | 1989 | 38 | 40 | 36 | 0 | 0 | |
| Dec. 26 | 1990 | 37 | 41 | 33 | 0 | 0 | |
| Dec. 26 | 1991 | 47 | 52 | 42 | 0.001 | 0 | |
| Dec. 26 | 1992 | 43 | 45 | 41 | 0.02 | 0 | |
| Dec. 26 | 1994 | 36.5 | 42 | 31 | 0 | 0 | 7.02 |
| Dec. 26 | 1994 | 47.1 | 52 | 41 | 0 | 0 | 0.92 |
| Dec. 26 | 1995 | 31.9 | 43 | 25.9 | N/A | 0 | 6.44 |
| Dec. 26 | 1996 | 31.6 | 33.8 | 30.2 | 0 | 0 | 7.6 |
| Dec. 26 | 1997 | 35.6 | 41 | 32 | 0 | 0 | 9.55 |
| Dec. 26 | 1998 | 45.6 | 50 | 42.1 | N/A | 0 | 3.69 |
| Dec. 26 | 1999 | 34.2 | 39.2 | 32 | 0 | 0 | 4.11 |
| Dec. 26 | 2000 | 48.5 | 51.8 | 44.6 | 0 | 0 | |

CONFIDENTIAL

NCAA 013954