

P.O. Box 6222
Indianapolis, Indiana 46206
Telephone: 317/917-6222

Shipping/Overnight Address:
1802 Alonzo Watford Sr. Drive
Indianapolis, Indiana 46202

www.ncaa.org

*Conf. shopping a 7-5 team*

VIA E-MAIL

MEMORANDUM

*11 a.m. Wednesday November 20*

TO: Members of the NCAA Football Certification Subcommittee

FROM: Dennis Poppe
Managing Director for Baseball and Football.

Keith Martin
Director of Finance and Business Operations.

SUBJECT: November 20 Telephone Conference.

Several issues have developed that require a review by the Football Certification Subcommittee. Therefore, a telephone conference has been established for 11 a.m. Eastern time, Wednesday, November 20. To participate in the conference, please follow these instructions:

- Dial the "ready conference" number 800/213-0326.
- When prompted, enter the participant pass code 277069, followed by the "#" key.
- When prompted, state your name, followed by the "#" key.

The following agenda items will be discussed during the conference:

1. Letters of credit. (Note: Several sponsoring agencies have not submitted their letters of credit by the November 1 deadline.)

2. Institutional bowl eligibility. (Note: We have been informed that a conference may not be able to provide a bowl eligible team for a postseason bowl; however, another conference is considering an agreement with the sponsoring agency that could commit a team with a 6-6 record to the bowl. The issues are what constitutes a contract and when it must it executed. Please refer to NCAA Bylaw 30.9.2.1, page 370 of the 2002-03 NCAA Division I Manual.)

3. Preparations for future meetings

    a. February 4, 2003 – Indianapolis, Indiana
    b. April 28 to May 1, 2003 – San Diego, California

We look forward to meeting with you next week.

DP/KM:lat

National Collegiate Athletic Association

An association of more than 1,200 members serving the student-athlete
Equal Opportunity/Affirmative Action Employer

CONFIDENTIAL                                                                              NCAA 017520

EXHIBIT "39"