SUPPLEMENT<br>DI C/C Cabinet 2/03

# REPORT OF THE
# NCAA DIVISION I FOOTBALL CERTIFICATION SUBCOMMITTEE

1. *ACTION ITEMS.*

    a. **Preseason Exempt Football Game.**

    (1) Recommendation. That the Black Coaches Association Classic preseason exempt football game be played August 23, 2003.

    (2) Rationale. Due to action taken by the NCAA membership and subsequent directive from the NCAA Division I Management Council, no preseason contest, except for the 2003 and 2004 Black Coaches Association Classics, may be granted an exemption to conduct a preseason football contest. The BCA Classic was granted an exemption since it had broadcast contracts for 2003 and 2004 that were agreed upon prior to the January 1999 decision to eliminate preseason exempt contests.

    (3) Budget. None.

    b. **Postseason Bowl Certification Criteria.**

    (1) Recommendation. That if the management and location of a postseason bowl changes subsequent to certification, the bowl must then be certified as a new bowl and submit its application prior to January 15 the next year.

    (2) Rationale. This requirement has been proposed in an attempt to ensure that a postseason bowl is community-oriented and has the support of the host community. Changes to the management of a postseason bowl and its location could impact significantly on the experiences of the student-athletes and others involved in the bowl, and the subcommittee wants to ensure that these changes are in the best interest of postseason football.

    (3) Budget Impact. None.

    c. **Letter of Credit.**

    (1) Recommendation. That the submission deadline for letters of credit be changed from November 1 to September 1 and participating institutions and/or conferences may not be listed as co-signors.

    (2) Rationale. It should be noted that only those sponsoring agencies that have not distributed at least $1 million to participating teams over the past three years are required to provide a $1.5 million letter of credit. (Note: A total of 14 sponsoring agencies submitted letters of credit in 2002.) The subcommittee has experienced difficulty with the submission of letters of credit by the November 1 deadline and some sponsoring agencies have required the teams and/or conferences to be

co-signors. In an attempt to avoid last-minute crisis situations and to alleviate the financial risk of the teams and/or conferences, the committee submits this recommendation.

(3) <u>Budget Impact</u>. None.

2. **INFORMATIONAL ITEMS.**

   a. **Second BCA Preseason Contest.** The subcommittee reviewed but did not support an application from the Black Coaches Association to conduct a second preseason exempt football game in 2003.

   b. **Postseason Bowl Certification -- Contest Status.** The subcommittee endorsed the action taken by the Division I Management Council to draft legislation for consideration at its April meeting to permit an institution to be bowl eligible with a record reflecting a winning percentage of .500 in light of the fact institutions will be permitted to play 12 contests during the 2003 regular season and there exists the possibility that there will not be enough qualified bowl-eligible teams to fill all the available slots in the bowl games under the current rules.

*Committee Chair: Tim Curley, Pennsylvania State University*
*Staff Liaisons: Dennis Poppe, Baseball and Football*
*Keith Martin, Finance and Information Services*

The National Collegiate Athletic Association
February 4, 2003          TC:lat

CONFIDENTIAL                        NCAA 017224