

cc: Nikki Watson
D. Poppe

APR 0 3 2003

April 2, 2003

Keith Martin
Managing Director of Finance and Business Operations
The National Collegiate Athletic Association
700 W. Washington Street
P.O. Box 6222
Indianapolis, Indiana 46206-6222

Fax: 317/917-6888

Re:   Seattle Bowl - 2002

This letter is to notify the NCAA that as of April 1, 2003, the University of Oregon has not received the full contracted financial settlement from Aloha Sports Inc., for participation in the 2002 Seattle Bowl.

Please feel free to contact me for any additional information. We appreciate your assistance.

Sincerely,

Tom Larson
Assistant Athletic Director,
  Business & Finance

c:   Randy Geller
     Director of Policy and Legal Affairs
     University of Oregon
     Fax: 541-346-6110


     Ben Jay
     Assistant Commissioner Business & Finance
     Pacific-10 Conference
     Fax: 925-943-2946

Len Casanova Athletic Center • 2727 Leo Harris Parkway • Eugene, Oregon 97401-8833 • (541) 346-4481 Fax (541) 346-5031

An equal opportunity, affirmative action institution committed to cultural diversity and compliance with Americans with Disabilities Act

UNIVERSITY OF OREGON DEPARTMENT OF INTERCOLLEGIATE ATHLETICS
CONFIDENTIAL                                                    NCAA 017215

EXHIBIT " 43 "