APR 17 '03  05:01PM ATLANTIC COAST CONF                                    P.2/2



# ATLANTIC COAST CONFERENCE
OFFICE OF THE COMMISSIONER

April 17, 2003

Mr. Keith Martin, Managing Director
NCAA Finance and Business Operations
P.O. Box 6222
Indianapolis, IN 46206-6222

Keith:

As of today, the Seattle Bowl has not fulfilled its financial obligations under the existing contract between Aloha Sports, Inc (d.b.a. the Seattle Bowl) and the Atlantic Coast Conference dated November 13, 2002.

The amount of monies owed the Atlantic Coast Conference is approximately $213,000 from the 2002 bowl game, and approximately $24,000 from a previous contract for the 2001 game.

Should we receive any payments from the bowl in the near future, I will immediately contact your office and make that information available to you.

Thank your for any assistance in resolving this matter for us.

Sincerely,

John D. Swofford
Commissioner

4512 WEYBRIDGE LANE • GREENSBORO, NC 27407 • P.O. DRAWER ACC • GREENSBORO, NC 27417-6724 • (336) 854-8787
MEDIA & VIDEO SERVICES (336) 851-6062 • MEDIA FAX (336) 854-8797 • ADMINISTRATION FAX (336) 316-6097

CLEMSON UNIVERSITY • DUKE UNIVERSITY • FLORIDA STATE UNIVERSITY • GEORGIA INSTITUTE OF TECHNOLOGY • UNIVERSITY OF MARYLAND
NORTH CAROLINA STATE UNIVERSITY • UNIVERSITY OF NORTH CAROLINA • UNIVERSITY OF VIRGINIA • WAKE FOREST UNIVERSITY

CONFIDENTIAL                                                          NCAA 017216

EXHIBIT "HH"