[Effective August 1, 2001]

# 2001-02 NCAA DIVISION I MANUAL



Constitution

Operating Bylaws

Administrative Bylaws

EXHIBIT " 45 "



THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
P.O. Box 6222
Indianapolis, Indiana 46206-6222
317/917-6222

July 2001

[ISSN 1093-3174]

**Text Prepared By:** NCAA Membership Services Staff.
**Production By:** Mandy Keller, *Production Designer.*
**Edited By:** Michael V. Earle, *Communications Manager.*

*This publication incorporates the final legislative actions taken by the Division I Board of Directors from August 1, 2000, through the Board's April 2001 meeting. In addition, interpretations identified by the Division I Academics/Eligibility/Compliance Cabinet Subcommittee on Legislative Review/Interpretations are included in the Manual. Legislation approved by the Board is set off by a gray background and contains the date of adoption or revision. Interpretations included by the Legislative Review/Interpretations Subcommittee are set off by a gray background and also include an adoption or revision date. Readers seeking the legislative history of a given provision (i.e., earlier dates of adoption or revision) should consult the appropriate paragraphs in the 1988-89 NCAA Manual or the NCAA membership services staff.*

Distributed to: directors of athletics; faculty athletics representatives; senior woman administrators; chief executive officers; conference commissioners; compliance officers; and provisional, affiliated and corresponding members.

NCAA, NCAA logo and National Collegiate Athletic Association are registered marks of the Association, and use in any manner is prohibited unless prior approval is obtained from the Association.

©2001 by the National Collegiate Athletic Association

NCAA002730

**1**

**NAME AND PURPOSE**

## CONSTITUTION, ARTICLE 1

# Name, Purposes and Fundamental Policy

| | | |
|---|---|---|
| 1.1 | Name | 1 |
| 1.2 | Purposes | 1 |
| 1.3 | Fundamental Policy | 1 |

## 1.1 NAME

The name of this organization shall be "The National Collegiate Athletic Association."

## 1.2 PURPOSES

The purposes of this Association are:

(a) To initiate, stimulate and improve intercollegiate athletics programs for student-athletes and to promote and develop educational leadership, physical fitness, athletics excellence and athletics participation as a recreational pursuit;

(b) To uphold the principle of institutional control of, and responsibility for, all intercollegiate sports in conformity with the constitution and bylaws of this Association;

(c) To encourage its members to adopt eligibility rules to comply with satisfactory standards of scholarship, sportsmanship and amateurism;

(d) To formulate, copyright and publish rules of play governing intercollegiate athletics;

(e) To preserve intercollegiate athletics records;

(f) To supervise the conduct of, and to establish eligibility standards for, regional and national athletics events under the auspices of this Association;

(g) To cooperate with other amateur athletics organizations in promoting and conducting national and international athletics events;

(h) To legislate, through bylaws or by resolutions of a Convention, upon any subject of general concern to the members related to the administration of intercollegiate athletics; and

(i) To study in general all phases of competitive intercollegiate athletics and establish standards whereby the colleges and universities of the United States can maintain their athletics programs on a high level.

## 1.3 FUNDAMENTAL POLICY

**1.3.1 Basic Purpose.** The competitive athletics programs of member institutions are designed to be a vital part of the educational system. A basic purpose of this Association is to maintain intercollegiate athletics as an integral part of the educational program and the athlete as an integral part of the student body and, by so doing, retain a clear line of demarcation between intercollegiate athletics and professional sports.

**1.3.2 Obligations of Member Institutions.** Legislation governing the conduct of intercollegiate athletics programs of member institutions shall apply to basic athletics issues such as admissions, financial aid, eligibility and recruiting. Member institutions shall be obligated to apply and enforce this legislation, and the enforcement procedures of the Association shall be applied to an institution when it fails to fulfill this obligation.

1

NCAA002743

BYLAW, ARTICLE 18

# Championships and Postseason Football

| | | | | | |
|---|---|---|---|---|---|
| 18.01 | General Principles | 305 | 18.3 | Current Championships | 307 |
| 18.02 | Definitions and Applications | 305 | 18.4 | Eligibility for Championships | 308 |
| 18.1 | Regulations and Authority for Conduct of Championships | 305 | 18.5 | Automatic Qualification by Conference | 310 |
| 18.2 | Criteria for Establishment or Continuation of Championships | 306 | 18.6 | Playing Rules for Championships | 310 |
| | | | 18.7 | Postseason Football | 310 |

## 18.01 GENERAL PRINCIPLES

**18.01.1 Purpose of NCAA Championships.** NCAA championships are intended to provide national-level competition among the best eligible student-athletes and teams of member institutions, with consideration also for approved regional structures for certain championships.

**18.01.2 Postseason Competition Not Sponsored by a Collegiate Entity.** Competition by member institutions in postseason contests that are not sponsored, promoted, managed and controlled by a collegiate entity shall conform to the requirements set forth in this article and all other applicable legislation of the Association, which may include penalties for violations of these requirements by sponsoring agencies.

## 18.02 DEFINITIONS AND APPLICATIONS

### 18.02.1 Championships

**18.02.1.1 National Collegiate Championship.** A national collegiate championship for a particular sport is postseason competition conducted by the Association for eligible student-athletes and teams of active member institutions to determine the NCAA champion in that sport for all divisions that do not have a separate division championship in that sport. A national collegiate championship is established or continued in accordance with the criteria set forth in Bylaws 18.2.3 and 18.2.4.

**18.02.1.2 Division Championship.** A division championship for a particular sport is postseason competition conducted by the Association for eligible student-athletes or teams of active member institutions to determine the division champion in that sport. A division championship is established or continued in accordance with the criteria set forth in Bylaws 18.2.3 and 18.2.4.

**18.02.2 Mixed Team.** A mixed team is a varsity intercollegiate sports team on which at least one individual of each gender competes (see Bylaw 18.2.8.3). *(Revised: 1/11/94)*

**18.02.3 Open Date.** An open date is a regular weekend playing date prior to the end of an institution's regular football schedule on which an institution is not playing a game, or a date approved by the Management Council, by a two-thirds majority of its members present and voting, to enable an institution to assist financially in meeting an unforeseen hardship situation resulting directly from the institution's intercollegiate athletics activities.

**18.02.4 Postseason Football Bowl Game.** A postseason football bowl game is a football contest conducted after the regular football season and involving two teams selected because of their regular-season performance (e.g., won-lost record, conference championship). Participation in such events by member institutions is limited to those bowl games that are certified by the Association per Bylaws 18.7 and 30.9.

## 18.1 REGULATIONS AND AUTHORITY FOR CONDUCT OF CHAMPIONSHIPS

All NCAA championships shall be conducted in accordance with this bylaw and the policies and procedures established by the Championships/Competition Cabinet, which shall establish and revise the policies and procedures governing the administration of NCAA championships, including selection processes, formats and distribution of revenues to participating institutions. NCAA championships shall be under the control, direction and supervision of the appropriate sports committees, subject to the requirements, standards and conditions prescribed in Bylaw 31. *(Revised: 1/10/91)*

**18**

POSTSEASON EVENTS

NCAA002806

## 18.2  CRITERIA FOR ESTABLISHMENT OR CONTINUATION OF CHAMPIONSHIPS

The establishment or continuation of an NCAA championship in a given sport shall be determined on the basis of the requirements in the following bylaws, with sponsorship of a sport based on the Association's records as of September 30 each year.

**18.2.1  National Collegiate Championship.** A National Collegiate Championship for which any active member in good standing is eligible (per Bylaw 20.8) may be established by action of all three divisions acting through each division's governance structure, subject to the requirements, standards and conditions regarding the required number of members sponsoring the sport as prescribed in this bylaw. *(Revised: 1/14/97 effective 8/1/97)*

**18.2.2  Division Championship.** A Division I championship in a particular sport may be established by a majority vote of the Board of Directors subject to the requirements, standards and conditions regarding the required number of members sponsoring the sport as prescribed in this bylaw. *(Revised: 1/9/96 effective 8/1/97)*

**18.2.3  Championships Existing during 1993-94.** A National Collegiate Championship or a division championship that existed during the 1993-94 academic year may be continued if at least 40 member institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94)*

    **18.2.3.1  National Collegiate and Division Championship in Same Sport.** If a National Collegiate Championship and a division championship exist in the same sport, sponsorship of the sport in the division in which the division championship is conducted shall not count toward the minimum sponsorship number for the National Collegiate Championship. *(Adopted: 1/11/94 effective 8/1/94)*

**18.2.4  Championships Established during 1994-95 or Later.** A National Collegiate Championship or a division championship may be established during the 1994-95 academic year or thereafter if at least 50 institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94)*

    **18.2.4.1  Exception for Women's Sports during the 1994-95 through 2003-04 Academic Years.** A National Collegiate Championship or a division championship may be established during the 1994-95 through 2003-04 academic years in a women's sport in which the Association does not already conduct a championship if at least 40 institutions sponsor the sport. *(Adopted: 1/11/94 effective 8/1/94, Revised: 4/22/98 effective 8/1/98)*

    **18.2.4.2  Sponsorship Criteria**

        **18.2.4.2.1  Minimum Period.** In men's sports, the applicable minimum sponsorship number must exist for two consecutive academic years in order for a championship to be established. Legislation to establish the championship may be proposed during the second year in which the minimum sponsorship number exists. In women's sports, the applicable minimum sponsorship number must exist for one academic year in order for a championship to be established. Legislation to establish the championship may be proposed during the year in which the minimum sponsorship number exists. Varsity sports sponsored prior to August 1, 1994, shall count toward the minimum year sponsorship requirement. *(Adopted: 1/11/94 effective 8/1/94, Revised 10/28/99 effective 8/1/00)*

        **18.2.4.2.2  National Collegiate and Division Championship in Same Sport.** If a National Collegiate Championship and a division championship exist in the same sport, sponsorship of the sport in the division in which the division championship is conducted shall not count toward the minimum sponsorship number for the National Collegiate Championship. *(Adopted: 1/11/94 effective 8/1/94)*

**18.2.5  Establishment of Single Championship in Sport.** If only one championship is established or continued in accordance with Bylaws 18.2.3 and 18.2.4, it shall be a National Collegiate Championship for which any active member institution in good standing can be eligible.

**18.2.6  Establishment of Three Championships in Sport.** If a National Collegiate Championship and two division championships exist in the same sport, the National Collegiate Championship automatically shall become a division championship for the remaining division that does not sponsor a division championship in that sport.

**18.2.7  Establishment of Two Championships in Sport.** If a National Collegiate Championship and one division championship exist in the same sport, only the members of the division sponsoring the division championship may participate in the division championship, and that division's membership may not participate in the National Collegiate Championship in that sport.

**18.2.8  Determination of Sponsorship Requirements**

    **18.2.8.1  Single-Gender Athletics Programs.** For purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4, member institutions sponsoring no varsity intercollegiate athletics programs for men shall not be included in making calculations concerning men's championships, and

306

NCAA002807

member institutions sponsoring no varsity intercollegiate athletics programs for women shall not be included in making calculations concerning women's championships.

**18.2.8.2 Separate Men's and Women's Teams, Same Sport.** For purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4 for a combined men's and women's championship, separate varsity intercollegiate men's and women's teams in the same sport at a member institution shall be counted separately.

**18.2.8.3 Mixed Team.** For purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4, a mixed team (as defined in Bylaw 18.02.02) shall be counted as one team. A mixed team shall count toward the minimum sponsorship percentage for men's championships.

**18.2.9 Subdivision Requirements.** If a division subdivides for the administration of a sport, resulting in less than the applicable minimum number of the division's active members sponsoring the sport on a varsity intercollegiate basis in that subdivision, the subdivision shall meet the requirement within three years of the date the subdivision was created. It may establish and conduct a championship in the interim. *(Revised: 1/11/94 effective 8/1/94)*

**18.2.10 Failure to Meet Minimum Sponsorship Requirements.** A championship shall be discontinued automatically at the conclusion of the academic year in which it falls below the applicable minimum sponsorship number set forth in Bylaw 18.2.3 or 18.2.4. *(Revised: 1/11/94 effective 8/1/94)*

**18.2.10.1 Exception—Olympic Sports.** A National Collegiate Championship or a division championship in any Olympic sport shall be exempt from the minimum-sponsorship-percentage requirements of Bylaws 18.2.3 and 18.2.4. The membership may adopt specific legislation to discontinue the championship in an Olympic sport. *(Adopted: 1/14/97 effective 8/1/97)*

**18.2.10.2 Exception—Men's and Women's Lacrosse.** A National Collegiate Championship or a division championship in the sports of men's and women's lacrosse shall be exempt from the minimum sponsorship-percentage requirements of Bylaws 18.2.3 and 18.2.4. The membership may adopt specific legislation to discontinue the championship in the sport of men's lacrosse. *(Adopted: 10/28/99 effective 8/1/00)*

# 18.3 CURRENT CHAMPIONSHIPS

The Association will administer 87 national championships in 2001-02. Nine are National Collegiate Championships. Additionally, there are 26 Division I championships, 25 Division II championships and 27 Division III championships. (See Bylaw 31.02.2 for information about the classification and terminology of championships and see Constitution 5.3.11.1 and 5.3.11.2 for the voting requirements for the establishment of a new championship.) The championships for 2001-02 are as follows: *(Revised: 1/10/90, 1/10/92, 1/9/96, 4/27/00, 4/26/01)*

**18.3.1 National Collegiate Championships (9)**

| Men (3) | Men and Women (3) | Women (3) |
|---|---|---|
| Gymnastics | Fencing | Gymnastics |
| Volleyball | Rifle | Ice Hockey *(Adopted: 4/27/00)* |
| Water Polo | Skiing | Water Polo *(Adopted: 4/27/00)* |

**18.3.2 National Collegiate Division I Championships (26)**

| Men (13) | Women (13) |
|---|---|
| Baseball | Basketball |
| Basketball | Cross Country |
| Cross Country | Field Hockey |
| I-AA Football | Golf |
| Golf | Lacrosse *(Adopted 4/27/00)* |
| Ice Hockey | Rowing *(Adopted 1/1/96; Revised: 4/26/01 effective 8/1/01 with the 2002 championship)* |
| Lacrosse | Soccer |
| Soccer | Softball |
| Swimming and Diving | Swimming and Diving |
| Tennis | Tennis |

307

18

POSTSEASON EVENTS

**Current Championships/18.3.2—Eligibility for Championships/18.4.1.5.1**

| | |
|---|---|
| Indoor Track and Field | Indoor Track and Field |
| Outdoor Track and Field | Outdoor Track and Field |
| Wrestling | Volleyball |

## 18.4 ELIGIBILITY FOR CHAMPIONSHIPS

**18.4.1 Student-Athlete Eligibility.** To be eligible for NCAA championships, a student-athlete shall meet all applicable individual-eligibility requirements set forth in NCAA legislation. The general and academic eligibility requirements are set forth in detail in Bylaw 14.

**18.4.1.1 Institution's Responsibility.** The responsibility of an institution to withhold from all intercollegiate competition a student-athlete who is ineligible under any NCAA legislation is set forth in Bylaw 14.11.1.

**18.4.1.2 Academics/Eligibility/Compliance Cabinet Authority.** The Academics/Eligibility/Compliance Cabinet shall have initial authority to determine all matters pertaining to the eligibility of student-athletes competing in the various NCAA championships and to act upon all appeals concerning the eligibility of student-athletes submitted by member institutions (see Bylaw 14.12).

**18.4.1.3 Protest of Eligibility Status.** If a student-athlete has been certified by the institution as eligible to compete in an NCAA championship and the student-athlete's eligibility is protested, the Academics/Eligibility/Compliance Cabinet shall not rule on such a protest received during the period beginning 24 hours before the event and ending with the conclusion of the event. (See Bylaw 31.2.2.3 regarding protests received during a break in the continuity of a championship.)

**18.4.1.4 Amateur-Status Certification.** If requested by the Championships/Competition Cabinet, the student-athlete shall certify his or her amateur standing under the provisions of Bylaw 12 by signing an affidavit that is administered by the chair of the games committee and taken on a form prescribed by the Championships/Competition Cabinet.

**18.4.1.5 Ineligibility for Use of Banned Drugs.** A student-athlete who is found to have utilized a substance on the list of banned drugs, as set forth in Bylaw 31.2.3.1, shall be declared ineligible for further participation in postseason and regular-season competition in accordance with the ineligibility provisions in Bylaw 18.4.1.5.1. The certifying institution may appeal to the Academics/Eligibility/Compliance Cabinet for restoration of the student-athlete's eligibility if the institution concludes that circumstances warrant restoration. *(Revised: 1/10/90 effective 8/1/90)*

**18.4.1.5.1 Duration of Ineligibility.** A student-athlete who tests positive (in accordance with the testing methods authorized by the Executive Committee) shall be charged with the loss of a minimum of one season of competition in all sports if the season of competition has not yet begun for that student-athlete or a minimum of the equivalent of one full season of competition in all sports if the student-athlete tests positive during his or her season of competition (i.e., the remainder of contests in the current season and contests in the subsequent season up to the period of time in which the student-athlete was declared ineligible during the previous year). The student-athlete shall remain ineligible for all regular-season and postseason competition during the time period ending one calendar year (i.e., 365 days) after the student-athlete's positive drug test and until the student-athlete retests negative (in accordance with the testing methods authorized by the Executive Committee) and the student-athlete's eligibility is restored by the Academics/Eligibility/Compliance Cabinet. If the student-athlete transfers to another NCAA institution while ineligible, the institution from which the student-athlete transferred must notify the institution that the student-athlete is ineligible. If the student-athlete tests positive a second time for the use of any drug, other than a "street drug" as defined in Bylaw 31.2.3.1, he or she shall lose all remaining regular-season and postseason eligibility in all sports. If the student-athlete tests positive for the use of a "street drug" after being restored to eligibility, he or she shall be charged with the loss of a minimum of one additional season of competition in all sports and also shall remain ineligible for regular-season and postseason competition at least through the next calendar year. If the student-athlete immediately transfers to a non-NCAA institution while ineligible and competes in collegiate competition within the 365-day period at a non-NCAA institution, the student-athlete will be ineligible for all NCAA regular-season and postseason competition until the student-athlete does not compete in collegiate competition for a 365-day period. Additionally, the student-athlete must retest negative (in accordance with the testing methods authorized by the Executive Committee) and request that eligibility be restored by the Academics/Eligibility/Compliance Cabinet. In addition, a student-athlete who has previously tested positive for performance-enhancing drugs as a result of a drug test administered by any other athletics organization and subsequently tests positive (in accordance with the testing methods authorized by the Executive Committee) shall be subject to these ineligibility provisions. *(Revised: 1/10/90 effective 8/1/90, Revised: 1/16/93, 1/9/96 effective 8/1/96, Revised: 1/14/97 effective 8/1/97)*

308

NCAA002809

**18.4.1.5.2 Banned Drugs and Drug-Testing Methods.** The Executive Committee shall adopt a list of banned drugs and shall authorize methods for drug testing of student-athletes on a year-round basis. The list of banned drugs and the procedure for informing member institutions about authorized methods for drug testing are set forth in Bylaws 31.2.3.1 and 31.2.3.3, respectively. *(Revised: 1/10/90 effective 8/1/90)*

**18.4.1.5.3 Non-NCAA Athletics Organization's Positive Drug Test.** The Executive Committee shall authorize methods for drug testing any student-athlete who has disclosed in the student-athlete statement (see Bylaw 14.1.3.1) that he or she has a positive drug test administered by a non-NCAA athletics organization. *(Adopted: 1/14/97 effective 8/1/97)*

## 18.4.2 Institutional Eligibility

**18.4.2.1 General Institutional Requirements.** To be eligible to enter a team or an individual in NCAA championship competition, an institution shall:

(a) Be an active member in good standing in the appropriate division, or have its sport so classified, and be eligible under the rules of the member conference of which it is a member;

(b) Have paid its membership dues for the current year in accordance with the deadlines set forth in Bylaw 31.2.1.2;

(c) Designate (in accordance with Bylaw 20) its athletics program as Division I for competition and possible eligibility for championships in those intercollegiate sports recognized by the NCAA;

(d) Certify, through its chief executive officer on a form approved by the Management Council, the institution's compliance with NCAA legislation. The certification shall be completed not later than September 15 (see Bylaw 30.3 for details about information required on the certification form); *(Revised: 1/10/95)*

(e) Have confirmed annually its sponsorship of a varsity intercollegiate team in the sport by so reporting on the NCAA official information form; and *(Adopted: 1/10/90)*

(f) Refrain from entering a student-athlete as an individual or as a member of a team in an NCAA championship if it is acknowledged by the institution or established through the Association's enforcement procedures that the institution or representative(s) of its athletics interests violated NCAA regulations in the recruiting of the student-athlete. The institution may appeal to the Academics/Eligibility/Compliance Cabinet for restoration of the student-athlete's eligibility (see Bylaw 14.12).

**18.4.2.1.1 Additional Requirements.** Other requirements for institutional eligibility for championships are set forth in Bylaw 31.2.1.

**18.4.2.2 Championships—Eligibility.** To be eligible to enter a team or an individual in an NCAA championship, a member institution also shall:

(a) Limit its athletically related grant-in-aid awards and eligibility for participation in practice or competition to student-athletes who meet the following requirements:

    (1) Freshman eligibility requirements for financial aid, practice and competition set forth in Bylaws 14.3.1 and 14.3.2; and

    (2) Transfer eligibility requirements for financial aid, practice and competition set forth in Bylaws 14.5.4.1 and 14.5.4.2 (for transfer from a two-year college) or in Bylaw 14.5.5.1 (for transfer from a four-year college);

(b) Have operated for a period of two years in conformity with the requirements of 18.4.2.2-(a) at the time it certifies conformance;

(c) Report annually to the NCAA through the chief executive officer, on a form approved by the Management Council, the admissions and graduation-rate data specified in Bylaw 30.1. The data shall be received in the national office not later than March 1. Any data received after that date shall appear on a form postmarked not later than February 22; and *(Revised: 1/10/90 effective immediately for data collection and effective 10/1/91 for disclosure, Revised: 10/28/97)*

(d) In Division I-AA football, have complied with the minimum scheduling requirements set forth in Bylaw 20 for a period of two years. *(Adopted: 11/1/00 effective 8/1/01)*     **I-AA**

**18.4.2.2.1 Division II or Division III Institution Petitioning for Division I Classification.** A Division II or Division III institution petitioning for Division I institutional membership or eligibility in a sport (in accordance with Bylaw 20) shall have operated in conformity with the requirements of Bylaw 18.4.2.2-(a) for a period of two years preceding the effective date of its Division I membership or be ineligible for Division I championships.

**18**

POSTSEASON EVENTS

NCAA002810

**18.5 AUTOMATIC QUALIFICATION BY CONFERENCE.** To be eligible for automatic qualification into any Division I championship, a conference shall:

(a) Have at least six member institutions classified in Division I in the sport in which automatic qualification is sought; and

(b) Meet all requirements for conference automatic qualification set forth in Bylaw 31.3.4.

**18.5.1 Men's Basketball Eligibility Requirements.** For automatic qualification in the sport of men's basketball in Division I, a conference shall meet the following additional requirements:

(a) It shall determine a conference champion in at least six sports [at least two of which must be team sports as set forth in Bylaw 31.3.4-(a)]; and in each of these six sports, at least six of the conference's member institutions shall sponsor the sport on the varsity intercollegiate level; and

(b) It shall conduct double round-robin, in-season conference competition, or a minimum of 14 conference games, before declaring its champion in basketball. *(Revised: 1/10/91 effective 8/1/91)*

## 18.6 PLAYING RULES FOR CHAMPIONSHIPS

In sports in which the Association maintains rules committees, the rules adopted by said committees shall govern the conduct of all NCAA-sponsored events in those sports. In those sports in which the Association does not maintain rules committees, the rules to be used are specified in Bylaw 31.1.6.

## 18.7 POSTSEASON FOOTBALL

**18.7.1 Permissible Football Games.** The only football games in which a member institution may compete are:

(a) Games scheduled as to the identity of a participating college before the beginning of the regular football season of the institution for any academic year, including not only games for which the identity of one participating college is known, but also one for which the institution's opponent is not known at the time of scheduling;

(b) Any football game scheduled between two colleges [which is to be played on a common and regular open date (as defined in Bylaw 18.02.3) of their regular football seasons, on the campus or in the regular playing stadium of either team], even if it is scheduled after the beginning of either participant's football season;

(c) Games that are part of the NCAA championships for Division I-AA members;

(d) Games that are part of the National Association of Intercollegiate Athletics football championships;

(e) A conference championship game on an open date during the traditional fall season, provided the game is played (as opposed to scheduled) the week prior to the first round of an NCAA football championship date and provided the game is listed on the schedules of all conference members; and

(f) Certified postseason bowl games that meet all requirements and conditions set forth in Bylaw 30.9.

**18.7.1.1 Institutional Eligibility—Written Report.** The director of athletics of a member institution that participates in a postseason bowl game shall submit by the subsequent February 1 a written report on the event as specified in Bylaw 30.9.1. *(Adopted: 1/10/90)*

**I-A/**
**I-AA**     **18.7.2 Postseason Football Championship and Postseason Bowl Certification.** In Division I-A, postseason bowl games must meet the conditions and requirements set forth in Bylaw 30.9 in order to be certified. In Division I-AA, postseason championship football games and bowl games that are exempt from the maximum number of football contests per Bylaw 17.11.5.1, except for the Division I-AA Football Championship, must meet the reporting requirements set forth in Bylaw 30.9. *(Revised: 1/10/92)*

**I-A**     **18.7.3 Eligibility Rules.** The eligibility rules governing individual participation and drug usage shall be as demanding for participants in postseason bowl games as those governing participation in NCAA championships. To attest to the eligibility of its student-athletes (in conformity with this paragraph), each institution selected or qualified for a postseason game shall meet the certification-of-eligibility requirements set forth in Bylaws 14.10 and 30.12. *(Revised: 1/10/95)*

**I-A**     **18.7.3.1 Institutional Eligibility.** The competing institutions shall be active members of the Association, and members shall conduct their intercollegiate athletics programs in conformance with the requirements for institutional eligibility set forth in Bylaw 18.4.2.2-(a).

**I-A**     **18.7.4 Expenses for Spouses/Children.** A competing institution may include the spouses and children of players on the traveling squad as part of its official party to attend a certified postseason football game and may pay their necessary travel, lodging and meal costs (see also Bylaw 16.6.1.1).

NCAA002811

ADMINISTRATIVE BYLAW, ARTICLE 30

# Administrative Regulations

30

ADMINISTRATIVE
REGULATIONS

| | | |
|---|---|---|
| 30.01 | General Principle | 363 |
| 30.1 | Admissions and Graduation-Rate Disclosure | 363 |
| 30.2 | All-Star Contests | 363 |
| 30.3 | Certification of Compliance | 364 |
| 30.4 | Consortium, Athletics | 364 |
| 30.5 | Drug-Testing Consent Form | 365 |
| 30.6 | Five-Year Rule Waiver | 366 |
| 30.7 | Foreign Tours and Competition | 366 |
| 30.8 | Outside Competition, National Team | 367 |
| 30.9 | Postseason Bowl Certification | 368 |
| 30.10 | Contest Exemptions/Certification | 369 |
| 30.11 | Recruiting Calendars | 373 |
| 30.12 | Student-Athlete Statement | 377 |
| 30.13 | Squad List | 377 |
| 30.14 | Summer Baseball | 377 |
| 30.15 | Summer Basketball | 380 |
| 30.16 | Basketball Event Certification —Women's Basketball | 380 |
| 30.17 | Final Four Basketball Event Certification | 381 |
| 30.18 | U.S. Service Academy Waivers | 381 |

## 30.01  GENERAL PRINCIPLE

Constitution 5.2.3 authorizes the Board of Directors to adopt or amend administrative regulations. *(Revised: 1/9/96 effective 8/1/97)*

## 30.1  ADMISSIONS AND GRADUATION-RATE DISCLOSURE

An institution shall not be eligible to enter a team or an individual competitor in an NCAA championship unless it has completed the Integrated Postsecondary-Education Data System Graduation-Rate Survey (IPEDS GRS-1) on or before the applicable deadline established by federal regulations. *(Revised: 1/10/90, 1/6/91 effective immediately for data collection, effective 10/1/91 for disclosure, Revised: 4/15/92, 1/14/97, 10/28/97, 8/11/98)*

## 30.2  ALL-STAR CONTESTS

**30.2.1  High School Football and Basketball.**  As provided in Bylaw 14.6, a student-athlete shall be denied the first year of intercollegiate athletics competition if, following completion of high school eligibility in the student-athlete's sport and prior to the student-athlete's high school graduation, the student-athlete competes in more than two all-star football contests or two all-star basketball contests.

   **30.2.1.1  High-School All-Star Contest Defined.**  A high-school all-star contest is any contest in the sport of football or basketball that meets the following criteria:

   (a) The teams participating in the contest involve individuals who have completed their high-school eligibility in the sport and have not yet enrolled in and attended classes during a regular term at a collegiate institution;

   (b) The contest is scheduled and publicized in advance;

   (c) The competition is sponsored and promoted by an individual, organization or agency; and

   (d) The individuals are selected for participation in the contest on an invitational basis and have not competed together previously as members of a team that played a regular schedule of games in an organized recreation or interscholastic program.

   **30.2.1.2  Contests Not Considered High-School All-Star Competition.**  Contests conducted under the criteria listed in Bylaw 30.2.1.1 shall not be considered all-star competition for purposes of Bylaw 14.6 if one or more of the following conditions is applicable:

   (a) The contest occurs within a framework of a regularly scheduled recreational program involving solely participants from the community in which the sponsor is located;

   (b) The competition is limited solely to participants from the community in which the sponsor is located and no revenue, including gate receipts, concessions, program sales or contributions, is generated from the contest;

   (c) The competition is scheduled within the framework of an established cultural exchange program involving other educational activities; or

363

Postseason Bowl Certification/30.9—30.9.8

## 30.9  POSTSEASON BOWL CERTIFICATION

The following conditions and requirements shall be met in order for a postseason bowl game to be certified [Note: There shall be a limit of 26 on the number of certified postseason bowl games during the 2001-02 and 2002-03 playing seasons]. *(Revised: 4/26/01)*

I-A  **30.9.1  Written Report.**  The director of athletics of a member institution that participates in a postseason bowl game shall submit to the Championships/Competition Cabinet a written report on the conduct and administration of the event, with special emphasis on game management. The report shall be submitted by the subsequent February 1 on a form approved by the Management Council. *(Adopted: 1/10/90)*

I-A  **30.9.2  Contest Status.**  A contest shall be certified only if it serves the purpose of providing a national contest between deserving winning teams. A "deserving winning team" shall be defined as one that has won a minimum of six games against Division I-A opponents and that has more wins than losses. Tie games do not count in determining a team's won-lost record. Further, when forfeiture of a regular-season football victory is required by the NCAA Division I Committee on Infractions, a conference or self-imposed by an institution as a result of a violation of NCAA rules, neither of the competing institutions may count that contest in satisfying the definition of a "deserving winning team." *(Revised: 10/18/89, 10/12/93, 4/20/99)*

I-A  30.9.2.1  **Exception—Division I-AA Opponent.**  Once every four years, a Division I-A institution may count one victory against a Division I-AA opponent toward the six-win minimum, provided the Division I-AA opponent has averaged 60 financial aid equivalencies in football during the three preceding academic years. *(Adopted: 10/28/97 effective 8/1/98)*

I-A  30.9.2.1.1  **Waiver.**  The Football Issues Committee may approve a waiver of the 60-equivalency requirement to permit a Division I-A institution, once every four years, to count a victory against a Division I-AA opponent in the sport of football toward meeting the six-victory requirement when a unique or catastrophic situation affects the Division I-AA institution's ability to average 60 equivalencies during the three preceding academic years. *(Adopted: 8/11/98)*

I-A  30.9.2.2  **Waiver for Conference Champion.**  The Management Council, by a two-thirds majority of its members present and voting, or a committee designated by the Management Council, may approve a waiver of the six-victory requirement to enable a conference champion to participate in a bowl game when the conference champion is scheduled contractually to participate in the game. *(Adopted: 1/12/93, Revised: 10/28/97)*

I-A  **30.9.3  Participation Restrictions.**  The competing institutions shall be active members of this Association, and a member institution shall not participate in more than one such game during any academic year.

I-A  **30.9.4  Official Invitation.**  An official invitation to participate in a certified postseason bowl game shall be issued in writing from the executive director of the sponsoring agency to the institution's director of athletics, who shall send to the executive director written confirmation of the acceptance of the invitation. *(Revised: 8/4/89, 10/18/89)*

I-A  **30.9.5  Application and Review Schedule for Proposed Game.**  The application for the inauguration of a contest will be received from a proposing sponsor only at the annual spring meeting of the Championships/Competition Cabinet. The committee will approve or disapprove the contest at its annual spring meeting held during the next calendar year. The proposing sponsor's application must be received at the NCAA national office not later than the January 15 directly preceding the meeting of the committee; any report received after that date must be postmarked not later than January 8. The sponsor shall submit to the committee, with its application form, a projected financial report showing financial soundness of the proposed game. *(Revised: 10/18/89, 4/20/94)*

I-A  **30.9.6  Certification Documents.**  The Championships/Competition Cabinet shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with the restrictions on game negotiations in Bylaw 18.7 in consideration for receiving certification of its postseason bowl game.

I-A  **30.9.7  Playing Rules.**  The official playing rules of the Association shall govern the conduct of the game, except that the Football Rules Committee has authorized the intermission between halves to extend to 30 minutes. *(Revised: 8/4/89)*

I-A  30.9.7.1  **Tiebreaker.**  The game shall utilize the tiebreaker format approved by the NCAA Football Rules Committee. *(Adopted: 10/12/95)*

I-A  **30.9.8  Additional Requirements.**  Additional requirements that must be met in order for a postseason bowl game to be certified are set forth in the NCAA postseason football handbook. *(Adopted: 11/1/00)*

368

NCAA002815

ADMINISTRATIVE BYLAW, ARTICLE 31

# Executive Regulations

| | | | | | |
|---|---|---|---|---|---|
| 31.01 | General Principles | 383 | 31.5 | Financial Administration of Postseason Football | 399 |
| 31.02 | Definitions and Applications | 383 | 31.6 | Rights to NCAA Properties and Marketing Restrictions | 399 |
| 31.1 | Administration of NCAA Championships | 383 | 31.7 | General Financial Management | 401 |
| 31.2 | Eligibility for Championships | 388 | 31.8 | Personnel | 403 |
| 31.3 | Selection of Teams and Individuals for Championships Participation | 393 | 31.9 | NCAA Corporations and Foundations | 403 |
| 31.4 | Financial Administration of Championships | 397 | 31.10 | National Statistics Program | 403 |
| | | | | Figure 31-1 | 407 |

**31**

**EXECUTIVE REGULATIONS**

## 31.01 GENERAL PRINCIPLES

**31.01.1 Names of Championships.** All NCAA championships (see Bylaw 18.3) have formal designations that identify their appropriate category and sport classification (see Bylaw 31.02.2). The name of each championship is the property of the Association (see Bylaw 31.6).

**31.01.2 Postseason Championship Opportunities.** NCAA championships are intended to provide national-championship competition among the best eligible student-athletes and teams at the conclusion of the respective sport seasons, with consideration for regional structures that may be approved for certain championships.

**31.01.3 Size of Championships Fields.** The size of all NCAA championships fields shall be established by the Championships/Competition Cabinet to provide for efficient management of the events, adequate NCAA championship opportunities relative to the nationwide quality of competition and sound economic administration of the financial resources of the Association and its championships. (See Bylaw 31.3.1 for the criteria to be considered in establishing the size of the championship field.)

**31.01.4 Economy of Operation.** Every sports committee (see Bylaws 21.02.1 through 21.02.3) and games committee (Bylaw 31.1.2) shall exercise all possible economy in the conduct of an NCAA championship.

## 31.02 DEFINITIONS AND APPLICATIONS

**31.02.1 Automatic Qualification.** Automatic qualification is the automatic entry into a championship field by a team or individual student-athletes representing a member conference recommended by the appropriate sports committee and approved by the Championships/Competition Cabinet (see Bylaw 31.3.4).

**31.02.2 Championships Classification and Terminology**

**31.02.2.1 Team Championships.** Team championships are those conducted for the team sports [see Bylaw 17.02.12.1 or 31.3.4.5-(a)]. The title of a team championship is always singular and is identified as a National Collegiate Championship or a division championship (e.g., National Collegiate Women's Rowing Championship, Division I Men's Basketball Championship).

**31.02.2.2 Individual-Team Championships.** Individual-team championships are those conducted for the individual sports [see Bylaw 17.02.12.2 or 31.3.4.5-(b) and (c)]. The title of an individual-team championship is always plural, reflecting the fact that both individual and team championships are determined (e.g., National Collegiate Men's Gymnastics Championships, Division I Women's Tennis Championships).

**31.02.3 Misconduct.** Misconduct in an NCAA championship is any act of dishonesty, unsportsmanlike conduct, unprofessional behavior or breach of law occurring incident to, en route to, from or at the locale of the competition or practice that discredits the event or intercollegiate athletics. *(Revised: 8/15/89, 8/13/92)*

## 31.1 ADMINISTRATION OF NCAA CHAMPIONSHIPS

**31.1.1 Authority of Championships/Competition Cabinet and Sports Committees.** As specified

383

**Financial Admin. of Championships/31.4.6.3—Marketing/31.6.1**

**31.4.6.3 Official Traveling Parties.** The following are the approved official traveling parties for which expenses shall be provided in accordance with the provisions of this section: *(Revised: 8/15/89, 8/14/90, 5/6/93, 5/6/94, 8/3/95)*

| | |
|---|---|
| Baseball | 35 |
| Men's Basketball | |
|     Preliminary rounds | 75 |
|     Finals | 100 |
| Women's Basketball | |
|     First/second rounds | 52 for home team, 75 for visiting team |
|     Regionals | 75 |
|     Finals | 100 |
| Field Hockey *(Revised: 4/27/00 effective 8/1/00)* | 28 |
| Division I-AA Football | |
|     Preliminary rounds | 100 |
|     Finals | 115 |
| Men's Ice Hockey | 31 |
| National Collegiate Women's Ice Hockey *(Adopted: 1/8/01)* | 31 |
| Men's Lacrosse | 40 |
| National Collegiate Women's Lacrosse | 30 |
| National Collegiate Women's Rowing *(Adopted: 1/14/97)* | 31 |
| Men's Soccer *(Revised: 4/27/00 effective 8/1/00)* | 24 |
| Women's Soccer *(Revised: 4/27/00 effective 8/1/00)* | 28 |
| Women's Softball *(Revised: 4/27/00 effective 8/1/00)* | 28 |
| Men's Volleyball | 18 |
| Women's Volleyball | 22 |
| National Collegiate Men's Water Polo | 19 |
| National Collegiate Women's Water Polo *(Adopted: 11/1/00)* | 19 |

**31.4.6.4 Administration of Expense Reimbursement.** The president shall administer the transportation and per diem expense program according to guidelines established by the Championships/Competition Cabinet.

**31.4.7 Net Receipts.** After payment of game and administrative expenses for each championship, the president shall place the remaining moneys in the general operating fund of the Association to be used to cover other expenses of the Association and to be apportioned among member institutions, as directed by the Championships/Competition Cabinet. *(Revised: 8/14/90)*

**31.4.8 Distribution of Forfeited Receipts.** An institution may be obligated to return its share of the revenue distribution for permitting an ineligible student-athlete to participate in the championship (see Bylaw 31.2.2.5). If so, such funds shall be distributed among other member institutions according to a formula prescribed by the Championships/Competition Cabinet. *(Revised: 8/14/90)*

**31.4.9 Publication of Championships Financial Summaries.** A financial summary of each championship shall be published on the Association's Web site.

## 31.5 FINANCIAL ADMINISTRATION OF POSTSEASON FOOTBALL

Additional requirements that must be met in order for a postseason bowl game to be certified are set forth in the NCAA postseason football handbook. *(Adopted: 11/1/00)*

## 31.6 RIGHTS TO NCAA PROPERTIES AND MARKETING RESTRICTIONS

**31.6.1 Names and Marks.** The NCAA owns or controls all rights and interests in its name, logo, seal, trademarks and service marks, whether registered or unregistered, including "National Collegiate Athletic Association," "NCAA," "National Collegiate Championships," "NCAAction," "College Sports USA," "The Final Four," "Women's Final Four," "College World Series," "Women's College World Series" and "Stagg

399

**31**

**EXECUTIVE REGULATIONS**

NCAA002832