[Effective August 1, 2002]

# 2002-03 NCAA DIVISION I MANUAL



Constitution

Operating Bylaws

Administrative Bylaws

EXHIBIT " 46 "

NCAA002877



THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
P.O. Box 6222
Indianapolis, Indiana 46206-6222
317/917-6222

July 2002

[ISSN 1093-3174]

**Text Prepared By:** NCAA Membership Services Staff.

**Production By:** Mandy Keller, *Production Designer.*

**Edited By:** Michael V. Earle, *Communications Manager.*

*This publication incorporates the final legislative actions taken by the Division I Board of Directors from August 1, 2001, through the Board's April 25, 2002, meeting. In addition, interpretations identified by the Division I Academics/Eligibility/Compliance Cabinet Subcommittee on Legislative Review/Interpretations are included in the Manual. Legislation approved by the Board is set off by a gray background and contains the date of adoption or revision. Interpretations included by the Legislative Review/Interpretations Subcommittee are set off by a gray background and also include an adoption or revision date. Readers seeking the legislative history of a given provision (i.e., earlier dates of adoption or revision) should consult the appropriate paragraphs in the 1988-89 NCAA Manual or the NCAA membership services staff.*

Distributed to: directors of athletics; faculty athletics representatives; senior woman administrators; chief executive officers; conference commissioners; compliance officers; and provisional, affiliated and corresponding members.

NCAA, NCAA logo and National Collegiate Athletic Association are registered marks of the Association, and use in any manner is prohibited unless prior approval is obtained from the Association.

©2002 by the National Collegiate Athletic Association

NCAA002878

**1**

**NAME AND PURPOSE**

CONSTITUTION, ARTICLE 1

# Name, Purposes and Fundamental Policy

| 1.1 | Name | 1 |
| 1.2 | Purposes | 1 |
| 1.3 | Fundamental Policy | 1 |

## 1.1 NAME [*]

The name of this organization shall be "The National Collegiate Athletic Association."

## 1.2 PURPOSES [*]

The purposes of this Association are:

(a) To initiate, stimulate and improve intercollegiate athletics programs for student-athletes and to promote and develop educational leadership, physical fitness, athletics excellence and athletics participation as a recreational pursuit;

(b) To uphold the principle of institutional control of, and responsibility for, all intercollegiate sports in conformity with the constitution and bylaws of this Association;

(c) To encourage its members to adopt eligibility rules to comply with satisfactory standards of scholarship, sportsmanship and amateurism;

(d) To formulate, copyright and publish rules of play governing intercollegiate athletics;

(e) To preserve intercollegiate athletics records;

(f) To supervise the conduct of, and to establish eligibility standards for, regional and national athletics events under the auspices of this Association;

(g) To cooperate with other amateur athletics organizations in promoting and conducting national and international athletics events;

(h) To legislate, through bylaws or by resolutions of a Convention, upon any subject of general concern to the members related to the administration of intercollegiate athletics; and

(i) To study in general all phases of competitive intercollegiate athletics and establish standards whereby the colleges and universities of the United States can maintain their athletics programs on a high level.

## 1.3 FUNDAMENTAL POLICY

**1.3.1 Basic Purpose. [*]** The competitive athletics programs of member institutions are designed to be a vital part of the educational system. A basic purpose of this Association is to maintain intercollegiate athletics as an integral part of the educational program and the athlete as an integral part of the student body and, by so doing, retain a clear line of demarcation between intercollegiate athletics and professional sports.

**1.3.2 Obligations of Member Institutions. [*]** Obligations of Member Institutions. Legislation governing the conduct of intercollegiate athletics programs of member institutions shall apply to basic athletics issues such as admissions, financial aid, eligibility and recruiting. Member institutions shall be obligated to apply and enforce this legislation, and the enforcement procedures of the Association shall be applied to an institution when it fails to fulfill this obligation.

1

NCAA002892

ADMINISTRATIVE BYLAW, ARTICLE 30

# Administrative Regulations

| 30.01 | General Principle | 365 |
| 30.1 | Admissions and Graduation-Rate Disclosure | 365 |
| 30.2 | All-Star Contests | 365 |
| 30.3 | Certification of Compliance | 366 |
| 30.4 | Consortium, Athletics | 366 |
| 30.5 | Drug-Testing Consent Form | 367 |
| 30.6 | Five-Year Rule Waiver | 368 |
| 30.7 | Foreign Tours and Competition | 368 |
| 30.8 | Outside Competition, National Team | 369 |
| 30.9 | Postseason Bowl Certification | 370 |
| 30.10 | Contest Exemptions/Certification | 371 |
| 30.11 | Recruiting Calendars | 376 |
| 30.12 | Student-Athlete Statement | 380 |
| 30.13 | Squad List | 380 |
| 30.14 | Summer Baseball | 381 |
| 30.15 | Summer Basketball | 383 |
| 30.16 | Basketball Event Certification —Men's Basketball | 384 |
| 30.17 | Basketball Event Certification —Women's Basketball | 385 |
| 30.18 | Final Four Basketball Event Certification | 386 |
| 30.19 | U.S. Service Academy Waivers | 386 |

## 30.01 GENERAL PRINCIPLE

Constitution 5.2.3 authorizes the Board of Directors to adopt or amend administrative regulations. *(Revised: 1/9/96 effective 8/1/97)*

## 30.1 ADMISSIONS AND GRADUATION-RATE DISCLOSURE

An institution shall not be eligible to enter a team or an individual competitor in an NCAA championship unless it has completed the Integrated Postsecondary-Education Data System Graduation-Rate Survey (IPEDS GRS-1) on or before the applicable deadline established by federal regulations. *(Revised: 1/10/90, 1/6/91 effective immediately for data collection, effective 10/1/91 for disclosure, 4/15/92, 1/14/97, 10/28/97, 8/11/98)*

## 30.2 ALL-STAR CONTESTS

**30.2.1 High School Football and Basketball.** As provided in Bylaw 14.6, a student-athlete shall be denied the first year of intercollegiate athletics competition if, following completion of high school eligibility in the student-athlete's sport and prior to the student-athlete's high school graduation, the student-athlete competes in more than two all-star football contests or two all-star basketball contests.

**30.2.1.1 High-School All-Star Contest Defined.** A high-school all-star contest is any contest in the sport of football or basketball that meets the following criteria:

(a) The teams participating in the contest involve individuals who have completed their high-school eligibility in the sport and have not yet enrolled in and attended classes during a regular term at a collegiate institution;

(b) The contest is scheduled and publicized in advance;

(c) The competition is sponsored and promoted by an individual, organization or agency; and

(d) The individuals are selected for participation in the contest on an invitational basis and have not competed together previously as members of a team that played a regular schedule of games in an organized recreation or interscholastic program.

**30.2.1.2 Contests Not Considered High-School All-Star Competition.** Contests conducted under the criteria listed in Bylaw 30.2.1.1 shall not be considered all-star competition for purposes of Bylaw 14.6 if one or more of the following conditions is applicable:

(a) The contest occurs within a framework of a regularly scheduled recreational program involving solely participants from the community in which the sponsor is located;

(b) The competition is limited solely to participants from the community in which the sponsor is located and no revenue, including gate receipts, concessions, program sales or contributions, is generated from the contest;

(c) The competition is scheduled within the framework of an established cultural exchange program involving other educational activities; or

365

NCAA002957

(b) Selection for such a team is made on a national qualification basis either through a defined selective process or actual tryouts, publicly announced; and

(c) The international competition in question requires that the entries officially represent their respective nations, although it is not necessary to require team scoring by nation.

## 30.9  POSTSEASON BOWL CERTIFICATION

The following conditions and requirements shall be met in order for a postseason bowl game to be certified. *(Revised: 11/1/00, 4/25/02)*

**30.9.1  Written Report.  [I-A]**  The director of athletics of a member institution that participates in a postseason bowl game shall submit to the Championships/Competition Cabinet a written report on the conduct and administration of the event, with special emphasis on game management. The report shall be submitted by the subsequent February 1 on a form approved by the Management Council. *(Adopted: 1/10/90)*

**30.9.2  Contest Status.  [I-A]**  A contest shall be certified only if it serves the purpose of providing a national contest between deserving winning teams. A "deserving winning team" shall be defined as one that has won a minimum of six games against Division I-A opponents and that has more wins than losses. Tie games do not count in determining a team's won-lost record. Further, when forfeiture of a regular-season football victory is required by the Committee on Infractions, a conference or self-imposed by an institution as a result of a violation of NCAA rules, neither of the competing institutions may count that contest in satisfying the definition of a "deserving winning team." *(Revised: 10/18/89, 10/12/93, 4/20/99)*

**30.9.2.1  Exceptions—12-Game Season.  [I-A]**  During the 2002-03 playing season, if an institution is permitted to participate in 12 regular-season football games, an institution with a record of six wins and six losses may be selected for participation in a bowl game if that institution is a member of a conference with which the bowl organization has a contractual affiliation, and there is no other team in that conference qualified for selection per Bylaw 30.9.2. If the conference with which the bowl is affiliated has no other institution that is qualified for selection or a team with a 6-6 record, the bowl may invite a team with a 6-6 regular-season record from another conference with which it does not have an affiliation only if there is no other team with a 7-5 record available in Division I-A. Additionally, a bowl game without a conference affiliation may invite any team with a record of six wins and six losses if there is no team with a 7-5 record available in Division I-A. During the 2002-03 playing season, if an institution competes in 13 regular-season contests, the institution must establish a record of seven wins, six losses or better to qualify for bowl selection. *(Adopted: 4/25/02 effective 8/1/02)*

**30.9.2.2  Exception—Division I-AA Opponent.  [I-A]**  Once every four years, a Division I-A institution may count one victory against a Division I-AA opponent toward the six-win minimum, provided the Division I-AA opponent has averaged 60 financial aid equivalencies in football during the three preceding academic years. *(Adopted: 10/28/97 effective 8/1/98)*

**30.9.2.2.1  Waiver.  [I-A]**  The Football Issues Committee may approve a waiver of the 60-equivalency requirement to permit a Division I-A institution, once every four years, to count a victory against a Division I-AA opponent in the sport of football toward meeting the six-victory requirement when a unique or catastrophic situation affects the Division I-AA institution's ability to average 60 equivalencies during the three preceding academic years. *(Adopted: 8/11/98)*

**30.9.2.3  Waiver for Conference Champion.  [I-A]**  The Management Council, by a two-thirds majority of its members present and voting, or a committee designated by the Management Council, may approve a waiver of the six-victory requirement to enable a conference champion to participate in a bowl game when the conference champion is scheduled contractually to participate in the game. *(Adopted: 1/12/93, Revised: 10/28/97)*

**30.9.3  Participation Restrictions.  [I-A]**  The competing institutions shall be active members of this Association, and a member institution shall not participate in more than one such game during any academic year.

**30.9.4  Official Invitation.  [I-A]**  An official invitation to participate in a certified postseason bowl game shall be issued in writing from the executive director of the sponsoring agency to the institution's director of athletics, who shall send to the executive director written confirmation of the acceptance of the invitation. *(Revised: 8/4/89, 10/18/89)*

**30.9.5  Application and Review Schedule for Proposed Game.  [I-A]**  The application for the inauguration of a contest will be received from a proposing sponsor only at the annual spring meeting of the Championships/Competition Cabinet. The proposing sponsor's application must be received at the NCAA national office not later than the January 15 directly preceding the meeting of the committee; any report received after that date must be postmarked not later than January 8. The sponsor shall submit to the committee, with its application form, a projected financial report showing financial soundness of the proposed game. *(Revised: 10/18/89, 4/20/94, 4/25/02)*

NCAA002958

**30**

**ADMINISTRATIVE REGULATIONS**

**30.9.6  Certification Documents.  [I-A]**  The Championships/Competition Cabinet shall prepare certification documents that require the management of each postseason bowl game to enter into a contractual agreement through the NCAA certification program. This agreement stipulates that the bowl management agrees to comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in Constitution 2 and relevant bylaws and interpretations, and with the restrictions on game negotiations in Bylaw 18.7 in consideration for receiving certification of its postseason bowl game.

**30.9.7  Playing Rules.  [I-A]**  The official playing rules of the Association shall govern the conduct of the game, except that the Football Rules Committee has authorized the intermission between halves to extend to 30 minutes. *(Revised: 8/4/89)*

**30.9.7.1  Tiebreaker.  [I-A]**  The game shall utilize the tiebreaker format approved by the NCAA Football Rules Committee. *(Adopted: 10/12/95)*

**30.9.8  Additional Requirements.  [I-A]**  Additional requirements that must be met in order for a postseason bowl game to be certified are set forth in the NCAA postseason football handbook *(Adopted: 11/1/00)*

## 30.10  CONTEST EXEMPTIONS/CERTIFICATION

In order for an institution, or an institution located in Alaska, Hawaii, Puerto Rico or the Virgin Islands that has a sport classified in Division I (in sports other than basketball), to exempt specified contests from its maximum number of contests within Bylaw 17, or in the sport of basketball, to count such competition as a single contest, the contests shall be certified annually by the Championships/Competition Cabinet as meeting the following conditions. In sports other than football, the Championships/Competition Cabinet Subcommittee on Certified Events shall have the authority to certify an event for a two-year period, provided the event has been certified for five consecutive years and audited financial reports and other documents required for certification are submitted on an annual basis. *(Adopted: 1/9/96 effective 8/1/96, Revised: 10/27/98, 11/1/00)*

**30.10.1  Certified Basketball Events.**  The following criteria must be satisfied for a basketball contest or event to receive certification from the Championships/Competition Cabinet. *(Adopted:1/9/96 effective 8/1/96, Revised: 11/1/00 effective 8/1/01, 4/26/01)*

[Note: Certification during the 2002-03 and 2003-04 playing seasons shall be limited only to those events previously certified during the 2001-02 playing season. An event seeking certification during the 2002-03 and 2003-04 playing season shall not alter its format in a manner that increases the number of contests or the number of teams.]

**30.10.1.1  Application Deadline.**  The application for a certified event must be received by the Championships/Competition Cabinet Subcommittee on Certified Events not later than April 15 preceding the academic year in which the event will be conducted. *(Adopted:1/14/97 effective 8/1/97, Revised: 1/13/98, 11/1/00 effective 8/1/01)*

**30.10.1.2  Competitive and Cultural Experience.**  Each certified event must provide participating student-athletes a unique competitive and/or cultural experience. The committee will review an annual report submitted by the event to determine whether the event meets this criterion. *(Adopted:1/9/96 effective 8/1/96; Revised 11/1/00 effective 8/1/01)*

**30.10.1.3  Sponsoring Agency.**  The sponsoring organization of any certified event shall be either an active or affiliated member or a member conference of the Association. An institution that is a sponsoring organization must conduct the sport of basketball on the intercollegiate level. For certified events in Alaska, Hawaii or Puerto Rico, the sponsoring agency must be an active or provisional NCAA member located in that state or territory. If a sponsoring agency wishes to conduct a certified event in a U.S. state or territory outside of the contiguous 48 states (e.g., Alaska, Hawaii, Puerto Rico, Virgin Islands), all competition in the event must take place within such state or territory. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/15/97, 8/11/98, 1/12/99, 11/1/00 effective 8/1/01)*

**30.10.1.4  Venue.**  A certified event shall not be conducted in a venue where sports wagering on intercollegiate athletics is permitted or on property sponsored by an establishment that permits sports wagering on intercollegiate athletics or branded with signage for such an establishment. *(Adopted: 11/1/01 for all events that occur during the summer 2002, the 2002-03 academic year and thereafter)*

**30.10.1.5  Team Selection.**  The NCAA institution sponsoring the certified event must be responsible for team selection, which must be open to all Division I members. *(Adopted: 4/22/98 effective 8/1/98 for those events certified during the 1998-99 academic year and thereafter, Revised: 11/1/00 effective 8/1/01)*

**30.10.1.6  Management of Event.**  Each certified event must demonstrate that its administration is experienced in managing basketball events, that competition is conducted in a manner compatible with Division I standards and that it is financially sound. A sponsoring organization, at its own expense, may be required to appear before the Championships/Competition Cabinet Subcommittee on Certified Events. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/15/97, 1/13/98, 11/1/00 effective 8/1/01)*

371

NCAA002959

ADMINISTRATIVE BYLAW, ARTICLE 31
# Executive Regulations

| | | | | | |
|---|---|---|---|---|---|
| 31.01 | General Principles | 387 | 31.5 | Financial Administration of Postseason Football | 404 |
| 31.02 | Definitions and Applications | 387 | 31.6 | Rights to NCAA Properties and Marketing Restrictions | 404 |
| 31.1 | Administration of NCAA Championships | 387 | 31.7 | General Financial Management | 405 |
| 31.2 | Eligibility for Championships | 392 | 31.8 | Personnel | 408 |
| 31.3 | Selection of Teams and Individuals for Championships Participation | 397 | 31.9 | NCAA Corporations and Foundations | 408 |
| 31.4 | Financial Administration of Championships | 401 | 31.10 | National Statistics Program | 408 |
| | | | | Figure 31-1 | 412 |

## 31.01  GENERAL PRINCIPLES

**31.01.1  Names of Championships.**  All NCAA championships (see Bylaw 18.3) have formal designations that identify their appropriate category and sport classification (see Bylaw 31.02.2). The name of each championship is the property of the Association (see Bylaw 31.6).

**31.01.2  Postseason Championship Opportunities.**  NCAA championships are intended to provide national-championship competition among the best eligible student-athletes and teams at the conclusion of the respective sport seasons, with consideration for regional structures that may be approved for certain championships.

**31.01.3  Size of Championships Fields.**  The size of all NCAA championships fields shall be established by the Championships/Competition Cabinet to provide for efficient management of the events, adequate NCAA championship opportunities relative to the nationwide quality of competition and sound economic administration of the financial resources of the Association and its championships. (See Bylaw 31.3.1 for the criteria to be considered in establishing the size of the championship field.)

**31.01.4  Economy of Operation.**  Every sports committee (see Bylaws 21.02.1 through 21.02.3) and games committee (Bylaw 31.1.2) shall exercise all possible economy in the conduct of an NCAA championship.

## 31.02  DEFINITIONS AND APPLICATIONS

**31.02.1  Automatic Qualification.**  Automatic qualification is the automatic entry into a championship field by a team or individual student-athletes representing a member conference recommended by the appropriate sports committee and approved by the Championships/Competition Cabinet (see Bylaw 31.3.4).

### 31.02.2  Championships Classification and Terminology

**31.02.2.1  Team Championships.**  Team championships are those conducted for the team sports [see Bylaw 17.02.12.1 or 31.3.4.5-(a)]. The title of a team championship is always singular and is identified as a National Collegiate Championship or a division championship (e.g., National Collegiate Women's Rowing Championship, Division I Men's Basketball Championship).

**31.02.2.2  Individual-Team Championships.**  Individual-team championships are those conducted for the individual sports [see Bylaw 17.02.12.2 or 31.3.4.5-(b) and (c)]. The title of an individual-team championship is always plural, reflecting the fact that both individual and team championships are determined (e.g., National Collegiate Men's Gymnastics Championships, Division I Women's Tennis Championships).

**31.02.3  Misconduct.**  Misconduct in an NCAA championship is any act of dishonesty, unsportsmanlike conduct, unprofessional behavior or breach of law occurring incident to, en route to, from or at the locale of the competition or practice that discredits the event or intercollegiate athletics. *(Revised: 8/15/89, 8/13/92)*

## 31.1  ADMINISTRATION OF NCAA CHAMPIONSHIPS

**31.1.1  Authority of Championships/Competition Cabinet and Sports Committees.**  As specified in Bylaw 18.1, all NCAA championships shall be conducted in accordance with the general policies established by the Championships/Competition Cabinet and shall be under the control, direction and supervision of the appropriate sports committees, subject to the standards and conditions set forth in these execu-

387

shall be used to pay transportation costs for individual championships of that division before such funds shall be used to underwrite the transportation expenses of individual championships of other divisions.

**31.4.6.2.1 Individual-Team Championships.** Both individual and team championships are determined in the following sports: cross country, fencing, golf, gymnastics, rifle, skiing, swimming, tennis, indoor track and field, outdoor track and field, and wrestling.

**31.4.6.3 Official Traveling Parties. [#]** The following are the approved official traveling parties for which expenses shall be provided in accordance with the provisions of this section: *(Revised: 8/15/89, 8/14/90, 5/6/93, 5/6/94, 8/3/95, 11/1/00)*

| | |
|---|---|
| Baseball | 35 |
| Men's Basketball | |
| Preliminary rounds | 75 |
| Finals | 100 |
| Women's Basketball | |
| First/second rounds | 52 for home team, 75 for visiting team |
| Regionals | 75 |
| Finals | 100 |
| Field Hockey *(Revised: 4/27/00 effective 8/1/00)* | 28 |
| Division I-AA Football | |
| Preliminary rounds | 100 |
| Finals | 115 |
| Men's Ice Hockey | 31 |
| National Collegiate Women's Ice Hockey *(Adopted: 1/8/01)* | 31 |
| Men's Lacrosse | 40 |
| National Collegiate Women's Lacrosse | 30 |
| National Collegiate Women's Rowing *(Adopted: 1/14/97)* | 31 |
| Men's Soccer *(Revised: 4/27/00 effective 8/1/00)* | 24 |
| Women's Soccer *(Revised: 4/27/00 effective 8/1/00)* | 28 |
| Women's Softball *(Revised: 4/27/00 effective 8/1/00)* | 28 |
| Men's Volleyball | 18 |
| Women's Volleyball | 22 |
| National Collegiate Men's Water Polo | 19 |
| National Collegiate Women's Water Polo *(Adopted: 11/1/00)* | 19 |

**31.4.6.4 Administration of Expense Reimbursement.** The president shall administer the transportation and per diem expense program according to guidelines established by the Championships/Competition Cabinet.

**31.4.7 Net Receipts.** After payment of game and administrative expenses for each championship, the president shall place the remaining moneys in the general operating fund of the Association to be used to cover other expenses of the Association and to be apportioned among member institutions, as directed by the Championships/Competition Cabinet. *(Revised: 8/14/90)*

**31.4.8 Distribution of Forfeited Receipts.** An institution may be obligated to return its share of the revenue distribution for permitting an ineligible student-athlete to participate in the championship (see Bylaw 31.2.2.5). If so, such funds shall be distributed among other member institutions according to a formula prescribed by the Championships/Competition Cabinet. *(Revised: 8/14/90)*

**31.4.9 Publication of Championships Financial Summaries.** A financial summary of each championship shall be published on the Association's Web site.

## 31.5 FINANCIAL ADMINISTRATION OF POSTSEASON FOOTBALL

Additional requirements that must be met in order for a postseason bowl game to be certified are set forth in the NCAA postseason football handbook. *(Adopted: 11/1/00)*

**31**

EXECUTIVE REGULATIONS

NCAA002976