




EXHIBIT 48

# 1985 NCAA FOOTBALL

**On the cover:** Ohio State tailback Keith Byars, a unanimous 1984 all-America selection, led the nation in rushing, scoring and all-purpose rushing last season Byars, the most valuable player of the Big 10 Conference, led the league in rushing and scoring each of the past two seasons

NCAA LIBRARY

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION



[ISSN 0735-5475]

PUBLISHED ANNUALLY by The National Collegiate Athletic Association. John R Davis, Director, Special Programs for Agriculture, Oregon State University, *President*; Wilford S. Bailey, Professor, Auburn University, *Secretary-Treasurer*; Arliss L. Roaden, President, Tennessee Technological University, *Division I Vice-President*; Ade L. Sponberg, Director of Athletics, North Dakota State University, *Division II Vice-President*; Elizabeth A Kruczek, Director of Athletics, Fitchburg State College, *Division III Vice-President*, Walter Byers, *Executive Director*

Address all correspondence to the Publishing Department, P O Box 1906, Mission, Kansas 66201 (913/384-3220) Ted C Tow, *Assistant Executive Director*; Wallace I Renfro, *Director of Publishing*; Thomas A Wilson, *Editor-in-Chief, The NCAA News*; Maxine R. Alejos, *Circulation Manager*; Lacy Lee Baker, *Publications Editor*, Steven M Carr, *Managing Editor, The NCAA News*; Michael V Earle, *Publications Editor*; Bruce L Howard, *Assistant Director of Publishing*, Timothy J Lilley, *Publications Editor*; Victor M. Royal, *Publications Production Coordinator*

NCAA STATISTICS SERVICE, John T Waters, *Director of Marketing and Promotion*, James M. Van Valkenburg, *Director of Statistics*; Steve Boda Jr., *Associate Director of Statistics*, Gary K Johnson, *Assistant Statistics Coordinator*, Regina L McNeal, *Assistant Statistics Coordinator*; James F Wright, *Statistics Coordinator*.

NCAA, NCAA seal, NCAA logo and National Collegiate Athletic Association are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association

*COVER ILLUSTRATION* Ted Watts, Studio Art Products, Oswego, Kansas

COPYRIGHT, 1985, BY THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
PRINTED IN THE UNITED STATES OF AMERICA

# Contents



| | page |
|---|---|
| Division I-A Records | |
| Individual Records | 5 |
| Team Records | 24 |
| Annual Champions, All-Time Leaders | 37 |
| Best Single-Game Performances | 60 |
| Team Champions and Winning Streaks | 65 |
| All-Time Winningest Teams | 68 |
| Statistical Trends | 74 |
| Division I-AA Records | |
| Individual Records | 78 |
| Team Records | 90 |
| Annual Champions, All-Time Leaders | 100 |
| Best Single-Game Performances | 109 |
| All-Time Winningest Teams | 112 |
| Statistical Trends | 113 |
| Division II Records | |
| Individual Records | 114 |
| Team Records | 122 |
| Annual Champions, All-Time Leaders | 129 |
| Team Champions and Winning Streaks | 144 |
| All-Time Winningest Teams | 146 |
| Division III Records | |
| Individual Records | 147 |
| Team Records | 155 |
| Annual Champions, All-Time Leaders | 161 |
| Team Champions and Winning Streaks | 172 |
| All-Time Winningest Teams | 173 |
| All-America Selections | 174 |
| Special Awards | 198 |
| All-Americas Below Division I-A | 200 |
| Results of Major Bowl Games | 215 |
| Coaches' Records | 223 |
| Division I-AA Championship Results, Records | 231 |
| Division II Championship Results, Records | 235 |
| Division III Championship Results, Records | 239 |
| College Football Attendance | 245 |
| 1984 Statistical Leaders | 249 |
| 1984 Conference Standings | 268 |
| 1985 Schedules, 1984 Results | 274 |
| 1985 Bowl Schedule | 331 |

## GRAMBLING STATE UNIVERSITY . . . Grambling, La. 71245 — I-AA

Coach: Eddie Robinson, Leland '41
Record 42 yrs., W-320, L-106, T-15

1985 SCHEDULE

| Opponent | Date |
|---|---|
| Alcorn St. [Shreveport, La.] | Sep 14* |
| N C Central | Sep 21 |
| Oregon St [Shreveport, La.] | Sep 28* |
| Prairie View [Dallas, Tex.] | Oct 5* |
| Tennessee St | Oct 11* |
| Miss Valley St.■ | Oct 19* |
| Jackson St. | Oct 26* |
| Tex Southern■ | Nov 2 |
| Alabama St | Nov 9 |
| South Carolina St ■ | Nov 16 |
| Southern U. [New Orleans, La.] | Nov 23 |

1984 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 13 | Alcorn St | 27 | 44 | Tex Southern | 16 |
| 9 | Boston U | 16 | 17 | Alabama St | 6 |
| 35 | Bethune-Cookman | 17 | 8 | South Carolina St | 7 |
| 42 | Prairie View | 0 | 31 | Southern U | 29 |
| 24 | Tennessee St | 34 | | | |
| 38 | Miss Valley St | 48 | 278 | (7-4-0) | 203 |
| 19 | Jackson St | 3 | | | |

Conference Southwestern Enrollment, 4,500
Colors Black & Gold Nickname Tigers
Stadium Robinson (), 22,000 capacity. Natural turf
1984 home attendance 39,313 in 4 games
Director of Athletics Eddie Robinson.
Sports Info Director Henry Hawkins 318-274-2761

## HARVARD UNIVERSITY . . . Cambridge, Mass. 02138 — I-AA

Coach Joseph Restic, Villanova '52
Record. 14 yrs., W-77, L-48, T-5

1985 SCHEDULE

| Opponent | Date |
|---|---|
| Columbia | Sep 21 |
| Massachusetts■ | Sep 28 |
| William & Mary■ | Oct 5 |
| Cornell | Oct 12 |
| Dartmouth■ | Oct 19 |
| Princeton■ | Oct 26 |
| Brown | Nov 2 |
| Holy Cross | Nov 9 |
| Pennsylvania■ | Nov 16 |
| Yale | Nov 23 |

1984 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 35 | Columbia | 21 | 7 | Pennsylvania | 38 |
| 14 | Holy Cross | 24 | 27 | Yale | 30 |
| 11 | Army | 33 | | | |
| 24 | Cornell | 18 | | | |
| 21 | Dartmouth | 7 | | | |
| 17 | Princeton | 15 | 160 | (5-4-0) | 196 |
| 24 | Brown | 10 | | | |

Conference Ivy League Enrollment 6,497
Colors Crimson. Nickname Crimson
Stadium. Harvard (1903), 37,289 capacity Natural turf
1984 home attendance 85,000 in 4 games
Director of Athletics John P Reardon
Sports Info Director Ed Markey 617-495-2206

## HAWAII, UNIVERSITY OF . . . Honolulu, HI 96822 — I-A

Coach Dick Tomey, DePauw '61
Record 8 yrs., W-52, L-35, T-1

1985 SCHEDULE

| Opponent | Date |
|---|---|
| Kansas■ | Aug 31* |
| Utah■ | Sep 14* |
| Long Beach St ■ | Sep 21* |
| Fresno St | Oct 5 |
| Wyoming | Oct 12 |
| Pacific, Cal.■ | Oct 19* |
| New Mexico■ | Oct 26* |
| Colorado St.■ | Nov 2* |
| Texas-El Paso | Nov 9* |
| Air Force■ | Nov 23* |
| San Diego St ■ | Nov 30* |
| Brigham Young■ | Dec 7 |

1984 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 13 | Fullerton St | 21 | 31 | Wyoming | 28 |
| 3 | Colorado St | 10 | 48 | New Mexico | 13 |
| 13 | Brigham Young | 18 | 6 | Iowa | 17 |
| 16 | Nevada-Las Vegas | 12 | | | |
| 27 | Fresno St | 15 | 217 | (7-4-0) | 181 |
| 24 | Texas-El Paso | 20 | | | |
| 20 | Utah | 17 | | | |
| 16 | San Diego St | 13 | | | |

Conference Western Athl Conf Enrollment 21,000
Colors Green & White Nickname Rainbow Warriors
Stadium Aloha (1975), 50,000 capacity. Artificial turf
1984 home attendance 411,864 in 9 games
Director of Athletics Stan Sheriff
Sports Info Director Eddie Inouye 808-948-7523

## HOLY CROSS COLLEGE . . . Worcester, Mass. 01610 — I-AA

Coach Rick Carter, Earlham '65
Record, 19 yrs., W-133, L-52, T-6

1985 SCHEDULE

| Opponent | Date |
|---|---|
| Colgate■ | Sep 14 |
| Massachusetts | Sep 21 |
| Delaware■ | Sep 28 |
| Dartmouth | Oct 5 |
| Yale | Oct 12 |
| Connecticut | Oct 19 |
| Brown■ | Oct 26 |
| Army | Nov 2 |
| Harvard■ | Nov 9 |
| Boston U.■ | Nov 16 |
| Boston Col | Nov 23 |

1984 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 19 | Rhode Island | 0 | 12 | Boston U | 16 |
| 35 | Massachusetts | 7 | 13 | New Hampshire | 14 |
| 24 | Harvard | 14 | 24 | Maine | 7 |
| 30 | Dartmouth | 20 | 10 | Boston Col | 45 |
| 42 | Colgate | 27 | | | |
| 41 | Connecticut | 0 | 288 | (8-3-0) | 167 |
| 38 | Brown | 17 | | | |

Conference I-AA Eastern Ind Enrollment 2,500
Colors Royal Purple Nickname Crusaders
Stadium Fitton Field (1924), 25,000 capacity Natural turf
1984 home attendance 111,477 in 6 games
Director of Athletics Ron Perry
Sports Info. Director, Gregg Burke 617-793-2583

■Home games on each schedule [neutral sites shown in brackets] *Night games



## HOUSTON, UNIVERSITY OF . . . Houston, Tex. 77004 — I-A

Coach: Bill Yeoman, Army '50
Record, 23 yrs., W-155, L-91, T-8

1985 SCHEDULE

| Opponent | Date |
|---|---|
| Tulsa | Sep 7* |
| Washington■ | Sep 21* |
| Louisville | Sep 28* |
| Baylor■ | Oct 5* |
| Texas A&M | Oct 12 |
| Southern Meth ■ | Oct 19* |
| Arkansas [Little Rock, Ark.] | Oct 26* |
| Texas Christian | Nov 2 |
| Texas■ | Nov 9 |
| Texas Tech■ | Nov 23* |
| Rice | Nov 30 |

1984 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 30 | Miami, O | 17 | 29 | Texas | 15 |
| 7 | Washington | 35 | 24 | Texas Tech | 17 |
| 28 | Louisville | 30 | 38 | Rice | 26 |
| 27 | Baylor | 17 | | | |
| 9 | Texas A&M | 7 | 238 | (7-4-0) | 222 |
| 29 | Southern Meth | 20 | | | |
| 3 | Arkansas | 17 | | Cotton Bowl | |
| 14 | Texas Christian | 21 | 28 | Boston Col | 45 |

Conference Southwest Conf Enrollment 30,000.
Colors Cougar Red & White Nickname Cougars
Stadium Astrodome (1965), 50,156 capacity Artificial turf
1984 home attendance 163,958 in 6 games
Director of Athletics Tom Ford
Sports Info, Director Jay Goldberg 713-749-4382

## HOWARD UNIVERSITY . . . Washington, D.C. 20059 — I-AA

Coach: Willie Jeffries, S C. State '60
Record. 12 yrs., W-73, L-53, T-6

1985 SCHEDULE

| Opponent | Date |
|---|---|
| Maine | Sep 7 |
| Rhode Island■ | Sep 14 |
| Bethune-Cookman | Sep 21* |
| South Carolina St ■ | Sep 28 |
| Winston-Salem | Oct 12* |
| Virginia St.■ | Oct 19 |
| N C A&T | Oct 26 |
| Norfolk St.■ | Nov 2 |
| Morehouse■ | Nov 9 |
| Morgan St | Nov 16 |
| Delaware St | Nov 23 |

1984 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 21 | Rhode Island | 31 | 7 | Delaware St | 45 |
| 7 | Hampton | 13 | 23 | Maine | 27 |
| 6 | Bethune-Cookman | 19 | 47 | Morgan St | 13 |
| 15 | South Carolina St | 48 | | | |
| 22 | Virginia St | 21 | | | |
| 7 | N C A&T | 23 | 165 | (2-8-0) | 282 |
| 10 | Norfolk St | 42 | | | |

Conference, Mid-Eastern Enrollment: 12,500.
Colors Blue & White Nickname Bison.
Stadium Howard (1961), 8,000 capacity. Natural turf
1984 home attendance 33,300 in 6 games
Director of Athletics Leo Miles
Sports Info. Director, Edward Hill 202-636-7182

## IDAHO, UNIVERSITY OF . . . Moscow, Ida. 83843 — I-AA

Coach: Dennis Erickson, Montana State '70
Record. 3 yrs., W-23, L-12, T-0

1985 SCHEDULE

| Opponent | Date |
|---|---|
| Oregon St | Sep 7* |
| Mankato St.■ | Sep 14* |
| Northern Ariz | Sep 21* |
| Nevada-Reno■ | Sep 28 |
| Portland St | Oct 5* |
| Weber St. | Oct 12* |
| Montana■ | Oct 19* |
| Idaho St | Oct 26* |
| Eastern Wash ■ | Nov 2* |
| Montana St | Nov 9 |
| Boise St.■ | Nov 23 |

1984 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 49 | Portland St | 14 | 40 | Montana | 39 |
| 7 | Fullerton St | 28 | 37 | Northern Ariz. | 9 |
| 28 | Montana St | 34 | 45 | Idaho St | 42 |
| 41 | Oregon St | 22 | 37 | Boise St. | 0 |
| 17 | Nevada-Reno | 23 | | | |
| 37 | Weber St | 40 | 363 | (6-5-0) | 283 |
| 25 | Eastern Wash | 32 | | | |

Conference Big Sky Conf Enrollment 12,620
Colors Silver & Gold Nickname Vandals
Stadium Kibbie (1975), 16,500 capacity Artificial turf
1984 home attendance 58,959 in 6 games
Director of Athletics Bill Belknap
Sports Info Director Bob Hofop 208-885-0200

## IDAHO STATE UNIVERSITY . . . Pocatello, Ida. 83209 — I-AA

Coach Jim Koetter, Idaho St '61
Record 2 yrs., W-13, L-10, T-0

1985 SCHEDULE

| Opponent | Date |
|---|---|
| Northern Colo ■ | Sep 7* |
| Portland St | Sep 14 |
| SW Louisiana | Sep 21* |
| Northern Ariz ■ | Oct 5* |
| Montana | Oct 12 |
| Montana St.■ | Oct 19* |
| Idaho■ | Oct 26* |
| Boise St. | Nov 2 |
| Nevada-Reno | Nov 9 |
| Weber St ■ | Nov 16* |
| Eastern Wash.■ | Nov 23* |

1984 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 14 | Texas-El Paso | 16 | 23 | Eastern Wash | 41 |
| 47 | Chico St | 23 | 26 | Weber St | 22 |
| 43 | Montana | 3 | 42 | Idaho | 45 |
| 22 | Montana St | 6 | 27 | Nevada-Reno | 29 |
| 23 | Boise St | 26 | | | |
| 20 | Nevada-Las Vegas | 33 | 316 | (5-6-0) | 259 |
| 29 | Northern Ariz | 15 | | | |

Conference, Big Sky Conf. Enrollment, 11,555
Colors Orange & Black Nickname Bengals
Stadium, ISU Minidome (1970), 12,000 capacity Artificial turf.
1984 home attendance 42,726 in 5 games
Director of Athletics, J.J. Caccia
Sports Info Director: Glenn Alford 208-236-3651

■Home games on each schedule [neutral sites shown in brackets] *Night games

NCAA 030193