

1987
NCAA FOOTBALL
Gordie Lockbaum
Holy Cross Tailback/Cornerback

NCAA 030233

EXHIBIT " 49 "

# 1987 NCAA FOOTBALL

**On the cover:** Holy Cross' Gordie Lockbaum enters this 119th season of college football as Division I-AA's leader in scoring and versatility. Lockbaum, who last season made headlines for his all-round play on offense, defense and specialty teams, led the division in scoring with a 12.0 per-game average, finished third among all-purpose rushing leaders with 197.5 yards per game and tied single-game records for points (36) and touchdowns (6). The senior tailback and cornerback averaged 91 plays a game for the 10-1 Crusaders in 1986 en route to being selected to the all-Eastern College Athletic Conference offensive and defensive teams and being named the conference's most valuable player.

NCAA LIBRA




NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

Nall Avenue at 63rd Street
P.O. Box 1906
Mission, Kansas 66201
913/384-3220
July 1987

**COMPILED BY:** Steve Boda Jr., *Associate Director of Statistics;* James M. Van Valkenburg, *Director of Statistics.*

**EDITED BY:** Michael V. Earle, *Assistant Director of Publishing.*

**COVER ILLUSTRATION:** Ted Watts, Studio Art Products, Oswego, Kansas.

NCAA, NCAA seal, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

[ISSN 0735-5475]

COPYRIGHT, 1987, BY THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
PRINTED IN THE UNITED STATES OF AMERICA

# Contents

| | page |
|---|---|
| Division I-A Records | |
| Individual Records | 5 |
| Team Records | 26 |
| Annual Champions, All-Time Leaders | 40 |
| Best Single-Game Performances | 65 |
| Team Champions and Winning Streaks | 71 |
| All-Time Winningest Teams | 75 |
| Statistical Trends | 81 |
| Division I-AA Records | |
| Individual Records | 85 |
| Team Records | 97 |
| Annual Champions, All-Time Leaders | 108 |
| Best Single-Game Performances | 120 |
| All-Time Winningest Teams | 125 |
| Statistical Trends | 126 |
| Division II Records | |
| Individual Records | 127 |
| Team Records | 137 |
| Annual Champions, All-Time Leaders | 145 |
| Best Single-Game Performances | 160 |
| Team Champions and Winning Streaks | 163 |
| All-Time Winningest Teams | 165 |
| Division III Records | |
| Individual Records | 166 |
| Team Records | 175 |
| Annual Champions, All-Time Leaders | 182 |
| Best Single-Game Performances | 194 |
| Team Champions and Winning Streaks | 196 |
| All-Time Winningest Teams | 198 |
| Individual Collegiate Records | 199 |
| All-America Selections | 206 |
| Special Awards | 230 |
| All-Americas Below Division I-A | 232 |
| NCAA Postgraduate Scholarship Winners | 248 |
| First-Team Academic All-Americas | 256 |
| Results of Major Bowl Games | 266 |
| Coaches' Records | 275 |

## GEORGIA . . . Athens, Ga. 30602 — I-A

Coach, Vince Dooley, Auburn '54
Record 23 yrs., W-183, L-71, T-10

1987 SCHEDULE

| Opponent | Date |
|---|---|
| Virginia■ | Sep 5 |
| Oregon St.■ | Sep 12 |
| Clemson | Sep 19 |
| South Caro.■ | Sep 26 |
| Mississippi | Oct 3 |
| Louisiana St.■ | Oct 10 |
| Vanderbilt | Oct 17 |
| Kentucky■ | Oct 24 |
| Florida [Jacksonville, Fla.] | Nov 7* |
| Auburn■ | Nov 14 |
| Georgia Tech | Nov 28 |

1986 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 31 | Duke | 7 | 19 | Florida | 31 |
| 26 | Clemson | 31 | 20 | Auburn | 16 |
| 31 | South Caro | 26 | 31 | Georgia Tech | 24 |
| 14 | Mississippi | 10 | | | |
| 14 | Louisiana St | 23 | 285 | (8-3-0) | 206 |
| 38 | Vanderbilt | 16 | | | |
| 31 | Kentucky | 9 | | Hall Of Fame Bowl | |
| 28 | Richmond | 13 | 24 | Boston College | 27 |

Conference Southeastern Conf Enrollment 24,900
Colors: Red & Black Nickname Bulldogs
Stadium Sanford (1929), 82,122 capacity. Natural turf
1986 home attendance 477,573 in 6 games
Director of Athletics Vince Dooley
Sports Info Director Claude Felton 404-542-1621

## GEORGIA SOUTHERN . . . Statesboro, Ga. 30460 — I-AA

Coach Erskine Russell, Auburn '49
Record 3 yrs., W-34, L-7, T-0

1987 SCHEDULE

| Opponent | Date |
|---|---|
| Catawba■ | Sep 5 |
| Florida A&M [Jacksonville, Fla.] | Sep 12* |
| Middle Tenn St■ | Sep 19 |
| East Caro. | Sep 26 |
| Central Fla■ | Oct 3 |
| Bethune-Cookman [Jacksonville, Fla.] | Oct 10* |
| Northeast La. | Oct 17 |
| Western Caro. | Oct 24 |
| Western Ky.■ | Oct 31 |
| James Madison■ | Nov 7 |
| South Caro St. | Nov 21 |

1986 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 14 | Florida | 38 | 33 | Central Fla | 23 |
| 35 | Florida A&M | 12 | 45 | James Madison | 35 |
| 34 | Middle Tenn St | 31 | 28 | South Caro St | 7 |
| 34 | Tenn-Chatt | 14 | 416 | (9-2-0) | 271 |
| 59 | Tennessee Tech | 13 | | Division I-AA Playoffs | |
| 52 | Bethune-Cookman | 31 | 52 | North Caro A&T | 21 |
| 33 | East Caro | 35 | 55 | Nicholls St | 31 |
| 49 | Western Ky | 32 | 48 | Nevada-Reno | 38 |
| | | | 48 | Arkansas St | 21 |

Conference I-AA Independents Enrollment 8,500.
Colors: Blue & White Nickname Eagles.
Stadium Paulson (1984), 18,000 capacity. Natural turf
1986 home attendance 58,275 in 4 games
Director of Athletics David Wagner.
Sports Info Director Mark McClellan

## GEORGIA TECH . . . Atlanta, Ga. 30332 — I-A

Coach Bobby Ross, Va Military '59
Record: 10 yrs., W-63, L-50, T-1

1987 SCHEDULE

| Opponent | Date |
|---|---|
| Citadel■ | Sep 12 |
| North Caro.■ | Sep 19 |
| Clemson | Sep 26 |
| North Caro. St. | Oct 3 |
| Indiana St.■ | Oct 10 |
| Auburn■ | Oct 17 |
| Tennessee | Oct 24 |
| Duke | Oct 31 |
| Virginia■ | Nov 7 |
| Wake Forest■ | Nov 21 |
| Georgia■ | Nov 28 |

1986 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 17 | Furman | 17 | 34 | Duke | 6 |
| 28 | Virginia | 14 | 52 | Va Military | 6 |
| 3 | Clemson | 27 | 21 | Wake Forest | 24 |
| 20 | North Caro | 21 | 24 | Georgia | 31 |
| 59 | North Caro St | 21 | | | |
| 10 | Auburn | 31 | 282 | (5-5-1) | 211 |
| 14 | Tennessee | 13 | | | |

Conference Atlantic Coast Conf Enrollment 11,300
Colors Old Gold & White Nickname Yellow Jackets
Stadium Grant Field (1914), 46,000 capacity Artificial turf.
1986 home attendance 192,600 in 6 games
Director of Athletics Homer Rice
Sports Info Director, Mike Finn 404 894-5445

## GRAMBLING . . . Grambling, La. 71245 — I-AA

Coach: Eddie Robinson, Leland '41
Record: 44 yrs., W-336, L-113, T-15

1987 SCHEDULE

| Opponent | Date |
|---|---|
| Alcorn St [Shreveport, La.] | Sep 5* |
| Central St. (Ohio) [New York, N.Y.] | Sep 12* |
| Bethune-Cookman■ | Sep 26 |
| Prairie View [Dallas, Tex.] | Oct 3 |
| Tennessee St. | Oct 10* |
| Mississippi Val■ | Oct 17 |
| Jackson St | Oct 24 |
| Texas Southern■ | Oct 31 |
| Alabama St. | Nov 7 |
| South Caro. St■ | Nov 14 |
| Southern-B.R■ | Nov 28 |

1986 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 19 | Alcorn St | 17 | 49 | Texas Southern | 21 |
| 32 | N C Central | 24 | 16 | Alabama St | 7 |
| 30 | Bethune-Cookman | 24 | 20 | South Caro St | 16 |
| 19 | Prairie View | 24 | 30 | Southern-B R | 3 |
| 10 | Tennessee St | 21 | | | |
| 10 | Mississippi Val | 13 | 249 | (7-4-0) | 195 |
| 14 | Jackson St | 25 | | | |

Conference Southwestern Enrollment 4,100
Colors: Black & Gold Nickname Tigers
Stadium Robinson (1983), 22,000 capacity Natural turf
1986 home attendance 86,683 in 5 games
Director of Athletics Eddie Robinson
Sports Info Director, Henry Hawkins 318-274-2761

■Home games on each schedule [neutral sites shown in brackets] *Night games

## HARVARD . . . Cambridge, Mass. 02138 — I-AA

Coach, Joseph Restic, Villanova '52
Record 16 yrs., W-87, L-58, T-5

1987 SCHEDULE

| Opponent | Date |
|---|---|
| Columbia-Barnard | Sep 19 |
| Northeastern■ | Sep 26 |
| Bucknell■ | Oct 3 |
| Cornell | Oct 10 |
| Dartmouth■ | Oct 17 |
| Princeton■ | Oct 24 |
| Brown | Oct 31 |
| Holy Cross | Nov 7 |
| Pennsylvania■ | Nov 14 |
| Yale | Nov 21 |

1986 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 34 | Columbia-Barnard | 0 | 7 | Massachusetts | 17 |
| 0 | Holy Cross | 41 | 10 | Pennsylvania | 17 |
| 0 | William & Mary | 24 | 24 | Yale | 17 |
| 0 | Cornell | 3 | | | |
| 42 | Dartmouth | 26 | | | |
| 3 | Princeton | 14 | 139 | (3-7-0) | 190 |
| 19 | Brown | 31 | | | |

Conference, Ivy League Enrollment 6,568
Colors Crimson. Nickname Crimson
Stadium Harvard (1903), 37,289 capacity Natural turf.
1986 home attendance 91,395 in 6 games
Director of Athletics, John P. Reardon
Sports Info Director Ed Markey 617-495-2206

## HAWAII . . . Honolulu, HI 96822 — I-A

Coach: Bob Wagner, Wittenberg '69
Record First year as head coach

1987 SCHEDULE

| Opponent | Date |
|---|---|
| Cal St Fullerton■ | Sep 5 |
| Wisconsin | Sep 12 |
| UTEP | Sep 26* |
| Yale■ | Oct 3 |
| New Mexico | Oct 10 |
| Utah■ | Oct 17 |
| Brigham Young■ | Oct 24 |
| San Diego St■ | Oct 31 |
| Colorado St.■ | Nov 7* |
| Air Force■ | Nov 21 |
| Wyoming■ | Nov 28 |
| Arkansas■ | Dec 5 |

1986 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 17 | Air Force | 24 | 24 | Fresno St. | 13 |
| 20 | Wisconsin | 17 | 5 | San Diego St | 35 |
| 31 | UTEP | 21 | 35 | Wyoming | 19 |
| 27 | New Mexico | 10 | 10 | Michigan | 27 |
| 7 | Colorado St | 31 | | | |
| 26 | Cal St Fullerton | 15 | 238 | (7-5-0) | 235 |
| 33 | Utah | 13 | | | |
| 3 | Brigham Young | 10 | | | |

Conference Western Athl Conf Enrollment 19,700
Colors Green & White Nickname Rainbow Warriors
Stadium Aloha (1975), 50,000 capacity Artificial turf.
1986 home attendance 359,239 in 8 games.
Director of Athletics, Stan Sheriff
Sports Info Director Eddie Inouye 808-948-7523

## HOLY CROSS . . . Worcester, Mass. 01610 — I-AA

Coach Mark Duffner, William & Mary '75
Record: 1 yr., W-10, L-1, T-0

1987 SCHEDULE

| Opponent | Date |
|---|---|
| Army | Sep 12 |
| Lafayette■ | Sep 19 |
| Lehigh | Sep 26 |
| Colgate■ | Oct 3 |
| Dartmouth | Oct 10 |
| Bucknell | Oct 17 |
| Brown■ | Oct 24 |
| Massachusetts | Oct 31 |
| Harvard■ | Nov 7 |
| William & Mary■ | Nov 14 |
| Villanova | Nov 19* |

1986 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 17 | Lehigh | 14 | 41 | Massachusetts | 7 |
| 38 | Lafayette | 14 | 17 | Bucknell | 10 |
| 41 | Harvard | 0 | 31 | William & Mary | 7 |
| 16 | Colgate | 12 | 20 | Boston College | 56 |
| 48 | Dartmouth | 7 | | | |
| 17 | Army | 14 | 314 | (10-1-0) | 148 |
| 22 | Brown | 7 | | | |

Conference Colonial League Enrollment 2,550
Colors Royal Purple Nickname Crusaders.
Stadium Fitton Field (1924), 23,500 capacity Natural turf
1986 home attendance 81,125 in 5 games
Director of Athletics: Ron Perry
Sports Info Director: Gregg Burke 617-793 2583

## HOUSTON . . . Houston, Tex. 77004 — I-A

Coach Jack Pardee, Texas A&M '57
Record First year as head coach

1987 SCHEDULE

| Opponent | Date |
|---|---|
| Oklahoma St■ | Sep 12* |
| Sam Houston St■ | Sep 26 |
| Baylor■ | Oct 3* |
| Texas A&M | Oct 10 |
| Wyoming | Oct 17 |
| Arkansas | Oct 24 |
| Texas Christian | Oct 31 |
| Texas■ | Nov 7* |
| Temple | Nov 14 |
| Texas Tech■ | Nov 21 |
| Rice | Nov 28 |

1986 RECORD

| | | | | | |
|---|---|---|---|---|---|
| 3 | Arizona | 37 | 14 | Texas Christian | 30 |
| 28 | Oklahoma St | 12 | 10 | Texas | 30 |
| 14 | Tulsa | 24 | 7 | Texas Tech | 34 |
| 13 | Baylor | 27 | 13 | Rice | 14 |
| 7 | Texas A&M | 19 | | | |
| 3 | Southern Methodist | 10 | 125 | (1-10-0) | 267 |
| 13 | Arkansas | 30 | | | |

Conference Southwest Conf Enrollment 29,000
Colors Cougar Red & White Nickname Cougars
Stadium Astrodome (1965), 55,155 capacity Artificial turf
1986 home attendance 74,669 in 5 games.
Director of Athletics: Rudy Davalos
Sports Info Director: Rick Rivers 713-749 2180

■Home games on each schedule [neutral sites shown in brackets] *Night games