

1989
NCAA FOOTBALL
RECORDS IN ALL DIVISIONS ■ COACHING RECORDS ■ ALL-AMERICAS ■ BOWL-GAME RESULTS ■ STATISTICAL LEADERS ■ ATTENDANCE ■ 1988 RESULTS ■ 1989 SCHEDULES ■ AWARD WINNERS

EXHIBIT 50



1989
NCAA
FOOTBALL
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[ISSN 0735-5475]

THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
Nall Avenue at 63rd Street
P.O. Box 1906
Mission, Kansas 66201
913/384-3220

August 1989

**Compiled By:** Steve Boda Jr., *Associate Director of Statistics;* James M. Van Valkenburg, *Director of Statistics.*

**Schedules and Results Compiled By:** Richard M. Campbell, *Assistant Statistics Coordinator.*

**Edited By:** Michael V. Earle, *Director of Publishing.*

**Designed By:** Victor M. Royal, *Publications Production Coordinator.*

**Cover Photography By:** *Young Company, Kansas City, Missouri.*

NCAA, NCAA seal, NCAA logo and National Collegiate Athletic Association are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

COPYRIGHT, 1989, BY THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
PRINTED IN THE UNITED STATES OF AMERICA

# Contents

**Division I-A Records** .......... **5**
Individual Records .......... 7
Team Records .......... 24
Annual Champions, All-Time Leaders .......... 33
Longest Plays .......... 58
Team Champions and Winning Streaks .......... 60
Toughest Schedule Leaders .......... 63
Most Improved Teams .......... 64
All-Time Team Won-Lost Records .......... 65
National Champions .......... 67
National Poll Rankings .......... 68
Undefeated, Untied Teams .......... 84
The Spoilers .......... 86
Longest Winning Streaks .......... 87
Longest Unbeaten Streaks .......... 88
Longest Series .......... 88
Additional Records .......... 89
Cliffhangers .......... 89
Statistical Trends .......... 90

**Division I-AA Records** .......... **97**
Individual Records .......... 98
Team Records .......... 108
Annual Champions, All-Time Leaders .......... 115
Longest Plays .......... 128
Team Champions .......... 129
Toughest Schedule Leaders .......... 130
All-Time Winningest Teams .......... 130
Undefeated, Untied Teams .......... 132
Final Poll Leaders .......... 132
The Spoilers .......... 132
Longest Series .......... 132
Cliffhangers .......... 133
Regular-Season Overtime Games .......... 133
Statistical Trends .......... 134

**Division II Records** .......... **135**
Individual Records .......... 136
Team Records .......... 145
Annual Champions, All-Time Leaders .......... 150
Longest Plays .......... 163
Team Champions and Winning Streaks .......... 164
Longest Series .......... 165
All-Time Winningest Teams .......... 166
National Poll Rankings .......... 167
Undefeated, Untied Teams .......... 167
The Spoilers .......... 169
Cliffhangers .......... 170
Statistical Trends .......... 170

**Division III Records** .......... **173**
Individual Records .......... 174

## GEORGIA TECH . . . Atlanta, Ga. 30332 — I-A

Coach Bobby Ross, Va. Military '59
Record 12 yrs, W-68, L-67, T-1

**1989 SCHEDULE**

| | |
|---|---|
| North Caro St | Sep 9 |
| Virginia ■ | Sep 16 |
| South Caro | Sep 23* |
| Maryland ■ | Oct 7 |
| Clemson | Oct 14 |
| North Caro. ■ | Oct 21 |
| Duke | Oct 28 |
| Western Caro ■ | Nov 4 |
| Wake Forest ■ | Nov 18 |
| Boston College ■ | Nov 25 |
| Georgia ■ | Dec 2 |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 24 Tenn.-Chatt. | 10 | 21 Duke | 31 |
| 16 Virginia | 17 | 34 Va Military | 7 |
| 13 Clemson | 30 | 24 Wake Forest | 28 |
| 6 North Caro. St | 14 | 3 Georgia | 24 |
| 8 Maryland | 13 | 200 (3-8-0) | 194 |
| 34 South Caro | 0 | | |
| 17 North Caro. | 20 | | |

Conference Atlantic Coast Conf. Enrollment 11 300 Colors Old Gold & White
Nickname Yellow Jackets Stadium Bobby Dodd-Grant Field (1914), 46,000 capacity Artificial turf
1988 home attendance 217,137 in 6 games
Director of Athletics Homer Rice
Sports Info Director Mike Finn 404-894-5445

## GRAMBLING . . . Grambling, La. 71245 — I-AA

Coach Eddie Robinson, Leland '41
Record, 48 yrs., W-349, L-122, T-15

**1989 SCHEDULE**

| | |
|---|---|
| Alcorn St [Los Angeles, Calif] | Sep 3 |
| Howard | Sep 9* |
| Prairie View | Sep 30* |
| Tennessee St. | Oct 7* |
| Mississippi Val [Shreveport, La] | Oct 14* |
| Jackson St | Oct 21* |
| Texas Southern ■ | Oct 28 |
| Alabama St | Nov 4* |
| South Caro. St ■ | Nov 11* |
| Southern-B.R [New Orleans, La] | Nov 18 |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 27 Alcorn St | 13 | 49 Texas Southern | 7 |
| 20 Howard | 35 | 34 Alabama St. | 0 |
| 17 Bethune-Cookman | 16 | 45 South Caro St | 16 |
| 40 Prairie View | 14 | 3 Southern-B R | 10 |
| 35 Tennessee St | 33 | | |
| 27 Mississippi Val | 17 | 314 (8-3-0) | 185 |
| 17 Jackson St | 24 | | |

Conference Southwestern Enrollment 6,003. Colors Black & Gold
Nickname Tigers. Stadium Robinson (1983), 22,000 capacity Natural turf.
1988 home attendance 64,651 in 4 games
Director of Athletics Eddie Robinson.
Sports Info Director Stanley Lewis 318-274-2761

## HARVARD . . . Cambridge, Mass. 02138 — I-AA

Coach. Joseph Restic, Villanova '52
Record. 18 yrs, W-97, L-68, T-5

**1989 SCHEDULE**

| | |
|---|---|
| Columbia | Sep 16 |
| Holy Cross ■ | Sep 23 |
| Army | Sep 30 |
| Lehigh ■ | Oct 7 |
| Cornell | Oct 14 |
| Dartmouth ■ | Oct 21 |
| Princeton ■ | Oct 28 |
| Brown | Nov 4 |
| Pennsylvania ■ | Nov 11 |
| Yale | Nov 18 |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 41 Columbia | 7 | 28 Brown | 3 |
| 28 Massachusetts | 45 | 23 Boston U | 24 |
| 20 Holy Cross | 35 | 13 Pennsylvania | 52 |
| 17 Cornell | 19 | 17 Yale | 26 |
| 7 Dartmouth | 38 | | |
| 8 Princeton | 23 | 202 (2-8-0) | 272 |

Conference Ivy League Enrollment 6,593 Colors Crimson
Nickname Crimson Stadium Harvard (1903), 37,289 capacity. Natural turf.
1988 home attendance 76,416 in 6 games
Director of Athletics John P Reardon
Sports Info. Director Frank Cicero 617-495-2206

## HAWAII . . . Honolulu, HI 96822 — I-A

Coach Bob Wagner, Wittenberg '69
Record: 2 yrs., W-14, L-10, T-0

**1989 SCHEDULE**

| | |
|---|---|
| Tulane ■ | Sep 2* |
| Long Beach St ■ | Sep 9* |
| Wyoming | Sep 16 |
| Utah ■ | Sep 23* |
| New Mexico ■ | Sep 30* |
| San Diego St ■ | Oct 7* |
| Colorado St. | Oct 21 |
| Brigham Young ■ | Oct 28* |
| UTEP ■ | Nov 4* |
| Pacific ■ | Nov 11* |
| Oregon St ■ | Nov 25* |
| Air Force ■ | Dec 9 |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 27 Iowa | 24 | 34 Long Beach St | 31 |
| 31 Colorado St | 23 | 45 New Mexico | 3 |
| 35 San Jose St. | 27 | 22 Wyoming | 28 |
| 48 Utah | 20 | 19 Air Force | 14 |
| 25 UTEP | 42 | 41 Oregon | 17 |
| 32 San Diego St | 30 | | |
| 23 Brigham Young | 24 | 383 (9-3-0) | 283 |

Conference Western Athl Conf Enrollment 19,700 Colors Green & White
Nickname Rainbow Warriors Stadium Aloha (1975). 50,000 capacity Artificial turf
1988 home attendance 359,242 in 9 games.
Director of Athletics Stan Sheriff
Sports Info Director Eddie Inouye 808-948-7523

## HOLY CROSS . . . Worcester, Mass. 01610 — I-AA

Coach Mark Duffner, William & Mary '75
Record. 3 yrs., W-30, L-3, T-0

**1989 SCHEDULE**

| | |
|---|---|
| Villanova ■ | Sep 9 |
| Lafayette | Sep 16 |
| Harvard | Sep 23 |
| Princeton | Sep 30 |
| Dartmouth | Oct 7 |
| Army | Oct 14 |
| Colgate ■ | Oct 21 |
| Brown ■ | Oct 28 |
| Northeastern ■ | Nov 4 |
| Lehigh | Nov 11 |
| Bucknell | Nov 18 |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 49 Rhode Island | 7 | 48 Lehigh | 24 |
| 3 Army | 23 | 35 Brown | 14 |
| 20 Lafayette | 28 | 7 Colgate | 0 |
| 30 Princeton | 26 | 38 Bucknell | 7 |
| 35 Harvard | 20 | 52 Northeastern | 30 |
| 17 Dartmouth | 3 | | |
| | | 334 (9-2-0) | 182 |

Conference Colonial League Enrollment 2,600 Colors Royal Purple
Nickname Crusaders Stadium Fitton Field (1924). 23,500 capacity Natural turf
1988 home attendance 59,545 in 6 games
Director of Athletics Ron Perry
Sports Info Director Jeff Nelson 508-793-2583

■Home games on each schedule [neutral sites shown in brackets]. *Night Games

## HOUSTON . . . Houston, Tex. 77004 — I-A

Coach Jack Pardee, Texas A&M '57
Record 2 yrs, W-13, L-9, T-1

**1989 SCHEDULE**

| | |
|---|---|
| Nevada-Las Vegas | Sep 2* |
| Arizona St | Sep 23* |
| Temple ■ | Sep 30 |
| Baylor ■ | Oct 7 |
| Texas A&M | Oct 14 |
| Southern Methodist ■ | Oct 21 |
| Arkansas [Little Rock, Ark] | Oct 28* |
| Texas Christian | Nov 4 |
| Texas ■ | Nov 11 |
| Texas Tech ■ | Nov 25 |
| Rice | Dec 2 |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 60 Louisiana Tech | 0 | 34 Wyoming | 10 |
| 31 Missouri | 7 | 30 Texas Tech | 29 |
| 27 Baylor | 24 | 45 Rice | 14 |
| 16 Texas A&M | 30 | | |
| 82 Tulsa | 28 | 452 (9-2-0) | 195 |
| 21 Arkansas | 26 | Aloha Bowl | |
| 40 Texas Christian | 12 | 22 Washington St | 24 |
| 66 Texas | 15 | | |

Conference Southwest Conf Enrollment 30,000 Colors Scarlet & White
Nickname Cougars Stadium Astrodome (1965), 60 000 capacity Artificial turf
1988 home attendance 139,656 in 6 games.
Director of Athletics Rudy Davalos
Sports Info Director Ted Nance 713-749-2180

## HOWARD . . . Washington, D.C. 20059 — I-AA

Coach. Steve Wilson, Howard '79
Record. First year as head coach

**1989 SCHEDULE**

| | |
|---|---|
| Dist Columbia ■ | Sep 2 |
| Grambling [East Rutherford, N J] | Sep 9* |
| Bethune-Cookman | Sep 16* |
| South Caro St ■ | Sep 23 |
| Virginia St ■ | Oct 14 |
| North Caro A&T | Oct 21 |
| Morehouse ■ | Oct 28 |
| Morgan St. | Nov 4 |
| Florida A&M ■ | Nov 11 |
| Delaware St | Nov 18 |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 47 Morehouse | 21 | 49 Dist. Columbia | 0 |
| 35 Grambling | 20 | 17 Florida A&M | 34 |
| 41 Bethune-Cookman | 26 | 35 Morgan St | 13 |
| 13 South Caro St | 21 | 21 Delaware St | 28 |
| 28 Towson St | 31 | | |
| 34 Virginia St | 21 | 337 (7-4-0) | 223 |
| 37 North Caro A&T | 8 | | |

Conference Mid-Eastern Enrollment 12,500 Colors Blue & White
Nickname Bison Stadium Greene (1986), 7,500 capacity Artificial turf
1988 home attendance 65 992 in 6 games
Director of Athletics William Moultrie.
Sports Info Director Edward Hill 202-636-7182

## IDAHO . . . Moscow, Ida. 83843 — I-AA

Coach John L Smith, Weber St, '71
Record First year as head coach

**1989 SCHEDULE**

| | |
|---|---|
| Washington St. | Sep 2 |
| Portland St | Sep 9* |
| Cal St Sacramento ■ | Sep 16* |
| Weber St. | Sep 23* |
| Montana ■ | Sep 30 |
| Northern Ariz | Oct 7 |
| Montana St. | Oct 14 |
| Eastern Wash ■ | Oct 21 |
| Nevada-Reno ■ | Oct 28 |
| Idaho St | Nov 4* |
| Boise St ■ | Nov 18* |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 27 Portland St | 18 | 41 Idaho St | 7 |
| 36 Pacific | 26 | 26 Boise St | 20 |
| 17 Montana | 26 | | |
| 31 Northern Ariz | 20 | 309 (9-1-0) | 218 |
| 41 Montana St | 24 | Division I-AA Playoffs | |
| 31 Eastern Wash | 27 | 38 Montana | 19 |
| 27 Weber St. | 24 | 38 Northwestern La | 30 |
| 32 Nevada-Reno | 31 | 7 Furman | 38 |

Conference Big Sky Conf Enrollment 11,826. Colors Silver & Gold
Nickname Vandals Stadium Kibbie (1975), 16 000 capacity Artificial turf.
1988 home attendance 54,100 in 5 games
Director of Athletics Dr Gary Hunter.
Sports Info Director Dave Cook 208-885-0211

## IDAHO STATE . . . Pocatello, Ida. 83209 — I-AA

Coach Garth Hall, Utah St '67
Record 1 yr., W-0, L-11, T-0

**1989 SCHEDULE**

| | |
|---|---|
| Northern Colo | Sep 9 |
| Southern Utah St ■ | Sep 16* |
| Nevada-Reno | Sep 23 |
| Montana St ■ | Sep 30* |
| Boise St. | Oct 7* |
| Eastern Wash | Oct 14 |
| Northern Ariz ■ | Oct 28* |
| Idaho ■ | Nov 4* |
| Montana | Nov 11 |
| Weber St ■ | Nov 18* |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 16 Utah | 41 | 3 Eastern Wash | 35 |
| 7 Montana | 34 | 10 Boise St | 31 |
| 23 Cal St Northridge | 34 | 7 Idaho | 41 |
| 37 Montana St | 45 | 13 Nevada-Reno | 50 |
| 13 Weber St | 34 | | |
| 7 Oregon | 52 | 143 (0-11-0) | 424 |
| 7 Northern Ariz | 27 | | |

Conference Big Sky Conf Enrollment: 7 616 Colors Orange & Black
Nickname Bengals Stadium Holt Arena (1970), 12 000 capacity Artificial turf
1988 home attendance 32,530 in 5 games.
Director of Athletics Tom Jewell
Sports Info Director Glenn Alford 208-236-3651

## ILLINOIS . . . Champaign, Ill. 61820 — I-A

Coach John Mackovic, Wake Forest '65
Record 4 yrs, W-20, L-25, T-1

**1989 SCHEDULE**

| | |
|---|---|
| Southern Cal | Sep 4* |
| Colorado | Sep 16 |
| Utah St ■ | Sep 23 |
| Ohio St ■ | Oct 7 |
| Purdue | Oct 14 |
| Michigan St. | Oct 21 |
| Wisconsin ■ | Oct 28 |
| Iowa | Nov 4 |
| Michigan ■ | Nov 11 |
| Indiana ■ | Nov 18 |
| Northwestern | Nov 25 |

**1988 RECORD**

| | | | |
|---|---|---|---|
| 7 Washington St | 44 | 21 Indiana | 20 |
| 16 Arizona St. | 21 | 9 Michigan | 38 |
| 35 Utah | 24 | 14 Northwestern | 9 |
| 31 Ohio St | 12 | | |
| 20 Purdue | 0 | 235 (6-4-1) | 229 |
| 34 Wisconsin | 6 | All-American Bowl | |
| 21 Michigan St | 28 | 10 Florida | 14 |
| 27 Minnesota | 27 | | |

Conference Big Ten Conf Enrollment 34,500 Colors Orange & Blue
Nickname Fighting Illini Stadium Memorial (1923), 69,200 capacity Artificial turf
1988 home attendance 346 234 in 6 games
Director of Athletics John Mackovic
Sports Info Director Tab Bennett 217-333-1390

■Home games on each schedule [neutral sites shown in brackets] *Night Games

NCAA 030637