

OFFICIAL 1991 NCAA® FOOTBALL

1991 NCAA FOOTBALL

RECORDS IN ALL DIVISIONS ■ COACHING RE-
CORDS ■ ALL-AMERICAS ■ BOWL-GAME RESULTS
■ STATISTICAL LEADERS ■ ATTENDANCE ■ 1990
RESULTS ■ 1991 SCHEDULES ■ AWARD WINNERS

NATL COLLEGIATE ATHLETIC ASSOC

1NCAA000004180

EXHIBIT 51



OFFICIAL
1991 NCAA.
FOOTBALL

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

NCAA 030671

# Contents

**Division I-A Records** ........................................................ 5
  College Football's First Game ........................................ 7
  Individual Records .......................................................... 8
  Team Records .................................................................. 26
  Annual Champions, All-Time Leaders ........................... 35
  Longest Plays ................................................................... 66
  Team Champions .............................................................. 68
  Toughest Schedule Leaders ............................................ 71
  Most Improved Teams ...................................................... 72
  All-Time Team Won-Lost Records .................................. 73
  National Champions .......................................................... 76
  National Poll Rankings .................................................... 77
  Undefeated, Untied Teams ............................................. 96
  The Spoilers ...................................................................... 97
  Longest Winning Streaks ............................................... 99
  Longest Unbeaten Streaks ............................................. 99
  Longest Losing Streaks .................................................. 100
  Most-Played Rivalries ...................................................... 101
  Additional Records .......................................................... 101
  Cliffhangers ...................................................................... 101
  Division I-A Football Stadiums .................................... 103
  Statistical Trends ............................................................ 107
  College Football Rules Changes ................................... 113

**Division I-AA Records** ................................................... 117
  Individual Records .......................................................... 118
  Team Records .................................................................. 129
  Annual Champions, All-Time Leaders ........................... 136
  Longest Plays ................................................................... 152
  Team Champions .............................................................. 154
  Toughest Schedule Leaders ............................................ 155
  All-Time Team Won-Lost Records .................................. 155
  Undefeated, Untied Teams ............................................. 158
  Final Poll Leaders ............................................................ 158
  The Spoilers ...................................................................... 158
  Most-Played Rivalries ...................................................... 158
  Cliffhangers ...................................................................... 159
  Regular-Season Overtime Games .................................. 159
  Statistical Trends ............................................................ 160
  Top 20 Polls ...................................................................... 161

**Division II Records** ........................................................ 163
  Individual Records .......................................................... 164
  Team Records .................................................................. 173
  Annual Champions, All-Time Leaders ........................... 178
  Longest Plays ................................................................... 193
  Team Champions and Winning Streaks ......................... 194
  Longest Rivalries ............................................................. 197
  All-Time Winningest Teams ............................................ 197
  National Poll Rankings .................................................... 199
  Undefeated, Untied Teams ............................................. 200

[ISSN 0735-5475]

THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
6201 College Boulevard
Overland Park, Kansas 66211-2422
913/339-1906
July 1991

**Compiled By:** Richard M. Campbell, *Assistant Statistics Coordinator;* John D. Painter, *Assistant Statistics Coordinator;* Sean W. Straziscar, *Assistant Statistics Coordinator;* James M. Van Valkenburg, *Director of Statistics.*

**Edited By:** J. Gregory Summers, *Assistant Director of Publishing.*

**Designed By:** Victor M. Royal, *Director of Graphics.*

**Cover Photography By:** Young Company, Kansas City, Missouri.

NCAA, NCAA seal, NCAA logo and National Collegiate Athletic Association are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

COPYRIGHT, 1991, BY THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
PRINTED IN THE UNITED STATES OF AMERICA

NCAA 7870-7/01

NCAA 050072

# 1991 NCAA FOOTBALL

Divisions I-A & I-AA 1991 Schedules and 1990 Results

GEORGIA TECH ... Atlanta, Ga. 30332 — I-A

GRAMBLING ... Grambling, La. 71245 — I-AA

HARVARD ... Cambridge, Mass. 02138 — I-AA

HAWAII ... Honolulu, HI 96822 — I-A

HOLY CROSS ... Worcester, Mass. 01610 — I-AA

FRESNO STATE ... Fresno, Calif. 93740 — I-A

CAL STATE FULLERTON ... Fullerton, Calif. 92634 — I-A

FURMAN ... Greenville, S.C. 29613 — I-AA

GEORGIA ... Athens, Ga. 30602 — I-A

GEORGIA SOUTHERN ... Statesboro, Ga. 30460 — I-AA