The History of the NCAA

## It was the flying wedge, football's major offense in 1905, that spurred the formation of the NCAA.





The game's rugged nature, typified by mass formations and gang tackling, resulted in numerous injuries and deaths and prompted many institutions to discontinue the sport. Others urged that football be reformed or abolished from intercollegiate athletics.

President Theodore Roosevelt summoned college athletics leaders to two White House conferences to encourage such reforms. In early December 1905, Chancellor Henry M. MacCracken of New York University convened a meeting of 13 institutions to initiate changes in football playing rules. At a subsequent meeting December 28 in New York City, the Intercollegiate Athletic Association of the United States (IAAUS) was founded by 62 members.

The IAAUS officially was constituted March 31, 1906, and took its present name (NCAA) in 1910. For several years, the NCAA was a discussion group and rules-making body; but in 1921, the first NCAA national championship was held: the National Collegiate Track and Field Championships. Gradually, more rules committees were formed and more championships were held.

A series of crises brought the NCAA to a crossroads after World War II. The "Sanity Code"--adopted to establish guidelines for recruiting and financial aid--failed to curb abuses involving student-athletes. Postseason football games were multiplying rapidly. Member institutions were increasingly concerned about the effects of unrestricted television on football attendance.

*The NCAA's membership was divided into three competitive divisions in 1973.*



The complexity and scope of these problems and the growth in membership and championships demonstrated the increasing need for full-time professional leadership. In 1951, Walter Byers, who previously had served as part-time executive assistant, was named executive director. A national headquarters was established in Kansas City, Missouri, in 1952. A program to control live television of football games was approved, the annual Convention delegated enforcement powers to the Association's Council and legislation was adopted governing postseason bowl games.

The Association's membership was divided into three legislative and competitive divisions in 1973 at the first special Convention ever held. Five years later, Division I members voted to create subdivisions I-A and I-AA in the sport of football.

The History of the NCAA

The NCAA began administering women's athletics programs in 1980 when Divisions II and III established 10 championships for 1981-82. A year later, the historic 75th Convention adopted an extensive governance plan to include women's athletics programs, services and representation. The delegates expanded the women's championships program with the addition of 19 events.

On August 1, 1997, the NCAA implemented a change in its governance structure that provides greater autonomy for each division and more control by the presidents of member colleges and universities.

Walter Byers retired October 1, 1987, after 36 years as the Association's executive director. He was replaced by Richard D. Schultz, who resigned in 1993.

Cedric W. Dempsey held the post through December 31, 2002. Dr. Dempsey was a strong advocate for the welfare of student-athletes and was instrumental in the move of the NCAA national office to Indianapolis in 1999 and the negotiation of a comprehensive championships rights agreement with CBS worth potentially $6 billion over 11 years.

Today, the national office staff of about 350 employees based in Indianapolis is led by President Myles Brand. Dr. Brand is the first university CEO to head the Association.

In 2006, the NCAA celebrates its centennial. More details are available by clicking on the links below:

- NCAA Centennial Celebration
- Book - *In the Arena/The NCAA's First Century*
- 1999 NCAA News series on the history of the NCAA.