McCORRISTON MILLER MUKAI MacKINNON LLP
WILLIAM C. McCORRISTON         #995
mccorriston@m4law.com
KENNETH J. MANSFIELD           #7227
mansfield@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
GREGORY L. CURTNER *(pro hac vice)*
curtner@millercanfield.com
ROBERT J. WIERENGA *(pro hac vice)*
wierenga@millercanfield.com
ATLEEN KAUR *(pro hac vice)*
kaur@millercanfield.com
101 North Main Street, 7th Floor
Ann Arbor, MI 48104-1400
Telephone: (734) 663-2445
Facsimile: (734) 663-8624

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>　　　　Defendant. | DECLARATION OF ATLEEN KAUR IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

ATLEEN KAUR declares and states the following

1. I am admitted to practice law in the State of Michigan and am an attorney with the law firm of Miller, Canfield, Paddock and Stone, P.L.C., counsel for the National Collegiate Athletic Association ("NCAA"). I am also admitted *pro hac vice* before this Honorable Court in this case. I submit this declaration in support of the NCAA's Motion for Summary Judgment. Unless otherwise indicated, all statements herein are based upon my personal knowledge.

2. Attached hereto as Exhibit "53" is a true and correct copy of a May 13, 2004 letter from Gregory L. Curtner to David W. Kesselman. Exhibit "53" was made at or near the time so indicated on its face; kept in the course of my office's regularly conducted business activities; and is of a type and character that was my office's regular practice to create.

3. Attached hereto as Exhibit "54" is a true and correct copy of a May 19, 2004 letter from David W. Kesselman to Gregory L. Curtner. Following my office's receipt of Exhibit "54", it was thereafter maintained by my office in the course of its regularly conducted business activities consistent with its custom and practice

Executed on June 12, 2006, Ann Arbor, Michigan

_____
Atleen Kaur

2