ORIGINAL

McCORRISTON MILLER MUKAI MacKINNON LLP
WILLIAM C. McCORRISTON         #995
KENNETH J. MANSFIELD           #7227
mccorriston@m4law.com; mansfield@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
GREGORY L. CURTNER *(pro hac vice)*
ROBERT J. WIERENGA *(pro hac vice)*
ATLEEN KAUR *(pro hac vice)*
curtner@millercanfield.com; wierenga@millercanfield.com
kaur@millercanfield.com
101 North Main Street, 7th Floor
Ann Arbor, MI 48104-1400
Telephone: (734) 663-2445
Facsimile: (734) 663-8624

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>  Defendant. | Civil No.: 04-000204 DAE/KSC<br><br>DEFENDANT NCAA'S CONCISE STATEMENT OF MATERIAL UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF DENNIS L. POPPE; EXHIBITS "1" – "34"; DECLARATION OF KEITH MARTIN; EXHIBITS "35" – "44"; DECLARATION OF ANGELA GRANT; EXHIBITS "45" – "52"; DECLARATION OF ATLEEN |

**PART 3 OF 3**

|   |   |
|---|---|
| ) | KAUR; EXHIBITS "53" – "54"; |
| ) | DECLARATION OF KENNETH J. |
| ) | MANSFIELD; EXHIBITS "55" – |
| ) | "95"; CERTIFICATE OF SERVICE |
| ) | |
| ) | |
| ) | |
| ) | Trial Date: October 3, 2006 |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**Part 3 of 3**