# Transcript of the Testimony of
# **RICHARD BANNER**

**Date:** November 16, 2005
**Case No.:** CV04-00204 DAE KSC
**Case:** ALOHA SPORTS, INC. v. THE NATIONAL COLLEGIATE

Carnazzo Court Reporting Company, Ltd.
Phone: (808)532-0222
Fax: (808)532-0234
Internet: www.carnazzo.com

EXHIBIT 58

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ALOHA SPORTS INC., a Hawaii  ) CIVIL NO. CV04-000204 DAE/KSC
                             )
            Plaintiff,       )
                             )
     vs.                     )
                             )
THE NATIONAL COLLEGIATE      )
ATHLETIC ASSOCIATION, an     )
unincorporated association,  )
                             )
            Defendant.       )
                             )
                             )



        VIDEOTAPED DEPOSITION OF RICHARD BANNER

Taken on behalf of Defendant at the law offices of

McCorriston Miller Mukai MacKinnon LLP, Five Waterfront

Plaza, 4th Floor, 500 Ala Moana Boulevard, Honolulu,

Hawaii 96813, commencing at 8:03 a.m., on Wednesday,

November 16, 2005, pursuant to Notice.




BEFORE:

     Donna Kohls, CSR 146
     Notary Public, State of Hawaii




CARNAZZO COURT-REPORTING CO., LTD.
532-0222

a60df72c-922f-473c-9b4b-0f692d31f22b

Page 2

```
 1    APPEARANCES:

 2    For Plaintiff:         COURTNEY PALKO, ESQ.
                             Blecher & Collins, P.C.
 3                           611 W. Sixth Street, 20th Floor
                             Los Angeles, California 90017-3120
 4
      For Defendant:         GREGORY L. CURTNER, ESQ.
 5                           ATLEEN KAUR, ESQ.
                             Miller Canfield Paddock & Stone, P.L.C.
 6                           101 North Main Street, 7th Floor
                             Ann Arbor, Michigan 48104-1400
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1                              I N D E X
2    EXAMINATION BY:                                      PAGE
3    Ms. Kaur                                              4
4
5
     EXHIBITS MARKED FOR IDENTIFICATION:
6
     68     Typewritten note                               16
7
     69     Funds Transaction-Banner/Aloha Sports          18
8
     70     Aloha Sports, Inc. General Ledger              27
9           as of March 31, 2003
10   71     Article entitled "NCAA extends olive branch    31
            to two wobbling bowls"
11
     72     Memorandum                                     32
12
     73     Letter dated December 3, 2002                  32
13
     74     Letter via fax dated December 6, 2002          33
14
     75     Memo via fax dated December 10, 2002           35
15
     76     Memo via fax dated December 10, 2202           38
16
     77     Memo via fax dated December 12, 2002           40
17
     78     Letter dated December 10, 2002                 46
18
19
20
21
22
23
24
25

Page 4

1                      RICHARD BANNER

2   called as a witness by and on behalf of Defendant, being

3   first duly sworn to tell the truth, the whole truth, and

4   nothing but the truth, was examined and testified as

5   follows:

6                      EXAMINATION

7   BY MS. KAUR:

8   Q     Good morning, Mr. Banner.

9   A     Good morning.

10  Q     Could you please your full name for the record.

11  A     Richard O. Banner.

12  Q     And what is your current address?

13  A     246 Nenue Street, Honolulu.

14  Q     How long have you been at this address?

15  A     Four years.

16  Q     And where were you prior to that?

17  A     I was at a Kuliouou Valley address.

18  Q     But you have been in Hawaii?

19  A     I have been in Hawaii, yes, for 20 years.

20  Q     For the record, could you give us your educational

21  background from high school onwards.

22  A     I went to high school at Monterey High School in

23  Lubbock, Texas.  I went to a university at Texas Tech

24  University.  I graduated with a BA in chemistry, pre med.

25  I did my medical education at Baylor College of Medicine

a60df72c-922f-473c-9b4b-0f692d31f22b

1    its contract?

2    A    I don't know whether it's been paid or not paid. I

3    don't know the status of the University of Oregon.

4    Q    Are you aware of the general debts outstanding of

5    Aloha Sports, Incorporated?  Are you generally aware of

6    moneys that may be owed to different entities?

7    A    I'm general aware of it, yes.

8    Q    As current treasurer, do you keep notes or documents

9    of the outstanding debts?

10   A    No, I don't.

11   Q    Do you know--

12   A    I know that they are summarized and listed in what

13   was the proposed sale document to Pro Sports.

14   Q    So it's your understanding, then, that that is the

15   most recent compilation of outstanding debts or

16   liabilities?

17   A    Yes, that would be the most recent.

18             MS. KAUR:  I think we are done.  Thank you very

19   much for your time.

20             (At 9:37 a.m., the deposition concluded)

21

22

23

24

25

Page 48

1        I, RICHARD BANNER, do hereby certify that I have read

2    the foregoing typewritten pages 1 through 47, inclusive,

3    and corrections, if any, were noted by me; and that same

4    is now a true and correct transcript of my testimony.

5

6        Dated

7

8

9

10

11

12

13    Signed before me this

14    day of          , 2005.

15

16

17

18

19

20

21

22

23

24

25

a60df72c-922f-473c-9b4b-0f692d31f22b

1    STATE OF HAWAII                    )
                                        )
2         I, DONNA KOHLS, C.S.R., a Notary Public in and for

3    the State of Hawaii, do hereby certify:

4         That on November 16, 2005, at 8:03 a.m., appeared

5    before me RICHARD BANNER, the witness whose testimony is

6    contained herein, that prior to being examined, the

7    witness was by me duly sworn; that the proceedings were

8    taken in computerized machine shorthand by me and were

9    reduced to print; that the foregoing represents to the

10   best of my ability, a correct transcript of the

11   proceedings had in the foregoing matter;

12        That the witness, if applicable, was notified through

13   counsel, by mail or by telephone to appear and sign; that

14   if the transcript is not signed, either the reading and

15   signing were waived by the witness and all parties, or the

16   witness failed to appear and the original is therefore

17   kept on file without signature pursuant to Court Rules.

18        I further certify that I am not counsel for any of

19   the parties hereto, nor in any way interested in the

20   outcome of the cause named in the caption.

21        Dated:

22

23

              Donna Kohls, C.S.R., No. 146
24            Notary Public, State of Hawaii
              My commission expires: 7-21-2009
25

a60df72c-922f-473c-9b4b-0f692d31f22b