| JUDGMENT | | Form #1DC34 |
|---|---|---|
| | | JUDGMENT.X (Amended 4/18/97, 8/1/97, 9/26/97)v |

**IN THE DISTRICT COURT OF THE FIRST CIRCUIT**
**HONOLULU DIVISION**
**STATE OF HAWAI'I**

DISTRICT COURT
FIRST CIRCUIT
CIVIL DIVISION

JUN 3 2 23 PM '03

FILED ___
ISSUED ___
RETURNED ___

Plaintiff(s)

UNIVERSITY HEALTH ALLIANCE

Civil No. **1RC03-1-252**

Defendant(s)

ALOHA SPORTS, INC.

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)
LOUISE K. Y. ING    #2394-0
PAUL M. IGUCHI    #6047-0
Alston Hunt Floyd & Ing
18th Floor, ASB Tower,
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: 524-1800  Fax: 524-4591

Last Court Date: March 17, 2003

**JUDGMENT**

JUDGMENT is entered in favor of ☒ **Plaintiff(s)** or ☐ **Defendant(s)** as follows:

☐ Confession  ☐ Trial  ☐ Stipulation  ☐ Other (Specify: _____)

☒ Default: The Defendant(s) having fail to plead or otherwise defend in the above-entitled action and a default having been entered upon application of Plaintiff(s) and on the verification that Defendant(s) is indebted to Plaintiff(s).

**DISCONTINUED/DISMISSED AS TO:** (LIST DEFENDANT(S)' NAMES)

Dismissal entered on _____.

**JUDGMENT**

| | |
|---|---|
| Principal Amount | $1,685.72 |
| Interest | |
| Attorney's Fees | 421.43 |
| Costs of Court | 100.00 |
| Sheriff's Fees | 25.00 |
| Sheriff's Mileage | 20.00 |
| Other Costs | |
| Total Judgment Amount | $2,252.15 |

Date: JUN - 3 2003

☐ Clerk  ☒ Judge of the above-entitled Court

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the District Court Administration Office at **PHONE NO.** 538-5121, **FAX** 538-5233, or **TTY** 539-4853 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

Default Entered Against the Above-named Defendant(s) on 3/17/03.

EXHIBIT "6"

Clerk, District Court of the above Circuit, State of Hawai'i

I certify that this is a full, true, and correct copy of the original on file in this office.

3/23/06

Clerk, District Court of the above Circuit, State of Hawai'i