**JUDGMENT**  Form #1DC34

| IN THE DISTRICT COURT OF THE FIRST CIRCUIT |
|---|
| HONOLULU DIVISION |
| STATE OF HAWAI'I |

JUDGMENT.X (Amended 4/18/97, 8/1/97, 9/26/97)v

AUG 6  9 06 AM '02
DISTRICT COURT OF
THE FIRST CIRCUIT

Plaintiff(s)

McNEIL WILSON COMMUNICATION, INC.
a Hawaii corporation
1001 Bishop Street
Pauahi Tower, Suite 950
Honolulu, HI 96813

Reserved for Court Use

Civil No. 1RC 02-1-3799

Defendant(s)
ALOHA SPORTS, INC.,
a Hawaii corporation
1157 Fort Street
Honolulu, HI 96813

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)
David F.E. Banks, Esq., 5015-0
Cades Schutte Fleming & Wright, a Limited Liability Law Company
1000 Bishop Street, 15th Floor
Honolulu, HI 96813
Tel. No. 521-9265; Fax: 540-5018

Last Court Date: 7/22/02

## JUDGMENT

JUDGMENT is entered in favor of ☒ **Plaintiff(s)** or ☐ **Defendant(s)** as follows:

☐ Confession ☐ Trial ☐ Stipulation ☐ Other (Specify: _____)

☒ Default: The Defendant(s) having failed to plead or otherwise defend in the above-entitled action and a default having been entered upon application of Plaintiff(s) and on the verification that Defendant(s) is indebted to Plaintiff(s).

DISCONTINUED/DISMISSED AS TO: (LIST DEFENDANT(S)' NAMES)

Dismissal entered on _____

## JUDGMENT

| | |
|---|---|
| Principal Amount | $ 20,000.00 |
| Interest | $ |
| Attorney's Fees | $ 2,044.14 |
| Costs of Court | $ 100.00 |
| Sheriff's Fees | $ ~~27.00~~ 25.00 |
| Sheriff's Mileage | $ 14.00 |
| Other Costs | $ 28.00 |
| Total Judgment Amount | $ 22,211.14 ~~22,233.14~~ |

Date: AUG 06 2002

☐ Clerk ☒ Judge of the above-entitled Court

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the District Court Administration Office at **PHONE NO. 538-5121, FAX 538-5233, OR TTY 539-4853** at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

Default Entered Against the Above-named Defendant(s)
on _____

EXHIBIT "62"

I certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, District Court of the Above Circuit, State of Hawai'i     Clerk, District Court of the Above Circuit, State of Hawai'i