JUDGMENT AGAINST ALOHA SPORTS INC.                                Form #1DC34

| IN THE DISTRICT COURT OF THE FIRST CIRCUIT | JUDGMENT (Amended 4/18/97, 8/1/97, 9/26/97)v |
|---|---|
| HONOLULU DIVISION | DISTRICT COURT |
| STATE OF HAWAI'I | FIRST CIRCUIT |
| | CIVIL DIVISION |

Plaintiff(s)
TRANSWORLD SYSTEMS INC.
dba CREDIT MANAGEMENT SERVICES

Nov 15  3 14 PM '02

FILED _____ W. ARAKAWA
ISSUED _____
RETURNED _____

Reserved for Court Use

Civil No. **1RC02-1-4321**

Defendant(s)
ALOHA SPORTS INC.
and FREDERICK ROHLFING III

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)
Erik W. Wong #4156
900 Fort Street, Suite 1440
Honolulu, Hawaii 96813
Phone: (808) 533-4752/ Fax: (808) 533-4968

Last Court Date: September 3, 2002

**JUDGMENT AGAINST ALOHA SPORTS INC.**

JUDGMENT is entered in favor of ☑ Plaintiff(s) or ☐ Defendant(s) as follows:
☐ Confession  ☐ Trial  ☐ Stipulation  ☐ Other (Specify: _____)
☑ Default: The Defendant(s) having failed to plead or otherwise defend in the above-entitled action and a default having been entered upon application of Plaintiff(s) and on the verification that Defendant(s) is indebted to Plaintiff(s).

DISCONTINUED/DISMISSED AS TO: (LIST DEFENDANT(S)' NAMES)   Frederick Rohlfing III

Dismissal entered on September 26, 2002.

**JUDGMENT**

| | |
|---|---|
| Principal Amount | $1,320.00 |
| Interest | |
| Attorney's Fees | $300.00 |
| Costs of Court | $100.00 |
| Sheriff's Fees | $25.00 |
| Sheriff's Mileage | $26.00 |
| Other Costs | |
| Total Judgment Amount | $1,771.00 |

GERALD H. KIBE (SEAL)

Date: **NOV 15 2002**   ☐ Clerk  ☑ Judge of the above-entitled Court

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, OR TTY 539-4853 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

Default Entered Against the Above-named Defendant(s) on 9/3/02

W. ARAKAWA (S)

Clerk, District Court of the Above Circuit, State of Hawai'i

I certify that this is a full, true, and correct copy of the original on file in this office.

EXHIBIT "63"

Clerk, District Court of the Above Circuit, State of Hawai'i