BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (Pro Hac Vice)
DAVID W. KESSELMAN (Pro Hac Vice)
COURTNEY A. PALKO (Pro Hac Vice)
mblecher@blechercollins.com; dkesselman@blechercollins.com
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

FREDERICK W. ROHLFING III, A LIMITED LIABILITY LAW COMPANY
FREDERICK W. ROHLFING III          # 3474
FWR@caselombari.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3283
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

Attorneys for Plaintiff Aloha Sports Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC<br><br>(Antitrust)<br><br>PLAINTIFF ALOHA SPORTS INC.'S RESPONSES TO DEFENDANT NCAA'S FIRST AMENDED REQUEST FOR ADMISSIONS |

EXHIBIT " 68 "

Plaintiff Aloha Sports, Inc. ("Plaintiff" or "ASI") hereby responds to Defendant The National Collegiate Athletic Association's ("the NCAA") First Amended Request for Admissions

## INTRODUCTORY STATEMENT.

ASI has not completed discovery and trial preparation in this action. Accordingly, the following responses are based only upon such information and documents as are presently available to and specifcially known to respoding party. Responding party reserves the right to supplement these responses as additional facts are ascertained, analyses are made, and legal research is completed. The responses below are made in a good faith effort to supply as much information about documents or things as are presently known.

A response to any of the Requests does not constitute an admission by ASI that it agrees with the NCAA's characterization or definition contained therein, or that the information sought is likely to lead to the discovery of admissible evidence. Except for facts explicitly admitted herein, no admission of any nature whatsoever is to be implied by or inferred from any response stated elsewhere in this document. In responding to the Requests, ASI does not concede the relevancy, materiality, or admissibility of any information sought by the discovery requests or any responses thereto.

- 2 -

This introductory statement applies to each and every response contained herein.

## GENERAL OBJECTIONS

ASI objects to these Requests to the extent they seek information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege.

ASI objects to these requests to the extent they seek information or impose obligations beyond the scope of discovery permitted by the Federal Rules of Civil Procedure, including discovery that is unreasonably duplicative or cumulative, overly broad, unduly burdensome or oppressive, vague, ambiguous, obtaintable from other sources that are more convenient, less burdensome or less expensive, seek information not within ASI's custody or control, or seek information that is neither releavnt to this litigation nor reasonably calculated to lead to the discovery of amissible evidence.

These general objections shall be deemed incorporated into each specific response below as if they were fully set forth therein.

## REQUESTS FOR ADMISSION

### Request No. 1:

Admit that ASI-30-000860 to ASI-30-000862 is an authentic and true and

correct copy of a letter from Frederick W. Rohlfing III to Keith Martin dated

Feburary (sic) 5, 2001.

Admit __X___          Deny _____


**Request No. 2:**

Admit that ASI-06-001368 to ASI-06-001379 is an authentic and true and

correct copy of an agreement between the Atlantic Coast Conference and ASI

dated November 13, 2002.

Admit ___X___          Deny _____


**Request No. 3:**

Admit that ASI-07-002253 is an authentic and correct copy of a document

produced by You and is titled "Certification and Acknowledgement" between the

Atlantic Coast Conference and ASI. The document bears the word "draft" and

appears to be signed by the Commissioner of the Atlantic Coast Conference on

December 7, 2002.

Admit ___X___          Deny _____

**Request No. 4**

Admit that ASI-06-001356 to ASI-06-001367 is an authentic and true and correct copy of an agreement between the Pacific-10 Conference and Aloha Sports Inc. dated November 14, 2002.

Admit __X__            Deny _____

**Request No. 5:**

Admit that ASI-10-001299 to ASI-10-001304 is an authentic and correct copy of a document produced by You and is titled "Letter of Agreement Between Sheraton Seattle Hotel & Towers and Seattle Bowl." This document appears to be signed by Christine Hatfield, Director of Sales for Sheraton Seattle Hotel & Towers on October 8, 2001.

Admit __X__            Deny _____

**Request No. 6:**

Admit that ASI-07-002053 is an authentic and true and correct copy of a letter from Don Boyd to Terry Daw dated December 18, 2002.

Admit __X__            Deny _____

**Request No. 7:**

Admit that ASI-10-001952 to ASI-10-001964 is an authentic and correct copy of a document produced by You and is titled "Letter of Agreement between the Westin Seattle and Seattle Bowl" dated October 5, 2001.

Admit ___X___        Deny _____

**Request No. 8:**

Admit that ASI-04-000924 to ASI-04-000934 is an authentic and true and correct copy of an agreement between Georgia Tech Athletic Association and ASI dated December 5, 2001.

Admit ___X___        Deny _____

**Request No. 9:**

Admit that ASI-30-000295 to ASI-30-000307 is an authentic and true and correct copy of an agreement between the Pacific-10 Conference and ASI dated September 25, 2001.

Admit ___X___        Deny _____

05-26-06    12:54pm    From-2                                    +2136221656        T-150    P.008/038    F-880

**Request No. 10:**

Admit that ASI-04-001628 is an authentic and correct copy of a document produced by You and is titled "Oregon State Settlement".

Admit __X__          Deny _____

**Request No. 11:**

Admit that ASI-04-001090 is an authentic and correct copy of a document produced by You and is titled "University of Hawaii Settlement".

Admit __X__          Deny _____

**Request No. 12:**

Admit that ASI-04-000085 is an authentic and correct copy of a document produced by You and is titled "Arizona State Settlement".

Admit __X__          Deny _____

**Request No. 13:**

Admit that ASI-04-001998 is an authentic and correct copy of a document produced by You and is titled "Wake Forest Settlement".

Admit __X__          Deny _____

05-26-06    12:54pm    From-2                          +2136221656        T-150  P.009/036  F-880

**Request No. 14:**

Admit that ASI-04-000203 is an authentic and true and correct copy of a settlement statement between Boston College and ASI.

Admit ___X___          Deny _____

**Request No. 15:**

Admit that ASI-04-001835 is an authentic and true and correct copy of a settlement statement between the University of Virginia and ASI.

Admit ___X___          Deny _____

**Request No. 16:**

Admit that ASI-04-000050 is an authentic and true and correct copy of a settlement statement between Arizona State University and ASI.

Admit ___X___          Deny _____

**Request No. 17:**

Admit that ASI-07-001900 is an authentic and true and correct copy of a settlement statement between the University of Virginia and ASI.

Admit ___X___          Deny _____

**Request No. 18:**

Admit that ASI-04-000844 is an authentic and true and correct copy of a settlement statement between the University of Georgia and ASI.

Admit ___X___        Deny _____


**Request No.19**

Admit that ASI-04-001709 is an authentic and true and correct copy of a settlement statement between Stanford University and ASI.

Admit ___X___        Deny _____


**Request No. 20:**

Admit that ASI-04-000936 is an authentic and true and correct copy of a settlement statement between the Georgia Tech Athletic Association and ASI.

Admit ___X___        Deny _____


**Request No. 21:**

Admit that ASI-06-001353 is an authentic and correct copy of a document produced by You. This document purports to be sent by Terry Daw to Mike Finn showing the settlement charges for University of Oregon and Wake Forest for the

2002 Seattle Bowl.

      Admit __X__          Deny _____

**Request No. 22:**

      Admit that ASI-23-001064 to ASI-23-001067 is an authentic and true and correct copy of a letter from Frederick Rohlfing III to Marcie Hill dated August 31, 1998.

      Admit __X__          Deny _____

**Request No. 23:**

      Admit that ASI-23-000920 to ASI-23-000925 is an authentic and true and correct copy of an agreement for the title sponsorship of the O'ahu Bowl between DaimlerChrysler Corporation and ASI dated March 16, 1999.

      Admit __X__          Deny _____

**Request No. 24:**

      Admit that ASI-30-000952 to ASI-30-000959 is an authentic and true and correct copy of an agreement for the title sponsorship of the Aloha Bowl between Chrysler Corporation and ASI dated January 8, 1996.

      Admit __X__          Deny _____

**Request No. 25:**

Admit that ASI-30-000960 to ASI-30-000963 is an authentic and true and correct copy of a letter agreement for the title sponsorship of the Aloha Bowl between Chrysler Corporation and ASI dated August 31, 1998.

Admit ___X___          Deny _____

**Request No. 26:**

Admit that ASI-30-000970 to ASI-30-000972 is an authentic and true and correct copy of an agreement between ITT Sheraton Hawaii and Jeep Eagle Aloha Bowl dated August 11, 1995.

Admit ___X___          Deny _____

**Request No. 27:**

Admit that ASI-30-000974 to ASI-30-000981 is an authentic and true and correct copy of an agreement between ASI and Sheraton Hotels and Resorts dated September 24, 1999.

Admit ___X___          Deny _____

**Request No. 28:**

Admit that ASI-30-000628 to ASI-30-000641 is an authentic and true and correct copy of an agreement between ESPN, Inc. and ASI dated May 1, 1998.

Admit ___X___          Deny _____


**Request No. 29:**

Admit that ASI-30-000748 to ASI-30-000750 is an authentic and true and correct copy of a letter agreement between ABC Sports, Inc. and ASI dated March 29, 2000.

Admit ___X___          Deny _____


**Request No. 30:**

Admit that ASI-30-000924 to ASI-30-000935 is an authentic and true and correct copy of a letter agreement between ABC Sports, Inc. and ASI dated August 30, 1995.

Admit ___X___          Deny _____


**Request No. 31:**

Admit that ASI-23-001744 is an authentic and correct copy of a document

produced by You that purports to be a letter drafted by Brian DiMartino to David

Brown dated February 18, 1999.

Admit ___X___          Deny _____


**Request No. 32:**

Admit that ASI-30-001231 to ASI-30-001236 is an authentic and true and

correct copy of a facsimile from Patrick Dugan to Frederick Rohlfing III

containing draft press statements dated May 10, 2001.

Admit ___X___          Deny _____


**Request No. 33:**

Admit that ASI-30-001193 to ASI-30-001195 is an authentic and true and

correct copy of a press release from ASI dated April 27, 2001.

Admit ___X___          Deny _____


**Request No. 34:**

Admit that ASI-06-001269 to ASI-06-001282 is an authentic and true and

correct copy of a document produced by you that purports to be an Irrevocable

Binding Letter of Intent with exhibits dated February 20, 2003. The document

05-26-06    12:55pm    From-2                    +2136221656        T-150    P.015/038    F-880

appears to be signed by Terry Daw but not by Richard Banner or Paul Feller.

Admit ___X___        Deny _____

**Request No. 35:**

Admit that ASI-22-000579 is an authentic and true and correct copy of an email from Marcia Klompus to Deon Rohlfing dated December 3, 2000.

Admit ___X___        Deny _____

**Request No. 36:**

Admit that ASI-30-001055 to ASI-30-001059 is an authentic and correct copy of a document produced by You and is titled "Aloha Sports Inc. Schedule of Gross Receipts Worksheet 2000 Game."

Admit ___X___        Deny _____

**Request No. 37:**

Admit that ASI-30-000821 to ASI-30-000822 is an authentic and true and correct copy of a letter from John Kasser to Marcia Klompus dated August 21, 2000.

Admit ___X___        Deny _____

**Request No. 38:**

Admit that ASI-30-000829 to ASI-30-000831 is an authentic and true and correct copy of a letter from Frederick Rohlfing III to Mark Jones dated August 28, 2000.

Admit __X__          Deny _____

**Request No. 39:**

Admit that ASI-30-000841 is an authentic and true and correct copy of a letter from Keith Martin to Frederick Rohlfing III dated October 5, 2000.

Admit __X__          Deny _____

**Request No. 40:**

Admit that ASI-30-000863 is an authentic and true and correct copy of a letter from Dave Brown to Frederick Rohlfing III dated February 13, 2001.

Admit __X__          Deny _____

**Request No. 41:**

Admit that ASI-23-000124 to ASI-23-000127 is an authentic and true and correct copy of a letter with enclosures from Frederick Rohlfing III dated February

16, 2001.

Admit __X__          Deny _____


### Request No. 42:

Admit that ASI-23-000121 to ASI-23-000123 is an authentic and true and correct copy of a letter from Rick Chastain to Frederick Rohlfing III dated March 2, 2001.

Admit __X__          Deny _____


### Request No. 43:

Admit that HEE 249 is an authentic and true and correct copy of a balance sheet for ASI Acquisition Inc. as of March 31, 2001.

Admit __X__          Deny _____


### Request No. 44:

Admit that HEE 250 is an authentic and true and correct copy of a profit and loss statement for ASI Acquisition Inc. for April 2000 through March 2001.

Admit __X__          Deny _____

05-26-06    12:56pm    From-2                          +2136221656          T-150    P.018/038    F-880

**Request No. 45:**

Admit that HEE 132 is an authentic and true and correct copy of a balance

sheet for ASI Acquisition Inc. as of March 31, 2002.

Admit ___X___         Deny _____


**Request No. 46:**

Admit that HEE 133 is an authentic and true and correct copy of a profit and

loss statement for ASI Acquisition Inc. for April 2001 through March 2002.

Admit ___X___         Deny _____


**Request No 47:**

Admit that HEE 985 is an authentic and true and correct copy of a

calculation of officer salaries for ASI for the fiscal year ended March 31, 2001.

Admit ___X___         Deny _____


**Request No. 48:**

Admit that ASI-30-000915 to ASI-30-000993 is an authentic and true and

correct copy of the schedule of gross receipts postseason football audited financial

report for the 2000 Jeep Aloha Bowl and 2000 Jeep O'ahu Bowl dated March 30,

2001 attached to a letter from Frederick Rohlfing to Keith Martin dated March 30, 2001.

Admit ___X___          Deny _____

### Request No. 49:

Admit that ASI-23-000119 is an authentic and true and correct copy of a letter from Frederick Rohlfing III to Rick Chastain dated March 15, 2001.

Admit ___X___          Deny _____.

### Request No. 50:

Admit that ASI-30-001120 is an authentic and true and correct copy of an email from Dennis Poppe to Terry Daw dated February 22, 2001.

Admit ___X___          Deny _____

### Request No. 51:

Admit that ASI-30-001094 to ASI-30-001119 is an authentic and true and correct copy of ASI's application for recertification of the Seattle Bowl dated March 31, 2001.

Admit ___X___          Deny _____

**Request No. 52:**

Admit that ASI-30-001060 to ASI-30-001093 is an authentic and true and correct copy o ASI's application for recertification of the San Francisco Bowl dated March 31, 2001.

Admit ___X___          Deny _____

**Request No. 53:**

Admit that ASI-30-001121 is an authentic and true and correct copy of a letter from Dennis Poppe to Frederick Rohlfing dated April 2, 2001.

Admit ___X___          Deny _____

**Request No. 54:**

Admit that ASI-30-001124 is an authentic and true and correct copy of a letter from Tonia David-Sinatra to Frederick Rohlfing III dated April 10, 2001.

Admit ___X___          Deny _____

**Request No. 55:**

Admit that ASI-30-001230 is an authentic and true and correct copy of a letter from Michael Parent to Frederick Rohlfing III dated May 9, 2001.

Admit ___X___          Deny _____

**Request No. 56:**

Admit that ASI-22-000110 is an authentic and true and correct copy of a letter from Brian DiMartino to Frederick Rohlfing III and Terry Daw dated June 2, 2001.

Admit ___X___          Deny _____

**Request No. 57:**

Admit that ASI-30-001359 is an authentic and true and correct copy of a letter from Michael Tranghese to Frederick Rohlfing III dated July 17, 2001.

Admit ___X___          Deny _____.

**Request No. 58:**

Admit that ASI-30-001363 to ASI-30-001364 is an authentic and true and correct copy of letter from Thomas Hansen to ASI dated August 3, 2001.

Admit ___X___          Deny _____

**Request No. 59:**

Admit that ASI-23-000971 to ASI-23-000972 is an authentic and true and correct copy of letter from Patrick Gallagher to Frederick Rohlfing III dated August 17, 2001.

Admit ___X___          Deny _____

- 20 -

**Request No. 60:**

Admit that ASI-30-000033 is an authentic and true and correct copy of a

letter from Tim Curley to Terry Daw dated September 14, 2001.

Admit ___X___          Deny _____


**Request No. 61:**

Admit that ASI-30-000037 is an authentic and true and correct copy of a

letter from Tim Curley to Terry Daw dated September 20, 2001.

Admit ___X___          Deny _____


**Request No. 62:**

Admit that ALOHA 00769 to ALOHA 00775 is an authentic and true and

correct copy o an email with attachments from Frederick Rohlfing III to Terry

Daw dated January 31, 2002.

Admit ___X___          Deny _____


**Request No. 63:**

Admit that ASI-08-001788 to ASI-08-001805 is an authentic and true and

correct copy of ASI's application for recertification for the Aloha Bowl dated

April 1, 2042.

Admit __X____        Deny _____

**Request No. 64:**

Admit that ASI-30-000404 is an authentic and true and correct copy of an email from a representative of Central Pacific Bank to Frederick Rohlfing III dated April 8, 2002.

Admit __X____        Deny _____

**Request No. 65:**

Admit that ASI-30-000481 is an authentic and true and correct copy of a letter from Tim Curley to Terry Daw dated May 17, 2002.

Admit __X____        Deny _____

**Request No. 66:**

Admit that ASI-08-000545 to ASI-08-000586 is an authentic and true and correct copy of a backup purchase agreement between Frederick Rohlfing III and Terry Daw dated July 10, 2002.

Admit __X____        Deny _____

- 22 -

**Request No. 67:**

Admit that ASI-30-000751 to ASI-30-000763 is an authentic and true and correct copy of an amended and restated agreement to purchase all outstanding stock of ASI by ASI Acquisition Inc. dated March 31, 2000.

Admit __X__         Deny _____.

**Request No. 68:**

Admit that ASI-30-000764 to ASI-30-000765 is an authentic and true and correct copy of unanimous written consent of the sole shareholder of ASI dated March 31, 2000.

Admit __X__         Deny _____.

**Request No. 69:**

Admit that ASI-30-000766 to ASI-30-000769 is an authentic and true and correct copy of unanimous written consent of the sole shareholder of ASI dated March 31, 2000.

Admit __X__         Deny _____.

**Request No. 70:**

Admit that ASI-30-000770 to ASI-30-000771 is an authentic and true and correct copy of unanimous written consent of the board of directors of ASI dated March 31, 2000.

Admit __X__          Deny _____

**Request No. 71:**

Admit that ASI-30-000772 is an authentic and true and correct copy of the bill of sale between ASI and Hula Bowl Maui LLC dated March 31, 2000.

Admit __X__          Deny _____

**Request No. 72:**

Admit that HEE 317 to HEE 320 is an authentic and true and correct copy of an amended and restated non-negotiable promissory note dated March 31, 2000.

Admit __X__          Deny _____

**Request No. 73:**

Admit that HEE 321 to HEE 358 is an authentic and true and correct copy of an agreement to purchase all outstanding stock of ASI dated March 31, 2000.

Admit __X__          Deny _____

- 24 -

05-26-06    12:58pm    From-2                                        +2136221656        T-150    P.026/038    F-880

**Request No. 74:**

Admit that ASI-05-000095 to ASI-05-000103 is an authentic and true and correct copy of a security agreement and pledge of shares of stock between ASI Acquisition Inc. and Brian DiMartino dated March 31, 2000.

Admit __X____        Deny _____

**Request No. 75:**

Admit that ASI-05-000104 to ASI-05-000112 is an authentic and true and correct copy of a security agreement and pledge of shares of stock between ASI Acquisition Inc. and Leonard Klompus dated March 31, 2000.

Admit __X____        Deny _____

**Request No. 76:**

Admit that ASI-05-000113 to ASI-05-000121 is an authentic and true and correct copy of a security agreement and pledge of shares of stock between ASI Acquisition Inc. and Michael Long dated March 31, 2000.

Admit __X____        Deny _____

**Request No. 77:**

Admit that ASI-05-000122 to ASI-05-000130 is an authentic and true and correct copy of a security agreement and pledge of shares of stock between ASI Acquisition Inc. and Richard Schaller dated March 31, 2000.

Admit ___X___          Deny _____

**Request No. 78:**

Admit that ASI-30-000627 is an authentic and true and correct copy of a letter from Jon Litner to Marcia Klompus dated March 11, 1998.

Admit ___X___          Deny _____.

**Request No. 79:**

Admit that ASI-30-001193 to ASI-30-001195 is an authentic and true and correct copy of a press release from ASI dated April 27, 2001.

Admit ___X___          Deny _____

**Request No. 80:**

Admit that ASI-22-000564 is an authentic and true and correct copy of an email from Leonard Klompus to Frederick Rohlfing III dated August 16, 2000.

Admit ___X___          Deny _____

- 26 -

**Request No. 81:**

Admit that ASI-08-001810 is an authentic and true and correct copy of a facsimile from Frederick Rohlfing III to Mark Womack dated April 4, 2001.

Admit __X___          Deny _____


**Request No. 82:**

Admit that ASI-30-001127 to ASI-30-001131 is an authentic and true and correct copy of a letter from Frederick Rohlfing III to Lee Wilson dated April 16, 2001.

Admit __X__          Deny _____


**Request No. 83:**

Admit that ASI-30-000038 to ASI-30-000039 is an authentic and true and correct copy of a letter from Frederick Rohlfing III to Chris Mack dated September 21, 2001.

Admit __X___          Deny _____


**Request No. 84:**

Admit that ALOHA 00413 to ALOHA 00415 is an authentic and true and

correct copy of emails authored by Frederick Rohlfing III dated November 12, 2001.

Admit __X__        Deny _____


**Request No. 85:**

Admit that ASI-10-001415 to ASI-10-001416 is an authentic and true and correct copy of a letter from Frederick Rohlfing III to Steve Leahy dated February 1, 2002.

Admit __X__        Deny _____


**Request No. 86:**

Admit that ALOHA 00790 to ALOHA 00791 is an authentic and true and correct copy of an email from Frederick Rohlfing III to Terry Daw dated February 4, 2002 and attaching an email from Jim Haugh to Terry Daw dated February 4, 2001.

Admit __X__        Deny _____


**Request No. 87:**

Admit that ASI-10-001410 to ASI-10-001411 is an authentic and true and

correct copy of a letter from Steve Leahy to Frederick Rohlfing III dated February 7, 2001.

Admit __X____        Deny _____


**Request No. 88:**

Admit that ASI-07-001980 is an authentic and true and correct copy of an email from Jim Haugh to Frederick Rohlfing dated March 15, 2002.

Admit __X____        Deny _____


**Request No. 89:**

Admit that ALOHA 01591 to ALOHA 01592 is an authentic and true and correct copy of an email from Frederick Rohlfing III to R. Heftel dated July 9, 2002.

Admit __X____        Deny _____

**Request No. 90:**

Admit that ALOHA 01829 is an authentic and true and correct copy of an email from Frederick Rohlfing to Terry Daw and Richard Banner dated January 13, 2004.

Admit __X____        Deny _____

**Request No. 91:**

Admit that ALOHA 01842 to ALOHA 01843 is an authentic and true and correct copy of an email from Frederick Rohlfing III to David Farmer dated January 30, 2004 and email from David Farmer to Frederick Rohlfing III dated January 19, 2004.

Admit __X__        Deny _____


**Request No. 92:**

Admit that ASI-30-000509 is an authentic and true and correct copy of a letter from Robert Kamemoto at Central Pacific Bank to Dennis Poppe dated December 3, 2002.

Admit __X__        Deny _____


**Request No. 93:**

Admit that ASI-30-000510 to ASI-30-000514 is an authentic and true and correct copy of a guaranty agreement between ASI Acquisition Inc. and Central Pacific Bank dated 2002.

Admit __X__        Deny _____

**Request No. 94:**

Admit that ASI-30-000521 to ASI-30-000522 is an authentic and true and correct copy of a letter from Terry Daw to Bill Moos dated December 10, 2002.

Admit __X__          Deny _____


**Request No. 95:**

Admit that ASI-08-000742 is an authentic and true and correct copy of an email with handwriting from Lester Hee to Frederick Rohlfing III dated March 16, 2002.

Admit __X__          Deny _____


**Request No. 96:**

Admit that HEE 1810 to HEE 1817 is an authentic and true and correct copy of Form 668-W(c) Notice of Levy on Wages, Salary, and Other Income dated March 20, 2002.

Admit __X__          Deny _____


**Request No. 97:**

Admit that ASI-30-000225 is an authentic and true and correct copy of a

- 31 -

05-26-06    12:59pm    From-2                              +2136221656          T-150   P.033/038   F-880

letter from Frederick Rohlfing III to Keith Martin dated January 3, 2001.

Admit ___X___          Deny _____

### Request No. 98:

Admit that ASI-22-000068 is an authentic and true and correct copy of an

order and notice of assessment from the State of Washington Employment

Security Department to ASI dated October 21, 2003.

Admit ___X___          Deny _____.

### Request No. 99:

Admit that ASI-22-000067 is an authentic and true and correct copy of a

letter from Robert Holland to Terry Daw dated October 31, 2003.

Admit ___X___          Deny _____.

### Request No.100:

Admit that ASI-22-000057 is an authentic and true and correct copy of a

letter from John Williams to Jeep Aloha Bowl dated May 28, 2002.

Admit ___X___          Deny _____

**Request No. 101:**

Admit that ASI-22-000058 is an authentic and true and correct copy of a letter from John Williams to Jeep Aloha Bowl dated February 17, 2003.

Admit ___X___          Deny _____


**Request No. 102:**

Admit that ASI-22-000028 is an authentic and true and correct copy of an invoice from ABC Television Network to ASI dated February 28, 2003.

Admit ___X___          Deny _____


**Request No. 103:**

Admit that ASI-22-000029 to ASI-22-000030 is an authentic and true and correct copy of a letter and enclosure from Gerald Coughlin to Terry Daw dated March 13, 2003.

Admit ___X___          Deny _____


**Request No. 104:**

Admit that ASI-22-000032 to ASI-22-000045 is an authentic and true and correct copy of an agreement between the Mountain West Conference and ASI

- 33 -

dated July 1, 2002.

Admit __X____          Deny _____

**Request No. 105:**

Admit that ASI-05-000051 is an authentic and true and correct copy of a

letter from Craig Thompson to Terry Daw dated January 24, 2003.

Admit __X__          Deny _____

**Request No. 106:**

Admit that ASI-20-000625 to ASI-20-000626 is an authentic and true and

correct copy of an agreement between Classic Destination Management-Hawaii

and the Jeep Aloha Bowl and O'ahu Bowl dated March 25, 2000.

Admit __X____          Deny _____

**Request No. 107:**

Admit that ASI-28-002033 to ASI-28-002035 is an authentic and correct

copy of a document produced by You that purports to be an unsigned agreement

between Classic Destination Management - Hawaii and Jeep Aloha Bowl and

Oahu Bowl to be effective August 25, 1998.

Admit __X____          Deny _____

- 34 -

**Request No. 108:**

Admit that ASI-14-000695 to ASI-14-000696 is an authentic and true and correct copy of an agreement between Classic Destination Management - Hawaii and Jeep Aloha Bowl dated September 23, 1997.

Admit ___X___          Deny _____.

**Request No. 109:**

Admit that ASI-08-044242 is an authentic and true and correct copy of a letter from Craig Thompson to Terry Daw dated May 21, 2002.

Admit ___X___          Deny _____

**Request No. 110:**

Admit that ASI-07-002086 to ASI-07-002089 is an authentic and true and correct copy of a Complaint filed by King County to collect unpaid admissions taxes against ASI.

Admit ___X___          Deny _____

05-26-06    01:00pm    From-2                            +2136221656        T-150    P.037/038    F-880

Dated: May 25, 2006
      Los Angeles, California

FREDERICK W. ROHLFING III, A
LIMITED LIABILITY LAW COMPANY
FREDERICK W. ROHLFING III

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER
DAVID W. KESSELMAN
COURTNEY A. PALKO


DAVID W. KESSELMAN
Attorneys for Plaintiff
Aloha Sports Inc.

30764v2

- 36 -

05-26-06    01:00pm    From-2                    +2136221656          T-150  P.038/038  F-880

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 515 S. Figueroa Street, 17th Floor, Los Angeles, California 90071.

On **May 26, 2006**, I served the foregoing document described as: **PLAINTIFF ALOHA SPORTS INC.'S RESPONSES TO DEFENDANT NCAA'S FIRST AMENDED REQUEST FOR ADMISSIONS** on the interested parties in this action by placing a copy in a sealed envelope addressed as follows:

William C. McCorriston
Kenneth J. Mansfield
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Blvd.
Honolulu, HI 96813
Fax: (808) 524-8293

Gregory L. Curtner
Robert J. Wierenga
Atleen Kaur
Miller Canfield Paddock and Stone, PLC
101 N. Main St., 7th Floor
Ann Arbor, MI 48104
Fax: (734) 663-8624

☒ (By Mail): As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing affidavit.

☒ (By Facsimile): I served the above-named document by facsimile to the individuals as indicated.

☐ (By Federal Express): As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express delivery. Under that practice, it would be picked up by a Federal Express representative on that same business day at Los Angeles, California, in the ordinary course of business.

EXECUTED ON May 26, 2006, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lorelei L. Gerdine