

# OREGON STATE SETTLEMENT

| | | |
|---|---|---|
| **Guaranteed Payment:** | | $   750,968.00 |

***Authorized Deductions per attached:***

| | | |
|---|---|---|
| * Player Watches (67 mens @ $99) | $ | 6,633.00 |
| * Player Watches (33 womens @ $99) | $ | 3,267.00 |
| * Aloha Shirts (65 @ $47) | $ | 3,055.00 |
| * Embroidered Polo Shirts (65 @$45) | $ | 2,925.00 |
| * Bags (60 @ $42) | $ | 2,520.00 |
| * Hats (60 @ $15) | $ | 900.00 |
| * Phone Cards (60 @ $12) | $ | 720.00 |
| * Towels (60 @ $15) | $ | 900.00 |
| * Team Photos (60 @ $10) | $ | 600.00 |
| * Camera's (60 @ $12) | $ | 720.00 |
| * Banquet Tickets (170 @ $50) | $ | 8,500.00 |
| * Game Cancellation Insurance (1/4 per agreement) | $ | 4,576.40 |
| * Tickets Sold (4546 @ $45 per contract) by school | $ | 204,570.00 |
| * Tickets Sold (51 @ $50 per contract) by school | $ | 2,550.00 |
| * 25% of remaining tickets unsold per contract | $ | 79,096.25 |
| * Ice (see attached) | $ | 30.00 |

|  |  |  |
|---|---|---|
| TOTAL DEDUCTIONS | $321,562.65 | |
| SUBTOTAL | | $   429,405.35 |
| **FINAL TOTAL PAYMENT:** | | $   429,405.35 |

### *CHECK ATTACHED*