# UNIVERSITY OF HAWAII
# SETTLEMENT

| | | |
|---|---:|---:|
| **Bowl Payment:** | | $ 750,968.00 |
| **Plus - Promotion/Advertising Costs** | | $ 50,000.00 |
| Total Payment | | **$ 800,968.00** |

*Authorized Deductions per attached:*

| | | |
|---|---:|---:|
| * Player Watches (25 mens @ $99) | $ 2,475.00 | |
| * Aloha Shirts (3 @ $47) | $ 141.00 | |
| * Embroidered Polo Shirts (19 @$45) | $ 855.00 | |
| * Bags (71 @ $42; per 12/14 and 12/20 orders) | $ 2,982.00 | |
| * Phone Cards (2 @ $12) | $ 24.00 | |
| * Towels (2 @ $15) | $ 30.00 | |
| * Team Photos (42 @ $10) | $ 420.00 | |
| * Authorization to utilize team photos for promotion (up to 2000) | N/C | |
| * Camera's (2 @ $12) | $ 24.00 | |
| * Banquet Tickets (21 @ $50; per Jim 12/23 and 12/14) | $ 1,050.00 | |
| * Game Cancellation Insurance (1/4 per agreement) | $ 4,576.40 | |
| * Tickets Sold (2,798 @ $45 per contract) | $ 125,910.00 | |
| * Tickets Sold (20 @ $50) | $ 1,000.00 | |
| * 25% of remaining tickets unsold per contract | $ 79,096.25 | |
| * One golf position (12/16/99) | $ 135.00 | |
| * Classic Destination Charges (per J. Donovan-see attached) | $ 135,385.97 | |
| * Interest charges on hotel bill (per J. Donovan) | N/C | |
| TOTAL DEDUCTIONS | $ 354,104.62 | |
| SUBTOTAL | | $ 446,863.38 |
| **FINAL TOTAL PAYMENT:** | | $ 446,863.38 |

*CHECK ATTACHED*