# ARIZONA STATE
# SETTLEMENT

**Guaranteed Payment:**                                                                          $  750,968.00

*Authorized Deductions per attached:*

| | | |
|---|---|---|
| * Player Watches (52 mens @ $99) | $ | 5,148.00 |
| * Player Watches (30 womens @ $99) | $ | 2,970.00 |
| * Aloha Shirts (80 @ $47) | $ | 3,760.00 |
| * Embroidered Polo Shirt (50 @ $45) | $ | 2,250.00 |
| * Bags (73 @ $42) | $ | 3,066.00 |
| * Hats (27 @ $15) | $ | 405.00 |
| * Phone Cards (21 @ $12) | $ | 252.00 |
| * Towels (73 @ $15) | $ | 1,095.00 |
| * Team Photos (21 @ $10) | $ | 210.00 |
| * Camera's (21 @ $12) | $ | 252.00 |
| * Banquet Tickets for Boosters (105 @ $55) | $ | 5,775.00 |
| * Game Cancellation Insurance (1/4 per agreement) | $ | 4,576.40 |
| * Tickets Sold (20 @$50) by school | $ | 1,000.00 |
| * Tickets Sold (1657 @ $45) by school | $ | 74,565.00 |
| * 25% of remaining tickets unsold | $ | 79,096.25 |
| * Ice (receipts attached) | $ | 139.03 |

TOTAL DEDUCTIONS:                                        $ 184,559.68

SUBTOTAL:                                                                              $  566,408.32

**FINAL TOTAL PAYMENT:**                                                    $  566,408.32

*CHECK ATTACHED*