

# WAKE FOREST
# SETTLEMENT

**Guaranteed Payment:**                                                          $   750,968.00

*Autorized Deductions per attached:*

| | | |
|---|---|---|
| * Player Watches (20 mens @ $99) | $ | 1,980.00 |
| * Aloha Shirts (20 @ $47) | $ | 940.00 |
| * Embroidered Polo Shirts (20 @ $45) | $ | 900.00 |
| * Bags (20 @ $42) | $ | 840.00 |
| * Hats (20 @ $15) | $ | 300.00 |
| * Phone Cards (20 @ $12) | $ | 240.00 |
| * Towels (20 @ $15) | $ | 300.00 |
| * Team Photos (20 @ $10) | $ | 200.00 |
| * Camera's (20 @ $12) | $ | 240.00 |
| * Banquet Tickets (20 @ $50) | $ | 1,000.00 |
| * Game Cancellation Insurance (1/4 per agreement) | $ | 4,576.40 |
| * Tickets Sold (2020 @ $45 per contract) by school | $ | 90,900.00 |
| * Tickets Sold (20 @ $50 per contract) by school | $ | 1,000.00 |
| * 25% of remaining tickets unsold | $ | 79,096.25 |
| * Ice (receipt attached) | $ | 79.03 |

TOTAL DEDUCTIONS                              $ 182,591.68
SUBTOTAL:                                                          $   568,376.32

**FINAL TOTAL PAYMENT:**                                              $   568,376.32

*CHECK ATTACHED*