**BOSTON COLLEGE UNIVERISTY**
**SETTLEMENT STATEMENT**

| CATEGORY | AMOUNT | PRICE | | TOTAL |
|---|---|---|---|---|
| **GUARANTEED PAYMENT** | | | | **$ 750,000.00** |
| **DEDUCTIONS:** | | | | |
| ADDITIONAL PLAYER WATCHES | 95 | $99.00 | $9,405.00 | |
| ALOHA SHIRTS | 23 | $59.00 | $1,357.00 | |
| EMBROIDERED POLO SHIRTS | 23 | $45.00 | $1,035.00 | |
| EMBROIDERED BAGS | 22 | $45.00 | $990.00 | |
| HATS | 20 | $15.00 | $300.00 | |
| TEAM PHOTOS | 0 | $25.00 | $0.00 | |
| CAMERAS | 0 | $12.00 | $0.00 | |
| BANQUET TICKETS | 0 | $55.00 | $0.00 | |
| BRUNCH TICKETS | 0 | $10.00 | $0.00 | |
| GAME CANCELLATION INSURANCE | 1/2 | $10,000.00 | $5,000.00 | |
| TICKETS | 7,500 | $45.00 | $337,500.00 | |
| WATER | 240 | $0.35 | $84.00 | |
| ICE | | | $200.00 | |
| PROGRAMS | 0 | $5.00 | $0.00 | |
| **SUB TOTAL** | | | | **$355,871.00** |

GUARANTEED PAYMENT MINUS AUTHORIZED DEDUCTIONS

| **TOTAL DUE** | | | | **$ 394,129.00** |
|---|---|---|---|---|

**EXHIBIT "73"**

ASI-04-000203