UNIVERSITY OF VIRGINIA
FINAL SETTLEMENT STATEMENT

| CATEGORY | AMOUNT | PRICE | TOTAL |
|---|---|---|---|
| **GUARANTEED PAYMENT** | | | $ 750,000.00 |
| **DEDUCTIONS:** | | | |
| ADDITIONAL PLAYER WATCHES | 5 | $99.00 | $495.00 |
| ALOHA SHIRTS | 5 | $59.00 | $295.00 |
| EMBROIDERED POLO SHIRTS | 5 | $45.00 | $225.00 |
| EMBROIDERED BAGS | 5 | $45.00 | $225.00 |
| HATS | 5 | $15.00 | $75.00 |
| TEAM PHOTOS | 1 | $25.00 | $25.00 |
| CAMERAS | 5 | $12.00 | $60.00 |
| BANQUET TICKETS | 0 | $55.00 | $0.00 |
| BRUNCH TICKETS | 0 | $10.00 | $0.00 |
| GAME CANCELLATION INSURANCE | 1/2 | $10,000.00 | $5,000.00 |
| TICKETS | 7500 | $45.00 | $337,500.00 |
| WATER | 240 | $0.35 | $84.00 |
| ICE | | | $200.00 |
| PROGRAMS | 0 | $5.00 | $0.00 |
| **SUB TOTAL** | | | **$344,184.00** |

GUARANTEED PAYMENT MINUS AUTHORIZED DEDUCTIONS

**TOTAL DUE**                                                                                              **$ 405,816.00**