ARIZONA STATE UNIVERSITY
FINAL SETTLEMENT STATEMENT

| CATEGORY | AMOUNT | PRICE | TOTAL |
|---|---|---|---|
| **GUARANTEED PAYMENT** | | | $ 750,000.00 |
| **DEDUCTIONS:** | | | |
| ADDITIONAL PLAYER WATCHES | 5 | $99.00 | $495.00 |
| ALOHA SHIRTS | 0 | $59.00 | $0.00 |
| EMBROIDERED POLO SHIRTS | 5 | $45.00 | $225.00 |
| EMBROIDERED BAGS | 5 | $45.00 | $225.00 |
| HATS | 5 | $15.00 | $75.00 |
| TEAM PHOTOS | 5 | $25.00 | $125.00 |
| CAMERAS | 5 | $12.00 | $60.00 |
| BANQUET TICKETS | 0 | $55.00 | $0.00 |
| BRUNCH TICKETS | 0 | $10.00 | $0.00 |
| GAME CANCELLATION INSURANCE | 1/2 | $10,000.00 | $5,000.00 |
| TICKETS* | 7500 | $45.00 | $287,500.00 |
| PROGRAMS | 0 | $5.00 | $0.00 |
| **SUB TOTAL** | | | **$293,705.00** |

GUARANTEED PAYMENT MINUS AUTHORIZED DEDUCTIONS

**TOTAL DUE**                                                                 $ 456,295.00

* A $50,000 REDUCTION DUE TO CONTRACT STIPULATIONS