TOTAL P.02

**UNIVERSITY OF VIRGINIA**
**FINAL SETTLEMENT STATEMENT**

| CATEGORY | AMOUNT | PRICE | TOTAL |
|---|---|---|---|
| GUARANTEED PAYMENT | | | $750,000.00 |
| DEDUCTIONS: | | | |
| ADDITIONAL PLAYER WATCHES | 5 | $99.00 | $495.00 |
| ALOHA SHIRTS | 5 | $59.00 | $295.00 |
| EMBROIDERED POLO SHIRTS | 6 | $46.00 | $225.00 |
| EMBROIDERED BAGS | 5 | $45.00 | $225.00 |
| HATS | 5 | $15.00 | $75.00 |
| TEAM PHOTOS | 1 | $25.00 | $25.00 |
| CAMERAS | 5 | $12.00 | $60.00 |
| BANQUET TICKETS | 0 | $55.00 | $0.00 |
| BRUNCH TICKETS | 0 | $10.00 | $0.00 |
| GAME CANCELLATION INSURANCE | 1/2 | $10,000.00 | $5,000.00 |
| TICKETS | 7500 | $45.00 | $337,500.00 |
| WATER | 240 | $0.35 | $84.00 |
| ICE | | | $200.00 |
| PROGRAMS | 0 | $5.00 | $0.00 |
| SUB TOTAL | | | $344,184.00 |
| GUARANTEED PAYMENT MINUS AUTHORIZED DEDUCTIONS | | | |
| TOTAL DUE | | | $405,816.00 |

Approved: [signature]
Assoc. A.D.
3/27/01

Civil No. CV04-00204 DAE/KSC   EXHIBIT 76   ASI-07-001900