## UNIVERSITY OF GEORGIA
## SETTLEMENT STATEMENT

| CATEGORY | AMOUNT | PRICE | TOTAL |
|---|---|---|---|
| **GUARANTEED PAYMENT** | | | $750,000.00 |
| **DEDUCTIONS:** | | | |
| ADDITIONAL PLAYER WATCHES | 84 | $99.00 | $8,316.00 |
| ALOHA SHIRTS | 0 | $59.00 | $0.00 |
| EMBROIDERED POLO SHIRTS | 76 | $45.00 | $3,420.00 |
| EMBROIDERED BAGS | 0 | $45.00 | $0.00 |
| HATS | 84 | $15.00 | $1,260.00 |
| TEAM PHOTOS | 20 | $25.00 | $500.00 |
| CAMERAS | 0 | $12.00 | $0.00 |
| BANQUET TICKETS | 30 | $55.00 | $1,650.00 |
| BRUNCH TICKETS | 0 | $10.00 | $0.00 |
| GAME CANCELLATION INSURANCE | 1/2 | $10,000.00 | $5,000.00 |
| TICKETS | 8,500 | $45.00 | $382,500.00 |
| WATER | 240 | $0.35 | $84.00 |
| ICE | | | $200.00 |
| PROGRAMS | 0 | $5.00 | $0.00 |

**SUB TOTAL** $402,930.00

GUARANTEED PAYMENT MINUS AUTHORIZED DEDUCTIONS

**TOTAL DUE** $347,070.00

*[Handwritten note: "Decide on 8,500 Tickets"]*