# Stanford University
# Settlement Statement

| | | | | |
|---|---|---|---|---|
| **Guaranteed Payment** | | | | $750,000.00 |

| **Deductions** | Units | | $/Unit | |
|---|---|---|---|---|
| Sonics Tickets | 120 | | 10.00 | 1,200.00 |
| UW Facility Rental | | | | 2,750.00 |
| UW Facility Liaisons | | | | 700.00 |
| Polartec Pullover | 5 | x | 93.00 = | 465.00 |
| Gym Bags | 5 | x | 90.00 = | 450.00 |
| Embroidered Sweatshirt | 5 | x | 35.00 = | 175.00 |
| Baseball Hats | 5 | x | 20.00 = | 100.00 |
| T-shirts | 5 | x | 20.00 = | 100.00 |
| Team Picture | 5 | x | 15.00 = | 75.00 |
| Banquet Tickets | 49 | x | 70.00 = | 3,430.00 |
| EMP Tickets | 63 | x | 50.00 = | 3,150.00 |
| Gameworks Tickets | 17 | x | 27.00 = | 459.00 |
| Kid's Day | 1 | x | 8.00 = | 8.00 |
| Game Tickets | 7,500 | x | 50.00 = | 375,000.00 |
| 5% King County Ticket Tax | 7,500 | x | 2.50 = | 18,750.00 |
| Subtotal | | | | 406,812.00 |

**Total Due**   $343,188.00