# Georgia Tech Athletic Association
## Settlement Statement

**Guaranteed Payment**                                                          $750,000.00

| Deductions | Units | | $/Unit | | |
|---|---|---|---|---|---|
| Sonics Tickets | 70 | | 10.00 | | 700.00 |
| UW Facility Rental | | | | | 2,750.00 |
| UW Facility Liaisons | | | | | 700.00 |
| Polartec Pullover | 62 | x | 93.00 | = | 5,766.00 |
| Gym Bags | 62 | x | 90.00 | = | 5,580.00 |
| Embroidered Sweatshirt | 62 | x | 35.00 | = | 2,170.00 |
| Baseball Hats | 62 | x | 20.00 | = | 1,240.00 |
| T-shirts | 62 | x | 20.00 | = | 1,240.00 |
| Team Picture | 15 | x | 15.00 | = | 225.00 |
| Banquet Tickets | 63 | x | 70.00 | = | 4,410.00 |
| EMP Tickets | 63 | x | 50.00 | = | 3,150.00 |
| Tailgate Party Tickets | 100 | x | 5.00 | = | 500.00 |
| Gameworks Tickets | 190 | x | 27.00 | = | 5,130.00 |
| Game Tickets | 7,500 | x | 50.00 | = | 375,000.00 |
| 5% King County Ticket Tax | 7,500 | x | 2.50 | = | 18,750.00 |
| Subtotal | | | | | 427,311.00 |

**Total Due**                                                                   **$322,689.00**