

1301 5th Avenue
Suite 2400
Seattle, WA 98101-2611

206.389.7200
206.389.7288 FAX
www.seattlechamber.com

February 7, 2001

**Via U.S. mail, e-mail, and facsimile**

Frederick W. Rohlfing III
Chief Executive Officer
Aloha Sports Inc.
2305 Cooper Road
Honolulu, HI 96822

    Re:    Services Agreement

Dear Fritz:

    I am in receipt of your correspondence of February 1, 2002 which suggests first, that the Greater Seattle Chamber of Commerce has failed to provide an Executive Director to replace Jim Haugh, and, second, that ASI desires to substantially curtail the terms of the Services Agreement.

    Contrary to your first assertion, the Chamber appointed Chip McPhee to be the Executive Director effective January 25, 2002. We have only postponed a public announcement of this appointment because Terry Daw requested of Pete Shimer that the announcement be delayed.

    Chip's experience at the University of California in planning similar events shows him capable of the logistical coordination and possessing the overall leadership skills an event the magnitude of the Seattle Bowl requires. In addition, as Director of Operations for the 2001 Seattle Bowl, Chip was intimately involved with all aspects of the game, which you aptly point out in your letter was "a successful event for the participating schools, the fans, and the people of Seattle." The Chamber is confident that Chip will perform admirably in the position. If you have further questions regarding his qualifications, I would be happy to discuss them. I will also remind you that per the terms of the Services Agreement, the Executive Director is an employee of the Chamber and ASI does not have a right to veto the Chamber's choice.

    Your second suggestion, that the parties to the Services Agreement should reexamine the scope of the Chamber's services, was not wholly unexpected. The Chamber stands willing and ready to perform its obligations under the Services Agreement as written, but is also amenable to exploring other mutually agreeable options. However, the proposal you set forth in your letter is not currently acceptable.

I would also suggest that any proposed modification to the Services Agreement, at a minimum, must be accompanied by ASI's satisfaction in full of its payment obligations to the Chamber (including the donation to the Amateur Athletic and Special Events Fund) and to the third party vendors that provided goods or services for the Seattle Bowl. As you are aware, we continue to receive phone calls and correspondence from disgruntled vendors seeking satisfaction of their invoices related to the Seattle Bowl. We have attempted to work with Terry Daw to understand and/or remedy this situation, but to this point, we are not satisfied that all of ASI's obligations have been fulfilled.

Finally, it has come to my attention that ASI may have already entered into an agreement with Jim Haugh to provide Executive Director-like services and that Jim may be soliciting past and present Chamber employees to help stage the 2002 Seattle Bowl. These facts, if true, make your assertion that ASI "plans" to hire an Executive Director appear disingenuous. They also call into question whether ASI is attempting to revoke the Chamber's appointment as ASI's management agency for the Seattle Bowl without cause. I sincerely hope that this is not the case.

I invite you to call me at (206) 389-7226 to set up a time at which we can discuss options for our future relationship

Very truly yours,

Steve Leahy
Acting President/CEO

cc:   Terry Daw
      Pete Shimer
      Troy Hickman, Perkins Coie