ALOHA SPORTS INC.

Application for Recertification

ALOHA BOWL

Civil No. CV04-00204 DAE/KSC    EXHIBIT "81"    ASI-08-001788

# ALOHA SPORTS INC. RECERTIFICATION DOCUMENTS

# ALOHA BOWL

## TABLE OF CONTENTS

| TAB | DESCRIPTION |
|---|---|
| 1. | Letter addressed to Dennis L. Poppe, NCAA Senior Director for Baseball and Football, from Terry L. Daw, Chief Operating Officer, dated April 1, 2002 |
| 2. | National Collegiate Athletic Association Application for Recertification of a Postseason Football Contest - Aloha Bowl |
| 3. | Invitation letter addressed to Gene DeFilippo, Director of Athletics, Boston College, from Fritz Rohlfing, Executive Director, dated November 28, 2000 |
| 4. | Acceptance letter addressed to Fritz Rohlfing, Executive Director, from Gene DeFilippo, Director of Athletics, Boston College, dated December 1, 2000 |
| 5. | Invitation letter addressed to Eugene Smith, Director of Athletics, Arizona State University, from Fritz Rohlfing, Executive Director, dated December 6, 2000 |
| 6. | Acceptance letter addressed to Fritz Rohlfing, Executive Director, from Eugene Smith, Director of Athletics, Arizona State University, dated December 6, 2000 |
| 7. | Schedule of Gross Receipts Postseason Football Audited Financial Report dated March 30, 2001 |
| 8. | Fax Receipt |



April 1, 2002

**Via overnight mail and facsimile: (317) 917-6989**

Mr. Dennis L. Poppe
Senior Director for Baseball and Football
The National Collegiate Athletic Association
1802 Alonzo Watford Sr. Drive
Indianapolis, Indiana 46202

**Re: Aloha Bowl Application for Recertification**

Dear Mr. Poppe:

Please find enclosed Aloha Sports Inc.'s Application for Recertification of a Postseason Football Contest relating to the Aloha Bowl.

We look forward to the Subcommittee's recertification of the Bowl. If you or the Subcommittee have any questions, please do not hesitate to contact us.

Very truly yours,

ALOHA SPORTS INC.

Terry L. Daw
Chief Operating Officer

TLD:dkr
Enclosure

# The National Collegiate Athletic Association
# Application for Recertification of a
# Postseason Football Contest

1. Official name of game __Aloha Bowl__    Date requested __31 December 2002__

2. Site of game __Honolulu__ (City) __Hawaii__ (State)    Time requested __9 p.m.__ Eastern Time

3. Year game was founded __1982__    Number of games played __19__

4. Name of sponsoring organization __Aloha Sports Inc.__

5. Name of executive director __Jim Haugh__

   Mailing address __11119 248th Avenue N.E.__ (Street)    Telephone: Business __425__ / __503-9913__ (AC)

   __Redmond__ (City) __Washington__ (State) __98053__ (ZIP Code)    Home __425__ / __844-3094__ (AC)

6. Names of other executive officers of sponsoring organization:

   President __Terry L. Daw__    Business __808__ / __377-3076__    Home __808__ / __377-3076__

   President-Elect _____    Business ___ / ___    Home ___ / ___

   Team Selection Chair _____    Business ___ / ___    Home ___ / ___

7. Name of stadium __Aloha Stadium__ Seating capacity __50,000__

8. How many tickets will be made available to each participating institution? __12,500__

   How many tickets did each purchase last year? __7,500 in 2000__

9. Please explain the basis for determining stadium rental (flat fee, percentage, tax, etc.); include an estimate of the total cost, and specify the source of funds for payment.

   __Minimum $10,000 or 10% of all ticket receipts per date, not to exceed $32,000,__

   __plus $35,000 in costs.__

10. List the price(s) of tickets from last year's game and submit a program.

    __$40, $45, $50, $55   (2000 Aloha Bowl)__

11. Explain the current taxes on each ticket sale and the reason for each type of tax.

    __4% State General Excise Tax__

12. Please provide the following information for the immediate past four games, including the most recent bowl played:

| Year | Gross Income | Institutional Distribution | | Management Retained | |
|---|---|---|---|---|---|
| A 2000* | $ 3,836,547 | $ 3,000,000 | 78.2% | $ 836,547 | 22 % |
| B 1999* | $ 4,005,162 | $ 3,003,872 | 75 % | $ 1,001,290 | 25 % |
| C 1998* | $ 3,939,183 | $ 3,000,000 | 76 % | $ 939,183 | 24 % |
| D 1997 | $ 2,010,454 | $ 1,507,840 | 75 % | $ 502,613 | 25 % |

*Gross income for 1998-2000 is combined with income from Oahu Bowl because of doubleheader format

13. Is a preliminary audited financial report of last year's game attached? Yes __X__ No _____ If not, why? _____
    __(2000 Aloha Bowl / Oahu Bowl)__

14. Will a final audited report be sent to the football certification subcommittee not later than September 1?

    Yes __X__ No _____

15. Has full payment been made to the participating institutions in the previous year's game? Yes __X__ No _____

    If not, why? _____

16. A minimum of $ 750,000 will be paid by the applicant to each participant in the next game. [Note: This amount shall not be less than $750,000 unless a special waiver has been approved for a closed game.]

17. Please list all anticipated sources of income and gross amounts for the following:

    A. Ticket sales _____ $ 2,500,000
    B. Television rights _____ $ 150,000
    C. Radio rights _____ $ 13,000
    D. Title sponsorships _____ $ 500,000
    E. Other corporate sponsorships _____ $ 100,000
    F. Merchandising and licensing _____ $ 15,000

18. Please identify the expenses and amounts deducted from each institution's share of gross income. _____

    2000 Aloha Bowl: Tickets: 7,500 X $45.00 = $337,500; Insurance: $5,000; Total $342,500

    Deductions for merchandise items and various other events purchased by teams varied.

19. Please identify the number of tickets and total value of the tickets that each participating team guaranteed it would sell for your last game.

    Team  Arizona State University        Tickets  7,500    Value  $337,500
    Team  Boston College University       Tickets  7,500    Value  $337,500

20. Please identify gifts-in-kind (and financial value) that directly benefited the participating institutions. _____

    None

21. Does your bowl have a contractual arrangement with a member conference(s)? Yes __X__ No _____

22. If yes, please explain. __ACC and Mountain West Conference are being finalized (in conjunction with Seattle game)__

23. Does your bowl have a commitment from a national network or syndicator to televise your next game? Yes __X__ No _____

24. If yes, please identify the network or syndicator. __ASI Acquisition Inc.__

25. Provide the financial value of your television commitment for each year of the contract. _____

    __2002 = $150,000__

26. Does your bowl have a commitment from a national network or syndicator for radio rights to your next game? Yes _____ No __X__

27. Please identify the network or syndicator. __N/A__

28. Provide the financial value of your radio commitment for each year of the contract. __N/A__

29. Does your bowl permit the official station and/or network of a participating institution to originate radio coverage of your bowl? Yes __X__ No _____

30. Do these rights permit the institution's official outlet to originate the broadcast and distribute it to the same stations that were a part of its radio network during the regular season? Yes __X__ No _____

31. If either question No. 29 or No. 30 was answered no, please explain. _____

32. Did your television and radio contract(s) reserve 60 seconds for promotional higher educational messages provided by the NCAA? Yes __X__ No _____

33. Did your television and radio contract(s) reserve 60 seconds (30 seconds for each institution) for promotional higher educational messages provided by the participating institutions? Yes __X__ No _____

34. Does your bowl have a commitment from a title sponsor for your next game? Yes _____ No __X__

35. Please identify the title sponsor. _____

36. Provide the financial value of your title sponsorship for each year of the contract. _____

    __To be determined__

37. Does your bowl have other corporate partnerships with a minimum annual value of $20,000? Yes _____ No __X__

    If yes, provide the financial value each year for each contract _____

38. Did your bowl provide each participating team a minimum of 95 awards? Yes __X__ No _____

39. What was the approximate value of the awards your bowl provided the student-athletes? $ __300.00 X 200__

40. List all awards, gifts, mementos or other items that were presented to individual participants last year, and indicate the number and value of each item. __Each team received 100 of each of the following items:__

    __Watches ($99); Aloha Shirts ($59); Polo Shirts ($45); Emroidered Bags ($45); Gold Hat ($15); Team Photo ($25);__

    __Cameras ($12)__

41. Does the management present an award in recognition of an individual's performance in the game?
    Yes __X__ No _____ If yes, please provide value. $ __$300 trophy__

42. Did your bowl adhere to the policies concerning officials (e.g., courtesy automobiles, entertainment, etc.)?

    Yes __X__ No _____ If yes, please explain. __We adhered to all policies listed in the NCAA 2000-01 Postseason Football Handbook__

43. Did bowl management conduct a meeting before last year's game involving representatives from the participating institutions, the game referee, clock operator(s) and television network or syndicator for the purpose of reviewing governing game administrative details and NCAA rules and regulations? Yes __X__ No _____

44. Did your bowl comply with the NCAA's principles for the conduct of intercollegiate athletics, as set forth in NCAA Constitution 2 and relevant bylaws and interpretations? Yes __X__ No _____

45. Was your game held in the academic year for which it was certified? Yes __X__ No _____

46. Has the bowl sold a number of tickets equal in value to the combined contracted obligation to the participating institutions? Yes _____ No __X__ If no, please explain. The schools participating in the 2000 Aloha Bowl / Oahu Bowl doubleheader bought more than 50% of the available tickets. This problem will be corrected because only one game will be played at Aloha Stadium.

47. Has your bowl averaged selling 25,000 tickets or 50 percent of those available for sale, over the past three years?
    Yes _____ No __X__

48. Did either participating team purchase more than one-sixth of the tickets available in the stadium?

    Yes _____ No __X__ If yes, please explain. _____

49. Did the football certification subcommittee authorize an exception to the ticket-distribution policy for the institution?
    Yes _____ No __X__

50. Was the date, time, name and/or site of your game, as represented in the application, changed without the approval of the football certification subcommittee after the initial certification of the application? Yes _____ No __X__

    (Date and time changed, and NCAA listed new date and time in 2001-02 Postseason Football Handbook)

51. Did your bowl serve the purpose of providing a national contest between teams that each had a minimum of six wins against Division I-A competition and more wins than losses? Yes __X__ No _____ (Note: An institution may count a victory versus a Division I-AA institution as one of the six wins once every four years.)

52. Were the competing institutions active members of this Association? Yes __X__ No _____

3. If required of your bowl, will an irrevocable letter of credit guaranteeing the minimum distribution fee be secured?

    Yes __X__ No _____ If not, why? _____

54. Did your bowl submit to the NCAA national office, not later than 60 days before the game, the appropriate certification of insurance showing evidence that it maintains primary comprehensive general coverage listing the NCAA as an additional insured, with combined single limits of at least $1 million per occurrence for bodily injury and property damage?
    Yes _____ No __X__ If not, why? __Certificate sent to NCAA in November 2001 due to delay in obtaining policy__

55. Will your bowl pay a $12,000 fee to the NCAA upon notice of certification? Yes __X__ No _____

56. Please indicate whether the following information would be available to NCAA auditors:

    A. A copy of your network television contract? Yes __X__ No _____

    B. A copy of your network radio contract? Yes __X__ No _____

    C. A copy of your title and other corporate sponsor contracts valued at a minimum of $20,000 per year?

        Yes __X__ No _____

Please attach to this application:

A. A standardized information form distributed to the institutions that participated in the last bowl game;

B. A copy of the letters of invitation to the institutions that participated in the last bowl game; and

C. A copy of the letters of acceptance from those institutions that participated in the last bowl game.

In reviewing this application, the football certification subcommittee may request that the management or sponsoring agency submit additional evidence, and/or independent audits, to demonstrate its ability to guarantee the financial success of the game.

The undersigned hereby certifies that the foregoing application has been truly and fully completed and that the policies of the football certification subcommittee and the application provisions of the NCAA constitution, bylaws and executive regulations, and the policies adopted by the committee, are understood. The undersigned also is duly authorized to submit this application for recertification on behalf of the sponsoring organization and, on its behalf, agrees that if this game is recertified, it will be Conducted in full accordance with the attached provisions; that it acknowledges that the Division I Championships/Competition Cabinet has the authority to review any document related to the bowl game, which would include title and other corporate contracts and television contracts; that the NCAA, or representatives designated by it, may conduct audits of any agency sponsoring a bowl game and other associations and activities affiliated with it, and that this organization will fully observe and cooperate in the enforcement of all rulings of the NCAA Division I Championships/Competition Cabinet and the Division I Management Council, or committees, which render an NCAA institution or student-athlete ineligible to compete in postseason football contests. It further is understood and agreed that any violation of the attached provisions may disqualify the game from future certification.

Signed __Terry Daw__ Title __Chief Operating Officer__

Organization __Aloha Sports Inc.__

Address __2305 Cooper Road__
         Street
         __Honolulu__                          __Hawaii__            __96822__
         City                                   State                ZIP Code

Telephone - Office __808__ / __534-1188__    Home __808__ / __377-3076__
                    (AC)                            (AC)

Date __April 1, 2002__

Please Return by April 1 to:   Dennis Poppe
                                National Collegiate Athletic Association
                                P.O. Box 6222
                                Indianapolis, Indiana 46206-6222
                                Fax: 3171917-6989




Jeep O'ahu Bowl / Jeep Aloha Bowl
Varsity Building • 1110 University Avenue • Suite 403
Honolulu • Hawaii • 96826-1508
Phone (808) 947-4141 • Fax (808) 947-6648
Management Fax (808) 947-1492
e-mail: hlgames@aloha.net • Website: www.alohabowl.net

November 28, 2000

**VIA MAIL AND FACSIMILE: (617) 552-4903**

COPY

Mr. Gene DeFilippo
Athletic Director
Boston College
140 Commonwealth Avenue
Chestnut Hill, Massachusetts 02467-3800

Re: Invitation to the Jeep® O'ahu Bowl/Jeep® Aloha Bowl Christmas Football Classics

Aloha Gene!

On behalf of Aloha Sports Inc., this is an official invitation for the Boston College Golden Eagles to participate in our 2000 postseason football game. Your institution will receive a $750,000.00 minimum guarantee for participating in the 2000 Jeep® O'ahu Bowl/Jeep® Aloha Bowl Christmas Football Classics ("the Classics"). The Jeep® O'ahu Bowl will be played on December 24, 2000, with the kickoff at 3:30 p.m. Hawaiian Standard Time, 8:30 p.m. Eastern Standard Time, and will be broadcast on ESPN. The Jeep® Aloha Bowl will be played on December 25, 2000, with the kickoff at 10:30 a.m. Hawaiian Standard Time, 3:30 p.m. Eastern Standard Time, and will be broadcast on ABC. Your opponent and the game in which you will be playing will be determined sometime next week.

Each participating institution is guaranteed up to one-sixth of the total seats in the stadium. Your conference contract guarantees your institution will purchase at least 7,500 tickets. This invitation is subject to, and incorporates by reference as if fully set forth herein, the "Agreement Between The Big East Conference and Bowl Games Hawaii" dated September 22, 2000, a copy of which is enclosed.

Please respond to me in writing to confirm your formal acceptance of this invitation to participate in the Classics by 4:30 p.m. Hawaiian Standard Time on December 1, 2000. The fax number for Aloha Sports Inc. is (808) 947-6648. We look forward to having you join us for Christmas in Paradise!

Sincerely,

Fritz Rohlfing
Executive Director
Jeep® O'ahu Bowl/Jeep® Aloha Bowl Christmas Football Classics

FWR:md
Enclosure




Civil No. CV04-00204 DAE/KSC    EXHIBIT "81"    ASI-08-001796



# BOSTON COLLEGE

ATHLETIC ADMINISTRATION

*Via Facsimile*

December 1, 2000

Mr. Fritz Rohling
Executive Director
Jeep O'ahu/Jeep Aloha Bowl Christmas Classics
Varsity Building
1110 University Avenue
Suite 403
Honolulu, Hawaii  96826 – 1508

Dear Fritz:

On behalf of the Boston College Athletic Association, I am honored to accept your invitation to participate in the 2000 Jeep Aloha Bowl on December 25. We are looking forward with much enthusiasm to playing Arizona State University in Honolulu!

Thank you for giving us the opportunity to play in what will prove to be a very exciting game. Fritz, we appreciate all the help and support you have given us and I look forward to seeing you soon.

Sincerely,

Gene DeFilippo
Director of Athletics

GD/bm

CONTE FORUM, 140 COMMONWEALTH AVENUE, CHESTNUT HILL, MASSACHUSETTS 02467-3861
617-552-4680

TOTAL P.02




**Jeep O'ahu Bowl / Jeep Aloha Bowl Christmas Classics**
Varsity Building · 1110 University Avenue · Suite 403
Honolulu · Hawaii · 96826-1508
Phone (808) 947-4141 · Fax (808) 947-6648
Management Fax (808) 947-1492
e-mail: higames@aloha.net · Website: www.alohabowl.net

December 6, 2000

VIA MAIL AND FACSIMILE: (480) 965-8219

Mr. Eugene Smith
Athletic Director
Arizona State University
P.O. Box 872505, ICA Building
5th Street & Stadium Drive
Tempe, Arizona 85287-2505

Re: Invitation to the Jeep® O'ahu Bowl/Jeep® Aloha Bowl Christmas Football Classics

Aloha Gene!

On behalf of Aloha Sports Inc., this is an official invitation for the Arizona State University Sun Devils to participate in our 2000 postseason football doubleheader. Your institution will receive a $750,000.00 minimum guarantee for participating in the 2000 Jeep® O'ahu Bowl/Jeep® Aloha Bowl Christmas Football Classics ("the Classics"). The Jeep® O'ahu Bowl will be played on December 24, 2000, with the kickoff at 3:30 p.m. Hawaiian Standard Time, 8:30 p.m. Eastern Standard Time, and will be broadcast on ESPN. The Jeep® Aloha Bowl will be played on December 25, 2000, with the kickoff at 10:30 a.m. Hawaiian Standard Time, 3:30 p.m. Eastern Standard Time, and will be broadcast on ABC. Your opponent will be Boston College in the Jeep® Aloha Bowl on Christmas Day.

Each participating institution is guaranteed up to one-sixth of the total seats in the stadium. Your conference contract guarantees your institution will purchase at least 7,500 tickets. This invitation is subject to, and incorporates by reference as if fully set forth herein, the "Aloha Bowl Agreement Between The Pacific-10 Conference and Aloha Sports Inc." dated July 15, 1999, a copy of which is enclosed, as well as the NCAA® 2000-01 Postseason Football Handbook.

Please respond to me in writing to confirm your formal acceptance of this invitation to participate in the Classics by 4:30 p.m. Hawaiian Standard Time on Friday, December 8, 2000. The fax number for Aloha Sports Inc. is (808) 947-6648. We look forward to having the Sun Devils join us for Christmas in Paradise!

Sincerely,

Fritz Rohlfing
Executive Director
Jeep® O'ahu Bowl/Jeep® Aloha Bowl Christmas Football Classics

Enclosure




EXHIBIT "81"

# ASU
## ARIZONA STATE UNIVERSITY

December 6, 2000

<u>Sent via Facsimile</u>

Mr. Fritz Rohlfing
Executive Director
Jeep O'ahu Bowl/Jeep Aloha Bowl
1110 University Avenue
Suite 403
Honolulu, Hawaii 96826-1508

Dear Fritz,

We have received your invitation to participate in the 2000 Jeep Aloha Bowl. With that, this letter shall represent Arizona State University's official acceptance to play in the Jeep Aloha Bowl against Boston College on December 25, 2000.

We are happy to be able to play in this year's game to be played at 10:30 a.m. (HST) on the 25th, and for doing so we shall receive a minimum guarantee of $750,000. Additionally, ASU does have adequate medical insurance per NCAA bylaw 30.9.17.2. Our plans have the team an official party arriving on Tuesday, December 19th.

Mike Chismar (480-965-1287) is our contact person for any questions you might have regarding our visit to Honolulu.

Sincerely,

Eugene D. Smith
Director of Athletics



DEPARTMENT OF INTERCOLLEGIATE ATHLETICS
PO Box 872505, Tempe, AZ 85287-2505

TOTAL P.02

# SCHEDULE OF GROSS RECEIPTS
## Postseason Football Audited Financial Report

Name of Bowl: Jeep Aloha Bowl/Jeep Oahu Bowl   Date of Game: 12/24-12/25

1. Ticket sales (from Schedule A, line 8) .................................... $ 1,594,646.68

2. a. Gross membership fees ............................... $ 0
   b. Less approved deduction ............................. ( 0 )
   c. Total ................................................................... 0

3. Concessions ................................................................ 0

4. Program sales ............................................................. 0

5. Advertising
   a. Programs ................................................. 0
   b. Radio ....................................................... 0
   c. Television ................................................ 140,250
   d. Video ....................................................... 0
   e. Tickets ..................................................... 0
   f. Total ........................................................................ 140,250

6. a. Gross radio rights ..................................... 27,024
   b. Less all rights if participant originated broadcast ....................... ( 27,024 )
   c. Total ........................................................................ 0

7. a. Gross television rights ............................... 590,200
   b. Less unrelated third-party fees .................. ( 0 )
   c. Pay-per-view television rights ................... 0
   d. Total ........................................................................ 590,200

8. a. Gross title sponsorship rights .................... 1,126,701
   Less:
   b. Unrelated third-party fees ............ ( 0 )
   c. Entertainment expenses ............... ( 0 )
   d. Amount(s) allocated to other events ................................ ( 0 )
   e. Other ............................................ ( 0 )
   f. Net title sponsorship rights ............................... 1,126,701

Civil No. CV04-00204 DAE/KSC       EXHIBIT "81"       ASI-08-001800

10. Film/movie/video rights ................................................................. 0

11. Licensing fees ............................................................................... 15,564

12. a. Gross corporate sponsors/
       contributions ............................................. 414,709

    Less: b. Restricted for direct benefit of
             competing institutions ........................ ( 4,000 )

    c. Restricted for pregame
       and half-time expenses ........................... ( 0 )

    d. Net corporate sponsors/contributions ............................................. 410,709

13. Other revenues (please specify)

    a. Banquet Tickets ..................... 14,817
    b. Performance Fees .................. 25,000
    c. Classic Destination Management ... 75,747
       School Sales                         30,040
    d. Total other revenue .... Other ...... 1,117 ............ 146,721

14. Total receipts (add totals from lines 1-13) ........................................ 4,024,791.68

15. Awards ........................................................ ( 44,442 )

16. Certification fee ......................................... ( 12,000 )

17. Officiating Crew travel ............................... ( 46,225 )

18. Letter-of-credit fee .................................... ( 32,753 )

19. Team Entertainment
    (unless deduction was taken in 12b) ........ ( 52,825 )

20. Other deductible expenses approved
    by the committee ....................................... ( 0 )

21. Deductible fees (add totals from lines 15-20) ..................................... ( 188,245 )

22. Net gross receipts before interest income
    (subtract line 21 from 14) ............................................................. 3,836,546.68

## Schedule A Ticket Sales

1. Ticket sales ............. No.    1a. _____    @ 1b. $ _____    Total 1c. $ _____
                                      2a. _____       2b. _____          2c. _____
                                      3a. _____       3b. _____          3c. _____
   See Attachment 1        4a. _____       4b. _____          4c. _____
                                      5a. _____       5b. _____          5c. _____

6. Gross ticket sales (add amounts in column c, lines 1-5) .................... 1,609,970.50

7. Less — Taxes .................................................................. ( 15,423.02 )

8. Net ticket sales .................................................................. 1,594,646.68

9. a. Stadium capacity __49,997__   b. Gross attendance __18,584__   Avg. Tic Price

10. Number of tickets sold by:   11a. University of Georgia   11b. 1,000   45.00
                                       Boston College Univ.       1,000   45.00
                                       (institution)              (number)

                                 12a. University of Virginia   12b. 1,000   45.00
                                       Arizona State Univ.          1,000   45.00
                                       (institution)                (number)

                                 13a. Sponsoring agency        13b. 1,801   40.00
                                       before team selections        (number)

                                 14a. Sponsoring agency        14b. 3,033   47.13
                                       after team selections         (number)

15. Total number of tickets sold (add amounts in lines 11-14) ............. 8,834   44.71

16. Total Number of tickets      17a. University of Georgia    17b. 8,500
    contractually guaranteed for:      Boston College University   7,500
                                       (institution)               (number)

                                 18a. University of Virginia        7,500
                                       Arizona State University 18b. 7,500
                                       (institution)                (number)

## Schedule B - Distribution of Total Gross Receipts

19a. Institution __University of Georgia__           19b. Percent __19.55%__   19c. Amount $ __750,000__
                 __Boston College University__              __19.55%__                     __750,000__

20a. Institution __University of Virginia__          20b. Percent __19.55%__   20c. Amount $ __750,000__
                 __Arizona State University__               __19.55%__                     __750,000__

21. Total distribution to institutions (lines 19c plus 20c) .................. $ __3,000,000__

22a. Gross receipts retained by sponsoring agency or organization ......   22b. Percent __21.80%__   22c. Amount $ __836,546.68__

23. Total gross receipts (lines 21 plus 22c) .................. $ __3,836,546.68__

24. Date of distributions to institutions __March 28, 2001__

Note: Please submit a copy of each of the following: 1) TV and title sponsorship contracts; 2) All gifts-in-kind; 3) All corporate sponsorships; 4) Contractual guarantees between the bowl and a conference(s) or the member institutions; 5) Any financial subsidy provided by a conference(s) to the bowl; 6) Major corporations who may assist the bowl in selling tickets; 7) Statement indicating whether the host city or its subsidiary has contributed financially to the bowl; and 8) Supporting schedules or attachments pertaining to the auditing of all items of income.

## Report of Independent Accountants

TO: The National Collegiate Athletic Association.

We have audited the accompanying schedule of gross receipts of the __Jeep Aloha/Jeep Oahu Bowl__
                                                                   (name of game)

played between __University of Georgia__          and __University of Virginia__
                __Boston College University__          __Arizona State University__
                (institution)                          (institution)

on __December 24-25, 2000__, __Honolulu, Hawaii__
        (date)                 (city and state)

is schedule is the responsibility of the ___Aloha Sports, Inc.___
(sponsoring organization)

ur responsibility is to express an opinion on this schedule based on our audit.

e conducted our audit in accordance with generally accepted auditing standards. Those standards require that v erform the audit to obtain reasonable assurance about whether the schedule of gross receipts is free of n isstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures chedule of gross receipts. An audit also includes assessing the accounting principles used and significant es ade by management as well as evaluating the overall schedule presentation. We believe that our audit pro easonable basis for our opinion.

n our opinion, the schedule of gross receipts audited by us presents fairly, in all material respects, the gross r erived from the above described game and the amounts due to the two participating institutions and the spo rganization in accordance with NCAA Bylaw 30.9 and Executive Regulation 31.5.

his report is intended solely for the information and use of the ___Aloha Sports, Inc., dba Bowl Game___
(sponsoring agency)
nd the National Collegiate Athletic Association.

SIGNED ___Detor & Williams, CPA's___  DATE ___March 30, 2001___

TITLE ___Carleton L. Williams, Partner, for___

NAME OF FIRM ___Detor & Williams, CPA's, PC___  CITY, STATE ___Honolulu, Hawaii___

RETURN BY APRIL 1 TO:
Keith Martin
National Collegiate Athletic Association
P.O. Box 6222
 anapolis, Indiana 46206-6222
317/917-6222

## Attachment 1

| Value | Ticket Total | Dollar Value |
|---|---|---|
| | 87 | $4,785.00 |
| $ 55.00 | 1,297 | $64,850.00 |
| $ 50.00 | 6 | $297.00 |
| $ 49.50 | 122 | $5,734.00 |
| $ 47.00 | 32,394 | $1,457,730.00 |
| $ 45.00 | 10 | $423.00 |
| $ 42.30 | 3 | $121.50 |
| $ 40.50 | 1,801 | $72,040.00 |
| $ 40.00 | 114 | $3,990.00 |
| $ 35.00 | | |
| | 35,834 | $1,609,970.50 |

TRANSMISSION VERIFICATION REPORT

TIME : 04/01/2002 07:12

```
DATE,TIME            04/01 07:05
FAX NO./NAME         13179176989
DURATION             00:07:16
PAGE(S)              15
RESULT               OK
MODE                 STANDARD
                     ECM
```

*Dennis Poppe*