# AGREEMENT

AN AGREEMENT is hereby made and entered into on the effective date shown below by and between **Classic Destination Management - Hawaii**, whose principal business and mailing address is 2255 Kuhio Avenue, Suite 1620, Honolulu, Hawaii 96815 (hereinafter and sometimes referred to as "Classic") and the **Jeep Aloha Bowl and Oahu Bowl**, whose principal business and mailing address is 1110 University Avenue, #403, Honolulu, Hawaii 96826 (hereinafter and sometimes referred to as "JAB and JOB") as follows:

### A. SCOPE OF SERVICES:
The following services will be provided for the 2000 Jeep Aloha Bowl and Oahu Bowl:

1. Negotiation and booking of the charter aircraft for team travel per team requirements.
2. Land arrangements for teams/half time performers.
3. Land arrangements including hotels for the JAB and JOB.
4. Air and/or land arrangements for fans and boosters.
5. Coordination of press bookings.
6. Coordination of round trip transfers to Stadium on Game Day
7. Coordination of 16 NCAA Officials/referees air and hotel arrangements

### B. MONETARY COMPENSATION:
The following percentage of gross profits will be extended to Jeep Aloha Bowl:

1. Charter aircraft: 50% of airline commission.
2. Scheduled air service: to be mutually agreed upon prior to booking.
3. Land arrangements: 25% of gross profits on all groups. Classic agrees to utilize Bowl sponsors when possible.
   Note: Gross profits are defined as the amount of money collected for services less the direct expenses of the program operation, i.e. buses, meals, etc, as agreed between the parties in advance.

4. **HOTEL HONORARIUM FOR TEAM HOTEL ROOMS:**
   Classic will pay $40.00 per room, per night to the JAB and JOB for all fully paid rooms at the Hilton Hawaiian Village and the Sheraton Princess Kaiulani. Based on the current room block of 250 rooms for six nights, the compensation would be $60,000.00. This is payable upon Classic's receipt of final payment from the schools. Additionally the Hilton Hawaiian Village agrees to provide 15 complimentary room nights based on space availability to be used by Bowl officials. For NSG, Classic will pay $20.00 per room, per night to the Jeep Aloha Bowl for all fully paid rooms. Based on the current room block of 125 rooms, the compensation would be $15,000.00 payable by January 8, 2001. Any excess of room night compensation will be forwarded to the Bowl. Additionally the Hyatt Regency Waikiki agrees to provide 14 complimentary room nights based on space availability to be used by Bowl officials.



JAB and JOB Agreement
March 25, 2000
Page Two

5. JAB and JOB will pay Classic $5.00 per room, per night for the coordination of hotel rooms for the four teams. This amount will be deducted from the final statement of account.

C. **PROMOTIONAL COMPENSATION:**

The following promotional support will be provided:

1. Four round trip airline tickets between the U.S. mainland and Hawaii for site inspection trip to Hawaii for the schools; if the tickets are not utilized by the schools, they may be utilized by the Bowl for future business travel. Tickets are subject to availability.

2. Classic will do its best to utilize attraction/activity vendors that provide some form of sponsorship to the Bowl.

D. **MUTUALLY AGREED UPON EXPENSES:**

All other mutually agreed upon expenses in writing incurred on behalf of the Bowl will be deducted from the overall compensation. These include:

Printing costs, lei greeting for arrivals/welcome on campus, officals ground services, limousines transfers, banners, site inspection expenses, and other miscellaneous expenses.

E. **ENTIRE AGREEMENT:**

This Agreement embodies the entire agreement of the parties and supersedes any other agreements or understandings with respect hereto that may ever have existed between the parties.

**IN WITNESS WHEREOF,** the parties have executed this Agreement effective March 25, 2000.

_____     3/25/00
Debbie Weil                       Date:
Vice President & General Manager
Classic Destination Management - Hawaii

_____     3/29/00
Marcia Klompus                    Date:
Executive Director
Jeep Aloha Bowl/Oahu Bowl