

## McNEIL WILSON
COMMUNICATIONS, INC.

### FACSIMILE TRANSMISSION SHEET

**DATE:** May 10, 2001

**TO:** Fritz Rohlfing
Aloha Sports Inc.

**FAX#:** 525-7507

**SENDER:** Patrick Dugan
McNeil Wilson Communications
1001 Bishop Street, Pauahi Tower, Suite 950
Honolulu, Hawai'i 96813
Ph: (808) 531-0244
Fax: (808) 521-7163
Email: pdugan@mcneilwilson.com

**RE:** Press Statements

**COMMENTS:**

Please see the attached and call me at 539-3411 to discuss.

**TRANSMITTED BY:** pd
**NUMBER OF PAGES (INCLUDING COVER):** 6

May 10, 2001

**Statement by Fritz Rohlfing**
**Chief Executive Officer, Aloha Sports Inc.**

## ALOHA SPORTS NOT SURPRISED BY JEEP'S WITHDRAWAL AS TITLE SPONSOR

**Bowl Games Owner had Proposed that Jeep Drop the Seattle Game and Continue Sponsoring the San Francisco Game Under a New, Five-Year Agreement**

**Honolulu:** On behalf of Aloha Sports Inc., it comes as no surprise that Jeep has decided to withdraw as title sponsor for the newly relocated bowl games in Seattle and San Francisco.

We have been pleased with Jeep as title sponsor and believe the games provided great national exposure for their corporate image and product branding. The Jeep Aloha Bowl has traditionally drawn a good television audience. Last year's Jeep Aloha Bowl, for example, was the 9th highest rated televised college bowl game, reaching nearly 3.95 million households nationwide.

Prior to the bowl games being recertified by the NCAA, we had submitted a proposal to Jeep that it withdraw as title sponsor of the Seattle game, while continuing with the San Francisco game under a new, five-year agreement.

We have had some very fruitful discussions with potential title sponsors for both bowl games. There is a tremendous amount of interest nationally for the bowl games and we expect to secure title sponsors shortly.

Enhancing the overall sponsorship packages for both games is essential to increasing the bowl payouts and attracting higher-ranked teams. In Honolulu, the Christmas Day bowl games failed because the pre-existing contracts with the networks and sponsors did not generate enough revenue to draw the higher-ranked teams needed to attract Hawaii fans.

-end-

May 9, 2001

## Statement by Fritz Rohlfing
## Chief Executive Officer, Aloha Sports Inc.

### ALOHA SPORTS INC. CRITICIZES MOTIVE BEHIND ESPN-TV'S LAWSUIT

#### Network Sues to Try and Reschedule Seattle Bowl Game on Christmas Day

**Honolulu:** On behalf of Aloha Sports Inc., we believe that ESPN-TV is misguided and disingenuous in filing a lawsuit to try and force the new Seattle bowl game to be rescheduled for Christmas Day, 2001. It is a selfish ploy designed to benefit only one entity: ESPN.

ESPN already owns the broadcast rights for the Seattle bowl game, scheduled for Jan. 2, 2002, at SAFECO Field, as well as a two-year option to televise the game when it moves to the new Seattle Seahawks stadium currently under construction. We believe it is unreasonable for ESPN to try and dictate when the people of Seattle can host their bowl game in their city.

ESPN's insistence that the game be held Christmas Day is motivated by TV ratings on that holiday. However, a key factor behind the failure of the Christmas Day bowl games in Honolulu was the inability to draw good crowds, resulting in empty stands on national TV. Simply stated, most football fans want to be home with their families on Christmas Day—and we support that.

The City of Seattle and King County have enthusiastically embraced the new bowl game, generating a broad base of support among civic, business, and sports leaders, as well as the community-at-large. The proposed date of Jan. 2 was submitted to the NCAA only after consulting with local stakeholders as to the best possible day for the people of Seattle.

The NCAA wholeheartedly approved the relocation and date for the new bowl game, as did the participating conferences, the Greater Seattle Chamber of Commerce, the Seattle Convention & Visitors Bureau, the Seattle Hotel Association, the Seattle Seahawks, and Seattle Mariners.

-end-

May 9, 2001

## Statement by Fritz Rohlfing
### Chief Executive Officer, Aloha Sports Inc.

**ALOHA SPORTS INC. RESPONDS TO LAWSUIT FILED BY ABC-TV**

Network Wants to Force San Francisco Bowl Game to be Played on Christmas Day

Honolulu: On behalf of Aloha Sports Inc., we are disappointed that ABC-TV has resorted to the heavy-handed tactic of litigation to try and get its way. ABC does not have a contract with Aloha Sports to televise the bowl game in San Francisco's Pacific Bell Park on Dec. 30, 2001.

We have been pleased with ABC's past coverage of the Aloha Bowl and were hopeful that a new, mutually beneficial contract could be reached with the network to broadcast the game in its new location. However, ABC's refusal to negotiate with Aloha Sports in good faith for a new contract is forcing us to pursue other options for a national television broadcast.

Essentially, ABC wants to force the people of San Francisco to host the game when the network wants to show it—which is Christmas Day. The network's stance is purely self-motivated and does not account for the holiday's importance to the people and businesses of San Francisco.

When the Aloha Bowl was played in Honolulu, attracting spectators on Christmas Day proved to be a major challenge. Only once did the Aloha Bowl sell out, in 1989 when the hometown University of Hawaii played in a bowl game for the first time in school history. On Christmas Day, most football fans want to be home with their families—and we support that.

The NCAA fully supports the relocation and proposed date for the new bowl game, as do the participating conferences, Giants Enterprises, the San Francisco Chamber of Commerce, the San Francisco Convention & Visitors Bureau, and the San Francisco Hotel Association.

-end-

## Talking Points – TV Contract

- The bowl games **ARE** taking place in Seattle and San Francisco. Nothing will change that.

- The NCAA approved our recertification based on relocating the bowl games to Seattle and San Francisco. The NCAA is very pleased with the relocation of the bowl games and the proposed dates. In Seattle, the government leaders, business community, and public at large are ecstatic about the game coming there. In San Francisco, the business community is very excited about what the game will bring to their beautiful city.

- In Honolulu, the games were failing and doomed to be decertified and canceled by the NCAA if they continued here. The pre-existing contracts with the networks and sponsors did not generate enough revenue to draw the higher-ranked teams needed to attract Hawaii fans.

- The only entities that profited from the games being played in Honolulu on Christmas Day were the TV networks because they had a "bowl games exclusive" for that day. For the bowl owners and the participating teams and conferences the games as structured were a financial loser, and for the NCAA the empty seats on national TV was a major embarrassment.

- Christmas Day is traditionally not a good day to draw spectators to a bowl game. Fans want to be home with their families and we support that. The only bowl games in Honolulu that did well on Christmas Day occurred when the hometown University of Hawaii played—and only in one of those games, the 1989 Aloha Bowl against Michigan State, did it sell out.

- We will have a national TV broadcast and are currently in negotiations with ABC and ESPN to air the bowl games in their new locations.

- We've been pleased with how ABC and ESPN have televised the games in the past and we would like to see that relationship continue. However, if the networks decide not to air the games we will be left with no other option but to seek offers from other networks.

- Our television contract with ABC ended with the 2000 game. There is no contract with ABC in place to televise this year's game and beyond.

- Our television contract with ESPN does not stipulate that the network controls where the game will be played, only that ESPN gets to televise the game.

- We are very excited about the future of the bowl games in Seattle and San Francisco and believe it will be great for everyone involved, the cities, the teams and conferences, football fans, and the TV networks.

## Talking Points – Title Sponsor

- We've been pleased with Jeep as title sponsor and believe the national exposure has been very beneficial to their corporate image and product branding. Last year's Jeep Aloha Bowl, for example, was the 9th most watched college bowl game.

- It comes as no surprise that Jeep has decided to withdraw as title sponsor. In fact, we had already submitted a proposal to Jeep requesting that they drop their title sponsorship of the Seattle game but continue as title sponsor of the San Francisco game under a new, five-year agreement.

- Increasing the title sponsorship fee is essential to increasing the bowl game payouts and attracting higher-ranked teams. In Honolulu, the games failed because the pre-existing contracts with the networks and sponsors did not generate enough revenue to draw the higher-ranked teams needed to attract Hawaii fans.

- Based on our conversations with Jeep, it appears that their decision was based on a preference to reallocate their funds to reach other market segments.

- We've had some very fruitful discussions with potential title sponsors for the Seattle game. There is a tremendous amount of corporate interest for the Seattle game and we expect to secure a new title sponsor shortly.

- We are starting earnest discussions with national corporations to sponsor the San Francisco game and expect to secure a new title sponsor shortly. Giants Enterprises has offered their assistance to secure a title sponsor.

- The situation with the TV broadcast had nothing to do with Jeep's decision. We will have a national TV broadcast and are currently in negotiations with ABC and ESPN to air the bowl games in their new locations.

- Our television contract with ABC ended with the 2000 game. There is no contract with ABC in place to televise this year's game and beyond.

- ESPN has the contract to broadcast this year's game in Seattle, along with a two-year option after that.

- We've been pleased with how ABC and ESPN have televised the games in the past and we would like to see that relationship continue. However, if the networks decide not to air the games we will be left with no other option but to seek offers from other networks.

- We are very excited about the future of the bowl games in Seattle and San Francisco and believe it will be great for everyone involved, the cities, the teams and conferences, football fans, and the TV networks.