**ABC Sports** 

Daniel H. Margulis
Director
Programming

March 29, 2000

Ms. Marcia Klompus
Executive Director
Aloha Sports, Inc./Jeep Aloha Bowl
1110 University Avenue #403
Honolulu, HI 96826-1508

Dear Marcia:

This letter will confirm our agreement to extend our relationship through the 2003 season and potentially longer with our option through 2005.

Attached is a summary of the major new deal points we have discussed and to which we are in agreement. Unless otherwise noted, all other terms of our agreement dated August 30, 1995 shall remain in place.

It is understood that a long-form agreement will be prepared that incorporates the terms and conditions set forth on the attached summary and the terms and conditions of our existing agreement dated August 30, 1995 to the extent not inconsistent with the terms and conditions of the attached summary. Until such time as the long-form agreement is signed, this letter agreement (together with the accompanying summary) represents a binding agreement that shall govern the relationship between the parties for the 2001-2003 seasons.

Please indicate your acknowledgement and acceptance of the matters outlined in this letter agreement and the summary by signing in the space provided below. Please feel free to call me with any questions.

Warmest Regards,

Dan Margulis
Director, Programming

ACKNOWLEDGED AND AGREED TO
as of the date first above written

ALOHA SPORTS, INC.

BY: _____ 3/29/00
Marcia Klompus    Ex. Director

47 West 66th Street, 13th Floor  New York, NY 10023  (212) 456-3466  Fax (212) 456-4317
E-Mail daniel.h.margulis@abc.com

### TERM

- 2001-2003
- 2 year ABC option for 2004 and 2005

### CONSIDERATION

| | |
|---|---|
| 2001 | $632,000 |
| 2002 | $658,000 |
| 2003 | $687,000 |

If option exercised:
| | |
|---|---|
| 2004 | $708,000 |
| 2005 | $734,000 |

### ENTITLEMENT:

Entitlement fees will be as follows:
| | |
|---|---|
| 2001 | $290,000 |
| 2002 | $295,000 |
| 2003 | $300,000 |

If option exercised:
| | |
|---|---|
| 2004 | $305,000 |
| 2005 | $310,000 |

- For the fees above, bowl will receive thirteen :30 units – nine for the title sponsor and four more for a sponsor approved by ABC.
- Should the bowl wish to purchase more units, it must negotiate directly with ABC sales

### FUTURE RIGHTS:

- Two year option for the years 2004 and 2005 to be exercised on or before April 15th, 2004. Should the option not be exercised, ABC retains an FN/FR following a 60 day exclusive negotiation period.

- Should the option exercised, ABC would have a FN/FR with a 60 day exclusive negotiating period beginning on or before April 15th, 2006.

- FN/FR language will remain the same as in the present agreement.

TEAM APPROVALS:

ABC/ESPN will have final approval rights over team selections and Conference affiliation for both the Oahu and Aloha Bowls. ABC acknowledges and approves that in addition to the pre-existing deal with the PAC-10 for one slot in each game, Aloha Bowl Sports will contract for the next two years (2000 and 2001) with the ACC for a team and the Big East for its #4 team assuming Notre Dame is not in the BCS and that it is bowl eligible. ABC also agrees that should Hawaii be bowl eligible and have eight wins or more, it would replace the ACC representative in one of the next two years. ABC/ESPN will consult with the Bowls' on selection, especially as it relates to ticket sales.

MISCELLANEOUS

Aloha Sports recognizes the importance of attendance with regards to appearance on television and will use all best efforts to ensure as full a stadium as possible.

ANNOUNCEMENTS

It is agreed that the official announcement of this Agreement, as well as the Conference Agreements, MUST be coordinated with the Jeep O'ahu Bowl/Jeep Aloha Bowl Christmas Classics at a time that Aloha Sports dba Bowl Games Hawaii feels works best for ticket sales, etc.