February 18, 1999

**Via facsimile: (860) 585-2415**

Mr. David Brown
Program Manager
ESPN, Inc.
ESPN Plaza
Bristol, CT 06010-7454

**Re: O'ahu Bowl/ESPN, Inc. Agreement**

Dear Dave:

As you know, the 1998 O'ahu Bowl was a great success. ESPN, however, is almost a month delinquent in paying the rights fee due under section V.(c) of the Basic Provisions of the ESPN, Inc. Agreement and is therefore in violation of the Agreement.

In addition, as part of our effort to build on the success of the 1998 game, we are exploring an agreement with the Western Athletic Conference for the WAC champion to play in the game. ESPN should understand that Bowl Games of Hawaii needs to have the flexibility to discuss possible arrangements with the WAC. The absolute refusal by ESPN to consider such arrangements threatens to cripple the entire operation of the O'ahu Bowl, including our ticket sales, marketing position in the community, and potential sponsorships. The continued viability of the O'ahu Bowl is therefore in doubt, and it appears that it may not be feasible for us to produce the game. We therefore implore ESPN to relent and indicate its willingness to approve a possible arrangement with the WAC for one year.

Very truly yours,


Brian DiMartino
Board of Directors