

ORIGINAL

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER   (Pro Hac Vice)
DAVID W. KESSELMAN   (Pro Hac Vice)
COURTNEY A. PALKO     (Pro Hac Vice)
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

FREDERICK W. ROHLFING III, A LIMITED LIABILITY LAW COMPANY
FREDERICK W. ROHLFING III   #3474

Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3283
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

LODGED

JUN 0 9 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Plaintiff Aloha Sports Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC<br>(Antitrust)<br><br>EX PARTE MOTION TO SHORTEN TIME ON HEARING ON PLAINTIFF ALOHA SPORTS INC.'S MOTION TO VOLUNTARILY DISMISS ITS FIRST CAUSE OF ACTION (VIOLATION OF SHERMAN ACT SECTION 1) WITH PREJUDICE AND ITS REMAINING CAUSES OF ACTION WITHOUT PREJUDICE; DECLARATION OF FREDERICK W. ROHLFING III; ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME ON HEARING ON PLAINTIFF ALOHA SPORTS INC.'S MOTION TO |

9999/566/428890

|  | VOLUNTARILY DISMISS ITS FIRST CAUSE OF ACTION (VIOLATION OF SHERMAN ACT SECTION 1) WITH PREJUDICE AND ITS REMAINING CAUSES OF ACTION WITHOUT PREJUDICE; CERTIFICATE OF SERVICE<br><br>Trial Date: October 6, 2006. |
|---|---|

**EX PARTE MOTION TO SHORTEN TIME ON HEARING ON PLAINTIFF ALOHA SPORTS INC.'S MOTION TO VOLUNTARILY DISMISS ITS FIRST CAUSE OF ACTION (VIOLATION OF SHERMAN ACT SECTION 1) WITH PREJUDICE AND ITS REMAINING CAUSES OF ACTION WITHOUT PREJUDICE**

Plaintiff Aloha Sports Inc., by and through its counsel of record, hereby moves, *ex parte*, for an order shortening the time for a hearing on Plaintiff Aloha Sports Inc.'s Motion To Voluntarily Dismiss Its First Cause Of Action (Violation Of Sherman Act Section 1) With Prejudice And Its Remaining Causes Of Action Without Prejudice, which is being simultaneously submitted herewith.

This Motion is made pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure and Local Rules 6.2 and 7.2 of the Rules of the United States District

Court for the District of Hawaii, and is based on the attached Declaration of Frederick W. Rohlfing III and the records and files herein.

DATED: Honolulu, Hawaii; June 9, 2006.

> BLECHER & COLLINS, P.C.
> MAXWELL M. BLECHER
> DAVID W. KESSELMAN
> COURTNEY A. PALKO
>
> FREDERICK W. ROHLFING III, A
> LIMITED LIABILITY LAW COMPANY
>
> /s/ Frederick W. Rohlfing III
> Frederick W. Rohlfing III
> Attorneys for Plaintiff Aloha Sports Inc.