IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC (Antitrust)<br><br>ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME ON HEARING ON PLAINTIFF ALOHA SPORTS INC.'S MOTION TO VOLUNTARILY DISMISS ITS FIRST CAUSE OF ACTION (VIOLATION OF SHERMAN ACT SECTION 1) WITH PREJUDICE AND ITS REMAINING CAUSES OF ACTION WITHOUT PREJUDICE |

**ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME ON HEARING ON PLAINTIFF ALOHA SPORTS INC.'S MOTION TO VOLUNTARILY DISMISS ITS FIRST CAUSE OF ACTION (VIOLATION OF SHERMAN ACT SECTION 1) WITH PREJUDICE AND ITS REMAINING CAUSES OF ACTION WITHOUT PREJUDICE**

Upon review of the "Ex Parte Motion To Shorten Time On Hearing On Plaintiff Aloha Sports Inc.'s Motion To Voluntarily Dismiss Its First Cause Of Action (Violation Of Sherman Act Section 1) With Prejudice And Its Remaining Causes Of Action Without Prejudice" filed herein by Plaintiff Aloha Sports Inc. ("Plaintiff's Ex Parte Motion to Shorten Time"), and the Declaration of Frederick W. Rohlfing III attached thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Shorten Time is granted and Plaintiff Aloha Sports Inc.'s Motion To Voluntarily Dismiss

9999/566/428890

Its First Cause Of Action (Violation Of Sherman Act Section 1) With Prejudice And Its Remaining Causes Of Action Without Prejudice" may be heard before the Honorable   DAVID ALAN EZRA  , ~~Magistrate~~ Judge of the above-entitled Court, in his courtroom in the PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii, on   July 3, 2006  , at   9:45   o'clock A.M., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii,   JUN 1 4 2006  .

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME ON HEARING ON PLAINTIFF ALOHA SPORTS INC.'S MOTION TO VOLUNTARILY DISMISS ITS FIRST CAUSE OF ACTION (VIOLATION OF SHERMAN ACT SECTION 1) WITH PREJUDICE AND ITS REMAINING CAUSES OF ACTION WITHOUT PREJUDICE; Aloha Sports Inc. v. National Collegiate Athletic Association; Civil No. 04-00204 DAE/KSC