IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC (Antitrust)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that an unfiled copy of the foregoing was duly served by hand delivery on June 9, 2006 as follows:

>WILLIAM C. McCORRISTON, ESQ.
>KENNETH J. MANSFIELD, ESQ.
>McCORRISTON MILLER MUKAI MacKINNON LLP
>Five Waterfront Plaza, 4th Floor
>500 Ala Moana Boulevard
>Honolulu, Hawaii 96803
>
>Attorneys for Defendant
>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

Should the Court grant the "Ex Parte Motion To Shorten Time On Hearing On Plaintiff Aloha Sports Inc.'s Motion To Voluntarily Dismiss Its First Cause Of Action (Violation Of Sherman Act Section 1) With Prejudice And Its Remaining Causes Of Action Without Prejudice" filed herein by Plaintiff Aloha Sports Inc. ("Ex Parte

9999/566/428890

Motion to Shorten Time On Hearing"), a copy of the Ex Parte Motion to Shorten Time, the Declaration of Frederick W. Rohlfing III, and the Order Granting Ex Parte Motion To Shorten Time On Hearing On Plaintiff Aloha Sports Inc.'s Motion To Voluntarily Dismiss Its First Cause Of Action (Violation Of Sherman Act Section 1) With Prejudice And Its Remaining Causes Of Action Without Prejudice" shall be served by hand delivery to:

>    WILLIAM C. McCORRISTON, ESQ.
>    KENNETH J. MANSFIELD, ESQ.
>    McCORRISTON MILLER MUKAI MacKINNON LLP
>    Five Waterfront Plaza, 4th Floor
>    500 Ala Moana Boulevard
>    Honolulu, Hawaii 96803
>
>    Attorneys for Defendant
>    THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

And by mail to:

>    GREGORY L. CURTNER, ESQ.
>    ROBERT J. WIERENGA, ESQ.
>    ATLEEN KAUR, ESQ.
>    MILLER CANNFIELD PADDOCK AND STONE, PLC
>    101 N. Main Street, 7th Floor
>    Ann Arbor, MI 48104
>    Facsimile: (734) 747-7147
>
>    Attorneys for Defendant
>    THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

DATED: Honolulu, Hawaii, June 9, 2006.

_____
FREDERICK W. ROHLFING III
Attorney for Plaintiff Aloha Sports Inc.