IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALOHA SPORTS INC., a Hawaii corporation, | ) | CIVIL NO. CV04-000204 DAE/KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following via U.S. mail, first-class postage pre-paid (M) and/or facsimile transmission (F), addressed as follows:

    FREDERICK W. ROHLFING III     (M & F)
    Pacific Guardian Center, Mauka Tower
    737 Bishop Street, Suite 2600
    Honolulu, Hawaii 96813
    Facsimile No. 523-1888

    and

140853.1

MAXWELL M. BLECHER          (M)
DAVID W. KESSELMAN
515 S. Figueroa St., 17th Floor
Los Angeles, CA 90071-3334

Attorneys for Plaintiff
ALOHA SPORTS INC.

DATED: Honolulu, Hawaii, June 21, 2006.

_____
WILLIAM C. MCCORRISTON
KENNETH J. MANSFIELD
GREGORY L. CURTNER *(pro hac vice)*
ROBERT J. WIERENGA *(pro hac vice)*
ATLEEN KAUR *(pro hac vice)*

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION