## Courtney Palko

**From:** Curtner, Gregory L. [Curtner@MillerCanfield.com]
**Sent:** Saturday, June 03, 2006 8:49 AM
**To:** Maxwell M. Blecher
**Cc:** Courtney Palko; Kaur, Atleen
**Subject:** RE: PDF document attached

Max,
We are prepared to proceed with Poppe's deposition as scheduled and as noticed and renoticed. His and my schedule have been arranged for some time and we have bought tickets. Under the circumstances, the letter you sent late on a Friday evening is rather tardy notice. Nevertheless, I presume you do not intend to proceed and will cancel the depo on Monday unless I hear to the contrary. We do not agree to produce him at a later date although we will consider all of our options going forward.
We will get back to you shortly regarding your other proposals.
Greg

-----Original Message-----
**From:** Maxwell M. Blecher [mailto:mblecher@blechercollins.com]
**Sent:** Friday, June 02, 2006 9:12 PM
**To:** Curtner, Gregory L.
**Subject:** FW: PDF document attached


NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.