ORIGINAL

BLECHER & COLLINS, P.C.
MAXWELL M. BLECHER (Pro Hac Vice)
mblecher@blechercollins.com
DAVID W. KESSELMAN (Pro Hac Vice)
dkesselman@blechercollins.com
COURTNEY A. PALKO (Pro Hac Vice)
cpalko@blechercollins.com
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

FREDERICK W. ROHLFING III, A LIMITED LIABILITY LAW COMPANY
FREDERICK W. ROHLFING III #3474
FWR@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813-3283
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

Attorneys for Plaintiff Aloha Sports Inc.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 2 3 2006
at 3 o'clock and 47 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation, | CIVIL NO. CV04-00204 DAE/KSC (Antitrust) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, | |
| Defendant. | |

9999/566/428931

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Declaration of Maxwell M. Blecher; Exhibits A & B was duly served upon the following persons by way of mailing a copy to their last known address on the date of filing:

    WILLIAM C. McCORRISTON, ESQ.
    KENNETH J. MANSFIELD, ESQ.
    McCORRISTON MILLER MUKAI MacKINNON LLP
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96803
    Facsimile: (808) 524-8293

    Attorneys for Defendant
    THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

    And

    GREGORY L. CURTNER, ESQ.
    ROBERT J. WIERENGA, ESQ.
    ATLEEN KAUR, ESQ.
    MILLER CANNFIELD PADDOCK AND STONE, PLC
    101 N. Main Street, 7th Floor
    Ann Arbor, MI 48104
    Facsimile: (734) 747-7147

    Attorneys for Defendant
    THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

DATED: Honolulu, Hawaii; June 23, 2006

        BLECHER & COLLINS, P.C.
        MAXWELL M. BLECHER
        DAVID W. KESSELMAN
        COURTNEY A. PALKO

        FREDERICK W. ROHLFING III
        A LIMITED LIABILITY LAW COMPANY

        _____
        Frederick W. Rohlfing III