NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 04/03/06 | Kaur, Atleen | 1.00 | $165.00 | REVIEW OF MOTION FILED TO EXTEND TIME AND BIFURCATE TRIAL. |
| 04/03/06 | Mansfield, Ken | 1.50 | $247.50 | REVIEW PLAINTIFF'S MOTION TO BIFURCATE AND/OR CONTINUE DEADLINES; DISCUSS SAME WITH ATLEEN KAUR |
| 04/05/06 | Curtner, Gregory | 0.75 | $363.75 | CORRESPONDENCE REGARDING EXTENSION OF DISCOVERY DEADLINE. |
| 04/05/06 | Mansfield, Ken | 0.50 | $82.50 | ASSIST WITH OPPOSITION TO MOTION TO BIFURCATE |
| 04/06/06 | Kaur, Atleen | 7.00 | $1,155.00 | RESEARCH AND ANALYSIS OF CASE LAW ON MOTION TO BIFURCATE OR EXTEND SCHEDULE FILED BY PLAINTIFF. |
| 04/07/06 | Kaur, Atleen | 8.50 | $1,402.50 | DRAFTING OPPOSITION TO MOTION TO BIFURCATE OR EXTEND SCHEDULE |
| 04/08/06 | Mansfield, Ken | 1.00 | $165.00 | REVIEW AND REVISE OPPOSITION TO MOTION TO BIFURCATE |
| 04/10/06 | Kaur, Atleen | 2.00 | $330.00 | EDITS TO OPPOSITION TO MOTION TO BIFURCATE AND CIRCULATE TO TEAM; EDITING SUMMARY JUDGMENT BRIEF; EMAIL EXCHANGE WITH TEAM REGARDING TIMING OF HEARING ON VARIOUS MOTIONS |
| 04/10/06 | Curtner, Gregory | 1.00 | $485.00 | TELEPHONE CONFERENCES WITH MAX BLECHER, CORRESPONDENCE REGARDING SCHEDULING. |
| 04/10/06 | Mansfield, Ken | 1.00 | $165.00 | FURTHER WORK ON OPPOSITION TO MOTION TO BIFURCATE; DISCUSS SAME WITH CO-COUNSEL |
| 04/11/06 | Curtner, Gregory | 1.25 | $606.25 | REVISE OPPOSITION BRIEF, CORRESPONDENCE. |
| 04/17/06 | Kaur, Atleen | 1.00 | $165.00 | CORRESPONDENCE WITH LOCAL COUNSEL REGARDING AUTHORITY OF MAGISTRATE CHANG TO BIFURCATE THE TRIAL. |
| 04/17/06 | Mansfield, Ken | 1.50 | $247.50 | REVIEW CORRESPONDENCE FROM CO-COUNSEL REGARDING MOTION TO BIFURCATE; RESEARCH AND RESPOND TO SAME |
| 04/21/06 | Kaur, Atleen | 3.00 | $495.00 | EDITING OPPOSITION TO BIFURCATION; REVIEW STIPULATION TO CHANGE DATES SENT BY LOCAL COUNSEL |
| 04/23/06 | Mansfield, Ken | 1.00 | $165.00 | REVIEW AND REVISE OPPOSITION TO MOTION TO BIFURCATE |

AALIB:470116.1\063863-00027

EXHIBIT __A__

NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 04/24/06 | Curtner, Gregory | 0.50 | $242.50 | REVIEW OPPOSITION TO MOTION FOR BIFURCATION. |
| 04/24/06 | Mansfield, Ken | 1.00 | $165.00 | WORK ON OPPOSITION TO MOTION TO BIFURCATE; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME |
| 04/26/06 | Kaur, Atleen | 2.00 | $330.00 | PHONE CALL WITH KEN MANSFIELD; CHANGES TO OPPOSITION TO BIFURCATION AND EMAIL LOCAL COUNSEL |
| 04/26/06 | Mansfield, Ken | 2.50 | $412.50 | TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING OPPOSITION TO MOTION TO BIFURCATE; CORRESPONDENCE REGARDING SAME; REVIEW AND REVISE SAME |
| 04/27/06 | Kaur, Atleen | 3.75 | $618.75 | FINALIZING BRIEF FOR FILING REGARDING OPPOSITION TO BIFURCATION AND SUPERVISING FILING |
| 04/27/06 | Mansfield, Ken | 1.20 | $198.00 | REVIEW AND REVISE OPPOSITION TO MOTION TO BIFURCATE |
| 05/02/06 | Mansfield, Ken | 0.25 | $41.25 | CORRESPONDENCE WITH CO-COUNSEL REGARDING UPCOMING HEARING |
| 05/10/06 | Kaur, Atleen | 0.50 | $82.50 | ARRANGE FOR GREG CURTNER TO ATTEND HEARING BY PHONE BY CONTACTING LOCAL COUNSEL |
| 05/10/06 | Curtner, Gregory | 0.25 | $121.25 | EMAIL TO A. KAUR REGARDING PARTICIPATING BY PHONE FOR HEARING MAY 18, EMAIL E. COLE REGARDING SAME. |
| 05/14/06 | Mansfield, Ken | 0.40 | $66.00 | CORRESPONDENCE WITH CO-COUNSEL REGARDING MOTION TO BIFURCATE |
| 05/15/06 | Mansfield, Ken | 0.90 | $148.50 | REVIEW PLAINTIFF'S REPLY MEMO ON MOTION TO BIFURCATE; CORRESPONDENCE WITH CO-COUNSEL REGARDING HEARING ISSUES |
| 05/16/06 | Curtner, Gregory | 1.00 | $485.00 | CORRESPONDENCE REGARDING HEARING, SCHEDULE. |
| 05/16/06 | Mansfield, Ken | 0.60 | $99.00 | COMMUNICATE WITH COURTROOM MANAGER REGARDING GREG CURTNER'S PARTICIPATION BY PHONE; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME; ASSIST WITH VARIOUS ISSUES RELATED TO MOTION TO BIFURCATE |
| 05/17/06 | Mansfield, Ken | 1.75 | $288.75 | PREPARE FOR HEARING ON MOTION TO BIFURCATE; |

AALIB:470116.1\063863-00027

## NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 05/18/06 | Kaur, Atleen | 2.00 | $330.00 | PREPARE FOR AND ATTEND HEARING ON PLAINTIFF'S MOTION TO BIFURCATE OR EXTEND SCHEDULING BY PHONE |
| 05/18/06 | Curtner, Gregory | 2.00 | $970.00 | CORRESPONDENCE REGARDING RECAPPING JUDGE CHANG'S HEARING, TELEPHONE HEARING WITH J. CHANG. |
| 05/18/06 | Mansfield, Ken | 4.40 | $726.00 | CONFERENCE CALL WITH CO-COUNSEL REGARDING HEARING ON MOTION TO BIFURCATE; PREPARE FOR AND ATTEND SAME; DISCUSS STATUS AND STRATEGY WITH CO-COUNSEL AFTER HEARING |
| 05/22/06 | Mansfield, Ken | 0.75 | $123.75 | DRAFT PROPOSED ORDER DENYING PLAINTIFF'S MOTION TO BIFURCATE; FORWARD TO CO-COUNSEL FOR REVIEW |
| 05/23/06 | Mansfield, Ken | 0.50 | $82.50 | COMMUNICATE WITH CO-COUNSEL REGARDING PROPOSED ORDER DENYING PLAINTIFF'S MOTION TO BIFURCATE; REVISE SAME AND CIRCULATE TO OPPOSING COUNSEL FOR COMMENT |
| 05/28/06 | Mansfield, Ken | 0.10 | $16.50 | CORRESPONDENCE WITH COUNSEL REGARDING ORDER DENYING PLAINTIFF'S MOTION TO BIFURCATE |
| 06/05/06 | Curtner, Gregory | 2.00 | $970.00 | CORRESPONDENCE REGARDING MAX BLECHER LETTER, TELEPHONE CONFERENCES REGARDING OPTIONS UNDER RULES. |
| 06/05/06 | Kaur, Atleen | 1.50 | $247.50 | REVIEW BLECHER LETTER TO CURTNER REGARDING DISMISSAL OF ANTITRUST CLAIMS; EMAIL CORRESPONDENCE WITH GREG CURTNER AND KEN MANSFIELD REGARDING HOW TO PROCEED ON DISCOVERY AND SUMMARY JUDGMENT GIVEN POTENTIAL DISMISSAL; AND EMAILS WITH ANGIE GRANT TO ALERT HER OF SAME. |
| 06/06/06 | Curtner, Gregory | 2.00 | $970.00 | CONFERENCE CALL REGARDING DISMISSAL, CONFERENCE WITH ATLEEN KAUR REGARDING SAME. |
| 06/09/06 | Curtner, Gregory | 1.00 | $485.00 | REVIEW MOTION. |
| 06/09/06 | Mansfield, Ken | 2.20 | $363.00 | REVIEW AND ANALYZE PLAINTIFF'S MOTION TO DISMISS AND EX PARTE TO SHORTEN TIME FOR HEARING; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME |

## NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 06/10/06 | Curtner, Gregory | 1.00 | $485.00 | REVISE NEW MOTION. |
| 06/12/06 | Curtner, Gregory | 1.00 | $485.00 | REVIEW OPPOSITION TO SHORTENING TIME; CORRESPONDENCE REGARDING NEW MOTION. |
| 06/12/06 | Kaur, Atleen | 7.00 | $1,155.00 | REVIEW PLAINTIFFS MOTION FOR VOLUNTARY DISMISSAL AND EX PARTE MOTION; DRAFT, FINALIZE AND HELP WITH FILING OPPOSITION TO EX PARTE MOTION; FINALIZE STATEMENT OF MATERIAL FACTS AND CITATIONS TO THE STATEMENT IN BRIEF; INCORPORATE COMMENTS TO BRIEF; TELEPHONE CALLS WITH K. MANSFIELD AND G. CURTNER. |
| 06/12/06 | Mansfield, Ken | 4.00 | $660.00 | LEGAL RESEARCH REGARDING PLAINTIFF'S MOTION TO DISMISS; WORK WITH CO-COUNSEL ON DRAFTING OPPOSITION TO EX PARTE TO SHORTEN TIME; FILE OPPOSITION |
| 06/13/06 | Curtner, Gregory | 1.25 | $606.25 | CORRESPONDENCE REGARDING BRIEF IN OPPOSITION TO BIFURCATION, REVIEW AND FINALIZE SAME, TELEPHONE CONFERENCES REGARDING SAME |
| 06/14/06 | Kaur, Atleen | 7.00 | $1,155.00 | RESEARCH AND ANALYZE CASE LAW ON SUPPLEMENTAL JURISDICTION AND DISCRETION OF DISTRICT COURTS TO RETAIN JURISDICTION. |
| 06/15/06 | Curtner, Gregory | 0.50 | $242.50 | CORRESPONDENCE REGARDING HEARING DATES ON PENDING MOTIONS. |
| 06/15/06 | Kaur, Atleen | 1.25 | $206.25 | REVIEW ORDERS OF THE COURT REGARDING UPCOMING HEARINGS; EMAIL CORRESPONDENCE WITH GREG CURTNER AND KEN MANSFIELD REGARDING STRATEGY FOR SCHEDULING; BEGIN CASE LAW RESEARCH. |
| 06/16/06 | Warheit, Scott A | 2.60 | $364.00 | AFTER SPEAKING WITH ASSIGNING ATTORNEY, BEGAN RESEARCH FOR UPCOMING MEMO ON THE EFFECTS OF A DISMISSAL OF A FEDERAL CLAIM ON A POTENTIAL STATE LAW ACTION ON THE SAME FACTUAL SCENARIO. |
| 06/16/06 | Mansfield, Ken | 3.00 | $495.00 | ADDITIONAL LEGAL RESEARCH REGARDING PLAINTIFF'S MOTION TO DISMISS; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME |

AALIB:47/0116.1V063863-00027

## NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 06/18/06 | Warheit, Scott A | 3.70 | $518.00 | RESEARCHED CASES AND STATUTES RELATING TO UPCOMING MEMO ON THE RESJUDICATA EFFECTS OF A DISMISSED FEDERAL CLAIM BROUGHT IN STATE COURT. |
| 06/18/06 | Curtner, Gregory | 0.50 | $242.50 | CORRESPONDENCE REGARDING HEARING DATES ON ASI MOTION, CORRESPONDENCE TO M. BLECHER REGARDING SAME. |
| 06/18/06 | Kaur, Atleen | 5.00 | $825.00 | RESEARCH AND ANALYSIS OF CASE LAW ON VOLUNTARY DISMISSALS, RESJUDICATA AND FAILURE TO PROSECUTE. |
| 06/18/06 | Warheit, Scott A | 3.70 | $518.00 | RESEARCHED CASES AND STATUTES RELATING TO UPCOMING MEMO ON THE RESJUDICATA EFFECTS OF A DISMISSED FEDERAL CLAIM BROUGHT IN STATE COURT. |
| 06/18/06 | Mansfield, Ken | 0.20 | $33.00 | CORRESPONDENCE WITH CO-COUNSEL REGARDING MOTION TO DISMISS |
| 06/19/06 | Warheit, Scott A | 7.90 | $1,106.00 | COMPLETED RESEARCH, WROTE, EDITED, AND TURNED IN MEMORANDUM TO ASSIGNING ATTORNEY REGARDING PROCEDURAL ISSUES IN ANTITRUST CASE. |
| 06/19/06 | Kaur, Atleen | 12.00 | $1,980.00 | DRAFT BRIEF IN OPPOSITION TO DISMISSAL OF STATE LAW CLAIMS WITHOUT PREJUDICE; CIRCULATE TO TEAM. |
| 06/19/06 | Mansfield, Ken | 2.00 | $330.00 | WORK ON MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS |
| 06/20/06 | Warheit, Scott A | 6.50 | $910.00 | BEGAN RESEARCH AND READ CASES AND STATUTES RELATING TO SECOND PART OF ASSIGNMENT IN NCAA ANTITRUST CASE (RELATING TO TOLLING OF STATUTE OF LIMITATIONS). |
| 06/20/06 | Cotter, Victoria S. | 2.00 | $130.00 | REVIEWED CITATIONS IN BRIEF OF OPPOSITION TO MOTION TO DISMISS STATE LAW CLAIMS WITHOUT PREJUDICE. |
| 06/20/06 | Curtner, Gregory | 0.50 | $242.50 | CORRESPONDENCE WITH M. BLECHER REGARDING UPCOMING COURT HEARING, CORRESPONDENCE REGARDING ALD, CORRESPONDENCE. |
| 06/20/06 | Kaur, Atleen | 7.25 | $1,196.25 | EDITS TO BRIEF BASED UPON COMMENTS FROM TEAM; RESEARCH ON STATE LAW INTERACTION WITH FEDERAL LAW; REVIEW INTERNAL CORRESPONDENCE AND EMAIL |

AALIB:470116.1\063863-00027

## NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 06/20/06 | Mansfield, Ken | 3.30 | $544.50 | WORK ON MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME; TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING SCHEDULING; CORRESPONDENCE WITH ALL COUNSEL REGARDING SCHEDULING WITH OPPOSING COUNSEL. |
| 06/21/06 | Curtner, Gregory | 1.00 | $485.00 | CORRESPONDENCE REGARDING HEARING, JUDGMENTS. |
| 06/21/06 | Kaur, Aileen | 3.75 | $618.75 | FINALIZE OPPOSITION TO MOTION TO VOLUNTARILY DISMISS STATE LAW CLAIMS |
| 06/21/06 | Mansfield, Ken | 3.00 | $495.00 | COMMUNICATE WITH COURTROOM MANAGER REGARDING GREG CURTNER'S APPEARANCE AT HEARING; DRAFT LETTER TO COURT REGARDING SAME; CORRESPONDENCE WITH CO-COUNSEL AND OPPOSING COUNSEL REGARDING SAME; REVIEW, REVISE AND FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS |
| 06/21/06 | McCorriston, W. | 0.20 | $33.00 | REVIEW AND REVISE LETTER TO JUDGE EZRA REGARDING GREG CURTNER'S APPEARANCE AT HEARING |
| 06/22/06 | Warheit, Scott A | 6.40 | $896.00 | CONTINUED TO RESEARCH AND READ CASES, STATUTES, AND ARTICLES IN PREPARATION FOR UPCOMING MEMO ON THE EFFECT OF THE STATUTE OF LIMITATIONS IN STATE ANTITRUST CASE. |
| 06/23/06 | Warheit, Scott A | 5.30 | $742.00 | FINISHED RESEARCH, CREATED AN OUTLINE, AND BEGAN WRITING MEMO ON THE TOLLING OF THE STATUTE OF LIMITATIONS IN A STATE ANTITRUST CASE. |
| 06/23/06 | Curtner, Gregory | 0.50 | $242.50 | CORRESPONDENCE REGARDING SCHEDULING, REGARDING MOTIONS. |
| 06/26/06 | Warheit, Scott A | 6.40 | $896.00 | WROTE MEMO REGARDING THE EFFECT OF THE STATUTE OF LIMITATIONS ON A DISMISSED FEDERAL CLAIM WHICH MAY BE BROUGHT IN STATE COURT. |
| 06/27/06 | Warheit, Scott A | 5.30 | $742.00 | COMPLETED WRITING MEMO ON STATUTE OF LIMITATIONS IN STATE LAW BREACH OF CONTRACT CASE, EDITED MEMO, |

## NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 06/27/06 | Kaur, Atleen | 1.00 | $165.00 | REVIEW WARHEIT MEMO ON STATUTE OF LIMITATIONS IF CASE IS DISMISSED FROM FEDERAL COURT. AND TURNED MEMO IN TO ASSIGNING ATTORNEY. |
| 06/29/06 | Mansfield, Ken | 0.50 | $82.50 | REVIEW PLAINTIFF'S REPLY BRIEF ON MOTION TO DISMISS |
| 06/30/06 | Kaur, Atleen | 0.50 | $82.50 | REVIEW ASI'S REPLY REGARDING MOTION TO DISMISS; REVIEW AND ANALYZE HAWAII'S UNIFORM JUDGMENTS ACT AND RESEARCH FROM LOCAL COUNSEL; PHONE CALL WITH KEN MANSFIELD TO DISCUSS NEXT STEPS AND MWC ASSIGNMENT. |
| 07/06/06 | Curtner, Gregory | 1.00 | $485.00 | CORRESPONDENCE AND TELEPHONE CONFERENCES REGARDING DECISIONS. |
| TOTAL | | 185.05 | $35,218.25 | |

## NCAA COSTS

| DATE | # OF COPIES | CHARGE | COMMENT |
|---|---|---|---|
| 4/28/06 | 92 | $18.40 | COPIES FOR OPPOSITION TO MOTION TO BIFURCATE |
| 6/21/06 | 97 | $19.40 | COPIES FOR OPPOSITION TO MOTION TO DISMISS |
| TOTAL | 189 | $37.80 | |