## Courtney Palko

**From:**    Maxwell M. Blecher

**Sent:**    Thursday, July 20, 2006 11:44 AM

**To:**      'Curtner, Gregory L.'

**Subject:** RE: ASI

There is a lot of "bloat" in the billing in the form of duplication and excessive time for certain tasks. For example, I think you could have found that the state antitrust claims are barred by res judicata if the federal antitrust claims are dismissed with prejudice is less than 1 hour, but this and relates issues, seem to take countless hours (I could actually count them but I'm too lazy). I want to do this amicably if possible and avoid more briefs and/or argument. What are you willing to accept?

> -----Original Message-----
> **From:** Curtner, Gregory L. [mailto:Curtner@MillerCanfield.com]
> **Sent:** Thursday, July 20, 2006 12:20 PM
> **To:** Maxwell M. Blecher
> **Subject:** ASI
>
> Where's my check?
>
>
> NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:
>
> DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

7/25/2006

EXHIBIT B

## Courtney Palko

**From:**    Maxwell M. Blecher

**Sent:**    Saturday, July 22, 2006 1:28 PM

**To:**    'Curtner, Gregory L.'

**Subject:** RE: ASI

Why don't you file your cost bill with the court. We have prepared an opposition but think you need to go first.

> -----Original Message-----
> **From:** Curtner, Gregory L. [mailto:Curtner@MillerCanfield.com]
> **Sent:** Friday, July 21, 2006 7:17 PM
> **To:** Maxwell M. Blecher
> **Subject:** Re: ASI
>
> Why would I accept anything on the "I'd gladly pay you Tuesday for a hamburgher today" basis from this bunch?
> $30K wired to my account will get you to the next level. Tell your folks to get realistic. It's about to get worse.
> --------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> -----Original Message-----
> From: Maxwell M. Blecher <mblecher@blechercollins.com>
> To: Curtner, Gregory L. <Curtner@MillerCanfield.com>
> Sent: Fri Jul 21 19:14:37 2006
> Subject: RE: ASI
>
> I am now authorized to offer you $25,000 payable in ten business from acceptance.
>
> > -----Original Message-----
> > From: Curtner, Gregory L. [mailto:Curtner@MillerCanfield.com]
> > Sent: Friday, July 21, 2006 12:36 PM
> > To: Maxwell M. Blecher
> > Subject: ASI
> >
> >
> > Where are we?
> >
> > NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:
> >
> > DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any,
> > contained in this document and its attachments may not be used or referred to in the promoting, marketing or
> > recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and
> > may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

## Courtney Palko

**From:**   Maxwell M. Blecher

**Sent:**   Monday, July 24, 2006 9:17 AM

**To:**   frohlfing@casebigelow.com; Courtney Palko; David W. Kesselman

**Subject:** FW: ASI

-----Original Message-----
**From:** Curtner, Gregory L. [mailto:Curtner@MillerCanfield.com]
**Sent:** Monday, July 24, 2006 10:16 AM
**To:** Maxwell M. Blecher
**Subject:** RE: ASI

Be sure to advise the Court that I offered to accept $30K in cash and that you offered $25K on the if come.

> -----Original Message-----
> **From:** Maxwell M. Blecher [mailto:mblecher@blechercollins.com]
> **Sent:** Monday, July 24, 2006 11:25 AM
> **To:** Curtner, Gregory L.
> **Subject:** RE: ASI

OK, I'll file first with your accounting.

> -----Original Message-----
> **From:** Curtner, Gregory L. [mailto:Curtner@MillerCanfield.com]
> **Sent:** Monday, July 24, 2006 7:04 AM
> **To:** Maxwell M. Blecher
> **Subject:** ASI

The Judge did not ask for a bill of costs.


NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

7/25/2006