IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC (Antitrust)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was duly served upon the following persons by way of hand delivery, to the following at their last known address on the date of filing:

      WILLIAM C. McCORRISTON, ESQ.
      KENNETH J. MANSFIELD, ESQ.
      McCORRISTON MILLER MUKAI MacKINNON LLP
      Five Waterfront Plaza, 4th Floor
      500 Ala Moana Boulevard
      Honolulu, Hawaii 96803
      Facsimile: (808) 524-8293

      Attorneys for Defendant
      THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

      And

I certify that a true and correct copy of the foregoing was duly served upon the following persons by way of mailing a copy, to the following at their last known address on the date of filing:

>   GREGORY L. CURTNER, ESQ.
>   ROBERT J. WIERENGA, ESQ.
>   ATLEEN KAUR, ESQ.
>   MILLER CANNFIELD PADDOCK AND STONE, PLC
>   101 N. Main Street, 7th Floor
>   Ann Arbor, MI  48104
>   Facsimile:  (734) 747-7147
>
>   Attorneys for Defendant
>   THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

DATED: Honolulu, Hawaii; July 27, 2006

>   BLECHER & COLLINS, P.C.
>   MAXWELL M. BLECHER
>   DAVID W. KESSELMAN
>   COURTNEY A. PALKO
>
>   FREDERICK W. ROHLFING III
>   A LIMITED LIABILITY LAW COMPANY
>
>   _/s/ Frederick W. Rohlfing III_
>   Frederick W. Rohlfing III

2