# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00204DAE-KSC |
| CASE NAME: | Aloha Sports Inc. vs. The National Collegiate Athletic Association |
| ATTYS FOR PLA: | Maxwell Blecher<br>Frederick Rohlfing, III |
| ATTYS FOR DEFT: | William McCorriston<br>Kenneth Mansfield<br>Gregory Curtner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 7/28/2006 | `TIME: | 10:00-11:15am |

COURT ACTION:  EP: Settlement Conference.  Settlement conference held.  No settlement.  Counsel to meet and confer with regard to the pending attorney fees issue.

Submitted by: Shari Afuso, Courtroom Manager