## Curtner, Gregory L.

| | |
|---|---|
| **From:** | Curtner, Gregory L. |
| **Sent:** | Wednesday, July 19, 2006 8:33 AM |
| **To:** | 'Maxwell M. Blecher' |
| **Cc:** | Kaur, Atleen; 'Kenneth J. Mansfield' |
| **Subject:** | FW: Bill of Costs with both MCPS and McCorriston Time_v1.DOC |

Here are our time and cost records for the two motions. We reserve the right to continue to review them for accuracy. We provide this to you with the understanding that we are not in any way waiving or compromising the attorney-client privilege.

-----Original Message-----
**From:** Misisian, Laura A.
**Sent:** Tuesday, July 18, 2006 8:58 PM
**To:** Curtner, Gregory L.; Kaur, Atleen
**Subject:** Bill of Costs with both MCPS and McCorriston Time_v1.DOC

Exhibit "A"

7/24/2006

NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 04/03/06 | Kaur, Atleen | 1.00 | $165.00 | REVIEW OF MOTION FILED TO EXTEND TIME AND BIFURCATE TRIAL. |
| 04/03/06 | Mansfield, Ken | 1.50 | $247.50 | REVIEW PLAINTIFF'S MOTION TO BIFURCATE AND/OR CONTINUE DEADLINES; DISCUSS SAME WITH ATLEEN KAUR |
| 04/05/06 | Curtner, Gregory | 0.75 | $363.75 | CORRESPONDENCE REGARDING EXTENSION OF DISCOVERY DEADLINE. |
| 04/05/06 | Mansfield, Ken | 0.50 | $82.50 | ASSIST WITH OPPOSITION TO MOTION TO BIFURCATE |
| 04/06/06 | Kaur, Atleen | 7.00 | $1,155.00 | RESEARCH AND ANALYSIS OF CASE LAW ON MOTION TO BIFURCATE OR EXTEND SCHEDULE FILED BY PLAINTIFF. |
| 04/07/06 | Kaur, Atleen | 8.50 | $1,402.50 | DRAFTING OPPOSITION TO MOTION TO BIFURCATE OR EXTEND SCHEDULE |
| 04/08/06 | Mansfield, Ken | 1.00 | $165.00 | REVIEW AND REVISE OPPOSITION TO MOTION TO BIFURCATE |
| 04/10/06 | Kaur, Atleen | 2.00 | $330.00 | EDITS TO OPPOSITION TO MOTION TO BIFURCATE AND CIRCULATE TO TEAM; EDITING SUMMARY JUDGMENT BRIEF; EMAIL EXCHANGE WITH TEAM REGARDING TIMING OF HEARING ON VARIOUS MOTIONS |
| 04/10/06 | Curtner, Gregory | 1.00 | $485.00 | TELEPHONE CONFERENCES WITH MAX BLECHER, CORRESPONDENCE REGARDING SCHEDULING. |
| 04/10/06 | Mansfield, Ken | 1.00 | $165.00 | FURTHER WORK ON OPPOSITION TO MOTION TO BIFURCATE; DISCUSS SAME WITH CO-COUNSEL |
| 04/11/06 | Curtner, Gregory | 1.25 | $606.25 | REVISE OPPOSITION BRIEF, CORRESPONDENCE. |
| 04/17/06 | Kaur, Atleen | 1.00 | $165.00 | CORRESPONDENCE WITH LOCAL COUNSEL REGARDING AUTHORITY OF MAGISTRATE CHANG TO BIFURCATE THE TRIAL. |
| 04/17/06 | Mansfield, Ken | 1.50 | $247.50 | REVIEW CORRESPONDENCE FROM CO-COUNSEL REGARDING MOTION TO BIFURCATE; RESEARCH AND RESPOND TO SAME |
| 04/21/06 | Kaur, Atleen | 3.00 | $495.00 | EDITING OPPOSITION TO BIFURCATION; REVIEW STIPULATION TO CHANGE DATES SENT BY LOCAL COUNSEL |
| 04/23/06 | Mansfield, Ken | 1.00 | $165.00 | REVIEW AND REVISE OPPOSITION TO MOTION TO BIFURCATE |

AALIB:470116.1\063863-00027

NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 04/24/06 | Curtner, Gregory | 0.50 | $242.50 | REVIEW OPPOSITION TO MOTION FOR BIFURCATION. |
| 04/24/06 | Mansfield, Ken | 1.00 | $165.00 | WORK ON OPPOSITION TO MOTION TO BIFURCATE; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME |
| 04/26/06 | Kaur, Atleen | 2.00 | $330.00 | PHONE CALL WITH KEN MANSFIELD; CHANGES TO OPPOSITION TO BIFURCATION AND EMAIL LOCAL COUNSEL |
| 04/26/06 | Mansfield, Ken | 2.50 | $412.50 | TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING OPPOSITION TO MOTION TO BIFURCATE; CORRESPONDENCE REGARDING SAME; REVIEW AND REVISE SAME |
| 04/27/06 | Kaur, Atleen | 3.75 | $618.75 | FINALIZING BRIEF FOR FILING REGARDING OPPOSITION TO BIFURCATION AND SUPERVISING FILING |
| 04/27/06 | Mansfield, Ken | 1.20 | $198.00 | REVIEW AND REVISE OPPOSITION TO MOTION TO BIFURCATE |
| 05/02/06 | Mansfield, Ken | 0.25 | $41.25 | CORRESPONDENCE WITH CO-COUNSEL REGARDING UPCOMING HEARING |
| 05/10/06 | Kaur, Atleen | 0.50 | $82.50 | ARRANGE FOR GREG CURTNER TO ATTEND HEARING BY PHONE BY CONTACTING LOCAL COUNSEL |
| 05/10/06 | Curtner, Gregory | 0.25 | $121.25 | EMAIL TO A. KAUR REGARDING PARTICIPATING BY PHONE FOR HEARING MAY 18, EMAIL E. COLE REGARDING SAME. |
| 05/14/06 | Mansfield, Ken | 0.40 | $66.00 | CORRESPONDENCE WITH CO-COUNSEL REGARDING MOTION TO BIFURCATE |
| 05/15/06 | Mansfield, Ken | 0.90 | $148.50 | REVIEW PLAINTIFF'S REPLY MEMO ON MOTION TO BIFURCATE; CORRESPONDENCE WITH CO-COUNSEL REGARDING HEARING ISSUES |
| 05/16/06 | Curtner, Gregory | 1.00 | $485.00 | CORRESPONDENCE REGARDING HEARING, SCHEDULE. |
| 05/16/06 | Mansfield, Ken | 0.60 | $99.00 | COMMUNICATE WITH COURTROOM MANAGER REGARDING GREG CURTNER'S PARTICIPATION BY PHONE; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME; ASSIST WITH VARIOUS ISSUES RELATED TO MOTION TO BIFURCATE |
| 05/17/06 | Mansfield, Ken | 1.75 | $288.75 | PREPARE FOR HEARING ON MOTION TO BIFURCATE; |

AALIB:470116.1\063863-00027

NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 05/18/06 | Kaur, Atleen | 2.00 | $330.00 | PREPARE FOR AND ATTEND HEARING ON PLAINTIFF'S MOTION TO BIFURCATE OR EXTEND SCHEDULING BY PHONE |
| 05/18/06 | Curtner, Gregory | 2.00 | $970.00 | CORRESPONDENCE REGARDING RECAPPING JUDGE CHANG'S HEARING, TELEPHONE HEARING WITH J. CHANG. |
| 05/18/06 | Mansfield, Ken | 4.40 | $726.00 | CONFERENCE CALL WITH CO-COUNSEL REGARDING HEARING ON MOTION TO BIFURCATE; PREPARE FOR AND ATTEND SAME; DISCUSS STATUS AND STRATEGY WITH CO-COUNSEL AFTER HEARING |
| 05/22/06 | Mansfield, Ken | 0.75 | $123.75 | DRAFT PROPOSED ORDER DENYING PLAINTIFF'S MOTION TO BIFURCATE; FORWARD TO CO-COUNSEL FOR REVIEW |
| 05/23/06 | Mansfield, Ken | 0.50 | $82.50 | COMMUNICATE WITH CO-COUNSEL REGARDING PROPOSED ORDER DENYING PLAINTIFF'S MOTION TO BIFURCATE; REVISE SAME AND CIRCULATE TO OPPOSING COUNSEL FOR COMMENT |
| 05/28/06 | Mansfield, Ken | 0.10 | $16.50 | CORRESPONDENCE WITH COUNSEL REGARDING ORDER DENYING PLAINTIFF'S MOTION TO BIFURCATE |
| 06/05/06 | Curtner, Gregory | 2.00 | $970.00 | CORRESPONDENCE REGARDING MAX BLECHER LETTER, TELEPHONE CONFERENCES REGARDING OPTIONS UNDER RULES. |
| 06/05/06 | Kaur, Atleen | 1.50 | $247.50 | REVIEW BLECHER LETTER TO CURTNER REGARDING DISMISSAL OF ANTITRUST CLAIMS; EMAIL CORRESPONDENCE WITH GREG CURTNER AND KEN MANSFIELD REGARDING HOW TO PROCEED ON DISCOVERY AND SUMMARY JUDGMENT GIVEN POTENTIAL DISMISSAL; AND EMAILS WITH ANGIE GRANT TO ALERT HER OF SAME. |
| 06/06/06 | Curtner, Gregory | 2.00 | $970.00 | CONFERENCE CALL REGARDING DISMISSAL, CONFERENCE WITH ATLEEN KAUR REGARDING SAME. |
| 06/09/06 | Curtner, Gregory | 1.00 | $485.00 | REVIEW MOTION. |
| 06/09/06 | Mansfield, Ken | 2.20 | $363.00 | REVIEW AND ANALYZE PLAINTIFF'S MOTION TO DISMISS AND EX PARTE TO SHORTEN TIME FOR HEARING; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME |

AALIB:470116.1\063863-00027

Exhibit "A"

## NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 06/10/06 | Curtner, Gregory | 1.00 | $485.00 | REVISE NEW MOTION. |
| 06/12/06 | Curtner, Gregory | 1.00 | $485.00 | REVIEW OPPOSITION TO SHORTENING TIME, CORRESPONDENCE REGARDING NEW MOTION. |
| 06/12/06 | Kaur, Atleen | 7.00 | $1,155.00 | REVIEW PLAINTIFFS MOTION FOR VOLUNTARY DISMISSAL AND EX PARTE MOTION; DRAFT, FINALIZE AND HELP WITH FILING OPPOSITION TO EX PARTE MOTION; FINALIZE STATEMENT OF MATERIAL FACTS AND CITATIONS TO THE STATEMENT IN BRIEF; INCORPORATE COMMENTS TO BRIEF; TELEPHONE CALLS WITH K. MANSFIELD AND G. CURTNER. |
| 06/12/06 | Mansfield, Ken | 4.00 | $660.00 | LEGAL RESEARCH REGARDING PLAINTIFF'S MOTION TO DISMISS; WORK WITH CO-COUNSEL ON DRAFTING OPPOSITION TO EX PARTE TO SHORTEN TIME; FILE OPPOSITION |
| 06/13/06 | Curtner, Gregory | 1.25 | $606.25 | CORRESPONDENCE REGARDING BRIEF IN OPPOSITION TO BIFURCATION, REVIEW AND FINALIZE SAME, TELEPHONE CONFERENCES REGARDING SAME |
| 06/14/06 | Kaur, Atleen | 7.00 | $1,155.00 | RESEARCH AND ANALYZE CASE LAW ON SUPPLEMENTAL JURISDICTION AND DISCRETION OF DISTRICT COURTS TO RETAIN JURISDICTION. |
| 06/15/06 | Curtner, Gregory | 0.50 | $242.50 | CORRESPONDENCE REGARDING HEARING DATES ON PENDING MOTIONS. |
| 06/15/06 | Kaur, Atleen | 1.25 | $206.25 | REVIEW ORDERS OF THE COURT REGARDING UPCOMING HEARINGS; EMAIL CORRESPONDENCE WITH GREG CURTNER AND KEN MANSFIELD REGARDING STRATEGY FOR SCHEDULING; BEGIN CASE LAW RESEARCH. |
| 06/16/06 | Warheit, Scott A | 2.60 | $364.00 | AFTER SPEAKING WITH ASSIGNING ATTORNEY, BEGAN RESEARCH FOR UPCOMING MEMO ON THE EFFECTS OF A DISMISSAL OF A FEDERAL CLAIM ON A POTENTIAL STATE LAW ACTION ON THE SAME FACTUAL SCENARIO. |
| 06/16/06 | Mansfield, Ken | 3.00 | $495.00 | ADDITIONAL LEGAL RESEARCH REGARDING PLAINTIFF'S MOTION TO DISMISS; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME |

AALIB:470116.1\063863-00027

Exhibit "A"

NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 06/18/06 | Warheit, Scott A | 3.70 | $518.00 | RESEARCHED CASES AND STATUTES RELATING TO UPCOMING MEMO ON THE RESJUDICATA EFFECTS OF A DISMISSED FEDERAL CLAIM BROUGHT IN STATE COURT. |
| 06/18/06 | Curtner, Gregory | 0.50 | $242.50 | CORRESPONDENCE REGARDING HEARING DATES ON ASI MOTION, CORRESPONDENCE TO M. BLECHER REGARDING SAME. |
| 06/18/06 | Kaur, Atleen | 5.00 | $825.00 | RESEARCH AND ANALYSIS OF CASE LAW ON VOLUNTARY DISMISSALS, RESJUDICATA AND FAILURE TO PROSECUTE. |
| 06/18/06 | Warheit, Scott A | 3.70 | $518.00 | RESEARCHED CASES AND STATUTES RELATING TO UPCOMING MEMO ON THE RESJUDICATA EFFECTS OF A DISMISSED FEDERAL CLAIM BROUGHT IN STATE COURT. |
| 06/18/06 | Mansfield, Ken | 0.20 | $33.00 | CORRESPONDENCE WITH CO-COUNSEL REGARDING MOTION TO DISMISS |
| 06/19/06 | Warheit, Scott A | 7.90 | $1,106.00 | COMPLETED RESEARCH, WROTE, EDITED, AND TURNED IN MEMORANDUM TO ASSIGNING ATTORNEY REGARDING PROCEDURAL ISSUES IN ANTITRUST CASE. |
| 06/19/06 | Kaur, Atleen | 12.00 | $1,980.00 | DRAFT BRIEF IN OPPOSITION TO DISMISSAL OF STATE LAW CLAIMS WITHOUT PREJUDICE; CIRCULATE TO TEAM. |
| 06/19/06 | Mansfield, Ken | 2.00 | $330.00 | WORK ON MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS |
| 06/20/06 | Warheit, Scott A | 6.50 | $910.00 | BEGAN RESEARCH AND READ CASES AND STATUTES RELATING TO SECOND PART OF ASSIGNMENT IN NCAA ANTITRUST CASE (RELATING TO TOLLING OF STATUTE OF LIMITATIONS). |
| 06/20/06 | Cotter, Victoria S. | 2.00 | $130.00 | REVIEWED CITATIONS IN BRIEF OF OPPOSITION TO MOTION TO DISMISS STATE LAW CLAIMS WITHOUT PREJUDICE. |
| 06/20/06 | Curtner, Gregory | 0.50 | $242.50 | CORRESPONDENCE WITH M. BLECHER REGARDING UPCOMING COURT HEARING, CORRESPONDENCE REGARDING ALD, CORRESPONDENCE. |
| 06/20/06 | Kaur, Atleen | 7.25 | $1,196.25 | EDITS TO BRIEF BASED UPON COMMENTS FROM TEAM; RESEARCH ON STATE LAW INTERACTION WITH FEDERAL LAW; REVIEW INTERNAL CORRESPONDENCE AND EMAIL |

Exhibit "A"

AALIB:470116.1\063863-00027

NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 06/20/06 | Mansfield, Ken | 3.30 | $544.50 | WORK ON MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS; CORRESPONDENCE WITH CO-COUNSEL REGARDING SAME; TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING SCHEDULING; CORRESPONDENCE WITH ALL COUNSEL REGARDING SCHEDULING WITH OPPOSING COUNSEL. |
| 06/21/06 | Curtner, Gregory | 1.00 | $485.00 | CORRESPONDENCE REGARDING HEARING, JUDGMENTS. |
| 06/21/06 | Kaur, Atleen | 3.75 | $618.75 | FINALIZE OPPOSITION TO MOTION TO VOLUNTARILY DISMISS STATE LAW CLAIMS |
| 06/21/06 | Mansfield, Ken | 3.00 | $495.00 | COMMUNICATE WITH COURTROOM MANAGER REGARDING GREG CURTNER'S APPEARANCE AT HEARING; DRAFT LETTER TO COURT REGARDING SAME; CORRESPONDENCE WITH CO-COUNSEL AND OPPOSING COUNSEL REGARDING SAME; REVIEW, REVISE AND FILE MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS |
| 06/21/06 | McCorriston, W. | 0.20 | $33.00 | REVIEW AND REVISE LETTER TO JUDGE EZRA REGARDING GREG CURTNER'S APPEARANCE AT HEARING |
| 06/22/06 | Warheit, Scott A | 6.40 | $896.00 | CONTINUED TO RESEARCH AND READ CASES, STATUTES, AND ARTICLES IN PREPARATION FOR UPCOMING MEMO ON THE EFFECT OF THE STATUTE OF LIMITATIONS IN STATE ANTITRUST CASE. |
| 06/23/06 | Warheit, Scott A | 5.30 | $742.00 | FINISHED RESEARCH, CREATED AN OUTLINE, AND BEGAN WRITING MEMO ON THE TOLLING OF THE STATUTE OF LIMITATIONS IN A STATE ANTITRUST CASE. |
| 06/23/06 | Curtner, Gregory | 0.50 | $242.50 | CORRESPONDENCE REGARDING SCHEDULING, REGARDING MOTIONS. |
| 06/26/06 | Warheit, Scott A | 6.40 | $896.00 | WROTE MEMO REGARDING THE EFFECT OF THE STATUTE OF LIMITATIONS ON A DISMISSED FEDERAL CLAIM WHICH MAY BE BROUGHT IN STATE COURT. |
| 06/27/06 | Warheit, Scott A | 5.30 | $742.00 | COMPLETED WRITING MEMO ON STATUTE OF LIMITATIONS IN STATE LAW BREACH OF CONTRACT CASE, EDITED MEMO, |

Exhibit "A"

AALIB:470116.1\063863-00027

## NCAA TIME

| DATE | LAWYER | TIME | AMOUNT | COMMENT |
|---|---|---|---|---|
| 06/27/06 | Kaur, Atleen | 1.00 | $165.00 | AND TURNED MEMO IN TO ASSIGNING ATTORNEY. REVIEW WARHEIT MEMO ON STATUTE OF LIMITATIONS IF CASE IS DISMISSED FROM FEDERAL COURT. |
| 06/29/06 | Mansfield, Ken | 0.50 | $82.50 | REVIEW PLAINTIFF'S REPLY BRIEF ON MOTION TO DISMISS |
| 06/30/06 | Kaur, Atleen | 0.50 | $82.50 | REVIEW ASI'S REPLY REGARDING MOTION TO DISMISS; REVIEW AND ANALYZE HAWAII'S UNIFORM JUDGMENTS ACT AND RESEARCH FROM LOCAL COUNSEL; PHONE CALL WITH KEN MANSFIELD TO DISCUSS NEXT STEPS AND MWC ASSIGNMENT. |
| 07/06/06 | Curtner, Gregory | 1.00 | $485.00 | CORRESPONDENCE AND TELEPHONE CONFERENCES REGARDING DECISIONS. |
| | TOTAL | 185.05 | $35,218.25 | |

## NCAA COSTS

| DATE | # OF COPIES | CHARGE | COMMENT |
|---|---|---|---|
| 4/28/06 | 92 | $18.40 | COPIES FOR OPPOSITION TO MOTION TO BIFURCATE |
| 6/21/06 | 97 | $19.40 | COPIES FOR OPPOSITION TO MOTION TO DISMISS |
| TOTAL | 189 | $37.80 | |

Exhibit "A"