## Curtner, Gregory L.

**From:**    Maxwell M. Blecher [mblecher@blechercollins.com]

**Sent:**    Friday, July 21, 2006 7:15 PM

**To:**    Curtner, Gregory L.

**Subject:** RE: ASI

I am now authorized to offer you $25,000 payable in ten business from acceptance.

-----Original Message-----
**From:** Curtner, Gregory L. [mailto:Curtner@MillerCanfield.com]
**Sent:** Friday, July 21, 2006 12:36 PM
**To:** Maxwell M. Blecher
**Subject:** ASI

Where are we?


NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

Exhibit "B"

7/24/2006