Form #1DC34
JUDGMENT.X (Amended 4/18/97, 8/1/97, 9/26/97)v

**JUDGMENT**

IN THE DISTRICT COURT OF THE FIRST CIRCUIT
__HONOLULU__ DIVISION
STATE OF HAWAI'I

DISTRICT COURT
FIRST CIRCUIT
CIVIL DIVISION

JUN 3  2 23 PM '03

FILED _____
ISSUED _____
RETURNED _____

Plaintiff(s)

UNIVERSITY HEALTH ALLIANCE

Civil No.  1RC03-1-252

Defendant(s)

ALOHA SPORTS, INC.

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)
LOUISE K. Y. ING          #2394-0
PAUL M. IGUCHI            #6047-0
Alston Hunt Floyd & Ing
18th Floor, ASB Tower,
1001 Bishop Street
Honolulu, Hawaii 96813
Tel: 524-1800  Fax: 524-4591

Last Court Date: March 17, 2003

**JUDGMENT**

JUDGMENT is entered in favor of ☒ Plaintiff(s) or ☐ Defendant(s) as follows:
☐ Confession  ☐ Trial  ☐ Stipulation  ☐ Other (Specify: _____)
☒ Default: The Defendant(s) having fail to plead or otherwise defend in the above-entitled action and a default having been entered upon ...cation of Plaintiff(s) and on the verification that Defendant(s) is indebted to Plaintiff(s).

DISCONTINUED/DISMISSED AS TO: (LIST DEFENDANT(S)' NAMES)

Dismissal entered on _____.

**JUDGMENT**

| | |
|---|---|
| Principal Amount | $1,685.72 |
| Interest | |
| Attorney's Fees | 421.43 |
| Costs of Court | 100.00 |
| Sheriff's Fees | 25.00 |
| Sheriff's Mileage | 20.00 |
| Other Costs | |
| Total Judgment Amount | $2,252.15 |

Date: JUN - 3 2003

☐ Clerk   ☒ Judge of the above-entitled Court

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the District Court Administration Office at **PHONE NO.** 538-5121, **FAX** 538-5233, or **TTY** 539-4853 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

Default Entered Against the Above-named Defendant(s)
3/17/03

EXHIBIT "C-1"

Clerk, District Court of the above Circuit, State of Hawai'i

I certify that this is a full, true, and correct copy of the original on file in this office.

3/23/06

Clerk, District Court of the above Circuit, State of Hawai'i

Exhibit "C"