**JUDGMENT**                                             Form #1DC34

IN THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU _____ DIVISION
STATE OF HAWAI'I

JUDGMENT.X (Amended 4/18/97, 8/1/97, 9/26/97)v

AUG 6  9 05 AM '02

DISTRICT COURT OF
THE FIRST CIRCUIT

| Plaintiff(s) | |
|---|---|
| McNEIL WILSON COMMUNICATION, INC. a Hawaii corporation 1001 Bishop Street Pauahi Tower, Suite 950 Honolulu, HI 96813 | Reserved for Court Use Civil No. 1RC 02-1-3799 |
| Defendant(s) ALOHA SPORTS, INC., a Hawaii corporation 1157 Fort Street Honolulu, HI 96813 | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers) David F.E. Banks, Esq., 5015-0 Cades Schutte Fleming & Wright, a Limited Liability Law Company 1000 Bishop Street, 15th Floor Honolulu, HI 96813 Tel. No. 521-9265; Fax: 540-5018 |

Last Court Date: 7/22/02

**JUDGMENT**

JUDGMENT is entered in favor of ☒ Plaintiff(s) or ☐ Defendant(s) as follows:
☐ Confession ☐ Trial ☐ Stipulation ☐ Other (Specify:_____)
☒ Default: The Defendant(s) having failed to plead or otherwise defend in the above-entitled action and a default having been entered upon application of Plaintiff(s) and on the verification that Defendant(s) is indebted to Plaintiff(s).

DISCONTINUED/DISMISSED AS TO: (LIST DEFENDANT(S)' NAMES)

Dismissal entered on _____

**JUDGMENT**

| | |
|---|---|
| Principal Amount | $ 20,000.00 |
| Interest | $ |
| Attorney's Fees | $ 2,044.14 |
| Costs of Court | $ 100.00 |
| Sheriff's Fees | $ ~~27.00~~ 25.00 |
| Sheriff's Mileage | $ 14.00 |
| Other Costs | $ 28.00 |
| Total Judgment Amount | $ 22,211.14 ~~22,253.14~~ |

Date: AUG 0 6 2002    ☐ Clerk ☒ Judge of the above-entitled Court

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the District Court Administration Office at **PHONE NO. 538-5121, FAX 538-5233, OR TTY 539-4853** at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

| Default Entered Against the Above-named Defendant(s) on _____ | I certify that this is a full, true, and correct copy of the original on file in this office. |
|---|---|
| Clerk, District Court of the Above Circuit, State of Hawai'i | Clerk, District Court of the Above Circuit, State of Hawai'i |

EXHIBIT "62"

Exhibit "D"