JUDGMENT AGAINST ALOHA SPORTS INC.

Form #1DC34

| | |
|---|---|
| IN THE DISTRICT COURT OF THE FIRST CIRCUIT<br>__HONOLULU__ DIVISION<br>STATE OF HAWAI'I | DISTRICT COURT JUDGMENT EX (Amended 4/18/97, 8/1/97, 9/26/97)v<br>FIRST CIRCUIT<br>CIVIL DIVISION<br><br>Nov 15  3 14 PM '02<br>W ARAKAWA<br>FILED _____<br>ISSUED _____<br>RETURNED _____ |
| Plaintiff(s)<br>TRANSWORLD SYSTEMS INC.<br>dba CREDIT MANAGEMENT SERVICES | Reserved for Court Use<br><br>Civil No. **1RC02-1-4321** |
| Defendant(s)<br>ALOHA SPORTS INC.<br>and FREDERICK ROHLFING III | Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Facsimile Numbers)<br>Erik W. Wong #4156<br>900 Fort Street, Suite 1440<br>Honolulu, Hawaii 96813<br>Phone: (808) 533-4752 / Fax: (808) 533-4968 |

Last Court Date: September 3, 2002

**JUDGMENT AGAINST ALOHA SPORTS INC.**

JUDGMENT is entered in favor of ☑ Plaintiff(s) or ☐ Defendant(s) as follows:

☐ Confession   ☐ Trial   ☐ Stipulation   ☐ Other (Specify: _____)

☑ Default: The Defendant(s) having failed to plead or otherwise defend in the above-entitled action and a default having been entered upon application of Plaintiff(s) and on the verification that Defendant(s) is indebted to Plaintiff(s).

DISCONTINUED/DISMISSED AS TO: (LIST DEFENDANT(S)' NAMES)  Frederick Rohlfing III

Dismissal entered on __September 26, 2002__.

**JUDGMENT**

| | |
|---|---:|
| Principal Amount | $1,320.00 |
| Interest | |
| Attorney's Fees | $300.00 |
| Costs of Court | $100.00 |
| Sheriff's Fees | $25.00 |
| Sheriff's Mileage | $26.00 |
| Other Costs | |
| Total Judgment Amount | $1,771.00 |

GERALD H. KIBE  (SEAL)

Date: **NOV 15 2002**   ☐ Clerk  ☑ Judge of the above-entitled Court

In accordance with the Americans with Disabilities Act if you require an accommodation for your disability, please contact the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, OR TTY 539-4853 at least ten (10) working days in advance of your hearing or appointment date. For Civil related matters, please call 538-5151.

| | |
|---|---|
| Default Entered Against the Above-named Defendant(s)<br>on __9/3/02__<br>W. ARAKAWA<br>Clerk, District Court of the Above Circuit, State of Hawai'i | I certify that this is a full, true, and correct copy of the original on file in this office.<br><br>EXHIBIT "63"<br>Clerk, District Court of the Above Circuit, State of Hawai'i |