THE HONORABLE RICARDO S. MARTINEZ

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES HAUGH,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALOHA SPORTS, INCORPORATED, TERRY DAW and JANE DOE DAW, husband and wife, and their marital community,<br><br>　　　　　　　　Defendants. | Case No. C05-1004 RSM<br><br>ORDER DIRECTING ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT ALOHA SPORTS, INC. PURSUANT TO FED. R. CIV. P. 54(b) AND ALLOWING IMMEDIATE REGISTRATION |

This matter came before the Court on the motion of plaintiff James Haugh's request for entry of final judgment against defendant Aloha Sports, Inc. pursuant to Fed. R. Civ. P. 54(b) and to allow immediate registration of that judgment under 28 U.S.C. § 1963. The Court considered the pleadings submitted by the plaintiff, the papers on file in this action, and the authorities cited. The Court finds that there is no just reason for delay, that the judgment should be certified pursuant to Fed. R. Civ. P. 54(b), and that good cause exists to allow immediate registration under 28 U.S.C. § 1963.

ORDER DIRECTING ENTRY OF FINAL
JUDGMENT AGAINST DEFENDANT ALOHA
SPORTS, INC. PURSUANT TO FED. R. CIV. P.
54(b) AND ALLOWING IMMEDIATE
REGISTRATION - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

EXHIBIT "64"

1  THEREFORE, IT IS ORDERED THAT: the Court directs the entry of a final judgment
2  pursuant to Rule 54(b) in favor of the Plaintiff James Haugh against Defendant Aloha Sports,
3  Inc. for damages of $163,748.18, together with prejudgment interest of $52,489.14, double
4  damages of $161,000, and costs and attorneys fees of $19,899.27, for a total judgment of
5  $397,136.59.

6  The judgment shall bear interest at the judgment rate of 4.52% or other applicable
7  statutory rate from the date of entry of this judgment until paid.

8  Nothing in this judgment shall preclude Plaintiff from seeking an award of additional
9  attorneys' fees and costs.

10  Plaintiff is allowed to immediately register the judgment pursuant to 28 U.S.C. § 1963.

11  Dated this 15th day of February, 2006.

RICARDO S. MARTINEZ

UNITED STATES DISTRICT JUDGE

Presented by:

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By _____
    Randall Thomsen, WSBA #25310
    Attorneys for Plaintiff James Haugh

ORDER DIRECTING ENTRY OF FINAL
JUDGMENT AGAINST DEFENDANT ALOHA
SPORTS, INC. PURSUANT TO FED. R. CIV. P.
54(b) AND ALLOWING IMMEDIATE
REGISTRATION - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL. (206) 623-1700   FAX. (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER DIRECTING ENTRY OF FINAL
JUDGMENT AGAINST DEFENDANT ALOHA
SPORTS, INC. PURSUANT TO FED. R. CIV. P.
54(b) AND ALLOWING IMMEDIATE
REGISTRATION - 3

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

Exhibit "F"