Of Counsel:
STANTON CLAY CHAPMAN CRUMPTON & IWAMURA

BRADLEY R. PULICE    #4946
Amfac Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 535-8400

Attorneys for Plaintiff
BANK OF HAWAII

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2003 FEB 18 PM 3: 20

F. OTAKE
CLERK

ELA

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| BANK OF HAWAII, a Hawaii corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALOHA SPORTS, INC.; JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE ENTITIES 1-10, DOE PARTNERSHIPS 1-10,<br><br>　　　　　Defendants. | CIVIL NO. 02-1-1521-06 EEH GP<br>(Contract)<br><br>JUDGMENT AGAINST DEFENDANT ALOHA SPORTS, INC.<br><br>DATE: February 3, 2003<br>TIME: 9:15 a.m.<br>JUDGE: Eden Elizabeth Hifo<br><br>[No Trial Date Set]) |

JUDGMENT AGAINST DEFENDANT ALOHA SPORTS, INC.

In accordance with Rules 58 and 70 of the Hawaii Rules of Civil Procedure, and pursuant to Order Granting Plaintiff Bank of Hawaii's Motion for Default Judgment Against Defendant Aloha Sports, Inc., filed concurrently herein, and the Court's Determination that there is no just reason for delay pursuant to

Compliance Program
Date: FEB 14 2003
　　　/s/
　　5th Division

I do hereby certify that this is a full, true and correct copy of the original on file in this office.
/s/
Clerk, Circuit Court, First Circuit

EXHIBIT "65"

Rule 54(b) of the Hawaii Rules of Civil Procedure, and the express direction for the entry of this Judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered pursuant to Rule 54(b), H.R.C.P., in favor of Plaintiff BANK OF HAWAII against Aloha Sports, Inc. in the amount of $24,953.04. This amount includes the principal amount due and owing from the Defendant, accrued interest, court costs, and attorneys fees.

DATED: Honolulu, Hawaii, _____FEB 1 4 2003_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

BANK OF HAWAII vs. ALOHA SPORTS, INC., ET. AL.; CIVIL NO. 02-1-1521-06EEH; JUDGMENT AGAINST DEFENDANT ALOHA SPORTS, INC.; PAGE TWO

Exhibit "G"