The Honorable Michael J. Fox
Hearing Date: September 22, 2004
WITHOUT ORAL ARGUMENT

**CERTIFIED COPY**

FILED
KING COUNTY, WASHINGTON
SEP 29 2004
SUPERIOR COURT CLERK
BY D. COLE MAIER
DEPUTY

COPIES MAILED TO Pahl DAW
PARTIES/COUNSEL ON 9/27/04

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| KING COUNTY, WASHINGTON, a political subdivision of the State of Washington, | No. 03-2-28767-9 SEA |
| Plaintiff, | ORDER AND JUDGMENT OF DEFAULT AS TO ALOHA SPORTS, INC. |
| vs. | |
| ALOHA SPORTS, INC., | |
| Defendant. | |

SUMMARY OF JUDGMENT
PURSUANT TO RCW 4.64.030

| | | |
|---|---|---|
| 1. | Judgment Creditor: | King County |
| 2. | Judgement Debtor: | Aloha Sports, Inc. |
| 3. | Principal Judgment Amount: | $60,765.00 |
| 4. | Interest Owed to Date of Judgment | $ 8,152.63 |
| 5. | Late Fees | $    0.00 |
| 6. | Attorney's Fees | |
| 7. | Taxable Costs | |
| 8. | Principal Judgement Amount Shall Bear Interest at: | 12% per annum |
| 9. | Attorney's Fees, Costs and Other Recovery Amounts Shall Bear Interest at: | 12% per annum |
| 10. | Attorney for Judgment Creditor: | Mark Stockdale |
| 11. | Attorney for Judgment Debtor | n/a |

ORDER AND JUDGMENT - 1 of 3

Norm Maleng, Prosecuting Attorney
CIVIL DIVISION
E550 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 296-9015/SCAN 667-9015
FAX (206) 296-0191

EXHIBIT "66"

Exhibit "H"

1   This matter CAME ON REGULARLY BEFORE THE Court upon the Petitioner
2   King County's Motion for Order and Judgment of Default against Aloha Sports, Inc. for the
3   payment of admissions taxes associated with the Seattle Bowl.
4   It appears to the Court from the records and files herein, and from the
5   Declarations of Nigel Lewis and Mark Stockdale, that:

6   1.   This action for unpaid taxes was filed on June 18, 2003.
7   2.   Aloha Sports, Inc. was properly given notice of this action by Petitioner,
8        and were personally served with copies of the Summons and Complaint as
9        outlined in the Declaration of Mark Stockdale filed herewith.
10  3.   More than twenty (20) days have passed since service of process upon
11       Aloha Sports, Inc without them or any representative of them appearing or
12       otherwise defending themselves in this action.
13  4.   Jurisdiction and venue is proper in this action.
14  5.   Pursuant to Civil Rule 55 (f)(2)(B) and (D), King County served Aloha
15       Sports with notice of its Motion for an Order and Judgment of Default.
16       King County has waited at least ten (10) days after giving Aloha Sports,
17       Inc. notice of its Motion for and Order and Judgment of Default before
18       applying to this Court for relief.

19  The Court being fully advised, NOW THEREFORE,
20  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant,
21  Aloha Sports, Inc., shall be and is hereby adjudged to be in default in this action,
22  and a default against them is hereby entered.

Norm Maleng, Prosecuting Attorney
CIVIL DIVISION
E550 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 296-9015/SCAN 667-9015
FAX (206) 296-0191

ORDER AND JUDGMENT - 2 of 3

1   DONE IN OPEN COURT this 22 day of September, 2004.

3   _____
    THE HONORABLE MICHAEL J. FOX

7   Presented By:

8   NORM MALENG
    King County Prosecuting Attorney

10  By: _____
    MARGARET PAHL, WSBA #19019
11  MARK G. STOCKDALE, WSBA #17326
    Senior Deputy Prosecuting Attorneys
12  Attorneys for King County

ORDER AND JUDGMENT - 3 of 3

Norm Maleng, Prosecuting Attorney
CIVIL DIVISION
E550 King County Courthouse
516 Third Avenue
Seattle, Washington 98104
(206) 296-9015/SCAN 667-9015
FAX (206) 296-0191

STATE OF WASHINGTON } ss.
County of King

I, BARBARA MINER, Clerk of the Superior Court of the State of Washington, for the County of King, do hereby certify that I have compared the foregoing copy with the original instrument as the same appears on file and of record in my office, and that the same is a true and perfect transcript of said original and of the whole thereof. IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Superior Court at my office at Seattle this _____ day of MAR 3 1 2006 20 _____

BARBARA MINER, Superior Court Clerk

By _____
           Deputy Clerk

Exhibit "H"