DAVID C. FARMER      3946-0
225 Queen Street, Suite 15A
Honolulu, Hawaii 96813
Telephone: 222-3133

Attorney for Plaintiff
MOUNTAIN WEST CONFERENCE

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2003 OCT 27 AM 10:59

F. OTAKE
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| MOUNTAIN WEST CONFERENCE, | S.P. NO. 03-1-0432 (RWP) |
| Plaintiff, | |
| vs. | EXEMPLIFIED FOREIGN JUDGMENT; AFFIDAVIT OF DAVID C. FARMER; EXHIBIT "A" |
| ALOHA SPORTS, INC., | |
| Defendant. | |

### EXEMPLIFIED FOREIGN JUDGMENT

MOUNTAIN WEST CONFERENCE, by and through its attorney David C. Farmer, hereby files with the Circuit Court of the First Circuit, State of Hawaii, pursuant to Hawaii Revised Statutes Chapter 636C, Uniform Enforcement of Foreign Judgments Act, an exemplified copy of the following Order on Plaintiff's Motion for Summary Judgment and Amended Final Judgment, filed in the Superior Court, King County, Washington, in Case No. 03-2-20959-7 SEA, and attached hereto as Exhibit "A."

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

RECEIVED $100.00

PAID SURCHARGE $25.00

RECEIVED CIVIL ADM. COST $50.00

EXHIBIT "60"

Exhibit "I"

DATED: Honolulu, Hawaii; October 27, 2003

_____
DAVID C. FARMER
Attorney for Plaintiff
MOUNTAIN WEST CONFERENCE

---

MOUNTAIN WEST CONFERENCE GNLV, CORP vs. ALOHA SPORTS, INC., Exemplified Foreign Judgment

Case 1:04-cv-00204-●●E-KSC   Document 61   Filed 06/●●/2006   Page 3 of 13

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| MOUNTAIN WEST CONFERENCE, | ) | S.P. NO. _____ |
| Plaintiff, | ) | |
| vs. | ) | AFFIDAVIT OF DAVID C. FARMER |
| ALOHA SPORTS, INC., | ) | |
| Defendant. | ) | |

AFFIDAVIT OF DAVID C. FARMER

| | | |
|---|---|---|
| STATE OF HAWAII | ) | |
| | ) | SS. |
| CITY AND COUNTY OF HONOLULU | ) | |

DAVID C. FARMER, being first duly sworn on oath, deposes and says as follows:

1. I am counsel for Plaintiff herein. I make this affidavit based upon personal knowledge and am competent to testify to the matters herein.

2. Attached hereto as Exhibit "A" is a true and correct copy of Order on Plaintiff's Motion for Summary Judgment and Amended Final Judgment, filed in the Superior Court, King County, Washington, in Case No. 03-2-20959-7 SEA, certified by Barbara Miner, County Clerk of the Superior Court, King County, State of Washington, and by the Honorable Richard D. Eadie, Judge of the Superior Court, King County, State of Washington, showing that, on or about June 20, 2003, Order Granting Summary Judgment Against Defendant Aloha Sports and in Favor of Plaintiff Mountain West

Conference was entered, in the principal amount of TWO HUNDRED FIFTY THOUSAND and No/100 Dollars ($250,000.00) and interest in the amount of ELEVEN THOUSAND FIVE HUNDRED SIX and 60/100 Dollars ($11,506.60), which was amended September 26, 2003 by Amended Judgment, adding attorney's fees in the amount of FOUR THOUSAND NINE HUNDRED SEVENTY THREE and No/100 DOLLARS ($4,973.00) and costs in the amount of ONE HUNDRED NINTY FIVE DOLLARS and No/100 DOLLARS ($195.00). Post-judgment interest accrues under Washington law at the rate of 12% per annum.

FURTHER AFFIANT SAITH NAUGHT.

_____
DAVID C. FARMER

Subscribed and sworn to before me
this 27th day of October 2003,

_____
Print Name: GAVIN PERRIN
Notary Public, State of Hawaii

My Commission expires: July 01, 2005

MOUNTAIN WEST CONFERENCE GNLV, CORP vs. ALOHA SPORTS, INC., Exemplified Foreign Judgment

2

Exhibit "I"

Case 1:04-cv-00204-DAE-KSC   Document 61   Filed 06/__/2006   Page 5 of 13

## Superior Court of Washington
## County of King

MOUNTAIN WEST CONFERENCE,

                        Plaintiff,

vs.

ALOHA SPORTS, INC.,

                        Defendant.

No: 03-2-20959-7 SEA

CERTIFICATE OF EXEMPLIFICATION

I, BARBARA MINER County Clerk of the Superior Court, King County, State of Washington, certify that I have compared the copy/copies listed below with the original on record in my office and the attached is a true copy of said original. I further certify that RICHARD D. EADIE, whose genuine signature appears below is and was at the time of signing, Presiding Judge of the Superior Court, King County, State of Washington.

I, RICHARD D. EADIE, Judge of the Superior Court, King County, State of Washington, the same being a court of record, do hereby certify that BARBARA MINER, whose genuine signature appears below is and was at the time of signing, Clerk of the Superior Court of King County, State of Washington and the legal custodian of records and seal of said Superior Court. I further certify that this attestation is in proper form according to the laws of the State of Washington.

WITNESS my hand this October 7, 2003

(SEAL)

*Richard D. Eadie*
Richard D. Eadie
SUPERIOR COURT PRESIDING JUDGE

WITNESS my hand this October 7, 2003

(SEAL)   (SEAL)

*Barbara Miner*
SUPERIOR COURT CLERK

Document Title: 1) ORDER ON PLTF'S MOTION FOR SUMMARY JUDGMENT  2) AMENDED FINAL JUDGMENT

---

CERTIFICATE OF EXEMPLIFICATION
U.S. Code (1776) Title 28; Section 738, RCW 2.32.050, RCW 5.44.010 & CR 44)
rev 2/97 mail merge

EXHIBIT "A"

Exhibit "I"

```
             SUPERIOR COURT OF WASHINGTON - COUNTY OF KING

                            ---------------------
                             ABSTRACT OF JUDGMENT
                            ---------------------

   TITLE: MOUNTAIN WEST CONFERENCE VS ALOHA SPORTS INC - $266,674.60

   JUDGMENT NUMBER: 03-9-29046-2
   CASE NUMBER:     03-2-20959-7

   SIGNED BY:       JUDGE JOHN ERLICK
   DATE SIGNED:     06/20/2003
   DATE FILED:      06/20/2003
   EFFECTIVE DATE:  06/20/2003
   NOTE:

   -----------------ORIGINAL PARTIES TO ACTION----------------------------
   PLAINTIFF:                MOUNTAIN WEST CONFERENCE
   DEFENDANT:                ALOHA SPORTS
   ATTY FOR PLA. / PETITIONER:HENRY, ROBERT JASON
   ATTY FOR DEFENDANT:       ALOHA SPORTS

   -----------------JUDGMENT DEBTORS--------------------------------------
   DEBTOR:                   ALOHA SPORTS INC

   -----------------JUDGMENT CREDITORS------------------------------------
   CREDITOR:                 MOUNTAIN WEST CONFERENCE

   -----------------ATTORNEY(S) FOR CREDITOR------------------------------
   ATTY CR:                  HENRY, ROBERT JASON

   -----------------------------------------------------------------------
     DATE    : EXECUTION DOCKET                              !    $ AMOUNT
   -----------------------------------------------------------------------
   06/20/2003 ! ORDER GRANTING SUMMARY JUDGMENT              !
              ! AGAINST DEFT, ALOHA SPORTS INC & IN FAVOR OF !
              ! PLTF, MOUNTAIN WEST CONFERENCE               !   250,000.00
              ! INTEREST FROM 2-1-03                         !    11,506.60
              ! ATTY FEES & COSTS - TBD                      !
              ! TOTAL: $261,506.60                           !
              ! INT @ 12% PER A                              !
   08/27/2003 ! EXEMPLIFIED COPY ISSUED                      !         8.00
   09/26/2003 ! AMENDED JUDGMENT                             !
              ! ADDS THE FOLLOWING:                          !
              ! ATTY FEES                                    !     4,973.00
              ! COSTS                                        !       195.00
              ! INT @ 12% PER A FROM 6-20-03                 !
   10/07/2003 ! EXEMPLIFIED COPY ISSUED                      !        11.00
   -----------------------------------------------------------------------
```

Exhibit "I"

Case 1:04-cv-00204-E-KSC    Document 61    Filed 06//2006    Page 7 of 13

KING SUPERIOR COURT - ABSTRACT OF JUDGMENT - 03-9-29046-2  PAGE  2

I, PAUL L. SHERFEY, CLERK OF THE SUPERIOR COURT IN AND FOR
KING COUNTY, STATE OF WASHINGTON, DO HEREBY CERTIFY THAT THE ABOVE
IS A FULL, TRUE AND CORRECT ABSTRACT OF JUDGMENT IN THE ABOVE ENTITLED
ACTION AS THE SAME APPEARS OF RECORD IN MY OFFICE.

WITNESS MY HAND AND THE SEAL OF THE SAID SUPERIOR COURT AT MY OFFICE IN
SEATTLE, THIS 7TH DAY OF OCTOBER, 2003.

                          PAUL L. SHERFEY, SUPERIOR COURT CLERK

                          BY _____
                                         DEPUTY CLERK

FILED

2003 JUN 20 PM 12: 31

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE WA

Honorable John Erlick

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| MOUNTAIN WEST CONFERENCE,<br><br>Plaintiff,<br><br>v.<br><br>ALOHA SPORTS, INC.,<br><br>Defendant. | NO. 03-2-20959-7 SEA<br><br>ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

### JUDGMENT SUMMARY

| | |
|---|---|
| JUDGMENT CREDITOR: | Mountain West Conference |
| Attorney for Creditor: | Robert J. Henry<br>Lasher Holzapfel Sperry & Ebberson, PLLC<br>2600 Two Union Square<br>601 Union St.<br>Seattle, WA 98101-5000<br>(206) 624-1230 |
| Judgment Principal | $250,000.00 |
| Interest at 12% per annum<br>(From Feb. 1, 2003) | $11,506.60 |
| Cost of Suit | To be determined |
| Attorney's Fees | To be determined |
| TOTAL JUDGMENT | $261,506.60 |

ORDER ON SUMMARY JUDGMENT - 1
{R:\Clients\12955\S198927.DOC}

LASHER HOLZAPFEL SPERRY & EBBERSON PLLC
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230  FAX (206) 340-2563

Exhibit "1"

Post-judgment interest rate of 12% per annum.

Plaintiff is entitled to post-judgment attorney's fees and costs.

JUDGMENT DEBTOR(S):    Aloha Sports, Inc.
Attorney for Debtors:    Jared Karstetter

THE COURT, having reviewed Plaintiff's Motion for Summary Judgment and supporting declarations; Defendant's Response to Plaintiff's motion and supporting declarations, if any; and Plaintiff's Reply, if any; and the records and pleadings filed herein; and it appearing that the Defendant is liable as a matter of law for breach of its Agreement with Plaintiff, it is hereby

ORDERED AND ADJUDGED that the Plaintiff's Motion for Summary Judgment is hereby GRANTED; that Defendant Aloha Sports, Inc. is liable to Plaintiff Mountain West Conference for breach of contract as a matter of law; and the Plaintiff shall have judgment against Defendant in the amount of $250,000.00, plus pre-judgment of $11,506.60; and it is;

FURTHER ORDERED AND ADJUDGED that Plaintiff is entitled to an award of a reasonable attorney fee and shall submit to this Court a cost bill and fee request with Findings of Fact and Conclusions of Law regarding attorneys' fees and costs.

DATED this 20th day of June, 2003.

_____
Honorable John Erlick

Presented by:

LASHER, HOLZAPFEL,
SPERRY & EBBERSON, P.L.L.C.

_____
Robert J. Henry
WSBA No. 6171
Attorney for Plaintiff

ORDER ON SUMMARY JUDGMENT - 2
{R:\Clients\12955\S198927.DOC}


LASHER  2300 Two Union Square
HOLZAPFEL  501 Union Street
SPERRY &  Seattle, WA 98101-4000
EBBERSON  (206) 624-1230  FAX (206) 340-2563
PLLC

Exhibit "I"

Case 1:04-cv-00204-DAE-KSC   Document 61   Filed 06/__/2006   Page 10 of 13

```
FILED
03 SEP 26 AM 10: 20
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA
```

The Honorable John Erlick
Motion Noted for September 16, 2003
Without Oral Argument

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## COUNTY OF KING

| | |
|---|---|
| MOUNTAIN WEST CONFERENCE,<br><br>    Plaintiff,<br><br>v.<br><br>ALOHA SPORTS, INC.,<br><br>    Defendant. | NO. 03-2-20959-7 SEA<br><br>AMENDED FINAL JUDGMENT<br><br><u>Clerk's Action Required</u> |

### JUDGMENT SUMMARY

1. Judgment Creditor:       Mountain West Conference

2. Judgment Debtor:         Aloha Sports, Inc.

3. Principal Judgment Amount:                $ 250,000.00

4. Interest to Date of Judgment:             $  11,506.60
   (to June 20, 2003)

5. Attorney's Fees:                          $ 4973.00

6. Costs:                                    $  195.00

7. Other Recovery Amounts:                   $   - 0 -

ORIGINAL


LASHER HOLZAPFEL SPERRY & EBBERSON PLLC
2800 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230 FAX (206) 340-2563

AMENDED FINAL JUDGMENT - 1
{R:\Clients\11600\S212005.DOC}

Exhibit "I"

Case 1:04-cv-00204-●E-KSC   Document 61   Filed 06●/2006   Page 11 of 13

8.  Principal Judgment Amount: Shall Bear Interest at 12% Per Annum from and after June 20, 2003.

9.  Attorney's Fees, Costs and Other Recovery Amounts: Shall Bear Interest at 12% Per Annum from and after the date of this Judgment.

10. Attorney for Judgment Creditor: Robert J. Henry of Lasher Holzapfel Sperry & Ebberson, P.L.L.C.

THIS MATTER came on regularly and duly upon the motion of Mountain West Conference for an award of attorney fees and costs, in amendment to the money judgment previously entered herein on June 20, 2003, and the court having heretofore entered its Findings of Fact and Conclusions of Law, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that the plaintiff Mountain West Conference is awarded judgment against defendant Aloha Sports, Inc. in the amount $ 4973.00 for reasonable attorney fees and in the amount of $ 195.00 for costs of litigation; and it is

FURTHER ORDERED, ADJUDGED AND DECREED that the above judgment for attorney fees and costs shall bear interest from date of entry until paid at the rate of 12% per annum, and it is

FURTHER ORDERED, ADJUDGED AND DECREED that the judgment previously entered herein on June 20, 2003 is hereby amended to include the award of attorney fees and costs. The Court previously entered judgment in the principal amount of $250,000.00 together with prejudgment interest of $11,506.00. The principal judgment shall bear interest at 12% per annum from and after June 20, 2003.

DONE IN OPEN COURT this 23rd day of September, 2003.

JUDGE JOHN ERLICK

AMENDED FINAL JUDGMENT - 2
{R:\Clients\1 600\6212005.DOC}


LASHER HOLZAPFEL SPERRY & EBBERSON PLLC
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230  FAX (206) 340-2563

Exhibit "I"

1
2  Presented by:
3
   Lasher Holzapfel
4  Sperry & Ebberson P.L.L.C.
5
   /s/ Robert J. Henry
6  Robert J. Henry, WSBA 6171
   Attorney for Mountain West Conference
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AMENDED FINAL JUDGMENT - 3
{R:\Clients\11600\S212005.DOC}


LASHER
HOLZAPFEL
SPERRY &
EBBERSON
PLLC
2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230  FAX (206) 340-2563

Exhibit "I"

DAVID C. FARMER        3946-0
225 Queen Street, Suite 15A
Honolulu, Hawaii 96813
Telephone: 222-3133

Attorney for Plaintiff
MOUNTAIN WEST CONFERENCE

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| MOUNTAIN WEST CONFERENCE, ) | S.P. NO. _____ |
| Plaintiff, ) | |
| vs. ) | NOTICE OF FILING EXEMPLIFIED FOREIGN JUDGMENT |
| ALOHA SPORTS, INC., ) | |
| Defendant. ) | |

### NOTICE OF FILING EXEMPLIFIED FOREIGN JUDGMENT

TO:   Aloha Sports, Inc.
      5251 Papai Street
      Honolulu, Hawaii 96821

Pursuant to the provisions of the Hawaii Revised Statutes, Section 636C-4(b),

NOTICE IS HEREBY GIVEN of the docketing of the judgment in this court.

DATED: Honolulu, Hawaii; _____.

                                              BY ORDER OF THE COURT

                                              _____
                                              Clerk of the Above-Entitled Court

Exhibit "I"