## Kaur, Atleen

**From:** Maxwell M. Blecher [mblecher@blechercollins.com]
**Sent:** Tuesday, August 01, 2006 5:46 PM
**To:** Curtner, Gregory L.
**Cc:** Kaur, Atleen; Kenneth J. Mansfield
**Subject:** RE: draft new bill of costs

My client suggests you go ahead with your filing.

> -----Original Message-----
> **From:** Curtner, Gregory L. [mailto:Curtner@MillerCanfield.com]
> **Sent:** Tuesday, August 01, 2006 11:23 AM
> **To:** Maxwell M. Blecher
> **Cc:** Kaur, Atleen; Kenneth J. Mansfield
> **Subject:** draft new bill of costs
>
> Max,
> We have reviewed our fees and costs. Under the law, we are entitled to fees at our current rates, not our historical rates. We have recomputed using the current rates and it exceeds $41K. This is what we will ask Judge Chang to base his award on. I am still willing to settle for $30K. I will send you our brief in draft form in a few minutes. We will file today or tomorrow if we don't reach agreement. I would still like to resolve the entire matter. If we don't, I am currently leaning towards an involuntary insolvency where we believe a reciever would accept our offer and distribute the proceeds to the creditors.
>
>
> NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:
>
> DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice,
> if any, contained in this document and its attachments may not be used or
> referred to in the promoting, marketing or recommending of any entity,
> investment plan or arrangement, nor is such advice intended or written to be
> used, and may not be used, by a taxpayer for the purpose of avoiding Federal
> tax penalties.

Exhibit "J"

8/2/2006