IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation, ) | CIVIL NO. CV04-000204 DAE/KSC |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| THE NATIONAL COLLEGIATE ) | |
| ATHLETIC ASSOCIATION, an ) | |
| unincorporated association, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following via U.S. mail, first-class postage pre-paid (M) and/or facsimile transmission (F), addressed as follows:

    FREDERICK W. ROHLFING III    (M)
    Pacific Guardian Center, Mauka Tower
    737 Bishop Street, Suite 2600
    Honolulu, Hawaii 96813
    Facsimile No. 523-1888

    and

143650.1

MAXWELL M. BLECHER (M)
DAVID W. KESSELMAN
515 S. Figueroa St., 17th Floor
Los Angeles, CA 90071-3334

Attorneys for Plaintiff
ALOHA SPORTS INC.

DATED: Honolulu, Hawaii, August 2, 2006.

_____
WILLIAM C. MCCORRISTON
KENNETH J. MANSFIELD
GREGORY L. CURTNER (pro hac vice)
ROBERT J. WIERENGA (pro hac vice)
ATLEEN KAUR (pro hac vice)

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION