McCORRISTON MILLER MUKAI MacKINNON LLP
WILLIAM C. McCORRISTON         #995
KENNETH J. MANSFIELD           #7227
mccorriston@m4law.com; mansfield@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone:  (808) 529-7300; Facsimile:  (808) 524-8293

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
GREGORY L. CURTNER *(pro hac vice)*
ROBERT J. WIERENGA *(pro hac vice)*
ATLEEN KAUR *(pro hac vice)*
curtner@millercanfield.com; wierenga@millercanfield.com
kaur@millercanfield.com
101 North Main Street, 7th Floor
Ann Arbor, MI  48104-1400
Telephone: (734) 663-2445; Facsimile: (734) 663-8624

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>                    Defendant. | CIVIL NO. CV04-000204 DAE/KSC<br><br>SUPPLEMENTAL DECLARATION OF ATLEEN KAUR IN SUPPORT OF DEFENDANT NCAA'S MEMORANDUM IN SUPPORT OF ITS ACCOUNTING OF COSTS AND FEES REIMBURSABLE UNDER ORDER PROVISIONALLY GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS ITS FIRST CAUSE OF ACTION WITH PREJUDICE AND ITS REMAINING CAUSES OF ACTION WITHOUT PREJUDICE, ENTERED JULY 5, 2006 (FILED 8/2/06); CERTIFICATE OF SERVICE |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>        Plaintiff,<br><br>v.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>        Defendant. | CIVIL NO. 04-000204 DAE/KSC<br><br>SUPPLEMENTAL DECLARATION OF ATLEEN KAUR |

## SUPPLEMENTAL DECLARATION OF ATLEEN KAUR

1. I, ATLEEN KAUR, submit this Declaration to supplement and correct the declaration submitted by me in support of the NCAA's Accounting of Costs and Fees, filed August 2, 2006 ("Kaur Dec. I").

2. In Kaur Dec. I ¶6 I made an inadvertent error when I stated that "I submit this declaration to provide the Court with further details of the specific tasks engaged in on those days when I recorded 5 or more hours of my time *to this case file*." (emphasis

added). I intended to note that I was submitting the declaration to provide the Court with further details for those days on which I recorded 5 or more hours of my time on work related to (i) ASI's motion to bifurcate the trial, and (ii) ASI's motion to voluntarily dismiss its state law claims without prejudice. I did not intend to refer to my work on this case as a whole.

3. In addition, I would like to clarify my statement in ¶6 that, "[i]n the three month period from April 3, 2006 to July 6, 2006, there were only 7 days during which I spent more than 5 hours of my day on this case file." Again, I did not intend to refer to my work on this case as a whole, but rather to my work related to opposing ASI's motions to bifurcate the trial and to voluntarily dismiss its state law claims without prejudice. There were, in fact, other days during which I spend more than 5 hours on this case file for other work, including work related to the NCAA's motion for summary judgment. Although this distinction is clear in the paragraphs detailing the work performed by me, I submit this supplemental declaration to clarify Kaur Dec. I ¶6 and correct my inadvertent error.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on August 3, 2006, at Ann Arbor, MI.

_____
Atleen Kaur