IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>            Defendant.<br>_____ | CIVIL NO. CV04-000204 DAE/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following via U.S. mail, first-class postage pre-paid, addressed as follows:

    FREDERICK W. ROHLFING III
    Pacific Guardian Center, Mauka Tower
    737 Bishop Street, Suite 2600
    Honolulu, Hawaii  96813
    Facsimile No. 523-1888

    and

MAXWELL M. BLECHER
DAVID W. KESSELMAN
515 S. Figueroa St., 17th Floor
Los Angeles, CA  90071-3334

Attorneys for Plaintiff
ALOHA SPORTS INC.

DATED:  Honolulu, Hawaii, August 3, 2006.

_____
WILLIAM C. MCCORRISTON
KENNETH J. MANSFIELD
GREGORY L. CURTNER *(pro hac vice)*
ROBERT J. WIERENGA *(pro hac vice)*
ATLEEN KAUR *(pro hac vice)*

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION