# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00204DAE-KSC

CASE NAME:        Aloha Sports v. NCAA

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   David Alan Ezra            REPORTER:

DATE:    8/16/2006                  TIME:

COURT ACTION:  EO: The following memorandums shall be referred to Magistrate Judge Kevin S. C. Chang.

DOC #69:   MEMORANDUM IN OPPOSITION to Defendant's Accounting of Costs and Fees Reimbursable Under 68 " Order Provisionally Granting Plaintiff's Motion To Voluntarily Dismiss Its First Cause of Action With Prejudice and its Remaining Causes of Action Without Prejudice" Entered July 5, 2006 on Motion to Dismiss, filed by Aloha Sports, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service)

DOC#71:   MEMORANDUM re 68 Order on Motion to Dismiss, filed by National Collegiate Athletic Association, The. (Attachments: # 1 Declaration of Atleen Kaur# 2 Exhibit "A"# 3 Exhibit "B"# 4 Exhibit "C"# 5 Exhibit "D"# 6 Exhibit "E"# 7 Exhibit "F"# 8 Exhibit "G"# 9 Exhibit "H"# 10 Exhibit "I"# 11 Exhibit "J"# 12 Exhibit "K"# 13 Certificate of Service)(Mansfield, Kenneth)

DOC#72:   Declaration re 71 Memorandum,, in Support of Defendant NCAA's Accounting of Costs and Fees Reimbursable Under Order Provisionally Granting Plaintiff's Motion to Voluntarily Dismiss Its First Cause of Action With Prejudice and Its First Cause of Action With Prejudice and Its Remaining Causes of Action Without Prejudice Entered July 5, 2006 (Filed 8/2/06). (Attachments: # 1 Certificate of Service)(Mansfield, Kenneth)

Submitted by:  Theresa Lam, Courtroom Manager