IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ALOHA SPORTS, INC., a Hawaii Corporation, | ) ) ) | CV 04-00204 DAE KSC |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| The National Collegiate Athletic Association, an unincorporated association, | ) ) ) ) | |
| Defendant(s). | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on 8/23/06, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation Regarding Attorneys' Fees and Costs are adopted as the opinion and order of this Court.

Due for Adoption: 9/7/06

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 8, 2006.



_____
David Alan Ezra
United States District Judge

<u>Aloha Sports, Inc. vs. The National Collegiate Athletic Association</u>, Civil No. 04-00204 DAE-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

cc:all parties of record

Due for Adoption: 9/7/06