**OFFICIAL BANK CHECK**

0899739 9  90-78/1211

Aina Haina

DATE: 09/07/2006

$26,280.79

PAY TO THE ORDER OF  ***TWENTY SIX THOUSAND TWO HUNDRED EIGHTY DOLLARS AND 79 CENTS

THE NATIONAL COLLEGIATE ATHLETIC ASSC.
NCAA ATTY'S FEES CIVIL # 04-00204 DAE/KSC

Two Signatures Required for $100,000 and Over

*Authorized Signature*
*Authorized Signature*

**First Hawaiian Bank** 1213
P.O. Box 3200 Honolulu, HI 96847-8916
Payable through Bank of the West, Walnut Creek, CA

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT ANGLE TO VIEW

⑈0899739⑈ ⑆121100782⑆ 184007912⑈ 9450

EXHIBIT 1