IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | CIVIL NO. CV04-00204 DAE/KSC<br>(Antitrust)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was duly served upon the following persons by way of hand delivery, to the following at their last known address on the date of filing:

>WILLIAM C. McCORRISTON, ESQ.
>KENNETH J. MANSFIELD, ESQ.
>McCORRISTON MILLER MUKAI MacKINNON LLP
>Five Waterfront Plaza, 4th Floor
>500 Ala Moana Boulevard
>Honolulu, Hawaii 96803
>Facsimile: (808) 524-8293
>
>Attorneys for Defendant
>THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
>
>And

I certify that a true and correct copy of the foregoing was duly served upon the following persons by way of mailing a copy, to the following at their last known address on the date of filing:

> GREGORY L. CURTNER, ESQ.
> ROBERT J. WIERENGA, ESQ.
> ATLEEN KAUR, ESQ.
> MILLER CANNFIELD PADDOCK AND STONE, PLC
> 101 N. Main Street, 7th Floor
> Ann Arbor, MI  48104
> Facsimile:  (734) 747-7147
>
> Attorneys for Defendant
> THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

DATED: Honolulu, Hawaii; September 12, 2006

> BLECHER & COLLINS, P.C.
> MAXWELL M. BLECHER
> DAVID W. KESSELMAN
> COURTNEY A. PALKO
>
> FREDERICK W. ROHLFING III
> A LIMITED LIABILITY LAW COMPANY
>
> _____
> Frederick W. Rohlfing III