McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON         # 995
KENNETH J. MANSFIELD           #7227
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile: (808) 524-8293
mccorriston@m4law.com
mansfield@m4law.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

GREGORY L. CURTNER *(pro hac vice)*
ROBERT J. WIERENGA *(pro hac vice)*
ATLEEN KAUR *(pro hac vice)*
101 North Main Street, 7th Floor
Ann Arbor, MI 48104-1400
Telephone: (734) 663-2445
Facsimile: (734) 663-8624
curtner@millercanfield.com
wierenga@millercanfield.com
kaur@millercanfield.com

Attorneys for Defendant
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA SPORTS INC., a Hawaii corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>THE NATIONAL COLLEGIATE | CIVIL NO. CV04-000204 DAE/KSC<br><br>DEFENDANT THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S NOTICE OF OBJECTION TO PLAINTIFF ALOHA SPORTS INC.'S NOTICE OF COMPLIANCE WITH CONDITIONS |

| | |
|---|---|
| ATHLETIC ASSOCIATION, an unincorporated association,<br><br>                Defendant. | ) PERMITTING IT TO DISMISS ITS STATE<br>) LAW CLAIMS WITHOUT PREJUDICE<br>) PURSUANT TO THE "ORDER<br>) PROVISIONALLY GRANTING<br>) PLAINTIFF'S MOTION TO<br>) VOLUNTARILY DISMISS ITS FIRST<br>) CAUSE OF ACTION WITH PREJUDICE<br>) AND ITS REMAINING CAUSES OF<br>) ACTION WITHOUT PREJUDICE,"<br>) ENTERED JULY 5, 2006 (FILED<br>) SEPTEMBER 12, 2006); CERTIFICATE OF<br>) SERVICE<br>)<br>) |

DEFENDANT THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S NOTICE OF OBJECTION TO PLAINTIFF ALOHA SPORT INC.'S NOTICE OF COMPLIANCE WITH CONDITIONS PERMITTING IT TO DISMISS ITS STATE LAW CLAIMS WITHOUT PREJUDICE PURSUANT TO THE "ORDER PROVISIONALLY GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS ITS FIRST CAUSE OF ACTION WITH PREJUDICE AND ITS REMAINING CAUSES OF ACTION WITHOUT PREJUDICE," ENTERED JULY 5, 2006 (FILED SEPTEMBER 12, 2006)

On July 5, 2006 this Court entered an Order provisionally granting Aloha Sports, Inc.'s ("ASI") motion to voluntarily dismiss its federal law claim with prejudice and its state law claims without prejudice ("the July Order"). The Court's granting of the voluntary dismissal of ASI's state law claims was conditioned upon ASI's reimbursement of:

1)    Costs and attorney's fees incurred by the NCAA in opposing ASI's motion to bifurcate or in the alternative to extend the discovery deadline.
2)    Costs and attorney's fees incurred by the NCAA in opposing the instant motion.

July Order at 14. In addition to paying the NCAA's costs and attorney's fees, ASI was required to "stipulate that all discovery materials assembled to date can be used in any subsequent proceeding between the parties." Id.

On September 8, 2006 the Court adopted Magistrate Chang's Findings and Recommendation Regarding Attorneys Fees and Costs, issued on August 23, 2006, which awarded the NCAA a total amount of $26,280.79. On September 12, 2006, ASI filed a "Notice of Compliance" with the conditions set forth by the Court in the July Order. The NCAA objects to this "Notice of Compliance" to the extent that it is intended to be used by ASI as documentation of the dismissal of the matter before this Court without a final Order issued by the Court.

Although ASI has delivered to the NCAA's attorneys a check for $26,280.79, the NCAA requests that a final Order not be entered until the NCAA has had five (5) business days to process the check provided by ASI. In light of ASI's history of outstanding debts, the NCAA respectfully requests that the Court allow the NCAA five (5) business days to process the check provided by ASI to finalize payment and determine that ASI has in fact met the conditions outlined in the July Order.

Lastly, the NCAA will be submitting its own proposed final Order pursuant to LR58.2.

DATED: Honolulu, Hawaii, September 15, 2006.

                              Respectfully submitted,

                              WILLIAM C. McCORRISTON
                              KENNETH J. MANSFIELD
                              GREGORY L. CURTNER (*pro hac vice*)
                              ROBERT J. WIERENGA (*pro hac vice*)
                              ATLEEN KAUR (*pro hac vice*)

                              Attorneys for Defendant
                              NATIONAL COLLEGIATE ATHLETIC ASSOCIATION