# FREDERICK W. ROHLFING III
### A LIMITED LIABILITY LAW COMPANY

PACIFIC GUARDIAN CENTER, MAUKA TOWER
737 BISHOP STREET, SUITE 2600
HONOLULU, HAWAII 96813-3283

TELEPHONE: (808) 547-5400
FACSIMILE: (808) 523-1888

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 22 2006

DISTRICT OF HAWAII

September 12, 2006

**VIA HAND-DELIVERY**

The Honorable David A. Ezra
Judge, United States District Court
District of Hawaii
300 Ala Moana Boulevard, Room C-300
Honolulu, Hawai'i 96850

    Re:    **Aloha Sports Inc. v. National Collegiate Athletic Association**
              **Civil No. 04-00204 DAE/KSC**

Dear Judge Ezra:

    Pursuant to Rule 58.2 of the Rules of the United States District Court for the District of Hawai'i, I am enclosing Plaintiff's proposed "Order Dismissing Plaintiff Aloha Sports Inc.'s First Cause of Action (Violation of Sherman Act Section 1) With Prejudice And Its Remaining Causes of Action Without Prejudice."

                      Very truly yours,

                      Frederick W. Rohlfing III

FWR:ckm

Enclosure
c: William C. McCorriston, Esq. (w/ encl.)
   Gregory L. Curtner, Esq. (w/ encl.)

99999/566/435786